| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| __Northern__ District of __Illinois__ (State) |
| Case number (If known): _____ Chapter __7__ |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☑ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    Central Grocers, Inc.

3. **Other names you know the debtor has used in the last 8 years**
   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   3 6 - 0 8 8 3 1 7 0
   EIN

5. **Debtor's address**

   **Principal place of business**
   2600 West Haven Ave
   Number    Street

   Joliet                      IL    60433
   City                        State  ZIP Code

   Will
   County

   **Mailing address, if different**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

Official Form 205            Involuntary Petition Against a Non-Individual            page 1

Debtor  <u>Central Grocers, Inc.</u>  Case number (if known)_____
        Name

6. **Debtor's website** (URL)   <u>www.central-grocers.com</u>

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

   - ☑ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

**Part 3:   Report About the Case**

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                Involuntary Petition Against a Non-Individual                page 2

Debtor  Central Grocers, Inc.
        Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| The Coca-Cola Company | Trade Goods | $ 547,606.00 |
| General Mills, Inc. | Trade Goods | $ 1,109,507.29 |
| Mars Financial Services | Trade Goods | $ 118,918.38 |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4: Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

The Coca-Cola Company
Name

1150 Sanctuary Parkway
Number   Street

Alpharetta                GA         30009
City                     State      ZIP Code

Name and mailing address of petitioner's representative, if any

Curtis Marshall
Name

1150 Sanctuary Parkway
Number   Street

Alpharetta                GA         30009
City                     State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/2/2017
             MM / DD / YYYY

X /s/ Curtis Marshall        Dir of Credit + Risk
Signature of petitioner or representative, including representative's title

**Attorneys**

Jason Torf
Printed name

Horwood Marcus & Berk Chartered
Firm name, if any

500 West Madison, Suite 3700
Number   Street

Chicago                   IL         60661
City                     State      ZIP Code

Contact phone  312-606-3236   Email  jtorf@hmblaw.com

Bar number  6256778

State  Illinois

X _____
Signature of attorney

Date signed  05/02/2017
             MM / DD / YYYY

Debtor  Central Grocers, Inc.  
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

General Mills, Inc.  
Name

1 General Mills Blvd.  
Number   Street

Minneapolis    MN    55426  
City           State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Brian Northrop  
Name

1 General Mills Blvd.  
Number   Street

Minneapolis    MN    55426  
City           State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/02/2017  
MM / DD / YYYY

X  *[signature]*  Sr. Credit Mgr.  
Signature of petitioner or representative, including representative's title

---

Jason Torf  
Printed name

Horwood Marcus & Berk Chartered  
Firm name, if any

500 West Madison, Suite 3700  
Number   Street

Chicago        IL     60661  
City           State  ZIP Code

Contact phone  312-606-3236   Email jtorf@hmblaw.com

Bar number  6256778

State  Illinois

X  *[signature]*  
Signature of attorney

Date signed  05/02/2017  
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Mars Financial Services  
Name

100 International Drive  
Number   Street

Mt. Olive      NJ    07840  
City           State  ZIP Code

**Name and mailing address of petitioner's representative, if any**

Joe Hernandez  
Name

100 International Drive  
Number   Street

Mt. Olive      NJ    07840  
City           State  ZIP Code

I declare under penalty of perjury that the foregoing is true and correct

Executed on  5/2/2017  
MM / DD / YYYY

X  *[signature]*  Credit Manager  
Signature of petitioner or representative, including representative's title

---

Jason Torf  
Printed name

Horwood Marcus & Berk Chartered  
Firm name, if any

500 West Madison, Suite 3700  
Number   Street

Chicago        IL     60661  
City           State  ZIP Code

Contact phone  312-606-3236   Email jtorf@hmblaw.com

Bar number  6256778

State  Illinois

X  *[signature]*  
Signature of attorney

Date signed  05/02/2017  
MM / DD / YYYY

---

Debtor  Central Grocers, Inc.                                  Case number (if known)_____
        Name

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Post Consumer Brands | Trade Goods | $ 72,638.45 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 1,848,670.12 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:  Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Post Consumer Brands
Name

20802 Kensington Blvd.
Number    Street

Lakeville          MN        55044
City               State     ZIP Code

Name and mailing address of petitioner's representative, if any

Nancy Alfveby  CCE, CEW
Name

20802 Kensington Blvd.
Number    Street

Lakeville          MN        55044
City               State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/02/2017
             MM / DD / YYYY

X _Nancy Alfveby_    Credit Manager
Signature of petitioner or representative, including representative's title

**Attorneys**

Jason Torf
Printed name

Horwood Marcus & Berk Chartered
Firm name, if any

500 West Madison, Suite 3700
Number    Street

Chicago            IL        60661
City               State     ZIP Code

Contact phone  312-606-3236    Email  jtorf@hmblaw.com

Bar number  6256778

State  Illinois

X _signature_
Signature of attorney

Date signed  05/02/2017
             MM / DD / YYYY