**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---------------------------------------------------------------- x
In re                                              :        Chapter 11
                                                   :
**CENTRAL GROCERS, INC.,** *et al.*,               :        Case No. 17– 13886 (PSH)
                                                   :
                                                   :
        Debtors.[1]                                :        (Jointly Administered)
---------------------------------------------------------------- x

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Mary J. Carpenter, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 19, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Motion of Debtors for Entry of Order (I)(A) Approving Bidding Procedures for Sale of Debtors' Assets, (B) Approving Stalking Horse Bid Protections, (C) Authorizing Designation of Additional Stalking Horse Bidders, (D) Scheduling Auction for and Hearings to Approve Sale of Debtors' Assets, (E) Approving Form and Manner of Notice of Sale, Auction, and Sale Hearings, (F) Approving Assumption and Assignment Procedures, and (G) Granting Related Relief; and (II)(A) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 135, Case No.17-10993 (LSS), Bankr. Del.]

[*Remainder of page intentionally left blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

Dated: June 22, 2017

State of New York
County of New York

*Mary J. Carpenter*

Subscribed and sworn to (or affirmed) before me on June 22, 2017, by Mary J. Carpenter, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: *Liz Santodomingo*

LIZ SANTODOMINGO
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2018

**Exhibit A**

Exhibit A

Supplemental Service List

Served via First Class Mail

| MML ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| 4051823 | ALSPACH, JEREMY RAY | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4040057 | HUMBLE, KELLY J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4047551 | KROC COMMUNITY CENTER | C/O SALVATION ARMY | | CHICAGO | IL | 60613 |
| 4047729 | MILLS, JEFF | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4039907 | OLSON, ADAM J | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4045563 | VARVELL, MAKAYLA CHRISTINE | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |
| 4055202 | VERNON, PATRICK | REDACTED | REDACTED | REDACTED | REDACTED | REDACTED |