UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No. 17-13886 |
| | ) | (Jointly Administered) |
| CENTRAL GROCERS, INC., et al.[1] | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| Debtors. | ) | |

# NOTICE OF MOTION OF STELLA FARMS, LLC FOR ENTRY OF AN ORDER EXTENDING CHALLENGE PERIOD IN CONNECTION WITH FINAL DIP ORDER AND FINAL ORDER TO PAY PACA/PASA CLAIMS

**PLEASE TAKE NOTICE** that on July 11, 2017, Stella Farms, LLC filed the *Motion of Stella Farms, LLC for Entry of an Order Extending Challenge Period in Connection With Final DIP Order and Final Order to Pay PACA/PASA Claims* (the **"Motion"**).

**PLEASE TAKE FURTHER NOTICE** that Stella Farms, LLC has requested the Motion be heard at the Omnibus Hearing on **July 25, 2017, at 10:00 a.m. (Central Time)** before the Honorable Judge Pamela S. Hollis or any other judge who may be sitting in her place and stead, in Courtroom 644 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, at which time you may appear if you deem fit.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion must be filed on the docket of the above-captioned case and served on Stella Farms, LLC by no later than **July 18, 2017, at 4:00 p.m. (Central Time)** before the Honorable Judge Pamela S. Hollis or any other judge who may be sitting in her place and stead, in Courtroom 644 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT LLC (1185).

**PLEASE TAKE FURTHER NOTICE** that copies of all documents are available free of charge by visiting the case website maintained by Prime Clerk, LLC, notice and claims agent for these Chapter 11 cases, available at htpps://cases.primeclerk.com/centralgrocers or by calling (866) 727-8489. You may also obtain copies of any pleadings by visiting the Court's website at www.ilnb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: July 11, 2017
    Washington, D.C.

/s/ Mary Jean Fassett
Mary Jean Fassett (#9078552)
McCARRON & DIESS
4530 Wisconsin Avenue, NW, Ste. 301
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
mjf@mccarronlaw.com

*Counsel for Stella Farms, LLC*

and

/s/ William B. Kohn
William B. Kohn (ARDC #6196142)
LAW OFFICES OF WILLIAM B. KOHN
29 E. Madison Street
Suite 1000
Chicago, Illinois 60602
Telephone: (312) 553-1200
Facsimile: (312) 644-3901

*Local Counsel for Stella Farms, LLC*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No. 17-13886 |
| | ) | (Jointly Administered) |
| CENTRAL GROCERS, INC., et al.[1] | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| Debtors. | ) | |

**MOTION OF STELLA FARMS, LLC FOR ENTRY OF AN ORDER
EXTENDING CHALLENGE PERIOD IN CONNECTION WITH
<u>FINAL DIP ORDER AND FINAL ORDER TO PAY PACA/PASA CLAIMS</u>**

COMES NOW Stella Farms, LLC ("Stella"), by and through its undersigned counsel, on behalf of itself and all other similarly situated creditors holding claims under the Perishable Agricultural Commodities Act, and hereby moves this Honorable Court for entry of an order extending the "Challenge Period" referenced at paragraph 28 of the Final DIP Order (the "<u>Motion</u>") for good cause shown, and in support of the Motion respectfully state as follows:

**<u>JURISDICTION AND VENUE</u>**

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2)(A) and (O). Should it be determined that the Court lacks jurisdiction over this matter that is consistent with Article III of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT LLC (1185).

the United States Constitution, Stella consents to entry of final orders and final judgments in connection with this Motion.

2. Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for relief are 11 U.S.C. § 105(a) and Local Bankruptcy Rule of the United States Bankruptcy Court for the Northern District of Illinois 9013-1.

## BACKGROUND

4. On May 2, 2017 (the "Commencement Date"), an involuntary bankruptcy proceeding regarding Debtor Central Grocers, Inc. ("CGI") was commenced under Chapter 7 of the Bankruptcy Code, with voluntary bankruptcy proceedings regarding CGI's affiliates commencing on May 4, 2017.

