UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| CENTRAL GROCERS, INC., *et al.*, | ) ) ) | Case No. 17-13886 (PSH) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**NOTICE OF INTENT TO CONDUCT
ADDITIONAL STORE CLOSING SALES**

PLEASE TAKE NOTICE THAT:

1. On May 4, 2017, Central Grocers, Inc. and its debtor affiliates, including Strack and Van Til Super Market, Inc., in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), commenced voluntary cases under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware ("**Delaware Court**").

2. On June 2, 2017, the Delaware Court entered an order attached hereto as **Exhibit B** [Del Ct. ECF No. 336] (the "**Store Closing Order**") approving certain procedures (the "**Store Closing Procedures**") that may be used by the Debtors to sell the inventory, furniture, fixtures, and equipment at any of their stores (such sales, the "**Store Closing Sales**"). An electronic copy of the Store Closing Order can be found at: https://cases.primeclerk.com/centralgrocers/Home-Index.

3. On June 13, 2017, the Debtors' chapter 11 cases were transferred from the Delaware Court to the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "**Bankruptcy Court**") [ECF No. 93]. All orders entered in the Chapter 11 Cases by the Delaware Court remain in full force and effect and are deemed to be entered in the Chapter 11 Cases pending before the Bankruptcy Court.

4. Pursuant to the Store Closing Order, the Debtors may conduct Store Closing Sales pursuant to the Store Closing Procedures at stores other than the Phase I Stores,[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

[2] Capitalized terms used but not defined herein shall have the respective meanings ascribed to such terms in the Store Closing Order.

Phase II Stores, and Distribution Center, without further order of the Bankruptcy Court by filing and serving by email or overnight mail on the Notice Parties and any affected counterparty at an affected location with this notice of intent (the "**Notice of Intent**") and a copy of the Store Closing Order. The Notice Parties and affected parties have five (5) business days' notice from the filing and serving of this Notice of Intent to object to the terms of the Store Closing Procedures and request a hearing on the objection. If no objection is filed, the Debtors may conduct Store Closing Sales at such locations in accordance with the terms of this Final Order.

5.     **The Debtors hereby provide notice** that they will commence Store Closing Sales at the store locations listed on **Exhibit A** attached hereto on July 26, 2017. Such sales will be conducted in accordance with the Store Closing Order and the Store Closing Procedures.

Dated: July 18, 2017
     Chicago, Illinois

/s/ David A. Agay
David A. Agay (No. 6244314)
MCDONALD HOPKINS LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654
Telephone: (312) 642-2217
Facsimile: (312) 280-8232

-and-

Ray C. Schrock, P.C. (admitted *pro hac vice*)
Stephen Karotkin (admitted *pro hac vice*)
Sunny Singh (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Debtors
and Debtors in Possession*