# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| CENTRAL GROCERS, INC., *et al.*, | Case No. 17-13886 (PSH) |
| | (Jointly Administered) |
| Debtors.[1] | |

## NOTICE OF SUCCESSFUL BIDDER FOR DISTRIBUTION CENTER

PLEASE TAKE NOTICE THAT:

1. Central Grocers, Inc. and its debtor affiliates, including Strack and Van Til Super Market, Inc., in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), conducted an auction for the distribution center located at 2600 W. Haven Ave., Joliet, Indiana 60433 (the "**Distribution Center**"), on **June 29, 2017 on 10:00 a.m. (Eastern Time)** (the "**Distribution Center Auction**") pursuant to the procedures established in an order of the Bankruptcy Court for the District of Delaware [Del. Ct. ECF No. 338] (the "**Bidding Procedures Order**").

2. **The Debtors hereby announce the conclusion of the Auction as of June 29, 2017 and declare** the bid submitted by SUPERVALU Holdings, Inc. (the "**Successful Bidder**") on the record of the Distribution Center Auction for the Distribution Center and related furniture, fixtures and equipment (other than excluded assets) for a cash purchase price of $61 million as the "Successful Bid,"[2] subject to final documentation and the consent of the DIP Agent in accordance with the terms of the DIP Credit Agreement (as defined in the DIP Order).

3. The bid submitted by Ridge Haven Avenue Partners, LLC and AREP FUND II Acquisitions Sub, LLC (together, the "**Back-Up Bidder**") on the record of the Distribution Center Auction for the Distribution Center and related furniture, fixtures and equipment (other than excluded assets) for a cash purchase price of $59 million is hereby declared the "Back-Up Bid," also subject to final documentation and the consent of the DIP Agent in accordance with the terms of the DIP Credit Agreement (as defined in the DIP Order).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Order.

        4.      The Successful Bid contemplates that Contracts or Leases related to the Distribution Center may be designated for assumption and assignment to the Successful Bidder in accordance with the Bidding Procedures Order. If and when any such Contracts are so designated, notice will be provided to the non-Debtor counterparties to such Contracts or Leases.

        5.      The Debtors will seek entry of an order (the "**Sale Order**") approving the sale of the Distribution Center to the Successful Bidder or Back-Up Bidder free and clear of liens, claims, encumbrances and other interests at a sale hearing scheduled for **July 25, 2017 at 10:00 a.m. (Central Time)** (the "**Sale Hearing**"). The Sale Hearing will be held before the Honorable Pamela S. Hollis, United States Bankruptcy Judge, in Room 644 of the United States Bankruptcy Court, 219 S. Dearborn, Chicago, Illinois 60604.

        6.      A proposed form of Sale Order and asset purchase agreement will be filed with the Bankruptcy Court prior to the Sale Hearing.

        7.      As previously announced, the deadline to object to the proposed sale of the Distribution Center to the Successful Bidder was **July 18, 2017 at 4:00 p.m. (Central Time)** other than objections to adequate assurance which shall be filed prior to the deadline to be specified in any notice of assumption and assignment.

Dated: July 18, 2017
      Chicago, Illinois

      /s/ David A. Agay
      David A. Agay (No. 6244314)
      Rion M. Vaughan (No.6317715)
      MCDONALD HOPKINS LLC
      300 North LaSalle Street
      Suite 1400
      Chicago, IL 60654
      Telephone: (312) 642-2217
      Facsimile: (312) 280-8232

      -and-

      Ray C. Schrock, P.C. (admitted *pro hac vice*)
      Stephen Karotkin (admitted *pro hac vice*)
      Sunny Singh (admitted *pro hac vice*)
      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      *Attorneys for Debtors*
      *and Debtors in Possession*

{6881247:}