UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| CENTRAL GROCERS, INC., *et al.*, | ) Case No. 17-13886 (PSH) |
| | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |

ORDER APPROVING THE REJECTION OF
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY
AND ABANDONMENT OF PROPERTY IN CONNECTION THEREWITH

Pursuant to and in accordance with the *Final Order Authorizing (I) Procedures for (A) Store Closing Sales and (B) Rejecting Unexpired Leases of Nonresidential Real Property; and Abandonment of Property In Connection Therewith; and (II) Assumption of the Liquidation Consulting Agreements* [Del Ct. ECF No. 336] (the "**Rejection Procedures Order**")[2] entered in the above-captioned chapter 11 cases of Central Grocers, Inc. and its debtor affiliates (collectively, the "**Debtors**"); and the Debtors having properly filed with this Court and served on the Rejection Notice Parties a notice (the "**Rejection Notice**") of their intent to reject certain unexpired leases identified on **Annex A** hereto ("**Leases**") in accordance with the terms of the Rejection Procedures Order, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and no timely

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Rejection Procedures Order.

objections having been filed to the Rejection Notices; and the Court having found and determined that the relief requested is in the best interests of the Debtors, their estates, their creditors, and all parties in interest, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. The Leases are hereby rejected as set forth herein, effective as of the date of the Debtors' unequivocal surrender of the leased premises via the delivery of the keys, key codes, and alarm codes to the premises, as applicable, to the applicable lease counterparty, or, if not delivering such keys and codes, providing notice that the landlord may re-let the premises (the "**Rejection Date**").

2. Any and all personal property remaining at the leased premises as of the applicable Rejection Date shall be deemed abandoned upon the Rejection Date without further notice or order of the Court, free and clear of all liens, claims, interests, or other encumbrances. Any landlord or other designee shall be free to dispose of any such items without notice or liability to any party. The right of any landlord, if any, to file a claim for the costs of disposal of such property is fully reserved, as is the right of all parties in interest to object to such claim.

3. The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: AUG - 8 2017, 2017
Chicago, Illinois

_____
THE HONORABLE PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY JUDGE

## Annex A

### Rejected Leases

| Store ID | Lessor | Lessee or Sublessor | Sublessee or Sub-Sublessor | Sub-Sublessee | Real Property Lease Address | Lease/Sublease[1] | Estimated Effective Date of Rejection |
|---|---|---|---|---|---|---|---|
| 8751 | Horizon Trust & Investment Management | Ridge Development Delaware SPE LLC | SVT, LLC | Demotte Drugs Inc. and Gerald Fagen | 6010 W Ridge Road, Gary, IN 46408 | Ground Lease dated Nov. 1, 1970 by and Horizon Trust & Investment Management; Retail Lease Agreement dated Dec. 27, 2012 by Ridge Development Delaware SPE LLC (Sublessor) and SVT, LLC (Sublessee); Sub-sublease Agreement dated Feb. 1, 2013 between SVT and Demotte Drugs Inc. and Gerald Fagen | July 29, 2017 |
| 8752 | Merrill Point Center, LLC | SVT, LLC | n/a | n/a | 9111 W Taft St, Merrillville, IN 46410 | Retail Lease Agreement dated Dec. 27, 2012 by and between Merrill Point Center, LLC (Landlord) and SVT, LLC (Tenant) | August 20, 2017 |
| 8763 | Raceway Central Joliet North, LLC | SVT, LLC | n/a | n/a | 1590 N Larkin Ave, Joliet, IL 60435 | Supermarket Lease dated Dec. 1, 2006 by and between Raceway Central Joliet North, LLC (Landlord) and SVT, LLC (Tenant) | August 4, 2017 |
| 8758 | Raceway Central Wheaton, LLC | SVT, LLC | n/a | n/a | 501 S County Farm Rd, Wheaton, IL | Supermarket Lease dated Dec. 1, 2006, by and between Raceway Central Wheaton, | August 13, 2017 |

[1] Each Lease or Sublease includes any amendments or supplements thereto even though such amendments and supplements are not listed.

| Store ID | Lessor | Lessee or Sublessor | Sublessee or Sub-Sublessor | Sub-Sublessee | Real Property Lease Address | Lease/Sublease[1] | Estimated Effective Date of Rejection |
|---|---|---|---|---|---|---|---|
| | | | | | 60187 | LLC (Landlord) and SVT, LLC (Tenant) | |
| 8777 | Tilland Partnership | SVT LLC | n/a | n/a | 16831 Torrence Ave, Lansing, IL 60438 | Lease Agreement dated Dec. 1, 1985 by and between Tilland Partnership (Landlord) and SVT, LLC, as successor by assignment from Strack and Van Til Super Market, Inc. (Tenant) | July 28, 2017 |
| 8779 | American National Bank and Trust Company of Chicago and FHL Chicago Heights Limited Partnership | Super Valu Stores, Inc. | Central Grocers, Inc. | SVT LLC | 571 W 14th St, Chicago Heights, IL 60411 | Lease Agreement dated Jan. 25, 1989 by and between American National Bank and Trust Company of Chicago and FHL Chicago Heights Limited Partnership (Landlord), and Super Valu Stores, Inc. (Tenant) | July 30, 2017 |
| 8785 | Raceway Central, LLC | SVT, LLC | Great Lakes Bank, N.A. | n/a | 1301 S Ashland Ave, Riverdale, IL 60409 | Lease Agreement dated Dec. 4, 2000 by and between Raceway Central, LLC (Landlord) and SVT, LLC (Tenant); Sublease Agreement dated Dec. 4, 2000 between SVT, LLC (Sublandlord) and Great Lakes Bank, N.A. (Subtenant) | August 5, 2017 |
| 8788 | The Forest Park Plaza, LLC | SVT, LLC | n/a | n/a | 7600 West Roosevelt Rd., Forest Park, IL 60130 | Lease Agreement dated Feb. 20, 2003 by and between The Forest Park Plaza, LLC (Landlord) and SVT, LLC (Tenant) | July 27, 2017 |

{6913229;}
WEIL:\96239635\4\76248.0004

| Store ID | Lessor | Lessee or Sublessor | Sublessee or Sub-Sublessor | Sub-Sublessee | Real Property Lease Address | Lease/Sublease[1] | Estimated Effective Date of Rejection |
|---|---|---|---|---|---|---|---|
| 8753 | Merrill Point Center, LLC | SVT, LLC | n/a | n/a | #200 at 13200 Cicero Avenue, Crestwood, IL 60445 | Lease Agreement dated Apr. 15, 2011 by and between Centro Bradley SPE 3, LLC (Landlord) and SVT, LLC (Tenant) | August 17, 2017 |
| 8774 | UP Improvements, LLC | SVT, LLC | Tala Corp. | n/a | 8401 Indianapolis Blvd, Highland, IN 46322 | Amended and Restated Lease Agreement dated Dec. 5, 1991 by and between RSVT Real Estate Corporation (Landlord) and Strack and Van Til Super Market, Inc. (Tenant) (as amended); Shopping Center Sublease dated Jan. 1, 1988 by and among SVT, LLC (Sublandlord), Tala Corp. (Subtenant), and Jorge Trujillo (Guarantor) | September 29, 2017 |