# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

CENTRAL GROCERS, INC.
DONALD HARER
2600 WEST HAVEN AVENUE
JOLIET, IL 60433

SEPTEMBER 19, 2017
Invoice No:   1311873

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

THROUGH AUGUST 30, 2017 INCLUDING THE FOLLOWING ITEMIZED SERVICES

CLIENT NO: 43474

| | |
|---|---:|
| FEES FOR SERVICES | $   48,125.50 |
| EXPENSES | 548.30 |
| TOTAL | $   48,673.80 |

AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---:|---:|---:|---:|---:|
| $48,673.80 | $8,582.90 | $5,953.50 | $0.00 | $63,210.20 |

REMITTANCE COPY

{6981223:}

WIRE TRANSFER INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 044000024
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACH/EFT INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 041000153
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACCOUNTS RECEIVABLE
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

CENTRAL GROCERS, INC.
DONALD HARER
2600 WEST HAVEN AVENUE
JOLIET, IL 60433

SEPTEMBER 19, 2017
Invoice No: 1311873

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

THROUGH AUGUST 30, 2017 INCLUDING THE FOLLOWING ITEMIZED SERVICES

CLIENT NO: 43474

| | | |
|---|---|---|
| FEES FOR SERVICES | $ | 48,125.50 |
| EXPENSES | | 548.30 |
| TOTAL | $ | 48,673.80 |

STATEMENT OF ACCOUNT

| | | |
|---|---|---|
| STATEMENT DATED CURRENT | $ | 48,673.80 |
| PREVIOUS BALANCE | | 51,859.77 |
| ADJUSTMENTS OR CREDITS | | -37,323.37 |
| TOTAL AMOUNT DUE | $ | 63,210.20 |

{6981223:}

WIRE TRANSFER INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 044000024
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACH/EFT INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 041000153
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACCOUNTS RECEIVABLE
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   GENERAL BUSINESS
      43474-00001

| Date | Description | | | |
|---|---|---|---|---|
| 08/15/17 | MULTIPLE EMAILS AND PHONE CALLS WITH PRIME CLERK AND CLERK'S OFFICE REGARDING CLERK'S OFFICE'S REQUEST FOR .TXT FILE OF CREDITOR LIST | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 08/15/17 | REVIEW, EDIT, FINALIZE AND FILE DEBTOR'S 2015.3 REPORT (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 08/16/17 | FOLLOW UP WITH PRIME CLERK AND CLERK'S OFFICE REGARDING REQUESTED TEXT FILE | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 08/18/17 | SUBMITTED REQUESTED TXT FILE TO CLERKS OFFICE | | | |
| | RION VAUGHAN | 0.20 hours at | 285.00/hr | 57.00 |
| 08/18/17 | REVIEW OF UST'S DEFICIENCY NOTICE REGARDING QUARTERLY FEES (.1); MULTIPLE EMAILS WITH J. CHIANG REGARDING NEXT STEPS TO FIND OUT MORE AND CURE DEFICIENCY (.2) | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |

TOTAL FEES FOR MATTER:  43474-00001      $   427.50

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| RION VAUGHAN | Associate | $285.00 | 1.5 | $427.50 | | |
| **TOTALS** | | | **1.5** | **$427.50** | **$0.00** | **$0.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CASE ADMINISTRATION
      43474-00002

08/02/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                 0.30 hours at   125.00/hr        37.50

08/03/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                 0.30 hours at   125.00/hr        37.50

08/07/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                 0.30 hours at   125.00/hr        37.50

08/08/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                 0.30 hours at   125.00/hr        37.50

08/10/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                 0.30 hours at   125.00/hr        37.50

08/14/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                 0.30 hours at   125.00/hr        37.50

08/15/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                 0.30 hours at   125.00/hr        37.50

08/16/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                 0.30 hours at   125.00/hr        37.50

08/17/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                 0.30 hours at   125.00/hr        37.50

08/21/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                 0.30 hours at   125.00/hr        37.50

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| 08/22/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10) | | | |
|---|---|---|---|---|
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 08/23/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 08/24/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 08/28/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 08/29/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 08/30/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |

TOTAL FEES FOR MATTER:  43474-00002        $    600.00

EXPENSES

COMPUTERIZED RESEARCH                                21.30

TOTAL EXPENSES FOR MATTER:  43474-00002        $      21.30

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| LINDA PIAZZA | ADMIN | $125.00 | 4.8 | $600.00 | | |
| **TOTALS** | | | **4.8** | **$600.00** | **$3,602.00** | **$3,602.00** |

## EXPENSE SUMMARY

| EXPENSE CODE | DESCRIPTION | RATE | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **QTY** | **AMT** | AMT | AMT |
| /6 | COMPUTERIZED RESEARCH | $21.30 | 1.0 | $21.30 | | |
| **TOTALS** | | | **1.0** | **$21.30** | **$112.00** | **$112.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   PROFESSIONAL RETENTION AND FEE APPLICATION
      43474-00003


08/08/17   FORMAT AND FILE RSM RETENTION APP.
           DAVID AGAY                 0.80 hours at   575.00/hr      460.00

08/09/17   DRAFT NOTICE OF DRAFT ORDER APPROVING BROKER
           RETENTION APPLICATION (.4); REVIEW, FORMAT, AND FILE
           NOTICE OF FILING DRAFT ORDER APPROVING BROKER
           RETENTION (.3); COORDINATE WITH PRIME CLERK REGARDING
           SERVICE OF SAME (.1)
           RION VAUGHAN               0.80 hours at   285.00/hr      228.00

08/10/17   MULTIPLE EMAILS AND PHONE CALLS WITH PJS REGARDING
           MONTHLY FEE STATEMENTS AND INTERIM APPLICATION FORM,
           REQUIREMENTS, AND DEADLINES.
           RION VAUGHAN               1.10 hours at   285.00/hr      313.50

08/11/17   EDIT, FINALIZE, AND FILE WEIL'S MONTHLY STATEMENTS OF
           FEES AND EXPENSES (.3); COORDINATE WITH PRIME CLERK
           FOR SERVICE OF SAME (.2)
           RION VAUGHAN               0.50 hours at   285.00/hr      142.50

08/11/17   JULY  MCDONALD HOPKINS PRO FORMA REVIEW AND EDITING
           RION VAUGHAN               0.40 hours at   285.00/hr      114.00

08/14/17   FINALIZED MH JULY PRO FORMA
           RION VAUGHAN               0.70 hours at   285.00/hr      199.50

08/15/17   ARRANGE PAYMENT OF PRIME CLERKS UNOBJECTED TO
           MAY/JUNE MONTHLY FEES FROM CONWAY
           RION VAUGHAN               0.20 hours at   285.00/hr       57.00

08/16/17   REVIEW MH JULY PROFORMA INVOICES.
           DAVID AGAY                 1.20 hours at   575.00/hr      690.00

08/16/17   DRAFT CERTIFICATE OF NO OBJECTION RELATED TO DEBTOR'S
           APPLICATION TO EMPLOY RSM AS TAX ADVISOR AND EMAIL TO
           WEIL REGARDING SAME.
           RION VAUGHAN               0.30 hours at   285.00/hr       85.50

