**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---------------------------------------------------------------- x
In re                                                      :     Chapter 11
                                                           :
**CENTRAL GROCERS, INC.,** *et al.*,         :     Case No. 17– 13886 (PSH)
                                                           :
                                                           :
          **Debtors.**[1]                           :     (Jointly Administered)
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Cosmos X. Garraway, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On September 27, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Staffing Report of Conway Mackenzie Management Services, LLC for the Period August 1, 2017 to August 31, 2017 [Docket No. 769]

On September 27, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Application Service list attached hereto as **Exhibit B**:

- Notice of Third Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from August 1, 2017 through August 31, 2017 [Docket No. 770]

- Notice of Withdrawal of Certificate of No Objection Regarding First and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Former Co-Counsel to the Debtors in Possession for the Period from May 4, 2017 through June 30, 2017 [Docket No. 771]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

- Certificate of No Objection Regarding First and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Former Co-Counsel to the Debtors and Debtors in Possession for the Period from May 4, 2017 through June 30, 2017 [Docket No. 772]

Dated: October 2, 2017

_____
Cosmos X. Garraway

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 2, 2017, by Cosmos X. Garraway, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

**Exhibit A**

Exhibit A
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton, LLP | Attn: Todd C. Meyers, Esq.<br>1100 Peachtree Street NE<br>Suite 2800<br>Atlanta GA 30309-4528 | tmeyers@kilpatricktownsend.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton, LLP | Attn: Todd C. Meyers, Esq., David M. Posner, Esq., Gianfranco Finizio, Esq.<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | tmeyers@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com<br>dposner@kilpatricktownsend.com | Email |
| United States Trustee District of Illinios | Office of the United States Trustee | Attn: Patrick S. Layng<br>219 South Dearborn Street<br>Chicago IL 60604 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Saul Ewing, LLP | Attn: Mark Minuti, Esq.<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | mminuti@saul.com<br>lmurley@saul.com | Email |

In re Central Grocers, Inc., *et al.*
Case No. 17-13886-PSH

Page 1 of 1

**Exhibit B**

Exhibit B

Fee Application Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to PNC Bank, National Association | Blank Rome, LLP | Attn: Mark I. Rabinowitz, Esq., Gregory F. Vizza, Esq.<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103-6998 | Rabinowitz-mi@BlankRome.com<br>Vizza@BlankRome.com | First Class Mail and Email |
| Counsel to PNC Bank, National Association | Blank Rome, LLP | Attn: Regina Stango Kelbon, Esq., Victoria A. Guilfoyle, Esq.<br>1201 Market Street<br>Suite 800<br>Wilmington DE 19801 | Kelbon@BlankRome.com<br>Guilfoyle@BlankRome.com | First Class Mail and Email |
| Debtor | Central Grocers, Inc. | Attn: Donald E. Harer<br>2600 West Haven Avenue<br>Joliet IL 60433 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton, LLP | Attn: Todd C. Meyers, Esq.<br>1100 Peachtree Street NE<br>Suite 2800<br>Atlanta GA 30309-4528 | tmeyers@kilpatricktownsend.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton, LLP | Attn: Todd C. Meyers, Esq., David M. Posner, Esq., Gianfranco Finizio, Esq.<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | tmeyers@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com<br>dposner@kilpatricktownsend.com | Email |
| Local Counsel | McDonald Hopkins, LLC | Attn: David A. Agay, Rion Vaughan, Joshua Gadharf<br>300 N. LaSalle Street<br>Suite 1400<br>Chicago IL 60654 | dagay@mcdonaldhopkins.com<br>rvaughan@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com | Email |
| United States Trustee District of Illinios | Office of the United States Trustee | Attn: Patrick S. Layng<br>219 South Dearborn Street<br>Chicago IL 60604 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Saul Ewing, LLP | Attn: Mark Minuti, Esq.<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | mminuti@saul.com<br>lmurley@saul.com | Email |
| Counsel to Debtor | Weil, Gotshal & Manges, LLP | Attn: Stephen Karotkin, Sunny Singh<br>767 Fifth Avenue<br>New York NY 10153 | stephen.karotkin@weil.com<br>sunny.singh@weil.com | Email |

In re Central Grocers, Inc., *et al.*
Case No. 17-13886-PSH

Page 1 of 1