# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

CENTRAL GROCERS, INC.
DONALD HARER
2600 WEST HAVEN AVENUE
JOLIET, IL 60433

OCTOBER 20, 2017
Invoice No:  1313639

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

THROUGH SEPTEMBER 30, 2017 INCLUDING THE FOLLOWING ITEMIZED SERVICES

CLIENT NO: 43474

| | |
|---|---:|
| FEES FOR SERVICES | $ 106,940.00 |
| EXPENSES | 222.71 |
| TOTAL | $ 107,162.71 |

STATEMENT OF ACCOUNT

| | |
|---|---:|
| STATEMENT DATED CURRENT | $ 107,162.71 |
| PREVIOUS BALANCE | 63,210.20 |
| ADJUSTMENTS OR CREDITS | -39,597.00 |
| TOTAL AMOUNT DUE | $ 130,775.91 |

WIRE TRANSFER INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 044000024
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACH/EFT INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 041000153
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACCOUNTS RECEIVABLE
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CASE ADMINISTRATION
      43474-00002

08/31/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                0.30 hours at    125.00/hr        37.50

08/31/17   DRAFT AND FILED NOTICE OF ADJOURNMENT FOR BAR DATE
           MOTION (.3); COORDINATE WITH PRIME CLERK FOR SERVICE
           OF SAME (.1).
           RION VAUGHAN                0.40 hours at    285.00/hr       114.00

08/31/17   REVIEW OF UPCOMING DEADLINES IN WEIL'S CASE CALENDAR
           AND CALENDARING SAME
           RION VAUGHAN                0.20 hours at    285.00/hr        57.00

08/31/17   MULTIPLE EMAILS WITH PRIME CLERK AND P. VAN GROLL
           REGARDING ANTICIPATED FILINGS FOR 8/31 EVENING AND
           SERVICE OF SAME.
           RION VAUGHAN                0.30 hours at    285.00/hr        85.50

09/01/17   REVIEW, FINALIZE AND FILE MONTHLY OPERATING REPORT
           (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME
           (.1).
           RION VAUGHAN                0.40 hours at    285.00/hr       114.00

09/05/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                0.30 hours at    125.00/hr        37.50

09/06/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                0.30 hours at    125.00/hr        37.50

09/06/17   STRATEGY CALL WITH D. AGAY REGARDING DEMAND LETTERS
           AND SALES PROCESS.
           JOSH GADHARF                0.20 hours at    375.00/hr        75.00

09/07/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10)
           LINDA PIAZZA                0.30 hours at    125.00/hr        37.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 09/07/17 | TELEPHONE CONFERENCE WITH COUNSEL FOR PERSONAL INJURY PLAINTIFF REGARDING RELIEF FROM STAY TO PURSUE INSURANCE PROCEEDS. | | |
| | JOSH GADHARF | 0.20 hours at   375.00/hr | 75.00 |
| 09/08/17 | REVIEW OF EMAIL CHAIN FROM FTI RE: PRESERVATION OF DEBTORS' SERVERS | | |
| | RION VAUGHAN | 0.20 hours at   285.00/hr | 57.00 |
| 09/12/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY AND R. VAUGHAN (.10) | | |
| | LINDA PIAZZA | 0.30 hours at   125.00/hr | 37.50 |
| 09/12/17 | DRAFT AND ELECTRONICALLY FILE APPEARANCE FOR MR. GADHARF. | | |
| | LESLIE BURRELL | 0.50 hours at   265.00/hr | 132.50 |
| 09/12/17 | REVIEW AND APPROVE APPEARANCE. | | |
| | JOSH GADHARF | 0.10 hours at   375.00/hr | 37.50 |
| 09/13/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
| | LINDA PIAZZA | 0.30 hours at   125.00/hr | 37.50 |
| 09/13/17 | REVIEW OF COURT ORDER (.2); PULL HEARING TRANSCRIPTS FOR WEIL (.4;) REVIEW STANDING ORDER REGARDING PREPARATION FOR STATUS HEARING (.4);  REVISE ECF NOTIFICATIONS (.3); COMMUNICATIONS WITH WEIL REGARDING SAME (.3) | | |
| | LESLIE BURRELL | 1.60 hours at   265.00/hr | 424.00 |
| 09/13/17 | STATUS CALL WITH MH TEAM. | | |
| | MARIA CARR | 0.40 hours at   275.00/hr | 110.00 |
| 09/13/17 | MH CGI WORKSTREAM CONFERENCE CALL. | | |
| | RION VAUGHAN | 0.50 hours at   285.00/hr | 142.50 |
| 09/13/17 | INCORPORATED CONWAY AND D. AGAY COMMENTS INTO FINALIZED SETTLEMENT PROCEDURES MOTION AND PROPOSED ORDER. | | |
| | RION VAUGHAN | 0.80 hours at   285.00/hr | 228.00 |
| 09/14/17 | CALL WITH D.AGAY, R. VAUGHN AND J. GADHARF RE FINALIZATION OF MOTIONS. | | |
| | MARIA CARR | 0.20 hours at   275.00/hr | 55.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | Timekeeper | Time | Rate | Amount |
|---|---|---|---|---|---|
| 09/14/17 | REVIEW, FINALIZE, AND FILE SETTLEMENT PROCEDURES MOTION (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1). | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 09/14/17 | MH TEAM CONFERENCE CALL RE: 9/14 FILINGS. | RION VAUGHAN | 0.20 hours at | 285.00/hr | 57.00 |
| 09/18/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R VAUGHAN AND J. GADHARF (.10) | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 09/18/17 | FILE DONOVAN MOTION FOR PRO HAC VICE. | LESLIE BURRELL | 0.20 hours at | 265.00/hr | 53.00 |
| 09/19/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 09/19/17 | FOLLOW UP ON SINGH MOTION FOR PRO HAC VICE. | LESLIE BURRELL | 0.20 hours at | 265.00/hr | 53.00 |
| 09/20/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R VAUGHAN AND J. GADHARF (.10) | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 09/20/17 | MULTIPLE COMMUNICATIONS WITH WEIL REGARDING LEAD COUNSEL DESIGNATION (.5); TELEPHONE CONFERENCE WITH JUDGE'S CLERK REGARDING SAME (.2); DRAFT NOTICE OF FILING REGARDING LEAD COUNSEL DESIGNATION AND ELECTRONICALLY FILE SAME (.5). | LESLIE BURRELL | 1.20 hours at | 265.00/hr | 318.00 |
| 09/20/17 | WORKFLOW CALL WITH MCDONALD HOPKINS TEAM. | MARIA CARR | 0.30 hours at | 275.00/hr | 82.50 |
| 09/21/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/25/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 09/26/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 09/26/17 | REVIEW AND SUGGEST REVISIONS TO AGENDA FOR 9/28/17 HEARING. | | | |
| | JOSH GADHARF | 0.20 hours at | 375.00/hr | 75.00 |
| 09/27/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 09/27/17 | ASSEMBLE HEARING BINDER. | | | |
| | LESLIE BURRELL | 1.80 hours at | 265.00/hr | 477.00 |
| 09/28/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |

TOTAL FEES FOR MATTER:  43474-00002        $ 3,461.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|------------|-------|---------|-------|--------|--------------|------------|
| | | | HOURS | FEES | FEES | FEES |
| JOSH GADHARF | Member | $375.00 | 0.7 | $262.50 | | |
| MARIA CARR | Associate | $275.00 | 0.9 | $247.50 | | |
| RION VAUGHAN | Associate | $285.00 | 3.4 | $969.00 | | |
| LESLIE BURRELL | Paralegal | $265.00 | 5.5 | $1,457.50 | | |
| LINDA PIAZZA | ADMIN | $125.00 | 4.2 | $525.00 | | |
| **TOTALS** | | | 14.7 | $3,461.50 | $4,202.00 | $4,202.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   PROFESSIONAL RETENTION AND FEE APPLICATION
      43474-00003


08/31/17   REVIEW, REVISE, AND FINALIZED CERTIFICATION OF NO
           OBJECTION FOR WEIL MONTHLY FEE STATEMENTS (.3);
           COORDINATE WITH PRIME RE: SERVICE OF SAME (.1)
           RION VAUGHAN           0.40 hours at   285.00/hr      114.00

08/31/17   REVIEW, REVISE, AND FINALIZED CONWAY MACKENZIE
           MONTHLY STAFFING REPORT (.3); COORDINATE WITH PRIME
           RE: SERVICE OF SAME (.1)
           RION VAUGHAN           0.40 hours at   285.00/hr      114.00

09/01/17   CORRESPONDENCE WITH S. SINGH REGARDING WEIL FEES.
           DAVID AGAY             0.10 hours at   575.00/hr       57.50

09/01/17   REVIEW FINALIZE AND FILE WEIL JULY MONTHLY FEE
           STATEMENT (.3); COORDINATE WITH PRIME CLERK FOR
           SERVICE OF SAME (.1)
           RION VAUGHAN           0.40 hours at   285.00/hr      114.00

09/01/17   PHONE CONFERENCE WITH DELAWARE LOCAL COUNSEL RE: IL
           FEE APPLICATION REQUIREMENTS AND LOCAL PRACTICES
           RION VAUGHAN           0.40 hours at   285.00/hr      114.00

09/01/17   MULTIPLE EMAILS AND PHONE CALLS TO UST'S OFFICE
           REGARDING DELAWARE LOCAL COUNSEL FINAL FEE
           APPLICATION ISSUES (.3); FOLLOW UP WITH DELAWARE
           LOCAL COUNSEL RE: SAME (.2)
           RION VAUGHAN           0.50 hours at   285.00/hr      142.50

09/05/17   REVIEW, FINALIZE, AND FILE AMENDED CERTIFICATION OF
           NO OBJECTION TO WEIL FEE STATEMENTS (.3); COORDINATE
           WITH PRIME CLERK FOR SERVICE OF SAME (.1)
           RION VAUGHAN           0.40 hours at   285.00/hr      114.00

09/05/17   REVIEW, FINALIZE, AND FILE DELAWARE LOCAL COUNSEL
           FINAL FEE APPLICATION (.4); PHONE CONFERENCE WITH
           DELAWARE LOCAL COUNSEL RE: FILED FEE APPLICATION
           (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME
           (.1)
           RION VAUGHAN           0.80 hours at   285.00/hr      228.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

09/06/17   REVIEW MH AUGUST PRO FORMA
           RION VAUGHAN                0.80 hours at   285.00/hr      228.00

09/07/17   DRAFT CERTIFICATE OF NO OBJECTION FOR SOLOMON (.4);
           REVIEW DOCKET FOR FILING DATE (.1).
           LESLIE BURRELL              0.50 hours at   265.00/hr      132.50

09/11/17   DRAFT CERTIFICATE OF NO OBJECTION FOR MCDONALD
           HOPKINS (.5) FINALIZE AND ELECTRONICALLY FILE
           CERTIFICATES OF NO OBJECTION FOR SOLOMON AND MCDONALD
           HOPKINS (.4)
           LESLIE BURRELL              0.90 hours at   265.00/hr      238.50

09/11/17   REVIEW AND ANALYZE ORDINARY COURSE PROFESSIONAL
           PROCEDURES AND STRATEGIZE RETENTION OF LOCAL HAMMOND
           REAL ESTATE COUNSEL.
           JOSH GADHARF                0.30 hours at   375.00/hr      112.50

09/11/17   REVIEW AND ANALYZE ORDINARY COURSE PROFESSIONAL
           PROCEDURES AND STRATEGIZE WHETHER TO SEEK EMPLOYMENT
           OF PROPERTY MANAGER UNDER SUCH PROCEDURES.
           JOSH GADHARF                1.00 hours at   375.00/hr      375.00

09/12/17   REVIEW AND ANALYZE ORDINARY COURSE PROFESSIONAL
           RETENTION PROCEDURES TO DETERMINE WHETHER PROPOSED
           PROPERTY MANAGER QUALIFIES.
           JOSH GADHARF                0.40 hours at   375.00/hr      150.00

09/13/17   REVISE AUGUST PRO FORMA TO ADD UNCOLLECTED TIME
           RION VAUGHAN                1.20 hours at   285.00/hr      342.00

09/13/17   PREPARED AUGUST PRO FORMA INVOICES AND FORM MONTHLY
           FEE STATEMENT FOR M.CARR
           RION VAUGHAN                0.60 hours at   285.00/hr      171.00

09/14/17   WORK ON REVIEW AND EDITING OF AUGUST PROFORMA
           MARIA CARR                  0.90 hours at   275.00/hr      247.50

