UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
------------------------------------------------------------- x
In re                                           :    Chapter 11
                                                :
CENTRAL GROCERS, INC., et al.,                  :    Case No. 17– 13886 (PSH)
                                                :
                                                :
            Debtors.1                           :    (Jointly Administered)
------------------------------------------------------------- x
```

## AFFIDAVIT OF SERVICE

I, Justin J. Ra, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 18, 2017, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Statement Notice Parties Service List attached hereto as **Exhibit A**:

• Amended Notice of Withdrawal of First and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Former Co-Counsel to the Debtors and Debtors in Possession for the Period from May 4, 2017 through June 30, 2017 [Docket No. 849]

Dated: October 23, 2017

Justin J. Ra

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on October 23, 2017, by Justin J. Ra, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20 18

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

SRF 19686

## **Exhibit A**

Exhibit A

Fee Statement Notice Parties Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: Mark I. Rabinowitz, Esq., Gregory F. Vizza, Esq.<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103-6998 | Rabinowitz-mi@BlankRome.com<br>Vizza@BlankRome.com | Email |
| Counsel to PNC Bank, National Association | Blank Rome LLP | Attn: Regina Stango Kelbon, Esq., Victoria A. Guilfoyle, Esq.<br>1201 Market Street<br>Suite 800<br>Wilmington DE 19801 | Kelbon@BlankRome.com<br>Guilfoyle@BlankRome.com | Email |
| Debtor | Central Grocers, Inc. | Attn: Donald E. Harer<br>2600 West Haven Avenue<br>Joliet IL 60433 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton LLP | Attn: Todd C. Meyers, Esq.<br>1100 Peachtree Street NE<br>Suite 2800<br>Atlanta GA 30309-4528 | tmeyers@kilpatricktownsend.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton LLP | Attn: Todd C. Meyers, Esq., David M. Posner, Esq., Gianfranco Finizio, Esq.<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | tmeyers@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com<br>dposner@kilpatricktownsend.com | Email |
| Local Counsel | McDonald Hopkins LLC | Attn: David A. Agay, Rion Vaughan<br>300 N. LaSalle Street<br>Suite 1400<br>Chicago IL 60654 | dagay@mcdonaldhopkins.com<br>rvaughan@mcdonaldhopkins.com | Email |
| United States Trustee District of Illinios | Office of the United States Trustee | Attn: Patrick S. Layng<br>219 South Dearborn Street<br>Chicago IL 60604 | | First Class Mail |
| Counsel to the Official Committee of Unsecured Creditors | Saul Ewing LLP | Attn: Mark Minuti, Esq.<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | mminuti@saul.com<br>lmurley@saul.com | Email |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Sunny Singh<br>767 Fifth Avenue<br>New York NY 10153 | stephen.karotkin@weil.com<br>sunny.singh@weil.com | Email |