# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

CENTRAL GROCERS, INC.
DONALD HARER
2600 WEST HAVEN AVENUE
JOLIET, IL 60433

NOVEMBER 9, 2017
Invoice No:  1314918

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

THROUGH OCTOBER 31, 2017 INCLUDING THE FOLLOWING ITEMIZED SERVICES

CLIENT NO: 43474

| | |
|---|---:|
| FEES FOR SERVICES | $  96,824.50 |
| EXPENSES | 1,226.04 |
| TOTAL | $  98,050.54 |

AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
| $205,213.25 | $9,076.80 | $8,582.90 | $5,953.50 | $228,826.45 |

{7071207:}

WIRE TRANSFER INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 044000024
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACH/EFT INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 041000153
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACCOUNTS RECEIVABLE
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

CENTRAL GROCERS, INC.
DONALD HARER
2600 WEST HAVEN AVENUE
JOLIET, IL 60433

NOVEMBER 9, 2017
Invoice No:  1314918

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

THROUGH OCTOBER 31, 2017 INCLUDING THE FOLLOWING ITEMIZED SERVICES

CLIENT NO: 43474

| | | |
|---|---|---|
| FEES FOR SERVICES | $ | 96,824.50 |
| EXPENSES | | 1,226.04 |
| TOTAL | $ | 98,050.54 |

STATEMENT OF ACCOUNT

| | | |
|---|---|---|
| STATEMENT DATED CURRENT | $ | 98,050.54 |
| PREVIOUS BALANCE | | 130,775.91 |
| TOTAL AMOUNT DUE | $ | 228,826.45 |

{7071207:}

WIRE TRANSFER INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 044000024
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACH/EFT INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 041000153
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACCOUNTS RECEIVABLE
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CASE ADMINISTRATION
      43474-00002


10/02/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J.
           GADHARF (.10)
           LINDA PIAZZA              0.30 hours at   125.00/hr      37.50

10/02/17   REVIEW DRAFT AUGUST MOR.
           DAVID AGAY               0.40 hours at   625.00/hr     250.00

10/02/17   RESEARCH REGARDING DOCUMENT RETENTION QUESTION FROM
           CONWAY AND COMMUNICATIONS RE SAME.
           MARIA CARR               1.60 hours at   295.00/hr     472.00

10/03/17   RECEIPT OF AND DISTRIBUTE HEARING TRANSCRIPT; ARRANGE
           PAYMENT.
           LESLIE BURRELL           0.30 hours at   280.00/hr      84.00

10/03/17   REVIEW, FINALIZE, AND FILE MONTHLY OPERATING REPORT
           (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME
           (.1).
           RION VAUGHAN             0.40 hours at   325.00/hr     130.00

10/04/17   TELEPHONE CONFERENCE WITH IDS TEAM REGARDING DATA
           PRESERVATION.
           DAVID AGAY               0.30 hours at   625.00/hr     187.50

10/05/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J.
           GADHARF (.10)
           LINDA PIAZZA             0.30 hours at   125.00/hr      37.50

10/05/17   REVIEW, FINALIZE, AND FILE PACA/PASA REPORT(.3);
           COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1).
           RION VAUGHAN             0.40 hours at   325.00/hr     130.00

10/09/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J.
           GADHARF (.10)
           LINDA PIAZZA             0.30 hours at   125.00/hr      37.50

10/09/17   REVIEW ALL FILINGS SCHEDULED FOR HEARING ON 10/12/17
           AND DRAFT PROPOSED AGENDA FOR SAME.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |
|---|---|---|---|
| JOSH GADHARF | 2.00 hours at | 395.00/hr | 790.00 |

10/09/17   EMAIL TO WEIL REGARDING PROPOSED AGENDA FOR 10/12/17
          OMNIBUS HEARING.

| JOSH GADHARF | 0.10 hours at | 395.00/hr | 39.50 |
|---|---|---|---|

10/10/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
          ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J.
          GADHARF (.10)

| LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
|---|---|---|---|

10/10/17   REVIEW AND REVISE AGENDA FOR 10/12/17 OMNIBUS HEARING
          AND EMAILS WITH WEIL REGARDING SAME.

| JOSH GADHARF | 1.10 hours at | 395.00/hr | 434.50 |
|---|---|---|---|

10/10/17   EMAILS WITH CLAIMS AND NOTICING AGENT REGARDING
          FILING AND SERVICE OF 10/10/17 FILINGS.

| JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
|---|---|---|---|

10/11/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
          ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J.
          GADHARF (.10)

| LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
|---|---|---|---|

10/11/17   PREPARE FOR OCTOBER 12 OMNIBUS HEARING.

| JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |
|---|---|---|---|

10/11/17   REVIEW AND ANALYZE WITHDRAWAL OF SVT LIFT STAY
          MOTIONS.

| JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
|---|---|---|---|

10/11/17   EMAILS WITH V. YIU AT WEIL REGARDING ADJOURNMENT OF
          LIFT STAY MOTION.

| JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
|---|---|---|---|

10/11/17   REVIEW AND REVISE STATUS REPORT FOR OCTOBER 12
          OMNIBUS HEARING AND FILE AMENDED STATUS REPORT.

| JOSH GADHARF | 0.80 hours at | 395.00/hr | 316.00 |
|---|---|---|---|

10/12/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
          ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J.
          GADHARF (.10)

| LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
|---|---|---|---|

10/12/17   REVIEW AND ANALYZE PROPOSED ORDER RESOLVING
          BRODZINSKI LIFT STAY MOTION.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |
|---|---|---|---|
|  | JOSH GADHARF | 0.20 hours at  395.00/hr | 79.00 |
| 10/13/17 | EMAIL TO COUNSEL FOR CLEEK REGARDING ADJOURNMENT OF HEARING ON LIFT STAY MOTION. | | |
|  | JOSH GADHARF | 0.10 hours at  395.00/hr | 39.50 |
| 10/16/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
|  | LINDA PIAZZA | 0.30 hours at  125.00/hr | 37.50 |
| 10/17/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
|  | LINDA PIAZZA | 0.30 hours at  125.00/hr | 37.50 |
| 10/17/17 | CALL WITH D. AGAY AND J. GADHARF RE PENDING CASE MATTERS. | | |
|  | MARIA CARR | 0.20 hours at  295.00/hr | 59.00 |
| 10/18/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
|  | LINDA PIAZZA | 0.30 hours at  125.00/hr | 37.50 |
| 10/19/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
|  | LINDA PIAZZA | 0.30 hours at  125.00/hr | 37.50 |
| 10/19/17 | TELEPHONE CONFERENCE WITH M. CARR REGARDING CONVERSION MOTION. | | |
|  | DAVID AGAY | 0.30 hours at  625.00/hr | 187.50 |
| 10/19/17 | LENGTHY CALL WITH PNC COUNSEL REGARDING ESCROW ACCOUNTS AND SERVICE 9019 MOTIONS. | | |
|  | JOSH GADHARF | 0.30 hours at  395.00/hr | 118.50 |
| 10/20/17 | EMAIL TO PRIME CLERK REGARDING SERVICE OF MONTHLY FEE STATEMENTS. | | |
|  | JOSH GADHARF | 0.10 hours at  395.00/hr | 39.50 |
| 10/20/17 | TELEPHONE CONFERENCE WITH PRIME CLERK REGARDING SERVICE OF PNC/COMMITTEE 9019 MOTION. | | |
|  | JOSH GADHARF | 0.10 hours at  395.00/hr | 39.50 |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 10/23/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 10/23/17 | TELEPHONE CONFERENCE WITH COURT REGARDING MOVING OMNIBUS HEARING TO 11/16. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 10/23/17 | TELEPHONE CONFERENCE WITH PNC COUNSEL REGARDING MOVING OMNIBUS HEARING TO 11/16. | | | |
| | JOSH GADHARF | 0.10 hours at | 395.00/hr | 39.50 |
| 10/23/17 | EMAILS WITH PNC AND COMMITTEE COUNSEL REGARDING MOVING OMNIBUS HEARING TO 11/16. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
| 10/24/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 10/24/17 | REVIEW NOTICES OF ADJOURNMENT. | | | |
| | DAVID AGAY | 0.30 hours at | 625.00/hr | 187.50 |
| 10/24/17 | DRAFT NOTICES OF ADJOURNMENT OF MATTERS SET FOR 11/8 OMNIBUS HEARING AND PREPARE SAME FOR FILING. | | | |
| | JOSH GADHARF | 1.80 hours at | 395.00/hr | 711.00 |
| 10/24/17 | EMAILS TO WEIL, COUNSEL FOR PNC, AND COUNSEL FOR COMMITTEE REGARDING NOTICES OF ADJOURNMENT. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
| 10/24/17 | EMAIL TO COUNSEL FOR BETTY CLEEK REGARDING NOTICE OF ADJOURNMENT. | | | |
| | JOSH GADHARF | 0.10 hours at | 395.00/hr | 39.50 |
| 10/24/17 | EMAIL TO PJSC REGARDING NOTICE OF ADJOURNMENT. | | | |
| | JOSH GADHARF | 0.10 hours at | 395.00/hr | 39.50 |
| 10/24/17 | EMAIL TO RCC REGARDING NOTICE OF ADJOURNMENT. | | | |
| | JOSH GADHARF | 0.10 hours at | 395.00/hr | 39.50 |
| 10/24/17 | EMAILS TO PRIME CLERK REGARDING NOTICE OF ADJOURNMENT. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 10/25/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 10/25/17 | REVIEW AND ANALYZE UST FEE REQUIREMENTS AND EMAIL WEIL REGARDING SAME. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
| 10/25/17 | EMAIL WITH D. FISHMAN RE LEASE AGREEMENT. | | | |
| | MARIA CARR | 0.10 hours at | 295.00/hr | 29.50 |
| 10/25/17 | OFFICE CONFERENCE WITH D.AGAY RE: 366 ADEQUATE ASSURANCE DEPOSIT ACCOUNT | | | |
| | RION VAUGHAN | 0.20 hours at | 325.00/hr | 65.00 |
| 10/25/17 | REVIEW OF 366 MOTION AND INTERIM AND FINAL 366 ORDERS ON DELAWARE DOCKET TO DETERMINE PROCESS FOR RETURNING 366 DEPOSIT ATTRIBUTABLE TO UTILITIES NO LONGER PROVIDING SERVICES(.4); DRAFTED EMAIL TO MH TEAM AND DIP RE: SAME (.3) | | | |
| | RION VAUGHAN | 0.70 hours at | 325.00/hr | 227.50 |
| 10/26/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 10/26/17 | EMAILS TO PRIME CLERK REGARDING SERVICE OF NOTICE OF REPAYMENT OF SEGREGATED PACA/PASA FUNDS. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 10/27/17 | TELEPHONE CONFERENCE WITH J. GADHARF REGARDING CONVERSION MOTION. | | | |
| | DAVID AGAY | 0.30 hours at | 625.00/hr | 187.50 |
| 10/27/17 | STRATEGIZE ISSUES RELATING TO LIFT STAY MOTIONS AND MOTION TO CONVERT. | | | |
| | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |
| 10/27/17 | REVIEW AND REVISE MOTION TO CONVERT CHAPTER 11 CASES AND PROPOSED ORDER APPROVING SAME. | | | |
| | JOSH GADHARF | 2.20 hours at | 395.00/hr | 869.00 |
| 10/27/17 | REVIEW AND ANALYZE COMMITTEE'S 9019 MOTION. | | | |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| | JOSH GADHARF | 1.50 hours at 395.00/hr | 592.50 |

10/27/17 WORKFLOW CALL WITH MCDONALD HOPKINS TEAM.

