

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| Hourly | | | | | | | |
| | Williams,<br>Bobby R | | | | | | |
| | | 10/02/17 | Data Collection (Hourly) | Prepared remote collection drive  and facilitated shipment. | $275/hr | 0.8 | $220.00 |
| | | 10/02/17 | Analysis/Strategy Development | Reviewed draft preservation protocol ad submitted to team with notations. | $295/hr | 1.3 | $383.50 |
| | | 10/05/17 | Project Communications\Meetings (B) | Logistical communications to facilitate remote collection and discuss protocols for additional data preservations. | $295/hr | 1.2 | $354.00 |
| | | 10/09/17 | Data Collection (Hourly) | Onsite data collection. Took custody of a 10 TB NAS device. Initiated physical collection of 14 desktops. | $275/hr | 16.9 | $4,647.50 |
| | | 10/09/17 | Project Communications\Meetings (B) | Comprehensive updates to provide status of current collection activities and outstanding items. Logistical communications to facility the transfer of onsite collection activities to another resource. | $295/hr | 1.1 | $324.50 |
| | | 10/10/17 | Data Collection (Hourly) | Completed physical forensic collection of 14 desktops. Initiated collection of an additional 11 workstations, 8 of which were completed by COB. Initiated review of Office 365 Admin interface to | $275/hr | 17.1 | $4,702.50 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | determine viability of bulk account export/backup. | | | |
| | | 10/10/17 | Project Communications\Meetings (B) | Comprehensive updates to provide status of current collection activities and outstanding items. Logistical communications to facility the transfer of onsite collection activities to another resource. | $295/hr | 2.9 | $855.50 |
| | | 10/11/17 | Data Collection (Hourly) | Continued review of Office 365 Admin Console for match email mailbox extraction and/or account exports to archive container formats. | $275/hr | 2.1 | $577.50 |
| | | 10/11/17 | Project Communications\Meetings (B) | Continued communications to facilitate onsite collection activities and discuss logistics of Office 365 email collection via Admin Center interface. Also discussed credentials for all outstanding office 365 accounts. | $295/hr | 3.5 | $1,032.50 |
| | | 10/12/17 | Data Collection (Hourly) | Continued review of Office 365 Admin Console for match email mailbox extraction and/or account exports to archive container formats. | $275/hr | 1.8 | $495.00 |
| | | 10/12/17 | Project Communications\Meetings (B) | Continued communications to facilitate onsite collection activities and discuss logistics of Office 365 email collection via Admin Center interface. Also discussed credentials for all outstanding office 365 accounts. | $295/hr | 2.9 | $855.50 |
| | | 10/13/17 | Data Collection (Hourly) | Continued review of Office 365 Admin Console for match email mailbox | $275/hr | 8 | $2,200.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | extraction and/or account exports to archive container formats email collections. Continued configuration review for SV&T 20 TB NAS device. Continued consolidation and back up of collected evidence. Initiated additional email collections for priority custodians. | | | |
| | | 10/16/17 | Data Collection (Hourly) | "Continued collection and configuration of Office 365 email accounts. Continued to stage collected email data sets for downstream processing. Continued to configure SV&T NAS device to facilitate collection of 8.42 TB of back up data. Continued consolidation and back up of collected evidence. Email Accounts - Gustavo Bedoya<br>Jose L. Aguirre<br>Brian King<br>Richard Dalgo<br>Dave Laxner<br>William Flannery<br>Danielle Moss<br>Dave Vonch" | $275/hr | 11.2 | $3,080.00 |
| | | 10/16/17 | Project Communications\Meetings (B) | Continued communications to discuss collection status, assignment of resources and identification of additional systems for collections. Also discussed estimated time frame for completion of out standing collection activities. This included communications with client IT during access and configuration of the | $295/hr | 1.2 | $354.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL 60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC 20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | Office 365 Admin Console interface. | | | |
| | | 10/17/17 | Data Collection (Hourly) | "Generated and distributed a root level folder listing of collected CGFS data. Continued collection and configuration of Office 365 email accounts. Continued to stage collected email data sets for downstream processing. Completed configuration of SV&T NAS device and initiated collection of 8.42 TB of back up data. Continued consolidation and back up of collected evidence. Email Accounts - Ismael Garcia John Judge John Moore Javier Rivera Keith Stirrat Loren Anderson Larry Moore Mike Carioscia Mary Jo Maffei-Panagos Mike O'Neill Oswaldo F. Garcia Pat Malone Rick Denges Rob Gorgan Ronald Zielke Sanjay Raut" | $275/hr | 9.1 | $2,502.50 |
| | | 10/17/17 | Project Communications\Meetings (B) | Continued communications to discuss collection status, assignment of resources and identification of additional systems for collections. Also discussed estimated time frame for completion of out standing collection activities. This included a call with all counsel. | $295/hr | 1.6 | $472.00 |
| | | 10/18/17 | Data Collection (Hourly) | "Generated and distributed a root | $275/hr | 7.7 | $2,117.50 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

**To**
Donald Harer
Central Grocers, Inc.
c/o Conway Mackenzie, Inc.
77 West Wacker Drive, Suite 4000
Chicago, IL  60601
USA

