UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) <br> ) <br> CENTRAL GROCERS, INC., et al., ) <br> ) <br> ) <br> ) <br> ) <br> Debtor(s) ) | BK No.: 17-13886 <br> (Jointly Administered) <br> Chapter: 11 <br> Honorable Pamela S. Hollis |

## ORDER GRANTING FIRST AND FINAL APPLICATION OF REID COLLINS & TSAI LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 24, 2017, THROUGH NOVEMBER 16, 2017, AND MOTION FOR SHORTENED NOTICE

This matter coming to be heard on the First and Final Application of Reid Collins & Tsai LLP ("RCT") for Allowance of Compensation and Reimbursement of Expenses as Special Litigation Counsel to the Official Committee of Unsecured Creditors for the Period from August 24, 2017, Through November 16, 2017 (the "Application") (unless otherwise noted, capitalized terms used herein have the meaning set forth in the Application); notice of the Application being proper; the Court being fully advised in the premises; and the amounts requested being reasonable;

IT IS HEREBY ORDERED that:

1. RCT's request for shortened notice is granted; and

2. RCT is allowed final compensation for services rendered in the amount of $228,081.25 and reimbursement of expenses in the amount of $4,056.77 for the period August 24, 2017 through November 16, 2017; and

3. The Debtors or other estate representative (including any Chapter 7 trustee) are authorized and directed to pay from the Escrow Account these allowed fees and expenses to RCT in full within three (3) business days of the later of (i) the Lenders funding the Escrow Account pursuant to the Settlement Agreement and (ii) this Order becoming a final order, unless those fees and expenses were previously paid by the Lenders pursuant to an order granting the Settlement Motion.

Enter:   /s/ Pamela S. Hollis

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: November 16, 2017

**Prepared by:**

Kevin H. Morse (06297244)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7100
Fax: (312) 876-0288