# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

CENTRAL GROCERS, INC.
DONALD HARER
2600 WEST HAVEN AVENUE
JOLIET, IL 60433

DECEMBER 5, 2017
Invoice No:   1316684

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

THROUGH NOVEMBER 30, 2017 INCLUDING THE FOLLOWING ITEMIZED SERVICES

CLIENT NO: 43474

| | |
|---|---|
| FEES FOR SERVICES | $ 105,504.50 |
| EXPENSES | 621.46 |
| TOTAL | $ 106,125.96 |

## AGING OF ACCOUNT

| 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|
| $125,490.86 | $21,388.00 | $0.00 | $0.00 | $146,878.86 |

WIRE TRANSFER AND ACH/EFT INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 044000024
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACH/EFT INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 041000153
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACCOUNTS RECEIVABLE
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

CENTRAL GROCERS, INC.
DONALD HARER
2600 WEST HAVEN AVENUE
JOLIET, IL 60433

DECEMBER 5, 2017
Invoice No:  1316684

FOR SERVICES RENDERED AND DISBURSEMENTS AS FOLLOWS

THROUGH NOVEMBER 30, 2017 INCLUDING THE FOLLOWING ITEMIZED SERVICES

CLIENT NO: 43474

| | |
|---|---:|
| FEES FOR SERVICES | $  105,504.50 |
| EXPENSES | 621.46 |
| TOTAL | $  106,125.96 |

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| STATEMENT DATED CURRENT | $  106,125.96 |
| PREVIOUS BALANCE | 228,826.45 |
| ADJUSTMENTS OR CREDITS | -188,073.55 |
| TOTAL AMOUNT DUE | $  146,878.86 |

WIRE TRANSFER AND ACH/EFT INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 044000024
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACH/EFT INFORMATION
MCDONALD HOPKINS LLC IOLTA ACCOUNT
THE HUNTINGTON NATIONAL BANK
ABA NUMBER: 041000153
ACCOUNT NUMBER: 01668350609
SWIFT CODE: HUNTUS33
REFERENCE: INVOICE NUMBER

ACCOUNTS RECEIVABLE
MCDONALD HOPKINS LLC
ATTN: ACCOUNTS RECEIVABLE
600 SUPERIOR AVE, E.
SUITE 2100
CLEVELAND, OHIO 44114

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CASE ADMINISTRATION
       43474-00002


11/01/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J.
           GADHARF (.10)
           LINDA PIAZZA              0.30 hours at   125.00/hr        37.50

11/01/17   REVIEW DEBTOR'S MOR.
           DAVID AGAY               0.60 hours at   625.00/hr       375.00

11/01/17   REVIEW, FINALIZE, AND FILE MONTHLY OPERATING REPORT
           (.2); COORDINATE WITH  PRIME CLERK FOR SERVICE OF
           SAME (.1).
           RION VAUGHAN             0.30 hours at   325.00/hr        97.50

11/02/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
           ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J.
           GADHARF (.10)
           LINDA PIAZZA             0.30 hours at   125.00/hr        37.50

11/02/17   REVIEW AND REVISE MOTION TO CONVERT AND PROPOSED
           ORDER GRANTING SAME.
           JOSH GADHARF             3.80 hours at   395.00/hr     1,501.00

11/06/17   REVIEW REVISED CHAPTER 7 CONVERSION MOTION (.4);
           CORRESPONDENCE REGARDING SAME (.1); TELEPHONE
           CONFERENCE WITH J. GADHARF REGARDING SAME (.2).
           DAVID AGAY               0.70 hours at   625.00/hr       437.50

11/06/17   PREPARE FOR AND TELEPHONE CONFERENCE WITH COMMITTEE
           COUNSEL REGARDING PROPOSED ORDER GRANTING MOTION TO
           CONVERT CASES.
           JOSH GADHARF             0.20 hours at   395.00/hr        79.00

11/06/17   SEVERAL EMAILS TO COMMITTEE AND PNC REGARDING TERMS
           OF MOTION AND PROPOSED ORDER GRANTING MOTION TO
           CONVERT CHAPTER 11 CASES.
           JOSH GADHARF             0.60 hours at   395.00/hr       237.00

11/06/17   EMAILS WITH PRIME CLERK REGARDING SERVICE OF MOTION
           TO CONVERT.
           JOSH GADHARF             0.20 hours at   395.00/hr        79.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 11/06/17 | REVIEW AND ANALYZE SEVERAL VERSIONS OF CHANGES PROPOSED BY COMMITTEE AND PNC TO MOTION TO CONVERT AND PROPOSED ORDER. | | |
| | JOSH GADHARF | 2.30 hours at    395.00/hr | 908.50 |
| 11/06/17 | REVIEW, REVISE, AND FILE MOTION TO CONVERT. | | |
| | JOSH GADHARF | 2.80 hours at    395.00/hr | 1,106.00 |
| 11/07/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
| | LINDA PIAZZA | 0.30 hours at    125.00/hr | 37.50 |
| 11/08/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
| | LINDA PIAZZA | 0.30 hours at    125.00/hr | 37.50 |
| 11/09/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
| | LINDA PIAZZA | 0.30 hours at    125.00/hr | 37.50 |
| 11/10/17 | DRAFT AGENDA FOR 11/16 HEARING AND REVIEW AND ANALYZE ALL MATTERS UP FOR HEARING ON THAT DATE. | | |
| | JOSH GADHARF | 2.60 hours at    395.00/hr | 1,027.00 |
| 11/10/17 | EMAILS WITH PRIME CLERK REGARDING SERVICE OF FILINGS MADE ON 11/10. | | |
| | JOSH GADHARF | 0.20 hours at    395.00/hr | 79.00 |
| 11/10/17 | REVIEW, ANALYZE, AND FILE, CNOS FOR MH AND PJSC SEPTEMBER FEE STATEMENTS, PJSC AND MH OCTOBER MONTHLY FEE STATEMENTS, IDS AUGUST/SEPTEMBER MONTHLY FEE STATEMENT, AND NOTICE OF MH RATE INCREASE, CNO FOR RSM AMENDED RETENTION APPLICATION, AND AMENDED CGI STATEMENT OF FINANCIAL AFFAIRS. | | |
| | JOSH GADHARF | 1.60 hours at    395.00/hr | 632.00 |
| 11/13/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
| | LINDA PIAZZA | 0.30 hours at    125.00/hr | 37.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 11/14/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
| | LINDA PIAZZA | 0.30 hours at    125.00/hr | 37.50 |
| 11/14/17 | MULTIPLE TELEPHONE CONFERENCES WITH J. GADHARF REGARDING PREPARATION FOR NOVEMBER 16 OMNIBUS (.3); TELEPHONE CONFERENCE WITH S. SINGH REGARDING SAME (.3). | | |
| | DAVID AGAY | 0.60 hours at    625.00/hr | 375.00 |
| 11/15/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
| | LINDA PIAZZA | 0.30 hours at    125.00/hr | 37.50 |
| 11/15/17 | STRATEGY CALL WITH WEIL AND CONWAY REGARDING OBJECTIONS FILED TO 9019 MOTION AND MOTION TO COMPEL. | | |
| | JOSH GADHARF | 0.30 hours at    395.00/hr | 118.50 |
| 11/16/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
| | LINDA PIAZZA | 0.30 hours at    125.00/hr | 37.50 |
| 11/16/17 | REVIEW AND REVISE PROPOSED CONVERSION ORDER TO INCORPORATE PRIME CLERK'S REQUESTED CHANGES. | | |
| | JOSH GADHARF | 0.50 hours at    395.00/hr | 197.50 |
| 11/17/17 | TELEPHONE CONFERENCE WITH K. GLEASON AND H. NGUYEN REGARDING CONVERSION MOTION (.6); CORRESPONDENCE WITH COMMITTEE AND DIP LENDER REGARDING SAME (.2); REVISE CONVERSION ORDER (.3). | | |
| | DAVID AGAY | 1.10 hours at    625.00/hr | 687.50 |
| 11/17/17 | REVIEW AND REVISE PROPOSED CONVERSION ORDER. | | |
| | JOSH GADHARF | 1.20 hours at    395.00/hr | 474.00 |
| 11/18/17 | EMAILS TO COMMITTEE AND PNC COUNSEL REGARDING PROPOSED CONVERSION ORDER. | | |
| | JOSH GADHARF | 0.10 hours at    395.00/hr | 39.50 |
| 11/20/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY, R. VAUGHAN AND J. GADHARF (.10) | | |
| | LINDA PIAZZA | 0.30 hours at    125.00/hr | 37.50 |

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

**McDonald Hopkins**

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/20/17 | REVIEW AND ANALYZE COMMENTS FROM PNC AND COMMITTEE COUNSEL TO PROPOSED CONVERSION ORDER. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/21/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY AND J. GADHARF (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 11/21/17 | TELEPHONE CONFERENCE WITH S. SINGH AND D. HARER REGARDING REMAINING ISSUES FOR CONVERSION (.6); MULTIPLE TELEPHONE CONFERENCES WITH J. GADHARF REGARDING SAME (.3). | | | |
| | DAVID AGAY | 0.90 hours at | 625.00/hr | 562.50 |
| 11/22/17 | REVIEW AND ANALYZE AWG LIMITED OBJECTION TO CONVERSION MOTION. | | | |
| | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |
| 11/22/17 | REVIEW AND ANALYZE US TRUSTEE'S PROPOSED EDITS TO CONVERSION ORDER AND REVISE SAME. | | | |
| | JOSH GADHARF | 1.40 hours at | 395.00/hr | 553.00 |
| 11/22/17 | DRAFT AND SEND DETAILED EMAIL CORRESPONDENCE TO COUNSEL FOR PNC AND COMMITTEE REGARDING REVISED CONVERSION ORDER. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/27/17 | REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL ECF DOCKET UPDATES TO D. AGAY AND J. GADHARF (.10) | | | |
| | LINDA PIAZZA | 0.30 hours at | 125.00/hr | 37.50 |
| 11/27/17 | REVIEW AND REVISE CHAPTER 7 CONVERSION ORDER (.4); REVIEW 11/30 HEARING AGENDA (.2). | | | |
| | DAVID AGAY | 0.60 hours at | 625.00/hr | 375.00 |
| 11/27/17 | DRAFT AND FILE NOTICE OF WITHDRAWAL OF RCC RETENTION APPLICATION. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/27/17 | REVIEW, STRATEGIZE, AND REVISE PROPOSED CONVERSION ORDER. | | | |
| | JOSH GADHARF | 1.30 hours at | 395.00/hr | 513.50 |
| 11/27/17 | MULTIPLE EMAILS TO PNC AND COMMITTEE REGARDING PROPOSED CONVERSION ORDER. | | | |

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |

11/28/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
ECF DOCKET UPDATES TO D. AGAY AND J. GADHARF (.10)
LINDA PIAZZA                     0.30 hours at     125.00/hr        37.50

11/28/17   REVIEW AND REVISE CHAPTER 7 CONVERSION ORDER (.5);
CORRESPONDENCE WITH J. GADHARF REGARDING SAME (.2).
DAVID AGAY                       0.70 hours at     625.00/hr       437.50

11/28/17   EMAILS AND CALL WITH PRIME CLERK REGARDING SERVICE OF
FILINGS FROM 11/28.
JOSH GADHARF                     0.30 hours at     395.00/hr       118.50

11/28/17   REVIEW AND ANALYZE PROPOSED CHANGES BY COMMITTEE AND
PNC TO CONVERSION ORDER.
JOSH GADHARF                     0.70 hours at     395.00/hr       276.50

11/28/17   REVIEW, ANALYZE, AND REVISE PROPOSED CONVERSION
ORDER.
JOSH GADHARF                     0.90 hours at     395.00/hr       355.50

11/29/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
ECF DOCKET UPDATES TO D. AGAY AND J. GADHARF (.10)
LINDA PIAZZA                     0.30 hours at     125.00/hr        37.50

11/29/17   REVIEW AND REVISE CONVERSION ORDER.
JOSH GADHARF                     1.20 hours at     395.00/hr       474.00

11/29/17   DRAFT AND FILE NOTICE OF FILING REVISED PROPOSED
CONVERSION ORDER AND REDLINE OF SAME.
JOSH GADHARF                     1.00 hours at     395.00/hr       395.00

11/29/17   EMAIL TO US TRUSTEE REGARDING REVISED PROPOSED
CONVERSION ORDER.
JOSH GADHARF                     0.10 hours at     395.00/hr        39.50

11/30/17   REVIEW COURT'S ECF DOCKET FOR UPDATES (.20); E-MAIL
ECF DOCKET UPDATES TO D. AGAY AND J. GADHARF (.10)
LINDA PIAZZA                     0.30 hours at     125.00/hr        37.50

11/30/17   TELEPHONE CONFERENCE WITH J. GADHARF REGARDING
REVISIONS TO CONVERSION ORDER.
DAVID AGAY                       0.20 hours at     625.00/hr       125.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/30/17 | REVISE PROPOSED CONVERSION ORDER TO INCORPORATE THE COURT'S DIRECTIONS AND PREPARE SAME AND REDLINE FOR FILING WITH COURT. | | | |
| | JOSH GADHARF | 1.20 hours at | 395.00/hr | 474.00 |
| 11/30/17 | DRAFT PROPOSED CONVERSION ORDERS FOR ALL DEBTORS AND NOTICES OF FILING SAME. | | | |
| | JOSH GADHARF | 2.20 hours at | 395.00/hr | 869.00 |

TOTAL FEES FOR MATTER:  43474-00002    $15,134.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | HOURS | FEES | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 5.4 | $3,375.00 | | |
| JOSH GADHARF | Member | $395.00 | 28.1 | $11,099.50 | | |
| RION VAUGHAN | Associate | $325.00 | 0.3 | $97.50 | | |
| LINDA PIAZZA | ADMIN | $125.00 | 4.5 | $562.50 | | |
| **TOTALS** | | | 38.3 | $15,134.50 | $18,497.00 | $18,497.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

