EXHIBIT A

**PETER J. SOLOMON SECURITIES COMPANY**

1345 Avenue of the Americas
New York, N.Y.  10105
Tel: 212.508.1664
Fax: 212.508.1688
info@pjsolomon.com

November 15, 2017

**Central Grocers, Inc.**
2600 West Haven Avenue
Joliet, IL  60433

Attn:   Kenneth W. Nemeth
        President and CEO

## A M E N D E D   I N V O I C E

| | |
|---|---:|
| Transaction fee due pursuant to paragraph 3b of our Engagement Letter dated April 18, 2017 for the sale of property in Hammond, IN: | $ 30,450.00 |
| **Amount due upon receipt** | $ 30,450.00 |

*Please remit payment by wire transfer in U.S. Dollars to:*

   First Republic Bank
   1230 Avenue of the Americas
   New York, NY  10020

   ABA **#:  321 081669**
   For credit to:  **Peter J. Solomon Securities Company, LLC**
   Account number:  **800-0096-4487**

www.pjsc.com

# PETER J SOLOMON COMPANY

1345 Avenue of the Americas
New York, N.Y.  10105
Tel: 212.508.1664
Fax: 212.508.1688
info@pjsolomon.com

December 8, 2017

**Central Grocers Inc.**
2600 West Haven Avenue
Joliet, IL  60433

Attn:   Kenneth W. Nemeth
        President and CEO

# I N V O I C E

Out-of-pocket expenses for the period
through November 30, 2017:

| | |
|---|---:|
| Travel, local travel & late night meals | $   479.73 |
| Conference calls and other communications | 13.66 |
| **Amount due upon receipt** | $   493.39 |

*Please remit payment by wire transfer in U.S. Dollars to:*

   First Republic Bank
   1230 Avenue of the Americas
   New York, NY  10020

   ABA #:  **321 081669**
   For credit to:  **Peter J. Solomon Company, LLC**
   Account number:  **800-0071-2019**

www.pjsc.com

PETER J SOLOMON COMPANY

Case 17-13886  Doc 1132-1  Filed 12/21/17  Entered 12/21/17 12:24:07  Desc
Exhibit A - Peter J. Solomon Company LLC November 2017 Invoices  Page 4 of 5

Work In Process Report - Unbilled Only
For Client: **Central Grocers**  Status: **Open**  MD: **S MOSES**

| Summary Data: | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **MESS** | =Messenger & Delivery | | | | 13.66 | |
| **Grand Total:** | | | | | | 13.66 | |

| CostCode | Job # | Client | Type | Date | Billed | Amount | Comment |
|---|---|---|---|---|---|---|---|

**Messenger & Delivery**

| MESS | AP | 1445000 | Central Grocers | M | 11/30/2017 | N | 13.66 | 300FEDEX 599918533 |

**Total Messenger & Delivery**   13.66

**Grand Total:**   13.66

PETER J SOLOMON COMPANY

Case 17-13886  Doc 1132-1  Filed 12/21/17  Entered 12/21/17 12:24:07  Desc
Exhibit A - Peter J. Solomon Company LLC November 2017 Invoices  Page 5 of 5

Work In Process Report - Unbilled Only
For Client: **Central Grocers**  Status: **Open**  MD: **S MOSES**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Summary Data:** | | | | | | | |
| | **MEALS** | =Meals & Entertainment | | | 41.33 | | |
| | **TRAVEL** | =Travel & Lodging | | | 438.40 | | |
| **Grand Total:** | | | | | 479.73 | | |

| CostCode | Job # | Client | Type | Date | Billed | Amount | Comment |
|---|---|---|---|---|---|---|---|
| **Meals & Entertainment** | | | | | | | |
| MEALS AP | 1445000 | Central Grocers | E | 11/15/2017 | N | 41.33 | 300MOSESS 30819   Central Grocer |
| **Total Meals & Entertainment** | | | | | | 41.33 | |
| **Travel & Lodging** | | | | | | | |
| TRAVEL AP | 1445000 | Central Grocers | T | 11/15/2017 | N | 438.40 | 300MOSESS 30819   Central Grocer |
| **Total Travel & Lodging** | | | | | | 438.40 | |
| | | | | | **Grand Total:** | 479.73 | |