UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                    ) BK No.:  17-13886
                                                          ) (Jointly Administered)
CENTRAL GROCERS, INC., et al.,                            ) Chapter:  11
                                                          )
                                                          ) Honorable Pamela S. Hollis
                                                          )
                                                          )
                              Debtor(s)                   )
                                                          ) Adv. No.:
                                                          )
                                                          )
                              Plaintiff(s)                )
                                                          )
                                                          )
                                                          )
                              Defendant(s)                )

**ORDER GRANTING FIRST AND FINAL APPLICATION OF
SAUL EWING LLP FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES AS DELAWARE
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM MAY 15, 2017 THROUGH JUNE 20, 2017, AND
REQUEST FOR SHORTENED NOTICE**

This matter coming to be heard on the First and Final Application of Saul Ewing LLP ("SE") for Allowance of Compensation and Reimbursement of Expenses as Delaware counsel to the Official Committee of Unsecured Creditors (the "Application") for the Period from May 15, 2017 Through June 20, 2017 (the "Application Period"); notice of the Application being proper; the Court being fully advised in the premises; and the amounts requested being reasonable;

IT IS HEREBY ORDERED that:

1. SE's request for shortened notice is granted;

2. SE is allowed $90,225.00 as final compensation for services rendered during the Application Period as Delaware counsel to the Committee;

3. SE is allowed $1,435.00 as final compensation for reasonable and necessary professional services rendered during the Application Period in connection with drafting this Application;

4. SE is allowed $1,841.70 for reimbursement of actual and necessary costs and expenses incurred during the Application Period; and

5. The Debtors, the CRO, or his successor shall pay SE the unpaid balance of $19,480.00 for legal services for the period May 15, 2017 through 20, 2017

Enter:

Honorable Pamela S. Hollis

United States Bankruptcy Judge

Dated:  December 21, 2017

**Prepared by:**

Kevin H. Morse (06297244)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7100
Fax: (312) 876-0288