5. Prior the Petition Date, Stella supplied Debtor CGI with wholesale quantities of fruits and vegetables worth the aggregate principal amount of $60,486.36, exclusive of interest and attorneys' fees.[2]

6. On June 2, 2017, a Final Order Authorizing Debtors to Pay PACA/PASA Claims [Doc. 329] was entered by the Bankruptcy Court for the District of Delaware authorizing Debtors to pay valid and documented PACA/PASA Claims in amounts due and payable as of the Commencement Date not to exceed $10.5 million for PACA/PASA Claims in the ordinary course of business, provided that if the DIP Agent objects to any payment, the Debtors will not proceed without further order of the Court as to any payment that is objected to. *See Final Order to Pay PACA/PASA Claims*, ¶7 [Doc. 329]. Paragraph 8 of the Final Order to Pay PACA/PASA Claims

---

[2] *See Middle Mountain Land and Produce*, *Inc. v. Sound Commodities, Inc.*, 307 F.3d 1220 (9th Cir. 2002); *Country Best v. Christopher Ranch, L.L.C.*, 361 F.3d 629 (11th Cir. 2004) (unpaid sellers of produce who include contractual provisions for attorneys' fees and interest in their agreements to sell perishable agricultural commodities, and who properly preserves PACA trust benefits, are entitled to trust protection for those additional expenses incurred).

provides that nothing in the Final Order impairs the rights of holders of PACA/PASA Claims to enforce their rights consistent with applicable law or to seek redress from the Court. *Id.* ¶8 [Doc. 329].

7. On May 17, 2017, an Interim DIP Order was entered by the Bankruptcy Court for the District of Delaware [Doc. 190], with a Final DIP Order entered on June 8, 2017 [Doc. 368]. The Final DIP Order provides for a segregated account of $10,500,000 to be used solely for the payment of valid and documented prepetition PACA/PASA Claims, which shall be paid as soon as practicable, with any excess segregated funds repaid to the DIP Agent. *See Final DIP Order*, ¶46(b) [Doc. 368].

8. The Final DIP Order also provides, in relevant part, that the deadline for Certain PACA Creditors and others to initiate a challenge to certain admissions, stipulations, agreements, releases and waivers by Debtors set forth in the Final DIP Order regarding, among other things, the priority of prepetition secured obligations is seventy-five (75) calendar days from the date of entry of the Interim DIP Order, or July 31, 2017. *See Final DIP Order*, ¶28 [Doc. 368]. However, the Final DIP Order also requires that interested parties establish standing to pursue any challenge. *See Final DIP Order*, ¶28(c) [Doc. 368].

9. Paragraph 28(b) of the Final DIP Order provides in pertinent part that the Challenge Period may be extended by the Court for good cause shown pursuant to an application filed by a party in interest before the expiration of the Challenge Period. *See Final DIP Order*, ¶28(c) [Doc. 368].

10. On June 9, 2017, PACA Creditor Stella submitted its fully documented PACA trust claim for the principal amount of $60,486.36 to Debtors' Chief Restructuring Officer, including its unpaid invoices, proof of delivery, and PACA license information, with copies to counsel for

Debtors and PNC Bank, via electronic mail. On June 26, 2017, Stella's counsel was advised by the CRO's staff that Stella's claim had been processed and sent to the secured lender for approval. No payment in any amount has been received by Stella, nor any objection to its PACA claim, nor has any request for further documentation or information regarding its claim been received.[3]

## RELIEF REQUESTED, BASIS THEREFORE

11.    Debtors opted not to establish a separate PACA Claims procedure with court-enforced deadlines to qualify, quantify and pay PACA trust claims in this proceeding, or to exempt PACA Creditors from the challenge provisions of the DIP Order. Debtors also have failed to pay in the ordinary course, or as soon as practicable, the principal PACA trust claims asserted in this proceeding, and in failing to do so, have unreasonably exacerbated the PACA Creditors' attorneys' fees incurred in enforcing their trust rights. Out of an abundance of caution and to promote judicial economy and avoid additional expense for the parties, Stella Farms, LLC, on behalf of itself and other similarly situated PACA Creditors, bring this Motion pursuant to Section 105(a) of the Bankruptcy Code in order to secure an Order of the Court granting an additional extension of the Challenge Period deadline.