08/18/17   DRAFT MH JULY FEE STATEMENT
           RION VAUGHAN               1.10 hours at   285.00/hr      313.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 08/18/17 | PHONE CONFERENCE WITH S.WANG OF PJS REGARDING MONTHLY FEE STATEMENT PROCEDURES | | |
| | RION VAUGHAN | 0.40 hours at 285.00/hr | 114.00 |
| 08/21/17 | FINALIZE AND FILE MONTHLY FEE APPLICATION (.4); FINALIZE AND FILE MONTHLY FEE APPLICATION FOR PRIME CLERK (.3); FINALIZE AND FILE MONTHLY FEE APPLICATION FOR PETER J. SOLOMON (.3) | | |
| | LESLIE BURRELL | 1.00 hours at 265.00/hr | 265.00 |
| 08/21/17 | REVIEW, FORMAT AND FILE MH MONTHLY FEE APPLICATION (.3); FORMAT AND FILE PRIME CLERK MONTHLY FEE APPLICATION (2.); CORRESPONDENCE TO PjS REGARDING PJS MONTHLY FEE (.2). | | |
| | DAVID AGAY | 0.70 hours at 575.00/hr | 402.50 |
| 08/22/17 | RESEARCH AND READING REGARDING VALID EXPENSES/FEE AND EXPENSE PRACTICES IN NORTHERN DISTRICT OF ILLINOIS (2.1); COMMUNICATION WITH D. AGAY RE SAME (.2). | | |
| | MARIA CARR | 2.30 hours at 275.00/hr | 632.50 |
| 08/25/17 | TELEPHONE CONFERENCE WITH U.S. TRUSTEE'S OFFICE REGARDING REIMBURSABLE EXPENSES. | | |
| | DAVID AGAY | 0.30 hours at 575.00/hr | 172.50 |
| 08/25/17 | REVIEW, FINALIZE AND FILE SUPPLEMENTAL NOTICE OF ADDENDUM TO BROKER ORDER (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | |
| | RION VAUGHAN | 0.40 hours at 285.00/hr | 114.00 |
| 08/29/17 | REVIEW PNC OBJECTION TO COMMITTEE FOR APPS. | | |
| | DAVID AGAY | 0.20 hours at 575.00/hr | 115.00 |
| 08/29/17 | REVIEW OF COMMITTEE'S FEE STATEMENTS (.2) AND PNC'S OMNIBUS OBJECTION TO SAME (.4) | | |
| | RION VAUGHAN | 0.60 hours at 285.00/hr | 171.00 |
| | TOTAL FEES FOR MATTER: 43474-00003 | | $ 4,590.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| DAVID AGAY | Member | $575.00 | 3.2 | $1,840.00 | | |
| MARIA CARR | Associate | $275.00 | 2.3 | $632.50 | | |
| RION VAUGHAN | Associate | $285.00 | 6.5 | $1,852.50 | | |
| LESLIE BURRELL | Paralegal | $265.00 | 1.0 | $265.00 | | |
| **TOTALS** | | | **13.0** | **$4,590.00** | **$17,804.00** | **$17,804.00** |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   DIP FINANCING/CASH COLLATERAL
      43474-00004


08/24/17   TELEPHONE CONFERENCE WITH DIP LENDER GROUP REGARDING
           STATUS OF CASE AND NEXT STEPS IN COLLECTING
           RECEIVABLES (.8); FOLLOW-UP TELEPHONE CONFERENCE WITH
           R. KELBON REGARDING SAME (.3); FOLLOW-UP CALL WITH D.
           HARER REGARDING SAME (.2); FOLLOW-UP CALL WITH S.
           SINGH REGARDING SAME (.2).
           DAVID AGAY                 1.50 hours at   575.00/hr      862.50

                 TOTAL FEES FOR MATTER:  43474-00004      $   862.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | HOURS | FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| | | | CURRENT INVOICE | | | |
| DAVID AGAY | Member | $575.00 | 1.5 | $862.50 | | |
| **TOTALS** | | | **1.5** | **$862.50** | **$0.00** | **$0.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   UNEXPIRED LEASES/EXECUTORY CONTRACTS
      43474-00005


08/03/17   MULTIPLE EMAILS AND PHONE CALLS WITH D.DONOVAN OF
           WEIL, D.AGAY, AND M.BRADY TO COORDINATE FILING OF
           LEASE REJECTION NOTICE
           RION VAUGHAN              0.40 hours at   285.00/hr      114.00

08/07/17   REVIEW OF COURT'S EMAIL REGARDING INCORRECT DOCKET
           ENTRY AND DOCKET REVIEW TO DETERMINE CORRECTIVE STEPS
           RION VAUGHAN              0.30 hours at   285.00/hr       85.50

08/08/17   REVIEW AND FILE NOTICE OF LEASE REJECTION ORDER (.4);
           REVIEW AND FILE 365(D)(4) EXTENSION MOTION (.3).
           DAVID AGAY                0.70 hours at   575.00/hr      402.50

08/08/17   FORMAT AND FILE CORRECTED NOTICE OF CURE COSTS AND
           DESIGNATION OF CONTRACTSD AND UNEXPIRED LEASES FOR
           ASSIGNMENT AND ASSUMPTION IN CONNECTION WITH SALE
           (.3); MULTIPLE EMAILS WITH PRIME CLERK REGARDING
           SERVICE OF SAME (.2)
           RION VAUGHAN              0.50 hours at   285.00/hr      142.50

08/15/17   REVIEW, EDIT, FINALIZE AND FILE DEBTOR'S NOTICE OF
           WITHDRAWAL OF DESIGNATION OF EXECUTORY
           CONTRACTS/UNEXPIRED LEASES  (.2); COORDINATE WITH
           PRIME CLERK FOR SERVICE OF SAME (.1)
           RION VAUGHAN              0.30 hours at   285.00/hr       85.50

08/16/17   DRAFT CERTIFICATE OF NO OBJECTION RELATED TO DEBTOR'S
           365(D)(4) EXTENSION MOTION AND EMAIL TO WEIL
           REGARDING SAME.
           RION VAUGHAN              0.30 hours at   285.00/hr       85.50

08/18/17   REVIEW, FINALIZE AND FILE NOTICE OF UNCONTESTED
           ASSUMPTION OF UNEXPIRED LEASES (.2); COORDINATE WITH
           PRIME CLERK REGARDING SERVICE OF SAME (.1)
           RION VAUGHAN              0.30 hours at   285.00/hr       85.50

08/23/17   REVIEW, FINALIZE AND FILE SECOND NOTICE OF
           DESIGNATION FOR ASSIGNMENT AND ASSUMPTION AND CURE
           COSTS (.3); COORDINATE WITH PRIME CLERK FOR SERVICE
           OF SAME (.3)

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RION VAUGHAN                    0.60 hours at    285.00/hr        171.00