09/15/17   REVIEW AUGUST PRO FORMA FOR MH MONTHLY FEE STATEMENT
           RION VAUGHAN                0.80 hours at   285.00/hr      228.00

09/18/17   WORK ON DRAFTING MCDONALD HOPKINS FEE STATEMENT.
           MARIA CARR                  1.50 hours at   275.00/hr      412.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 09/18/17 | REVIEW DIP'S OMNIBUS OBJECTION TO COMMITTEES' MONTHLY FEE STATEMENTS | | |
| | RION VAUGHAN | 0.20 hours at 285.00/hr | 57.00 |
| 09/18/17 | REVIEW DRAFT OF MH AUGUST MONTHLY FEE STATEMENT | | |
| | RION VAUGHAN | 0.20 hours at 285.00/hr | 57.00 |
| 09/19/17 | FINALIZATION OF AUGUST FEE STATEMENT. | | |
| | MARIA CARR | 0.20 hours at 275.00/hr | 55.00 |
| 09/20/17 | REVIEW, FINALIZE, AND FILE MCDONALD HOPKINS MONTHLY FEE STATEMENT (.6);  COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | |
| | RION VAUGHAN | 0.70 hours at 285.00/hr | 199.50 |
| 09/20/17 | REVIEW, FINALIZE, AND FILE PETER J. SOLOMON MONTHLY FEE STATEMENT (.3);  COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | |
| | RION VAUGHAN | 0.40 hours at 285.00/hr | 114.00 |
| 09/21/17 | DRAFTING RETENTION APPLICATION FOR DISCOVERY SERVICES. | | |
| | MARIA CARR | 0.50 hours at 275.00/hr | 137.50 |
| 09/21/17 | REVIEW, FINALIZE, AND FILE CERTIFICATION OF NO OBJECTION TO WEIL'S JULY FEE STATEMENT (.2); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | |
| | RION VAUGHAN | 0.30 hours at 285.00/hr | 85.50 |
| 09/22/17 | TELEPHONE CONFERENCE WITH K. HUZINGA REGARDING RETENTION OF RCC (.3); MULTIPLE EMAIL CORRESPONDENCE REGARDING SAME (.2). | | |
| | DAVID AGAY | 0.50 hours at 575.00/hr | 287.50 |
| 09/22/17 | DRAFTING AND EDITING RETENTION APPLICATION FOR IDISCOVERY SERVICES. | | |
| | MARIA CARR | 1.50 hours at 275.00/hr | 412.50 |
| 09/24/17 | REVIEW AND ANALYZE RCC ENGAGEMENT LETTER AND STRATEGIZE ISSUES RELATING TO RETENTION APPLICATION. | | |
| | JOSH GADHARF | 0.40 hours at 375.00/hr | 150.00 |
| 09/25/17 | REVIEW CORRESPONDENCE FROM K. HUZINGA REGARDING RETENTION OF RCC. | | |
| | DAVID AGAY | 0.20 hours at 575.00/hr | 115.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| 09/25/17 | PREPARE FOR AND TELEPHONE CONFERENCE WITH RCC AND CONWAY REGARDING RCC RETENTION. | | | |
| | JOSH GADHARF | 0.40 hours at | 375.00/hr | 150.00 |
| 09/25/17 | TELEPHONE CALL AND EMAILS WITH RCC REGARDING RETENTION APPLICATION. | | | |
| | JOSH GADHARF | 0.50 hours at | 375.00/hr | 187.50 |
| 09/25/17 | DRAFT RCC RETENTION APPLICATION. | | | |
| | JOSH GADHARF | 2.20 hours at | 375.00/hr | 825.00 |
| 09/25/17 | STRATEGY CALL WITH D. AGAY REGARDING RCC RETENTION. | | | |
| | JOSH GADHARF | 0.20 hours at | 375.00/hr | 75.00 |
| 09/25/17 | REVIEW AND STRATEGIZE ISSUES RELATING TO RCC RETENTION, INCLUDING REVIEW OF PRIOR RCC RETENTION APPLICATIONS. | | | |
| | JOSH GADHARF | 0.80 hours at | 375.00/hr | 300.00 |
| 09/25/17 | REVIEW AND REVISE RCC ENGAGEMENT LETTER. | | | |
| | JOSH GADHARF | 0.70 hours at | 375.00/hr | 262.50 |
| 09/25/17 | DRAFTING RETENTION APPLICATION FOR IDISCOVERY SERVICES. | | | |
| | MARIA CARR | 1.10 hours at | 275.00/hr | 302.50 |
| 09/26/17 | REVIEW AND REVISE RCC RETENTION AGREEMENT. | | | |
| | JOSH GADHARF | 0.30 hours at | 375.00/hr | 112.50 |
| 09/26/17 | DRAFT APPLICATION TO EMPLOY RCC AND DECLARATION IN SUPPORT. | | | |
| | JOSH GADHARF | 4.40 hours at | 375.00/hr | 1,650.00 |
| 09/26/17 | DRAFTING AND EDITING RETENTION APPLICATION FOR IDS SERVICES, COMMUNICATION RE SAME. | | | |
| | MARIA CARR | 1.40 hours at | 275.00/hr | 385.00 |
| 09/26/17 | REVIEW DRAFT APPLICATION TO EMPLOY iDS AS DATA PRESERVATION SERVICER | | | |
| | RION VAUGHAN | 0.20 hours at | 285.00/hr | 57.00 |
| 09/26/17 | REVIEW, FINALIZE, AND FILE CERTIFICATION OF NO OBJECTION TO RLF'S FINAL FEE APPLICATION AND PROPOSED ORDER (.3);  COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1). | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/26/17 | REVIEW COMMITTEE'S REPLY TO DIP'S OBJECTION TO FEE STATEMENTS | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 09/27/17 | LENGTHY CALL WITH RCC REGARDING RETENTION APPLICATION. | | | |
| | JOSH GADHARF | 0.60 hours at | 375.00/hr | 225.00 |
| 09/27/17 | EMAILS TO CONWAY, WEIL, AND BLANK ROME REGARDING RCC RETENTION APPLICATION. | | | |
| | JOSH GADHARF | 0.20 hours at | 375.00/hr | 75.00 |
| 09/27/17 | DRAFT PROPOSED ORDER APPROVING RCC RETENTION APPLICATION. | | | |
| | JOSH GADHARF | 1.00 hours at | 375.00/hr | 375.00 |
| 09/27/17 | REVIEW AND REVISE RCC RETENTION APPLICATION AND DECLARATION IN SUPPORT. | | | |
| | JOSH GADHARF | 1.10 hours at | 375.00/hr | 412.50 |
| 09/27/17 | CALL WITH IDISCOVERY SOLUTIONS RE RETENTION APPLICATION. | | | |
| | MARIA CARR | 0.20 hours at | 275.00/hr | 55.00 |
| 09/27/17 | DRAFT EMAIL TO P.VAN GROLL OF WEIL RE: ND IL LOCAL RULES AND PRACTICES FOR INTERIM FEE APPLICATIONS. | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 09/27/17 | MULTIPLE EMAILS AND PHONE CALLS WITH D.QUEROLI OF RLF RE: WITHDRAWAL OF CNO AND REFILING AMENDED CNO TO REFLECT INTERIM BASIS OF FEES AWARDED | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 09/27/17 | DRAFT AND FILE NOTICE OF WITHDRAWAL FOR RLF'S CERTIFICATION OF NO OBJECTION FOR FINAL FEE APPLICATION (.3); REVIEW, FINALIZE, AND FILE AMENDED CERTIFICATE OF NO OBJECTION FOR RLF'S INTERIM FEES(.2); COORDINATE WITH PRIME CLERK FOR SERVICE (.1) | | | |
| | RION VAUGHAN | 0.60 hours at | 285.00/hr | 171.00 |
| 09/27/17 | MULTIPLE CALLS AND EMAILS WITH S.WANG OF P.J.S. RE: FEE REDUCTION FROM AMOUNT REQUESTED IN AUGUST MONTHLY FEE STATEMENT | | | |
| | RION VAUGHAN | 0.50 hours at | 285.00/hr | 142.50 |

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 09/27/17 | REVIEW, FINALIZE, AND FILE CONWAY MACKENZIE'S MONTHLY STAFFING REPORT  (.2);   COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | |
| | RION VAUGHAN | 0.30 hours at   285.00/hr | 85.50 |
| 09/27/17 | REVIEW, FINALIZE, AND FILE PRIME CLERK MONTHLY FEE STATEMENT  (.2);   COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) . | | |
| | RION VAUGHAN | 0.30 hours at   285.00/hr | 85.50 |
| 09/27/17 | REVIEW DRAFT APPLICATION TO EMPLOY RCC AS RECEIVABLES COLLECTION AGENT. | | |
| | RION VAUGHAN | 0.30 hours at   285.00/hr | 85.50 |
| 09/28/17 | REVIEW AND FINALIZE RCC AND IDS RETENTION MOTIONS. | | |
| | DAVID AGAY | 0.70 hours at   575.00/hr | 402.50 |
| 09/28/17 | REVIEW AND REVISE RCC RETENTION APPLICATION AND PREPARE SAME FOR FILING. | | |
| | JOSH GADHARF | 2.30 hours at   375.00/hr | 862.50 |
| 09/28/17 | EDITING AND FINALIZATION OF IDISCOVERY SERVICES RETENTION APPLICATION AND NUMEROUS COMMUNICATIONS RE SAME. | | |
| | MARIA CARR | 1.00 hours at   275.00/hr | 275.00 |
| 09/28/17 | REVIEW, FINALIZE, AND FILE APPLICATION TO EMPLOY iDS AS DATA PRESERVATION SERVICES (.4);   COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | |
| | RION VAUGHAN | 0.50 hours at   285.00/hr | 142.50 |
| 09/28/17 | REVIEW, FINALIZE, AND FILE APPLICATION TO EMPLOY RCC AS RECEIVABLE COLLECTIONS AGENT (.5);   COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | |
| | RION VAUGHAN | 0.60 hours at   285.00/hr | 171.00 |

TOTAL FEES FOR MATTER:  43474-00003    $13,578.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $575.00 | 1.5 | $862.50 | | |
| JOSH GADHARF | Member | $375.00 | 16.8 | $6,300.00 | | |
| MARIA CARR | Associate | $275.00 | 8.3 | $2,282.50 | | |
| RION VAUGHAN | Associate | $285.00 | 13.2 | $3,762.00 | | |
| LESLIE BURRELL | Paralegal | $265.00 | 1.4 | $371.00 | | |
| **TOTALS** | | | 41.2 | $13,578.00 | $22,394.00 | $22,394.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   DIP FINANCING/CASH COLLATERAL
      43474-00004

08/31/17   PARTICIPATE ON WEEKLY LENDER CALL.
           DAVID AGAY                    0.40 hours at    575.00/hr        230.00

08/31/17   REPRESENT DEBTORS AT WEEKLY LENDER CALL.
           RION VAUGHAN                  0.40 hours at    285.00/hr        114.00

09/05/17   TELEPHONE CONFERENCE WITH M. FLYNN AND J. CHIANG
           REGARDING PREMIUM FINANCING WITH AFCO.
           DAVID AGAY                    0.30 hours at    575.00/hr        172.50

09/05/17   MULTIPLE CALLS AND EMAILS WITH M. FLYNN OF CONWAY RE:
           AFCO PREMIUM FINANCE AGREEMENT APPROVAL.
           RION VAUGHAN                  0.70 hours at    285.00/hr        199.50

09/05/17   REVIEW OF AFCO-PROVIDED FORM APPLICATION, PROPOSED
           ORDER, AND PREMIUM FINANCE AGREEMENT.
           RION VAUGHAN                  1.10 hours at    285.00/hr        313.50

09/05/17   RESEARCH AND REVIEW OF PRECEDENT ON MOTIONS TO
           APPROVE PREMIUM FINANCE AGREEMENTS.
           RION VAUGHAN                  0.40 hours at    285.00/hr        114.00

09/05/17   DRAFT APPLICATION FOR EMERGENCY HEARING ON PFA MOTION
           (.3); OFFICE CONFERENCE WITH D. AGAY REGARDING NEED
           FOR EMERGENCY HEARING (.1).
           RION VAUGHAN                  0.40 hours at    285.00/hr        114.00