MARIA CARR                0.20 hours at   295.00/hr       59.00

10/27/17 CONFERENCE CALL WITH MH TEAM REGARDING TRANSITION
ITEMS FROM WEIL

RION VAUGHAN              0.30 hours at   325.00/hr       97.50

10/30/17 REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J.
GADHARF (.10)

LINDA PIAZZA             0.30 hours at   125.00/hr       37.50

10/30/17 CORRESPONDENCE WITH S. SINGH REGARDING CHAPTER 7
CONVERSION MOTION (.1); REVIEW REVISED CONVERSION
MOTION AND ORDER (.3); TELEPHONE CONFERENCE WITH J.
GADHARF REGARDING SAME (.2).

DAVID AGAY               0.60 hours at   625.00/hr      375.00

10/30/17 STRATEGIZE ISSUES RELATING TO MOTION TO CONVERT.

JOSH GADHARF             0.50 hours at   395.00/hr      197.50

10/30/17 REVIEW AND ANALYZE COMMITTEE'S MARKUP TO CONVERSION
MOTION AND PROPOSED ORDER.

JOSH GADHARF             0.70 hours at   395.00/hr      276.50

10/30/17 REVIEW AND REVISE CONVERSION MOTION AND PROPOSED
ORDER GRANTING SAME.

JOSH GADHARF             2.40 hours at   395.00/hr      948.00

10/31/17 REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J.
GADHARF (.10)

LINDA PIAZZA             0.30 hours at   125.00/hr       37.50

10/31/17 TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL REGARDING
MOTION TO CONVERT.

JOSH GADHARF             0.20 hours at   395.00/hr       79.00

10/31/17 EMAILS WITH COMMITTEE COUNSEL REGARDING MOTION TO
CONVERT.

JOSH GADHARF             0.20 hours at   395.00/hr       79.00

10/31/17 REVIEW AND ANALYZE ADDITIONAL PROPOSED CHANGES BY
COMMITTEE TO CONVERSION MOTION AND PROPOSED ORDER.

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | |
|---|---|---|
| JOSH GADHARF | 1.10 hours at   395.00/hr | 434.50 |
| TOTAL FEES FOR MATTER:  43474-00002 | | $10,833.50 |

EXPENSES

| | |
|---|---|
| FILING FEES - HUNTINGTON NATIONAL BANK 9/21/17 COURTS/USDC | 50.00 |
| COMPUTERIZED RESEARCH/WESTLAW 9/27-10/29/17 | 336.76 |
| TOTAL EXPENSES FOR MATTER:  43474-00002 | $   386.76 |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | **Columbus** | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | HOURS | FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| | | | **CURRENT INVOICE** | | | |
| DAVID AGAY | Member | $625.00 | 2.2 | $1,375.00 | | |
| JOSH GADHARF | Member | $395.00 | 19.0 | $7,505.00 | | |
| MARIA CARR | Associate | $295.00 | 2.1 | $619.50 | | |
| RION VAUGHAN | Associate | $325.00 | 2.0 | $650.00 | | |
| LESLIE BURRELL | Paralegal | $280.00 | 0.3 | $84.00 | | |
| LINDA PIAZZA | ADMIN | $125.00 | 4.8 | $600.00 | | |
| **TOTALS** | | | **30.4** | **$10,833.50** | **$7,663.50** | **$7,663.50** |

## EXPENSE SUMMARY

| EXPENSE CODE | DESCRIPTION | RATE | QTY | AMT | YEAR-TO-DATE AMT | CUMULATIVE AMT |
|---|---|---|---|---|---|---|
| | | | **CURRENT INVOICE** | | | |
| 3 | FILING FEES | $50.00 | 1.0 | $50.00 | | |
| 60 | COMPUTERIZED RESEARCH/WESTLAW | $336.76 | 1.0 | $336.76 | | |
| **TOTALS** | | | **2.0** | **$386.76** | **$133.30** | **$133.30** |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   PROFESSIONAL RETENTION AND FEE APPLICATION
      43474-00003


| | | | |
|---|---|---|---|
| 10/02/17 | TELEPHONE CONFERENCE WITH M. CARR REGARDING INTERIM FEE APPLICATION. | | |
| | DAVID AGAY | 0.20 hours at   625.00/hr | 125.00 |
| 10/02/17 | WORK ON FIRST INTERIM FEE APPLICATIONS AND COMMUNICATIONS WITH ACCOUNTING DEPARTMENT RE SAME. | | |
| | MARIA CARR | 0.30 hours at   295.00/hr | 88.50 |
| 10/03/17 | CORRESPONDENCE WITH D. HARER REGARDING RCC ENGAGEMENT (.2); REVIEW REVISED CONWAY STAFFING REPORT (.2). | | |
| | DAVID AGAY | 0.40 hours at   625.00/hr | 250.00 |
| 10/03/17 | REVIEW CORRESPONDENCE FROM D. HARER REGARDING UST ISSUES WITH CONWAY EXPENSES. | | |
| | DAVID AGAY | 0.30 hours at   625.00/hr | 187.50 |
| 10/03/17 | TELEPHONE CONFERENCE WITH S. SINGH AND D. HARER REGARDING PROFESSIONAL FEE ESCROW. | | |
| | DAVID AGAY | 0.70 hours at   625.00/hr | 437.50 |
| 10/03/17 | BEGIN DRAFTING FIRST INTERIM FEE APPLICATION. | | |
| | MARIA CARR | 1.20 hours at   295.00/hr | 354.00 |
| 10/03/17 | DRAFT, FINALIZE, AND FILE AMENDED NOTICE OF STAFFING REPORT FOR CONWAY MACKENZIE  (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1). | | |
| | RION VAUGHAN | 0.40 hours at   325.00/hr | 130.00 |
| 10/03/17 | PHONE CONFERENCE WITH M.FLYNN RE: FEE APPLICATIONS, CONVERSION TO CHAPTER 7, AND LITIGATION TRUSTS. | | |
| | RION VAUGHAN | 0.70 hours at   325.00/hr | 227.50 |
| 10/04/17 | TELEPHONE CONFERENCE WITH D. POSNER, D. HARER, J. GADHARF AND M. CARR REGARDING COMMITTEE CONCERNS ON RCC AND IDS RETENTION MOTIONS. | | |
| | DAVID AGAY | 0.70 hours at   625.00/hr | 437.50 |
| 10/04/17 | DRAFTING FIRST INTERIM FEE APPLICATION. | | |
| | MARIA CARR | 2.70 hours at   295.00/hr | 796.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 10/04/17 | REVIEW AND COMMENTING ON PREBILL FOR SEPTEMBER AND COMMUNICATION RE SAME. | | | |
| | MARIA CARR | 1.20 hours at | 295.00/hr | 354.00 |
| 10/04/17 | CALL WITH COMMITTEE COUNSEL RE PENDING QUESTIONS ON FEE APPLICATIONS. | | | |
| | MARIA CARR | 0.50 hours at | 295.00/hr | 147.50 |
| 10/05/17 | WORK ON DRAFTING CENTRAL GROCERS FIRST INTERIM FEE APPLICATION. | | | |
| | MARIA CARR | 1.20 hours at | 295.00/hr | 354.00 |
| 10/06/17 | REVIEW AND ANALYZE DRAFT ESCROW AGREEMENT WITH CITIBANK. | | | |
| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
| 10/06/17 | DRAFTING MH MONTHLY FEE STATEMENT FOR SEPTEMBER. | | | |
| | MARIA CARR | 0.70 hours at | 295.00/hr | 206.50 |
| 10/06/17 | DRAFTING MCDONALD HOPKINS FIRST INTERIM FEE APPLICATION | | | |
| | MARIA CARR | 0.80 hours at | 295.00/hr | 236.00 |
| 10/09/17 | REVIEW PNC OBJECTION TO RCC APPLICATION. | | | |
| | DAVID AGAY | 0.30 hours at | 625.00/hr | 187.50 |
| 10/09/17 | REVIEW AND ANALYZE PNC OBJECTION TO RCC RETENTION APPLICATION. | | | |
| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
| 10/09/17 | EMAILS WITH WEIL, IDS, AND PNC COUNSEL REGARDING PROPOSED ORDER APPROVING IDS RETENTION APPLICATION. | | | |
| | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |
| 10/09/17 | REVIEW AND ANALYZE PROPOSED EDITS TO PROPOSED ORDER APPROVING IDS RETENTION APPLICATION SUBMITTED BY PNC AND IDS. | | | |
| | JOSH GADHARF | 0.90 hours at | 395.00/hr | 355.50 |
| 10/09/17 | TELEPHONE CONFERENCE WITH PJS REGARDING PNC'S QUESTIONS ABOUT PJS'S FEES. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 10/10/17 | DRAFT NOTICE OF FILING AND ELECTRONICALLY FILE MONTHLY FEE STATEMENT. | | | |
| | LESLIE BURRELL | 1.10 hours at | 280.00/hr | 308.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 10/10/17 | REVIEW AND REVISE RCC REPLY IN SUPPORT OF RETENTION. | | |
| | DAVID AGAY | 0.30 hours at 625.00/hr | 187.50 |
| 10/10/17 | DRAFT REPLY TO PNC OBJECTION TO RCC RETENTION APPLICATION AND FILE SAME. | | |
| | JOSH GADHARF | 1.60 hours at 395.00/hr | 632.00 |
| 10/10/17 | EMAILS TO CONWAY AND WEIL REGARDING REPLY TO PNC OBJECTION TO RCC RETENTION APPLICATION. | | |
| | JOSH GADHARF | 0.20 hours at 395.00/hr | 79.00 |
| 10/10/17 | REVIEW AND REVISE IDS RETENTION PROPOSED ORDER AND DRAFT AND FILE CERTIFICATE OF NO OBJECTION REGARDING SAME. | | |
| | JOSH GADHARF | 1.20 hours at 395.00/hr | 474.00 |
| 10/10/17 | WORK ON DRAFTING FIRST INTERIM FEE APPLICATION. | | |
| | MARIA CARR | 1.60 hours at 295.00/hr | 472.00 |
| 10/11/17 | TELEPHONE CONFERENCE WITH WEIL REGARDING FIRST INTERIM FEE APPLICATIONS. | | |
| | JOSH GADHARF | 0.10 hours at 395.00/hr | 39.50 |
| 10/11/17 | WORK ON SEPTEMBER FEE STATEMENT FOR MCDONALD HOPKINS. | | |
| | MARIA CARR | 0.50 hours at 295.00/hr | 147.50 |
| 10/11/17 | DRAFTING FIRST INTERIM FEE APPLICATION AND ALL EXHIBITS. | | |
| | MARIA CARR | 2.80 hours at 295.00/hr | 826.00 |
| 10/12/17 | TELEPHONE CONFERENCE AND EMAILS WITH PJS REGARDING FIRST INTERIM FEE APPLICATION. | | |
| | JOSH GADHARF | 0.20 hours at 395.00/hr | 79.00 |
| 10/12/17 | REVIEW AND REVISE MH FIRST INTERIM FEE APPLICATION. | | |
| | JOSH GADHARF | 0.50 hours at 395.00/hr | 197.50 |
| 10/12/17 | TELEPHONE CONFERENCE WITH PJS REGARDING FIRST INTERIM FEE APPLICATION. | | |
| | JOSH GADHARF | 0.20 hours at 395.00/hr | 79.00 |
| 10/12/17 | EDITING FIRST INTERIM FEE APPLICATION PER J. GADHARF COMMENTS. | | |
| | MARIA CARR | 0.20 hours at 295.00/hr | 59.00 |
| 10/13/17 | REVIEW AND REVISE MH INTERIM FEE APPLICATION. | | |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
| | DAVID AGAY | 1.10 hours at | 625.00/hr | 687.50 |