**From**
Intelligent Discovery Solutions, Inc.
3000 K Street NW, Suite 330
Washington, DC  20007

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|------|------|------|------|-------------------|------|-------|-------|
| | | | | level folder listing of collected CGFS data. Continued collection and configuration of Office 365 email accounts. Continued to stage collected email data sets for downstream processing, including the completion for collections and data staging for all priority custodians. Continued collection of SV&T NAS device data. Continued consolidation and back up of collected evidence. Initiated drive preparations for additional remote collections. Email Accounts - Sonny Leon Scott Pocius Steve Ross Sandra Tineo Tom Hanyzewski Theresa Piechocinski Tom Pirro Accounting Confroom Adrian Huerta Andrew Camacho Ann Pennington Asif Akhter Chad Graefen Chris Koziol Christopher Stotler Chuck Palermo" | | | |
| | | 10/18/17 | Project Communications\Meetings (B) | Continued communications to discuss collection status, assignment of resources and identification of additional systems for collections. Also discussed estimated time frame for completion of out standing collection activities. This included coordination remote collection activities | $295/hr | 1.7 | $501.50 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | with custodians. | | | |
| | | 10/19/17 | Data Collection (Hourly) | "Continued collection of Office 365 email accounts. Continued to stage collected email data sets for downstream processing. Continued collection of SV&T NAS device back up data. Continued consolidation and back up of collected evidence. Completed drive preparations for additional remote collections. Email Accounts - Cindy Thorne Crystal Starks-Mack Dave Kressin Doug Paluch Drew Jackman Edgar Correa Eduardo Roque" | $275/hr | 6.3 | $1,732.50 |
| | | 10/19/17 | Project Communications\Meetings (B) | Continued communications to discuss collection status, assignment of resources and identification of additional systems for collections. Also discussed estimated time frame for completion of out standing collection activities. This included calls to schedule additional remote collections and discussions to vet details for structured data systems to be collected. | $295/hr | 1.9 | $560.50 |
| | | 10/20/17 | Data Collection (Hourly) | "Continued collection Office 365 email accounts. Continued to stage collected email data sets for downstream processing. Continued collection of SV&T NAS device back up data. Continued consolidation and | $275/hr | 6.8 | $1,870.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | back up of collected evidence. Completed drive preparations for additional remote collections. Completed remote collection of Ken Nemeth's CG work station. Email Accounts - Elaine Pettet Elizabeth Duschene Erika Tellez Fenton Doolin Gail Cowin Jacobson Dispatch" | | | |
| | | 10/20/17 | Project Communications\Meetings (B) | Continued communications to discuss collection status, assignment of resources and identification of additional systems for collections. Also discussed estimated time frame for completion of out standing collection activities. | $295/hr | 1.3 | $383.50 |
| | | 10/23/17 | Data Collection (Hourly) | "Continued to execute Office 365 email collections. Continued to back up and consolidate collected data sets. Completed back up of A0026 (the SV&T NAS device) and prepared device for return shipment to SV&T, Completed staging of 83 additional email data sets for downstream processing. Email Accounts - James Snow Jane Denges Jason Schisel Jennifer Chaing John Bukauskas John Mitchell Joseph Marec Karym Valencia Larry Filpi Laura Lukosius Linda McElrath Maryann Bielanski meat user Michael Lambert | $275/hr | 8.2 | $2,255.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | Mike McMahon<br>Nicole Saltzman" | | | |
| | | 10/24/17 | Data Collection (Hourly) | "Resumed onsite collection of physical devices, logical partitions and structured data extractions. Continued to execute Office 365 email collections. Continued to stage collected email data for downstream processing. Continued to back up and consolidate collected data sets. Email Accounts - Nicole Taylor Paige Steinlicht Pedro Guardian Perishable Receiving Pete Anderson Raymond Operana Ruth Keefner Sharon Knerr Shawn McCarthy Theresa Blisard Thomas J. McMahon Transportation Line Vanessa Velazquez Wayne Schmidt Carlos Gonzalez Cathy Lindsay Christine Pannell Christopher Raschillo crossdock Dawn Meegan hvac alerts" | $275/hr | 9.6 | $2,640.00 |
| | | 10/25/17 | Data Collection (Hourly) | "Continued onsite collection of physical devices, logical partitions and structured data extractions. Continued to execute Office 365 email collections. Continued to stage collected email data for downstream processing. Continued to back up and consolidate collected data sets. Initiated remote physical collection of | $275/hr | 8.2 | $2,255.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | 1 computer for specified custodian. Emai Accounts - info Jacqueline Camacho Jan Andress Jason Bobzin Jerry Sykes Joel Monarrez John Coari John Rose Julie Billups Katherine Solis" | | | |
| | | 10/26/17 | Data Collection (Hourly) | "Completed onsite collection of physical devices, logical partitions and structured data extractions. Continued to execute Office 365 email collections. Continued to stage collected email data for downstream processing. Continued to back up and consolidate collected data sets. Completed remote physical collection of 1 computer for specified custodian. Email Accounts - Luz Ochoa Marco Botero Melody Flowers-Simmons Nicholas Djikas Paul Patton pfmailbox1 prodappointment recalls Rosaura Sandoval Samantha Zamudio Sharon Winter shipping vendors" | $275/hr | 8 | $2,200.00 |
| | | 10/27/17 | Data Collection (Hourly) | "Continued to execute Office 365 email collections. Continued to back up and consolidate collected data sets. Continued to stage collected email data for downstream processing. Email Accounts - Verenis Gallarso Accounts Payable | $275/hr | 6.5 | $1,787.50 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| **To** | **From** |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | ap<br>Alyssa Zapata<br>B2B IntegratorPRD<br>B2B IntegratorTST<br>back haul<br>BOARD ROOM<br>Buyers Exceptions<br>computerroom<br>BESAdmin" | | | |
| | | 10/30/17 | Data Collection (Hourly) | " Continued to execute Office 365 email collections. Continued to back up and consolidate collected data sets. Continued to stage collected email data for downstream processing. Email Accounts - Dispatch docappointment docreturn Donotreply h r IT CONF ROOM jrd John Rose Gail Cowin Georgane Rio" | $275/hr | 8.3 | $2,282.50 |
| | | 10/31/17 | Data Collection (Hourly) | " Continued to execute Office 365 email collections. Continued to back up and consolidate collected data sets. Continued to stage collected email data for downstream processing. Email Accounts - Frank lori Kevin Bonk mom mec PRODUCE CONF ROOM produceuser Vince Rodriguez Gary Sarnowski Jim Horst John Porcaro Paul Sarno Sheila Johnson Tatiania Bankhead Taray Walker" | $275/hr | 8.9 | $2,447.50 |
| | | | | | **Sub-total** | **166.1** | **$46,089.50** |
| | Lawson, Neal | | | | | | |
| | | 10/02/17 | Project Communications\Meetings | Prepare for and participate in status | $550/hr | 0.8 | $440.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| **To** | **From** |
|---|---|
| Donald Harer | Intelligent Discovery Solutions, Inc. |
| Central Grocers, Inc. | 3000 K Street NW, Suite 330 |
| c/o Conway Mackenzie, Inc. | Washington, DC  20007 |
| 77 West Wacker Drive, Suite 4000 | |
| Chicago, IL  60601 | |
| USA | |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | (B) | call with Trustee. Review of current project plan, current activities and budget expectations. | | | |
| | | 10/03/17 | Fact Investigation/Development | Comparing current CGI inventory against Trustee asset exclusions. Validating master inventory. | $550/hr | 0.8 | $440.00 |
| | | 10/04/17 | Data Maps/System Profiles | Preparation for and leading conference call with Trustee and SV-T IT representatives to further identify and map corporate IT systems. | $550/hr | 1.4 | $770.00 |
| | | 10/04/17 | Fact Investigation/Development | Review of SVT data and system restoration / recovery instructions supporting preservation activities. | $550/hr | 1 | $550.00 |
| | | 10/05/17 | Fact Investigation/Development | Detailed review of systems inventory and data mapping assessment documentation in preparation for onsite visit and remote data preservation activities. | $550/hr | 1.5 | $825.00 |