**Invoices Due Upon Receipt**

RE:   PROFESSIONAL RETENTION AND FEE APPLICATION
      43474-00003

| | | | | |
|---|---|---|---|---|
| 11/01/17 | REVIEW AND REVISE AMENDED RSM RETENTION APPLICATION AND PROPOSED ORDER. | | | |
| | JOSH GADHARF | 1.50 hours at | 395.00/hr | 592.50 |
| 11/01/17 | DRAFTING AND EDITING RSM AMENDED APPLICATION. | | | |
| | MARIA CARR | 1.00 hours at | 295.00/hr | 295.00 |
| 11/01/17 | CORRESPONDENCE RE REVISION OF RSM APPLICATION AND RE REVISION OF SAME. | | | |
| | MARIA CARR | 0.30 hours at | 295.00/hr | 88.50 |
| 11/01/17 | REVIEW, FINALIZE, AND FILE WEIL'S MONTHLY FEE STATEMENT(.2); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1). | | | |
| | RION VAUGHAN | 0.30 hours at | 325.00/hr | 97.50 |
| 11/02/17 | REVISE AND FILE RSM AMENDED RETENTION APPLICATION. | | | |
| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
| 11/02/17 | WORK ON FINAL REVISIONS TO RSM APPLICATION. | | | |
| | MARIA CARR | 0.50 hours at | 295.00/hr | 147.50 |
| 11/06/17 | DRAFTING CERTIFICATES OF NO OBJECTION FOR FEE APPLICATIONS. | | | |
| | MARIA CARR | 0.60 hours at | 295.00/hr | 177.00 |
| 11/07/17 | REVISE AND FILE CERTIFICATES OF NO OBJECTION FOR MH, PJSC, AND PRIME CLERK FIRST INTERIM FEE APPLICATIONS. | | | |
| | JOSH GADHARF | 1.30 hours at | 395.00/hr | 513.50 |
| 11/07/17 | DRAFTING OCTOBER FEE STATEMENT. | | | |
| | MARIA CARR | 0.50 hours at | 295.00/hr | 147.50 |
| 11/07/17 | REVIEW, FINALIZE AND FILE CERTIFICATION OF NO OBJECTION TO MCDONALD HOPKINS'S FEE APPLICATION (.3); COORDINATE WITH PRIME CLERK FOR SERVICE OF SAME (.1) | | | |
| | RION VAUGHAN | 0.40 hours at | 325.00/hr | 130.00 |
| 11/08/17 | REVIEWING PRO FORMA FOR OCTOBER FEE STATEMENT. | | | |
| | MARIA CARR | 0.70 hours at | 295.00/hr | 206.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/09/17 | DRAFTING NOTICE OF FEE INCREASE. | | | |
| | MARIA CARR | 0.50 hours at | 295.00/hr | 147.50 |
| 11/10/17 | REVIEW MH OCTOBER MONTHLY FEE APPLICATION. | | | |
| | DAVID AGAY | 1.10 hours at | 625.00/hr | 687.50 |
| 11/10/17 | EMAILS WITH PJSC REGARDING CNO FOR FIRST INTERIM FEE APPLICATION AND OCTOBER MONTHLY FEE STATEMENT. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
| 11/10/17 | DRAFTING AND EDITING OCTOBER FEE STATEMENT FOR MCDONALD HOPKINS. | | | |
| | MARIA CARR | 2.20 hours at | 295.00/hr | 649.00 |
| 11/10/17 | DRAFTING CNOS FOR MH FEE STATEMENT, PJS FEE STATEMENT, AND RSM AMENDED APPLICATION. | | | |
| | MARIA CARR | 0.70 hours at | 295.00/hr | 206.50 |
| 11/10/17 | NUMEROUS FOLLOW UP CORRESPONDENCE WITH J. GADHARF RE FEE FILINGS FOR 11/10 (.2); EDITING RE SAME (1.1). | | | |
| | MARIA CARR | 1.30 hours at | 295.00/hr | 383.50 |
| 11/13/17 | REVISE CERTIFICATE OF NO OBJECTION FOR WEIL FEE APPLICATION AND PROPOSED ORDER REGARDING SAME. | | | |
| | JOSH GADHARF | 0.90 hours at | 395.00/hr | 355.50 |
| 11/14/17 | CALLS AND EMAILS WITH PJSC REGARDING PREPARATION FOR 11/16 HEARING ON FIRST INTERIM FEE APPLICATION. | | | |
| | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |
| 11/14/17 | REVIEW AND FILE WEIL MONTHLY FEE STATEMENT. | | | |
| | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |
| 11/15/17 | REVIEW AND FILE IDS MONTHLY FEE STATEMENT. | | | |
| | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |
| 11/15/17 | REVIEW, REVISE, AND FILE CERTIFICATE OF NO OBJECTION FOR WEIL FIRST INTERIM FEE APPLICATION, ALONG WITH REVISED PROPOSED ORDER. | | | |
| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
| 11/15/17 | CORRESPONDENCE WITH J. BRENNAN (.2) AND REVIEW AND REVISION OF IDS SECOND MONTHLY FEE APPLICATION (.5). | | | |
| | MARIA CARR | 0.70 hours at | 295.00/hr | 206.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/17/17 | EMAIL TO PJSC REGARDING ORDER APPROVING FIRST INTERIM FEE APPLICATION. | | | |
| | JOSH GADHARF | 0.10 hours at | 395.00/hr | 39.50 |
| 11/21/17 | REVIEW AND FILE CERTIFICATE OF NO OBJECTION FOR WEIL MONTHLY FEE STATEMENT. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/28/17 | EMAILS WITH PJSC REGARDING PROCEDURES FOR OBTAINING FINAL APPROVAL OF FEES AND EXPENSES. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/28/17 | CALL WITH J. BRENNAN OF IDS RE FEE APPLICATIONS. | | | |
| | MARIA CARR | 0.10 hours at | 295.00/hr | 29.50 |

TOTAL FEES FOR MATTER:   43474-00003    $ 6,680.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 1.1 | $687.50 | | |
| JOSH GADHARF | Member | $395.00 | 7.8 | $3,081.00 | | |
| MARIA CARR | Associate | $295.00 | 9.1 | $2,684.50 | | |
| RION VAUGHAN | Associate | $325.00 | 0.7 | $227.50 | | |
| **TOTALS** | | | 18.7 | $6,680.50 | $58,719.00 | $58,719.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

**Invoices Due Upon Receipt**

RE:    DIP FINANCING/CASH COLLATERAL
       43474-00004

| | |
|---|---|
| 11/02/17 | TELEPHONE CONFERENCE WITH S. SINGH REGARDING DIP EXPIRING (.2); TELEPHONE CONFERENCE WITH COMMITTEE PROFESSIONALS REGARDING SAME AND ABOUT CONVERSION (.5); FOLLOW-UP CORRESPONDENCE REGARDING SAME (.2) |

DAVID AGAY                    0.90 hours at    625.00/hr        562.50

| | |
|---|---|
| 11/03/17 | TELEPHONE CONFERENCE WITH PNC AND ITS PROFESSIONALS REGARDING DIP TERMINATION AND WRAPPING UP CASE. |

DAVID AGAY                    1.00 hours at    625.00/hr        625.00

| | |
|---|---|
| 11/08/17 | CORRESPONDENCE WITH DIP LENDER COUNSEL REGARDING INSURANCE PREMIUMS. |

DAVID AGAY                    0.20 hours at    625.00/hr        125.00

| | |
|---|---|
| 11/29/17 | TELEPHONE CONFERENCE WITH S. SINGH AND D. HARER REGARDING CARVE-OUT ACCOUNT (.5); TELEPHONE CONFERENCE WITH R. KELBON REGARDING (.4); REVIEW DIP ORDER REGARDING SAME (.3). |

DAVID AGAY                    1.20 hours at    625.00/hr        750.00

TOTAL FEES FOR MATTER:   43474-00004        $ 2,062.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | HOURS | FEES | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 3.3 | $2,062.50 | | |
| **TOTALS** | | | 3.3 | $2,062.50 | $13,570.50 | $13,570.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   UNEXPIRED LEASES/EXECUTORY CONTRACTS
      43474-00005

11/07/17   REVIEW AND ANALYZE PROCEDURES IN PLACE TO REJECT
           MUNSTER LEASE AND STRATEGIZE ISSUES RELATING TO
           EXTENDING THE DEADLINE TO REJECT BY TWO DAYS.
           JOSH GADHARF              1.80 hours at   395.00/hr        711.00

11/08/17   TELEPHONE CONFERENCE WITH CONWAY REGARDING MUNSTER
           LEASE.
           JOSH GADHARF              0.20 hours at   395.00/hr         79.00

11/08/17   TELEPHONE CONFERENCE WITH P. JACOBI REGARDING MUNSTER
           WAREHOUSE LEASE.
           JOSH GADHARF              0.10 hours at   395.00/hr         39.50

11/08/17   DRAFT AND SEND LENGTHY DETAILED EMAIL TO CONWAY AND
           HYPERAMS REGARDING MUNSTER WAREHOUSE LEASE
           TERMINATION.
           JOSH GADHARF              0.20 hours at   395.00/hr         79.00

11/08/17   REVIEW AND ANALYZE HYG OBJECTION TO MOTION TO REJECT
           AND SEND EMAIL TO CONWAY REGARDING SAME.
           JOSH GADHARF              2.00 hours at   395.00/hr        790.00

11/09/17   REVIEW AND ANALYZE HYG OBJECTION TO MOTION TO REJECT.
           JOSH GADHARF              1.20 hours at   395.00/hr        474.00

11/09/17   PREPARE FOR AND LENGTHY CALL M. FLYNN AND J. CHIANG
           REGARDING HYG OBJECTION TO MOTION TO REJECT.
           JOSH GADHARF              0.50 hours at   395.00/hr        197.50

11/10/17   TELEPHONE CONFERENCE WITH D. HARER, J. CHIANG, M.
           FLYNN AND J. GADHARF REGARDING HYG OBJECTION (.3);
           TELEPHONE CONFERENCE AND CORRESPONDENCE WITH J.
           GADHARF REGARDING SAME (.3).
           DAVID AGAY                0.60 hours at   625.00/hr        375.00

11/10/17   STRATEGIZE ISSUES RELATING TO HYG'S OBJECTION TO
           MOTION TO REJECT.
           JOSH GADHARF              0.70 hours at   395.00/hr        276.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/10/17 | PREPARE FOR AND TELEPHONE CONFERENCE WITH CONWAY REGARDING HYG'S OBJECTION TO MOTION TO REJECT. | | | |
| | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |
| 11/10/17 | BEGIN DRAFTING RESPONSE TO HYG OBJECTION TO MOTION TO REJECT. | | | |
| | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |
| 11/13/17 | REVIEW AND PROVIDE COMMENTS ON REPLY TO HYG OBJECTION TO REJECTION (.6); TELEPHONE CONFERENCE WITH J. GADHARF REGARDING SAME (.2). | | | |
| | DAVID AGAY | 0.80 hours at | 625.00/hr | 500.00 |
| 11/14/17 | PREPARE FOR AND STRATEGY CALL WITH M. FLYNN REGARDING REPLY IN SUPPORT OF MOTION TO REJECT. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
| 11/15/17 | REVIEW AND REVISE M. FLYNN PROFFER REGARDING HYG OBJECTION TO REJECTION (.8); PREPARE SCRIPT FOR ARGUMENT REGARDING SAME (1.1). | | | |
| | DAVID AGAY | 1.90 hours at | 625.00/hr | 1,187.50 |
| 11/15/17 | STRATEGY CALL WITH CONWAY REGARDING HYG LEASE REJECTION. | | | |
| | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |
| 11/15/17 | REVIEW, STRATEGIZE, AND REVISE FLYNN PROFFER FOR HYG OBJECTION. | | | |
| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
| 11/27/17 | REVIEW M. FLYNN DECLARATION IN SUPPORT OF REJECTION (.3); REVIEW CORRESPONDENCE REGARDING JOLIET LEASES (.3); DRAFT CORRESPONDENCE REGARDING SAME (.2). | | | |
| | DAVID AGAY | 0.80 hours at | 625.00/hr | 500.00 |
| 11/27/17 | OFFICE CONFERENCE WITH M. KLEIN REGARDING HAMMOND AND WHEATON CLOSINGS. | | | |
| | DAVID AGAY | 0.20 hours at | 625.00/hr | 125.00 |
| 11/27/17 | PREPARE FLYNN DECLARATION IN SUPPORT OF MOTION TO REJECT CONTRACTS. | | | |
| | JOSH GADHARF | 3.50 hours at | 395.00/hr | 1,382.50 |
| 11/27/17 | TELEPHONE CONFERENCE WITH AND EMAIL TO COUNSEL FOR HYG REGARDING MOTION TO REJECT HYG LEASE. | | | |
| | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| 11/27/17 | STRATEGY CALL WITH M. FLYNN REGARDING DECLARATION IN SUPPORT OF MOTION TO REJECT. | | |
| | JOSH GADHARF | 0.20 hours at   395.00/hr | 79.00 |
| 11/27/17 | PREPARE REVISED PROPOSED ORDER GRANTING MOTION TO REJECT WITH HYG AND WITHOUT HYG. | | |
| | JOSH GADHARF | 0.50 hours at   395.00/hr | 197.50 |
| 11/28/17 | PREPARE PROPOSED ORDERS GRANTING MOTION TO REJECT CONTRACTS WITH HYG AND WITHOUT HYG. | | |
| | JOSH GADHARF | 0.80 hours at   395.00/hr | 316.00 |
| 11/28/17 | REVIEW AND REVISE FLYNN DECLARATION IN SUPPORT OF MOTION TO REJECT. | | |
| | JOSH GADHARF | 1.00 hours at   395.00/hr | 395.00 |
| 11/28/17 | MULTIPLE EMAILS WITH M. FLYNN REGARDING DECLARATION IN SUPPORT OF MOTION TO REJECT CONTRACTS. | | |
| | JOSH GADHARF | 0.40 hours at   395.00/hr | 158.00 |
| 11/29/17 | REVIEW, REVISE, AND FILE FLYNN DECLARATION IN SUPPORT OF REFECTION OF HYG LEASE. | | |
| | JOSH GADHARF | 1.50 hours at   395.00/hr | 592.50 |
| 11/29/17 | MULTIPLE EMAILS WITH M. FLYNN REGARDING DECLARATION IN SUPPORT OF MOTION TO REJECT. | | |
| | JOSH GADHARF | 0.40 hours at   395.00/hr | 158.00 |