12.    As the Court is well-aware, section 105(a) authorizes the Court to, "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. §105(a).

13.    Pursuant to the Final DIP Order, the period in which to implement a "challenge" expires on July 31, 2017. The Final DIP Order further provides that the deadline may be further

---

[3] Upon information and belief, other PACA Creditors also have not received payment of their principal claims, or have only received partial payments without explanation, and any entitlement to attorneys' fees has not yet been addressed by the Court.

4

extended for good cause shown. Stella Farms, LLC respectfully submits that under these circumstances, exercise of the Court's equitable powers is appropriate.

## CONCLUSION

WHEREFORE, Stella Farms LLC respectfully requests that this Honorable Court enter an Order, in substantial conformity with the proposed form of Order attached hereto, (i) granting the Motion, (ii) extending the "Challenge Period" through August 31, 2017, (iii) granting Stella Farms and similarly situated PACA Creditors a reservation of rights to seek further extensions of the "Challenge Period" for good cause shown; and (iv) granting such other and further relief as the Court deems just and proper.

Dated: July 11, 2017
    Washington, D.C.

/s/ Mary Jean Fassett
Mary Jean Fassett (#9078552)
McCARRON & DIESS
4530 Wisconsin Avenue, NW, Ste. 301
Washington, D.C. 20016
Telephone: (202) 364-0400
Facsimile: (202) 364-2731
mjf@mccarronlaw.com

*Counsel for Stella Farms, LLC*

and

/s/ William B. Kohn
William B. Kohn (ARDC #6196142)
LAW OFFICES OF WILLIAM B. KOHN
29 E. Madison Street
Suite 1000
Chicago, Illinois 60602
Telephone: (312) 553-1200
Facsimile: (312) 644-3901

*Local Counsel for Stella Farms, LLC*

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re | ) Case No. 17-13886 |
| | ) (Jointly Administered) |
| CENTRAL GROCERS, INC., *et al.*, | ) |
| | ) Chapter 11 |
| Debtors.[1] | ) |
| | ) Hon. Pamela S. Hollis |

## **CERTIFICATE OF SERVICE**

I, Mary Jean Fassett, an attorney, certify that I caused a copy of the following documents:

*Notice of Motion and Motion of Stella Farms, LLC for Entry of an Order Extending Challenge Period in Connection With Final DIP Order and Final Order to Pay PACA/ PASA Claims.*

to be served on the parties listed on the service list below via overnight mail and/or through the Court's ECF System to the parties entitled to electronic notice, on July 11, 2017.

Dated: July 11, 2017                    **McCARRON & DIESS**

By:  /s/ *Mary Jean Fassett*

Mary Jean Fassett (9078552)
4530 Wisconsin Ave. NW, Ste. 301
Washington, D.C.  20016

---

[1] The debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC(2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

**SERVICE LIST**

*Via Overnight Mail to Standard Parties*:

Central Grocers, Inc.
2600 West Haven Avenue
Joliet, Illinois 60433
Attn:   Donald E. Harer (dharer@conwaymackenzie.com)
            Kenneth W. Nemeth (knemeth@central-grocers.com)

Strack and Van Til Super Market, Inc.
2244 45th Street
Highland, Indiana 46322
Attn:   Alpesh A. Almin (aamin@conwaymackenzie.com)
            Phillip Latchford (latchfordp@s-vt.com)
            Christopher W. McGarry (cmcgarry11@gmail.com)
.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Ray Schrock (ray.schrock@weil.com)
            Stephen Karotkin (stephen.karotkin@weil.com)
            Gavin Westernman (gavin.westerman@weil.com)
            Sunny Singh (sunny.singh@weil.com)

Peter J. Solomon, Company, LLC
1345 Avenue of the Americas, 31st Floor
New York, New York 10105
Attn:   Derek Pitts (dpitts@pjsc.com)
            Scott Moses (smoses@pjsc.com)
            Gregory Grambling (ggrambling@pjsc.com)