         TOTAL FEES FOR MATTER:   43474-00005        $ 1,172.00



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $575.00 | 0.7 | $402.50 | | |
| RION VAUGHAN | Associate | $285.00 | 2.7 | $769.50 | | |
| **TOTALS** | | | **3.4** | **$1,172.00** | **$229.00** | **$229.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CLAIMS RESOLUTION
      43474-00006

08/09/17   REVIEW, FORMAT, AND FILE PACA/PASA REPORT (.3);
           COORDINATE WITH PRIME CLERK REGARDING SERVICE OF SAME
           (.1)
           RION VAUGHAN                0.40 hours at   285.00/hr     114.00

08/11/17   ND IL BANKRUPTCY PRECENT RESEARCH FOR BAR DAT MOTION,
           ATTENTION TO CAESARS ENTERTAINMENT AND EDISON MISSION
           CASES
           RION VAUGHAN                0.40 hours at   285.00/hr     114.00

08/15/17   REVIEW, EDIT, FINALIZE AND FILE DEBTOR'S OMNIBUS
           OBJECTION TO 503(B)(9) APPLICATIONS (.3); COORDINATE
           WITH PRIME CLERK FOR SERVICE OF SAME (.1)
           RION VAUGHAN                0.40 hours at   285.00/hr     114.00

08/22/17   REVIEW, FORMAT, FINALIZE AND FILE MOTION TO SET BAR
           DATE (.7); COORDINATE WITH PRIME CLERK FOR SERVICE OF
           SAME (.2)
           RION VAUGHAN                0.90 hours at   285.00/hr     256.50

08/22/17   COORDINATE WITH COUNSEL FOR DAISY BRAND ON PROPOSED
           ORDER ON 503(B)(9) APPLICATION
           RION VAUGHAN                0.20 hours at   285.00/hr      57.00

08/23/17   REVIEW, FINALIZE AND FILE PROPOSED ORDER FOR EACH
           503(B)(9) APPLICATION
           RION VAUGHAN                0.90 hours at   285.00/hr     256.50

08/24/17   REVIEW, FINALIZE AND FILE PACA/PASA REPORT (.2);
           COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1)
           RION VAUGHAN                0.30 hours at   285.00/hr      85.50

08/28/17   REVIEW OF MARKET FRESH CHAPTER 7 DOCKET AND SCHEDULES
           RION VAUGHAN                0.70 hours at   285.00/hr     199.50

08/29/17   REVIEW US TRUSTEE OBJECTION TO BAR DATE ORDER.
           DAVID AGAY                  0.30 hours at   575.00/hr     172.50

08/29/17   REVIEW OF UST'S OBJECTION TO BAR DATE MOTION
           RION VAUGHAN                0.30 hours at   285.00/hr      85.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

```
08/29/17   PHONE CONFERENCE WITH COURTROOM DEPUTY REGARDING
           503(B)(9) PROPOSED ORDERS (.3); MULTPLE EMAILS WITH
           P.VAN GROLL AT WEIL RE: SAME (.2)
           RION VAUGHAN              0.50 hours at   285.00/hr      142.50

               TOTAL FEES FOR MATTER:  43474-00006        $ 1,597.50
```



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

### FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $575.00 | 0.3 | $172.50 | | |
| RION VAUGHAN | Associate | $285.00 | 5.0 | $1,425.00 | | |
| **TOTALS** | | | **5.3** | **$1,597.50** | **$627.50** | **$627.50** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   ASSET DISPOSITION
      43474-00007


| Date | Description | | | |
|---|---|---|---|---|
| 07/12/17 | PHONE CONFERENCE WITH R. VAUGHAN AND AMANDA PRUGH OF WEIL REGARDING EMERGENCY MOTION FOR PROTECTIVE ORDER. | | | |
| | DAVID AGAY | 0.50 hours at | 575.00/hr | 287.50 |
| 08/10/17 | REVIEW OF UNION APPEAL OF DC SALE ORDER (.7) | | | |
| | RION VAUGHAN | 1.30 hours at | 285.00/hr | 370.50 |
| 08/10/17 | MULTIPLE EMAILS WITH WEIL AND PRIME CLERK REGARDING WEBSITE ACCESS TO UNION APPEAL OF DC SALE | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 08/11/17 | COORDINATE WITH PRIME CLERK TO MAKE DC CENTER APPEAL PUBLICLY AVAILABLE ON WEBSITE | | | |
| | RION VAUGHAN | 0.20 hours at | 285.00/hr | 57.00 |
| 08/14/17 | MULTIPLE EMAIL CORRESPONDENCES WITH SHARRON MORRIS OF WEIL RE: DC SALE APPEAL (.3); LOCAL RULE REGARDING PRO HAC VICE APPEARENCES IN BANKRUPTCY APPEALS TO DISTRICT COURT (.4). | | | |
| | RION VAUGHAN | 0.70 hours at | 285.00/hr | 199.50 |
| 08/16/17 | DRAFT AND FILE NOTICE OF FILING EXECUTED IGG APA | | | |
| | RION VAUGHAN | 0.50 hours at | 285.00/hr | 142.50 |
| 08/24/17 | REVIEW, FINALIZE AND FILE STORE CLOSING SALE REPORT (.2); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 08/25/17 | RESEARCH INTO RECENT 7TH CIRCUIT PRECEDENT ON 363(M) EQUITABLE MOOTNESS | | | |
| | RION VAUGHAN | 0.50 hours at | 285.00/hr | 142.50 |
| 08/29/17 | MULTIPLE EMAILS AND PHONE CALLS WITH M.FLYNN AT CONWAY RE: MARKET FRESH CHAPTER 7 | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |

TOTAL FEES FOR MATTER:  43474-00007     $ 1,484.50

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $575.00 | 0.5 | $287.50 | | |
| RION VAUGHAN | Associate | $285.00 | 4.2 | $1,197.00 | | |
| **TOTALS** | | | **4.7** | **$1,484.50** | **$20,957.00** | **$20,957.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   AVOIDANCE ACTION ANALYSIS
      43474-00008


08/16/17   INITIAL TRIAGE OF MEMBER NOTES, SECURITY AGREEMENTS,
           AND OTHER LOAN DOCUMENTATION FOR RECOVERY
           ACTIONS(1.7); DRAFTED LIST OF QUESTIONS AND FOLLOW UP
           ITEMS FOR 8/17 CONFERENCE CALL WITH CONWAY (.4)
           RION VAUGHAN                2.10 hours at   285.00/hr      598.50

08/18/17   COMPILED SPREADSHEET WITH B.O.D. ACCOUNTS RECEIVABLE,
           NOTES RECEIVABLE, AND POTENTIAL SET OFFS OF SAME
           RION VAUGHAN                2.40 hours at   285.00/hr      684.00

08/18/17   BEGAN DUE DILIGENCE OF INSIDER NOTES, SECURITY
           AGREEMENTS, AND OTHER LOAN DOCUMENTS
           RION VAUGHAN                1.20 hours at   285.00/hr      342.00