09/05/17   DRAFT LIST OF OPEN ISSUES AND QUESTIONS REGARDING
           AFCO PREMIUM FINANCE AGREEMENT IN PREPARATION OF
           CONFERENCE WITH MARSH AND CONWAY.
           RION VAUGHAN                  0.40 hours at    285.00/hr        114.00

09/06/17   TELEPHONE CONFERENCE WITH D. HARER AND M. FLYNN
           REGARDING PREMIUM FINANCING WITH AFCO (.5); FOLLOW-UP
           RESEARCH REGARDING ILLINOIS PRECEDENT REGARDING SAME
           (.4).
           DAVID AGAY                    0.90 hours at    575.00/hr        517.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/06/17 | CONFERENCE CALL WITH M. FLYNN OF CONWAY AND MARSH RE: OUTSTANDING ISSUES WITH AFCO PREMIUM FINANCE AGREEMENT. | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 09/06/17 | RESEARCH AND REVIEW OF PREMIUM FINANCE MOTION PRECEDENT. | | | |
| | RION VAUGHAN | 0.80 hours at | 285.00/hr | 228.00 |
| 09/07/17 | PARTICIPATE ON RECURRING, WEEKLY LENDER CALL (.6); TELEPHONE CONFERENCE WITH AFCO AND CONWAY TEAM REGARDING PREMIUM FINANCING ARRANGEMENT (.3); OFFICE CONFERENCE WITH R. VAUGHAN REGARDING SAME (.2); REVIEW PREMIUM FINANCING AGREEMENT (.4). | | | |
| | DAVID AGAY | 1.50 hours at | 575.00/hr | 862.50 |
| 09/07/17 | CONFERENCE CALL WITH AFCO, CONWAY AND MARSH RE: AFCO PREMIUM FINANCE AGREEMENT AND PAYMENT TIMELINE. | | | |
| | RION VAUGHAN | 0.50 hours at | 285.00/hr | 142.50 |
| 09/07/17 | DRAFT MOTION TO AUTHORIZE AFCO PREMIUM FINANCE AGREEMENT AND TO GRANT SUPER-PRIORITY LIENS RELATED THERETO, NOTICE OF MOTION, AND PROPOSED ORDER. | | | |
| | RION VAUGHAN | 9.60 hours at | 285.00/hr | 2,736.00 |
| 09/08/17 | PHONE CONFERENCE WITH M. FLYNN AND MARSH RE: ALTERNATIVES TO EMERGENCY MOTION TO APPROVE PFA. | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 09/13/17 | REVIEW AND REVISE PREMIUM FINANCING MOTION (.6); CORRESPONDENCE REGARDING SAME (.2). | | | |
| | DAVID AGAY | 0.80 hours at | 575.00/hr | 460.00 |
| 09/13/17 | INCORPORATED CONWAY AND D. AGAY COMMENTS INTO FINALIZED AFCO PREMIUM FINANCE AGREEMENT MOTION AND PROPOSED ORDER. | | | |
| | RION VAUGHAN | 0.70 hours at | 285.00/hr | 199.50 |
| 09/13/17 | DRAFT EMAIL TO AFCO RE: DISCREPANCIES BETWEEN DEBTORS' AFCO PREMIUM FINANCE AGREEMENT MOTION AND PROPOSED ORDER AND AFCO FORM MOTION AND ORDER (.4); PHONE CONFERENCE WITH AFCO ATTORNEY RE: SAME (.3). | | | |
| | RION VAUGHAN | 0.70 hours at | 285.00/hr | 199.50 |
| 09/14/17 | REVIEW AND FINALIZE AFCO MOTION. | | | |

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
| | DAVID AGAY | 0.30 hours at | 575.00/hr | 172.50 |

09/14/17  REVIEW, FINALIZE, AND FILE AFCO PREMIUM FINANCE
MOTION (.3);  COORDINATE WITH PRIME CLERK FOR SERVICE
OF SAME (.1).

| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |

09/14/17  DRAFT FOLLOW UP EMAILS TO CONWAY AND AFCO
DISTRIBUTING TIME-STAMPED AFCO MOTION AND PROPOSED
ORDER.

| | RION VAUGHAN | 0.20 hours at | 285.00/hr | 57.00 |

09/14/17  MULTIPLE EMAILS AND PHONE CALLS WITH CONWAY AND DIP
LENDER REGARDING ANTICIPATED REDUCTION IN PAYMENTS ON
DOWNSIZED POLICY PREMIUMS POST-CLOSING.

| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |

09/14/17  INCORPORATE WEIL'S COMMENTS INTO AFCO PREMIUM FINANCE
MOTION AND PROPOSED ORDER.

| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |

09/14/17  INCORPORATE  DIP'S COMMENTS INTO AFCO PREMIUM FINANCE
MOTION AND PROPOSED ORDER.

| | RION VAUGHAN | 0.20 hours at | 285.00/hr | 57.00 |

09/18/17  REVIEWED DIP'S CLEAN UP COMMENTS TO PREMIUM FINANCE
PROPOSED ORDER

| | RION VAUGHAN | 0.20 hours at | 285.00/hr | 57.00 |

09/19/17  REVIEW CORRESPONDENCE REGARDING DIP BUDGET (.3);
DETAILED REVIEW OF DIP BUDGET AND COMMENT ON SAME
(.8).

| | DAVID AGAY | 1.10 hours at | 575.00/hr | 632.50 |

09/20/17  TELEPHONE CONFERENCE WITH CLIENT AND PNC AND PNC
COUNSEL REGARDING DIP BUDGET (1.4); REVIEW REVISED
DIP BUDGET (.8); CORRESPONDENCE WITH CLIENT REGARDING
SAME (.2); TELEPHONE CONFERENCE WITH D. HARER
REGARDING SAME (.3).

| | DAVID AGAY | 2.70 hours at | 575.00/hr | 1,552.50 |

09/26/17  DRAFT, FINALIZE, AND FILE  CERTIFICATION OF NO
OBJECTION TO AFCO PREMIUM FINANCE MOTION, REVISED
PROPOSED ORDER AND REDLINE COMPARISON (.6);
COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1).

| | RION VAUGHAN | 0.70 hours at | 285.00/hr | 199.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

TOTAL FEES FOR MATTER:  43474-00004       $ 9,958.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| DAVID AGAY | Member | $575.00 | 8.0 | $4,600.00 | | |
| RION VAUGHAN | Associate | $285.00 | 18.8 | $5,358.00 | | |
| **TOTALS** | | | **26.8** | **$9,958.00** | **$862.50** | **$862.50** |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   UNEXPIRED LEASES/EXECUTORY CONTRACTS
      43474-00005


08/31/17   REVIEW TERM SHEET AND CORRESPONDENCE RELATING TO
           SUPER-VALU SUB-LEASE.
           DAVID AGAY                    0.40 hours at    575.00/hr        230.00

09/06/17   REVIEW, FINALIZE, AND FILE NOTICE OF FILING CIGNA
           PROPOSED STIPULATION (.5); COORDINATE WITH PRIME
           CLERK FOR SERVICE OF SAME (.1)
           RION VAUGHAN                  0.60 hours at    285.00/hr        171.00

09/08/17   REVIEW, FINALIZE, AND FILE SECOND NOTICE OF
           UNCONTESTED ASSUMPTION AND ASSIGNMENT (.4);
           COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1)
           RION VAUGHAN                  0.50 hours at    285.00/hr        142.50

09/15/17   REVIEW, FINALIZE, AND FILE THIRD NOTICE OF
           UNCONTESTED ASSUMPTION AND ASSIGNMENT (.3);
           COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1)
           RION VAUGHAN                  0.40 hours at    285.00/hr        114.00

                 TOTAL FEES FOR MATTER:  43474-00005       $    657.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | HOURS | FEES | FEES | FEES |
| DAVID AGAY | Member | $575.00 | 0.4 | $230.00 | | |
| RION VAUGHAN | Associate | $285.00 | 1.5 | $427.50 | | |
| **TOTALS** | | | 1.9 | $657.50 | $1,401.00 | $1,401.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CLAIMS RESOLUTION
      43474-00006

| | | | | |
|---|---|---|---|---|
| 08/31/17 | FOLLOW UP CALL WITH COURTROOM DEPUTY OUTSTANDING REGARDING 503(B)(9) ORDERS (.2); MULTIPLE EMAILS WITH P. VAN GROLL OF WEIL REGARDING STATUS OF SAME (.2) | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 09/06/17 | REVIEW AND ANALYZE NOTICES OF TAX LIEN SUBMITTED BY LAKE COUNTY. | | | |
| | JOSH GADHARF | 1.20 hours at | 375.00/hr | 450.00 |
| 09/06/17 | REVIEW, FINALIZE, AND FILE PACA/PASA REPORT (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 09/18/17 | STRATEGY CALL WITH CONWAY REGARDING DEMAND LETTERS FOR UNPAID A/R. | | | |
| | JOSH GADHARF | 0.30 hours at | 375.00/hr | 112.50 |
| 09/18/17 | PREPARE FOR AND STRATEGY CALL WITH CONWAY REGARDING RECOVERING INSIDER AND NON-INSIDER A/R. | | | |
| | JOSH GADHARF | 0.40 hours at | 375.00/hr | 150.00 |
| 09/20/17 | REVIEW, FINALIZE, AND FILE PACA/PASA REPORT (.2); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 09/21/17 | REVIEW, FINALIZE, AND FILE PROPOSED CONSENT ORDER APPROVING PETITIONING CREDITORS' ADMINISTRATIVE EXPENSE CLAIMS (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 09/25/17 | REVIEW AND ANALYZE A/R DEMAND LETTERS. | | | |
| | JOSH GADHARF | 0.30 hours at | 375.00/hr | 112.50 |
| 09/26/17 | DRAFT , FINALIZE, AND FILE NOTICE OF ADJOURNMENT FOR BAR DATE MOTION  (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1). | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/27/17 | PREPARE FOR AND CALL WITH CONWAY MACKENZIE REGARDING NON-INSIDER TRADE RECEIVABLES, DEMAND LETTERS, AND RCC RETENTION. | | | |
| | JOSH GADHARF | 0.50 hours at | 375.00/hr | 187.50 |
| 10/02/17 | REVIEW OF INFORMATION FOR DRAFTING DEMAND LETTERS. | | | |
| | MARIA CARR | 0.30 hours at | 295.00/hr | 88.50 |
| 10/03/17 | DRAFTING DEMAND LETTERS FOR PAYMENTS PAST DUE AND REVIEW OF DOCUMENTATION RE SAME. | | | |
| | MARIA CARR | 1.00 hours at | 295.00/hr | 295.00 |
| 10/09/17 | REVIEW OF VARIOUS REBATE PROGRAM DOCUMENTATION FOR CENTRAL GROCERS. | | | |
| | MARIA CARR | 0.50 hours at | 295.00/hr | 147.50 |

TOTAL FEES FOR MATTER:   43474-00006   $ 2,085.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
| | | | HOURS | FEES | FEES | FEES |
| --- | --- | --- | --- | --- | --- | --- |
| JOSH GADHARF | Member | $375.00 | 2.7 | $1,012.50 | | |
| MARIA CARR | Associate | $295.00 | 1.8 | $531.00 | | |
| RION VAUGHAN | Associate | $285.00 | 1.9 | $541.50 | | |
| **TOTALS** | | | 6.4 | $2,085.00 | $2,225.00 | $2,225.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

**Invoices Due Upon Receipt**


RE:   ASSET DISPOSITION
      43474-00007


08/31/17   REVIEW OF PROPERTY MANAGEMENT AGREEMENT FOR VACANT
           ULTRA STORES.
           RION VAUGHAN              0.30 hours at    285.00/hr        85.50

09/05/17   MULTIPLE EMAILS AND PHONE CALLS WITH L. BURELL RE:
           FILING OF COUNTER-DESIGNATION OF ISSUES ON APPEAL
           (.4); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME
           (.1) .
           RION VAUGHAN              0.50 hours at    285.00/hr       142.50

09/06/17   REVIEW AND ANALYZE EMAIL FROM CONWAY TO BANK
           REGARDING STATUS OF SALE PROCESS.
           JOSH GADHARF              0.10 hours at    375.00/hr        37.50

09/06/17   REVIEW AND ANALYZE BROKERS' RETENTION AGREEMENTS IN
           LIGHT OF PROPOSED SALE OF VARIOUS NON-CORE ASSETS.
           JOSH GADHARF              2.40 hours at    375.00/hr       900.00