10/13/17  REVIEW AND REVISE MH FIRST INTERIM FEE APPLICATION
AND DRAFT SHELL FOR PJS FOR ITS FIRST INTERIM FEE
APPLICATION.
JOSH GADHARF                1.10 hours at   395.00/hr    434.50

10/13/17  DRAFTING MH SEPTEMBER FEE STATEMENT.
MARIA CARR                  0.20 hours at   295.00/hr     59.00

10/13/17  REVISING FIRST INTERIM FEE APPLICATION PER D. AGAY
COMMENTS.
MARIA CARR                  0.20 hours at   295.00/hr     59.00

10/16/17  FINALIZE AND ELECTRONICALLY FILE FEE APPLICATIONS FOR
MCDONALD HOPKINS, PRIME CLERK AND PETER J. SOLOMON.
LESLIE BURRELL              3.70 hours at   280.00/hr  1,036.00

10/16/17  REVIEW AND FILE INTERIM FEE APPLICATIONS FOR PRIME
CLERK, WEIL AND MCDONALD HOPKINS.
DAVID AGAY                  2.40 hours at   625.00/hr  1,500.00

10/16/17  REVIEW PROFESSIONAL FEE ESCROW SCHEDULE.
DAVID AGAY                  0.30 hours at   625.00/hr    187.50

10/16/17  DRAFT PROPOSED ORDER APPROVING PRIME CLERK'S FIRST
INTERIM FEE APPLICATION.
JOSH GADHARF                0.50 hours at   395.00/hr    197.50

10/16/17  REVISE NOTICES OF FIRST INTERIM FEE APPLICATIONS.
JOSH GADHARF                0.60 hours at   395.00/hr    237.00

10/16/17  REVIEW AND REVISE MH FIRST INTERIM FEE APPLICATION,
NOTICE, AND PROPOSED ORDER.
JOSH GADHARF                1.30 hours at   395.00/hr    513.50

10/16/17  REVIEW AND REVISE FIRST INTERIM PETER J. SOLOMON FEE
APPLICATION.
JOSH GADHARF                1.50 hours at   395.00/hr    592.50

10/16/17  SEVERAL EMAILS WITH PRIME CLERK REGARDING SERVICE OF
FIRST INTERIM FEE APPLICATIONS.
JOSH GADHARF                0.50 hours at   395.00/hr    197.50

10/16/17  MULTIPLE CALLS WITH WEIL REGARDING FIRST INTERIM FEE
APPLICATION.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |

10/16/17    MULTIPLE EMAILS WITH WEIL REGARDING FIRST INTERIM FEE
             APPLICATIONS.
             JOSH GADHARF          0.70 hours at    395.00/hr     276.50

10/16/17    DRAFT AND REVISE PROPOSED ORDER APPROVING WEIL'S
             FIRST INTERIM FEE APPLICATION.
             JOSH GADHARF          1.00 hours at    395.00/hr     395.00

10/16/17    REVIEW AND ANALYZE WEIL'S FIRST INTERIM FEE
             APPLICATION.
             JOSH GADHARF          1.50 hours at    395.00/hr     592.50

10/16/17    PREPARE WEIL FIRST INTERIM FEE APPLICATION FOR FILING
             AND FILE SAME.
             JOSH GADHARF          2.80 hours at    395.00/hr   1,106.00

10/16/17    REVISING AND EDITING FIRST INTERIM FEE APPLICATION;
             NUMEROUS COMMUNICATIONS RE SAME; COORDINATION OF
             FILING OF CERTAIN OTHER FEE APPLICATIONS.
             MARIA CARR            4.20 hours at    295.00/hr   1,239.00

10/17/17    TELEPHONE CALL TO CLERK REGARDING PRIME CLERK FEE
             APPLICATION.
             LESLIE BURRELL        0.20 hours at    280.00/hr      56.00

10/17/17    SEND DETAILED EMAIL TO IDS REGARDING ENTRY OF ORDER
             APPROVING RETENTION APPLICATION AND INTERIM
             COMPENSATION PROCEDURES.
             JOSH GADHARF          0.20 hours at    395.00/hr      79.00

10/17/17    REVIEW AND EDIT NOTICE OF WITHDRAWAL OF RLF FINAL FEE
             APPLICATION.
             JOSH GADHARF          0.50 hours at    395.00/hr     197.50

10/17/17    EMAILS AND CALLS WITH RLF REGARDING WITHDRAWAL OF RLF
             FINAL FEE APPLICATION.
             JOSH GADHARF          0.30 hours at    395.00/hr     118.50

10/17/17    FILE NOTICE OF WITHDRAWAL OF RLF FINAL FEE
             APPLICATION.
             JOSH GADHARF          0.20 hours at    395.00/hr      79.00

10/17/17    EMAILS WITH WEIL REGARDING REVISING PROPOSED ORDER
             APPROVING WEIL FEE APPLICATION.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |
|---|---|---|---|
|  | JOSH GADHARF | 0.10 hours at   395.00/hr | 39.50 |
| 10/17/17 | REVIEW AND ANALYZE DRAFT LIST OF CONTRACTS TO BE REJECTED. | | |
|  | JOSH GADHARF | 0.50 hours at   395.00/hr | 197.50 |
| 10/17/17 | PREPARATION OF AND COMMUNICATION WITH IDS RE MONTHLY FEE STATEMENTS. | | |
|  | MARIA CARR | 0.20 hours at   295.00/hr | 59.00 |
| 10/19/17 | CORRESPONDENCE WITH UST'S OFFICE REGARDING CONWAY FEES. | | |
|  | DAVID AGAY | 0.20 hours at   625.00/hr | 125.00 |
| 10/19/17 | REVIEW AND ANALYZE FIRST INTERIM MH FEE APPLICATION AND SEND EMAILS TO PNC COUNSEL AND M. CARR REGARDING SAME. | | |
|  | JOSH GADHARF | 0.50 hours at   395.00/hr | 197.50 |
| 10/19/17 | REVIEW OF SEPTEMBER PRO FORMA AND DRAFTING OF SEPTEMBER MCDONALD HOPKINS FEE STATEMENT. | | |
|  | MARIA CARR | 0.70 hours at   295.00/hr | 206.50 |
| 10/20/17 | REVIEW AND FILE FEE STATEMENTS FOR MH AND PJSC. | | |
|  | JOSH GADHARF | 1.40 hours at   395.00/hr | 553.00 |
| 10/20/17 | DRAFTING AND EDITING MCDONALD HOPKINS FEE STATEMENT FOR SEPTEMBER. | | |
|  | MARIA CARR | 1.30 hours at   295.00/hr | 383.50 |
| 10/20/17 | CALL WITH J. BRENNAN RE QUESTIONS ON MONTHLY FEE STATEMENTS. | | |
|  | MARIA CARR | 0.20 hours at   295.00/hr | 59.00 |
| 10/24/17 | CALL WITH J. BRENNAN RE IDISCOVERY SOLUTION FEE STATEMENT QUESTION. | | |
|  | MARIA CARR | 0.10 hours at   295.00/hr | 29.50 |
| 10/26/17 | DRAFTING CNO FOR MCDONALD HOPKINS FEE APPLICATION, CORRECTING AND REVIEWING ORDER. | | |
|  | MARIA CARR | 0.50 hours at   295.00/hr | 147.50 |
| 10/26/17 | DRAFT EMAIL TO J.GADHARF RE: EFFECT OF ADJOURNMENT ON RESPONSE DEADLINE UNDER PROFESSIONAL COMPENSATION ORDER AND CASE MANAGEMENT ORDER | | |
|  | RION VAUGHAN | 0.30 hours at   325.00/hr | 97.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | |
|---|---|---|
| 10/27/17 | REVIEW RSM ENGAGEMENT LETTERS AND CALL J. CHIANG RE SAME. | |
| | MARIA CARR                0.20 hours at   295.00/hr | 59.00 |
| 10/27/17 | REVIEW, FINALIZE, AND FILE CONWAY MACKENZIE'S MONTHLY STAFFING REPORT (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1). | |
| | RION VAUGHAN              0.40 hours at   325.00/hr | 130.00 |
| 10/30/17 | REVIEW WEIL MONTHLY FEE STATEMENT CNO AND PREPARE SAME FOR FILING. | |
| | JOSH GADHARF              0.20 hours at   395.00/hr | 79.00 |
| 10/30/17 | REVIEW, FINALIZE, AND FILE CERTIFICATE OF NO OBJECTION TO WEIL'S MONTHLY FEE STATEMENT (.2); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1). | |
| | RION VAUGHAN              0.30 hours at   325.00/hr | 97.50 |
| 10/31/17 | REVIEW AND ANALYZE WEIL'S NOTICE OF RATE INCREASES AND PREPARE SAME FOR FILING. | |
| | JOSH GADHARF              0.20 hours at   395.00/hr | 79.00 |
| 10/31/17 | DRAFTING AND EDITING AMENDED APPLICATION FOR RSM FOR RETIREMENT PLAN AUDITS. | |
| | MARIA CARR                1.20 hours at   295.00/hr | 354.00 |
| 10/31/17 | DRAFTING RSM REVISED APPLICATION. | |
| | MARIA CARR                0.80 hours at   295.00/hr | 236.00 |
| 10/31/17 | REVIEW, FINALIZE, AND FILE WEIL'S DECLARATION RE: FEE INCREASE (.2); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1). | |
| | RION VAUGHAN              0.30 hours at   325.00/hr | 97.50 |

TOTAL FEES FOR MATTER:  43474-00003          $22,747.00

{7071207:}



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

### FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 6.9 | $4,312.50 | | |
| JOSH GADHARF | Member | $395.00 | 23.6 | $9,322.00 | | |
| MARIA CARR | Associate | $295.00 | 23.5 | $6,932.50 | | |
| RION VAUGHAN | Associate | $325.00 | 2.4 | $780.00 | | |
| LESLIE BURRELL | Paralegal | $280.00 | 5.0 | $1,400.00 | | |
| **TOTALS** | | | **61.4** | **$22,747.00** | **$35,972.00** | **$35,972.00** |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   DIP FINANCING/CASH COLLATERAL
      43474-00004

| Date | Description | | | |
|---|---|---|---|---|
| 10/03/17 | TELEPHONE CONFERENCE WITH S. SINGH AND D. HARER REGARDING PLANNING IN RELATION TO POTENTIAL TERMINATION OF DIP FINANCING AND POTENTIAL CONVERSION TO CHAPTER 7. | | | |
| | DAVID AGAY | 0.60 hours at | 625.00/hr | 375.00 |
| 10/03/17 | CORRESPONDENCE WITH R. KELBON REGARDING DIP. | | | |
| | DAVID AGAY | 0.10 hours at | 625.00/hr | 62.50 |
| 10/06/17 | REVIEW CORRESPONDENCE REGARDING PNC ISSUES WITH MOTIONS UP FOR OCTOBER 12 OMNIBUS(.2); TELEPHONE CONFERENCE WITH J. GADHARF REGARDING SAME (.2). | | | |
| | DAVID AGAY | 0.40 hours at | 625.00/hr | 250.00 |
| 10/10/17 | REVIEW CORRESPONDENCE FROM A. AMIN REGARDING DIP MATURITY (.1); REPLY TO SAME (.1). | | | |
| | DAVID AGAY | 0.20 hours at | 625.00/hr | 125.00 |
| 10/20/17 | REVIEW DIP ORDER WITH RESPECT TO PACA/PASA AND PROFESSIONAL FEE ESCROWS (.4); FOLLOW-UP CORRESPONDENCE REGARDING SAME (.2) | | | |
| | DAVID AGAY | 0.60 hours at | 625.00/hr | 375.00 |
| 10/25/17 | TELEPHONE CONFERENCE WITH R. KELBON, S. BECKER. S. SINGH AND D. HARER REGARDING DIP MATTER (.9); FOLLOW-UP TELEPHONE CONFERENCE WITH J. GADHARF (.2); MULTIPLE TELEPHONE CONFERENCES AND CORRESPONDENCE WITH S. BECKER REGARDING PACA CLAIMS (.3); TELEPHONE CONFERENCE WITH D. HARER REGARDING SAME (.2). | | | |
| | DAVID AGAY | 1.60 hours at | 625.00/hr | 1,000.00 |
| 10/31/17 | CORRESPONDENCE WITH PNC COUNSEL REGARDING DIP CARVE-OUT RESERVE (.2); RESEARCH ISSUES REGARDING SAME (.7). | | | |
| | DAVID AGAY | 0.90 hours at | 625.00/hr | 562.50 |
| | TOTAL FEES FOR MATTER:  43474-00004 | | | $ 2,750.00 |