| | | 10/05/17 | Project Communications\Meetings (B) | Preparation for and participation in project status call with Conway team: to discuss preservation specifics regarding O365, Inform M3, AS400 and tape backups. | $550/hr | 1 | $550.00 |
| | | 10/06/17 | Project Communications\Meetings (B) | AS400 system preservation site visit preparation calls with Conway and CGI teams. Discussed HA AS400 shutdown and relocation logistics with IT Administrators (CGI) and systems engineers (iDS). | $550/hr | 1.3 | $715.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | 10/06/17 | Fact Investigation/Development | Review and assessment of AS400 Runbook detail for system admin and recovery sequencing and instructions. | $550/hr | 1.1 | $605.00 |
| | | 10/06/17 | Data Maps/System Profiles | Process and task design planning for onsite preservation activities. Focus on structured data systems other than AS400 - Datagate, Sage, Kronos, Roadnet, Skybot, Spiceworks. | $550/hr | 2 | $1,100.00 |
| | | 10/09/17 | Project Communications\Meetings (B) | Project communications with onsite collections team members (Livingston and Williams) regarding active collection activities. | $550/hr | 0.8 | $440.00 |
| | | 10/10/17 | Project Communications\Meetings (B) | Continued communications with onsite collections team members (Livingston and Williams) regarding active collection activities. | $550/hr | 0.5 | $275.00 |
| | | 10/10/17 | Fact Investigation/Development | Evaluation of Central Grocers structured systems diagram, compared against systems inventory. | $550/hr | 1.5 | $825.00 |
| | | 10/10/17 | Project Management (B) | Project management and oversight of preservation strategy development and collections activities. | $550/hr | 1.5 | $825.00 |
| | | 10/11/17 | Project Management (B) | Continued oversight and management of onsite and remote data collections for email, desktop systems, structured data systems. | $550/hr | 2 | $1,100.00 |
| | | 10/11/17 | Fact Investigation/Development | Review of systems documentation and application | $550/hr | 3.5 | $1,925.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| **To** | **From** |
|---|---|
| Donald Harer | Intelligent Discovery Solutions, Inc. |
| Central Grocers, Inc. | 3000 K Street NW, Suite 330 |
| c/o Conway Mackenzie, Inc. | Washington, DC  20007 |
| 77 West Wacker Drive, Suite 4000 | |
| Chicago, IL  60601 | |
| USA | |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | screenshots supporting preservation strategy development and execution. Review of system assessment inventory summaries. | | | |
| | | 10/12/17 | Fact Investigation/Development | Continued review and assessment of systems documentation and application screen shots supporting preservation strategy and execution. | $550/hr | 1.2 | $660.00 |
| | | 10/12/17 | Project Management (B) | Coordination of resources, tasking and related activities supporting preservation and collection.  Review of tracking documentation. | $550/hr | 2.2 | $1,210.00 |
| | | 10/13/17 | Project Communications\Meetings (B) | Project related communications with team and client and CGI third party providers. Supporting all project related activities. | $550/hr | 1.5 | $825.00 |
| | | 10/13/17 | Analysis & Recommendations | Continued development of AS400 preservation and analysis strategy. Review of related documentation and systems configuration documentation. | $550/hr | 2.1 | $1,155.00 |
| | | 10/16/17 | Data Maps/System Profiles | CGI structured data system access and reporting testing. | $550/hr | 1.1 | $605.00 |
| | | 10/16/17 | Project Management (B) | Task planning and development for collected data staging, processing and analysis. | $550/hr | 1.3 | $715.00 |
| | | 10/16/17 | Project Communications\Meetings (B) | Preparation for and participation: 1) in structured data collections planning and call - Livingston; | $550/hr | 2.3 | $1,265.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | 2) email and loose file collections (Williams) | | | |
| | | 10/17/17 | Data Maps/System Profiles | Review of SVT drive mappings and folder listing from preserved data sources. | $550/hr | 0.8 | $440.00 |
| | | 10/17/17 | Project Communications\Meetings (B) | Voice and email communications with project team. Monitoring and providing direction for email, loose file, and structured data collections. | $550/hr | 1.5 | $825.00 |
| | | 10/17/17 | Project Management (B) | Project milestone and progress reporting. | $550/hr | 2 | $1,100.00 |
| | | 10/18/17 | Project Communications\Meetings (B) | Ongoing and continued voice and email communications with project team. Monitoring and providing direction for email, loose file, and structured data collections. Review of tracking documentation and updated systems assessment reporting. | $550/hr | 3.2 | $1,760.00 |
| | | 10/19/17 | Project Communications\Meetings (B) | Continued management, oversight and coordination of project team: email collection, structured data mapping / assessment, data staging and processing. | $550/hr | 3 | $1,650.00 |
| | | 10/20/17 | Data Maps/System Profiles | Detailed review of systems profile assessment documentation - preservation / collection options and recommendations. | $550/hr | 2 | $1,100.00 |
| | | 10/20/17 | Project Communications\Meetings (B) | Ongoing project resource coordination, management, quality assurance supporting  O365 | $550/hr | 1.8 | $990.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL 60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC 20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | collections and corporate data systems preservation, and ESI processing. | | | |
| | | 10/23/17 | Fact Investigation/Development | Review of updated systems assessment and mapping documentation supporting preservation and collection strategies. | $550/hr | 0.8 | $440.00 |
| | | 10/23/17 | Data Staging\Conversion | Supporting collection activities and planning: online email, AS400, outstanding loose media systems, archive email. | $550/hr | 1.8 | $990.00 |
| | | 10/23/17 | Data Maps/System Profiles | Review of case documentation supporting ongoing preservation, collection and analysis efforts: assessment notes, tape inventory, collection data sources documentation, system inventory. | $550/hr | 3 | $1,650.00 |
| | | 10/25/17 | Project Communications\Meetings (B) | Voice and email project related communications: status reporting, activity monitoring, strategy development. | $550/hr | 1.5 | $825.00 |
| | | 10/25/17 | Project Management (B) | Project reporting: status, process, time entry. | $550/hr | 2.2 | $1,210.00 |
| | | 10/26/17 | Project Communications\Meetings (B) | Communications with project team and Trustee: AS400 and email collection activities. | $550/hr | 1.3 | $715.00 |
| | | 10/26/17 | Data Staging\Conversion | AS400 system access planning and restoration. | $550/hr | 2.8 | $1,540.00 |
| | | 10/27/17 | Project Communications\Meetings (B) | Continued communications with project team and Trustee: AS400 and email collection activities. | $550/hr | 0.9 | $495.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer | Intelligent Discovery Solutions, Inc. |
| Central Grocers, Inc. | 3000 K Street NW, Suite 330 |
| c/o Conway Mackenzie, Inc. | Washington, DC  20007 |
| 77 West Wacker Drive, Suite 4000 | |
| Chicago, IL  60601 | |
| USA | |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | 10/27/17 | Data Staging\Conversion | Continued AS400 system restoration and access testing. | $550/hr | 3.2 | $1,760.00 |
| | | 10/30/17 | Fact Investigation/Development | Review updated systems and collections documentation in preparation for final preservation activities. | $550/hr | 0.8 | $440.00 |
| | | 10/30/17 | Project Management (B) | Coordinating onsite IT resources and project team preparing for GL systems functional process mapping. | $550/hr | 0.5 | $275.00 |
| | | 10/30/17 | Project Communications\Meetings (B) | Project related communications with project team and trustee: GL reporting, data extraction, site visit, AS400 restoration. | $550/hr | 3.5 | $1,925.00 |
| | | 10/31/17 | Fact Investigation/Development | Review of GL systems functional process and report mapping. | $550/hr | 1.2 | $660.00 |
| | | 10/31/17 | Project Management (B) | Providing direction related to GL feature mapping, GL reporting, AS400 VM recovery, collections and processing activities. | $550/hr | 1 | $550.00 |
| | | 10/31/17 | Project Communications\Meetings (B) | Continued project related communications with project team and trustee: GL reporting, data extraction, site visit, AS400 restoration. | $550/hr | 3 | $1,650.00 |
| | | | | | **Sub-total** | **74.2** | **$40,810.00** |
| | Livingston, Trent C | | | | | | |