TOTAL FEES FOR MATTER:  43474-00005          $ 9,837.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 4.3 | $2,687.50 | | |
| JOSH GADHARF | Member | $395.00 | 18.1 | $7,149.50 | | |
| **TOTALS** | | | 22.4 | $9,837.00 | $11,169.50 | $11,169.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CLAIMS RESOLUTION
        43474-00006

| | | | | |
|---|---|---|---|---|
| 11/01/17 | REVIEW REVISED PACA REPORT. | | | |
| | DAVID AGAY | 0.20 hours at | 625.00/hr | 125.00 |
| 11/01/17 | DRAFT RESPONSE TO PENSION FUND'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM. | | | |
| | JOSH GADHARF | 2.80 hours at | 395.00/hr | 1,106.00 |
| 11/01/17 | REVIEW AND ANALYZE BI-WEEKLY PACA/PASA NOTICE AND FILE SAME. | | | |
| | JOSH GADHARF | 0.60 hours at | 395.00/hr | 237.00 |
| 11/01/17 | DRAFT AND SEND DETAILED EMAIL TO CONWAY REGARDING EAST SIDE FRESH MEAT PACA CLAIM. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/02/17 | EMAILS WITH CONWAY AND EAST SIDE FRESH MEAT REGARDING EAST SIDE'S ALLEGED PACA CLAIM. | | | |
| | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |
| 11/02/17 | REVIEW AND ANALYZE WILL COUNTY TREASURER NOTICE OF TAX SALE AND DRAFT RESPONSE LETTER TO SAME. | | | |
| | JOSH GADHARF | 0.80 hours at | 395.00/hr | 316.00 |
| 11/02/17 | EMAILS WITH CONWAY REGARDING WILL COUNTY TREASURER'S NOTICE OF TAX SALE. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/03/17 | REVIEW TAYLOR FARMS PACA CLAIM (1.4); CORRESPONDENCE WITH J. CHIANG REGARDING SAME (.1); CORRESPONDENCE WITH J. GADHARF REGARDING 503(B) CLAIMS (.1). | | | |
| | DAVID AGAY | 1.60 hours at | 625.00/hr | 1,000.00 |
| 11/03/17 | PREPARE FOR AND TELEPHONE CONFERENCE WITH COUNSEL FOR PENSION FUND REGARDING ADJOURNMENT OF MOTION FOR PAYMENT OF ADMIN EXPENSE CLAIM. | | | |
| | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |
| 11/03/17 | EMAILS TO COUNSEL FOR PENSION FUND REGARDING ADJOURNMENT OF MOTION FOR PAYMENT OF ADMIN EXPENSE CLAIM. | | | |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |

11/03/17   EMAILS TO WEIL, PNC, AND COMMITTEE REGARDING
ADJOURNMENT OF MOTION FOR PAYMENT OF ADMIN EXPENSE
CLAIM.

| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
|---|---|---|---|---|

11/03/17   PREPARE FOR AND TELEPHONE CONFERENCE WITH CONWAY
REGARDING TAYLOR FARMS PACA CLAIM.

| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
|---|---|---|---|---|

11/03/17   REVIEW AND ANALYZE COMPREHENSIVE SETTLEMENT AGREEMENT
AND REVISE CONVERSION MOTION AND PROPOSED ORDER.

| | JOSH GADHARF | 1.80 hours at | 395.00/hr | 711.00 |
|---|---|---|---|---|

11/03/17   STRATEGIZE ISSUES RELATING TO ADJOURNMENT PENSION
FUND'S MOTION FOR PAYMENT OF ADMIN EXPENSE CLAIM.

| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
|---|---|---|---|---|

11/06/17   EMAILS TO COUNSEL FOR PENSION FUND AND COMMITTEE
REGARDING ADJOURNMENT OF HEARING ON MOTION FOR
ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM.

| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
|---|---|---|---|---|

11/07/17   REVIEW AND ANALYZE ALLEGED PACA CREDITOR'S OBJECTION
TO NOTICE OF TRANSFER OF EXCESS PACA FUNDS TO LENDERS
AND TO 9019 MOTION.

| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
|---|---|---|---|---|

11/07/17   DRAFT NOTICE OF ADJOURNMENT OF PENSION FUND'S MOTION
FOR ALLOWANCE OF ADMINISTRATIVE CLAIM.

| | JOSH GADHARF | 1.20 hours at | 395.00/hr | 474.00 |
|---|---|---|---|---|

11/07/17   FOLLOW UP CORRESPONDENCE RE PEPSI DEPOSIT RETURN.

| | MARIA CARR | 0.20 hours at | 295.00/hr | 59.00 |
|---|---|---|---|---|

11/08/17   LENGTHY CALL WITH CONWAY AND WEIL REGARDING PACA
CLAIMANT'S OBJECTION TO RETURN OF PACA FUNDS.

| | JOSH GADHARF | 0.80 hours at | 395.00/hr | 316.00 |
|---|---|---|---|---|

11/08/17   REVISE AND FILE NOTICE OF ADJOURNMENT OF PENSION
FUND'S MOTION FOR ADMINISTRATIVE EXPENSE CLAIM.

| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
|---|---|---|---|---|

11/08/17   REVIEW AND STRATEGIZE ISSUES RELATING TO RETURN OF
EXCESS PACA SEGREGATED FUNDS TO LENDERS.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| JOSH GADHARF | 1.20 hours at | 395.00/hr | 474.00 |

11/08/17   CALL AND EMAIL RE PEPSI DEPOSIT RETURN.

| | | | |
|---|---|---|---|
| MARIA CARR | 0.20 hours at | 295.00/hr | 59.00 |

11/09/17   TELEPHONE CONFERENCE WITH WILL COUNTY TREASURER
REGARDING ATTEMPTED TAX SALE.

| | | | |
|---|---|---|---|
| JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |

11/09/17   DRAFT NOTICE OF FILING PROPOSED AGREED ORDER
DISMISSING GONNELLA FOODS' MOTION FOR ALLOWANCE OF
503(B)(9) CLAIM.

| | | | |
|---|---|---|---|
| JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |

11/09/17   REVIEW AND ANALYZE PROPOSED AGREED ORDER DISMISSING
GONNELLA FOODS' MOTION FOR ALLOWANCE OF 503(B)(9)
CLAIM.

| | | | |
|---|---|---|---|
| JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |

11/09/17   FILE NOTICE OF FILING AND PROPOSED AGREED ORDER
DISMISSING GONNELLA FOODS' MOTION FOR ALLOWANCE OF
503(B)(9) CLAIM.

| | | | |
|---|---|---|---|
| JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |

11/10/17   REVIEW AND ANALYZE ISSUES RELATING TO AFFY TAPPLE
ALLEGED PACA CLAIM.

| | | | |
|---|---|---|---|
| JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |

11/13/17   MULTIPLE CORRESPONDENCE REGARDING BLACKHAWK TURNOVER
MOTION AND OBJECTION.

| | | | |
|---|---|---|---|
| DAVID AGAY | 0.40 hours at | 625.00/hr | 250.00 |

11/13/17   CONTINUE DRAFTING REPLY IN SUPPORT OF MOTION TO
REJECT AND IN OPPOSITION TO HYG OBJECTION.

| | | | |
|---|---|---|---|
| JOSH GADHARF | 6.20 hours at | 395.00/hr | 2,449.00 |

11/13/17   FOLLOW UP CORRESPONDENCE RE PEPSI DEPOSIT.

| | | | |
|---|---|---|---|
| MARIA CARR | 0.20 hours at | 295.00/hr | 59.00 |

11/14/17   REVIEW AND REVISE REPLY IN SUPPORT OF MOTION TO
REJECT AND IN RESPONSE TO HYG OBJECTION.

| | | | |
|---|---|---|---|
| JOSH GADHARF | 2.50 hours at | 395.00/hr | 987.50 |

11/14/17   DRAFT AND FILE NOTICE OF WITHDRAWAL OF BAR DATE
MOTION.

| | | | |
|---|---|---|---|
| JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/14/17 | DRAFT FLYNN PROFFER. | | | |
| | JOSH GADHARF | 3.20 hours at | 395.00/hr | 1,264.00 |
| 11/14/17 | PREPARE FOR AND TELEPHONE CONFERENCE WITH HOLDING OF ALLEGED PACA CLAIM REGARDING COMPANY DISPUTE. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/15/17 | REVIEW PACA/PASA REPORT (.2); CORRESPONDENCE REGARDING SAME (.1). | | | |
| | DAVID AGAY | 0.30 hours at | 625.00/hr | 187.50 |
| 11/15/17 | REVIEW AND FILE BI-WEEKLY PACA/PASA CLAIMS REPORT. | | | |
| | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |
| 11/15/17 | PREPARE FOR AND STRATEGY CALL WITH WEIL REGARDING OBJECTIONS TO SETTLEMENT MOTION AND MOTION TO CONVERT. | | | |
| | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |
| 11/15/17 | MULTIPLE CALLS WITH HYG AND CONWAY REGARDING SETTLEMENT OF HYG CLAIMS. | | | |
| | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |
| 11/15/17 | CORRESPONDENCE WITH D. FISHMAN RE QUESTION ON PENDING CASE THAT IS STAYED. | | | |
| | MARIA CARR | 0.20 hours at | 295.00/hr | 59.00 |
| 11/16/17 | REVIEW AND REVISE FLYNN PROFFER. | | | |
| | JOSH GADHARF | 0.80 hours at | 395.00/hr | 316.00 |
| 11/16/17 | TELEPHONE CONFERENCE WITH CONWAY REGARDING STRATEGY FOR RETURNING UTILITY DEPOSITS AND PACA/PASA TRUST FUNDS TO DIP LENDER. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
| 11/16/17 | REVIEW AND ANALYZE CONWAY STATUS REPORTS REGARDING RECONCILIATION OF PACA/PASA CLAIMS. | | | |
| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
| 11/16/17 | CORRESPONDENCE RE QUESTION ON PAYMENT OF CLAIM. | | | |
| | MARIA CARR | 0.20 hours at | 295.00/hr | 59.00 |
| 11/17/17 | TELEPHONE CONFERENCE WITH J. GADHARF REGARDING PACA CLAIMS (.2); REVIEW NOTICE REGARDING REPAYMENT OF PACA RESERVES (.2). | | | |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | |
|---|---|---|
| DAVID AGAY | 0.40 hours at 625.00/hr | 250.00 |

11/17/17  REVIEW AND STRATEGIZE ISSUES RELATING TO RETURN OF
UTILITY DEPOSIT ESCROW FUNDS TO DIP AGENT.
JOSH GADHARF          1.50 hours at   395.00/hr        592.50

11/17/17  STRATEGY CALL WITH CONWAY REGARDING UTILITY DEPOSIT
ESCROW ACCOUNT AND PACA/PASA ESCROW ACCOUNT.
JOSH GADHARF          0.30 hours at   395.00/hr        118.50

11/17/17  REVIEW AND STRATEGIZE ISSUES RELATING TO RETURN OF
PACA/PASA FUNDS AND DRAFT NOTICE REGARDING RETURN OF
ALL EXCESS FUNDS.
JOSH GADHARF          2.50 hours at   395.00/hr        987.50

11/17/17  FOLLOW UP CORRESPONDENCE RE PEPSI REBATE.
MARIA CARR            0.20 hours at   295.00/hr         59.00

11/20/17  MULTIPLE CORRESPONDENCE REGARDING AWG CLAIMS AND
MOTION FOR TURNOVER (.2); REVIEW MOTION FOR TURNOVER
AND OUTLINE RESPONSE TO SAME (.7).
DAVID AGAY            0.90 hours at   625.00/hr        562.50

11/20/17  MULTIPLE TELEPHONE CONFERENCES AND CORRESPONDENCE
WITH DIP LENDER COUNSEL REGARDING RETURN OF PACA
FUNDS.
DAVID AGAY            0.40 hours at   625.00/hr        250.00

11/20/17  PREPARE FOR AND TELEPHONE CONFERENCE WITH CONWAY
REGARDING RETURN OF PACA/PASA TRUST FUNDS.
JOSH GADHARF          0.40 hours at   395.00/hr        158.00

11/20/17  REVIEW AND REVISE NOTICE REGARDING REPAYMENT OF
EXCESS PACA/PASA FUNDS.
JOSH GADHARF          0.50 hours at   395.00/hr        197.50

11/20/17  STRATEGIZE ISSUES RELATING TO RETURN OF EXCESS
SEGREGATED PACA/PASA FUNDS.
JOSH GADHARF          0.70 hours at   395.00/hr        276.50

11/20/17  REVIEW OF SUBPOENA REGARIDNG FORMER EMPLOYEE AND
COMMUNICATION RE SAME.
MARIA CARR            0.40 hours at   295.00/hr        118.00

11/21/17  MULTIPLE CALLS WITH D. HARER, D. AGAY, AN S. SINGH
REGARDING PACA CLAIMS AND BLACKHAWK OBJECTION.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  | JOSH GADHARF | 0.70 hours at | 395.00/hr | 276.50 |
|---|---|---|---|---|

11/21/17   REVIEW, REVISE, AND FILE NOTICE REGARDING REPAYMENT
           OF EXCESS PACA/PASA FUNDS.

|  | JOSH GADHARF | 1.80 hours at | 395.00/hr | 711.00 |
|---|---|---|---|---|

11/21/17   MULTIPLE EMAILS WITH PRIME CLERK REGARDING SERVICE OF
           PACA/PASA NOTICE.

|  | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |
|---|---|---|---|---|

11/21/17   REVIEW AND ANALYZE RECENTLY FILED CLAIMS THAT MAY BE
           PACA/PASA RELATED.

|  | JOSH GADHARF | 1.20 hours at | 395.00/hr | 474.00 |
|---|---|---|---|---|

11/21/17   PREPARE FOR AND STRATEGY CALL WITH J. CHIANG AT
           CONWAY REGARDING PACA/PASA NOTICE.

|  | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
|---|---|---|---|---|

11/21/17   TELEPHONE CONFERENCE WITH D. FISHMAN AT CONWAY
           REGARDING AWG/BLACKHAWK CLAIMS.

|  | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
|---|---|---|---|---|

11/21/17   EMAIL REGARDING RETURN OF PEPSI DEPOSIT.

|  | MARIA CARR | 0.20 hours at | 295.00/hr | 59.00 |
|---|---|---|---|---|

11/22/17   EMAILS WITH CONWAY REGARDING VALIDITY OF AWG CLAIM.

|  | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
|---|---|---|---|---|

11/22/17   REVIEW AND ANALYZE AWG MOTION TO COMPEL AND
           STRATEGIZE RESPONSE TO SAME.

|  | JOSH GADHARF | 0.70 hours at | 395.00/hr | 276.50 |
|---|---|---|---|---|

11/22/17   DRAFT LIMITED RESPONSE AND RESERVATION OF RIGHTS TO
           AWG MOTION TO COMPEL.