PNC Bank, National Association as Agent
Blank Rome LLP
1201 Market Street 800
Wilmington, DE 19801
Attn:   Regina Stango Kelbon (Kelbon@BlankRome.com)

PNC Bank, National Association as Agent
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
Attn:   Mark I. Rabinowitz (Rabinowitz-mi@BlankRome.com)

Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
Attn: Mark V. Bossi (mbossi@thompsoncoburn.com)

Thompson Coburn LLP
55 E. Monroe St. 37th Floor
Chicago, Illinois 60603
Attn: Victor A. Des Laurier (vdeslaurier@thompsoncoburn.com)
Diona Rogers (drogers@thompsoncoburn.com)

*Via ECF*:

Howard L. Adelman
United Food and Commercial
Workers Unions and Employers
Midwest Pension Fund
hla@ag-ltd.com
dbaird@ag-ltd.com

David A Agay
Central Grocers, Inc.
dagay@mcdonaldhopkins.com
mbrady@mcdonaldhopkins.com
bkfilings@mcdonaldhopkins.com

Mark A. Amendola
C.H. Robinson Worldwide, Inc.
mamendola@martynlawfirm.com

Thomas J. Angell
United Food and Commercial Workers
Unions and Employers Midwest Pension
Fund
tangell@jbosh.com

Ronald Barliant
PNC Bank, National Association, as Agent
ronald.barliant@goldbergkohn.com
kristina.bunker@goldbergkohn.com

Mark T. Benedict
Valu Merchandisers Company
mark.benedict@huschblackwell.com
susan.williams@huschblackwell.com

John A Benson, Jr.
Griffland Center, Inc.
Van Til's Real Estate, LLC
Van Til's Supermarket, Inc.
jbenson@huckbouma.com

Brendan G Best
S. Abraham & Sons, Inc.
bgbest@varnumlaw.com
wrkyles@varnumlaw.com

Mark V Bossi
Bank of the West
mbossi@thompsoncoburn.com

Alexander F Brougham
United Food and Commercial
Workers Unions and Employers
Midwest Pension Fund
abrougham@ag-ltd.com
dbaird@ag-ltd.com

Barry A Chatz
Committee Official Committee of Unsecured
Creditors of Central Grocers, Inc.
bachatz@arnstein.com
jbmedziak@arnstein.com

4

Scott R Clar
The Chicago Area I.B. of T. Pension Fund
and the Local 703, I.B. of T. Pension Fund
Local Union No. 703 Employee Benefit
Funds
sclar@craneheyman.com
mjoberhausen@craneheyman.com
asimon@craneheyman.com

Peter A Clark
Petitioning Creditor General Mills, Inc.
pclark@btlaw.com

William J Connelly
Cigna Benefits Technology Solutions, Inc.
Cigna Health and Life Insurance Company
Life Insurance Company of North America,
d/b/a LINA
wconnelly@hinshawlaw.com

Heather M Crockett
State Of Indiana
heather.crockett@atg.in.gov
Maricel.Skiles@atg.in.gov
Stephanie.Patrick@atg.in.gov

Aaron Davis
Balance Innovations, LLC
aaron.davis@bryancave.com
CHDocketing@bryancave.com
kat.denk@bryancave.com
kathryn.farris@bryancave.com

Steven M De Falco
Creditor Giorgio Fresh, Inc.
Creditor Hugh H. Branch, Inc.
sdefalco@meuerslawfirm.com
lrogers@meuerslawfirm.com
snurenberg@meuerslawfirm.com

Mary J Fassett
Creditor Dietz & Kolodenko Co.
Creditor Jack Tuchten Wholesale Produce
Inc.
Creditor Jem D International
Creditor Ruby Robinson Co., Inc.
Creditor Strube Celery & Vegetable Co.
mjf@mccarronlaw.com

Joseph D Frank
jfrank@fgllp.com
ccarpenter@fgllp.com
jkleinman@gfllp.com
mmatlock@fgllp.com

Patricia B Fugee
patricia.fugee@fisherbroyles.com
ecf@cftechsolutions.com

Matthew Gartner
Valu Merchandisers Company
matthew.gartner@huschblackwell.com
legalsupportteam-10flnorth-
slc@huschblackwell.com