08/22/17   FINALIZE INSIDER AR/NOTES/SETOFF RECOVERY SPREADSHEET
           (3); DRAFT EMAIL REGARDING MISSING DOCUMENTS,
           POTENTIAL RECOVERY SOURCES, AND CORPORATE GOVERNANCE
           ISSUES TO D.AGAY AND C.DEAN (.7)
           RION VAUGHAN                3.70 hours at   285.00/hr    1,054.50

08/23/17   DRAFT STATUS UPDATE FOR 8/24 LENDER CALL
           RION VAUGHAN                1.60 hours at   285.00/hr      456.00

                   TOTAL FEES FOR MATTER:  43474-00008       $ 3,135.00

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| RION VAUGHAN | Associate | $285.00 | 11.0 | $3,135.00 | | |
| **TOTALS** | | | **11.0** | **$3,135.00** | **$0.00** | **$0.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CORPORATE GOVERNANCE AND BOARD MATTERS
      43474-00009


08/10/17   PARTICIPATE TELEPHONICALLY ON CGI BOARD MEETING.
           DAVID AGAY              1.10 hours at   575.00/hr      632.50

08/23/17   PHONE CONFERENCE WITH LAVELLE LAW REGARDING MOST
           RECENT VERSIONS OF CORPORATE GOVERNANCE DOCUMENTS/BY-
           LAWS, BOD MINUTES, MEMBER LOAN POLICY AND RULES AND
           REGULATIONS
           RION VAUGHAN            0.40 hours at   285.00/hr      114.00

                TOTAL FEES FOR MATTER:  43474-00009      $    746.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | HOURS | FEES | FEES | FEES |
| DAVID AGAY | Member | $575.00 | 1.1 | $632.50 | | |
| RION VAUGHAN | Associate | $285.00 | 0.4 | $114.00 | | |
| **TOTALS** | | | **1.5** | **$746.50** | **$199.50** | **$199.50** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:    EMPLOYEE ISSUES
       43474-00010


07/05/17   REVIEW UST'S OBJECTION TO KEIP/KERP MOTION.
           RION VAUGHAN                    0.50 hours at   285.00/hr      142.50
                   TOTAL FEES FOR MATTER:  43474-00010        $    142.50

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | HOURS | FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| | | | CURRENT INVOICE | | | |
| RION VAUGHAN | Associate | $285.00 | 0.5 | $142.50 | | |
| **TOTALS** | | | **0.5** | **$142.50** | **$5,421.00** | **$5,421.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:    LITIGATION
       43474-00011


| Date | Description | | | |
|---|---|---|---|---|
| 08/10/17 | OFFICE CONFERENCE WITH D. HARER, M. FLYNN, J. CHANG AND R. VAUGHAN REGARDING INSIDER AND NON-INSIDER LITIGATION MATTERS. | | | |
| | DAVID AGAY | 1.30 hours at | 575.00/hr | 747.50 |
| 08/10/17 | BOARD CALL AND FOLLOW UP MEETING W. D.AGAY AND CONWAY TEAM REGARDING POTENTIAL LITIGATION | | | |
| | RION VAUGHAN | 2.00 hours at | 285.00/hr | 570.00 |
| 08/10/17 | PRELIMINARY INVESTIGATION INTO POTENTIAL AVOIDANCE ACTIONS AND DEFENDANTS | | | |
| | RION VAUGHAN | 1.10 hours at | 285.00/hr | 313.50 |
| 08/11/17 | PRELIMINARY RESEARCH INTO POTENTIAL INSIDER RECOVERY ACTIONS | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 08/14/17 | REVIEWED CORRESPONDENCE RE: POTENTIAL CLAIMS AGAINST OFFICERS AND DIRECTORS. | | | |
| | CHRISTOPHER DEAN | 0.20 hours at | 365.00/hr | 73.00 |
| 08/14/17 | INVENTORY AND REVIEW DOCUMENTS FROM CONWAY MACKENZIE REGARDING POTENTIAL INSIDER RECOVERY ACTIONS | | | |
| | RION VAUGHAN | 1.70 hours at | 285.00/hr | 484.50 |
| 08/14/17 | WALKTHOUGH PHONE CALL WITH CONWAY RE: UPLOADED DRIVE OF DOCUMENTS RELATED TO POTENTIAL INSIDER RECOVERY ACTIONS | | | |
| | RION VAUGHAN | 0.60 hours at | 285.00/hr | 171.00 |
| 08/14/17 | SET UP FTP SITE FOR CONWAY DOCUMENT UPLOAD, DISTRIBUTED LOGIN INFORMATION AND INSTRUCTIONS RE: SAME. | | | |
| | RION VAUGHAN | 0.60 hours at | 285.00/hr | 171.00 |
| 08/14/17 | PRELIMINARY ANALYSIS AND DOCUMENT REVIEW RELATING TO INSIDER RECOVERY OF ACCOUNTS RECEIVABLE, MEMBER NOTES, INSIDER STOCK REDEMPTIONS, COMPANY FINANCIAL INFORMATION. | | | |
| | RION VAUGHAN | 2.30 hours at | 285.00/hr | 655.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 08/15/17 | PREPARE ATTORNEY APPEARANCES AND ELECTRONICALLY FILE SAME. | | | |
| | LESLIE BURRELL | 0.80 hours at | 265.00/hr | 212.00 |
| 08/15/17 | REVIEW CREDITORS' COMMITTEE STANDING MOTION. | | | |
| | DAVID AGAY | 0.70 hours at | 575.00/hr | 402.50 |
| 08/15/17 | TELEPHONE CONFERENCE WITH S. SINGH REGARDING LITIGATION STRATEGY RELATING TO RECEIVABLES (.3); REVIEW DUE DILIGENCE PROVIDED BY CONWAY RELATING TO SAME (1.5). | | | |
| | DAVID AGAY | 1.80 hours at | 575.00/hr | 1,035.00 |
| 08/15/17 | TELEPHONE CALLS WITH R. VAUGHAN AND D. AGAY RE: BACKGROUND, STATUS AND STRATEGY (1.3); BEGAN REVIEWING MATERIAL RE: CGI INSIDERS AND OPERATIONS (1.0). | | | |
| | CHRISTOPHER DEAN | 2.30 hours at | 365.00/hr | 839.50 |
| 08/15/17 | PHONE CONFERENCE WITH C.DEAN REGARDING CONWAY DOCUMENTS RELATED TO POTENTIAL INSIDER RECOVERY ACTIONS | | | |
| | RION VAUGHAN | 0.60 hours at | 285.00/hr | 171.00 |
| 08/15/17 | OFFICE CONFERENCE WITH C.DEAN AND D.AGAY REGARDING POTENTIAL INSIDER RECOVERY ACTION STRATEGY | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 08/15/17 | RESEARCH AND REVIEW OF ND IL BANKRUPTCY COURT PRECEDENT REGARDING SETTLEMENT PROCEDURE MOTIONS AND APPROVED ORDERS: CAESARS, EDISON, QUALTEC CASES. | | | |
| | RION VAUGHAN | 1.40 hours at | 285.00/hr | 399.00 |
| 08/15/17 | REVIEW OF CONWAY INSIDER RECOVERY DOCUMENTS FOR POTENTIAL AVOIDANCE ACTIONS RELATED TO FY 2016 STOCK REDEMPTIONS | | | |
| | RION VAUGHAN | 0.70 hours at | 285.00/hr | 199.50 |
| 08/15/17 | REVIEW AND ANALYSIS OF B.O.D. MINUTES FROM 2011 TO PRESENT FOR POTENTIAL CAUSES OF ACTION RELATED TO BREACH OF FIDUCIARY DUTY AND/OR AWG ACQUISITION ISSUES | | | |
| | RION VAUGHAN | 1.40 hours at | 285.00/hr | 399.00 |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