09/06/17   CONFERENCE CALL WITH CONWAY TEAM RE: AFCO PREMIUM
           FINANCE AGREEMENT, HAMMOND TAX SALE, AND CLOSING
           CALL.
           RION VAUGHAN              1.10 hours at    285.00/hr       313.50

09/06/17   DRAFT NOTICE TO LAKE COUNTY TAX OFFICE RE: SALE OF
           HAMMOND PROPERTY.
           RION VAUGHAN              0.30 hours at    285.00/hr        85.50

09/07/17   STRATEGY CALL WITH PJM, BROKERS, WEIL, AND CONWAY
           REGARDING STATUS OF SALE PROCESS.
           JOSH GADHARF              0.60 hours at    375.00/hr       225.00

09/07/17   STRATEGY CALL WITH R. VAUGHAN REGARDING HAMMOND SALE
           MOTION.
           JOSH GADHARF              0.30 hours at    375.00/hr       112.50

09/07/17   CONFERENCE CALL ON SALE AND CLOSING PROCESS.
           RION VAUGHAN              0.60 hours at    285.00/hr       171.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 09/07/17 | MULTIPLE EMAILS AND PHONE CALLS WITH M. FLYNN RE: HAMMOND TAX SALE AND LAKE COUNTY TAX OFFICE. | | |
| | RION VAUGHAN | 0.30 hours at  285.00/hr | 85.50 |
| 09/07/17 | PHONE CONFERENCE WITH LAKE COUNTY TAX OFFICE RE: TAX SALE OF HAMMOND PROPERTY, EFFECT OF BANKRUPTCY, AND BUYER'S CONTACT INFORMATION . | | |
| | RION VAUGHAN | 0.80 hours at  285.00/hr | 228.00 |
| 09/07/17 | RESEARCH INTO EFFECT OF 11 U.S.C. SECTION 108 ON HAMMOND TAX SALE. | | |
| | RION VAUGHAN | 0.80 hours at  285.00/hr | 228.00 |
| 09/08/17 | REVIEW OF HAMMOND TAX SALE DOCUMENTATION PROVIDED BY CONWAY. | | |
| | RION VAUGHAN | 0.30 hours at  285.00/hr | 85.50 |
| 09/08/17 | PHONE CONFERENCE WITH ATTORNEY FOR BUYER OF HAMMOND TAX SALE PROPERTY (.4); DRAFT FOLLOW UP EMAIL CONFIRMING BANKRUPTCY PETITION AND DEMANDING ADHERENCE TO THE AUTOMATIC STAY (.3). | | |
| | RION VAUGHAN | 0.70 hours at  285.00/hr | 199.50 |
| 09/08/17 | REVIEW MOTION TO INTERVENE IN DC SALE APPEAL. | | |
| | RION VAUGHAN | 0.30 hours at  285.00/hr | 85.50 |
| 09/09/17 | BEGIN DRAFTING HAMMOND SALE MOTION. | | |
| | JOSH GADHARF | 1.50 hours at  375.00/hr | 562.50 |
| 09/10/17 | CONTINUE DRAFTING HAMMOND SALE MOTION. | | |
| | JOSH GADHARF | 1.80 hours at  375.00/hr | 675.00 |
| 09/11/17 | REVIEW ADEQUATE ASSURANCE MATERIALS FOR HAMMOND SALE (.6); REVIEW AND COMMENT ON HAMMOND APA (2.4). | | |
| | DAVID AGAY | 3.00 hours at  575.00/hr | 1,725.00 |
| 09/11/17 | CLOSING CALL FOR SUPERVALUE DEAL (.6); CALL WITH BUYER OF HAMMOND PROPERTY (.4); MULTIPLE CALLS AND EMAILS REGARDING TITLE AND OTHER ISSUES RELATING TO HAMMOND SALE (.8); MULTIPLE CORRESPONDENCE REGARDING OFFERS FOR DOWNERS GROVE AND WHEATON PROPERTIES (.4). | | |
| | DAVID AGAY | 2.20 hours at  575.00/hr | 1,265.00 |
| 09/11/17 | REPRESENT DEBTORS ON CENTRAL CLOSING CALL. | | |
| | JOSH GADHARF | 0.40 hours at  375.00/hr | 150.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/11/17 | TELEPHONE CALLS WITH PJS AND WEIL REGARDING HAMMOND SALE MOTION AND ASSIGNMENT OF CONTRACTS. | | | |
| | JOSH GADHARF | 0.60 hours at | 375.00/hr | 225.00 |
| 09/11/17 | EMAILS WITH G. GRAMBLING AT PJS REGARDING ASSIGNMENT OF CONTRACTS RELATING TO HAMMOND PROPERTY. | | | |
| | JOSH GADHARF | 0.30 hours at | 375.00/hr | 112.50 |
| 09/11/17 | EMAILS TO D. DONOVAN REGARDING HAMMOND SALE MOTION AND ASSIGNMENT OF CONTRACTS RELATED THERETO. | | | |
| | JOSH GADHARF | 0.30 hours at | 375.00/hr | 112.50 |
| 09/11/17 | DRAFT HAMMOND SALE MOTION. | | | |
| | JOSH GADHARF | 6.60 hours at | 375.00/hr | 2,475.00 |
| 09/12/17 | REVIEW AND CONSENT ON HAMMOND SALE MOTION (1.1); TELEPHONE CONFERENCE WITH J. GADHARF REGARDING SAME (.2); TELEPHONE CONFERENCE WITH HAMMOND BUYER COUNSEL REGARDING SAME (.3); TELEPHONE CONFERENCE WITH LENDER'S COUNSEL REGARDING SAME (.3); CLOSING CALL FOR SUPERVALUE DEAL (.3); TELEPHONE CONFERENCE AND CORRESPONDENCE WITH S. SINGH REGARDING BANK OF WEST SWAP TERMINATION RELATING TO SUPERVALUE CLOSING (.4). | | | |
| | DAVID AGAY | 2.60 hours at | 575.00/hr | 1,495.00 |
| 09/12/17 | REPRESENT DEBTORS ON CENTRAL CLOSING CALL. | | | |
| | JOSH GADHARF | 0.30 hours at | 375.00/hr | 112.50 |
| 09/12/17 | STRATEGY CALL WITH M. KLEIN REGARDING HAMMOND SALE. | | | |
| | JOSH GADHARF | 0.20 hours at | 375.00/hr | 75.00 |
| 09/12/17 | EMAILS WITH WEIL AND CONWAY REGARDING ASSIGNABILITY OF CENTIER ATM LEASE. | | | |
| | JOSH GADHARF | 0.40 hours at | 375.00/hr | 150.00 |
| 09/12/17 | DRAFT PROPOSED HAMMOND SALE ORDER. | | | |
| | JOSH GADHARF | 6.20 hours at | 375.00/hr | 2,325.00 |
| 09/12/17 | REVISE MOTION TO APPROVE HAMMOND SALE. | | | |
| | JOSH GADHARF | 1.80 hours at | 375.00/hr | 675.00 |
| 09/13/17 | REPRESENT DEBTORS ON CENTRAL CLOSING CALL. | | | |
| | JOSH GADHARF | 0.40 hours at | 375.00/hr | 150.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/13/17 | REVIEW AND STRATEGIZE ISSUES RELATING TO HAMMOND PURCHASE AGREEMENT, INCLUDING ASSUMED CONTRACT ISSUES AND NOTICE OF MOTION. | | | |
| | JOSH GADHARF | 1.20 hours at | 375.00/hr | 450.00 |
| 09/13/17 | EMAILS WITH CONWAY AND PJS REGARDING HAMMOND ASSUMED CONTRACTS. | | | |
| | JOSH GADHARF | 0.30 hours at | 375.00/hr | 112.50 |
| 09/13/17 | REVIEW AND ANALYZE CENTIER ATM LEASE DOCUMENTS. | | | |
| | JOSH GADHARF | 0.50 hours at | 375.00/hr | 187.50 |
| 09/13/17 | DRAFT AND SEND DETAILED EMAILS TO BUYER AND WEIL/CONWAY REGARDING SALE MOTION AND PROPOSED ORDER AND ISSUES RELATED THERETO. | | | |
| | JOSH GADHARF | 0.40 hours at | 375.00/hr | 150.00 |
| 09/13/17 | DRAFT AND SEND EMAIL TO WEIL/CONWAY REGARDING MOTION TO APPROVE PROPERTY MANAGEMENT AGREEMENT. | | | |
| | JOSH GADHARF | 0.10 hours at | 375.00/hr | 37.50 |
| 09/13/17 | REVIEW AND REVISE PROPOSED HAMMOND SALE ORDER. | | | |
| | JOSH GADHARF | 2.90 hours at | 375.00/hr | 1,087.50 |
| 09/13/17 | REVIEW AND REVISE HAMMOND SALE MOTION. | | | |
| | JOSH GADHARF | 3.20 hours at | 375.00/hr | 1,200.00 |
| 09/13/17 | WORK THROUGHOUT DAY DRAFTING, REVISING AND EDITING MOTION TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT. | | | |
| | MARIA CARR | 4.20 hours at | 275.00/hr | 1,155.00 |
| 09/14/17 | REPRESENT DEBTORS ON SUPERVALU CLOSING CALL. | | | |
| | JOSH GADHARF | 0.60 hours at | 375.00/hr | 225.00 |
| 09/14/17 | PREPARE FOR AND TELEPHONE CONFERENCE WITH HAMMOND BUYER REPRESENTATIVE REGARDING APA AND SALE ORDER. | | | |
| | JOSH GADHARF | 0.30 hours at | 375.00/hr | 112.50 |
| 09/14/17 | STRATEGIZE PROPOSED HEARING DATE FOR SALE MOTION. | | | |
| | JOSH GADHARF | 0.20 hours at | 375.00/hr | 75.00 |
| 09/14/17 | REVIEW, REVISE, AND STRATEGIZE HAMMOND SALE MOTION. | | | |
| | JOSH GADHARF | 1.00 hours at | 375.00/hr | 375.00 |
| 09/14/17 | REVIEW, REVISE, AND STRATEGIZE HAMMOND PROPOSED SALE ORDER. | | | |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
| | JOSH GADHARF | 1.00 hours at | 375.00/hr | 375.00 |

09/14/17   FINALIZATION OF A.R.E. MOTION/EDITING A.R.E. RE FINAL
EDITS.
MARIA CARR                     0.80 hours at   275.00/hr   220.00

09/14/17   DRAFT FOLLOW UP EMAIL WITH HAMMOND TAX PURCHASER RE:
AUTOMATIC STAY (.2); CIRCULATE RESPONSE EMAIL CHAIN
TO CONWAY AND MH TEAM WITH STATUS UPDATE (.2).
RION VAUGHAN                   0.40 hours at   285.00/hr   114.00

09/14/17   DRAFT NOTICE OF MOTION FOR ARE PROPERTY MANAGEMENT
MOTION (.1); REVIEW, FINALIZE, AND FILE ARE PROPERTY
MANAGEMENT MOTION AND PROPOSED ORDER (.4);
COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1)
.
RION VAUGHAN                   0.60 hours at   285.00/hr   171.00

09/14/17   REVIEWED HAMMONS SALE APA AND COMPILED ANCILLARY
DOCUMENTATION FOR SALE MOTION
RION VAUGHAN                   0.70 hours at   285.00/hr   199.50

09/14/17   DRAFT NOTICE OF MOTION AND MOTION TO EXCEED 15 PAGE
LIMIT FOR HAMMOND SALE MOTION
RION VAUGHAN                   0.50 hours at   285.00/hr   142.50

09/15/17   REVISE MOTION TO APPROVE HAMMOND PURCHASE AGREEMENT
AND PROPOSED ORDER RELATING TO SAME.
JOSH GADHARF                   2.00 hours at   375.00/hr   750.00

09/15/17   MULTIPLE TELEPHONE CONFERENCES WITH POTENTIALLY
INTERESTED BIDDER REGARDING TERMS OF PROPOSED HAMMOND
SALE.
JOSH GADHARF                   0.40 hours at   375.00/hr   150.00

09/15/17   REVIEW, FINALIZE, AND FILE RACEWAY SALE MOTION, APA,
AND PROPOSED ORDER (.6); COORDINATE WITH PRIME CLERK
FOR SERVICE OF SAME (.1).
RION VAUGHAN                   0.70 hours at   285.00/hr   199.50