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 4.4 | $2,750.00 | | |
| **TOTALS** | | | **4.4** | **$2,750.00** | **$10,820.50** | **$10,820.50** |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:    UNEXPIRED LEASES/EXECUTORY CONTRACTS
       43474-00005


10/17/17   EMAILS COMMUNICATIONS WITH CONWAY REGARDING REJECTION
           OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES.
           JOSH GADHARF              0.30 hours at   395.00/hr     118.50

10/18/17   DRAFT MOTION TO REJECT UNEXPIRED LEASES AND EXECUTORY
           CONTRACTS RELATING TO DISTRIBUTION CENTER.
           JOSH GADHARF              3.50 hours at   395.00/hr   1,382.50

10/19/17   TELEPHONE CONFERENCE WITH J. GADHARF REGARDING
           REJECTION MOTION.
           DAVID AGAY               0.20 hours at   625.00/hr     125.00

10/19/17   LENGTHY STRATEGY CALL WITH CONWAY REGARDING REJECTING
           CONTRACTS AT THE DISTRIBUTION CENTER.
           JOSH GADHARF              0.40 hours at   395.00/hr     158.00

10/19/17   DRAFT MOTION TO REJECT UNEXPIRED LEASES AND EXECUTORY
           CONTRACTS RELATING TO DISTRIBUTION CENTER.
           JOSH GADHARF              5.00 hours at   395.00/hr   1,975.00

10/20/17   REVISE MOTION TO REJECT LEASES AND EXECUTORY
           CONTRACTS AND DRAFT DECLARATION IN SUPPORT OF SAME.
           JOSH GADHARF              1.40 hours at   395.00/hr     553.00

10/23/17   CALL WITH CONWAY REGARDING REJECTING CONTRACTS.
           JOSH GADHARF              0.20 hours at   395.00/hr      79.00

10/23/17   REVIEW AND REVISE MOTION TO REJECT AND PROPOSED ORDER
           GRANTING SAME.
           JOSH GADHARF              3.90 hours at   395.00/hr   1,540.50

10/23/17   TELEPHONE CONFERENCE WITH M. FLYNN REGARDING REJECTED
           CONTRACTS.
           JOSH GADHARF              0.20 hours at   395.00/hr      79.00

10/23/17   REVIEW AND ANALYZE CONTRACTS TO BE REJECTED.
           JOSH GADHARF              2.00 hours at   395.00/hr     790.00

10/24/17   LENGTHY CALL WITH CONWAY REGARDING REJECTING
           CONTRACTS.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |

10/24/17   REVIEW AND ANALYZE CONTRACTS TO BE REJECTED.
JOSH GADHARF                  1.10 hours at   395.00/hr      434.50

10/24/17   REVIEW AND REVISE MOTION TO REJECT CONTRACTS.
JOSH GADHARF                  2.60 hours at   395.00/hr    1,027.00

10/25/17   REVISE AND FILE MOTION TO REJECT CONTRACTS.
JOSH GADHARF                  1.00 hours at   395.00/hr      395.00

10/25/17   REVIEW AND ANALYZE CONTRACTS TO BE REJECTED.
JOSH GADHARF                  0.50 hours at   395.00/hr      197.50

10/26/17   CALL AND EMAIL WITH D. FISHMAN RE LEASE ASSIGNMENT.
MARIA CARR                    0.20 hours at   295.00/hr       59.00

TOTAL FEES FOR MATTER:  43474-00005      $ 9,111.00

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 0.2 | $125.00 | | |
| JOSH GADHARF | Member | $395.00 | 22.6 | $8,927.00 | | |
| MARIA CARR | Associate | $295.00 | 0.2 | $59.00 | | |
| **TOTALS** | | | **23.0** | **$9,111.00** | **$2,058.50** | **$2,058.50** |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:  CLAIMS RESOLUTION
     43474-00006

| | | | |
|---|---|---|---|
| 09/14/17 | RESEARCH ON POTENTIAL SETOFF FOR COLLECTION ACTIONS IN BANKRUPTCY. | | |
| | MARIA CARR | 2.20 hours at  275.00/hr | 605.00 |
| 10/09/17 | CALL WITH CONWAY RE REBATE PROGRAMS. | | |
| | MARIA CARR | 0.10 hours at  295.00/hr | 29.50 |
| 10/09/17 | CALL WITH D. AGAY RE REBATE PROGRAMS AND REVIEW OF INITIAL DOCUMENTATION RE SAME. | | |
| | MARIA CARR | 0.40 hours at  295.00/hr | 118.00 |
| 10/13/17 | WORK ON REVIEW OF CASE LAW AND DOCUMENTATION RELATING TO REBATES AND SETOFF. | | |
| | MARIA CARR | 1.40 hours at  295.00/hr | 413.00 |
| 10/17/17 | RESEARCH REGARDING SETOFF ISSUES FOR REBATES. | | |
| | MARIA CARR | 0.50 hours at  295.00/hr | 147.50 |
| 10/17/17 | RESEARCH RE POTENTIAL SUBSTANTIVE CONSOLIDATION ISSUE. | | |
| | MARIA CARR | 0.90 hours at  295.00/hr | 265.50 |
| 10/18/17 | READING AND RESEARCH RE WHETHER INDIVIDUAL CREDITOR HAS STANDING TO BRING AN ACTION FOR SUBSTANTIVE CONSOLIDATION. | | |
| | MARIA CARR | 0.70 hours at  295.00/hr | 206.50 |
| 10/18/17 | REVIEW OF INFORMATION FROM COMPANY RE REBATES; REVIEW OF CASE LAW RE SAME. | | |
| | MARIA CARR | 1.50 hours at  295.00/hr | 442.50 |
| 10/18/17 | RESEARCH REGARDING PRIORITY OF MECHANICS LIEN AND REVIEW OF DIP FINANCING DOCUMENTS RE SAME. | | |
| | MARIA CARR | 0.90 hours at  295.00/hr | 265.50 |
| 10/19/17 | REVIEW AND FINALIZE TWO DEMAND LETTERS THAT WERE RETURNED AS HAVING WRONG ADDRESS. | | |
| | JOSH GADHARF | 0.30 hours at  395.00/hr | 118.50 |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 10/19/17 | REVIEW OF COMMUNICATION FROM STATE FARM RE INFORMATION NEEDED; COMMUNICATION RE SAME. | | |
| | MARIA CARR | 0.40 hours at 295.00/hr | 118.00 |
| 10/20/17 | COMMUNICATIONS RE INFORMATION NEEDED FROM STATE FARM AT STRACK VAN TIL STORE. | | |
| | MARIA CARR | 0.20 hours at 295.00/hr | 59.00 |
| 10/23/17 | TELEPHONE CONFERENCE WITH USDA COUNSEL REGARDING PACA/PASA CLAIMS. | | |
| | DAVID AGAY | 0.40 hours at 625.00/hr | 250.00 |
| 10/23/17 | DRAFT NOTICE OF REPAYMENT OF PACA/PASA SEGREGATED FUNDS. | | |
| | JOSH GADHARF | 1.10 hours at 395.00/hr | 434.50 |
| 10/24/17 | CALL WITH PNC COUNSEL REGARDING PACA/PASA SEGREGATED FUNDS. | | |
| | JOSH GADHARF | 0.30 hours at 395.00/hr | 118.50 |
| 10/24/17 | REVIEW AND STRATEGIZE ISSUES RELATING TO REFUND OF PACA/PASA SEGREGATED FUNDS. | | |
| | JOSH GADHARF | 1.00 hours at 395.00/hr | 395.00 |
| 10/24/17 | WORK ON RESEARCH REGARDING REBATES AND OFFSET; EMAIL RE SAME. | | |
| | MARIA CARR | 1.00 hours at 295.00/hr | 295.00 |
| 10/24/17 | REVIEW UCC'S 9019 MOTION AND PROPOSED SETTLEMENT | | |
| | RION VAUGHAN | 0.40 hours at 325.00/hr | 130.00 |
| 10/25/17 | TELEPHONE CONFERENCES WITH K. HARER REGARDING PACA/PASA CLAIMS AND RESERVE. | | |
| | JOSH GADHARF | 0.40 hours at 395.00/hr | 158.00 |
| 10/25/17 | TELEPHONE CONFERENCE WITH D. HARER REGARDING OAK PARK GROCERY STORE IN CHAPTER 7 AND SECURED INTEREST IN EQUIPMENT. | | |
| | JOSH GADHARF | 0.10 hours at 395.00/hr | 39.50 |
| 10/25/17 | MULTIPLE CALLS WITH PNC COUNSEL REGARDING PACA/PASA TRUST. | | |
| | JOSH GADHARF | 0.60 hours at 395.00/hr | 237.00 |
| 10/25/17 | REVIEW AND STRATEGIZE ISSUES RELATING TO RETURN OF FUNDS SEGREGATED FOR PAYMENT OF PACA/PASA CLAIMS. | | |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---:|
| | JOSH GADHARF | 1.10 hours at  395.00/hr | 434.50 |

10/26/17  REVIEW AND REVISE NOTICE REGARDING RETURN OF
PACA/PASA SEGREGATED FUNDS.

| | | | |
|---|---|---|---:|
| | JOSH GADHARF | 1.80 hours at  395.00/hr | 711.00 |

10/26/17  FILE NOTICE REGARDING RETURN OF PACA/PASA SEGREGATED
FUNDS.

| | | | |
|---|---|---|---:|
| | JOSH GADHARF | 0.50 hours at  395.00/hr | 197.50 |

10/30/17  CORRESPONDENCE RE PEPSI DEMAND STATUS.

| | | | |
|---|---|---|---:|
| | MARIA CARR | 0.20 hours at  295.00/hr | 59.00 |

10/30/17  DOCKET REVIEW FOR OUTSTANDING ADMINISTRATIVE EXPENSE
APPLICATIONS

| | | | |
|---|---|---|---:|
| | RION VAUGHAN | 0.40 hours at  325.00/hr | 130.00 |

10/31/17  TELEPHONE CONFERENCE WITH RECIPIENT OF DEMAND LETTER
FOR PAYMENT OF ACCOUNTS RECEIVABLE REGARDING STATUS
OF PAYMENT.

| | | | |
|---|---|---|---:|
| | JOSH GADHARF | 0.20 hours at  395.00/hr | 79.00 |