| | | 10/06/17 | Project Communications\Meetings (B) | Project coordination with N. Lawson. Preparation / communication surrounding travel to onsite location including review of onsite objectives. | $420/hr | 0.5 | $210.00 |
| | | 10/08/17 | Data Maps/System Profiles | Review systems list provided by N. | $420/hr | 1.2 | $504.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL 60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC 20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | Lawson. Develop questions and interview outlines for onsite meetings surrounding structured systems inventory. | | | |
| | | 10/09/17 | Project Communications\Meetings (B) | Update call with N. Lawson as to current status of project work and interviews. Provide licensing information to N. Lawson as documented by J. Chiang. | $420/hr | 0.5 | $210.00 |
| | | 10/09/17 | Data Maps/System Profiles | Review of accounting systems and current licensing status of each as provided by Jennifer Chiang. | $420/hr | 0.8 | $336.00 |
| | | 10/09/17 | Data Maps/System Profiles | Review online help documentation surrounding Kronos payroll system and export capabilities of same. | $420/hr | 1.6 | $672.00 |
| | | 10/09/17 | Data Maps/System Profiles | Conduct onsite meetings and interviews to learn about structured system architecture. Review of initial systems list provided by N. Lawson with Sanjay Raut. | $420/hr | 1.8 | $756.00 |
| | | 10/09/17 | Data Maps/System Profiles | Review architecture of Infor M3 system, including communications architecture with Evant, WM and RoadNet with Sanjay Raut. | $420/hr | 1.5 | $630.00 |
| | | 10/09/17 | Data Maps/System Profiles | Begin drafting and documentation of systems, including initial draft of systems diagram in order to document various classes of systems within CG. | $420/hr | 2.2 | $924.00 |
| | | 10/09/17 | Data Maps/System Profiles | Conduct onsite meetings and interviews. Review structured data | $420/hr | 2.1 | $882.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | architecture for BR Data and Datagate with Sanjay Raut. | | | |
| | | 10/10/17 | Data Maps/System Profiles | Update discussion with Jennifer Chiang surrounding Kronos payroll system and objectives for data collection. Review systems progress with Michael Flynn. | $420/hr | 0.4 | $168.00 |
| | | 10/10/17 | Data Maps/System Profiles | Review Bloomberg BNA and Sage interface with Jane Dengress. Documentation of same. Review export capabilities and reporting properties of each system. | $420/hr | 1.8 | $756.00 |
| | | 10/10/17 | Project Communications\Meetings (B) | Update call with N. Lawson providing progress update and findings to date. Provide via email current documentation, including draft network diagram and systems architecture classifications. Review of same with J. Nelson. | $420/hr | 1.3 | $546.00 |
| | | 10/10/17 | Data Maps/System Profiles | Review Skybot, Remote Link and Spiceworks with Sanjay Raut. Review interfaces and logging of each system. Documentation of same. | $420/hr | 1.5 | $630.00 |
| | | 10/10/17 | Data Maps/System Profiles | Finalize system architecture diagram and classification system for documentation of CG Structured Systems network. | $420/hr | 2.4 | $1,008.00 |
| | | 10/10/17 | Data Maps/System Profiles | Visit facility server rooms with Sanjay Raut and Jim Nelson to catalog hardware systems warehousing the Infor M3 AS400 | $420/hr | 2.1 | $882.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL 60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC 20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | components. Tour back warehouse systems including documentation of Veeder-root fuel system hardware. | | | |
| | | 10/11/17 | Data Maps/System Profiles | Update preliminary summary spreadsheet surrounding onsite structured system analysis and review. Provide to N. Lawson. | $420/hr | 0.8 | $336.00 |
| | | 10/11/17 | Project Communications\Meetings (B) | Update call with N. Lawson surrounding onsite collections. Provide status updates prior to departure from client location. | $420/hr | 0.3 | $126.00 |
| | | 10/11/17 | Data Maps/System Profiles | Review notes and create Systems Summary documentation spreadsheet. Note gaps and follow up on same prior to departure from onsite visit. | $420/hr | 1.1 | $462.00 |
| | | 10/11/17 | Data Maps/System Profiles | Review interfaces of Infor - WM, RoadNet, and Design R Labels with Sanjay Raut. Catalog screenshots of same. | $420/hr | 1.8 | $756.00 |
| | | 10/11/17 | Data Maps/System Profiles | Review architecture diagram, notes and system requirements outstanding with Jennifer Chiang prior to departure from onsite location. Provide update to Michael Flynn. Conduct quick follow up on questions with Sanjay Raut. | $420/hr | 1 | $420.00 |
| | | 10/12/17 | Project Communications\Meetings (B) | Follow up with N. Lawson via update call. Coordinate updates and requests for information surrounding open questions from | $420/hr | 0.3 | $126.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | system summaries. | | | |
| | | 10/13/17 | Project Communications\Meetings (B) | Review notes and respond to N. Lawson informational request surrounding systems list and outstanding items from same. | $420/hr | 0.8 | $336.00 |
| | | 10/16/17 | Project Communications\Meetings (B) | Discussion with N. Lawson surrounding current status of structured data systems. Review preservation plan for each system. | $420/hr | 0.5 | $210.00 |
| | | 10/16/17 | Data Maps/System Profiles | Compile onsite notes for data sheets. Compare with systems sheet and note open items for documentation and follow up with Sanjay Raut. | $420/hr | 0.6 | $252.00 |
| | | 10/16/17 | Data Maps/System Profiles | Update Structured Data System reports notes and provide to N. Lawson per request. | $420/hr | 0.3 | $126.00 |
| | | 10/17/17 | Project Communications\Meetings (B) | Email communication surrounding follow up items for database to file backups and tape catalogs available for media being preserved for the designated systems. | $420/hr | 0.5 | $210.00 |
| | | 10/18/17 | Data Maps/System Profiles | Test download of Kronos reports. Examine export functions and full view export for CG data set. | $420/hr | 0.6 | $252.00 |
| | | 10/18/17 | Data Maps/System Profiles | Draft work on systems report. Begin drafting reports for Kronos, Sage, and Bloomberg BNA. Gather online data regarding same. | $420/hr | 1.8 | $756.00 |
| | | 10/19/17 | Data Maps/System Profiles | Email follow up communications with Sanjay Raut surrounding tape | $420/hr | 0.2 | $84.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | backup systems and outstanding requests. | | | |
| | | 10/19/17 | Project Communications\Meetings (B) | Email to B. Williams surrounding outstanding data collections remaining. Review of systems list and requirements for same during onsite visit via phone call. | $420/hr | 0.3 | $126.00 |
| | | 10/20/17 | Data Maps/System Profiles | Document Veeder-root system, identify online reference resources. Update systems report including reference pictures captured while onsite. | $420/hr | 0.6 | $252.00 |
| | | 10/20/17 | Data Maps/System Profiles | Gather screen captures and report items from BNA online system for report. Examine report capabilities and documentation of same in system summary report. | $420/hr | 1.7 | $714.00 |
| | | 10/20/17 | Data Maps/System Profiles | Finalize screen captures and report items from Kronos. Continued research via system credentials to examine report capabilities and documentation of same in system summary report. | $420/hr | 1.8 | $756.00 |
| | | 10/20/17 | Data Maps/System Profiles | Document and research Infor - M3 and Sage systems. Record findings in system summary report. | $420/hr | 1.2 | $504.00 |
| | | 10/21/17 | Data Maps/System Profiles | Complete transfer of notes and information to summary report for BR Data & Design R Labels systems. Add informational links and reference links to report surrounding same, as well as screen | $420/hr | 0.7 | $294.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| **To** | **From** |
|---|---|
| Donald Harer | Intelligent Discovery Solutions, Inc. |
| Central Grocers, Inc. | 3000 K Street NW, Suite 330 |
| c/o Conway Mackenzie, Inc. | Washington, DC  20007 |
| 77 West Wacker Drive, Suite 4000 | |
| Chicago, IL  60601 | |
| USA | |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | captures performed with Sanjay Raut where available. | | | |
| | | 10/21/17 | Data Maps/System Profiles | Complete transfer of notes and information to summary report for Remote Link, Spiceworks, and Skybot systems. Add informational links and reference links to report surrounding same. | $420/hr | 0.6 | $252.00 |