|  | JOSH GADHARF | 2.50 hours at | 395.00/hr | 987.50 |
|---|---|---|---|---|

11/22/17   REVIEW AND ANALYZE STOKES MOTION REGARDING WAGES AND
           SEVERANCE.

|  | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
|---|---|---|---|---|

11/22/17   REVIEW AND ANALYZE PNC'S OBJECTION TO AWG'S MOTION TO
           COMPEL.

|  | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |
|---|---|---|---|---|

11/24/17   REVIEW AND REVISE LIMITED OBJECTION TO AWG MOTION TO
           COMPEL AND FILE SAME.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
|  | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |

11/24/17  REVIEW AND ANALYZE COMMITTEE'S STATEMENT REGARDING
AWG MOTION TO COMPEL.
JOSH GADHARF                0.50 hours at    395.00/hr        197.50

11/27/17  FOLLOW UP COMMUNICATION WITH D. FISHMAN RE PEPSI
DEPOSIT RETURN.
MARIA CARR                  0.20 hours at    295.00/hr         59.00

11/27/17  COMMUNICATION RELATING TO POTENTIAL EEOC CLAIMS.
MARIA CARR                  0.30 hours at    295.00/hr         88.50

11/27/17  COMMUNICATION WITH D. FISHMAN REGARDING SUBROGATION
CLAIM.
MARIA CARR                  0.20 hours at    295.00/hr         59.00

11/28/17  TELEPHONE CALLS WITH WILL COUNTY REGARDING PROPERTIES
LOCATED IN COUNTY AND POTENTIAL TAX SALES.
JOSH GADHARF                0.30 hours at    395.00/hr        118.50

11/28/17  DRAFTING AND REVISING OBJECTION TO KORELLIS RELIEF
FROM STAY MOTION.
MARIA CARR                  2.80 hours at    295.00/hr        826.00

11/29/17  REVIEW AND ANALYZE AWG REPLY IN SUPPORT OF MOTION TO
COMPEL.
JOSH GADHARF                0.30 hours at    395.00/hr        118.50

11/30/17  TELEPHONE CONFERENCE SWITH COUNSEL FOR ALLEGED PACA
CLAIMANT REGARDING NOTICE OF RETURN OF SEGREGATED
FUNDS.
JOSH GADHARF                0.40 hours at    395.00/hr        158.00

11/30/17  RESEARCH AND ANALYZE TURKEY VALLEY'S ALLEGED PACA
CLAIM, INCLUDING EMAILS WITH CONWAY AND WEIL.
JOSH GADHARF                0.40 hours at    395.00/hr        158.00

11/30/17  MULTIPLE EMAILS WITH CREDITORS REGARDING TIMING OF
DISTRIBUTIONS TO UNSECURED CREDITORS.
JOSH GADHARF                0.40 hours at    395.00/hr        158.00

TOTAL FEES FOR MATTER:  43474-00006        $23,978.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | **HOURS** | **FEES** | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 4.2 | $2,625.00 | | |
| JOSH GADHARF | Member | $395.00 | 50.1 | $19,789.50 | | |
| MARIA CARR | Associate | $295.00 | 5.3 | $1,563.50 | | |
| TOTALS | | | 59.6 | $23,978.00 | $10,767.00 | $10,767.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   ASSET DISPOSITION
      43474-00007

| | | | |
|---|---|---|---:|
| 11/06/17 | REVIEW OF BANKRUPTCY RESOLUTIONS FOR QUESTION REGARDING HAMMOND SALE.<br>MARIA CARR | 0.20 hours at   295.00/hr | 59.00 |
| 11/07/17 | EMAILS AND TELEPHONE CALLS WITH LAVELLE LAW REGARDING PROPOSED SALE OF RACEWAY LAND DEVELOPMENT ASSETS.<br>JOSH GADHARF | 0.50 hours at   395.00/hr | 197.50 |
| 11/08/17 | COMMUNICATION RE RESOLUTIONS FOR HAMMOND SALE PER QUESTION FROM TITLE COMPANY.<br>MARIA CARR | 0.20 hours at   295.00/hr | 59.00 |
| 11/09/17 | REVIEW CORRESPONDENCE FROM J. GADHARF REGARDING MARKET FRESH ASSET SALE.<br>DAVID AGAY | 0.10 hours at   625.00/hr | 62.50 |
| 11/09/17 | REVIEW AND ANALYZE PROPOSED TERMS OF SALE OF PERSONAL PROPERTY OWNED BY CGI AT MARKET FRESH LOCATION.<br>JOSH GADHARF | 0.60 hours at   395.00/hr | 237.00 |
| 11/09/17 | DRAFT AND SEND DETAILED EMAIL TO D. HARER REGARDING TERMS OF PROPOSED SALE OF CGI PERSONAL PROPERTY AT MARKET FRESH LOCATION.<br>JOSH GADHARF | 0.20 hours at   395.00/hr | 79.00 |
| 11/11/17 | EMAIL RE QUESTION ON ESCROW AGREEMENT.<br>MARIA CARR | 0.10 hours at   295.00/hr | 29.50 |
| 11/13/17 | EMAIL TO MARKET FRESH COUNSEL REGARDING PROPOSED SALE OF PERSONAL PROPERTY LOCATED AT MARKET FRESH.<br>JOSH GADHARF | 0.10 hours at   395.00/hr | 39.50 |
| 11/15/17 | REVIEW AND ANALYZE FINAL TERMS OF PROPOSED MARKET FRESH ASSET SALE.<br>JOSH GADHARF | 0.20 hours at   395.00/hr | 79.00 |
| 11/16/17 | STRATEGIZE ISSUES RELATING TO CLOSING STATEMENT WITH HAMMOND SALE.<br>JOSH GADHARF | 0.20 hours at   395.00/hr | 79.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/16/17 | REVIEW AND ANALYZE SALE ORDER AND RETENTION AGREEMENTS WITH PJSC AND MARCUS AND MILLICHAP REGARDING COMMISSION PAYMENTS. | | | |
| | JOSH GADHARF | 0.70 hours at | 395.00/hr | 276.50 |
| 11/17/17 | REVIEW AND ANALYZE SALE ORDER AND RETENTION AGREEMENTS WITH PJSC AND MARCUS AND MILLICHAP REGARDING COMMISSION PAYMENTS. FOR HAMMOND SALE | | | |
| | JOSH GADHARF | 0.60 hours at | 395.00/hr | 237.00 |
| 11/17/17 | TELEPHONE CONFERENCES WITH PJSC AND MARCUS AND MILLICHAP REGARDING COMMISSION PAYMENTS FOR HAMMOND SALE. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
| 11/20/17 | REVIEW AND FILE REPLY TO RESPONSE TO MOTION TO DISMISS PENSION FUNDS' APPEAL. | | | |
| | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |
| 11/22/17 | CALL AND EMAIL WITH A. GUEVARA REGARDING WINDHAM PROPERTIES OBJECTION TO SALE. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
| 11/22/17 | REVIEW AND ANALYZE ISSUES RELATING TO CENTIER BANK CONTRACT ASSUMPTION. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |

TOTAL FEES FOR MATTER:   43474-00007      $ 1,908.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| DAVID AGAY | Member | $625.00 | 0.1 | $62.50 | | |
| JOSH GADHARF | Member | $395.00 | 4.3 | $1,698.50 | | |
| MARIA CARR | Associate | $295.00 | 0.5 | $147.50 | | |
| **TOTALS** | | | 4.9 | $1,908.50 | $52,072.50 | $52,072.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

**Invoices Due Upon Receipt**

RE:   LITIGATION
      43474-00011


11/02/17   REVIEW COMMITTEE ALLOCATION MOTION (.7);
           CORRESPONDENCE REGARDING SAME (.2).
           DAVID AGAY            0.90 hours at    625.00/hr      562.50

11/09/17   REVIEW REVISED 9019 SETTLEMENT ORDER.
           DAVID AGAY            0.40 hours at    625.00/hr      250.00

11/10/17   REVIEW AWG OBJECTION TO SETTLEMENT (.6); RESEARCH
           REGARDING SAME (.5); TELEPHONE CONFERENCE WITH S.
           BECKER REGARDING SAME (.3).
           DAVID AGAY            1.40 hours at    625.00/hr      875.00

11/10/17   REVIEW REVISED 9019 ORDER (.2); REVIEW CORRESPONDENCE
           REGARDING SAME (.2).
           DAVID AGAY            0.40 hours at    625.00/hr      250.00

           TOTAL FEES FOR MATTER:   43474-00011    $ 1,937.50


EXPENSES


FILING FEES-MISCELLANOUS IL NORTHERN CM ECF          15.00
DELIVERY CHARGES - US MESSENGER & LOGISTICS INC      32.46
9/12/17
CORPORATE CREDIT CARD - D&E REPORTING 11/16/17      574.00
COURT TRANSCRIPT

           TOTAL EXPENSES FOR MATTER:   43474-00011    $   621.46

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | HOURS | FEES | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 3.1 | $1,937.50 | | |
| **TOTALS** | | | 3.1 | $1,937.50 | $50,397.50 | $50,397.50 |

## EXPENSE SUMMARY

| EXPENSE CODE | DESCRIPTION | RATE | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | QTY | AMT | AMT | AMT |
| 19 | DELIVERY CHARGES | $32.46 | 1.0 | $32.46 | | |
| 96 | CORPORATE CREDIT CARD - FILING FEES-MISCELLANOUS | $574.00 | 1.0 | $574.00 | | |
| 96 | CORPORATE CREDIT CARD - FILING FEES-MISCELLANOUS | $15.00 | 1.0 | $15.00 | | |
| **TOTALS** | | | 3.0 | $621.46 | $916.99 | $916.99 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   REVIEW AND ANALYSIS REAL ESTATE
      43474-00014

| | | | | |
|---|---|---|---|---|
| 11/01/17 | CONTINUE PREPARING ESCROW AGREEMENT. | | | |
| | MARIA-ALEXA GUEVARA | 1.20 hours at | 420.00/hr | 504.00 |
| 11/01/17 | TELEPHONE CONFERENCE WITH D. AGAY REGARDING TERMS OF ESCROW AGREEMENT. | | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/01/17 | REVIEW AND ANALYSIS OF REVISED TITLE COMMITMENTS. | | | |
| | MARIA-ALEXA GUEVARA | 0.40 hours at | 420.00/hr | 168.00 |
| 11/01/17 | REVIEW AND ANALYSIS OF COMMENTS TO ESCROW AGREEMENT. | | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/01/17 | PREPARE FOR AND CONDUCT TELEPHONE CONFERENCE WITH C WARING (BUYER'S COUNSEL) REGARDING OPEN ISSUES WITH CLOSING DOCUMENTS AND RELEASING MECHANIC'S LIEN. | | | |
| | MICHAEL J. KLEIN | 0.40 hours at | 580.00/hr | 232.00 |
| 11/01/17 | REVIEW AND REVISE ESCROW AGREEMENT REGARDING KORELLIS ROOFING'S MECHANIC'S LIEN ON HAMMOND, IN PROPERTY. | | | |
| | MICHAEL J. KLEIN | 0.50 hours at | 580.00/hr | 290.00 |
| 11/01/17 | MULTIPLE E-MAILS WITH BUYER'S COUNSELS AND TITLE COMPANY REGARDING TITLE AND CLOSING MATTERS. | | | |
| | MICHAEL J. KLEIN | 0.50 hours at | 580.00/hr | 290.00 |
| 11/01/17 | REVIEW E-MAILS FROM BUYER'S COUNSEL ENCLOSING REVISED DRAFTS OF CLOSING DOCUMENTS FOR HAMMOND, IN SALE. | | | |
| | MICHAEL J. KLEIN | 0.50 hours at | 580.00/hr | 290.00 |
| 11/02/17 | (HAMMOND) REVIEW AND REVISE CORPORATE CONSENT. | | | |
| | MARIA-ALEXA GUEVARA | 1.10 hours at | 420.00/hr | 462.00 |
| 11/02/17 | (HAMMOND)EMAIL CORRESPONDENCE WITH TITLE COMPANY REGARDING CORPORATE DUE DILIGENCE. | | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |
| 11/02/17 | (HAMMOND) REVIEW AND ANALYSIS OF BUYER'S PROPOSED CHANGES TO THE CLOSING DOCUMENTS. | | | |
| | MARIA-ALEXA GUEVARA | 0.60 hours at | 420.00/hr | 252.00 |

# McDonald Hopkins

Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

T 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/02/17 | (HAMMOND) REVISE ESCROW AGREEMENT TO REFLECT COMMENTS FROM WORKING GROUP. | | | |
| | MARIA-ALEXA GUEVARA | 0.40 hours at | 420.00/hr | 168.00 |
| 11/02/17 | (HAMMOND) EMAIL CORRESPONDENCE WITH B. ZEECK REGARDING DRAFT OF ESCROW AGREEMENT. | | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/02/17 | (HAMMOND) EMAIL CORRESPONDENCE REGARDING COMMENTS TO BUYER'S COMMENTS TO THE CLOSING DOCUMENTS. | | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |
| 11/02/17 | RECEIPT AND REVIEW OF INTERNAL CERTIFIED COPY OF DOCUMENTS AND CERTIFICATES OF GOOD STANDING FROM THE STATE AND REVISE RESOLUTION (.3); STATUS TO ALEXA GUEVARRA (.2). | | | |
| | SONYA GRAY THOMAS | 0.50 hours at | 270.00/hr | 135.00 |
| 11/02/17 | REVIEW AND REVISE CONSENT BY MANAGER OF RACEWAY CENTRAL RE CLOSING ON HAMMOND, IN SITE. | | | |
| | MICHAEL J. KLEIN | 0.30 hours at | 580.00/hr | 174.00 |
| 11/02/17 | REVIEW AND REVISE ESCROW FOR HAMMOND MECHANICS LIEN (.8); CORRESPONDENCE REGARDING SAME (.2) | | | |
| | DAVID AGAY | 1.00 hours at | 625.00/hr | 625.00 |
| 11/03/17 | (HAMMOND) TELEPHONE CONFERENCE WITH C. WARING REGARDING CLOSING DOCUMENTS. | | | |
| | MARIA-ALEXA GUEVARA | 0.50 hours at | 420.00/hr | 210.00 |
| 11/03/17 | REVIEW BUYER'S CHANGES TO ASSIGNMENT AGREEMENTS FOR HAMMOND, IN LEASES. | | | |
| | MICHAEL J. KLEIN | 0.30 hours at | 580.00/hr | 174.00 |
| 11/06/17 | (HAMMOND) DRAFT CLOSING INSTRUCTION LETTER. | | | |
| | MARIA-ALEXA GUEVARA | 1.30 hours at | 420.00/hr | 546.00 |
| 11/06/17 | (HAMMOND) EMAIL CORRESPONDENCE WITH B. ZEECK REGARDING ESCROW AGREEMENT. | | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/06/17 | (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH BUYER AND TITLE COMPANY REGARDING PROPOSED SALES DISCLOSURE FORM. | | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