Sara J Geenen
Committee International Brotherhood of
Teamsters Local 710, 703/738 and 142
sjg@previant.com

John W Guzzardo
Kellogg Sales Company
jguzzardo@shawfishman.com
orafalovsky@shawfishman.com

Timothy M Hughes
Central Grocers, Inc.
thughes@lavellelaw.com
r41234@notify.bestcase.com

Paula K. Jacobi, Esq.
KeHE Distributors, LLC
pjacobi@btlaw.com
jsantana@btlaw.com
Benjamin Kelly
Dolores Romero
benkellysr@comcast.net

Randall Klein
Creditor PNC Bank, National
Association, as Agent
randall.klein@goldbergkohn.com
amy.halpin@goldbergkohn.com

William B Kohn
Creditor Dietz & Kolodenko Co.
Creditor Jack Tuchten Wholesale Produce
Inc.
Creditor Jem D International
Creditor Ruby Robinson Co., Inc.
Creditor Strube Celery & Vegetable Co.
kohn@wbkohnlaw.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Douglas J. Lipke
Albertsons, LLC
dlipke@vedderprice.com
ecfdocket@vedderprice.com

Robert B. Marcus
Creditor Anthony Marano Company
rmarcus@attorneymm.com
mail@attorneymm.com

Todd C Meyers
Committee Official Committee of Unsecured
Creditors of Central Grocers, Inc.
tmeyers@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com
DPosner@kilpatricktownsend.com
sagreen@kilpatricktownsend.com
mwilliams@kilpatricktownsend.com

Michael C. Moody
J.B. Sullivan, Inc.
mmoody@orourkeandmoody.com
firm@orourkeandmoody.com
morourke@orourkeandmoody.com

Justin Morgan
FT MEADOWVIEW GROCERY, LLC
justin.morgan@bryancave.com

Kevin H Morse
Creditor Committee Official Committee of
Unsecured Creditors of Central Grocers, Inc.
khmorse@arnstein.com

Lauren Newman
Bank of the West
lnewman@thompsoncoburn.com
jstolarz@thompsoncoburn.com
aversis@thompsoncoburn.com

Sven T Nylen
TNG GP, f/k/a The News Group L.P.
sven.nylen@klgates.com

Frederick Perillo
Teamsters Local Unions No. 710, 703, and
142
fp@previant.com
jb@previant.com

Nancy A Peterman
Forest Park Plaza, LLC
petermann@gtlaw.com
chilitdock@gtlaw.com
greenbergc@gtlaw.com

Ann E Pille
Wells Fargo Equipment Finance, Inc.
ann.pille@dlapiper.com
apille@reedsmith.com
bankruptcy-2628@ecf.pacerpro.com

Robert D Tepper
Brixmor Property Group, Inc.
Crossroads Improvements Owner, LLC
UP Improvements, LLC
rtepper@sabt.com

Jason M Torf
Petitioning Creditors
jtorf@hmblaw.com
ecfnotices@hmblaw.com

Rion Vaughan
Central Grocers, Inc.
rvaughan@mcdonaldhopkins.com
mbrady@mcdonaldhopkins.com
lburrell@mcdonaldhopkins.com

Michael D Warner
Kellogg Sales Company
mwarner@coleschotz.com
klabrada@coleschotz.com

Brian P Welch
The Chicago Area I.B. of T. Pension Fund
and the Local 703, I.B. of T. Pension Fund
Local Union No. 703 Employee Benefit
Funds
bwelch@craneheyman.com
gbalderas@craneheyman.com

William A Williams
Official Committee of Unsecured
Creditors of Central Grocers, Inc.
wawilliams@arnstein.com

Mark E Wilson
mark.wilson@fisherbroyles.com

Daniel A Zazove
Ridge Haven Avenue Partners, LLC
dzazove@perkinscoie.com
docketchi@perkinscoie.com
daniel-zazove-4464@ecf.pacerpro.com
jessica-matamoros-0866@ecf.pacerpro.com