08/15/17   REVIEW OF CONWAY INSIDER RECOVERY DOCUMENTS FOR
POTENTIAL CAUSES OF ACTION RELATED TO OCTOBER 2016
MEMBER REBATES
RION VAUGHAN                 0.30 hours at   285.00/hr      85.50

08/15/17   REVIEW AND ANALYSIS OF CREDITOR COMMITTEE'S MOTION
FOR DERIVATIVE STANDING TO AVOID DC MORTGAGE
RION VAUGHAN                 0.30 hours at   285.00/hr      85.50

08/15/17   BEGIN DRAFTING SETTLEMENT PROCEDURES MOTION
RION VAUGHAN                 1.40 hours at   285.00/hr     399.00

08/16/17   FINALIZE AND FILE AGAY APPEARANCE IN DISTRICT COURT
APPEAL.
LESLIE BURRELL               0.30 hours at   265.00/hr      79.50

08/16/17   REVIEW DILIGENCE MATERIALS PROVIDED BY CONWAY AND
LAVELLE RELATING TO RECEIVABLES AND AVOIDANCE ACTIONS
AGAINST INSIDERS (2.3); OFFICE CONFERENCE WITH R.
VAUGHAN AND C. DEAN REGARDING SAME (.5).
DAVID AGAY                   2.80 hours at   575.00/hr   1,610.00

08/16/17   REVIEWED DOCUMENTS COLLECTED BY CONWAY MCKENZIE
(3.3); DISCUSSED LITIGATION OBJECTIVE, ISSUES AND
STRATEGY WITH PROJECT TEAM (.7).
CHRISTOPHER DEAN             4.00 hours at   365.00/hr   1,460.00

08/16/17   DRAFT CERTIFICATE OF NO OBJECTION RELATED TO DEBTOR'S
9027 REMOVAL EXTENSION MOTION AND EMAIL TO WEIL
REGARDING SAME.
RION VAUGHAN                 0.30 hours at   285.00/hr      85.50

08/16/17   FINALIZE DRAFT SETTLEMENT PROCEDURES MOTION
RION VAUGHAN                 2.30 hours at   285.00/hr     655.50

08/16/17   BEGAN COMPILING SPREADSHEET OF INSIDER ACCOUNTS
RECEIVABLES AND NOTES
RION VAUGHAN                 0.50 hours at   285.00/hr     142.50

08/17/17   COMMUNICATIONS WITH CLERK'S OFFICE REGARDING PRO HAC
VICE AND ECF CREDENTIALS FOR WEIL ATTORNEYS (.4);
DRAFT AND FILE MOTIONS AND APPEARANCES FOR MS. PRUGH
AND MR. GENENDER AND ELECTRONICALLY FILE SAME (1.4).
LESLIE BURRELL               1.80 hours at   265.00/hr     477.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

08/17/17    REVIEWED DOCUMENTS AND BY-LAWS IN PREPARATION FOR
            CALL WITH CONWAY MACKENZIE (.4); TELEPHONE CALL WITH
            R. VAUGHAN, M. FLYNN AND J. CHIANG RE: DOCUMENT
            COLLECTION, REVIEW AND NEEDS (.7); DISCUSSED STATUS
            AND STRATEGY WITH R. VAUGHAN (.3).
            CHRISTOPHER DEAN            1.40 hours at    365.00/hr      511.00

08/17/17    CONFERENCE CALL WITH C.DEAN AND M. FLYNN AND J.CHIANG
            OF CONWAY REGARDING OPEN ISSUES AND QUESTIONS
            REGARDING INSIDER RECOVERY ACTION DOCUMENTS
            RION VAUGHAN                0.50 hours at    285.00/hr      142.50

08/18/17    TELEPHONE CONFERENCE WITH C. DEAN REGARDING DILIGENCE
            FOR INSIDER ACTIONS (.3); OFFICE CONFERENCE WITH R.
            VAUGHAN REGARDING SAME (.2); CORRESPONDENCE TO S.
            SINGH AND D. HARER REGARDING SAME (.2).
            DAVID AGAY                  0.70 hours at    575.00/hr      402.50

08/18/17    REVIEWED EQUITY REDEMPTION, DIRECTOR STORE
            INFORMATION, AND ACCOUNTS-RECEIVABLE DOCUMENTATION
            COLLECTED BY CONWAY TEAM (1.3); TELEPHONE CALLS WITH
            R. VAUGHAN RE: OPEN ISSUES AND STRATEGY FOR COMPILING
            INSIDER CLAIMS CHART (.5); CONFERENCE WITH D. AGAY
            RE: STATUS AND STRATEGY (.3).
            CHRISTOPHER DEAN            2.10 hours at    365.00/hr      766.50

08/22/17    REVIEW DUE DILIGENCE REPORT RELATING TO AR AND
            AVOIDANCE ACTIONS.
            DAVID AGAY                  0.60 hours at    575.00/hr      345.00

08/23/17    REVIEW AND REVISE DE MINIMIS SETTLEMENT MOTION.
            DAVID AGAY                  0.60 hours at    575.00/hr      345.00

08/23/17    REVIEWED SPREADSHEETS OF OUTSTANDING ACCOUNTS
            RECEIVABLES AND LOANS FROM STORES OWNED BY INSIDERS
            COMPILED BY R. VAUGHAN AND RELATED MATERIAL (.6);
            DISCUSSED SAME AND NEXT STEPS WITH D. AGAY (.3).
            CHRISTOPHER DEAN            0.90 hours at    365.00/hr      328.50

08/23/17    INCORPORATE D.AGAY AND WEIL'S COMMENTS INTO DRAFT
            SETTLEMENT PROCEDURES MOTION
            RION VAUGHAN                0.40 hours at    285.00/hr      114.00

08/24/17    CONFERENCE WITH D. AGAY STATUS, STRATEGY, AND DEMAND
            LETTERS TO INSIDERS.