09/18/17   REVIEW AND ANALYZE APA TO STRATEGIZE RESPONSES TO
POTENTIALLY INTERESTED THIRD-PARTIES SEEKING
INFORMATION ON HAMMOND PROPERTY.
JOSH GADHARF                   0.80 hours at   375.00/hr   300.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/18/17 | EMAILS WITH PJS AND CONWAY REGARDING RESPONSES TO POTENTIALLY INTERESTED THIRD-PARTIES SEEKING INFORMATION ON HAMMOND PROPERTY. | | | |
| | JOSH GADHARF | 0.20 hours at | 375.00/hr | 75.00 |
| 09/18/17 | ARRANGE PAYMENT OF SALE MOTION COURT FILING FEE | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 09/19/17 | EMAILS WITH CONWAY, PJS, AND POTENTIALLY INTERESTED PURCHASER REGARDING POSSIBLE SITE VISIT. | | | |
| | JOSH GADHARF | 0.20 hours at | 375.00/hr | 75.00 |
| 09/19/17 | REVIEW, FINALIZE, AND FILE MOTION TO EXCEED 15 PAGE LIMIT FOR HAMMOND SALE MOTION (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 09/20/17 | PREPARE FOR AND TELEPHONE CONFERENCE WITH CHICAGO TITLE REGARDING HAMMOND SALE. | | | |
| | JOSH GADHARF | 0.30 hours at | 375.00/hr | 112.50 |
| 09/20/17 | COMPILED ALL DOCUMENTS RELATED TO SERVICE OF SALE/BIDDING PROCEDURE MOTIONS FOR DELIVERY TO HAMMOND BUYER | | | |
| | RION VAUGHAN | 1.10 hours at | 285.00/hr | 313.50 |
| 09/20/17 | COORDINATE WITH PRIME CLERK FOR SUPPLEMENTAL SERVICE OF HAMMOND SALE MOTION TO MECHANIC'S LIEN HOLDER AND TAX LIEN PURCHASER | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 09/21/17 | REVIEW AND ANALYZE CERTIFICATES OF SERVICE OF SALE MOTION AND OTHER RELATED FILINGS PER TITLE COMPANY'S REQUEST. | | | |
| | JOSH GADHARF | 0.50 hours at | 375.00/hr | 187.50 |
| 09/21/17 | REVIEW CHANGE OF LEAD COUNSEL NOTICE TO BE FILED IN DISTRIBUTION CENTER APPEAL | | | |
| | RION VAUGHAN | 0.20 hours at | 285.00/hr | 57.00 |
| 09/21/17 | REVIEW LETTERS OF INTENT RELATED TO WHEATON PROPERTIES. | | | |
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |
| 09/22/17 | SEND DETAILED EMAIL TO TITLE COMPANY REGARDING SERVICE OF SALE MOTIONS DURING BANKRUPTCY CASE. | | | |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |
|---|---|---|---|
| | JOSH GADHARF | 0.20 hours at     375.00/hr | 75.00 |

09/22/17   REVIEW AND ANALYZE AFFIDAVITS OF SERVICE OF SALE
           MOTIONS PURSUANT TO TITLE COMPANY'S REQUEST.

| | JOSH GADHARF | 0.50 hours at     375.00/hr | 187.50 |
|---|---|---|---|

09/25/17   REVIEW AND ANALYZE BID PROCEDURES ORDER REGARDING
           SERVICE OF PROPOSED SALE OF HAMMOND ASSETS ON ALL
           CREDITORS.

| | JOSH GADHARF | 0.40 hours at     375.00/hr | 150.00 |
|---|---|---|---|

09/26/17   REPRESENT DEBTORS AT DISTRIBUTION CENTER APPEAL
           STATUS HEARING.

| | RION VAUGHAN | 1.10 hours at     285.00/hr | 313.50 |
|---|---|---|---|

09/26/17   RECEIPT OF HAMMOND TAX LIEN BUYER'S NOTICE OF
           BANKRUPTCY FILED IN COUNTY TAX PROCEEDING; DRAFT
           EMAIL DISTRIBUTING SAME TO DEBTORS PROFESSIONALS AND
           HAMMOND BUYER.

| | RION VAUGHAN | 0.40 hours at     285.00/hr | 114.00 |
|---|---|---|---|

09/27/17   CONFERENCE CALL WITH J.GADHARF AND M.FLYNN RE:
           APPLICATION TO EMPLOY RCC, A/R COLLECTIONS, AND NON-
           INSIDER A/R DEMAND LETTERS.

| | RION VAUGHAN | 0.60 hours at     285.00/hr | 171.00 |
|---|---|---|---|

TOTAL FEES FOR MATTER:  43474-00007     $25,289.50

EXPENSES

CORPORATE CREDIT CARD - NORTHERN CM ECF - MOTION          181.00
TO SELL PROPERTY
CAB VOUCHER - DOCKET 9/25/17 DELIVERY TO COURT             14.00

TOTAL EXPENSES FOR MATTER:  43474-00007     $   195.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

**Invoices Due Upon Receipt**

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | HOURS | FEES | FEES | FEES |
| DAVID AGAY | Member | $575.00 | 7.8 | $4,485.00 | | |
| JOSH GADHARF | Member | $375.00 | 41.4 | $15,525.00 | | |
| MARIA CARR | Associate | $275.00 | 5.0 | $1,375.00 | | |
| RION VAUGHAN | Associate | $285.00 | 13.7 | $3,904.50 | | |
| **TOTALS** | | | 67.9 | $25,289.50 | $22,441.50 | $22,441.50 |

## EXPENSE SUMMARY

| EXPENSE CODE | DESCRIPTION | RATE | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | QTY | AMT | AMT | AMT |
| 96 | CORPORATE CREDIT CARD - FILING FEES- MISCELLANOUS | $181.00 | 1.0 | $181.00 | | |
| CAB | CAB VOUCHER | $14.00 | 1.0 | $14.00 | | |
| **TOTALS** | | | 2.0 | $195.00 | $0.00 | $0.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   LITIGATION
      43474-00011

08/31/17   TELEPHONE CONFERENCE WITH IT CONSULTANT REGARDING
           PRESERVATION OF DATA (.6); REVIEW CORRESPONDENCE
           REGARDING BACKUP FOR NOTES (.1).
           DAVID AGAY                  0.70 hours at    575.00/hr       402.50

08/31/17   EMAIL CORRESPONDENCE WITH D. HARER OF CONWAY RE:
           SUPPLEMENTAL MEMBER LOAN DOCUMENTATION.
           RION VAUGHAN                0.50 hours at    285.00/hr       142.50

08/31/17   REVIEW OF CONWAY DOCUMENTATION FOR NON-INSIDER CAUSES
           OF ACTION RELATED TO OUTSTANDING A/R AND NOTES.
           RION VAUGHAN                1.10 hours at    285.00/hr       313.50

08/31/17   INCORPORATE D. AGAY'S COMMENTS INTO SETTLEMENT
           PROCEDURES MOTION.
           RION VAUGHAN                0.30 hours at    285.00/hr        85.50

09/07/17   REVIEW CORRESPONDENCE FROM FAIRWAY REGARDING AR
           DEMAND (.2); CORRESPONDENCE REGARDING SAME (.1);
           ANALYZE INFORMATION REGARDING MARKETING REBATES (.6).
           DAVID AGAY                  0.80 hours at    575.00/hr       460.00

09/07/17   OFFICE CONFERENCE WITH J. RADECKI RE: NON-INSIDER A/R
           DEMAND LETTERS .
           RION VAUGHAN                0.20 hours at    285.00/hr        57.00

09/07/17   COMPILED CLOSING BALANCE AND LOAN INFORMATION.
           JAKE RADECKI                1.60 hours at    230.00/hr       368.00

09/08/17   REVIEW RESPONSE TO AR DEMAND FOR LINARES FOOD MARKETS
           (.2); CORRESPONDENCE REGARDING SAME (.1).
           DAVID AGAY                  0.30 hours at    575.00/hr       172.50

09/08/17   REVIEW FAIRPLAY STORES' DEMAND LETTER RESPONSE AND
           SUPPORTING DOCUMENTATION.
           RION VAUGHAN                0.30 hours at    285.00/hr        85.50

09/08/17   REVIEW BERKOTS' STORES' DEMAND LETTER RESPONSE AND
           SUPPORTING DOCUMENTATION.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| | RION VAUGHAN | 0.30 hours at | 285.00/hr | 85.50 |

09/08/17   REVIEW TONY'S FINER FOODS STORES' DEMAND LETTER
RESPONSE AND SUPPORTING DOCUMENTATION.
RION VAUGHAN                0.40 hours at   285.00/hr      114.00

09/08/17   COMPILE NON-INSIDER A/R AND NOTES RECEIVABLE
DOCUMENTATION FOR DEMAND LETTERS.
RION VAUGHAN                1.10 hours at   285.00/hr      313.50

09/08/17   CONFERENCE CALL WITH D. HARER RE: HAMMOND TAX SALE
PROPERTY AND AR/NOTES COLLECTION STATUS.
RION VAUGHAN                0.60 hours at   285.00/hr      171.00

09/11/17   REVIEW RESPONSE FROM PACEMAKER COUNTRY MARKETS.
DAVID AGAY                  0.20 hours at   575.00/hr      115.00

09/12/17   REVIEW RESPONSE AND SUPPORT FOR TONY'S FINER FOODS
(.8); REVIEW RESPONSE AND SUPPORT FROM BERKOTS (.9).
DAVID AGAY                  1.70 hours at   575.00/hr      977.50

09/13/17   MULTIPLE CONFERENCES WITH WEIL REGARDING ADDITIONAL
APPEARANCES AND ARRANGE FOR PRO HAC VICE MOTIONS.
LESLIE BURRELL             0.80 hours at   265.00/hr      212.00

09/13/17   REVIEW AND REVISE SETTLEMENT PROCEDURES MOTION (.8);
CORRESPONDENCE REGARDING SAME (.1).
DAVID AGAY                  0.90 hours at   575.00/hr      517.50

09/14/17   DRAFT DISTRICT COURT PRO HAC VICE APPLICATIONS FOR
DONOVAN AND SINGH.
LESLIE BURRELL             1.00 hours at   265.00/hr      265.00

09/14/17   FINAL REVIEW AND FINALIZE SETTLEMENT PROCEDURES
MOTION.
DAVID AGAY                  0.40 hours at   575.00/hr      230.00

09/14/17   INCORPORATE WEIL'S COMMENTS INTO SETTLEMENT
PROCEDURES MOTION AND PROPOSED ORDER.
RION VAUGHAN                0.40 hours at   285.00/hr      114.00