TOTAL FEES FOR MATTER:  43474-00006     $ 6,457.00

{7071207;}



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland **|** Columbus **|** Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 0.4 | $250.00 | | |
| JOSH GADHARF | Member | $395.00 | 7.4 | $2,923.00 | | |
| MARIA CARR | Associate | $295.00 | 8.2 | $2,419.00 | | |
| MARIA CARR | Associate | $275.00 | 2.2 | $605.00 | | |
| RION VAUGHAN | Associate | $325.00 | 0.8 | $260.00 | | |
| **TOTALS** | | | **19.0** | **$6,457.00** | **$4,310.00** | **$4,310.00** |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt


RE:   ASSET DISPOSITION
      43474-00007


09/12/17   WORK ON REVIEW OF AGREEMENT AND DRAFTING MOTION FOR
           APPROVAL OF ENTRY INTO PROPERTY MANAGEMENT AGREEMENT.
           MARIA CARR                1.70 hours at   275.00/hr      467.50

10/05/17   REVIEW AND ANALYZE COMMITTEE'S OBJECTION TO HAMMOND
           SALE MOTION.
           JOSH GADHARF              0.40 hours at   395.00/hr      158.00

10/10/17   REVISE AND FILE REVISED PROPOSED ORDER GRANTING
           HAMMOND SALE MOTION AND DRAFT NOTICE OF FILING SAME.
           JOSH GADHARF              1.80 hours at   395.00/hr      711.00

10/10/17   REVIEW, ANALYZE, AND FILE SECOND NOTICE OF STORE
           CLOSINGS.
           JOSH GADHARF              0.50 hours at   395.00/hr      197.50

10/11/17   EMAILS WITH PJS REGARDING STATUS OF HEARING ON
           HAMMOND SALE MOTION.
           JOSH GADHARF              0.20 hours at   395.00/hr       79.00

10/12/17   REVIEW AND ANALYZE HAMMOND SALE ORDER AND SEND EMAIL
           TO CONWAY TEAM REGARDING SAME.
           JOSH GADHARF              0.20 hours at   395.00/hr       79.00

10/12/17   REVIEW AND ANALYZE ISSUES RELATING TO RELEASE OF
           MECHANICS LIENS AT CLOSING OF HAMMOND SALE.
           JOSH GADHARF              1.10 hours at   395.00/hr      434.50

10/18/17   REVIEW AND FILE BI-WEEKLY NOTICE OF PACA/PASA CLAIMS.
           JOSH GADHARF              1.00 hours at   395.00/hr      395.00

10/19/17   STRATEGIZE ISSUES RELATING TO MECHANICS LIEN PRIORITY
           OVER MORTGAGE AND RIGHTS OF NON-DEBTOR PARTIES TO
           MOVE TO SUBSTANTIVELY CONSOLIDATE DEBTOR ENTITIES.
           JOSH GADHARF              0.20 hours at   395.00/hr       79.00

10/19/17   EDITING MOTION TO CONVERT AND PROPOSED ORDER.
           MARIA CARR                0.50 hours at   295.00/hr      147.50

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 10/19/17 | DRAFTING AND EDITING MOTION TO CONVERT CASES FROM CHAPTER 11 TO CHAPTER 7. | | | |
| | MARIA CARR | 2.90 hours at | 295.00/hr | 855.50 |
| 10/24/17 | CALL WITH A. GUERVA RE HAMMOND SALE QUESTIONS. | | | |
| | MARIA CARR | 0.10 hours at | 295.00/hr | 29.50 |
| 10/24/17 | REVIEW OF FILE FOR A. GUERVA QUESTIONS ON HAMMOND SALE AND NOTICE; EMAIL RE SAME. | | | |
| | MARIA CARR | 0.50 hours at | 295.00/hr | 147.50 |
| 10/24/17 | RESEARCH REGARDING MECHANIC'S LIEN PRIORITY ON PROCEEDS AND EMAIL RE SAME. | | | |
| | MARIA CARR | 0.50 hours at | 295.00/hr | 147.50 |
| 10/24/17 | RESEARCH REGARDING SUBSTANTIVE CONSOLIDATION POSSIBILITY AND EMAIL RE SAME. | | | |
| | MARIA CARR | 0.80 hours at | 295.00/hr | 236.00 |
| 10/24/17 | REVIEW OF SERVICE OF SALE MOTION PER QUESTION FROM INTERESTED PARTY. | | | |
| | MARIA CARR | 0.20 hours at | 295.00/hr | 59.00 |
| 10/25/17 | EMAIL AND TELEPHONE CONFERENCE WITH COUNSEL FOR CH. 7 TRUSTEE FOR OAK PARK GROCERY STORE REGARDING SALE OF PERSONAL PROPERTY. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |

TOTAL FEES FOR MATTER:  43474-00007     $ 4,341.50

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|------------|-------|---------|-------|-------|--------------|------------|
| | | | **HOURS** | **FEES** | FEES | FEES |
| JOSH GADHARF | Member | $395.00 | 5.7 | $2,251.50 | | |
| MARIA CARR | Associate | $295.00 | 5.5 | $1,622.50 | | |
| MARIA CARR | Associate | $275.00 | 1.7 | $467.50 | | |
| **TOTALS** | | | **12.9** | **$4,341.50** | **$47,731.00** | **$47,731.00** |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   AVOIDANCE ACTION ANALYSIS
      43474-00008


| 09/15/17 | REVIEW AND ANALYSIS OF CERTAIN INSIDER EMPLOYMENT CONTRACT AND REDEMPTION OF STOCK | | | |
| | RION VAUGHAN | 1.10 hours at | 285.00/hr | 313.50 |
| 09/28/17 | REVIEW OF PATRONAGE REBATE ANALYSIS PREPARED BY CONWAY | | | |
| | RION VAUGHAN | 0.40 hours at | 285.00/hr | 114.00 |
| | TOTAL FEES FOR MATTER:  43474-00008 | | $ | 427.50 |

{7071207:}



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland **|** Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

### FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| RION VAUGHAN | Associate | $285.00 | 1.5 | $427.50 | | |
| **TOTALS** | | | **1.5** | **$427.50** | **$3,135.00** | **$3,135.00** |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   LITIGATION
      43474-00011


10/01/17   CORRESPONDENCE WITH D. FISHMAN REGARDING PEPSI AND
           SUPREME LOBSTER DEMAND LETTERS (.1); REVIEW
           BACKGROUND DOCUMENTS RELATING TO SAME (.3).
           DAVID AGAY                0.40 hours at   625.00/hr      250.00

10/01/17   DRAFT EMAIL TO D.AGAY AND J.RADECKI REGARDING OPEN
           ITEMS TO DO ON NON-INSIDER MEMBER NOTE DEMAND LETTERS
           IN CASE PARENTAL LEAVE STARTS EARLY
           RION VAUGHAN              0.60 hours at   325.00/hr      195.00

10/02/17   TELEPHONE CONFERENCE WITH D. FISHMAN REGARDING PEPSI
           AND SUPREME LOBSTER DEMAND LETTERS.
           DAVID AGAY                0.20 hours at   625.00/hr      125.00

10/03/17   MULTIPLE PHONE CALLS AND E MAILS WITH CONWAY TEAM RE:
           CATALOGING RESPONSES TO A/R DEMAND LETTERS PENDING
           RCC'S FULL INVOLVEMENT
           RION VAUGHAN              0.50 hours at   325.00/hr      162.50

10/04/17   CORRESPONDENCE WITH MULTIPLE VENDORS REGARDING AR
           DEMAND LETTERS (.2); CORRESPONDENCE WITH D. HARER
           REGARDING CUSTOMER REBATE PROGRAM (.1).
           DAVID AGAY                0.30 hours at   625.00/hr      187.50

10/05/17   DRAFT NON-INSIDER MEMBER LOAN DEMAND LETTERS
           RION VAUGHAN              2.40 hours at   325.00/hr      780.00

10/05/17   CONFERENCE CALL WITH IDS AND CONWAY RE: DATA
           PRESERVATION
           RION VAUGHAN              0.50 hours at   325.00/hr      162.50

10/05/17   CONFERENCE W/ R. VAUGHAN RE: NON-INSIDER AR DEMAND
           LETTERS
           JAKE RADECKI              0.40 hours at   235.00/hr       94.00

10/06/17   DRAFT AND FINALIZE NON-INSIDER MEMBER LOAN DEMAND
           LETTERS
           RION VAUGHAN              6.60 hours at   325.00/hr    2,145.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

10/06/17  DRAFT EMAIL TO MH AND CONWAY TEAM REGARDING OPEN
          ITEMS OF NON-INSIDER MEMBER LOAN DEMAND LETTERS
          RION VAUGHAN            1.20 hours at   325.00/hr    390.00

10/06/17  DRAFT LOAN DEMAND LETTERS
          JAKE RADECKI            1.80 hours at   235.00/hr    423.00

10/09/17  RESEARCH PROCEDURAL RULES REGARDING APPELLATE BRIEF
          REQUIREMENTS AND FORMAT; MULTIPLE COMMUNICATIONS WITH
          COUNSEL REGARDING SAME.
          LESLIE BURRELL          1.70 hours at   280.00/hr    476.00

10/10/17  MULTIPLE COMMUNICATIONS WITH MR. GADHARF AND WEIL'S
          OFFICE REGARDING COORDINATION OF FILING OF MOTION TO
          DISMISS.
          LESLIE BURRELL          1.30 hours at   280.00/hr    364.00

10/10/17  REVIEW MULTIPLE RESPONSES TO DEMAND LETTERS SENT TO
          NON-INSIDER MEMBERS.
          DAVID AGAY              0.60 hours at   625.00/hr    375.00

10/10/17  REVIEW, ANALYZE, AND FILE MOTION TO DISMISS PENSION
          FUND APPEAL AND RELATED FILINGS.
          JOSH GADHARF            1.20 hours at   395.00/hr    474.00

10/17/17  UPDATE CALL WITH CONWAY TEAM REGARDING STEPS FOR
          WINDING DOWN ESTATE (.5); TELEPHONE CONFERENCE WITH
          IDS REGARDING DATA PRESERVATION (.4).
          DAVID AGAY              0.90 hours at   625.00/hr    562.50

10/18/17  REVIEW LENDER/COMMITTEE SETTLEMENT TERM SHEET (.6);
          CORRESPONDENCE WITH D. HARER REGARDING SAME (.1).
          DAVID AGAY              0.70 hours at   625.00/hr    437.50

10/19/17  TELEPHONE CONFERENCE WITH S. SINGH AND D. HARER
          REGARDING COMMITTEE/LENDER SETTLEMENT (.6); TELEPHONE
          CONFERENCE WITH PNC COUNSEL REGARDING SAME (.7);
          FOLLOW-UP CALL WITH S. SINGH AND D. HARER REGARDING
          SAME (.4).
          DAVID AGAY              1.70 hours at   625.00/hr  1,062.50

10/19/17  REVIEW MULTIPLE CORRESPONDENCE REGARDING LENDER AND
          COMMITTEE SETTLEMENT (.3); REVIEW DRAFT SETTLEMENT
          AGREEMENT (1.1).
          DAVID AGAY              1.40 hours at   625.00/hr    875.00

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

10/20/17   TELEPHONE CONFERENCE WITH S. SINGH AND D. HARER
           REGARDING COMMITTEE SETTLEMENT (.5); TELEPHONE
           CONFERENCE WITH R. KALBON REGARDING SAME (.2);
           RESEARCH ISSUES RELATING TO RULE 9019 SETTLEMENT
           (1.3.).
           DAVID AGAY                 2.00 hours at  625.00/hr   1,250.00

10/21/17   TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL AND S.
           SINGH REGARDING FINALIZING SETTLEMENT AND WRAPPING UP
           CASES (.4); REVIEW MULTIPLE CORRESPONDENCE WITH
           COMMITTEE AND LENDER COUNSEL REGARDING FINALIZING
           SETTLEMENT (1.1).
           DAVID AGAY                 1.50 hours at  625.00/hr     937.50