| | | 10/21/17 | Data Maps/System Profiles | Complete transfer of notes and information to summary report, including screenshots for Infor WM 2000. Add informational links and reference links to report surrounding same. Research Manhattan software components and provide references to Centralla's products in use. | $420/hr | 1 | $420.00 |
| | | 10/21/17 | Data Maps/System Profiles | Complete transfer of notes and information to summary report for Evant & RoadNet systems. Add informational links and reference links to report surrounding same as well as screen captures performed with Sanjay Raut. | $420/hr | 1 | $420.00 |
| | | 10/22/17 | Data Maps/System Profiles | Review and QC of systems report. Provide highlights and in-line comments for N. Lawson's review of draft. Email communication regarding same. | $420/hr | 0.6 | $252.00 |
| | | 10/24/17 | Data Maps/System Profiles | Review and respond to B. Williams email communication surrounding onsite collections. Review Sanjay Raut | $420/hr | 0.3 | $126.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | communications and updates. Download reports provided. | | | |
| | | 10/26/17 | Data Maps/System Profiles | Update draft Systems Report with additional notes, include updated Tape reconciliation report and Spiceworks hardware inventory. Circulate same to N. Lawson. | $420/hr | 0.9 | $378.00 |
| | | | | | **Sub-total** | **43** | **$18,060.00** |
| | Regard, Dan | | | | | | |
| | | 10/08/17 | Fact Investigation/Development | Review materials | $700/hr | 1 | $700.00 |
| | | | | | **Sub-total** | **1** | **$700.00** |
| | Nelson, Jim | | | | | | |
| | | 10/09/17 | Data Maps/System Profiles | CGI Site visit, AS400 mainframe inspection, system docuementation review, decomissioning planning | $325/hr | 8 | $2,600.00 |
| | | 10/17/17 | Data Collection (Hourly) | Decommission IT equipment - document configuration, lable hardware and cabeling, begin breakdown | $325/hr | 10 | $3,250.00 |
| | | 10/18/17 | Data Collection (Hourly) | AS400 Decomossioning (continued) - finalize documentation and labeling, final equipment breakdown, equipment loading | $325/hr | 6 | $1,950.00 |
| | | 10/23/17 | Data Staging\Conversion | AS400, rebuild - re-reacking, reassembly, cabling, testing | $325/hr | 5.5 | $1,787.50 |
| | | 10/24/17 | Data Staging\Conversion | AS400, mainfram configuraiton and rebuild, boot testing and system configuraiton | $325/hr | 5 | $1,625.00 |
| | | 10/25/17 | Data Staging\Conversion | AS400, mainframe configuraiton and rebuild, boot testing and system | $325/hr | 3.5 | $1,137.50 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | configuraiton | | | |
| | | 10/26/17 | Data Staging\Conversion | AS400, continued mainframe configuraiton and rebuild, boot testing and system configuraiton | $325/hr | 5 | $1,625.00 |
| | | 10/27/17 | Data Staging\Conversion | AS400, storgae configuraiton and system access testing | $325/hr | 3 | $975.00 |
| | | 10/30/17 | Data Staging\Conversion | AS400 rebuild, mainframe boot up, storage access | $325/hr | 4 | $1,300.00 |
| | | 10/31/17 | Data Staging\Conversion | AS400 VM configuration and troubleshooting | $325/hr | 2 | $650.00 |
| | | | | | **Sub-total** | **52** | **$16,900.00** |
| | Nguyen, Chieu | | | | | | |
| | | 10/11/17 | Data Collection (Hourly) | Collection, documentation, and preservation of 21 desktop computers | $275/hr | 11 | $3,025.00 |
| | | 10/12/17 | Data Collection (Hourly) | Collection, documentation, and preservation of desktop computers and laptops | $275/hr | 11 | $3,025.00 |
| | | 10/13/17 | Data Collection (Hourly) | Collection, documentation, and preservation of desktop computers | $275/hr | 6 | $1,650.00 |
| | | 10/16/17 | Data Collection (Hourly) | Consolidate and create target and backup drives from collection. | $275/hr | 2 | $550.00 |
| | | 10/17/17 | Data Collection (Hourly) | Consolidate and create target and backup drives from collection. | $275/hr | 1.5 | $412.50 |
| | | 10/18/17 | Data Collection (Hourly) | Consolidate and create target and backup drives from collection. | $275/hr | 0.5 | $137.50 |
| | | 10/19/17 | Data Collection (Hourly) | Ship out target drives. | $275/hr | 0.5 | $137.50 |
| | | | | | **Sub-total** | **32.5** | **$8,937.50** |
| | Singh, Supreet | | | | | | |
| | | 10/16/17 | Data Collection (Hourly) | Review support documentation of NAS device to image. | $275/hr | 0.3 | $82.50 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| **To** | **From** |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL 60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC 20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | 10/17/17 | Data Collection (Hourly) | Imaging of NAS device and review of collection process of office 365 emails for multiple custodians. | $275/hr | 2.9 | $797.50 |
| | | | | | **Sub-total** | **3.2** | **$880.00** |
| | Kim, Brian | | | | | | |
| | | 10/16/17 | Data Staging\Conversion | Download, stage and validate data; | $370/hr | 0.4 | $148.00 |
| | | 10/24/17 | Data Analysis | Recover corrupt PST file; | $370/hr | 0.4 | $148.00 |
| | | 10/25/17 | Data Analysis | Repair PST files; | $370/hr | 1.8 | $666.00 |
| | | | | | **Sub-total** | **2.6** | **$962.00** |
| | Ramamurthy, Sangeetha | | | | | | |
| | | 10/16/17 | Project Management (B) | Processing Spec for Processing DB set up; Set up sharefile and provide Upload link to counsel. | $195/hr | 0.4 | $78.00 |
| | | 10/18/17 | Project Management (B) | Create and update report for password protected document listing for A0018 - A0025. | $195/hr | 0.4 | $78.00 |
| | | 10/23/17 | Project Management (B) | Update Password protected document listing and Exception Reports for volumes A0108 - A0135 and report to B.Williams and N.Lawson. | $195/hr | 0.9 | $175.50 |
| | | 10/31/17 | Project Management (B) | Update report for password protected documents for A0139-A0223 and provide an update to N.Lawson and B.Williams. | $195/hr | 1.3 | $253.50 |
| | | | | | **Sub-total** | **3** | **$585.00** |
| | Swasy, Tyler | | | | | | |
| | | 10/19/17 | Data Collection (Hourly) | Office 365 Collections. Email Accounts - Sean Shelton, Tom Lyons, Armando Malave, BUYERS CONF ROOM, cg tab, DomainAdminMail | $275/hr | 4.5 | $1,237.50 |
| | | 10/20/17 | Data Collection (Hourly) | Office 365 Collections. Email Accounts - edisupport, | $275/hr | 3 | $825.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| **To** | **From** |
|---|---|
| Donald Harer | Intelligent Discovery Solutions, Inc. |
| Central Grocers, Inc. | 3000 K Street NW, Suite 330 |
| c/o Conway Mackenzie, Inc. | Washington, DC  20007 |
| 77 West Wacker Drive, Suite 4000 | |
| Chicago, IL  60601 | |
| USA | |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | Ipcalloffs, Gary Sarnowski, Mike Belmont | | | |
| | | 10/30/17 | Data Collection (Hourly) | Office 365 downloads. Email Accounts - Mary Kay Schulze, TSM Admin | $275/hr | 2 | $550.00 |
| | | 10/31/17 | Data Collection (Hourly) | Office 365 email downloads. Email Accounts - Pat Sureck, Teresa Dalgo, Walter Jurkovic, Joe Caccamo | $275/hr | 3.5 | $962.50 |
| | | | | | **Sub-total** | **13** | **$3,575.00** |
| | Martin, Louis J | | | | | | |
| | | 10/27/17 | Project Communications\Meetings (B) | Meeting with B. Kim and call with N. Lawson about case history and Structured data systems and mapping of accounting workflow. | $330/hr | 1.6 | $528.00 |
| | | 10/30/17 | Data Maps/System Profiles | Review of data maps of IT systems and structured data systems. | $330/hr | 2.1 | $693.00 |
| | | 10/30/17 | Fact Investigation/Development | Review CGI IT materials, review and update system inventory documentation, review of case team notes during project related travel. | $330/hr | 5 | $1,650.00 |
| | | 10/31/17 | Data Collection (Hourly) | Working with and coordinating the export of VSDM files with IT department. | $330/hr | 1.1 | $363.00 |
| | | 10/31/17 | Interviews | Interview with S. Raut about M3 accounting system and ad-hoc SQL queries performed to filter standard reports for specific criteria. | $330/hr | 2.2 | $726.00 |
| | | 10/31/17 | Interviews | Interview with J. Dnges about M3 Lawson system to document the system. | $330/hr | 2.4 | $792.00 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | 10/31/17 | Report Writing | Preparation of reports based on interviews | $330/hr | 2.5 | $825.00 |
| | | | | | **Sub-total** | **16.9** | **$5,577.00** |
| | | | | | **Sub-total** | **407.5** | **$143,076.00** |
| Other rate | | | | | | | |
| | Conway, Chris | | | | | | |
| | | 10/31/17 | | Hosting Counts: 344.87 @ 15.00 GB | $15/GB | | $5,173.05 |
| | | 10/31/17 | | Processing Counts: 465.94 @ 135.00 GB | $135/GB | | $62,901.90 |
| | | | | | **Sub-total** | | **$68,074.95** |