11/06/17   (HAMMOND) REVISE ESCROW AGREEMENT TO REFLECT COMMENTS
           FROM KORELLIS' COUNSEL.
           MARIA-ALEXA GUEVARA          1.60 hours at      420.00/hr        672.00

11/06/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH TITLE
           COMPANY REGARDING ESCROW FEES AND REGARDING FORM OF
           LIEN RELEASE.
           MARIA-ALEXA GUEVARA          0.40 hours at      420.00/hr        168.00

11/06/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH B. ZEECK
           REGARDING COMMENTS TO THE ESCROW AGREEMENT.
           MARIA-ALEXA GUEVARA          0.20 hours at      420.00/hr         84.00

11/06/17   (HAMMOND) REVISE VENDOR'S CERTIFICATE.
           MARIA-ALEXA GUEVARA          0.20 hours at      420.00/hr         84.00

11/06/17   (HAMMOND) DRAFT FIRPTA CERTIFICATE.
           MARIA-ALEXA GUEVARA          0.10 hours at      420.00/hr         42.00

11/06/17   (HAMMOND) ATTENTION TO CLOSING AND THE TITLE
           REQUIREMENTS.
           MARIA-ALEXA GUEVARA          0.10 hours at      420.00/hr         42.00

11/06/17   E-MAILS WITH A KLINE (LOCAL COUNSEL) REGARDING
           CLOSING MATTERS AND CLOSING DOCUMENT REVIEW.
           MICHAEL J. KLEIN             0.30 hours at      580.00/hr        174.00

11/06/17   E-MAILS WITH M FLYNN REGARDING BP AND CENTIER BANK
           PAYMENT OF NOVEMBER RENT FOR HAMMOND, IN AND OTHER
           EXPENSE PRORATION ISSUES.
           MICHAEL J. KLEIN             0.20 hours at      580.00/hr        116.00

11/06/17   REVIEW REVISED HAMMOND ESCROW (.6); CORRESPONDENCE
           REGARDING SAME (.1).
           DAVID AGAY                   0.70 hours at      625.00/hr        437.50

11/07/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH R. SZOPA
           REGARDING MECHANIC LIEN'S ISSUE.
           MARIA-ALEXA GUEVARA          0.20 hours at      420.00/hr         84.00

11/07/17   (HAMMOND) TELEPHONE CONFERENCE WITH C. WARING
           REGARDING DEPOSIT.
           MARIA-ALEXA GUEVARA          0.60 hours at      420.00/hr        252.00

11/07/17   (HAMMOND) EMAIL CORRESPONDENCE WITH D. HARER
           REGARDING EXECUTION OF CLOSING DOCUMENTS.

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |

11/07/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH E.
MARKSWORTH REGARDING TRANSFER OF ESCROW FUNDS.

MARIA-ALEXA GUEVARA        0.40 hours at        420.00/hr        168.00

11/07/17   (HAMMOND)VARIOUS EMAIL CORRESPONDENCE WITH C. WARING
REGARDING SALES DISCLOSURE FORM.

MARIA-ALEXA GUEVARA        0.70 hours at        420.00/hr        294.00

11/07/17   (HAMMOND) EMAIL CORRESPONDENCE WITH M. ANDERSON
REGARDING SALES DISCLOSURE FORM.

MARIA-ALEXA GUEVARA        0.10 hours at        420.00/hr        42.00

11/07/17   (HAMMOND) EMAIL CORRESPONDENCE TO B. ZEECK REGARDING
ESCROW AGREEMENT.

MARIA-ALEXA GUEVARA        0.30 hours at        420.00/hr        126.00

11/07/17   (HAMMOND)SUPPLEMENTAL REVISIONS TO RELEASE OF LIEN
LANGUAGE TO REFLECT TITLE COMPANY'S COMMENTS.

MARIA-ALEXA GUEVARA        0.10 hours at        420.00/hr        42.00

11/07/17   (HAMMOND) SUPPLEMENTAL REVISION TO ESCROW INSTRUCTION
LETTER.

MARIA-ALEXA GUEVARA        0.20 hours at        420.00/hr        84.00

11/07/17   (HAMMOND)EMAIL CORRESPONDENCE WITH TITLE COMPANY
REGARDING CHANGES TO ESCROW AGREEMENT.

MARIA-ALEXA GUEVARA        0.10 hours at        420.00/hr        42.00

11/07/17   (HAMMOND) REVIEW AND ANALYSIS OF BYLAWS OF CENTRAL
GROCERS REGARDING AUTHORITY.

MARIA-ALEXA GUEVARA        0.10 hours at        420.00/hr        42.00

11/07/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH KORELLIS
AND SELLER WORKING GROUPS REGARDING KORELLIS'
COMMENTS TO THE ESCROW AGREEMENT.

MARIA-ALEXA GUEVARA        0.10 hours at        420.00/hr        42.00

11/07/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH R. SZOPA
REGARDING SALES DISCLOSURE FORM.

MARIA-ALEXA GUEVARA        0.20 hours at        420.00/hr        84.00

11/07/17   E-MAILS WITH D JURKIEWICZ REGARDING STATUS OF COURT'S
REVIEW OF REQUEST FOR AGREED ENTRY TO EXTEND
REDEMPTION PERIOD FOR HAMMOND, IN TAX SALE.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | |
|---|---|---|---|
| | MICHAEL J. KLEIN | 0.20 hours at    580.00/hr | 116.00 |

11/07/17   E-MAILS WITH CENTRAL GROCERS DISTRIBUTION REGARDING
STATUS OF COURT'S REVIEW OF REQUEST FOR AGREED ENTRY
TO EXTEND REDEMPTION PERIOD FOR HAMMOND, IN TAX SALE.
MICHAEL J. KLEIN            0.20 hours at    580.00/hr            116.00

11/07/17   E-MAILS WITH D HARER REGARDING EXECUTION AND
NOTARIZATION OF CLOSING DOCUMENTS.
MICHAEL J. KLEIN            0.20 hours at    580.00/hr            116.00

11/07/17   CORRESPONDENCE WITH A. GUEVARA REGARDING HAMMOND
CLOSING.
DAVID AGAY                 0.20 hours at    625.00/hr            125.00

11/08/17   (HAMMOND)   EMAIL CORRESPONDENCE WITH C. WARING
REGARDING PROPOSED CHANGES TO SALES DISCLOSURE FORM.
MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr             42.00

11/08/17   (HAMMOND)   EMAIL CORRESPONDENCE WITH M. ANDERSON
REGARDING CORPORATE RESOLUTION.
MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr             42.00

11/08/17   (HAMMOND)   VARIOUS TELEPHONE CONFERENCE WITH AND
VARIOUS EMAIL CORRESPONDENCE WITH TITLE COMPANY
REGARDING AUTHORITY TO ACT ON BEHALF OF CENTRAL
GROCERS.
MARIA-ALEXA GUEVARA        0.40 hours at    420.00/hr            168.00

11/08/17   (HAMMOND)   REVIEW AND ANALYSIS OF BANKRUPTCY ORDER
APPOINTING CRO.
MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr             42.00

11/08/17   (HAMMOND)   REVISE VENDOR AFFIDAVIT.
MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr             42.00

11/08/17   (HAMMOND)   EMAIL CORRESPONDENCE WITH M. ANDERSON
REGARDING REVISED AFFIDAVIT.
MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr             42.00

11/08/17   (HAMMOND)   VARIOUS TELEPHONE CONFERENCES REGARDING
NEGOTIATION OF ESCROW AGREEMENT.
MARIA-ALEXA GUEVARA        0.20 hours at    420.00/hr             84.00

11/08/17   (HAMMOND)   REVISE ESCROW AGREEMENT.
MARIA-ALEXA GUEVARA        0.60 hours at    420.00/hr            252.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

11/08/17   (HAMMOND) TELEPHONE CONFERENCE WITH B. ZEECK
           REGARDING ESCROW AGREEMENT.
           MARIA-ALEXA GUEVARA          0.30 hours at    420.00/hr      126.00

11/08/17   (HAMMOND) EMAIL CORRESPONDENCE WITH WORKING GROUP
           REGARDING ESCROW AGREEMENT AND ESCROW DEPOSIT.
           MARIA-ALEXA GUEVARA          0.40 hours at    420.00/hr      168.00

11/08/17   (HAMMOND) FOLLOW UP EMAIL CORRESPONDENCE WITH B.
           ZEECK AND D. RANICH REGARDING REVISED ESCROW
           AGREEMENT.
           MARIA-ALEXA GUEVARA          0.20 hours at    420.00/hr       84.00

11/08/17   START DRAFTING SALE AGREEMENT FOR WHEATON, IL
           PROPERTY.
           MICHAEL J. KLEIN             1.50 hours at    580.00/hr      870.00

11/08/17   REVIEW E-MAIL FROM C MIOTT (BUYER) REGARDING STATUS
           OF RELEASE OF KORELLIS MECHANIC'S LIEN ON HAMMOND, IN
           PROPERTY.
           MICHAEL J. KLEIN             0.20 hours at    580.00/hr      116.00

11/08/17   REVIEW REVISED ESCROW AGREEMENT FOR HAMMOND SALE
           (.3); CORRESPONDENCE WITH A. GUEVARA (.1); TELEPHONE
           CONFERENCE WITH A. GUEVARA (.1).
           DAVID AGAY                   0.50 hours at    625.00/hr      312.50

11/09/17   (HAMMOND)  EMAIL CORRESPONDENCE WITH D. HARER
           REGARDING COUNTERPART TO AUTHORIZATION TO WIRE
           DEPOSIT.
           MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr       42.00

11/09/17   (HAMMOND) EMAIL CORRESPONDENCE WITH E. MARKSWORTH
           REGARDING RELEASE OF DEPOSIT IN ESCROW.
           MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr       42.00

11/09/17   (HAMMOND) ATTENTION TO TITLE DUE DILIGENCE.
           MARIA-ALEXA GUEVARA          0.70 hours at    420.00/hr      294.00

11/09/17   (HAMMOND) EMAIL CORRESPONDENCE WITH B. ZEECK
           REGARDING ESCROW AGREEMENT.
           MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr       42.00

11/09/17   (HAMMOND) TELEPHONE CONFERENCE WITH C. WARING TO
           COORDINATE CLOSING.

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
|  | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/09/17 | (HAMMOND) EMAIL CORRESPONDENCE WITH C. WARING REGARDING SALES DISCLOSURE FORM. | | | |
|  | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/09/17 | E-MAIL TO G VIZZA (LENDER'S COUNSEL) REGARDING STATUS OF HAMMOND, IN CLOSING. | | | |
|  | MICHAEL J. KLEIN | 0.20 hours at | 580.00/hr | 116.00 |
| 11/09/17 | CONTINUE DRAFTING SALE AGREEMENT FOR WHEATON, IL PROPERTY. | | | |
|  | MICHAEL J. KLEIN | 1.00 hours at | 580.00/hr | 580.00 |
| 11/09/17 | E-MAIL TO CLIENT GROUP ENCLOSING DRAFT SALE AGREEMENT FOR WHEATON, IL PROPERTY. | | | |
|  | MICHAEL J. KLEIN | 0.20 hours at | 580.00/hr | 116.00 |
| 11/09/17 | CALL AND E-MAILS WITH C MIOTT REGARDING STATUS OF CLOSING, RELEASE OF MECHANIC'S LIEN, REDEMPTION OF TAX SALE AND OTHER MATTERS REGARDING HAMMOND, IN CLOSING. | | | |
|  | MICHAEL J. KLEIN | 0.40 hours at | 580.00/hr | 232.00 |
| 11/10/17 | TELEPHONE CONFERENCE WITH J. SUDHOLT REGARDING CLOSING. | | | |
|  | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/10/17 | TELEPHONE CONFERENCE WITH J. HISSONG REGARDING OUTSTANDING ITEMS. | | | |
|  | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/10/17 | FOLLOW UP EMAIL CORRESPONDENCE WITH J. HISSONG REGARDING OUTSTANDING ITEMS. | | | |
|  | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/10/17 | TELEPHONE CONFERENCE WITH WITH D.HARER REGARDING COORDINATING EXECUTION OF DOCUMENTS. | | | |
|  | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/10/17 | EMAIL CORRESPONDENCE WITH C. WARING REGARDING CLOSING INSTRUCTION LETTER FROM BUYER. | | | |
|  | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

11/10/17   (HAMMOND) EMAIL CORRESPONDENCE WITH M. ANDERSON
REGARDING REQUEST FOR TITLE COMPANY'S COMMENTS TO
AFFIDAVIT.
MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr          42.00

11/10/17   (HAMMOND) TELEPHONE CONFERENCE WITH C. WARING
REGARDING DISBURSEMENT AUTHORIZATION.
MARIA-ALEXA GUEVARA          0.20 hours at    420.00/hr          84.00

11/10/17   (HAMMOND) SUPPLEMENTAL REVISION TO ESCROW AGREEMENT.
MARIA-ALEXA GUEVARA          0.20 hours at    420.00/hr          84.00

11/10/17   MULTIPLE E-MAILS WITH PARTIES REGARDING CLOSING,
TITLE AND ESCROW ISSUES.
MICHAEL J. KLEIN             0.50 hours at    580.00/hr         290.00

11/11/17   REVIEW E-MAIL FROM M ANDERSON REGARDING CHICAGO
TITLE'S REQUESTED CHANGES TO VENDOR'S AFFIDAVIT.
MICHAEL J. KLEIN             0.20 hours at    580.00/hr         116.00

11/13/17   (HAMMOND) EMAIL CORRESPONDENCE WITH B. ZEECK
REGARDING ESCROW AGREEMENT.
MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr          42.00

11/13/17   (HAMMOND) EMAIL CORRESPONDENCE WITH D. HARER
REGARDING EXECUTION SET OF DOCUMENTS.
MARIA-ALEXA GUEVARA          0.80 hours at    420.00/hr         336.00