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |
|--|--|--|--|
| | CHRISTOPHER DEAN | 0.20 hours at 365.00/hr | 73.00 |

08/24/17   BEGAN DRAFTING DEMAND LETTERS FOR INSIDER AR AND
           NOTES
           RION VAUGHAN                 0.40 hours at   285.00/hr    114.00

08/24/17   COMPLETE DUE DILIGENCE ON SULLIVAN FOODS NOTE AND
           LOAN DOCUMENTS
           RION VAUGHAN                 0.40 hours at   285.00/hr    114.00

08/24/17   COMPLETE DUE DILIGENCE ON TONY FINER FOODS NOTE AND
           LOAN DOCUMENTS
           RION VAUGHAN                 0.50 hours at   285.00/hr    142.50

08/25/17   REVIEWED AND PROPOSED CHANGES TO DRAFT DEMAND LETTERS
           TO DEBTOR STORES.
           CHRISTOPHER DEAN             0.40 hours at   365.00/hr    146.00

08/25/17   FINALIZED DRAFT FORM DEMAND LETTER FOR INSIDER AR AND
           NOTES; DRAFT EMAIL TO CONWAY REGARDING NEXT STEPS
           RELATED TO COLLECTIONS
           RION VAUGHAN                 1.40 hours at   285.00/hr    399.00

08/25/17   FINALIZED DRAFT FORM DEMAND LETTER FOR INSIDER AR AND
           NOTES (1.1); MULTIPLE EMAILS WITH COMMENTS AND EDITS
           FROM C.DEAN AND D.AGAY, INCORPORATE SAME (.4); DRAFT
           EMAIL TO CONWAY REGARDING NEXT STEPS RELATED TO
           COLLECTIONS (.2)
           RION VAUGHAN                 1.70 hours at   285.00/hr    484.50

08/25/17   COORDINATE WITH M. FLYNN OF CONWAY REGARDING MOST
           RECENT AR/NOTES/SETOFF DATA AND UPLOADING SAME TO FTP
           SITE.
           RION VAUGHAN                 0.40 hours at   285.00/hr    114.00

08/28/17   REVIEW AND COMPILATION OF CONWAY DOCUMENTATION
           REGARDING TREASURE ISLAND STORES' ACCOUNTS RECEIVABLE
           INTO FORM DEMAND LETTER
           RION VAUGHAN                 0.70 hours at   285.00/hr    199.50

08/28/17   REVIEW AND COMPILATION OF CONWAY DOCUMENTATION
           REGARDING FAIRPLAY FINER FOODS STORES' ACCOUNTS
           RECEIVABLE INTO FORM DEMAND LETTER
           RION VAUGHAN                 0.80 hours at   285.00/hr    228.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 08/28/17 | REVIEW AND COMPILATION OF CONWAY DOCUMENTATION REGARDING CAPUTO'S FRESH MARKET STORES' ACCOUNTS RECEIVABLE INTO FORM DEMAND LETTER | | | |
| | RION VAUGHAN | 0.80 hours at | 285.00/hr | 228.00 |
| 08/28/17 | REVIEW AND COMPILATION OF CONWAY DOCUMENTATION REGARDING LA CHIQUITA FOODS STORES' ACCOUNTS RECEIVABLE INTO FORM DEMAND LETTER | | | |
| | RION VAUGHAN | 0.50 hours at | 285.00/hr | 142.50 |
| 08/29/17 | REVIEW AR DEMAND LETTERS (.6); TELEPHONE CONFERENCE WITH D. HARER REGARDING SAME (.2); TELEPHONE CONFERENCE WITH R. VAUGHAN REGARDING SAME (.2); TELEPHONE CONFERENCE WITH R. KELBON REGARDING SAME (.2). | | | |
| | DAVID AGAY | 1.20 hours at | 575.00/hr | 690.00 |
| 08/29/17 | RESEARCH ISSUES RELATING TO POTENTIAL PREFERENCE AND FRAUDULENT CONVEYANCE CLAIMS. | | | |
| | DAVID AGAY | 2.30 hours at | 575.00/hr | 1,322.50 |
| 08/29/17 | REVIEW AND COMPILATION OF CONWAY DOCUMENTATION REGARDING PETE'S FRESH MARKET STORES' ACCOUNTS RECEIVABLE INTO FORM DEMAND LETTER | | | |
| | RION VAUGHAN | 1.10 hours at | 285.00/hr | 313.50 |
| 08/29/17 | REVIEW AND COMPILATION OF CONWAY DOCUMENTATION REGARDING TONY'S FINER FOODS STORES' ACCOUNTS RECEIVABLE INTO FORM DEMAND LETTER | | | |
| | RION VAUGHAN | 0.80 hours at | 285.00/hr | 228.00 |
| 08/29/17 | REVIEW AND COMPILATION OF CONWAY DOCUMENTATION REGARDING SULLIVANS' STORES' ACCOUNTS RECEIVABLE INTO FORM DEMAND LETTER | | | |
| | RION VAUGHAN | 0.70 hours at | 285.00/hr | 199.50 |
| 08/29/17 | REVIEW AND COMPILATION OF CONWAY DOCUMENTATION REGARDING PACEMAKER STORES' ACCOUNTS RECEIVABLE INTO FORM DEMAND LETTER | | | |
| | RION VAUGHAN | 0.70 hours at | 285.00/hr | 199.50 |
| 08/29/17 | REVIEW AND COMPILATION OF CONWAY DOCUMENTATION REGARDING BERKOT'S STORES' ACCOUNTS RECEIVABLE INTO FORM DEMAND LETTER | | | |
| | RION VAUGHAN | 0.80 hours at | 285.00/hr | 228.00 |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

08/30/17   COORDINATE WITH CONWAY TO REVISE AND CONFIRM
INFORMATION IN DEMAND LETTERS FOR DIRECTOR OWNED
STORE CHAINS: TREASURE ISLAND (.2); FAIRPLAY FINER
FOODS (.2); CAPUTO'S FRESH MARKER (.2); PETE'S FRESH
MARKET (.2); LA CHIQUITA FOODS (.2); AND BERKOT'S
(.2)
RION VAUGHAN                  1.20 hours at   285.00/hr     342.00

08/30/17   REVIEW AND COMPILATION OF CONWAY MEMBER LOAN ANALYSIS
OF SULLIVANS' STORES' NOTES RECEIVABLE INTO FORM
DEMAND LETTER
RION VAUGHAN                  0.70 hours at   285.00/hr     199.50

08/30/17   REVIEW AND COMPILATION OF CONWAY MEMBER LOAN ANALYSIS
OF FAIRWAY STORES' NOTES RECEIVABLE INTO FORM DEMAND
LETTER
RION VAUGHAN                  0.80 hours at   285.00/hr     228.00

08/30/17   REVIEW AND COMPILATION OF CONWAY MEMBER LOAN ANALYSIS
OF PACEMAKER STORES' NOTES RECEIVABLE INTO FORM
DEMAND LETTER
RION VAUGHAN                  0.80 hours at   285.00/hr     228.00

08/30/17   REVIEW AND COMPILATION OF CONWAY MEMBER LOAN ANALYSIS
OF TONY'S FINER FOODS STORES' NOTES RECEIVABLE INTO
FORM DEMAND LETTER
RION VAUGHAN                  0.90 hours at   285.00/hr     256.50