09/14/17   MULTIPLE EMAILS AND PHONE CALLS WITH COUNSEL FOR DIP
LENDER RE: PROPOSED REVISIONS AND TWEAKS TO
SETTLEMENT PROCEDURE PROPOSED ORDER
RION VAUGHAN                2.30 hours at   285.00/hr      655.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/14/17 | INCORPORATE DIP'S AGREED UPON CHANGES INTO SETTLEMENT PROCEDURES MOTION AND PROPOSED ORDER. | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| 09/15/17 | OFFICE CONFERENCE WITH J.RADECKI ON CASE BACKGROUND AND PROJECT OF DRAFTING NON-INSIDER ACCOUNTS RECEIVABLE DEMAND LETTERS. | | | |
| | RION VAUGHAN | 0.70 hours at | 285.00/hr | 199.50 |
| 09/18/17 | TELEPHONE CONFERENCE WITH CLIENT TO DISCUSS AR RECONCILIATION PROCESS. | | | |
| | DAVID AGAY | 0.40 hours at | 575.00/hr | 230.00 |
| 09/18/17 | ATTEND CONFERENCE CALL RE: OUTSTANDING AR AND DEMAND LETTERS. | | | |
| | JAKE RADECKI | 0.30 hours at | 230.00/hr | 69.00 |
| 09/20/17 | REVIEW COMMENTS ON DE MINIMIS SETTLEMENT ORDER FROM CREDITORS' COMMITTEE AND UST. | | | |
| | DAVID AGAY | 0.20 hours at | 575.00/hr | 115.00 |
| 09/20/17 | REVIEW PROPERTY AND D&O INSURANCE POLICIES FOR APPLICATION IN CHAPTER 7. | | | |
| | DAVID AGAY | 1.20 hours at | 575.00/hr | 690.00 |
| 09/21/17 | FILE SINGH MOTION FOR PRO HAC VICE ADMISSION. | | | |
| | LESLIE BURRELL | 0.20 hours at | 265.00/hr | 53.00 |
| 09/21/17 | TELEPHONE CONFERENCE WITH K. GLEASON AND H. NGYUN REGARDING SETTLEMENT PROCEDURES ORDER (.3); CORRESPONDENCE WITH COMMITTEE COUNSEL REGARDING AR (.1). | | | |
| | DAVID AGAY | 0.40 hours at | 575.00/hr | 230.00 |
| 09/21/17 | REVIEW PROPOSAL FROM RCC REGARDING MANAGING AR COLLECTION PROCESS (.3); CORRESPONDENCE WITH D. HARER REGARDING SAME (.2); REVIEW COMMITTEE'S DATA PRESENTATION LETTER (.4); CORRESPONDENCE WITH D. HARER REGARDING SAME (.2). | | | |
| | DAVID AGAY | 1.10 hours at | 575.00/hr | 632.50 |
| 09/21/17 | CONFERENCE CALL WITH CONWAY TEAM REGARDING A/R DEMAND RECONCILIATION AND RECOVERY STRATEGY | | | |
| | RION VAUGHAN | 1.20 hours at | 285.00/hr | 342.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 09/21/17 | CONFERENCE CALL WITH UST'S OFFICE RE: DE MINIMUS SETTLEMENT PROCEDURES PROPOSED ORDER AND REVISIONS | | |
| | RION VAUGHAN | 0.30 hours at   285.00/hr | 85.50 |
| 09/22/17 | TELEPHONE CONFERENCE WITH BLANK ROME REGARDING AR COLLECTION EFFORTS AND OTHER MATTERS (.6) | | |
| | DAVID AGAY | 0.60 hours at   575.00/hr | 345.00 |
| 09/22/17 | TELEPHONE CONFERENCE WITH D. POSNER REGARDING AR COLLECTION EFFORTS (.5); FOLLOW-UP WITH R. VAUGHAN REGARDING ACCOMMODATING DUE DILIGENCE REQUEST (.2); REVIEW DE MINIMIS SETTLEMENT ORDER REDLINE (.1). | | |
| | DAVID AGAY | 0.80 hours at   575.00/hr | 460.00 |
| 09/23/17 | DRAFT DEMAND LETTERS FOR OUTSTANDING AR ONLY. | | |
| | JAKE RADECKI | 2.70 hours at   230.00/hr | 621.00 |
| 09/26/17 | REVIEW SPREADSHEET REGARDING NON-INSIDER AR. | | |
| | DAVID AGAY | 0.50 hours at   575.00/hr | 287.50 |
| 09/28/17 | REDRAFTED A/R DEMAND LETTER FORM FOR RCC'S MAIL MERGE. | | |
| | RION VAUGHAN | 0.30 hours at   285.00/hr | 85.50 |

TOTAL FEES FOR MATTER:   43474-00011        $10,417.00

EXPENSES

DELIVERY CHARGES FEDERAL EXPRESS Fedex on
09/28/2017

27.71

TOTAL EXPENSES FOR MATTER:   43474-00011    $    27.71

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| DAVID AGAY | Member | $575.00 | 10.2 | $5,865.00 | | |
| RION VAUGHAN | Associate | $285.00 | 10.4 | $2,964.00 | | |
| JAKE RADECKI | Associate | $230.00 | 4.6 | $1,058.00 | | |
| LESLIE BURRELL | Paralegal | $265.00 | 2.0 | $530.00 | | |
| **TOTALS** | | | 27.2 | $10,417.00 | $23,439.50 | $23,439.50 |

## EXPENSE SUMMARY

| EXPENSE CODE | DESCRIPTION | RATE | CURRENT INVOICE QTY | CURRENT INVOICE AMT | YEAR-TO-DATE AMT | CUMULATIVE AMT |
|---|---|---|---|---|---|---|
| 20 | DELIVERY CHARGES FEDERAL EXPRESS | $27.71 | 1.0 | $27.71 | | |
| **TOTALS** | | | 3.0 | $27.71 | $50.00 | $50.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   REVIEW AND ANNALYSIS REAL ESTATE
      43474-00014

| Date | Description | | | Amount |
|---|---|---|---|---|
| 08/31/17 | REVIEW MULTIPLE E-MAILS REGARDING TERMS FOR SUBLEASE OF CENTRAL GROCERS OFFICE SPACE AND ENCLOSING FORM OF PROPERTY MANAGEMENT AGREEMENT WITH ARE PARTNERS. | | | |
| | MICHAEL J. KLEIN | 1.00 hours at | 560.00/hr | 560.00 |
| 09/01/17 | CALL AND E-MAIL TO M MASON REGARDING LEASE OF OFFICE SPACE IN DISTRIBUTION CENTER (.4); START DRAFTING LICENSE FOR OFFICE SPACE IN DISTRIBUTION CENTER (.6). | | | |
| | MICHAEL J. KLEIN | 1.00 hours at | 560.00/hr | 560.00 |
| 09/01/17 | CALL WITH M FLYNN REGARDING TAX SALE OF HAMMOND, IN PROPERTY. | | | |
| | MICHAEL J. KLEIN | 0.30 hours at | 560.00/hr | 168.00 |
| 09/02/17 | REVIEW E-MAILS FROM D HARER, M FLYNN AND D AGAY REGARDING TAX SALE OF HAMMOND, IN PROPERTY. | | | |
| | MICHAEL J. KLEIN | 0.30 hours at | 560.00/hr | 168.00 |
| 09/04/17 | CONTINUE DRAFTING LICENSE FOR OFFICE SPACE IN DISTRIBUTION CENTER. | | | |
| | MICHAEL J. KLEIN | 1.50 hours at | 560.00/hr | 840.00 |
| 09/05/17 | CONTINUE DRAFTING LICENSE FOR OFFICE SPACE IN DISTRIBUTION CENTER (.5); DRAFT EXTENDED E-MAIL TO M MASON ENCLOSING DRAFT LICENSE AND REGARDING OPEN ISSUES WITH SAME (.4); CONTINUE TO REVIEW FORM OF PROPERTY MANAGEMENT AGREEMENT WITH ARE PARTNERS (.8); DRAFT E-MAIL TO D HARER REGARDING QUESTIONS ABOUT PROPERTY MANAGEMENT (.3); REVIEW E-MAILS FROM D. HARER REGARDING PROPERTY MANAGEMENT (.3); REVIEW E-MAIL FROM M FLYNN REGARDING HIS COMMENTS ON LICENSE AGREEMENT (.3). | | | |
| | MICHAEL J. KLEIN | 3.00 hours at | 560.00/hr | 1,680.00 |
| 09/05/17 | REVIEW DRAFT SUPERVALU LICENSE AGREEMENT. | | | |
| | DAVID AGAY | 1.10 hours at | 575.00/hr | 632.50 |

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/06/17 | REVISE LICENSE FOR OFFICE SPACE IN DISTRIBUTION CENTER BASED ON COMMENTS RECEIVED (.5); E-MAIL TO CLIENT AND COUNSEL REGARDING OPEN ISSUES WITH LICENSE AGREEMENT AND ENCLOSING REVISED DRAFT OF SAME (.3); REVIEW E-MAILS FROM D HARER AND C STEIGER (WEIL) REGARDING LICENSE AGREEMENT (.2); REVIEW ASSET PURCHASE AGREEMENT FOR HAMMOND, IN (.5); ATTENTION TO ISSUES WITH BUYER DUE DILIGENCE PACKAGES (.5); MULTIPLE E-MAILS REGARDING REAL ESTATE BROKERS MARKETING THE PROPERTIES AND ENCLOSING REAL ESTATE SERVICES AGREEMENT AND ADDITIONAL BACKGROUND DOCUMENTATION ON REAL PROPERTIES (.5); REVIEW ADDITIONAL DOCUMENTATION REGARDING TAX SALE OF HAMMOND, IN FACILITY (.5); REVIEW LETTERS OF INTENT AND COUNTER PROPOSALS REGARDING WHEATON, DOWNERS GROVE AND JOLIET, IL PROPERTIES (1.0). | | | |
| | MICHAEL J. KLEIN | 4.00 hours at | 560.00/hr | 2,240.00 |
| 09/06/17 | TELEPHONE CONFERENCE WITH M. FLYNN AND R. VAUGHAN REGARDING LAKE COUNTY HAMMOND PROPERTY TAX LIEN (.6); FOLLOW-UP RESEARCH REGARDING SAME (.2). | | | |
| | DAVID AGAY | 0.80 hours at | 575.00/hr | 460.00 |
| 09/06/17 | REVIEW COMMENTS ON A.R.E. MANAGEMENT AGREEMENT (.1); CORRESPONDENCE REGARDING SAME (.1). | | | |
| | DAVID AGAY | 0.20 hours at | 575.00/hr | 115.00 |
| 09/07/17 | PREPARE FOR AND CONDUCT CONFERENCE CALL WITH MARCHUS MILLICHAP, CONWAY, WEIL AND PJSC CONTACTS REGARDING REAL PROPERTY SALES AND MARKETING ISSUES (.6); REVIEW MULTIPLE E-MAILS ENCLOSING DRAFT ASSET PURCHASE AGREEMENTS FOR HAMMOND, IN, WHEATON, IL AND DOWNERS GROVE, IL SALES (1.5); REVIEW LEASE WITH BP REGARDING HAMMOND, IN REGARDING TERMINATION RIGHTS AND OTHER ISSUES (1.0); E-MAILS WITH TEAM REGARDING TERMINATION RIGHTS (.3); ADDITIONAL REVISIONS TO LICENSE WITH SUPERVALU PER TEAM'S COMMENTS (.5); PREPARE AND CONDUCT CALL WITH BUYER CONTACT ON HAMMOND, IN SALE (.5). | | | |
| | MICHAEL J. KLEIN | 4.50 hours at | 560.00/hr | 2,520.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

09/07/17   ALL HANDS TELEPHONE CONFERENCE WITH PJS, M&M AND
CONWAY TEAMS REGARDING STATUS OF REAL ESTATE SALES
PROCESS (.6); TELEPHONE CONFERENCE WITH HAMMOND BUYER
REGARDING NEXT STEPS (.5); REVIEW HAMMOND PROPERTY
APA (1.4); CORRESPONDENCE REGARDING SAME (.2); REVIEW
APA FOR WHEATON PROPERTY (1.2); REVIEW BP HAMMOND
LEASE (.8); REVIEW SUPERVALUE LICENSE AGREEMENT (.7).
DAVID AGAY                    5.40 hours at    575.00/hr    3,105.00

09/08/17   ATTENTION TO OBTAINING TITLE COMMITMENTS (.5); E-
MAILS WITH K MUMFORD ENCLOSING EXHIBIT A TO JOLIET,
IL LICENSE AGREEMENT (.2); REVIEW E-MAILS FROM D
HARER AND D AGAY REGARDING TURNOVER OF IT AND
COMPUTER EQUIPMENT AT JOLIET, IL (.2); REVIEW
PURCHASE AGREEMENT REGARDING REP ISSUES ON TAX LIENS
AND LEASE (.5); PREPARE FOR AND CONDUCT TELEPHONE
CONFERENCE WITH HAMMOND, IN BUYER REGARDING CLOSING
AND BIFURCATING SALES (.5); ATTENTION TO REAL ESTATE
DUE DILIGENCE NEEDED FOR HAMMOND, IN BI-FURCATED SALE
(.5); REVIEW E-MAIL FROM M FLYNN REGARDING SUPERVALU
COMMENTS ON LICENSE FOR JOLIET, IL SPACE (.2); REVIEW
E-MAILS FROM J YONO (MARCUS & MILLICHAP), L LEACH
(CONWAY) AND D AGAY ENCLOSING DRAFT FORM OF
CONFIDENTIALITY AGREEMENT FOR REAL ESTATE DUE
DILIGENCE (.5).
MICHAEL J. KLEIN              3.00 hours at    560.00/hr    1,680.00

09/08/17   REVIEW MARCUS & MILLICHAMP NDA (.3); CORRESPONDENCE
REGARDING SAME (.2).
DAVID AGAY                    0.50 hours at    575.00/hr      287.50

09/10/17   WORK ON LANGUAGE FOR HOLLAND, IN BIFURCATED SALE OF
PROPERTY.
MICHAEL J. KLEIN              0.50 hours at    560.00/hr      280.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