10/22/17   REVIEW MULTIPLE CORRESPONDENCE WITH COMMITTEE AND
           LENDER COUNSEL REGARDING FINALIZING SETTLEMENT (.8);
           REVIEW MULTIPLE TURNS OF SETTLEMENT AGREEMENT AND
           STANDING ORDER (1.3); CORRESPONDENCE WITH S. SINGH
           REGARDING SAME (.1).
           DAVID AGAY                 2.20 hours at  625.00/hr   1,375.00

10/23/17   MULTIPLE CORRESPONDENCE WITH COMMITTEE AND LENDER
           COUNSEL REGARDING SETTLEMENT (1.2); MULTIPLE
           TELEPHONE CONFERENCES WITH CLIENT, D. HARER REGARDING
           SAME (.4); REVIEW MULTIPLE TURNS OF COMMITTEE/LENDER
           SETTLEMENT AGREEMENT, 9019 SETTLEMENT MOTION AND
           ORDER, AND STANDING ORDER (3.3); COORDINATE WITH
           JUDGE'S CHAMBERS REGARDING SCHEDULING (.2)
           DAVID AGAY                 5.10 hours at  625.00/hr   3,187.50

10/29/17   CONFERENCE CALL WITH COMMITTEE COUNSEL REGARDING
           CONVERSION.
           DAVID AGAY                 0.40 hours at  625.00/hr     250.00

              TOTAL FEES FOR MATTER:  43474-00011      $16,541.00

EXPENSES
_____

DELIVERY CHARGES FEDERAL EXPRESS Fedex on                    9.76
10/03/2017
DELIVERY CHARGES FEDERAL EXPRESS Fedex on                    9.76
10/03/2017

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | |
|---|---:|
| DELIVERY CHARGES FEDERAL EXPRESS Fedex on 10/03/2017 | 9.76 |
| CORPORATE CREDIT CARD - D&E REPORTING 9/12/17 COURT TRANSCRIPT | 76.00 |
| CORPORATE CREDIT CARD - D&E REPORTING 10/12/17 HEARING TRANSCRIPT | 169.00 |
| COST ADVANCED - HUNTINGTON NATIONAL BANK 9/18/17 COURTS/USDC | 50.00 |
| COST ADVANCED - HUNTINGTON NATIONAL BANK 10/3/17 D&E REPORTING 9/28/17 HEARING TRANSCRIPT | 515.00 |

TOTAL EXPENSES FOR MATTER:  43474-00011      $    839.28

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | HOURS | FEES | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 17.4 | $10,875.00 | | |
| JOSH GADHARF | Member | $395.00 | 1.2 | $474.00 | | |
| RION VAUGHAN | Associate | $325.00 | 11.8 | $3,835.00 | | |
| JAKE RADECKI | Associate | $235.00 | 2.2 | $517.00 | | |
| LESLIE BURRELL | Paralegal | $280.00 | 3.0 | $840.00 | | |
| **TOTALS** | | | **35.6** | **$16,541.00** | **$33,856.50** | **$33,856.50** |

## EXPENSE SUMMARY

| EXPENSE CODE | DESCRIPTION | RATE | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | QTY | AMT | AMT | AMT |
| 20 | DELIVERY CHARGES FEDERAL EXPRESS | $9.76 | 3.0 | $29.28 | | |
| 96 | CORPORATE CREDIT CARD - FILING FEES- MISCELLANOUS | $76.00 | 1.0 | $76.00 | | |
| 96 | CORPORATE CREDIT CARD - FILING FEES- MISCELLANOUS | $169.00 | 1.0 | $169.00 | | |
| 99 | COST ADVANCED | $50.00 | 1.0 | $50.00 | | |
| 99 | COST ADVANCED | $515.00 | 1.0 | $515.00 | | |
| **TOTALS** | | | **9.0** | **$839.28** | **$77.71** | **$77.71** |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   REVIEW AND ANALYSIS REAL ESTATE
      43474-00014


10/01/17  E-MAIL TO INTERNAL TEAM ENCLOSING REVISED WHEATON
          PURCHASE AGREEMENT.
          MICHAEL J. KLEIN            0.20 hours at   580.00/hr     116.00

10/01/17  REVIEW REVISED DRAFT OF WHEATON REAL ESTATE PURCHASE
          AGREEMENT.
          DAVID AGAY                  0.70 hours at   625.00/hr     437.50

10/02/17  CALL WITH D JURKIEWICZ (LOCAL INDIANA COUNSEL)
          REGARDING AGREED ENTRY TO EXTEND REDEMPTION PERIOD
          FOR HAMMOND, IN TAX SALE.
          MICHAEL J. KLEIN            0.30 hours at   580.00/hr     174.00

10/02/17  CORRESPONDENCE WITH G. GRAMBLING REGARDING WHEATON
          REAL ESTATE SALE.
          DAVID AGAY                  0.20 hours at   625.00/hr     125.00

10/03/17  E-MAIL TO D HARER REGARDING EXECUTION OF SECOND
          ADDENDUM TO HAMMOND, IN AGREEMENT; E-MAILS WITH D
          JURKIEWICZ REGARDING STATUS OF OBTAINING AGREED ENTRY
          TO EXTEND REDEMPTION PERIOD FOR HAMMOND, IN TAX SALE;
          E-MAIL TO M OWENS (BUYER'S COUNSEL) ENCLOSING REVISED
          DRAFT OF PURCHASE AGREEMENT FOR WHEATON, IL PROPERTY;
          E-MAILS WITH GROUP REGARDING STATUS OF REDEMPTION OF
          HAMMOND, IN TAXES.
          MICHAEL J. KLEIN            1.00 hours at   580.00/hr     580.00

10/05/17  E-MAILS WITH D JURKIEWICZ REGARDING STATUS OF
          OBTAINING AGREED ENTRY TO EXTEND REDEMPTION PERIOD
          FOR HAMMOND, IN TAX SALE.
          MICHAEL J. KLEIN            0.20 hours at   580.00/hr     116.00

10/05/17  REVIEW TITLE FOR HAMMOND, IN TO CONFIRM CORRECT TAX
          IDENTIFICATION NUMBERS.
          MICHAEL J. KLEIN            0.20 hours at   580.00/hr     116.00

10/06/17  REVIEW E-MAIL FROM D JURKIEWICZ ENCLOSING APPEARANCE,
          REQUEST FOR AGREED ENTRY TO EXTEND REDEMPTION PERIOD
          AND CCS FOR HAMMOND, IN TAX SALE.
          MICHAEL J. KLEIN            0.20 hours at   580.00/hr     116.00

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

10/06/17   E-MAIL TO DISTRIBUTION LIST REGARDING AGREED ENTRY TO
           EXTEND REDEMPTION PERIOD AND CCS FOR HAMMOND, IN TAX
           SALE.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr     116.00

10/06/17   E-MAILS WITH C MIOTT (BUYER'S BROKER) REGARDING
           STATUS OF CLOSING ON SALE OF HAMMOND, IN PROPERTY.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr     116.00

10/09/17   REVIEW E-MAILS FROM PARTIES REGARDING STATUS OF
           CLOSING ON SALE OF FIRST TRACT HAMMOND, IN FACILITY.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr     116.00

10/09/17   CALL WITH M FLYNN REGARDING BANKRUPTCY APPROVAL AND
           CLOSING ON SALE OF HAMMOND, IN.
           MICHAEL J. KLEIN            0.30 hours at   580.00/hr     174.00

10/09/17   REVIEW ASSIGNMENT FOR HAMMOND PROPERTY.
           DAVID AGAY                 0.50 hours at   625.00/hr     312.50

10/10/17   ATTENTION TO OBTAINING ORGANIZATION DOCUMENTS FOR
           SELLER FOR SALE OF HAMMOND, IN PROPERTY.
           MICHAEL J. KLEIN            0.30 hours at   580.00/hr     174.00

10/10/17   REVIEW E-MAIL FROM M FLYNN ENCLOSING OPERATING
           AGREEMENT AND ARTICLES OF ORGANIZATION FOR RACEWAY
           CENTRAL LLC REGARDING CLOSING ON HAMMOND, IN
           PROPERTY.
           MICHAEL J. KLEIN            0.30 hours at   580.00/hr     174.00

10/11/17   REVIEW PURCHASE AGREEMENT AND TITLE COMMITMENT AND
           LOCAL COUNSEL COMMENTS TO PREPARE FOR CLOSING AND
           DRAFTING CLOSING DOCUMENTS.
           MICHAEL J. KLEIN            1.00 hours at   580.00/hr     580.00

10/11/17   REVIEW E-MAIL FROM D JURKIEWICZ REGARDING STATUS OF
           COURT'S REVIEW OF REQUEST FOR AGREED ENTRY TO EXTEND
           REDEMPTION PERIOD AND CCS FOR HAMMOND, IN TAX SALE.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr     116.00

10/12/17   E-MAIL TO CLIENT AND ATTORNEYS REGARDING STATUS OF
           COURT'S REVIEW OF REQUEST FOR AGREED ENTRY TO EXTEND
           REDEMPTION PERIOD AND CCS FOR HAMMOND, IN TAX SALE.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr     116.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | |
|---|---|
| 10/12/17 | ATTENTION TO ISSUES WITH RELEASE OF MECHANIC'S LIEN, PAYOFF TO PNC AND SALE ORDER. |
| | MICHAEL J. KLEIN          0.50 hours at   580.00/hr     290.00 |
| 10/12/17 | OFFICE CONFERENCE WITH M. KLEIN REGARDING HAMMOND SALE CLOSING. |
| | DAVID AGAY               0.20 hours at   625.00/hr     125.00 |
| 10/13/17 | E-MAIL TO G VIZZA REGARDING STATUS OF CLOSING ON HAMMOND, IN PROPERTY. |
| | MICHAEL J. KLEIN          0.20 hours at   580.00/hr     116.00 |
| 10/13/17 | E-MAILS WITH D HARER REGARDING STATUS OF CLOSING ON HAMMOND, IN PROPERTY. |
| | MICHAEL J. KLEIN          0.20 hours at   580.00/hr     116.00 |
| 10/13/17 | REVIEW E-MAIL FROM J SUDHOLT (CHICAGO TITLE) ENCLOSING TITLE COMMITMENT AND UNDERLYING TITLE DOCUMENTS REGARDING CALUMET PARK, IL. |
| | MICHAEL J. KLEIN          0.50 hours at   580.00/hr     290.00 |
| 10/16/17 | E-MAIL TO C MIOTT AND S NAVARRO ENCLOSING TITLE COMMITMENT AND REGARDING CLOSING MATTERS FOR HAMMOND, IN SALE. |
| | MICHAEL J. KLEIN          0.20 hours at   580.00/hr     116.00 |
| 10/16/17 | E-MAILS WITH C MIOTT REGARDING ATM LEASE, CLOSING, TITLE AND OTHER MATTERS REGARDING HAMMOND, IN. |
| | MICHAEL J. KLEIN          0.20 hours at   580.00/hr     116.00 |
| 10/16/17 | E-MAILS WITH SZOPA (CHICAGO TITLE) REGARDING CLOSING, MECHANIC'S LIEN, TITLE CLEARANCE, BIFURCATING CLOSING AND OTHER MATTERS REGARDING HAMMOND, IN. |
| | MICHAEL J. KLEIN          0.30 hours at   580.00/hr     174.00 |
| 10/16/17 | MULTIPLE CORRESPONDENCE WITH CLIENT REGARDING HAMMOND SALE CLOSING (.6); RESEARCH MECHANICS LIEN ISSUES ON HAMMOND PROPERTY (2.2); OFFICE CONFERENCE WITH M. KLEIN REGARDING SAME (.2). |
| | DAVID AGAY               3.00 hours at   625.00/hr   1,875.00 |
| 10/17/17 | TELEPHONE CONFERENCE WITH M. KLEIN REGARDING TRANSACTION. |
| | MARIA-ALEXA GUEVARA       0.10 hours at   420.00/hr      42.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