| Type | User | Date | Expense item | Notes | Rate | Total |
|---|---|---|---|---|---|---|
| Expense item | | | | | | |
| | Williams, Bobby R | | | | | |
| | | 10/08/17 | Airfare | Baggage Fee for 1 checked bag Flight to the collection sites. 1 guest/Bobby Williams. | $25 | $25.00 |
| | | 10/08/17 | Airfare | Airfare - flight to Chicago 10/8/17 - B.Williams - CGIXX-02108 | $370.20 | $370.20 |
| | | 10/08/17 | Airfare | Seating Fee - flight to Chicago 10/8/17 - B.Williams - CGIXX-02108 | $26.82 | $26.82 |
| | | 10/10/17 | Airfare | Airfare - return flight 10/10/17 - B.Williams - CGIXX-02108 | $367.20 | $367.20 |
| | | 10/10/17 | Airfare | Baggage Fee for return flight after collection. 1 guest. Bobby Williams. | $25 | $25.00 |
| | | 10/10/17 | Car Rental/Gas | Rental car reserved for just over 2 days. Needed for transportation to 2 different collection sites. 1 guest. Bobby Williams. | $378.43 | $378.43 |
| | | 10/10/17 | Meals | Dinner at the airport. Returning from collection site. 1 guest. bobby | $13.76 | $13.76 |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | Williams. | | | |
| | | 10/10/17 | Lodging | 1 guest/Bobby Williams. 2 nights stay at hotel centrally located between 2 collection sites. | $453.29 | $453.29 | |
| | | 10/24/17 | Airfare | Airfare - flight to Chicago 10/24/17 - B.Williams - CGIXX-02108 | $173.20 | $173.20 | |
| | | 10/24/17 | Meals | Breakfast at the airport. 1 guest/Bobby Williams | $12.49 | $12.49 | |
| | | 10/24/17 | Meals | Dinner near the hotel. 1 guest/Bobby Williams. | $33.59 | $33.59 | |
| | | 10/24/17 | Lodging | Lodging - 2 nights - B.Williams | $473 | $473.00 | |
| | | 10/25/17 | Meals | Dinner for 1 guest/Bobby Williams. | $31.76 | $31.76 | |
| | | 10/25/17 | Courier/Delivery Charges | Box purchased to accommodate the shipment of collected back up tapes. | $23.86 | $23.86 | |
| | | 10/25/17 | Car Rental/Gas | Rental needed for just over 2 days. 1 guest/Bobby Williams. | $408.88 | $408.88 | |
| | | 10/25/17 | Meals | Lunch at the airport. 1 guest/Bobby Williams. | $8.91 | $8.91 | |
| | | 10/26/17 | Airfare | Airfare - return flight 10/26/17 - B.Williams - CGIXX-02108 | $369.20 | $369.20 | |
| | | | | | **Sub-total** | **$3,194.59** | |
| | Livingston, Trent C | | | | | | |
| | | 10/08/17 | Airfare | Airfare - T.Livingston | $367.20 | $367.20 | |
| | | 10/09/17 | Taxi/Car Service | Car Service to airport | $65.12 | $65.12 | |
| | | 10/09/17 | Taxi/Car Service | Tolls | $3.80 | $3.80 | |
| | | 10/09/17 | Meals | Meal | $9.53 | $9.53 | |
| | | 10/09/17 | Meals | Meal | $3.16 | $3.16 | |
| | | 10/10/17 | Meals | Meal | $2.99 | $2.99 | |
| | | 10/10/17 | Meals | Meal | $8.86 | $8.86 | |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