11/13/17   (HAMMOND)  REVISE CLOSING DOCUMENTS.
MARIA-ALEXA GUEVARA          0.80 hours at    420.00/hr         336.00

11/13/17   (HAMMOND)  EMAIL CORRESPONDENCE WITH AND TELEPHONE
CONFERENCE WITH M. ANDERSON REGARDING CLOSING
DOCUMENTS.
MARIA-ALEXA GUEVARA          0.20 hours at    420.00/hr          84.00

11/13/17   (HAMMOND) REVISE SALES DISCLOSURE FORM.
MARIA-ALEXA GUEVARA          0.20 hours at    420.00/hr          84.00

11/13/17   (HAMMOND) REVISE 1099 REPORTING FORM.
MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr          42.00

11/13/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH C. WARING
AND REVIEW AND ANALYSIS OF WIRING AUTHORIZATION
LETTER.
MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr          42.00

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

# McDonald Hopkins

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/13/17 | FURTHER REVIEW AND REVISE PURCHASE AGREEMENT FOR WHEATON, IL PROPERTY PER COMMENTS FROM L LEACH. | | | |
| | MICHAEL J. KLEIN | 0.50 hours at | 580.00/hr | 290.00 |
| 11/13/17 | E-MAIL TO CLIENT PARTIES ENCLOSING REVISED PURCHASE AGREEMENT FOR WHEATON, IL PROPERTY. | | | |
| | MICHAEL J. KLEIN | 0.20 hours at | 580.00/hr | 116.00 |
| 11/13/17 | REVIEW DRAFT RACEWAY-WHEATON PURCHASE AGREEMENT. | | | |
| | DAVID AGAY | 1.10 hours at | 625.00/hr | 687.50 |
| 11/14/17 | (HAMMOND) RESEARCH AND ANALYSIS REGARDING AUTHORIZED OFFICERS OF CENTRAL GROCERS. | | | |
| | MARIA-ALEXA GUEVARA | 0.70 hours at | 420.00/hr | 294.00 |
| 11/14/17 | (HAMMOND) FOLLOW UP TELEPHONE CONFERENCE WITH B. ZEECK. | | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |
| 11/14/17 | (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH E. MARKSWORTH REGARDING DEPOSIT TRANSFER. | | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |
| 11/14/17 | (HAMMOND) EMAIL CORRESPONDENCE  REGARDING ESCROW AGREEMENT. | | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/14/17 | (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH D. HARER REGARDING EXECUTED DOCUMENTS. | | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/14/17 | (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH J. HISSONG REGARDING CLOSING DOCUMENTS. | | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |
| 11/14/17 | (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH K. DUCAT REGARDING RELEASE OF MECHANIC'S LIEN. | | | |
| | MARIA-ALEXA GUEVARA | 0.30 hours at | 420.00/hr | 126.00 |
| 11/14/17 | (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH B. ZEECK REGARDING EXECUTION AND DELIVERY OF THE ESCROW AGREEMENT BY KORELLIS. | | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/14/17 | DRAFT EXTENDED E-MAIL TO D HARER ENCLOSING HAMMOND, IN CLOSING DOCUMENTS FOR EXECUTION. | | | |
| | MICHAEL J. KLEIN | 0.30 hours at | 580.00/hr | 174.00 |
| 11/14/17 | E-MAIL TO G VIZZA (LENDER'S COUNSEL) REGARDING STATUS OF HAMMOND, IN CLOSING. | | | |
| | MICHAEL J. KLEIN | 0.20 hours at | 580.00/hr | 116.00 |
| 11/14/17 | E-MAILS WITH D JURKIEWICZ REGARDING STATUS OF AND RELEASE OF PRIOR ORDER TO STAY TAX SALE PROCEEDINGS DUE TO BANKRUPTCY FOR HAMMOND, IN TAX SALE. | | | |
| | MICHAEL J. KLEIN | 0.20 hours at | 580.00/hr | 116.00 |
| 11/14/17 | MULTIPLE E-MAILS WITH BUYER'S COUNSEL AND TITLE COMPANY REGARDING TITLE AND CLOSING MATTERS. | | | |
| | MICHAEL J. KLEIN | 0.50 hours at | 580.00/hr | 290.00 |
| 11/14/17 | CORRESPONDENCE WITH A. GUEVARA REGARDING CLOSING HAMMOND SALE (.1); REVIEW NOTICE FOR NORTH WINDHAM REGARDING LARKIN PROPERTY (.2). | | | |
| | DAVID AGAY | 0.30 hours at | 625.00/hr | 187.50 |
| 11/15/17 | (HAMMOND) REVISE ESCROW INSTRUCTION LETTER. | | | |
| | MARIA-ALEXA GUEVARA | 0.40 hours at | 420.00/hr | 168.00 |
| 11/15/17 | (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH E. MARKSWORTH REGARDING DISBURSEMENT OF ESCROWED FUNDS. | | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/15/17 | (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH K. DUCAT REGARDING DISBURSEMENT OF FUNDS. | | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/15/17 | (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH D. HARER REGARDING EXECUTED ESCROW RELEASE AUTHORIZATION. | | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |
| 11/15/17 | (HAMMOND) EMAIL CORRESPONDENCE WITH AND TELEPHONE CONFERENCE WITH K. DUCAT REGARDING ALLOCATION OF FIRST AMERICAN ESCROW FEES. | | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |
| 11/15/17 | MULTIPLE E-MAILS WITH BUYER'S COUNSEL, BUYER AND TITLE COMPANY REGARDING TITLE AND CLOSING MATTERS. | | | |
| | MICHAEL J. KLEIN | 0.50 hours at | 580.00/hr | 290.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

11/16/17   (HAMMOND) TELEPHONE CONFERENCE WITH J. HISSONG
           REGARDING RECEIPT OF DEPOSIT.
           MARIA-ALEXA GUEVARA          0.20 hours at    420.00/hr        84.00

11/16/17   (HAMMOND) EMAIL CORRESPONDENCE WITH J. HISSONG
           REGARDING EXECUTION OF ESCROW INSTRUCTION LETTER.
           MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr        42.00

11/16/17   (HAMMOND) REVISE ESCROW INSTRUCTION LETTER.
           MARIA-ALEXA GUEVARA          0.20 hours at    420.00/hr        84.00

11/16/17   (HAMMOND)  FOLLOW UP EMAIL CORRESPONDENCE WITH
           D.HARER REGARDING RESOLUTION.
           MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr        42.00

11/16/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH B. ZEECK
           REGARDING KORELLIS' EXECUTED COUNTERPARTS TO ESCROW
           AGREEMENT.
           MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr        42.00

11/16/17   (HAMMOND) VARIOUS TELEPHONE CONFERENCE WITH K. DUCAT
           REGARDING ESCROW FEE AND CLOSING STATEMENT.
           MARIA-ALEXA GUEVARA          0.20 hours at    420.00/hr        84.00

11/16/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH AND
           TELEPHONE CONFERENCE WITH J. HISSONG REGARDING
           REVISED CLOSING STATEMENT.
           MARIA-ALEXA GUEVARA          0.30 hours at    420.00/hr       126.00

11/16/17   (HAMMOND)  VARIOUS EMAIL CORRESPONDENCE WITH K. DUCAT
           REGARDING CLOSING.
           MARIA-ALEXA GUEVARA          0.20 hours at    420.00/hr        84.00

11/16/17   (HAMMOND) EMAIL CORRESPONDENCE WITH J. HISSONG
           REGARDING MARCUS AND MILLICHAP INVOICE.
           MARIA-ALEXA GUEVARA          0.10 hours at    420.00/hr        42.00

11/16/17   (HAMMOND)  REVIEW AND ANALYSIS OF REVISED SETTLEMENT
           STATEMENT.
           MARIA-ALEXA GUEVARA          0.20 hours at    420.00/hr        84.00

11/16/17   (HAMMOND) JOINT TELEPHONE CONFERENCE WITH D. HARER
           AND M. KLEIN.
           MARIA-ALEXA GUEVARA          0.40 hours at    420.00/hr       168.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

11/16/17   (HAMMOND) EMAIL CORRESPONDENCE WITH AND TELEPHONE
           CONFERENCE WITH J. HISSONG REGARDING AUTHORIZATION TO
           CLOSE.
           MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr        42.00

11/16/17   (HAMMOND) EMAIL CORRESPONDENCE WITH K. DUCAT
           REGARDING STATUS TO CLOSE.
           MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr        42.00

11/16/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH M.
           ANDERSON REGARDING CERTIFICATION IN DEED.
           MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr        42.00

11/16/17   (HAMMOND) EMAIL CORRESPONDENCE WITH J. HISSONG
           REGARDING STATUS OF RECEIPT OF CLOSING DOCUMENTS INTO
           ESCROW AND OTHER OUTSTANDING ITEMS IN ADVANCE OF
           CLOSING.
           MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr        42.00

11/16/17   (WITZKE) EMAIL CORRESPONDENCE WITH S. BROWN REGARDING
           CLIENT'S QUESTION ON CITY TAX.
           MARIA-ALEXA GUEVARA        0.20 hours at    420.00/hr        84.00

11/16/17   MULTIPLE E-MAILS WITH BROKER, BUYER'S COUNSEL, BUYER
           AND TITLE COMPANY REGARDING COMMISSIONS, SETTLEMENT
           STATEMENT, TITLE AND CLOSING MATTERS.
           MICHAEL J. KLEIN          0.50 hours at    580.00/hr       290.00

11/16/17   REVIEW COMMISSION INVOICES FROM MARCUS & MILLICHAP
           AND PJS.
           MICHAEL J. KLEIN          0.40 hours at    580.00/hr       232.00

11/16/17   REVIEW REVISED SETTLEMENT STATEMENT.
           MICHAEL J. KLEIN          0.30 hours at    580.00/hr       174.00

11/16/17   CALLS WITH D HARER AND G VIZZA REGARDING REVIEW AND
           APPROVAL OF SETTLEMENT STATEMENT.
           MICHAEL J. KLEIN          0.40 hours at    580.00/hr       232.00

11/16/17   REVIEW HAMMOND CLOSING STATEMENT (.2); CORRESPONDENCE
           REGARDING SAME (.2).
           DAVID AGAY                0.40 hours at    625.00/hr       250.00

11/17/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH AND
           VARIOUS TELEPHONE CONFERENCE WITH WORKING GROUPS
           REGARDING BROKERAGE COMMISSIONS AND MECHANIC'S LIEN.

**McDonald**Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
|  | MARIA-ALEXA GUEVARA | 1.00 hours at | 420.00/hr | 420.00 |

11/17/17   (HAMMOND) REVIEW AND ANALYSIS OF ORDER APPROVING
          PURCHASE AGREEMENT REGARDING ALLOCATION OF COSTS.
          MARIA-ALEXA GUEVARA        0.30 hours at    420.00/hr        126.00

11/17/17   (HAMMOND) TELEPHONE CONFERENCE WITH AND EMAIL
          CORRESPONDENCE WITH J. ATHMAN AT PNC BANK REGARDING
          WIRING INSTRUCTIONS FOR SELLER'S PROCEEDS.
          MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr         42.00

11/17/17   (HAMMOND) EMAIL CORRESPONDENCE WITH J. HISSONG
          REGARDING SELLER'S WIRING INSTRUCTIONS.
          MARIA-ALEXA GUEVARA        0.20 hours at    420.00/hr         84.00

11/17/17   (HAMMOND) TELEPHONE CONFERENCE WITH J. HISSONG TO
          CONFIRM WIRING INSTRUCTIONS.
          MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr         42.00

11/17/17   (JOLIET) BEGIN REVIEW AND ANALYSIS OF TITLE REGARDING
          OPTION TO PURCHASE.
          MARIA-ALEXA GUEVARA        0.20 hours at    420.00/hr         84.00

11/17/17   (JOLIET) VARIOUS E-MAIL CORRESPONDENCE WITH TITLE
          COMPANY.
          MARIA-ALEXA GUEVARA        0.10 hours at    420.00/hr         42.00

11/17/17   E-MAILS WITH D JURKIEWICZ REGARDING COURT'S APPROVAL
          OF AGREED ENTRY TO EXTEND REDEMPTION PERIOD FOR
          HAMMOND, IN TAX SALE.
          MICHAEL J. KLEIN          0.20 hours at    580.00/hr        116.00

11/17/17   E-MAILS WITH CLIENT AND APPLICABLE BANKRUPTCY PARTIES
          REGARDING COURT'S APPROVAL OF AGREED ENTRY TO EXTEND
          REDEMPTION PERIOD FOR HAMMOND, IN TAX SALE.
          MICHAEL J. KLEIN          0.20 hours at    580.00/hr        116.00

11/17/17   E-MAIL TO BUYER AND COUNSEL REGARDING COURT'S
          APPROVAL OF AGREED ENTRY TO EXTEND REDEMPTION PERIOD
          FOR HAMMOND, IN TAX SALE.
          MICHAEL J. KLEIN          0.20 hours at    580.00/hr        116.00

11/17/17   TELEPHONE CONFERENCE WITH M. KLEIN REGARDING HAMMOND
          CLOSING (.2); CORRESPONDENCE REGARDING SAME (.2);
          MULTIPLE CORRESPONDENCE REGARDING HAMMOND POST-
          CLOSING ISSUES (.3).