08/30/17   MULTIPLE EMAILS AND PHONE CALLS WITH D. HARER OF
CONWAY TO RESOLVE OUTSTANDING ISSUES WITH LOAN
DOCUMENTATION, DEFAULT DATES, INTEREST CALCULATIONS,
PAYMENT HISTORY AS RAISED IN CONWAY MEMBER LOAN
ANALYSIS
RION VAUGHAN                  2.30 hours at   285.00/hr     655.50

08/30/17   COORDINATE WITH M.BRADY TO ENSURE ALL FINALIZED
DEMAND LETTERS SENT TO RECIPIENTS
RION VAUGHAN                  0.50 hours at   285.00/hr     142.50

08/30/17   DRAFT DEMAND LETTER CHART TO TRACK RESPONSES (.3);
DRAFT EMAIL TO D.AGAY RE: STATUS OF DEMAND LETTERS
(.1)
RION VAUGHAN                  0.40 hours at   285.00/hr     114.00

                TOTAL FEES FOR MATTER:   43474-00011   $22,781.50

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| DAVID AGAY | Member | $575.00 | 12.0 | $6,900.00 | | |
| CHRISTOPHER DEAN | Member | $365.00 | 11.5 | $4,197.50 | | |
| RION VAUGHAN | Associate | $285.00 | 38.3 | $10,915.50 | | |
| LESLIE BURRELL | Paralegal | $265.00 | 2.9 | $768.50 | | |
| **TOTALS** | | | **64.7** | **$22,781.50** | **$658.00** | **$658.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   NON-WORKING TRAVEL
      43474-00012

| | | | |
|---|---|---|---|
| 08/08/17 | TRAVEL TO AND FROM COURT | | |
| | RION VAUGHAN | 0.50 hours at  285.00/hr | 142.50 |
| 08/22/17 | TRAVEL TO AND FROM COURT | | |
| | RION VAUGHAN | 0.50 hours at  285.00/hr | 142.50 |
| | TOTAL FEES FOR MATTER:  43474-00012 | $ | 285.00 |

# MᶜDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| RION VAUGHAN | Associate | $285.00 | 1.0 | $285.00 | | |
| **TOTALS** | | | **1.0** | **$285.00** | **$0.00** | **$0.00** |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   PLAN AND DISCLOSURE STATEMENT
      43474-00013


| Date | Description | | | |
|---|---|---|---|---|
| 08/08/17 | REVIEW AND PROVIDE COMMENTS ON EXCLUSIVITY MOTION (.4); FILE SAME (.3). | | | |
| | DAVID AGAY | 0.70 hours at | 575.00/hr | 402.50 |
| 08/16/17 | DRAFT CERTIFICATE OF NO OBJECTION RELATED TO DEBTOR'S EXCLUSIVITY EXTENSION MOTION AND EMAIL TO WEIL REGARDING SAME. | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| | TOTAL FEES FOR MATTER:  43474-00013 | | $ | 488.00 |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $575.00 | 0.7 | $402.50 | | |
| RION VAUGHAN | Associate | $285.00 | 0.3 | $85.50 | | |
| **TOTALS** | | | **1.0** | **$488.00** | **$0.00** | **$0.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   RELIEF FROM STAY
      43474-00015


08/18/17   MULTIPLE EMAILS WITH N.MESSANA OF WEIL REGARDING
           PROPOSED STIPULATION MODIFYING AUTOMATIC STAY (.3);
           REVIEW, FINALIZE AND FILE SAME (.2); COORDINATE WITH
           PRIME CLERK FOR SERVICE (1.)
           RION VAUGHAN              0.60 hours at   285.00/hr      171.00

08/21/17   FINALIZE AND FILE AGREED ORDER MODIFYING STAY.
           LESLIE BURRELL           0.60 hours at   265.00/hr      159.00

08/21/17   REVIEW, FORMAT AND FILING OF RON ROMERO PROPOSED
           ORDER LIFTING STAY.
           DAVID AGAY               0.40 hours at   575.00/hr      230.00

                TOTAL FEES FOR MATTER:  43474-00015       $    560.00

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|------------|-------|---------|-------|------|------|------|
| DAVID AGAY | Member | $575.00 | 0.4 | $230.00 | | |
| RION VAUGHAN | Associate | $285.00 | 0.6 | $171.00 | | |
| LESLIE BURRELL | Paralegal | $265.00 | 0.6 | $159.00 | | |
| **TOTALS** | | | **1.6** | **$560.00** | **$0.00** | **$0.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMUNICATIONS
      43474-00016


08/18/17   CORRESPONDENCE WITH D. HARER REGARDING 341 MEETING
           (.2); REVIEW OUTLINE REGARDING SAME (.2).
           DAVID AGAY              0.30 hours at   575.00/hr       172.50

08/18/17   MULTIPLE EMAIL CORRESPONDENCES WITH CONWAY REGARDING
           UPCOMING 341 MEETING PRESENTATION
           RION VAUGHAN           0.30 hours at   285.00/hr        85.50

08/20/17   REVIEW CONWAY 341 PRESENTATION DECK.
           RION VAUGHAN           0.20 hours at   285.00/hr        57.00

08/21/17   REVIEW AND COMMENT ON CONWAY SLIDES FOR 341 MEETING.
           DAVID AGAY             0.60 hours at   575.00/hr       345.00

08/22/17   REPRESENT DEBTOR AT 341 MEETING (2.1); CONFERENCE
           WITH D. HARER REGARDING SAME (.3).
           DAVID AGAY             2.40 hours at   575.00/hr     1,380.00

08/24/17   STATUS CONFERENCE CALL WITH LENDERS
           RION VAUGHAN           1.60 hours at   285.00/hr       456.00

                TOTAL FEES FOR MATTER:  43474-00016        $ 2,496.00

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P.* 216.348.5400
*F.* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $575.00 | 3.3 | $1,897.50 | | |
| RION VAUGHAN | Associate | $285.00 | 2.1 | $598.50 | | |
| **TOTALS** | | | **5.4** | **$2,496.00** | **$0.00** | **$0.00** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   HEARINGS
      43474-00018

08/08/17   REPRESENT DEBTOR AT OMNIBUS HEARING.
           DAVID AGAY                0.90 hours at   575.00/hr        517.50

08/08/17   PRE-HEARING PREPARATION OF AGENDA AND PROPOSED ORDERS
           RION VAUGHAN              0.50 hours at   285.00/hr        142.50

08/08/17   REPRESENTED DEBTORS AT 8/8 OMNIBUS HEARING
           RION VAUGHAN              1.00 hours at   285.00/hr        285.00

08/10/17   FOLLOW UP PHONE CONFERENCE WITH COURTROOM DEPUTY
           REGARDING OUTSTANDING ORDERS FOLLOWING 8/8 HEARING
           RION VAUGHAN              0.30 hours at   285.00/hr         85.50

08/14/17   PHONE CONFERENCE WITH COURTROOM DEPUTY REGARDING
           SOFA/SCHEDULES FILING AND FUTURE OMNIBUS DATE
           RION VAUGHAN              0.30 hours at   285.00/hr         85.50