09/11/17   PREPARE FOR AND CONDUCT TELEPHONE CONFERENCE WITH
PARTIES REGARDING CLOSING ON JOLIET, IL FACILITY TO
SUPERVALU (.7); CALL WITH BUYER REGARDING OPEN ISSUES
WITH HAMMOND, IN PURCHASE AGREEMENT (.5); REVIEW E-
MAIL FROM S BRASS (SUPERVALU) AND M FLYNN REGARDING
SUPERVALU'S REQUESTED CHANGES TO JOLIET, IL LICENSE
(.3); REVISE PROPERTY MISMANAGEMENT AGREEMENT PER
COMMENTS RECEIVED FROM CLIENT (.5); ATTENTION TO
ISSUES WITH SEPARATION OF HAMMOND, IN PROPERTY AND
CLOSINGS ON SEPARATE PARCELS (.5).
   MICHAEL J. KLEIN           2.50 hours at   560.00/hr   1,400.00

09/12/17   DRAFT ADDENDUM TO HAMMOND, IN PURCHASE AGREEMENT
(1.0); CONFERENCE CALL WITH PARTIES REGARDING CLOSING
ON SALE OF JOLIET, IL (.6); FURTHER REVISE ARE
PROPERTY MANAGEMENT AGREEMENT PER ADDITIONAL COMMENTS
RECEIVED (.5); PREPARE FOR AND CONDUCT TELEPHONE
CONFERENCE WITH M FLYNN, S ISACSON (CHICAGO TITLE)
AND R SZOPA (CHICAGO TITLE EXAMINER) REGARDING
ABILITY TO TRANSFER HAMMOND, IN SITE IN 2 TRANSFERS
(.5); E-MAILS WITH R. SZOPA REGARDING TRANSFERRING
HAMMOND, IL PROPERTY (.3).
   MICHAEL J. KLEIN           2.70 hours at   560.00/hr   1,512.00

09/12/17   REVIEW ENGAGEMENT AGREEMENT FOR PROPERTY MANAGER
(.4); CORRESPONDENCE REGARDING SAME (.2).
   DAVID AGAY                0.60 hours at   575.00/hr     345.00

09/13/17   CONFERENCE CALL WITH PARTIES REGARDING CLOSING ON
SALE OF JOLIET, IL (.5); CONFERENCE CALL REGARDING
NEXT STEPS IN HAMMOND, IN AND JOLIET, IL SALE (.4);
REVIEW E-MAILS FROM C STEIGER (WEIL) AND K MUMFORD
(SUPERVALU COUNSEL) ENCLOSING SUPERVALU'S COMMENTS ON
JOLIET, IL LICENSE (.4); E-MAIL TO CLIENT REGARDING
REVIEW OF LICENSE COMMENTS (.3); CONTINUE TO DRAFT
ADDENDUM TO HAMMOND, IN PURCHASE AGREEMENT (.5);
REVIEW E-MAIL FROM M FLYNN ENCLOSING TITLE POLICIES
FOR OWNED REAL PROPERTIES (.5); FURTHER REVISE
ADDENDUM TO HAMMOND, IN PURCHASE AGREEMENT (.3); E-
MAIL TO C MIOTT ENCLOSING DRAFT ADDENDUM (.2); REVIEW
MULTIPLE E-MAILS FROM CLIENT ON JOLIET, IL LICENSE
(.3).
   MICHAEL J. KLEIN           3.00 hours at   560.00/hr   1,680.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

09/13/17   REVIEW AND REVISE HAMMOND APA ADDENDUM.
           DAVID AGAY                    0.70 hours at    575.00/hr        402.50

09/13/17   REVIEW AND REVISE A.R.E. PROPERTY MANAGEMENT MOTION
           (.7); REVIEW AND REVISE HAMMOND SALE MOTION (.9);
           TELEPHONE CONFERENCE WITH MH TEAM REGARDING SAME PLUS
           OTHER MOTIONS TO BE FILED FOR 9/28 OMNIBUS (.4).
           DAVID AGAY                    2.00 hours at    575.00/hr      1,150.00

09/14/17   CONFERENCE CALL WITH PARTIES REGARDING CLOSING ON
           SALE OF JOLIET, IL (.5); E-MAIL TO R SZOPA (TITLE
           EXAMINER) REGARDING HIS REVIEW OF DRAFT SALE MOTION
           AND ORDER (.2); REVIEW REVISIONS TO JOLIET, IL
           LICENSE AGREEMENT (.4); CALL WITH PARTIES REGARDING
           LICENSE AGREEMENT (.4); REVIEW E-MAIL FROM C MIOTT
           ENCLOSING REVISED ADDENDUM (.4); REVISE ADDENDUM AND
           PURCHASE AGREEMENT FOR HAMMOND, IN PER BUYER'S
           COMMENTS (.6).
           MICHAEL J. KLEIN              2.00 hours at    560.00/hr      1,120.00

09/14/17   FINAL REVIEW OF HAMMOND APA (.9); CORRESPONDENCE WITH
           BUYER REGARDING SAME (.2).
           DAVID AGAY                    1.10 hours at    575.00/hr        632.50

09/14/17   MULTIPLE CLOSING CALLS WITH SUPERVALU TEAM (.8);
           CORRESPONDENCE WITH SUPERVALU COUNSEL REGARDING
           CLOSING (.2); FINAL REVIEW OF LICENSE AGREEMENT (.6);
           CORRESPONDENCE WITH CLIENT REGARDING SAME (.1).
           DAVID AGAY                    1.70 hours at    575.00/hr        977.50

09/15/17   E-MAILS WITH D HARER REGARDING EXECUTION OF HAMMOND,
           IN PURCHASE AGREEMENT (.2); E-MAILS WITH C MIOTT
           REGARDING AND ENCLOSING HAMMOND PURCHASE AGREEMENT
           (.2); ATTENTION TO DRAFTING FORM REAL ESTATE PURCHASE
           AGREEMENT FOR ILLINOIS PROPERTIES (.5); CALL WITH C
           MIOTT REGARDING CONFIRMING TAX ID NUMBERS FOR
           HAMMOND, IN PROPERTY (.3).
           MICHAEL J. KLEIN              1.20 hours at    560.00/hr        672.00

09/16/17   REVIEW E-MAIL FROM S NAVARRO (BUYER) REGARDING
           ADDRESSES AND TAX ID NUMBERS FOR HAMMOND, IN
           FACILITY.
           MICHAEL J. KLEIN             0.20 hours at    560.00/hr        112.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/18/17 | ATTENTION TO ABILITY TO MARKET PROPERTIES AFTER SIGNING CONTRACT (.2); E-MAILS WITH R SZOPA (CHICAGO TITLE) REGARDING STATUS OF HAMMOND, IN TITLE COMMITMENT (.2); E-MAILS WITH HAMMOND, IN BUYER REGARDING TITLE (.2). | | | |
| | MICHAEL J. KLEIN | 0.50 hours at | 560.00/hr | 280.00 |
| 09/18/17 | TELEPHONE CONFERENCE WITH CLIENT TO DISCUSS 20-DAY NOTICE FROM LANDLORD. | | | |
| | DAVID AGAY | 0.30 hours at | 575.00/hr | 172.50 |
| 09/18/17 | CORRESPONDENCE REGARDING POTENTIAL BUYER FOR HAMMOND PROPERTY. | | | |
| | DAVID AGAY | 0.20 hours at | 575.00/hr | 115.00 |
| 09/19/17 | REVIEW DOCUMENTS REGARDING ATM LEASE AT HAMMOND, IN. | | | |
| | MICHAEL J. KLEIN | 0.50 hours at | 560.00/hr | 280.00 |
| 09/20/17 | CALL WITH R SZOPA REGARDING ISSUES WITH MOTION AND ORDER REGARDING SALE OF HAMMOND, IN PROPERTY (.5); REVIEW E-MAIL FROM R. SZOPA ENCLOSING NEW TITLE COMMITMENT (.5); DRAFT SECOND ADDENDUM TO HAMMOND, IN PURCHASE AGREEMENT REGARDING REVISED TAX ID NUMBERS AND ADDRESSES (.5); ATTENTION TO MECHANIC'S LIEN ON HAMMOND, IN PROPERTY (.5); E-MAILS WITH BUYER FOR HAMMOND, IN REGARDING TITLE AND SECOND ADDENDUM (.2); CALL WITH M FLYNN REGARDING SURVEY MATTERS (.3); REVIEW E-MAIL FROM M FLYNN ENCLOSING PROPOSAL FOR SURVEY WORK (.5). | | | |
| | MICHAEL J. KLEIN | 3.00 hours at | 560.00/hr | 1,680.00 |
| 09/20/17 | REVIEW HAMMOND TITLE COMMITMENT (.6); CORRESPONDENCE WITH CLIENT AND PNC COUNSEL REGARDING SAME (.3); REVIEW CERTIFICATE OF SERVICE FOR THE HAMMOND SALE (.2). | | | |
| | DAVID AGAY | 1.30 hours at | 575.00/hr | 747.50 |
| 09/21/17 | MULTIPLE E-MAILS REGARDING TERMS FOR SALE OF WHEATON, IL FACILITY (.3); ATTENTION TO DRAFTING FORM OF PURCHASE AGREEMENT (.7). | | | |
| | MICHAEL J. KLEIN | 1.00 hours at | 560.00/hr | 560.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 09/21/17 | MULTIPLE CORRESPONDENCE WITH LENDER COUNSEL AND DEBTOR'S TEAM REGARDING OFFER FOR WHEATON PROPERTY (.5); TELEPHONE CONFERENCE WITH M. KLEIN REGARDING SAME (1.); REVIEW A.R.E. AGREEMENT (.4); CORRESPONDENCE REGARDING SAME (.1). | | | |
| | DAVID AGAY | 1.10 hours at | 575.00/hr | 632.50 |
| 09/22/17 | MULTIPLE E-MAILS CONFIRMING TERMS FOR AND FOLLOW UP INFORMATION REGARDING SALE OF WHEATON, IL FACILITY (.3); CONTINUE TO DRAFT PURCHASE AGREEMENT REGARDING WHEATON, IL FACILITY (1.2). | | | |
| | MICHAEL J. KLEIN | 1.50 hours at | 560.00/hr | 840.00 |
| 09/25/17 | REVIEW PROPOSAL FOR SURVEY SERVICES. | | | |
| | MICHAEL J. KLEIN | 0.50 hours at | 560.00/hr | 280.00 |
| 09/26/17 | CONTINUE TO DRAFT PURCHASE AGREEMENT REGARDING WHEATON, IL FACILITY (1.0); E-MAILS AND CALL WITH M FLYNN REGARDING REVIEW OF SURVEY PROPOSAL (.2); ATTENTION TO ISSUES WITH TAX LIEN AND SALE RE HAMMOND, IN PROPERTY (.3). | | | |
| | MICHAEL J. KLEIN | 1.50 hours at | 560.00/hr | 840.00 |
| 09/27/17 | REVIEW NOTICE OF STAYING TAX SALE RE HAMMOND, IN PROPERTY (.3); E-MAILS WITH W GREESON (TAX SALE BUYER'S COUNSEL) REGARDING SAME (.2); CALL TO W GREESON REGARDING STAYING TAX LIEN (.4); CONTINUE TO DRAFT SALE AGREEMENT FOR WHEATON, IL FACILITY (.3). | | | |
| | MICHAEL J. KLEIN | 1.00 hours at | 560.00/hr | 560.00 |
| 09/28/17 | CONTINUE TO DRAFT FORM OF SALE AGREEMENT FOR ILLINOIS PROPERTIES (1.2); CALL TO A KLINE (LOCAL COUNSEL) REGARDING REDEEMING TAXES ON HAMMOND, IN PROPERTY (.3); REVIEW E-MAIL FROM W GLEESON ENCLOSING DRAFT AGREED ENTRY TO EXTEND TIME PERIOD FOR REDEMPTION ON HAMMOND, IN PROPERTY (.3); ATTENTION TO ISSUES WITH AGREED ENTRY TO EXTEND HAMMOND REDEMPTION PERIOD (.3); ATTENTION TO CLOSING REQUIREMENTS FOR HAMMOND, IN (.4). | | | |
| | MICHAEL J. KLEIN | 2.50 hours at | 560.00/hr | 1,400.00 |
| 09/28/17 | CORRESPONDENCE WITH PJS REGARDING WHEATON SALE (.2); REVIEW WHEATON APA (1.7); CORRESPONDENCE WITH M. KLEIN REGARDING SAME (.2). | | | |
| | DAVID AGAY | 2.10 hours at | 575.00/hr | 1,207.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