10/17/17   E-MAILS WITH C MIOTT ENCLOSING ATM EXTENSION NOTICE
           FROM BANK REGARDING HAMMOND, IN AND REGARDING CLOSING
           MATTERS.
           MICHAEL J. KLEIN            0.30 hours at   580.00/hr    174.00

10/17/17   E-MAILS WITH R SZOBA (TITLE EXAMINER) REGARDING TITLE
           ISSUES REGARDING HAMMOND, IN CLOSING.
           MICHAEL J. KLEIN            0.30 hours at   580.00/hr    174.00

10/17/17   ATTENTION TO MECHANIC'S LIEN, ATM LEASE, PRIOR LEASE
           AND OTHER TITLE ISSUES WITH HAMMOND, IN CLOSING.
           MICHAEL J. KLEIN            0.50 hours at   580.00/hr    290.00

10/18/17   E-MAILS WITH D JURKIEWICZ REGARDING STATUS OF COURT'S
           REVIEW OF REQUEST FOR AGREED ENTRY TO EXTEND
           REDEMPTION PERIOD AND CCS FOR HAMMOND, IN TAX SALE.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr    116.00

10/18/17   E-MAILS WITH C MIOTT AND S NAVARRO (BUYER) REGARDING
           CLOSING ON HAMMOND, IN PROPERTY.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr    116.00

10/18/17   E-MAILS WITH G VIZZA (BLANK ROME) REGARDING CLOSING
           ON HAMMOND, IN PROPERTY.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr    116.00

10/19/17   PREPARE FOR AND CONDUCT CALL WITH G VIZZA (BLANK
           ROME) REGARDING HAMMOND, IN CLOSING, TITLE AND
           CLOSING PROCEEDS MATTERS.
           MICHAEL J. KLEIN            0.40 hours at   580.00/hr    232.00

10/19/17   E-MAILS WITH PARTIES REGARDING STATUS OF AND OPEN
           ISSUES WITH HAMMOND, IN CLOSING.
           MICHAEL J. KLEIN            0.30 hours at   580.00/hr    174.00

10/20/17   E-MAILS WITH M FLYNN REGARDING PAYMENT OF AMOUNT TO
           REDEEM HAMMOND, IN TAXES.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr    116.00

10/20/17   E-MAILS WITH E MARKWORTH (FIRST AMERICAN) REGARDING
           EARNEST MONEY DEPOSIT FOR HAMMOND, IN.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr    116.00

10/20/17   E-MAILS WITH R SZOBA (TITLE EXAMINER) REGARDING TITLE
           AND CLOSING ISSUES REGARDING HAMMOND, IN.
           MICHAEL J. KLEIN            0.20 hours at   580.00/hr    116.00

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 10/23/17 | DRAFT CLOSING CHECKLIST FOR HAMMOND, IN CLOSING. | | |
| | MICHAEL J. KLEIN | 1.00 hours at 580.00/hr | 580.00 |
| 10/23/17 | E-MAILS WITH M FLYNN REGARDING STATUS OF CLOSING AND OPEN ISSUES WITH KORELLIS ROOFING MECHANIC'S LIEN. | | |
| | MICHAEL J. KLEIN | 0.20 hours at 580.00/hr | 116.00 |
| 10/23/17 | DRAFT LIMITED WARRANTY DEED AND ASSIGNMENT OF LEASES FOR HAMMOND, IN SALE. | | |
| | MICHAEL J. KLEIN | 0.50 hours at 580.00/hr | 290.00 |
| 10/23/17 | E-MAIL TO C MIOTT AND S NAVARRO REGARDING INFORMATION NEEDED FROM BUYER FOR DRAFTING CLOSING DOCUMENTS. | | |
| | MICHAEL J. KLEIN | 0.30 hours at 580.00/hr | 174.00 |
| 10/23/17 | REVIEW E-MAILS FROM D HARER REGARDING OFFERS ON WHEATON AND DOWNERS GROVE, IL PROPERTIES AND PROPOSED COUNTER OFFERS. | | |
| | MICHAEL J. KLEIN | 0.40 hours at 580.00/hr | 232.00 |
| 10/24/17 | VARIOUS E-MAIL CORRESPONDENCE WITH WORKING GROUPS REGARDING TITLE. | | |
| | MARIA-ALEXA GUEVARA | 0.40 hours at 420.00/hr | 168.00 |
| 10/24/17 | E-MAIL CORRESPONDENCE WITH D. AGAY REGARDING TITLE QUESTIONS RAISED BY TITLE COMPANY. | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at 420.00/hr | 84.00 |
| 10/24/17 | VARIOUS E-MAIL CORRESPONDENCE WITH WORKING GROUP REGARDING SERVICE TO KORELLIS AND ITS COUNSEL ON SALE OF MOTION. | | |
| | MARIA-ALEXA GUEVARA | 0.30 hours at 420.00/hr | 126.00 |
| 10/24/17 | TELEPHONE CONFERENCE WITH M. CARR REGARDING NOTICES OF BANKRUPTCY MOTION. | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at 420.00/hr | 84.00 |
| 10/24/17 | E-MAIL CORRESPONDENCE REGARDING ADDRESSING TITLE ISSUES. | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at 420.00/hr | 42.00 |
| 10/24/17 | REVIEW E-MAIL FROM R SZOPA REGARDING OPEN ISSUES WITH TITLE AND TITLE CLEARANCE REQUIREMENTS. | | |
| | MICHAEL J. KLEIN | 0.20 hours at 580.00/hr | 116.00 |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

10/25/17   TELEPHONE CONFERENCE WITH R. SZOPA REGARDING TITLE
           REQUIREMENTS.
           MARIA-ALEXA GUEVARA          0.20 hours at   420.00/hr      84.00

10/25/17   JOINT TELEPHONE CONFERENCE WITH R. SZOPA AND M. KLEIN
           REGARDING TITLE REQUIREMENTS.
           MARIA-ALEXA GUEVARA          0.60 hours at   420.00/hr     252.00

10/25/17   CONFERENCE WITH M. KLEIN AND D. AGAY REGARDING TITLE
           REQUIREMENTS.
           MARIA-ALEXA GUEVARA          0.20 hours at   420.00/hr      84.00

10/25/17   FOLLOW UP E-MAIL CORRESPONDENCE WITH AND TELEPHONE
           CONFERENCE WITH R. SZOPA REGARDING MOTION FOR SALE OF
           PROPERTY.
           MARIA-ALEXA GUEVARA          0.20 hours at   420.00/hr      84.00

10/25/17   VARIOUS E-MAIL CORRESPONDENCE WITH WORKING GROUP TO
           ADDRESS TITLE REQUIREMENTS.
           MARIA-ALEXA GUEVARA          0.10 hours at   420.00/hr      42.00

10/25/17   E-MAILS WITH D JURKIEWICZ REGARDING STATUS OF COURT'S
           REVIEW OF REQUEST FOR AGREED ENTRY TO EXTEND
           REDEMPTION PERIOD AND CCS FOR HAMMOND, IN TAX SALE.
           MICHAEL J. KLEIN             0.20 hours at   580.00/hr     116.00

10/25/17   ATTENTION TO OPEN TITLE ISSUES REGARDING CLOSING ON
           HAMMOND, IN.
           MICHAEL J. KLEIN             0.50 hours at   580.00/hr     290.00

10/25/17   E-MAILS WITH M FLYNN REGARDING EXPIRATION OF STERK'S
           SUPER FOODS LEASE AT HAMMOND, IN.
           MICHAEL J. KLEIN             0.20 hours at   580.00/hr     116.00

10/25/17   E-MAILS WITH S NAVARRO REGARDING OPEN TITLE ISSUES,
           HIS COUNSEL, BUYER ENTITY AND CLOSING ISSUES
           REGARDING HAMMOND, IN.
           MICHAEL J. KLEIN             0.20 hours at   580.00/hr     116.00

10/25/17   PREPARE FOR AND CONDUCT TELEPHONE CONFERENCE WITH R
           SZOPA AND A GUEVARA REGARDING OPEN ISSUES WITH TITLE
           FOR HAMMOND, IN CLOSING.
           MICHAEL J. KLEIN             0.50 hours at   580.00/hr     290.00

10/25/17   REVIEW E-MAILS FROM R SZOPA REGARDING OPEN ISSUES
           WITH TITLE FOR HAMMOND, IN CLOSING.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| MICHAEL J. KLEIN | 0.30 hours at | 580.00/hr | 174.00 |

10/25/17   TELEPHONE CONFERENCE WITH M. KLEIN AND A. GUEVARA
REGARDING CLOSING OF HAMMOND SALE (.2); RESEARCH AND
REVIEW STATUE REGARDING KORELLIN ROOFING MECHANICS
LIEN (1.1); REVIEW CORRESPONDENCE FROM M. CARR
REGARDING SAME (.2).

DAVID AGAY                     1.50 hours at   625.00/hr   937.50

10/26/17   VARIOUS E-MAIL CORRESPONDENCE WITH TITLE AGENT
REGARDING SATISFYING TITLE REQUIREMENTS.

MARIA-ALEXA GUEVARA            0.40 hours at   420.00/hr   168.00

10/26/17   TELEPHONE CONFERENCE WITH R. SZOPA REGARDING KORELLIS
MECHANIC LIEN.

MARIA-ALEXA GUEVARA            0.60 hours at   420.00/hr   252.00

10/26/17   MULTIPLE E-MAILS WITH CHICAGO TITLE AND BUYER
REGARDING CLOSING MATTERS FOR HAMMOND, IN.

MICHAEL J. KLEIN               0.50 hours at   580.00/hr   290.00

10/26/17   REVIEW E-MAILS FROM M FLYNN ENCLOSING DOCUMENTS
RELATED TO STERK'S SUPER FOODS LEASE AND SURRENDER OF
HAMMOND, IN SITE.

MICHAEL J. KLEIN               0.50 hours at   580.00/hr   290.00

10/26/17   REVIEW E-MAIL FROM C MIOTT REGARDING SS WORLDWIDE'S
CONNECTION TO HAMMOND, IN PROPERTY AND ENCLOSING
CANCELLATION OF ESCROW.

MICHAEL J. KLEIN               0.30 hours at   580.00/hr   174.00

10/27/17   VARIOUS E-MAIL CORRESPONDENCE WITH WORKING GROUP
REGARDING MECHANIC LIEN.

MARIA-ALEXA GUEVARA            0.10 hours at   420.00/hr    42.00

10/27/17   E-MAIL CORRESPONDENCE WITH R. SZOPA TO REQUEST FORM
RELEASE OF LIEN.

MARIA-ALEXA GUEVARA            0.10 hours at   420.00/hr    42.00

10/29/17   E-MAIL TO R SZOBA REGARDING SS WORLDWIDE'S CONNECTION
TO HAMMOND, IN PROPERTY AND ENCLOSING CANCELLATION OF
ESCROW.

MICHAEL J. KLEIN               0.20 hours at   580.00/hr   116.00

10/30/17   VARIOUS E-MAIL CORRESPONDENCE WITH M. ANDERSON
REGARDING LIEN RELEASE.