**To**
Donald Harer
Central Grocers, Inc.
c/o Conway Mackenzie, Inc.
77 West Wacker Drive, Suite 4000
Chicago, IL  60601
USA

**From**
Intelligent Discovery Solutions, Inc.
3000 K Street NW, Suite 330
Washington, DC  20007

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|------|------|------|------|-------------------|------|-------|-------|
| | | 10/11/17 | Taxi/Car Service | Tolls | $3.80 | $3.80 | |
| | | 10/11/17 | Car Rental/Gas | Rental Car | $308.63 | $308.63 | |
| | | 10/11/17 | Meals | Meal | $13.50 | $13.50 | |
| | | 10/11/17 | Airfare | Airfare - T.Livingston | $367.20 | $367.20 | |
| | | 10/11/17 | Taxi/Car Service | Car Service from airport | $65.12 | $65.12 | |
| | | 10/11/17 | Car Rental/Gas | Gasoline for Rental Car | $14.83 | $14.83 | |
| | | 10/23/17 | Lodging | Lodging - 2 nights - T.Livingston | $418.80 | $418.80 | |
| | | | | | **Sub-total** | **$1,652.54** | |
| | Conway, Chris | | | | | | |
| | | 10/10/17 | Courier/Delivery Charges | Fedex to K.Nemeth - CGIXX-02108 | $61.80 | $61.80 | |
| | | 10/19/17 | Technology Supplies | 2 @ Apricorn - Aegis Padlock USB 3.0 10TB Desktop Drive - CGIXX-02108 | $1,643.24 | $1,643.24 | |
| | | 10/24/17 | Courier/Delivery Charges | Fedex to M.O'Neill - CGIXX-02108 | $73.92 | $73.92 | |
| | | 10/31/17 | Technology Supplies | Apricorn - Aegis Padlock USB 3.0 10TB Desktop Drive - CGIXX-02108 | $894.99 | $894.99 | |
| | | 10/31/17 | Technology Supplies | Apricorn - Aegis Padlock USB 3.0 10TB Desktop Drive - CGIXX-02108 | $883.61 | $883.61 | |
| | | 10/31/17 | Technology Supplies | Apricorn Aegis 2 TB USB External Hard Drive | $247.38 | $742.14 | |
| | | 10/31/17 | Courier/Delivery Charges | Transport Service Fee | $2,000 | $2,000.00 | |
| | | | | | **Sub-total** | **$6,299.70** | |
| | Nguyen, Chieu | | | | | | |
| | | 10/10/17 | Airfare | TRAVEL FROM SANTA ANA, CA TO CHICAGO, IL | $324.98 | $324.98 | |
| | | 10/10/17 | Meals | DINNER | $17 | $17.00 | |
| | | 10/10/17 | Lodging | HOTEL | $605.68 | $605.68 | |
| | | 10/10/17 | Car Rental/Gas | GAS FOR RENTAL CAR | $25.01 | $25.01 | |
| | | 10/10/17 | Car Rental/Gas | CAR RENTAL | $258.16 | $258.16 | |
| | | 10/11/17 | Meals | LUNCH | $12.18 | $12.18 | |
| | | 10/11/17 | Meals | DINNER | $20 | $20.00 | |
| | | 10/12/17 | Meals | LUNCH | $15 | $15.00 | |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL 60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC 20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | 10/12/17 | Meals | DINNER | $8.67 | $8.67 | |
| | | 10/13/17 | Meals | LUNCH | $7.38 | $7.38 | |
| | | 10/13/17 | Airfare | RETURN FLIGHT | $540.58 | $540.58 | |
| | | | | | **Sub-total** | **$1,834.64** | |
| | Nelson, Jim | | | | | | |
| | | 10/10/17 | Taxi/Car Service | Uber from client office to airport | $54.52 | $54.52 | |
| | | 10/17/17 | Technology Supplies | Equipment for Shipping at Lowes | $60.36 | $60.36 | |
| | | 10/18/17 | Meals | Breakfast | $15.61 | $15.61 | |
| | | 10/18/17 | Airfare | Airfare - roundtrip 10/18-10/19 - J.Nelson | $363.40 | $363.40 | |
| | | 10/18/17 | Lodging | Lodging - 1 night - J.Nelson | $115.66 | $115.66 | |
| | | 10/18/17 | Taxi/Car Service | Uber from airport to client office | $45.82 | $45.82 | |
| | | 10/18/17 | Car Rental/Gas | Tolls from Rental Car | $25.30 | $25.30 | |
| | | 10/18/17 | Car Rental/Gas | Car Rental | $190.35 | $190.35 | |
| | | 10/18/17 | Meals | Dinner | $15.91 | $15.91 | |
| | | 10/18/17 | Car Rental/Gas | Gasoline for Transport Truck | $58.35 | $58.35 | |
| | | 10/18/17 | Car Rental/Gas | Gasoline for Transport Truck | $84 | $84.00 | |
| | | 10/18/17 | Car Rental/Gas | Gasoline for Transport Truck | $87.86 | $87.86 | |
| | | 10/18/17 | Lodging | Lodging - 1 night - J.Nelson | $107.51 | $107.51 | |
| | | 10/18/17 | Car Rental/Gas | Truck Rental | $698.90 | $698.90 | |
| | | 10/19/17 | Meals | Dinner | $25.81 | $25.81 | |
| | | 10/19/17 | Meals | Lunch - J.Nelson & J.Alsano | $38.71 | $38.71 | |
| | | 10/19/17 | Car Rental/Gas | Car Rental/Gas | $14.66 | $14.66 | |
| | | 10/19/17 | Car Rental/Gas | Gasoline for Transport Truck | $84.15 | $84.15 | |
| | | 10/19/17 | Car Rental/Gas | Gasoline for Transport Truck | $64.83 | $64.83 | |
| | | 10/19/17 | Car Rental/Gas | Tolls from Transport Truck | $1.85 | $1.85 | |
| | | 10/19/17 | Lodging | Lodging - 1 night - J.Alsano | $145.19 | $145.19 | |
| | | 10/20/17 | Meals | Dinner | $34.49 | $34.49 | |
| | | 10/20/17 | Meals | Lunch | $8.73 | $8.73 | |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