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
| | DAVID AGAY | 0.70 hours at | 625.00/hr | 437.50 |

11/17/17   TELEPHONE CONFERENCE WITH D. HARER REGARDING RACEWAY
LAND CO. (.2); CORRESPONDENCE REGARDING SAME (.1).

|  |  |  |  |  |
|---|---|---|---|---|
| | DAVID AGAY | 0.10 hours at | 625.00/hr | 62.50 |

11/20/17   E-MAILS WITH BUYER REGARDING NOTICES TO HAMMOND, IN
TENANTS.

|  |  |  |  |  |
|---|---|---|---|---|
| | MICHAEL J. KLEIN | 0.20 hours at | 580.00/hr | 116.00 |

11/20/17   CORRESPONDENCE REGARDING CROSSROADS OBJECTION.

|  |  |  |  |  |
|---|---|---|---|---|
| | DAVID AGAY | 0.20 hours at | 625.00/hr | 125.00 |

11/21/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH T. SOKANA
REGARDING MARCUS AND MILLICHAP RETURN WIRE.

|  |  |  |  |  |
|---|---|---|---|---|
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |

11/21/17   (HAMMOND) VARIOUS EMAIL CORRESPONDENCE WITH J.
HISSONG REGARDING STATUS OF MARCUS AND MILLICHAP
REFUND.

|  |  |  |  |  |
|---|---|---|---|---|
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |

11/21/17   E-MAILS WITH AND CALL FROM D TANNER REGARDING HIS
REVIEW OF PURCHASE AGREEMENT RE WHEATON, IL PROPERTY.

|  |  |  |  |  |
|---|---|---|---|---|
| | MICHAEL J. KLEIN | 0.30 hours at | 580.00/hr | 174.00 |

11/21/17   E-MAILS AND CALL WITH G VIZZA (LENDER'S COUNSEL)
REGARDING RELEASE OF MORTGAGE RELATED TO HAMMOND, IN
PROPERTY.

|  |  |  |  |  |
|---|---|---|---|---|
| | MICHAEL J. KLEIN | 0.30 hours at | 580.00/hr | 174.00 |

11/21/17   TELEPHONE CONFERENCE WITH R. KELBON REGARDING HAMMOND
SALE (.3); CORRESPONDENCE WITH M. KLEIN REGARDING
HAMMOND SALE (.2).

|  |  |  |  |  |
|---|---|---|---|---|
| | DAVID AGAY | 0.50 hours at | 625.00/hr | 312.50 |

11/22/17   REVISE TENANT NOTICE TO BP.

|  |  |  |  |  |
|---|---|---|---|---|
| | MARIA-ALEXA GUEVARA | 0.80 hours at | 420.00/hr | 336.00 |

11/22/17   REVISE TENANT NOTICE TO CENTIER BANK.

|  |  |  |  |  |
|---|---|---|---|---|
| | MARIA-ALEXA GUEVARA | 0.30 hours at | 420.00/hr | 126.00 |

11/22/17   SUPPLEMENTAL REVIEW AND ANALYSIS OF BP LEASE
REGARDING PROPER NOTICE TO BP.

|  |  |  |  |  |
|---|---|---|---|---|
| | MARIA-ALEXA GUEVARA | 0.40 hours at | 420.00/hr | 168.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/22/17 | REVIEW AND ANALYSIS OF ATM LEASE AND RENEWAL REGARDING PROPER NOTICE. | | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |
| 11/22/17 | EMAIL CORRESPONDENCE WITH BUYER'S WORKING GROUP REGARDING DRAFT TENANT NOTICES. | | | |
| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |
| 11/22/17 | (JOLIET) REVIEW AND ANALYSIS OF LETTER FROM NORTH WINDHAM AND DECLARATION AND ITS AMENDMENTS, AND MOTION FILED BY NORTH WINDHAM REGARDING OPTION TO PURCHASE. | | | |
| | MARIA-ALEXA GUEVARA | 1.60 hours at | 420.00/hr | 672.00 |
| 11/22/17 | (JOLIET) EMAIL CORRESPONDENCE WITH WORKING GROUP REGARDING ANALYSIS WITH RESPECT TO OPTION TO PURCHASE. | | | |
| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |
| 11/22/17 | E-MAILS WITH G VIZZA ENCLOSING DEED AND TITLE COMMITMENTS FOR HAMMOND, IN PROPERTY. | | | |
| | MICHAEL J. KLEIN | 0.20 hours at | 580.00/hr | 116.00 |
| 11/22/17 | E-MAILS WITH C MIOTT (BUYER) REGARDING TENANT NOTICE LETTERS RE CLOSING ON SALE OF TRACT 1, HAMMOND, IN PROPERTY. | | | |
| | MICHAEL J. KLEIN | 0.20 hours at | 580.00/hr | 116.00 |
| 11/22/17 | REVIEW TENANT NOTICE LETTERS REGARDING HAMMOND, IN SALE. | | | |
| | MICHAEL J. KLEIN | 0.30 hours at | 580.00/hr | 174.00 |
| 11/22/17 | ATTENTION TO ISSUES WITH PARTIES' CLAIM OF PURCHASE RIGHT ON JOLIET, IL PROPERTY. | | | |
| | MICHAEL J. KLEIN | 0.30 hours at | 580.00/hr | 174.00 |
| 11/22/17 | REVIEW E-MAIL FROM L LEACH (CONWAY MACKENZIE) ENCLOSING BUYER'S COMMENTS ON FIRST DRAFT PURCHASE AGREEMENT FOR WHEATON, IL PROPERTY. | | | |
| | MICHAEL J. KLEIN | 0.50 hours at | 580.00/hr | 290.00 |
| 11/22/17 | PREPARE TENANT NOTICE FOR BP. | | | |
| | RAUL VALERO | 0.40 hours at | 260.00/hr | 104.00 |
| 11/22/17 | PREPARE TENANT NOTICE FOR BANK. | | | |
| | RAUL VALERO | 0.20 hours at | 260.00/hr | 52.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

11/27/17   (HAMMOND ONE) VARIOUS TELEPHONE CONFERENCES WITH D.
HARER REGARDING CONTACT INFORMATION FOR TENANTS.
MARIA-ALEXA GUEVARA          0.20 hours at     420.00/hr          84.00

11/27/17   (HAMMOND ONE) REVISE TENANT NOTICE TO BP.
MARIA-ALEXA GUEVARA          0.10 hours at     420.00/hr          42.00

11/27/17   (HAMMOND ONE) REVISE TENANT NOTICE TO CENTIER.
MARIA-ALEXA GUEVARA          0.10 hours at     420.00/hr          42.00

11/27/17   (HAMMOND ONE) VARIOUS E-MAIL CORRESPONDENCE WITH C.
MIOTT REGARDING REVISED TENANT NOTICES AND TENANT
CONTACT INFORMATION.
MARIA-ALEXA GUEVARA          0.20 hours at     420.00/hr          84.00

11/27/17   (HAMMOND ONE) E-MAIL CORRESPONDENCE WITH D. HARER
REQUESTING ADDITIONAL CONTACT INFORMATION FOR THE
TENANT.
MARIA-ALEXA GUEVARA          0.10 hours at     420.00/hr          42.00

11/27/17   E-MAILS WITH D JURKIEWICZ REGARDING STATUS OF COURT'S
ORDER TO EXTEND REDEMPTION PERIOD FOR HAMMOND, IN TAX
SALE AND CALCULATION OF REDEMPTION AMOUNT.
MICHAEL J. KLEIN            0.20 hours at     580.00/hr         116.00

11/27/17   E-MAIL TO DISTRIBUTION REGARDING STATUS OF AND
ENCLOSING COURT'S ORDER TO EXTEND REDEMPTION PERIOD
FOR HAMMOND, IN TAX SALE AND CALCULATION OF
REDEMPTION AMOUNT.
MICHAEL J. KLEIN            0.20 hours at     580.00/hr         116.00

11/27/17   CALL WITH D POSNER REGARDING REDEMPTION OF TAXES ON
HAMMOND, IN PROPERTY.
MICHAEL J. KLEIN            0.20 hours at     580.00/hr         116.00

11/28/17   (HAMMOND) VARIOUS E-MAIL CORRESPONDENCE WITH C. MIOTT
REGARDING TENANT NOTICES.
MARIA-ALEXA GUEVARA          0.30 hours at     420.00/hr         126.00

11/28/17   (HAMMOND) REVISE LETTERS TO TENANTS PER E-MAIL
CORRESPONDENCE.
MARIA-ALEXA GUEVARA          0.10 hours at     420.00/hr          42.00

11/28/17   (HAMMOND) VARIOUS E-MAIL CORRESPONDENCE WITH D. HARER
REGARDING EXECUTION OF NOTICES.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |  |
|---|---|---|---|---|
| | MARIA-ALEXA GUEVARA | 0.30 hours at | 420.00/hr | 126.00 |

11/28/17   (HAMMOND) E-MAIL CORRESPONDENCE WITH K. KRUPA
REGARDING TENANT.

| | MARIA-ALEXA GUEVARA | 0.50 hours at | 420.00/hr | 210.00 |

11/28/17   (JOLIET) VARIOUS E-MAIL CORRESPONDENCE WITH WORKING
GROUP REGARDING PLEADING AND PROPOSED RESPONSE.

| | MARIA-ALEXA GUEVARA | 0.20 hours at | 420.00/hr | 84.00 |

11/28/17   (JOLIET) BEGIN DRAFTING LETTER TO R. TEPPER REGARDING
OPTION TO PURCHASE.

| | MARIA-ALEXA GUEVARA | 1.10 hours at | 420.00/hr | 462.00 |

11/28/17   REVIEW AND REVISE OBJECTION TO KORELLIS LIFT STAY
MOTION.

| | DAVID AGAY | 0.70 hours at | 625.00/hr | 437.50 |

11/29/17   (HAMMOND) E-MAIL CORRESPONDENCE WITH C. MIOTT
REGARDING TENANT NOTICES.

| | MARIA-ALEXA GUEVARA | 0.10 hours at | 420.00/hr | 42.00 |

11/29/17   REVIEW E-MAILS FROM D JURKIEWICZ AND W GREESON (TAX
SALE BUYER'S COUNSEL) REGARDING COUNTY CLERK'S ISSUES
WITH REDEMPTION OF HAMMOND, IN TAX SALE.

| | MICHAEL J. KLEIN | 0.20 hours at | 580.00/hr | 116.00 |

11/29/17   CORRESPONDENCE WITH M. KLEIN REGARDING PENDING
TRANSACTIONS.

| | DAVID AGAY | 0.10 hours at | 625.00/hr | 62.50 |

11/30/17   (JOLIET) CONTINUE PREPARING LETTER TO COUNSEL FOR
NORTH WINDHAM REGARDING RIGHT TO PURCHASE.

| | MARIA-ALEXA GUEVARA | 1.60 hours at | 420.00/hr | 672.00 |

TOTAL FEES FOR MATTER:  43474-00014        $28,337.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| MARIA-ALEXA GUEVARA | Member | $420.00 | 35.7 | $14,994.00 | | |
| MICHAEL J. KLEIN | Member | $580.00 | 15.5 | $8,990.00 | | |
| DAVID AGAY | Member | $625.00 | 6.5 | $4,062.50 | | |
| RAUL VALERO | Associate | $260.00 | 0.6 | $156.00 | | |
| SONYA GRAY THOMAS | Paralegal | $270.00 | 0.5 | $135.00 | | |
| **TOTALS** | | | 58.8 | $28,337.50 | $56,285.00 | $56,285.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   RELIEF FROM STAY
      43474-00015

11/07/17   MULTIPLE PHONE CALLS AND EMAILS TO SANDY PESKE AT
           SENTRY RE: SELF INSURED RETENTION AND POLICY YEAR
           AGGREGATES
           RION VAUGHAN                 0.30 hours at    325.00/hr        97.50

11/14/17   TELEPHONE CONFERENCES WITH COUNSEL FOR CLEEK
           REGARDING CLEEK'S STAY RELIEF MOTION GOING FORWARD AT
           11/16 OMNIBUS HEARING.
           JOSH GADHARF                 0.20 hours at    395.00/hr        79.00

11/16/17   REVIEW AND STRATEGIZE ISSUES RELATING TO OUTSTANDING
           STAY RELIEF MOTIONS AND REQUESTS.
           JOSH GADHARF                 0.40 hours at    395.00/hr       158.00

11/20/17   EMAIL TO S. SINGH REGARDING HUBER LIFT STAY
           STIPULATION.
           JOSH GADHARF                 0.10 hours at    395.00/hr        39.50

11/20/17   PREPARE FOR AND TELEPHONE CONFERENCE WITH COUNSEL TO
           HUBER REGARDING STIPULATION LIFTING STAY.
           JOSH GADHARF                 0.20 hours at    395.00/hr        79.00

11/21/17   REVISE AND FILE STIPULATION AGREEING TO STAY RELIEF
           FOR L. HUBER.
           JOSH GADHARF                 0.50 hours at    395.00/hr       197.50

11/22/17   REVIEW KORELLIS MOTION FOR RELIEF FROM STAY (.4);
           CORRESPONDENCE REGARDING RESPONSE TO SAME TO M. CARR
           (.2).
           DAVID AGAY                   0.60 hours at    625.00/hr       375.00

11/22/17   REVIEW AND ANALYZE KORELLIS ROOFING LIFT STAY MOTION.
           JOSH GADHARF                 0.20 hours at    395.00/hr        79.00

11/27/17   DRAFTING OBJECTION TO KORELLIS MOTION FOR RELIEF FROM
           STAY.
           MARIA CARR                   2.20 hours at    295.00/hr       649.00

11/27/17   REVIEW OF KORELLIS MOTION FOR RELIEF FROM STAY AND
           DRAFTING OF OBJECTION REGARDING SAME.