08/15/17   PHONE CALL WITH COURTROOM DEPUTY REGARDING SCHEDULING
           SEPTEMBER OMNIBUS (.1); DRAFT NOTICE OF ADDITIONAL
           OMNIBUS HEARING (.2) AND EMAIL WITH WEIL REGARDING
           SAME (.1).
           RION VAUGHAN              0.40 hours at   285.00/hr        114.00

08/15/17   FILE NOTICE OF ADDITIONAL OMNIBUS HEARING AND
           COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME
           RION VAUGHAN              0.20 hours at   285.00/hr         57.00

08/16/17   DRAFT AND FILE NOTICE OF ADJOURNMENT FOR 8/17 HEARING
           ON MOTION FOR RELIEF FROM STAY (.1); PHONE CALL TO
           COURTROOM DEPUTY REGARDING SAME (.2)
           RION VAUGHAN              0.30 hours at   285.00/hr         85.50

08/17/17   REVIEW, EDIT, FINALIZE AND FILE CERTIFICATES OF NO
           OBJECTION RELATED TO 1) 9027 EXTENSION MOTION; 2)
           EXCLUSIVITY EXTENSION MOTION; 3) 365(D)(4) EXTENSION
           MOTION; AND 4) APPLICATION TO EMPLOY RSM
           RION VAUGHAN              0.70 hours at   285.00/hr        199.50

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 08/18/17 | REVIEW FINALIZE AND FILE PROPOSED AGENDA FOR 8/22 HEARING (.2); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 08/21/17 | FINALIZE AND FILE NOTICE OF AMENDED AGENDA | | | |
| | LESLIE BURRELL | 0.40 hours at | 265.00/hr | 106.00 |
| 08/21/17 | REVIEW, FORMAT AND COORDINATE FILING OF AMENDED AGENDA. | | | |
| | DAVID AGAY | 0.30 hours at | 575.00/hr | 172.50 |
| 08/22/17 | REPRESENT DEBTOR AT OMNIBUS HEARING. | | | |
| | DAVID AGAY | 0.80 hours at | 575.00/hr | 460.00 |
| 08/22/17 | REPRESENTED DEBTOR AT 8/22 OMNIBUS HEARING | | | |
| | RION VAUGHAN | 1.10 hours at | 285.00/hr | 313.50 |
| 08/22/17 | PRE-HEARING PREPARATION OF PROPOSED ORDERS AND AGENDA | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 08/24/17 | DISTRIBUTE HEARING TRANSCRIPT AND ARRANGE FOR PAYMENT FOR SAME. | | | |
| | LESLIE BURRELL | 0.30 hours at | 265.00/hr | 79.50 |

TOTAL FEES FOR MATTER: 43474-00018   $ 2,903.00

EXPENSES
_____

| | |
|---|---|
| CORPORATE CREDIT CARD - D&E REPORTING HEARING TRANSCRIPT | 250.00 |
| CAB VOUCHER - DOCKET 7/25/17 PICK UP MTERIALS FROM FEDERAL COURT | 15.00 |
| COST ADVANCED - HUNTINGTON NATIONAL BANK 7/21/17 D&E REPORTING COURT TRANSCRIPT | 25.00 |
| CORPORATE CREDIT CARD - D&E REPORTING 8/22/17 HEARING TRANSCRIPT | 237.00 |

TOTAL EXPENSES FOR MATTER: 43474-00018   $   527.00

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | HOURS | FEES | FEES | FEES |
| DAVID AGAY | Member | $575.00 | 2.0 | $1,150.00 | | |
| RION VAUGHAN | Associate | $285.00 | 5.5 | $1,567.50 | | |
| LESLIE BURRELL | Paralegal | $265.00 | 0.7 | $185.50 | | |
| **TOTALS** | | | **8.2** | **$2,903.00** | **$17,729.00** | **$17,729.00** |

## EXPENSE SUMMARY

| EXPENSE CODE | DESCRIPTION | RATE | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | QTY | AMT | AMT | AMT |
| 96 | CORPORATE CREDIT CARD - FILING FEES- MISCELLANOUS | $250.00 | 1.0 | $250.00 | | |
| 96 | CORPORATE CREDIT CARD - FILING FEES- MISCELLANOUS | $237.00 | 1.0 | $237.00 | | |
| 99 | COST ADVANCED | $25.00 | 1.0 | $25.00 | | |
| CAB | CAB VOUCHER | $15.00 | 1.0 | $15.00 | | |
| **TOTALS** | | | **5.0** | **$527.00** | **$2,829.77** | **$2,829.77** |

{6981223:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   SCHEDULES & SOFAS
      43474-00022


08/11/17   REVIEW SOFA'S AND SCHEDULES FOR ALL THE DEBTOR
           ENTITIES (3.8); COORDINATE FILING OF SAME (.4).
           DAVID AGAY              4.20 hours at   575.00/hr   2,415.00

08/11/17   MULTIPLE EMAILS AND PHONE CALLS COORDINATING WITH
           PRIME CLERK AND D.GWEN AT WEIL TO FINALIZE SOFAS AND
           SCHEDULES OF ALL DEBTORS FOR FILING
           RION VAUGHAN            0.70 hours at   285.00/hr     199.50

08/11/17   FINAL REVIEW AND FILING OF SOFAS AND SCHEDULES FOR
           ALL DEBTORS
           RION VAUGHAN            1.10 hours at   285.00/hr     313.50

08/11/17   UPLOADING AND PARSING SOFA/SCHEDULES FILES FROM WEIL
           RION VAUGHAN            0.30 hours at   285.00/hr      85.50

08/21/17   ASSEMBLE AND FILE SIGNATURE PAGES TO SOLA AND SOFA
           FOR EACH DEBTOR IN POSSESSION.
           LESLIE BURRELL          1.40 hours at   265.00/hr     371.00

08/21/17   REVIEW AND COORDINATE FILINGS OF SIGNATURE PAGES.
           DAVID AGAY              0.20 hours at   575.00/hr     115.00

08/23/17   RE-FILE SIGNATURE PAGES FOR SOLA AND SOFA FOR EACH
           DEBTOR-IN- POSSESSION.
           LESLIE BURRELL          0.80 hours at   265.00/hr     212.00

08/23/17   OFFICE MEETING WITH L.BURRELL REGARDING SCHEDULE/SOFA
           SIGNATURE PAGES CORRECTIVE ENTRY REQUEST FROM COURT
           RION VAUGHAN            0.50 hours at   285.00/hr     142.50

                  TOTAL FEES FOR MATTER:  43474-00022    $ 3,854.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P. 216.348.5400
F. 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| DAVID AGAY | Member | $575.00 | 4.4 | $2,530.00 | | |
| RION VAUGHAN | Associate | $285.00 | 2.6 | $741.00 | | |
| LESLIE BURRELL | Paralegal | $265.00 | 2.2 | $583.00 | | |
| **TOTALS** | | | **9.2** | **$3,854.00** | **$3,659.50** | **$3,659.50** |

{6981223:}