09/29/17   CALL WITH D HARER REGARDING PURCHASE AGREEMENT FOR
           SALE OF WHEATON, IL FACILITY; FURTHER REVISE PURCHASE
           AGREEMENT (.5); E-MAILS WITH D JURKIEWICZ (LOCAL
           COUNSEL) REGARDING COURT APPROVAL OF EXTENSION OF
           REDEMPTION PERIOD (.2); REVIEW E-MAIL FROM A KLINE
           REGARDING HAMMOND, IN CLOSING MATTERS (.4); REVIEW E-
           MAIL FROM J SUDHOLT (CHICAGO TITLE) ENCLOSING NEW
           TITLE COMMITMENTS WITH UNDERLYING TITLE DOCUMENTS FOR
           WHEATON, CHICAGO HEIGHTS AND DOWNERS GROVE, IL SITES
           (1.0).
           MICHAEL J. KLEIN          3.00 hours at   560.00/hr   1,680.00

09/30/17   CONTINUE TO REVISE WHEATON PURCHASE AGREEMENT.
           MICHAEL J. KLEIN          0.50 hours at   560.00/hr     280.00

                    TOTAL FEES FOR MATTER:  43474-00014    $36,854.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| MICHAEL J. KLEIN | Member | $560.00 | 46.2 | $25,872.00 | | |
| DAVID AGAY | Member | $575.00 | 19.1 | $10,982.50 | | |
| **TOTALS** | | | 65.3 | $36,854.50 | $0.00 | $0.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   RELIEF FROM STAY
      43474-00015

09/06/17   PREPARE FOR AND TELEPHONE CONFERENCE WITH COUNSEL TO
           PERSONAL INJURY PLAINTIFF REGARDING STAY RELIEF
           ISSUES.
           JOSH GADHARF              0.40 hours at    375.00/hr      150.00

09/06/17   REVIEW AND ANALYZE ISSUES RELATING TO STAY RELIEF
           REQUEST FROM PERSONAL INJURY PLAINTIFF.
           JOSH GADHARF              0.40 hours at    375.00/hr      150.00

09/06/17   DRAFT EMAIL TO J. GADHARF RE: RELIEF FROM STAY
           WITHOUT MOTION.
           RION VAUGHAN              0.30 hours at    285.00/hr       85.50

09/07/17   REVIEW CASE MANAGEMENT ORDER AND LOCAL RULES
           REGARDING REQUIREMENTS FOR FILING STAY RELIEF MOTION.
           JOSH GADHARF              0.30 hours at    375.00/hr      112.50

09/07/17   SEND DETAILED EMAIL TO COUNSEL FOR PERSONAL INJURY
           PLAINTIFF REGARDING STAY RELIEF MOTION TO PURSUE
           INSURANCE PROCEEDS.
           JOSH GADHARF              0.20 hours at    375.00/hr       75.00

09/07/17   PHONE CONFERENCE WITH J. GADHARF RE: RELIEF FROM STAY
           ORDERS WITHOUT CORRESPONDING MOTIONS.
           RION VAUGHAN              0.30 hours at    285.00/hr       85.50

09/11/17   TELEPHONE CONFERENCE WITH COUNSEL FOR PERSONAL INJURY
           PLAINTIFF REGARDING LIFT STAY ISSUES.
           JOSH GADHARF              0.20 hours at    375.00/hr       75.00

09/11/17   EMAILS WITH WEIL REGARDING PROCEDURAL MECHANISM TO
           GET STAY LIFTED FOR PERSONAL INJURY PLAINTIFFS.
           JOSH GADHARF              0.30 hours at    375.00/hr      112.50

09/26/17   DRAFT, FINALIZE, AND FILE NOTICE OF ADJOURNMENT FOR
           PENDING MOTIONS FOR RELIEF FROM STAY  (.3);
           COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1).
           RION VAUGHAN              0.40 hours at    285.00/hr      114.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

09/26/17   MULTIPLE EMAILS AND PHONE CALLS COORDINATING
           SETTLEMENT OF BRODINSKI MOTION FOR RELIEF FROM STAY
           RION VAUGHAN              0.40 hours at   285.00/hr      114.00

               TOTAL FEES FOR MATTER:   43474-00015      $ 1,074.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| JOSH GADHARF | Member | $375.00 | 1.8 | $675.00 | | |
| RION VAUGHAN | Associate | $285.00 | 1.4 | $399.00 | | |
| **TOTALS** | | | 3.2 | $1,074.00 | $560.00 | $560.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS
      43474-00017


09/14/17   PREPARE FOR AND TELEPHONE CONFERENCE WITH COMMITTEE
           COUNSEL REGARDING MOTIONS TO BE FILED ON 9/14.
           JOSH GADHARF               0.20 hours at   375.00/hr      75.00

                   TOTAL FEES FOR MATTER:  43474-00017      $    75.00

**McDonald Hopkins**

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| JOSH GADHARF | Member | $375.00 | 0.2 | $75.00 | | |
| **TOTALS** | | | 0.2 | $75.00 | $0.00 | $0.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:    HEARINGS
      43474-00018

09/14/17    CONFERENCE CALL WITH J.GADHARF AND COMMITTEE RE:
           SETTLEMENT PROCEDURES MOTION, AFCO PREMIUM FINANCE
           MOTION, AND A.R.E APPLICATION
           RION VAUGHAN           0.30 hours at    285.00/hr     85.50

09/18/17    DRAFT 9/28 OMNIBUS HEARING AGENDA
           RION VAUGHAN           0.40 hours at    285.00/hr    114.00

09/25/17    DRAFT PROPOSED AGENDA. FOR 9/28 OMNIBUS HEARING.
           RION VAUGHAN           0.90 hours at    285.00/hr    256.50

09/26/17    REVIEW AGENDA FOR UPCOMING OMNIBUS HEARING (.3);
           TELEPHONE CONFERENCE WITH R. VAUGHAN REGARDING SAME
           (.2)
           DAVID AGAY             0.50 hours at    575.00/hr    287.50

09/26/17    DRAFT, FINALIZE, AND FILE  CERTIFICATION OF NO
           OBJECTION TO DE MINIMIS SETTLEMENT PROCEDURES MOTION,
           REVISED PROPOSED ORDER AND REDLINE COMPARISON (.6);
           COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1).
           RION VAUGHAN           0.70 hours at    285.00/hr    199.50

09/26/17    UPDATE AGENDA TO REFLECT ALL DOCKET FILINGS AND
           STATUS OF MATTERS SET TO BE HEARD AT 9/28 OMNIBUS
           HEARING
           RION VAUGHAN           1.20 hours at    285.00/hr    342.00

09/26/17    CONFERENCE CALL WITH DIP RE: 9/28 AGENDA
           RION VAUGHAN           0.30 hours at    285.00/hr     85.50

09/26/17    DISTRIBUTE DRAFT AGENDA FOR 9/28 OMNIBUS HEARING AND
           INCORPORATE WEIL COMMENTS INTO SAME.
           RION VAUGHAN           0.30 hours at    285.00/hr     85.50

09/28/17    REPRESENT DEBTOR AT OMNIBUS HEARING.
           DAVID AGAY             2.10 hours at    575.00/hr  1,207.50

09/28/17    REPRESENTED DEBTORS AT 9/28 OMNIBUS HEARING
           RION VAUGHAN           2.20 hours at    285.00/hr    627.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

09/28/17    PREPARATION OF RELEVANT MOTIONS AND PROPOSED ORDERS
            FOR 9/28 OMNIBUS HEARING
            RION VAUGHAN                0.70 hours at    285.00/hr        199.50

                    TOTAL FEES FOR MATTER:  43474-00018        $ 3,490.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| DAVID AGAY | Member | $575.00 | 2.6 | $1,495.00 | | |
| RION VAUGHAN | Associate | $285.00 | 7.0 | $1,995.00 | | |
| **TOTALS** | | | **9.6** | **$3,490.00** | **$20,632.00** | **$20,632.00** |

**MH Firm Credit Card Expenditure Summary**

Card Name: Chicago    Last Four Digits of Card: _____ 1107    9/18/2017

DETAILED EXPENDITURE RECORD

| Date | Charge to: (Client Code/Client Matter) | Payment Made To | Description (i.e. meal, filing fees, etc.) | Attorney Responsible for Charge | Amount |
|---|---|---|---|---|---|
| 09/18/17 | 43474-00007 | Northern CM ECF | Motion to Sell Property | Rion Vaughan | $    181.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL CREDIT CARD EXPENDITURE SUMMARY | | | | | $    181.00 |

Mary Brady
Prepared By

FileHandler.axd

9/18/2017
Date

43474- 7

**Brady, Mary D.**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Monday, September 18, 2017 12:22 PM |
| To: | Vaughan, Rion; Brady, Mary D. |
| Subject: | Pay.gov Payment Confirmation: IL Northern CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Donna Bridges at (312) 435-7581.

Application Name: IL Northern CM ECF
Pay.gov Tracking ID: 264TA0FE
Agency Tracking ID: 35490005
Transaction Type: Sale
Transaction Date: Sep 18, 2017 1:22:16 PM

Account Holder Name: Rion Vaughan
Transaction Amount: $181.00
Card Type: MasterCard
Card Number: ************1107

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

### U.S. Bankruptcy Court
### Northern District of Illinois

Thank you. Your transaction in the amount of $ 181.00 has been completed.

Please print a copy of your transaction receipt for future reference. The transaction number is **35490005.**

**Detail description:**
Motion to Sell Property Free and Clear of Liens 363(f)(17-13886) [motion,msell] ( 181.00)

Evans, Rodney   $14.00          43474 - 7

**From:** Vaughan, Rion
**Sent:** Monday, September 25, 2017 1:05 PM
**To:** Evans, Rodney
**Subject:** FW: SVT/CGI: Joint Status Report
**Attachments:** SVT_CGI_ Joint Status Report (DC Sale Appeal)_WEIL_96279870_6.DOCX

Supposed to have gone there Friday, oops.

Rion M. Vaughan
Attorney

T: 312-642-1464
C: 887-234-1099
rvaughan@mcdonaldhopkins.com
www.mcdonaldhopkins.com

300 Nor
Suite 14
Chicago

McDonald Hopkins
A business advisory and advocacy law firm.

CITY SERVICE
2601 W. Peterson Ave., Chicago, IL 60659
773-907-0909
Date 9-25-17 Time
From 219 S. Dearborn
To 300 N. Dearborn La SALLE [S
Cab No. ___ Driver ___
Cab Fare $ 7.00

Visit us at www.cityservicetaxi.com

**LOST!**

Lost something in a cab?
ChicagoDispatcher.com
Receipt Advertising: ChicagoDispatcher.com

**From:** Donovan, Danielle [mailto:Danielle.Donovan@weil.com]
**Sent:** Friday, September 22, 2017 1:52 PM
**To:** Agay, David; Vaughan, Rion
**Cc:** Singh, Sunny
**Subject:** SVT/CGI: Joint Status Report

David, Rion,

Attached for filing in the District Court is the initial joint status report of the parties.  Please note that, per the Judge's standing order, one copy of the report is to be e-filed, and another is to be delivered to the Courtroom Deputy, Theresa Kinney in Room 1914. Could you all have a paralegal handle the delivery?

Please let us know if you have any questions or comments. We do not anticipate any other filings today.

Thanks!
Danielle

The information contained in this email message is intended only for use of the individual or entity named above. If the ... ponsible to deliver it to the intended ... f this communication is strictly ... otify us by email, postmaster@weil.com.

**SUN** **Sun Taxi Association**
4626 W. Cornelia Ave., Chicago, IL 60641

Office Hours
M - F   9 - 5
Sat.   9 - 2
Sun. Closed

Dispatch and
Lost & Found
(773) 736-3399

**Cab Receipt**
Date 9-25-2017   Time: ___ □ a.m □ p.m.
From 300 N LaSalle To 219 S. Dearborn

Main Office
Tel. (773) 736-3883
Fax (773) 736-6294

Driver Name & C.L.# ___
Fare $ 7.00   x ___ Passenger Signature

**McDonald Hopkins LLC**
Petty Cash Replenishment Form

| Date | | Description | | | | Total | $ |
|---|---|---|---|---|---|---|---|
| 09/25/17 | 4347-4-007 | Cab fare for delivery to court | Delivery to Courtroom Deputy Theresa Kinney | | Ron Vaughn | | $ 14.00 |
| | | | | | | | |

Petty Cash Reconciliation:
Beginning Balance (enter amount)    $ 1,000.00
Expenditures                        $ (90.45)
Cash on Hand (this should match amount on hand)  $ 909.55

| | | | Total | $ 90.45 |

Prepared By _____    Date  9-29-17    Check No. _____

Date  9-29-17

FileHandler.xlsf

9/29/2017