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
|  | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |

10/30/17   DRAFT RELEASE OF LIEN.
MARIA-ALEXA GUEVARA        0.40 hours at    420.00/hr      168.00

10/30/17   TELEPHONE CONFERENCE WITH AND VARIOUS E-MAIL
CORRESPONDENCE WITH M. ANDERSON REGARDING TITLE
REQUIREMENTS.
MARIA-ALEXA GUEVARA        1.10 hours at    420.00/hr      462.00

10/30/17   MULTIPLE E-MAILS WITH CHICAGO TITLE AND BUYER
REGARDING OPEN TITLE AND CLOSING ISSUES REGARDING
HAMMOND, IN SALE.
MICHAEL J. KLEIN           0.50 hours at    580.00/hr      290.00

10/30/17   REVIEW TITLE PROFORMA FOR HAMMOND, IN SALE.
MICHAEL J. KLEIN           0.50 hours at    580.00/hr      290.00

10/31/17   E-MAIL CORRESPONDENCE WITH M. KLEIN REGARDING ESCROW
OF DISPUTED MECHANIC LIEN FUNDS.
MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr       42.00

10/31/17   ATTENTION TO CORPORATE DUE DILIGENCE REQUIRED FOR
CLOSING.
MARIA-ALEXA GUEVARA        0.30 hours at    420.00/hr      126.00

10/31/17   PREPARE ESCROW AGREEMENT.
MARIA-ALEXA GUEVARA        1.60 hours at    420.00/hr      672.00

10/31/17   INTERNAL CONFERENCE WITH ALEXA GUEVARRA REGARDING
SALE OF PROPERTY; ORDER CERTIFIED COPY OF DOCUMENTS
AND CERTIFICATES OF GOOD STANDING; DRAFT OF
RESOLUTIONS APPROVING SALE AND AUTHORIZING RELATED
ACTIONS.
SONYA GRAY THOMAS          3.00 hours at    270.00/hr      810.00

10/31/17   REVISE CLOSING DOCUMENTS AND DRAFT THIRD ADDENDUM TO
ASSIGN PURCHASE AGREEMENT AND CLOSING CERTIFICATE FOR
HAMMOND, IN CLOSING BASED ON REVISIONS TO TITLE
PROFORMA AND BUYER'S INFORMATION.
MICHAEL J. KLEIN           1.50 hours at    580.00/hr      870.00

10/31/17   MULTIPLE E-MAILS WITH BUYER PARTIES AND CHICAGO TITLE
REGARDING TITLE MATTERS AND ENCLOSING DRAFTS OF
CLOSING DOCUMENTS FOR HAMMOND, IN SALE.
MICHAEL J. KLEIN           1.00 hours at    580.00/hr      580.00

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| 10/31/17 | PREPARE FOR AND CONDUCT TELEPHONE CONFERENCE WITH M FLYNN REGARDING HAMMOND, IN CLOSING MATTERS. | | | |
|----------|------|------|------|------|
| | MICHAEL J. KLEIN | 0.30 hours at | 580.00/hr | 174.00 |
| 10/31/17 | E-MAILS WITH M FLYNN REGARDING TENANTS' PAYMENT OF RENT FOR HAMMOND, IN. | | | |
| | MICHAEL J. KLEIN | 0.20 hours at | 580.00/hr | 116.00 |

TOTAL FEES FOR MATTER:  43474-00014       $19,430.50

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| MARIA-ALEXA GUEVARA | Member | $420.00 | 7.5 | $3,150.00 | | |
| MICHAEL J. KLEIN | Member | $580.00 | 20.1 | $11,658.00 | | |
| DAVID AGAY | Member | $625.00 | 6.1 | $3,812.50 | | |
| SONYA GRAY THOMAS | Paralegal | $270.00 | 3.0 | $810.00 | | |
| **TOTALS** | | | **36.7** | **$19,430.50** | **$36,854.50** | **$36,854.50** |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   RELIEF FROM STAY
      43474-00015


| Date | Description | Timekeeper | Hours/Rate | Amount |
|------|-------------|-----------|-----------|-------|
| 10/26/17 | TELEPHONE CONFERENCE WITH V. YIU REGARDING PENDING STAY MOTIONS. | DAVID AGAY | 0.20 hours at   625.00/hr | 125.00 |
| 10/26/17 | PREPARE FOR AND STRATEGY CALL WITH WEIL REGARDING LIFT STAY MOTIONS. | JOSH GADHARF | 0.30 hours at   395.00/hr | 118.50 |
| 10/26/17 | CALL WITH V.YIU AND MH TEAM RE: TRANSITION OF OUTSTANDING STAY RELIEF MATTERS | RION VAUGHAN | 0.50 hours at   325.00/hr | 162.50 |
| 10/27/17 | COMPILATION AND REVIEW OF PENDING REQUESTS FOR RELIEF FROM STAY | RION VAUGHAN | 0.60 hours at   325.00/hr | 195.00 |
| 10/27/17 | MULTIPLE EMAILS AND PHONE CALLS TO REQUESTING PARTIES FOR INTRODUCTIONS, STATUS UPDATES, AND DISCUSSIONS RE: FORM STIPULATION | RION VAUGHAN | 0.70 hours at   325.00/hr | 227.50 |
| 10/30/17 | MULTIPLE EMAILS AND PHONE CALLS WITH V.YIU AND STAY RELIEF REQUESTING PARTIES RE: FORM STIPULATION | RION VAUGHAN | 0.80 hours at   325.00/hr | 260.00 |
| 10/31/17 | DRAFT MEMO TO MH TEAM RE: STATUS OF ALL PENDING STAY RELIEF REQUESTS | RION VAUGHAN | 0.70 hours at   325.00/hr | 227.50 |
| 10/31/17 | PHONE CALL AND EMAIL TO CONWAY TEAM REGARDING SENTRY SELF-INSURED RETENTION AND SENTRY POINT OF CONTACT. | RION VAUGHAN | 0.20 hours at   325.00/hr | 65.00 |

TOTAL FEES FOR MATTER:  43474-00015      $ 1,381.00

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 0.2 | $125.00 | | |
| JOSH GADHARF | Member | $395.00 | 0.3 | $118.50 | | |
| RION VAUGHAN | Associate | $325.00 | 3.5 | $1,137.50 | | |
| **TOTALS** | | | **4.0** | **$1,381.00** | **$1,634.00** | **$1,634.00** |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMUNICATIONS
      43474-00016

10/06/17   TELEPHONE CONFERENCE WITH PNC COUNSEL REGARDING IDS,
           RCC, PJS, AND HAMMOND.
           JOSH GADHARF              0.30 hours at   395.00/hr      118.50

10/06/17   DRAFT AND SEND DETAILED EMAIL TO D. AGAY REGARDING
           DISCUSSIONS WITH PNC'S COUNSEL ABOUT IDS, RCC, PJS,
           AND HAMMOND.
           JOSH GADHARF              0.20 hours at   395.00/hr       79.00

10/10/17   TELEPHONE CONFERENCE WITH PNC COUNSEL REGARDING PJS
           FEES AND PACA CLAIMS.
           JOSH GADHARF              0.20 hours at   395.00/hr       79.00

                TOTAL FEES FOR MATTER:  43474-00016      $    276.50

{7071207:}



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| JOSH GADHARF | Member | $395.00 | 0.7 | $276.50 | | |
| **TOTALS** | | | **0.7** | **$276.50** | **$2,496.00** | **$2,496.00** |

{7071207:}

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS
      43474-00017

10/06/17   TELEPHONE CONFERENCE WITH COMMITTEE COUNSEL REGARDING
           HAMMOND SALE ISSUES.
           JOSH GADHARF            0.10 hours at   395.00/hr      39.50
                     TOTAL FEES FOR MATTER:   43474-00017      $    39.50

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

### FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| JOSH GADHARF | Member | $395.00 | 0.1 | $39.50 | | |
| **TOTALS** | | | **0.1** | **$39.50** | **$75.00** | **$75.00** |

{7071207:}

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:    HEARINGS
        43474-00018


| 10/10/17 | REVIEW AGENDA FOR THURSDAY OMNIBUS. | | | |
|---|---|---|---|---|
| | DAVID AGAY | 0.20 hours at | 625.00/hr | 125.00 |
| 10/11/17 | ASSEMBLE DOCUMENTS AND ORDERS FOR OMNIBUS HEARING. | | | |
| | LESLIE BURRELL | 1.60 hours at | 280.00/hr | 448.00 |
| 10/12/17 | ASSEMBLE DOCUMENTS AND ORDERS FOR OMNIBUS HEARING. | | | |
| | LESLIE BURRELL | 0.80 hours at | 280.00/hr | 224.00 |
| 10/12/17 | PREPARE FOR OMNIBUS HEARING BY REVIEWING PENDING MOTIONS AND PROPOSED ORDERS (1.1); REPRESENT CLIENT AT OMNIBUS HEARING (.8). | | | |
| | DAVID AGAY | 1.90 hours at | 625.00/hr | 1,187.50 |
| 10/24/17 | FINALIZE AND FILE NOTICES OF ADJOURNMENT RESETTING HEARINGS. | | | |
| | LESLIE BURRELL | 1.80 hours at | 280.00/hr | 504.00 |

TOTAL FEES FOR MATTER:  43474-00018    $ 2,488.50



McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 2.1 | $1,312.50 | | |
| LESLIE BURRELL | Paralegal | $280.00 | 4.2 | $1,176.00 | | |
| **TOTALS** | | | **6.3** | **$2,488.50** | **$24,122.00** | **$24,122.00** |

{7071207:}

**MH Firm Credit Card Expenditure Summary**

Card Name: Chicago

Last Four Digits of Card: _____ 1107

10/12/2017

### DETAILED EXPENDITURE RECORD

| Date | Charge to: (Client Code/Client Matter) | Payment Made To | Description (i.e. meal, filing fees, etc.) | Attorney Responsible for Charge | Amount |
|------|------|------|------|------|------|
| 10/12/17 | 43474-00011 | D&E Reporting | 9/12/17 Court Transcript | Agay | $ 76.00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  | TOTAL CREDIT CARD EXPENDITURE SUMMARY |  |  |  | $ 76.00 |

Mary Brady
Prepared By

10/12/2017
Date

FileHandler.axd

{7071207:}

**MH Firm Credit Card Expenditure Summary**

Card Name: Chicago

Last Four Digits of Card: _____ 1107

### DETAILED EXPENDITURE RECORD

| Date | Charge to: (Client Code/Client Matter) | Payment Made To | Description (i.e. meal, filing fees, etc.) | Attorney Responsible for Charge | Amount |
|------|------|------|------|------|------|
| 10/13/17 | 43474-00011 | D&E Reporting | 10/12/17 Hearing Transcript | Agay | $ 169.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL CREDIT CARD EXPENDITURE SUMMARY | | | | | $ 169.00 |

Mary Brady                                    10/13/2017
Prepared By                                   Date

FileHandler.axd

{7071207:}

# INVOICE

**Paid**

**D&E Reporting, Inc.**

219 South Dearborn Street, Suite 661
Chicago, IL 60604
United States

Tax ID: EIN: 81-5396423

dandereporting@gmail.com

Invoice #:  0276
Invoice Date:  Oct 13, 2017
Due date:  Oct 13, 2017

Amount due:
**$0.00**

Bill To:

lburrell@mcdonaldhopkins.com

| Description | Amount |
|---|---|
| Transcript services | $0.00 |
| In re: Central Grocers, Inc., 17 B 13886 | $0.00 |
| Transcript of proceedings of October 12, 2017 before Judge Hollis. | $169.00 |
| Subtotal | $169.00 |
| Total | $169.00 |
| Amount paid | -$169.00 |
| **Amount due** | **$0.00 USD** |

{7071207:}