**To**
Donald Harer
Central Grocers, Inc.
c/o Conway Mackenzie, Inc.
77 West Wacker Drive, Suite 4000
Chicago, IL 60601
USA

**From**
Intelligent Discovery Solutions, Inc.
3000 K Street NW, Suite 330
Washington, DC 20007

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|------|------|------|------|-------------------|------|-------|-------|
| | | 10/20/17 | Meals | Breakfast | $6.69 | $6.69 | |
| | | 10/20/17 | Taxi/Car Service | Uber from airport to home | $43.88 | $43.88 | |
| | | 10/20/17 | Car Rental/Gas | Gasoline for Transport Truck | $85.50 | $85.50 | |
| | | 10/20/17 | Car Rental/Gas | Gasoline for Transport Truck | $82.33 | $82.33 | |
| | | 10/21/17 | Car Rental/Gas | Gasoline for Transport Truck | $45 | $45.00 | |
| | | 10/21/17 | Lodging | Lodging - 1 night - J.Alsano | $157.18 | $157.18 | |
| | | 10/25/17 | Technology Supplies | Equipment - Power Supply at Home Depot | $21.75 | $21.75 | |
| | | 10/30/17 | Technology Supplies | Electrical Equipment from Amazon | $47.92 | $47.92 | |
| | | | | | **Sub-total** | **$2,832.22** | |
| | Martin, Louis J | | | | | | |
| | | 10/30/17 | Meals | Dinner | $17.01 | $17.01 | |
| | | 10/30/17 | Billable | Airfare - L.Martin | $738.39 | $738.39 | |
| | | 10/30/17 | Lodging | Lodging - 2 nights - L.Martin | $205.15 | $205.15 | |
| | | 10/31/17 | Meals | Dinner | $26 | $26.00 | |
| | | 10/31/17 | Office Supplies | Portable Hard drives for network backups to be shipped off site. | $315.33 | $315.33 | |
| | | 10/31/17 | Taxi/Car Service | Taxi to Client office | $12.88 | $12.88 | |
| | | 10/31/17 | Taxi/Car Service | Taxi from O'Hare airport to Client. | $69.73 | $69.73 | |
| | | 10/31/17 | Taxi/Car Service | Taxi from BestBuy to Hotel | $11.74 | $11.74 | |
| | | 10/31/17 | Meals | Coffee and breakfast | $2.14 | $2.14 | |
| | | 10/31/17 | Meals | Breakfast | $7.89 | $7.89 | |
| | | 11/01/17 | Meals | Breakfast | $2.95 | $2.95 | |
| | | 11/01/17 | Meals | Breakfast | $1.96 | $1.96 | |
| | | 11/01/17 | Taxi/Car Service | Flat rate to Airport | $50 | $50.00 | |
| | | 11/01/17 | Taxi/Car Service | Taxi from client office to Hotel | $13.22 | $13.22 | |
| | | 11/01/17 | Taxi/Car Service | Taxi to BestBuy for equipment to be used onsite | $20.16 | $20.16 | |
| | | | | | **Sub-total** | **$1,494.55** | |
| | | | | | **Sub-total** | **$17,308.24** | |

**Invoice** #12940
Date: 10/31/17
Terms: Upon receipt
Matter: CGIXX-02108|Central Grocers Bankruptcy Receivership

| To | From |
|---|---|
| Donald Harer<br>Central Grocers, Inc.<br>c/o Conway Mackenzie, Inc.<br>77 West Wacker Drive, Suite 4000<br>Chicago, IL  60601<br>USA | Intelligent Discovery Solutions, Inc.<br>3000 K Street NW, Suite 330<br>Washington, DC  20007 |

| Type | User | Date | Task | Description/Notes | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|
| | | | | | **Sub-total** | **$228,459.19** | |
| | | | | | Sales tax | $3,914.31 | |
| | | | | | **Total** | **407.5** | **$232,373.50** |

Federal ID # 26-1643365

Mail payment to:
Intelligent Discovery Solutions, Inc

3000 K Street NW, Suite 330
Washington, DC 20007

Wire Payment to:

Capital One Bank

Washington, DC 20036
ABA#: 255071981
Account#: 8154300958