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

|  |  |  |  |
|---|---|---|---|
| MARIA CARR | 0.40 hours at | 295.00/hr | 118.00 |

11/28/17   REVIEW AND FILE OBJECTION TO KORELLIS STAY RELIEF
           MOTION.

|  |  |  |  |
|---|---|---|---|
| JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |

TOTAL FEES FOR MATTER:  43474-00015        $ 2,069.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| DAVID AGAY | Member | $625.00 | 0.6 | $375.00 | | |
| JOSH GADHARF | Member | $395.00 | 2.1 | $829.50 | | |
| MARIA CARR | Associate | $295.00 | 2.6 | $767.00 | | |
| RION VAUGHAN | Associate | $325.00 | 0.3 | $97.50 | | |
| **TOTALS** | | | 5.6 | $2,069.00 | $3,015.00 | $3,015.00 |

**McDonald** Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

**Invoices Due Upon Receipt**

RE:   CREDITOR COMMUNICATIONS
      43474-00016


| Date | Description | | | |
|---|---|---|---|---|
| 11/13/17 | TELEPHONE CONFERENCE WITH CREDITOR REGARDING STATUS OF BANKRUPTCY CASES. JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/13/17 | TELEPHONE CONFERENCE WITH PARTY ON CREDITOR MATRIX REGARDING STATUS OF BANKRUPTCY CASE. JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/27/17 | TELEPHONE CONFERENCE WITH CREDITOR REGARDING TIMING AND AMOUNT OF DISTRIBUTIONS. JOSH GADHARF | 0.10 hours at | 395.00/hr | 39.50 |
| 11/29/17 | TELEPHONE CONFERENCE WITH CREDITOR REGARDING RECEIPT OF PACA/PASA NOTICE. JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/29/17 | TELEPHONE CONFERENCE WITH CREDITOR REGARDING NOTICE OF MOTION TO CONVERT CASES TO CHAPTER 7. JOSH GADHARF | 0.10 hours at | 395.00/hr | 39.50 |
| 11/29/17 | EMAIL TO CREDITOR REGARDING FILING PROOF OF CLAIM. JOSH GADHARF | 0.10 hours at | 395.00/hr | 39.50 |

TOTAL FEES FOR MATTER:  43474-00016       $   355.50

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| JOSH GADHARF | Member | $395.00 | 0.9 | $355.50 | | |
| **TOTALS** | | | 0.9 | $355.50 | $2,772.50 | $2,772.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   CREDITOR COMMITTEE MEETINGS AND COMMUNICATIONS
      43474-00017

| Date | Description | | | |
|---|---|---|---|---|
| 11/08/17 | LENGTHY CALL WITH COMMITTEE COUNSEL REGARDING OBJECTION TO 9019 MOTION. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
| 11/28/17 | MULTIPLE CALLS WITH COMMITTEE COUNSEL AND COUNSEL FOR COMMITTEE MEMBER REGARDING CHANGES TO PROPOSED CONVERSION ORDER. | | | |
| | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |

TOTAL FEES FOR MATTER:  43474-00017     $    316.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | HOURS | FEES | FEES | FEES |
| JOSH GADHARF | Member | $395.00 | 0.8 | $316.00 | | |
| **TOTALS** | | | 0.8 | $316.00 | $114.50 | $114.50 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:   HEARINGS
      43474-00018

| | | | | |
|---|---|---|---|---:|
| 11/14/17 | BEGIN ASSEMBLY OF HEARING BINDER | | | |
| | LESLIE BURRELL | 0.80 hours at | 280.00/hr | 224.00 |
| 11/14/17 | TELEPHONE CONFERENCE WITH PNC COUNSEL REGARDING AGENDA FOR 11/16 HEARING. | | | |
| | JOSH GADHARF | 0.20 hours at | 395.00/hr | 79.00 |
| 11/14/17 | TELEPHONE CONFERENCE WITH COURT REGARDING AGENDA FOR 11/16 HEARING. | | | |
| | JOSH GADHARF | 0.10 hours at | 395.00/hr | 39.50 |
| 11/14/17 | REVIEW, REVISE, AND FILE AGENDA FOR 11/16 OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 1.60 hours at | 395.00/hr | 632.00 |
| 11/14/17 | PREPARE FOR 11/16 OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |
| 11/15/17 | ASSEMBLE VOLUMINOUS MOTIONS AND ORDERS FOR STATUS HEARING. | | | |
| | LESLIE BURRELL | 5.10 hours at | 280.00/hr | 1,428.00 |
| 11/15/17 | REVIEW, REVISE, AND FILE AMENDED AGENDA FOR 11/16 OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 1.20 hours at | 395.00/hr | 474.00 |
| 11/15/17 | PREPARE FOR 11/16 OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 0.30 hours at | 395.00/hr | 118.50 |
| 11/16/17 | RECEIPT AND REVIEW OF COURT NOTICES AND ORDERS. | | | |
| | LESLIE BURRELL | 0.30 hours at | 280.00/hr | 84.00 |
| 11/16/17 | MEET WITH D. HARER, J. CHIANG, M. FLYNN TO PREPARE FOR OMNIBUS HEARING AND M. FLYNN PROFFER (1.5); REPRESENT DEBTOR AT OMNIBUS HEARING (2.4). | | | |
| | DAVID AGAY | 3.90 hours at | 625.00/hr | 2,437.50 |
| 11/22/17 | DRAFT AGENDA FOR 11/30 OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

| | | | | |
|---|---|---|---|---|
| 11/27/17 | REVIEW AND REVISE PROPOSED AGENDA FOR 11/30 OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 0.80 hours at | 395.00/hr | 316.00 |
| 11/28/17 | PREPARE HEARING BINDER. | | | |
| | LESLIE BURRELL | 3.40 hours at | 280.00/hr | 952.00 |
| 11/28/17 | REVIEW, REVISE, AND FILE AGENDA FOR 11/30 OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
| 11/28/17 | PREPARE FOR 11/30 OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 0.40 hours at | 395.00/hr | 158.00 |
| 11/29/17 | RECEIPT AND REVIEW OF FILING NOTICES AND ORDERS; REVISE HEARING BINDER. | | | |
| | LESLIE BURRELL | 0.90 hours at | 280.00/hr | 252.00 |
| 11/29/17 | PREPARE FOR NOVEMBER 30 OMNIBUS HEARING BY REVIEW PENDING MATTERS. | | | |
| | DAVID AGAY | 1.20 hours at | 625.00/hr | 750.00 |
| 11/29/17 | REVIEW, REVISE, AND FILE AMENDED AGENDA FOR 11/30 OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 1.00 hours at | 395.00/hr | 395.00 |
| 11/29/17 | PREPARE FOR 11/30 OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 1.20 hours at | 395.00/hr | 474.00 |
| 11/30/17 | RECEIPT AND REVIEW OF FILING NOTICES AND ORDERS; REVISE HEARING BINDER; ASSEMBLE PROPOSED ORDERS. | | | |
| | LESLIE BURRELL | 1.10 hours at | 280.00/hr | 308.00 |
| 11/30/17 | REPRESENT CLIENT AT OMNIBUS HEARING (1.3); POST-HEARING CONFERENCE WITH PNC REPRESENTATIVES (.4); PREPARE FOR OMNIBUS HEARING BY REVIEW MOTIONS UP FOR HEARING AND SUPPORTING DECLARATION (1.2). | | | |
| | DAVID AGAY | 2.90 hours at | 625.00/hr | 1,812.50 |
| 11/30/17 | PREPARE FOR OMNIBUS HEARING. | | | |
| | JOSH GADHARF | 0.50 hours at | 395.00/hr | 197.50 |

TOTAL FEES FOR MATTER:  43474-00018        $12,119.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P*: 216.348.5400
*F*: 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR. | CURRENT INVOICE | | YEAR-TO-DATE | CUMULATIVE |
|---|---|---|---|---|---|---|
| | | | HOURS | FEES | FEES | FEES |
| DAVID AGAY | Member | $625.00 | 8.0 | $5,000.00 | | |
| JOSH GADHARF | Member | $395.00 | 9.8 | $3,871.00 | | |
| LESLIE BURRELL | Paralegal | $280.00 | 11.6 | $3,248.00 | | |
| **TOTALS** | | | **29.4** | **$12,119.00** | **$26,610.50** | **$26,610.50** |

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio  44114

P: 216.348.5400
F: 216.348.5474
mcdonaldhopkins.com
Fed. ID  34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

RE:    SCHEDULES & SOFAS
       43474-00022


| 11/06/17 | COMMUNICATION RE REVISION OF SOFA AND REVIEW OF SAME. | | | |
|---|---|---|---|---|
| | MARIA CARR | 0.20 hours at | 295.00/hr | 59.00 |
| 11/07/17 | REVIEW AMENDED SCHEDULES AND SOFA'S | | | |
| | DAVID AGAY | 0.90 hours at | 625.00/hr | 562.50 |
| 11/08/17 | ATTENTION TO AMENDMENT OF STATEMENT OF FINANCIAL AFFAIRS FOR CENTRAL GROCERS. | | | |
| | MARIA CARR | 0.30 hours at | 295.00/hr | 88.50 |
| 11/09/17 | CALL AND EMAIL WITH M. FLYNN RE AMENDING SOFA. | | | |
| | MARIA CARR | 0.20 hours at | 295.00/hr | 59.00 |

TOTAL FEES FOR MATTER:  43474-00022          $    769.00

# McDonald Hopkins

McDonald Hopkins LLC
Suite 2100
600 Superior Avenue, E
Cleveland, Ohio 44114

*P:* 216.348.5400
*F:* 216.348.5474
mcdonaldhopkins.com
Fed. ID 34-1059058

Chicago | Cleveland | Columbus | Detroit | Miami | West Palm Beach

Invoices Due Upon Receipt

## FEES SUMMARY

| TIMEKEEPER | TITLE | RATE/HR | CURRENT INVOICE HOURS | CURRENT INVOICE FEES | YEAR-TO-DATE FEES | CUMULATIVE FEES |
|---|---|---|---|---|---|---|
| DAVID AGAY | Member | $625.00 | 0.9 | $562.50 | | |
| MARIA CARR | Associate | $295.00 | 0.7 | $206.50 | | |
| **TOTALS** | | | **1.6** | **$769.00** | **$7,513.50** | **$7,513.50** |

Logue, Renee

| | |
|---|---|
| From: | Harrow, Shelly |
| Sent: | Tuesday, November 07, 2017 10:34 AM |
| To: | Logue, Renee |
| Subject: | FW: Pay.gov Payment Confirmation: IL Northern CM ECF |

Can you help me get this accomplished?  ,... I'll call you in 5 minutes.


Shelly Harrow
Legal Secretary
MCDONALD HOPKINS LLC

39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304
T: 248.220.1339
F: 248.646.5075
mailto:sharrow@mcdonaldhopkins.com
http://www.mcdonaldhopkins.com




-----Original Message-----
From: Gadharf, Joshua
Sent: Monday, November 06, 2017 9:49 PM
To: Harrow, Shelly
Subject: FW: Pay.gov Payment Confirmation: IL Northern CM ECF

You should have received this as well.  Needs to be expensed ASAP to 43474-1 (court fees).  Is there any way to get this
on the invoice for November?  We are running out of time to get our fees paid.  I obviously don't care about the timing
of when I get reimbursed, I just don't want the firm to be out $15.


Joshua Gadharf
Member
MCDONALD HOPKINS LLC

39533 Woodward Avenue
Suite 318
Bloomfield Hills, MI 48304
T: 248.593.2942
mailto:jgadharf@mcdonaldhopkins.com
http://www.mcdonaldhopkins.com

1

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Monday, November 06, 2017 5:58 PM
To: Harrow, Shelly; Gadharf, Joshua
Subject: Pay.gov Payment Confirmation: IL Northern CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel
this payment, please contact Donna Bridges at (312) 435-7581.

Application Name: IL Northern CM ECF
Pay.gov Tracking ID: 265R5SJQ
Agency Tracking ID: 35873932
Transaction Type: Sale
Transaction Date: Nov 6, 2017 5:57:48 PM

Account Holder Name: Joshua Gadharf
Transaction Amount: $15.00
Card Type: AmericanExpress
Card Number: ***********2013

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

2

**MH Firm Credit Card Expenditure Summary**

Card Name: Chicago

Last Four Digits of Card: 1107    11/20/2017

### DETAILED EXPENDITURE RECORD

| Date | Charge to: (Client Code/Client Matter) | Payment Made To | Description (i.e. meal, filing fees, etc.) | Attorney Responsible for Charge | Amount |
|---|---|---|---|---|---|
| 11/20/17 | 43474-00011 | D&E Reporting | 11/16/17 Court Transcript | Agay | $ 574.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | **TOTAL CREDIT CARD EXPENDITURE SUMMARY** | | $ 574.00 |

Mary Brady
Prepared By

11/20/2017
Date

FileHandler.axd

Invoice                                                                    Page 1 of 1

## Invoice Details                                                         Print/PDF

This Invoice was edited on Nov 20, 2017 at 6:38 AM PST

**INVOICE**

D&E Reporting, Inc.                                        **Paid**
219 South Dearborn Street, Suite 661
Chicago, IL 60604                        Invoice #:  0297
United States                           Invoice date:  Nov 17, 2017
Tax ID: EIN: 81-5396423                 Due date:  Nov 17, 2017

dandereporting@gmail.com

Amount due:
**$0.00**

Bill To:

iburrell@mcdonaldhopkins.com

| Description | Amount |
|---|---|
| Transcript services | $0.00 |
| In re: Central Grocers, Inc., 17 B 13886 | $0.00 |
| Daily copy delivery of the transcript of proceedings of November 16, 2017 before Judge Hollis. | $574.00 |
| Subtotal | $574.00 |
| Total | $574.00 |
| Amount paid | -$574.00 |
| Amount due | $0.00 USD |

Powered by *PayPal*

Copyright © 1999- PayPal. All rights reserved.

https://www.paypal.com/invoice/payerView/details/INV2-ZSMS-HA9S-3ZHN-F9S7          11/20/2017



**U.S. MESSENGER**
LOGISTICS MANAGEMENT GROUP

| *INVOICE* | |
|---|---|
| Invoice Date | 09/16/17 |
| Invoice No. | 6044-39616 |
| Acct. No. | 6044 |
| Period Ending | 09/16/17 |
| Current Charge | $59.46 |
| Applied Payments | $0.00 |
| Past Due | $140.50 |
| Finance Charges | $0.00 |
| LESS THAN 30 | $140.50 |
| DUE DATE | 10/16/2017 |

To assure proper credit to your account -
note your account number on your
check/stub. Copies of the invoice are not
necessary! Thanks!

McDonald Hopkins - OD6044
Accounts Payable
300 N La Salle Dr
Ste 1400
Chicago, IL 60654-3406

| Date | OrdTrkID Callor/Ref# | Origin | Destination/POD | Service Vehicle | Total |
|---|---|---|---|---|---|
| 09/11/17 | 1870.091117 Kathy Porter 33567.155 | McDonald Hopkins 300 N La Salle Dr Ste 1400 Chicago, IL 60654-3406 Pcs:1 Wt:0.00 | 50 W Washington St Room 2810 Chicago, IL 60602-1305 k bedia 12:10 | Bike 2 - 45 Biker | $11.50 ($0.00) |
| 09/12/17 | 1865.091217 Mary Brady Agay | McDonald Hopkins 300 N La Salle Dr Ste 1400 Chicago, IL 60654-3406 Pcs:1 Wt:0.00 | 100 E Bellevue Pl Apt. 3D Chicago, IL 60611-1157 d garcia 11:49 | Bike 1 Direct Biker | $15.50 ($0.00) |
| 09/12/17 | 2216.091217 Mary Brady 43474.11 | McDonald Hopkins 300 N La Salle Dr Ste 1400 Chicago, IL 60654-3406 Pcs:1 Wt:20.00 | Conway MacKenzie Inc. 77 W Wacker Dr Suite 4000 Chicago, IL 60601-1604 wilson 13:16 | 1 Loop Direct - Car/Van Car | $32.46 ($0.00) |

| | |
|---|---|
| Invoice No. | 6044-39616 |
| Acct. No. | 6044 |
| Purchase Order | |
| Page | 1 |

**US Messenger & Logistics, Inc.**
7790 Quincy Street
Willowbrook, IL 60527
630-286-0550, Fax:630-286-0606
usmessenger.net

| Outstanding Charges | | $199.96 |
|---|---|---|
| $0.00 | $0.00 | $0.00 |
| 31-60 | over 60 | Minus Payment |
| Total Due | | $199.96 |