## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTRAL GROCERS INC., *et al.*, | ) Case No. 17-13866 |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date:  February 15, 2018 |
| | ) Time: 10:00 a.m. |

### NOTICE OF MOTION

To:     See Attached Service List

   **PLEASE  TAKE  NOTICE**  that  on  **February  15,  2018  at  10:00  a.m.**  or  as  soon
thereafter as counsel may be heard, the undersigned will appear before the Hon. Pamela S. Hollis
or  such  other  judge  as  may  be  sitting  in  her  stead,  in  Room  644  of  the  Dirksen  Federal
Courthouse,  219  S.  Dearborn  Street,  Chicago,  Illinois,  and  shall  then  and  there  present  the
attached  **SIXTH  MONTHLY  AND  FINAL  FEE  APPLICATION  OF  KILPATRICK
TOWNSEND  &  STOCKTON  LLP  FOR  COMPENSATION  AND  REIMBURSEMENT
OF  EXPENSES  FOR  THE  PERIOD  FROM  MAY  15,  2017  THROUGH  AND
INCLUDING DECEMBER 4, 2017**, at which time and place you may appear as you see fit.

By: */s/ Todd C. Meyers*

**KILPATRICK TOWNSEND &
STOCKTON LLP**
Todd C. Meyers, Esq.
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309-4528

-and-

1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (404) 815-6482
Telephone: (212) 775-8766

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650),
Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC
(2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central
LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184),
and SVT, LLC (1185).

Facsimile: (404) 541-3307
tmeyers@kilpatricktownsend.com

-and-

David M. Posner, Esq.
Gianfranco Finizio, Esq.
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
dposner@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com

*Counsel to the Official Committee of
Unsecured Creditors*

## CERTIFICATE OF SERVICE

I, Kevin H. Morse, an attorney, certify that I caused a copy of the attached Notice of Motion and Application to be served on the parties listed on the attached Service List, via the Court's ECF system on January 18, 2018.

/s/ Kevin H. Morse

## SERVICE LIST

Via ECF:

Howard L. Adelman
hla@ag-ltd.com
dbaird@ag-ltd.com

David A Agay
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com
bkfilings@mcdonaldhopkins.com

Mark A. Amendola
mamendola@martynlawfirm.com

Thomas J. Angell
tangell@jbosh.com

Ronald Barliant
ronald.barliant@goldbergkohn.com
kristina.bunker@goldbergkohn.com

Mark T Benedict
mark.benedict@huschblackwell.com
susan.williams@huschblackwell.com

Robert R Benjamin
rrbenjamin@gct.law
mperez@gct.law
myproductionss@gmail.com
tstephenson@gct.law
r61390@notify.bestcase.com

John A Benson
jbenson@huckbouma.com

Brendan G Best
bgbest@varnumlaw.com

wrkyles@varnumlaw.com

Mark V Bossi
mbossi@thompsoncoburn.com

Alexander F Brougham
abrougham@ag-ltd.com
dbaird@ag-ltd.com

Aaron B Chapin
aaron.chapin@huschblackwell.com
litigation.docket@huschblackwell.com
LegalSupportTeam-Lit-TM-
CHI@huschblackwell.com

Barry A Chatz
barry.chatz@saul.com
jurate.medziak@saul.com

Scott R Clar
sclar@craneheyman.com
mjoberhausen@craneheyman.com
asimon@craneheyman.com

Peter A Clark
pclark@btlaw.com

William J Connelly
wconnelly@hinshawlaw.com
ihernandez@hinshawlaw.com
Heather M Crockett
heather.crockett@atg.in.gov
Maricel.Skiles@atg.in.gov
Stephanie.Patrick@atg.in.gov

Aaron Davis
aaron.davis@bryancave.com
CHDocketing@bryancave.com
kat.denk@bryancave.com
kathryn.farris@bryancave.com

Steven M De Falco
sdefalco@meuerslawfirm.com
lrogers@meuerslawfirm.com
snurenberg@meuerslawfirm.com

David R Doyle
ddoyle@shawfishman.com
kjanecki@shawfishman.com

Nicholas R Dwayne
ndwayne@ag-ltd.com

Devon J Eggert
deggert@freeborn.com
bkdocketing@freeborn.com

Mary J Fassett
mjf@mccarronlaw.com

Joseph D Frank
jfrank@fgllp.com
ccarpenter@fgllp.com
jkleinman@fgllp.com
mmatlock@fgllp.com

Patricia B Fugee
patricia.fugee@fisherbroyles.com
ecf@cftechsolutions.com

Matthew Gartner
matthew.gartner@huschblackwell.com
legalsupportteam-10flnorth-
slc@huschblackwell.com

Sara J Geenen
sjg@previant.com, cyp@previant.com
Danielle J. Gould
dszukala@burkelaw.com

Trinitee G Green
tgreen@freeborn.com
bkdocketing@freeborn.com

Joel D Groenewold
jdgroenewold@kopkalaw.com

John W Guzzardo
jguzzardo@shawfishman.com
orafalovsky@shawfishman.com

Timothy M Hughes
thughes@lavellelaw.com
r41234@notify.bestcase.com

Paula K. Jacobi
pjacobi@btlaw.com
jsantana@btlaw.com

Benjamin Kelly
benkellysr@comcast.net

Randall Klein
randall.klein@goldbergkohn.com
amy.halpin@goldbergkohn.com

William B Kohn
 kohn@wbkohnlaw.com

Lawrence J Kotler
ljkotler@duanemorris.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Caren A Lederer
calederer@gct.law
mperez@gct.law
stasciotti@gct.law
tstephenson@gct.law

Douglas J. Lipke
dlipke@vedderprice.com
ecfdocket@vedderprice.com
Robert B. Marcus
rmarcus@attorneymm.com
mail@attorneymm.com

Teresa A Massa
tam@terrellandthrall.com

Mark Melickian
mmelickian@sfgh.com joconnor@sfgh.com

mbrandess@sfgh.com
bkdocket@sfgh.com

Todd C Meyers
tmeyers@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com
DPosner@kilpatricktownsend.com
sagreen@kilpatricktownsend.com
mwilliams@kilpatricktownsend.com

Michael C. Moody
mmoody@orourkeandmoody.com
firm@orourkeandmoody.com
morourke@orourkeandmoody.com

Justin Morgan
justin.morgan@bryancave.com

Kevin H Morse
kevin.morse@saul.com

Lauren Newman
lnewman@thompsoncoburn.com
jstolarz@thompsoncoburn.com
aversis@thompsoncoburn.com
bray@thompsoncoburn.com

Ha M Nguyen
ha.nguyen@usdoj.gov

Sven T Nylen
sven.nylen@klgates.com

Frederick Perillo
fp@previant.com
jb@previant.com

Nancy A Peterman
petermann@gtlaw.com
chilitdock@gtlaw.com
greenbergc@gtlaw.com

Ann E Pille
ann.pille@dlapiper.com
apille@reedsmith.com
bankruptcy-2628@ecf.pacerpro.com

Phillip S Reed
preed@pfs-law.com

nvizzini@pfs-law.com

Stephen Smalling
sjs@capronlaw.com

Peter S Stamatis
peter@stamatislegal.com
firm@stamatislegal.com

Robert D Tepper
rtepper@sabt.com
SummersM@ballardspahr.com
tsobieraj@satcltd.com

Jason M Torf
jtorf@hmblaw.com,
ecfnotices@hmblaw.com

Eric P VanderPloeg
evanderploeg@burkelaw.com

Rion Vaughan
rvaughan@mcdonaldhopkins.com
mbrady@mcdonaldhopkins.com
lburrell@mcdonaldhopkins.com

Michael D Warner
mwarner@coleschotz.com
klabrada@coleschotz.com

Brian P Welch
bwelch@craneheyman.com
gbalderas@craneheyman.com

William A Williams
bill.williams@saul.com

Mark E Wilson
mark.wilson@fisherbroyles.com

Amanda S Yarusso
amanda.yarusso@gmail.com

Lois J Yu
lyu@centralstates.org

Daniel A Zazove
dzazove@perkinscoie.com
docketchi@perkinscoie.com

daniel-zazove-4464@ecf.pacerpro.com
jessica-matamoros-0866@ecf.pacerpro.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTRAL GROCERS INC., *et al.*, | ) Case No. 17-13866 |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) Hon. Pamela S. Hollis |
| | ) Date:  February 15, 2018 |
| | ) Time: 10:00 a.m. |

**COVER SHEET FOR SIXTH MONTHLY AND FINAL FEE APPLICATION OF**
**KILPATRICK TOWNSEND & STOCKTON LLP FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 15, 2017**
**THROUGH AND INCLUDING DECEMBER 4, 2017**

Name of Applicant:          Kilpatrick Townsend & Stockton LLP

Authorized to Provide        The Official Committee of Unsecured Creditors of Central
Professional Services to:     Grocers Inc., *et al.*

Date of Retention:          June 20, 2017 *nunc pro tunc* to May 15, 2017

Period for which
Compensation and
Reimbursement is sought:    May 15, 2017 through December 4, 2017

Amount of compensation
Sought as actual,
Reasonable, and necessary:  $2,031,939.25

Amount of reimbursement
Sought as actual,
Reasonable, and necessary:  $68,336.83

Prior Interim Fee Applications: One for the period May 15, 2017 — August 31, 2017

This is a(n) ___ interim  _X_  final application.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

US2008 13742958 13

## Summary of Fees and Expenses

| Statement/Application | | Requested | | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees[2] | Expenses | Fees and Expenses |
| 8/11/2017 | 5/15/2017 – 6/30/2017 | $619,537.00 | $10,477.19 | $619,537.00 | $10,477.19 | $0.00 |
| 8/28/2017 | 7/1/2017 – 7/31/2017 | $609,291.25 | $13,648.51 | $609,291.25 | $13,648.51 | $0.00 |
| 10/4/2017 | 8/1/2017 – 8/31/2017 | $283,775.00 | $4,843.90 | $263,775.00[3] | $4,843.90 | $0.00 |
| 10/26/2017 | 9/1/2017- 9/30/2017 | $196,459.50 | $3,169.16 | $157,167.60 | $3,169.16 | $39,291.90 |
| 11/9/2017 | 10/1/2017- 10/31/2017 | $204,109.50 | $33,003.15[4] | $163,287.60 | $1,286.74 | $72,538.31 |
| 1/18/2018 | 11/1/2017- 11/4/2017 | $32,433.00 | $16.83 | $0.00 | $0.00 | $32,449.83 |
| 1/18/2018 | 11/5/2017- 12/4/2017 | $106,334.00 | $3,178.09 | $0.00 | $0.00 | $109,512.09 |
| **TOTALS:** | | **$2,051,939.25** | **$68,336.83** | **$1,813,058.45** | **$33,425.50** | **$253,792.13[5]** |

---

[2] The *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Del. Dkt. 305] imposes a 20% holdback of compensation requests by retained professionals in these chapter 11 cases.

[3] Pursuant to the *Order Granting First Interim Application of Kilpatrick Townsend & Stockton LLP for Compensation and Reimbursement of Expenses for Period May 15, 2017 Through August 31, 2017* [Dkt. 1121], the Court allowed KTS interim compensation for legal services rendered in the amount of $1,492,603.25, a $20,000 deduction from the amount requested in the *First Interim Application of Kilpatrick Townsend & Stockton LLP for Compensation and Reimbursement of Expenses for Period May 15, 2017 Through August 31, 2017* [Dkt. 841].

[4] This amount includes, among other expenses, $31,716.41 for expenses related to the service of the Committee's 9019 Motion (as defined below) by Prime Clerk, LLC ("Prime Clerk"). This amount arises from (i) a Prime Clerk invoice dated October 31, 2017 for $31,080.61; and (ii) a Prime Clerk invoice dated November 30, 2017 for $635.80. As the November 30, 2017 invoice straddles the date for which the Back-End Carveout applies (i.e., the period from November 5, 2017 through and including December 4, 2017), and given the *de minimis* amounts requested in the November 30, 2017 invoice, KTS determined to seek reimbursement of the November 30, 2017 invoice from the Carve-Out Reserve Account. KTS also highlights that because the two invoices for these expenses were not forwarded to KTS until January 2018, KTS did not previously seek reimbursement for these amounts.

[5] **Notwithstanding the unpaid balance of $253,792.13, pursuant to this Application, and as discussed in further detail herein, KTS seeks payment of only the following unpaid amounts: (i) $144,280.04 (unpaid fees and expenses from May 15, 2017 through and including November 4, 2017); and (ii) $67,295.69 (a pro rated portion of unpaid fees and expenses from November 5, 2017 through and including December 4, 2017).**

US2008 13742958 13

Dated: January 18, 2018

By:  */s/ Todd C. Meyers*

**KILPATRICK TOWNSEND &
STOCKTON LLP**
Todd C. Meyers, Esq.
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309-4528

-and-

1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (404) 815-6482
Telephone: (212) 775-8766
Facsimile: (404) 541-3307
tmeyers@kilpatricktownsend.com

-and-

David M. Posner, Esq.
Gianfranco Finizio, Esq.
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
dposner@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com

*Counsel to the Official Committee of
Unsecured Creditors*

3

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTRAL GROCERS INC., *et al.*, | ) Case No. 17-13866 |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date:  February 15, 2018 |
| | ) Time: 10:00 a.m. |

**SIXTH MONTHLY AND FINAL FEE APPLICATION OF
KILPATRICK TOWNSEND & STOCKTON LLP FOR COMPENSATION AND
REIMBURSEMENT FOR EXPENSES FOR THE PERIOD FROM MAY 15, 2017
THROUGH AND INCLUDING DECEMBER 4, 2017**

Kilpatrick Townsend & Stockton LLP ("KTS"), counsel for the Official Committee of

Unsecured Creditors of Central Grocers Inc., *et al.* (the "Committee"), pursuant to 11 U.S.C. §§

330, 331 and 503(b)(2), Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedure,

Local Rule 5082-1 of the Bankruptcy Practice and Procedures of the United States Bankruptcy

Court for the Northern District of Illinois (the "Local Rules"), and in accordance with the

Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals [Del. Dkt. 305] (the "Fee Procedures Order"), files this application

(the "Application") for entry of an order: (a) allowing KTS final compensation in the amount of

$2,031,939.25 for legal services rendered to the Committee and reimbursement of expenses in

the amount of $68,336.83; and (b) authorizing and directing the Designated Person (as defined

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

1

herein) to pay KTS the unpaid balance of $177,663.22 for legal services and $34,911.33 for reimbursement of expenses.  In support of this Application, KTS respectfully states as follows:

## I.      CASE BACKGROUND

1.      On May 2, 2017, an involuntary Chapter 7 petition was filed against Central Grocers, Inc. ("CGI") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

2.      On May 4, 2017, CGI and eleven of its affiliates (collectively, the "Debtors") filed voluntary Chapter 11 petitions in the United States Bankruptcy Court for the District of Delaware (the "Delaware Court"). Information regarding the Debtors' businesses, capital structure, and the circumstances leading to the commencement of these Chapter 11 cases is set forth in the *Declaration of Donald E. Harer in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Del. Dkt. 3][2] sworn to and filed on the Petition Date.

3.      On May 15, 2017, pursuant to section 1102 of the Bankruptcy Code, the United States Trustee for Region 3 (the "U.S. Trustee") appointed certain creditors to serve on the Committee in connection with the Debtors' Chapter 11 cases.  The members of the Committee were:  Kellogg Sales Company; Kraft Heinz Foods Company; S. Abraham & Sons, Inc.; The Dannon Company; Weiss Entities; Teamsters Local Unions No. 703, 710/738 & 142; and United Food and Commercial Workers Unions and Employers Midwest Pension Fund.  S. Abraham & Sons, Inc. and Weiss Entities were the Co-Chairpersons for the Committee.

4.      Also on May 15, 2017, the Committee, in connection with the exercise of its powers and the performance of the duties conferred upon it pursuant to section 1103 of the

---

[2] As set forth in the Conversion Order (as defined below), Donald E. Harer is also referenced as the "Designated Person".

2

Bankruptcy Code, selected KTS as its lead counsel. Also on May 15, 2017, the Committee selected Saul Ewing LLP to serve as its local counsel.[3]

5.     On June 8, 2017, the Court entered an order transferring the Debtors' Chapter 11 cases to the Northern District of Illinois [Dkt. 93] (the "Transfer Order"). Paragraph 5 of the Transfer Order provides that "[a]ll orders entered in the [Delaware Court] in the Transferred Cases shall remain in full force and effect and shall be deemed to be entered in the Illinois Bankruptcy Court." On June 23, 2017, the Debtors filed the Fee Procedures Order with the Court.

6.     On November 6, 2017, the Debtors filed the *Motion to Convert Chapter 11 Cases to Chapter 7 Cases* [Dkt. 913] (the "Conversion Motion").  On December 4, 2017, the Court entered an *Order Converting Case Under Chapter 11 to Case Under Chapter 7 Effective December 4, 2017, at 3:00 P.M. (Central Time)* [Dkt. 1085] (the "Conversion Order").  Also on December 4, 2017, Peter N. Metrou, Esq. was appointed chapter 7 trustee by the Office of the United States Trustee for the Northern District of Illinois, Region 11 [Dkt. 1086].

7.     On January 11, 2018, a meeting of creditors was held in the chapter 7 cases.  At the meeting, a trustee election was requested and conducted.  As a result of the election process, Howard B. Samuels was elected chapter 7 trustee.  Mr. Samuels accepted the election on January 12, 2018.  [Dkt. No. 1186].

## II.    KTS RETENTION AND FEE APPLICATIONS

8.     On May 31, 2017, the Delaware Court entered the Fee Procedures Order. The Fee Procedures Order requires professionals to file and serve monthly statements of fees and expenses related to services rendered in connection with the Debtors' cases (the "Monthly

---

[3] On September 1, 2017, Arnstein & Lehr LLP combined with Saul Ewing LLP to form Saul Ewing Arnstein & Lehr LLP ("Saul/Arnstein").

Statements"). After filing each Monthly Statement, unless an objection is filed, the Debtors are

authorized to pay KTS 80% of the monthly fees and 100% of the monthly expenses.

9.      At 120-day intervals, the Fee Procedures Order requires KTS to file and serve

interim fee applications for Court approval and payment of fees and expenses sought during each

120-day period, pursuant to section 331 of the Bankruptcy Code.

10.     On June 13, 2017, the Committee filed an Application to Employ KTS (the

"Employment Application"). On June 20, 2017, the Court granted the Employment Application

and authorized KTS' employment *nunc pro tunc* to May 15, 2017 [Dkt. 199].

11.     On October 16, 2017, KTS filed the First Interim Application of Kilpatrick

Townsend & Stockton LLP for Compensation and Reimbursement of Expenses for Period May

15, 2017 Through August 31, 2017 (the "First Interim Application") [Dkt. 841].  Hearings on the

First Interim Application were held on November 8, 2017 and November 30, 2017.

12.     On December 19, 2017, the Court entered an Order granting, in part, the First

Interim Application and allowing KTS interim compensation in the amount of $1,492,603.25 and

reimbursement of expenses in the amount of $28,969.60 for the period of May 15, 2017 through

and including August 31, 2017 [Dkt. 1121].[4]

### III.    RELIEF REQUESTED

13.     By this Application, KTS seeks entry of an order (a) approving, on a final basis,

the allowance of compensation in the amount of $2,031,939.25 and reimbursement of expenses

in the amount of $68,336.83 incurred during these chapter 11 cases; and (b) authorizing and

---

[4]  Pursuant to the *Order Granting First Interim Application of Kilpatrick Townsend & Stockton LLP for Compensation and Reimbursement of Expenses for Period May 15, 2017 Through August 31, 2017* [Dkt. 1121], the Court allowed KTS interim compensation for legal services rendered in the amount of $1,492,603.25, a $20,000 deduction from the amount requested in the *First Interim Application Kilpatrick Townsend & Stockton LLP for Compensation and Reimbursement of Expenses for Period May 15, 2017 Through August 31, 2017* [Dkt. 841].  The final compensation requested for legal services rendered ($2,031,939.25) incorporates the $20,000 deduction.

US2008 13742958 13

directing the Designated Person to pay KTS the unpaid balance of $177,663.22 for legal services and $34,911.33 for reimbursement of expenses.

14.     Pursuant to the Global Settlement (as defined below), the Carve-Out Cap (as defined in the Final DIP Order) for the Committee professionals was increased by $750,000 such that the aggregate fee and expense carveout for the Committee professionals totaled $3,250,000 and $100,000, respectively, for the period through and including November 4, 2017.  *See* Global Settlement at ¶ 13.  Attached to this Application as **Exhibit A** is KTS' invoice for the period from November 1, 2017 through and including November 4, 2017 (fees: $32,433.00; expenses: $16.83).  After payment of the fees and expenses of KTS, FTI Consulting, Inc. ("FTI") and Saul/Arnstein from inception through November 4, 2017, if allowed in the amount sought through that date, the Carve-Out Reserve Account, as it relates to the Committee professionals, will have: (i) a fee surplus of $135,819.25, which amount is to be returned pursuant to the Conversion Order to the Debtors' estates and allocated amongst the various Debtors pursuant to the Allocation Order (defined below); and (ii) an expense surplus of $27,021.77, which amount is to be returned pursuant to the Conversion Order to the Debtors' secured lenders, *provided, however,* that $6,250.00 of the expense surplus will be reserved to pay the reasonable and documented expenses of Committee members.  *See* Conversion Order at pp. 4-5; Global Settlement at ¶ 13.

15.     Pursuant to the Global Settlement, for the period from November 5, 2017 through and including December 4, 2017 (the "Back-End Period"), no more than $100,000 (the "Back-End Carveout") may be allocated to the Committee's professionals for fees and expenses.  *See* Global Settlement at ¶ 3.  Attached to this Application as **Exhibit B** is KTS' invoice for the period from November 5, 2017 through and including December 4, 2017 (fees: $106,334.00; expenses $3,178.09).  As the aggregate amount of the fees and expenses incurred by the

5

Committee professionals during the Back-End Period exceeds $100,000, the $100,000 will be prorated as follows (assuming all requested amounts are allowed): KTS: $67,295.69; FTI: $24,350.73; Saul/Arnstein: $8,353.58.[5]   For the avoidance of doubt, notwithstanding the aforementioned proration of fees and expenses for the Back-End Period, each Committee professional is seeking allowance of all fees and expenses incurred during the Back-End Period, but will waive any claims to amounts in excess of the Back-End Carveout.

## IV.   NARRATIVE SUMMARY OF SERVICES

16.   A narrative summary of the services rendered by KTS during the cases is set forth below.   Itemized and detailed descriptions of the specific services rendered by KTS to the Committee during the period from November 1, 2017 through and including December 4, 2017 are attached hereto as **Exhibit A** (November 1, 2017 through November 4, 2017) and **Exhibit B** (November 5, 2017 through December 4, 2017).  KTS' Monthly Statements covering the period from May 15, 2017 through and including October 31, 2017 may be accessed on the docket[6]. *See* Dkt. Nos. 524, 658, 799, 841, 880, and 937.  The billing statements annexed to each Monthly Statement set forth the name of each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, and a description of the service rendered.

17.   The services rendered by KTS during the cases have been segregated into fifteen (15) billing categories as follows: (i) Asset Disposition; (ii) Business Operations; (iii) Case Administration and Analysis; (iv) Claims Administration and Objections; (v) Lien Investigation; (vi) Employee Benefits/Pensions; (vii) Fee/Employment Applications; (viii) Fee/Employment Objections; (ix) Financing; (x) Litigation General; (xi) Meetings of Creditors; (xii) Plan and

---

[5] In the event any amounts for the Back-End Period are disallowed, the proration will be revised accordingly.
[6] KTS' Monthly Statements may be accessed at https://cases.primeclerk.com/centralgrocers/.

Disclosure Statement; (xiii) Relief from Stay Proceedings; (xiv) Travel Time (billed at ½ rate);

and (xv) Insurance.

18.     The fees sought by KTS for each of the billing categories during the cases are

summarized as follows:

| Category | Amount Sought |
|---|---|
| Asset Disposition | $52,2273.00 |
| Business Operations | $1,460.00 |
| Case Administration and Analysis | $527,644.00 |
| Claims Administration and Objections | $56,647.00 |
| Lien Investigation | $275,979.50 |
| Employee Benefits/Pensions | $52,820.00 |
| Fee/Employment Applications | $60,268.50 |
| Fee/Employment Objections | $44,775.50 |
| Financing | $220,285.00 |
| Litigation General | $3,424.00 |
| Meetings of Creditors | $147,917.50 |
| Plan and Disclosure Statement | $3,259.00 |
| Relief from Stay Proceedings | $5,962.50 |
| Travel Time (billed at ½ rate) | $59,373.75 |
| Insurance | $69,850.00 |
| **TOTAL FEES** | **$2,051,939.25** |

19.     A list of the attorneys and paralegals rendering services during the cases, their

position, aggregate hours of services rendered and hourly rate is as follows:

| Professional | Admission Date | Hourly Rate | Hours | Total |
|---|---|---|---|---|
| Joel D. Bush | 1994 | $665.00 | 0.2 | $133.00 |
| Greg K. Cinnamon | 1986 | $720.00 | 4.8 | $3,456.00 |
| Sarah P. Jurkiewicz | 2001 | $590.00 | 12.3 | $7,257.00 |
| Todd C. Meyers (travel) | 1991 | $487.50 | 68.3 | $33,296.25 |

7

| Professional | Admission Date | Hourly Rate | Hours | Total |
|---|---|---|---|---|
| Todd C. Meyers | 1991 | $975.00 | 544.8 | $531,180.00 |
| David M. Posner (travel) | 1989 | $487.50 | 48.3 | $23,546.25 |
| David M. Posner | 1989 | $975.00 | 596.9 | $581,977.50 |
| Joseph Scibilia | 1992 | $650.00 | 15.9 | $10,335.00 |
| Caroline W. Spangenberg | 1977 | $895.00 | 8.5 | $7,607.50 |
| Michael D. Langford | 1987 | $675.00 | 34.0 | $22,950.00 |
| Alfred S. Lurey | 1967 | $975.00 | 275.8 | $268,905.00 |
| Jon E. Polonsky (travel) | 1983 | $337.50 | 7.5 | $2,531.25 |
| Jon E. Polonsky | 1983 | $675.00 | 204.9 | $138,307.50 |
| Blaine E. Adams | 2016 | $425.00 | 66.3 | $28,177.50 |
| Gianfranco Finizio | 2009 | $575.00 | 610.4 | $350,980.00 |
| Kelly Moynihan | 2016 | $395.00 | 14.1 | $5,569.50 |
| Katelyn Siegel | 2016 | $275.00 | 10.1 | $2,777.50 |
| Robert Shaw | 2007 | $535.00 | 39.4 | $21,079.00 |
| Kate Adams | Paralegal | $295.00 | 7.1 | $2,094.50 |
| Lynn M. Charbonneau | Paralegal | $325.00 | 0.2 | $65.00 |
| Shavone Green | Paralegal | $265.00 | 14.9 | $3,948.50 |
| Susan Harrison | Paralegal | $280.00 | 14.9 | $4,172.00 |
| Molly M. Williams | Paralegal | $295.00 | 5.3 | $1,563.50 |
| Amy Stabler | Library | $150.00 | 0.2 | $30.00 |
| | | **Total** | **2,605.1** | **$2,051,939.25** |

20.     The hourly rates listed above are customary and reasonable and are within the range of hourly rates charged for matters of this size and complexity. The blended hourly rate for all services provided during the cases is $787.66 per hour.[7]

21.     The tasks performed by KTS in each of the billing categories are summarized as follows:

A.     Asset Disposition
       **Total Hours: 674.8; Amount Sought: $522,273.00**

[7] The blended hourly billing rate is derived by dividing the total fees initially sought of $2,051,939.25 by the total hours of 2,605.1.

US2008 13742958 13

22.     This billing category encompasses services related to the Debtors' efforts to sell substantially all of their assets.  On May 13, 2017, the Debtors filed a motion to approve bidding procedures for the sale of certain of the Debtors' assets (the "Bidding Procedures Motion").  The Committee filed a limited objection to the Bidding Procedures Motion arguing for, among other things, an extension of the less than 30-day sale process timeline proposed for the Debtors' Distribution Center.  As a result of the Committee's objection and subsequent negotiations with Debtors' and lenders' counsel, the Committee obtained, among other things, an extension of the sale and marketing period for the proposed sale of the Distribution Center, enhanced consultation and consent rights for the Committee throughout the sales and marketing process and increased flexibility for interested parties to submit partial bids on a subset of the Debtors' assets.  These concessions fostered a competitive auction process that resulted in the sale of the Debtors' Distribution Center to SuperValu (the "DC Sale") and certain going concern retail locations to Indiana Grocery Group (the "IGG Sale").  In addition to these efforts, KTS also (i) attended hearings and multiple auctions concerning the DC Sale and the IGG Sale; (ii) reviewed and negotiated the asset purchase agreements and proposed orders for the DC Sale and the IGG Sale to, among other things, address issues related to the assets to be acquired pursuant to the sales (i.e., carving out rebates and credits from the list of acquired assets and maintaining accessibility to any books and records sold); (iii) engaged the Debtors' counsel, Saul/Arnstein and the Committee's financial advisors, FTI, regarding the auction status; and (iv) reviewed the bid packages and other parties' objections to the DC Sale and the IGG Sale.  The DC Sale and the IGG Sale resulted in sale proceeds of approximately $134 million.

23.     Following the sale of the Debtors' Distribution Center and going concern retail assets, the Committee also reviewed, analyzed and worked with the Debtors' professionals

regarding the sale of the Debtors' remaining real estate assets. These efforts included reviewing and negotiating a purchase agreement and proposed sale order for a property in Hammond, Indiana (the "Hammond Property"), reviewing the Debtors' proposed retention of a specialized real estate broker, reviewing the Debtors' proposed retention of a property manager, providing updates to the Committee regarding the Debtors' sale efforts, preparing a limited objection to the sale of the Hammond Property and reviewing closing documents. KTS also reviewed the status of the appeal of the DC Sale and kept the Committee apprised accordingly.

B.      Business Operations
        **Total Hours: 2.4; Amount Sought: $1,460.00**

24.      This billing category encompasses the review of Debtors' critical vendor and cash management motions, the interim orders approving both motions, and the review of Debtors' monthly operating reports.

C.      Case Administration and Analysis
        **Total Hours: 622.7; Amount Sought: $527,644.00**

25.      This billing category encompasses services rendered related to general case administration including, *inter alia*, reviewing first day relief granted regarding cash management, employee compensation and benefit, insurance, utility providers, and taxes, among other relief; attending omnibus hearings; corresponding with Saul/Arnstein concerning the transfer of venue and ramifications therefrom. This billing category also includes significant time for preparing multiple settlement term sheets; reviewing presentation materials from FTI regarding the global settlement; analyzing settlement counteroffers and analyses from the lenders' professionals; preparing for and attending settlement meetings with the lender' professionals; reviewing and revising the global settlement; drafting and finalizing the *Motion of the Official Committee of Unsecured Creditors Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) for Entry of an Order Approving Settlement and Compromise of Claims* [Dkt.

10

857] (the "9019 Motion"), which sought approval for the global settlement (the "Global Settlement") reached between the Committee and the Debtors' Lenders (as defined in the Global Settlement), that, among other things, (i) resolved the claims alleged in the Committee's proposed complaint filed with the *Motion of the Official Committee of Unsecured Creditors for an Order Granting the Committee (I) Derivative Standing to Assert, Prosecute, and Settle Certain Causes of Action on Behalf of the Debtors' Estates; and (II) Certain Related Relief* [Dkt. 555] (the "Standing Motion")[8]; attending the hearing on the 9019 Motion; reviewing and responding to AWG's objection, among others, to the 9019 Motion; calculating the allocation of the Global Settlement proceeds; drafting the *Motion of the Official Committee of Unsecured Creditors For Entry of an Order, in Furtherance of the Global Settlement with the Secured Parties, Approving the Allocation of Proceeds of the Global Settlement* [Dkt. 902] (the "Allocation Motion"), which sought approval to allocate the proceeds from the global settlement based upon the estimated gross value of the various claims asserted (or that could have been asserted) against the secured lenders on an estate by estate basis, less certain deductions or offsets, expected contingency-based professional fees and litigation risk adjustments[9]; reviewing the Conversion Motion; reviewing the U.S. Trustee's objection to the Conversion Motion; and negotiating the proposed form of order converting the chapter 11 cases to cases under chapter 7[10].

26.    The Global Settlement provides, *inter alia,* potential value to unsecured creditors in excess of $23.6 million.  KTS attended the hearing on the 9019 Motion.  On November 16,

---

[8] On November 16, 2017, the Court entered an order granting the 9019 Motion and approving the Global Settlement contained therein [Dkt. 988].

[9] On November 16, 2017, the Court entered an *Order Authorizing and Approving Allocation of Proceeds of the Global Settlement* [Dkt. 989] (the "Allocation Order").

[10] On December 4, 2017, the Court entered an *Order Converting Case Under Chapter 11 to Case Under Chapter 7 Effective December 4, 2017, at 3:00 P.M. (Central Time)* [Dkt. 1085].

US2008 1374295 8 13

2017, the Court entered an order granting the 9019 Motion and approving the Global Settlement

contained therein [Dkt. 988].

27.      The allocation of the Global Settlement proceeds provides an equitable and

streamlined mechanism by which the chapter 7 trustee shall distribute the consideration received

under the Global Settlement among different Debtor estates with different creditors.  Absent the

approved allocation of the Global Settlement proceeds, the Debtors' estates would have incurred

unnecessary costs and delays in determining an allocation schematic following conversions of

the chapter 11 cases to cases under chapter 7.

D.      Claims Administration and Objections
         **Total Hours: 78.2; Amount Sought: $56,647.00**

28.      This billing category encompasses services rendered related to Debtors' critical

vendors and claims asserted under section 503(b)(9) of the Bankruptcy Code including, *inter*

*alia*, reviewing the list of critical vendors and their claims; reviewing the PACA/PASA claimant

order and analyzing any potential excess of PACA/PASA escrow funds; reviewing and

negotiating the petitioning creditors' application for administrative claims; analyzing potential

WARN claims; and analyzing the estimated amount of claims asserted against the various

Debtor entities under section 503(b)(9) of the Bankruptcy Code.

E.      Lien Investigation
         **Total Hours: 337.5; Amount Sought: $275,979.50**

29.      This billing category encompasses services rendered related to the Committee's

comprehensive review of all of the prepetition lenders' liens on the Debtors' assets within a

compressed time period. The Committee reviewed, among other documents, the relevant UCC-1

financing statements, mortgages, credit agreements, amendments to the credit agreements,

security agreements, deposit account control agreements and the Debtors' schedules of assets

12

and liabilities and statements of financial affairs. KTS also researched Seventh Circuit case law regarding derivative standing, fraudulent transfers, preferences and suretyship claims.

30.     As a result of the lien investigation, the Committee determined that the Debtors' estates had viable causes of action against certain of the Debtors' prepetition lenders. KTS drafted and filed the Standing Motion, which sought derivative standing to assert, prosecute, and settle these causes of action on behalf of the Debtors' estates. Attached to the Standing Motion was the Proposed Complaint, which was also drafted by KTS. As a result of the lien investigation and the filing of the Standing Motion and Proposed Complaint, the Committee was in a position to engage in fruitful settlement discussions with the lenders, which led to the entry into and ultimate approval of the Global Settlement.

F.     Employee Benefits/Pensions
       **Total Hours: 74.4 Amount Sought: $52,820.00**

31.     This billing category encompasses services rendered related to employee wages, benefits and pensions, including, *inter alia*: reviewing the Debtors' wage motion and order approving same; reviewing the Teamsters benefits plan; corresponding with Debtors' counsel and FTI regarding "PTO" and severance claims; and reviewing the Debtors' motion to for entry of an order approving the retention and incentive programs for certain key employees (the "KEIP/KERP Motion"). The Committee filed objections to the Debtors' request to implement a $2 million KEIP and $1.6 million KERP, arguing that the payouts were excessive and inappropriate in the context of these cases. Ultimately, the Debtors withdrew the KEIP/KERP Motion, which resulted in a savings of over $3.6 million for the Debtors' estates.

G.     Fee/Employment Applications
       **Total Hours: 89.7; Amount Sought: $60,268.50**

32.     This billing category encompasses services rendered related to the employment and compensation of various estate professionals, including, *inter alia*, drafting and revising the

Employment Application; reviewing applications to employ the Debtors' professionals; reviewing the Debtors' professionals' monthly fee statements; preparing the KTS Monthly Fee Statements; reviewing FTI's monthly fee statements; and preparing the First Interim Fee Application.

H.  **Fee/Employment Objections**
    **Total Hours: 57.9 Amount Sought: $44,775.50**

33.     This billing category encompasses services rendered related to objections to employment applications by non-Committee professionals, including, *inter alia*, drafting and preparing objection to the retention of Peter J. Solomon Company, LLC ("PJSC") as investment bankers for the Debtors; corresponding with Debtors' counsel, Saul/Arnstein and FTI regarding PJSC's retention terms; reviewing proposed orders concerning the retention of PJSC, which order was ultimately revised to incorporate certain of the Committee's comments including a favorable revision to the definition of "Aggregate Consideration"; reviewing PNC Bank, National Association's ("PNC") limited omnibus fee objections; researching issues raised in PNC's fee objections; and ultimately resolving PNC's fee objections as part of the Global Settlement.

I.   **Financing**
     **Total Hours: 260.6; Amount Sought: $220,285.00**

34.     This billing category encompasses services rendered related to the Debtors' motion to obtain post-petition financing (the "DIP Financing Motion") and other related matters. The Committee filed a limited objection to the interim approval of the DIP Financing Motion and KTS attended the hearing to prosecute the Committee's objection.  On May 17, 2017, the Court entered an order authorizing the Debtors, on an interim basis, to obtain post-petition financing, which interim DIP order included various concessions negotiated by KTS on behalf of the Committee.  On May 30, 2017, the Committee filed an objection to the DIP Financing

14

Motion being entered on a final basis and KTS attended the hearing to prosecute the Committee's objection.  As a result of the Committee's objections, a favorable resolution was reached with the Debtors and DIP lenders in connection with the final DIP order that provided for, among other things: the payment of stub-rent; a reduction in approximately $1 million in fees related to the DIP financing facility; a critical limit to the scope and extent of the DIP lenders' liens and claims on, among other things, unencumbered assets; an extension of the Committee's lien investigation period; a modification to the lenders' remedies upon an alleged event of default; the DIP Lenders' requirement to pay all budgeted postpetition vendor amounts if such amounts have been accrued but unpaid at the time an event of default notice is issued; and a favorable modification to the definition for "diminution in value," the trigger for the DIP lenders' DIP Liens and Superpriority Claims with respect to previously unencumbered assets. These concessions, and others, were set forth in a final order that was reviewed and negotiated by KTS.  Following entry of the final DIP order, KTS continued to review updated DIP budgets in conjunction with FTI.

J.    Litigation General
      **Total Hours: 5.6; Amount Sought: $3,424.00**

        35.    This billing category encompasses services rendered related to the Debtors' motion for dismissal of the involuntary proceeding, or, in the alternative, to transfer venue, including preparing and filing pleadings concerning the involuntary proceeding, reviewing objections filed by United Food and Commercial Workers Unions and Employers Midwest Pension Fund and attending hearings concerning the change of venue matter.

K.    Meetings of Creditors
      **Total Hours: 180.1; Amount Sought: $147,917.50**

        36.    This billing category encompasses services rendered related to meetings of the Committee. KTS organized weekly Committee conference calls regarding the status of these

cases.  When appropriate, Committee conference calls were held more than once a week.  For each meeting and call, KTS prepared an agenda, memoranda and presentation materials in advance of each meeting to foster productive discussions on relevant case issues. KTS also corresponded regularly via email with the Committee regarding case status and the outcomes of hearings, auctions, settlement meetings and other pertinent matters pending before the Court.

L.     Plan and Disclosure Statement
       **Total Hours: 4.4 Amount Sought: $3,259.00**

37.     This billing category encompasses services rendered related to Debtors' motion to extend Debtors' exclusive periods to file a chapter 11 plan and solicit acceptances (the "Exclusivity Motion"), including: reviewing the Exclusivity Motion; corresponding with the Debtors' counsel regarding same; and performing research regarding section 1129(a)(9) of the Bankruptcy Code.

M.     Relief from Stay Proceedings
       **Total Hours: 12.3; Amount Sought: $5,962.50**

38.     This billing category encompasses services rendered related to relief from stay motions, including reviewing the relief from stay motions and the settlement with claimant Gladys Galmore.

N.     Travel Time (billed at ½ rate)
       **Total Hours: 124.1; Amount Sought: $59,373.75**

39.     This billing category encompasses attorney travel time to and from Delaware, Chicago, New York and Philadelphia for multiple hearings, auctions and settlement meetings. All travel time is billed at half rate.

O.     Insurance
       **Total Hours: 80.4; Amount Sought: $69,850.00**

40.     This billing category encompasses services rendered related to, *inter alia,* reviewing the Debtors' first day motion to continue prepetition insurance programs and

US2008 13742958 13

reviewing the Debtors' motion seeking authority to purchase a six-year tail extension on the Debtors' D&O insurance policy (the "Tail Extension Motion"). The Committee filed an objection to the Tail Extension Motion and attended the hearing to prosecute the Committee's objection.  The Committee's objection was ultimately successful and as a result, saved the Debtors' estates approximately $600,000.

## V.    EXPENSES

41.    KTS incurred reasonable and necessary expenses in the amount of $68,336.83 during the cases in connection with its representation of the Committee. Expenses incurred included, among others, conference call charges, transcript orders, travel expenses, deposition charges, mailing and service charges and charges for online research.

| **Expense Category** | **Cost**: |
|---|---|
| Out-of-town Travel (Transportation) | $15,223.49 |
| Out-of-town Travel (Hotel) | $7,553.65 |
| Out-of-town Travel (Meals) | $684.56 |
| Out-of-town Travel (Ground Transportation)[11] | $4,528.00 |
| Corporate Organizational Documents | $680.60 |
| Telephone (Conference Calls) | $974.81 |
| Transcript Charges | $5,892.66 |
| Delivery Charges | $98.78 |
| Deposition Charges | $127.59 |
| Document Reproduction | $384.45 |
| Online Research | $424.58 |
| Oversize Charges (related to delivery charges) | $42.00 |
| Color Copies | $5.25 |
| Third Party Service Charges (Prime Clerk)[12] | $31,716.41 |
| **Total** | **$68,336.83** |

---

[11]  Approximately $793.00 of the "Ground Transportation" expenses relate to train travel from New York to Delaware, which could have been better characterized as "Transportation" expenses.

[12] The two invoices from Prime Clerk reflecting these expenses are attached hereto as **Exhibit "C"**.

17

42.     KTS respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, the costs of comparable services in other chapter 11 cases and that the time has been fairly and properly expended.  When two or more professionals participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each professional with the matters at issue so that each professional could perform further necessary work.

## VI.     NOTICE

43.     A copy of the Application has been sent to the Debtors and all parties entitled to electronic notice, including the U.S. Trustee.  Twenty (20) days' notice of the Application and hearing date has been sent to all creditors of the estate and all parties entitled to notice.

## VII.     DEADLINE TO OBJECT

44.     Pursuant to the Fee Procedures Order, any objections to this Application must be filed with the Court and served on KTS and each of the Notice Parties (as defined in the Fee Procedures Order) so as to be actually received by KTS and each of the Notice Parties on or before **4:00 p.m. on February 7, 2018,** which is twenty (20) days after the filing of this Application.

**WHEREFORE**, Kilpatrick Townsend & Stockton LLP respectfully requests that the Court enter an order:

a.     allowing final compensation to KTS in the amount of $2,031,939.25 and reimbursement of expenses to KTS in the amount of $68,336.83;

18

b.      authorizing and directing the Designated Person to pay KTS the unpaid balance of

$112,546.80 for legal services and $31,733.24 for reimbursement of expenses for

the period from September 1, 2017 through and including November 4, 2017;

c.      authorizing and directing the Designated Person to pay KTS the unpaid balance

(based on prorating the Back-End Carveout with the other Committee

professionals) of $64,117.60 for legal services and $3,178.09 for expenses for the

period from November 5, 2017 through and including December 4, 2017; and

d.      granting such other and further relief as the Court deems just and proper.

By: */s/ Todd C. Meyers*

**KILPATRICK TOWNSEND &
STOCKTON LLP**
Todd C. Meyers, Esq.
1100 Peachtree Street NE
Suite 2800
Atlanta, GA 30309-4528

-and-

1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (404) 815-6482
Telephone: (212) 775-8766
Facsimile: (404) 541-3307
tmeyers@kilpatricktownsend.com

-and-

David M. Posner, Esq.
Gianfranco Finizio, Esq.
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
dposner@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com

19

*Counsel to the Official Committee of
Unsecured Creditors*

US2008 13742958 13

## **EXHIBIT A**

Invoice for the period from November 1, 2017 through November 4, 2017

**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payment Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

November 28, 2017

| CENTRAL GROCERS, INC. CREDITORS COMMITTEE | Client: | 102777 |
| S. ABRAHAM & SONS, INC. | Matter: | 1051013 |
| 4001 THREE MILE ROAD, N.W. | Invoice #: | 11981645 |
| GRAND RAPIDS, MI 49501 | | |

RE:   CENTRAL GROCERS, INC. CREDITORS' COMMITTEE

## REMITTANCE PAGE

| Date | Invoice Number | Fees | Disbursements | Interest/ Other | Payments | Balance Due |
|------|--------|------|---------------|-------|----------|-------------|
| **Current Invoice:** | | | | | | |
| 11/28/17 | 11981645 | $32,433.00 | $16.83 | $0.00 | | $32,449.83 |

*Please return this page with payment*
*Due and Payable upon receipt.  1%  interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund
transfer from your account or to process the payment as a check transaction.

Bank: Wells Fargo Bank, N.A.                                    Credit: Kilpatrick Townsend & Stockton LLP
ABA Routing No.:   121 000 248                                Account No.:  2000131592388
ABA Routing No. for ACH and Other EFTs:   061 000 227      Swift Code:  WFBIUS6S

**KILPATRICK
TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia  30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

November 28, 2017

CENTRAL GROCERS, INC. CREDITORS COMMITTEE
S. ABRAHAM & SONS, INC.
4001 THREE MILE ROAD, N.W.
GRAND RAPIDS, MI 49501

| | |
|---|---|
| Client: | 102777 |
| Matter: | 1051013 |
| Invoice #: | 11981645 |

RE:   CENTRAL GROCERS, INC. CREDITORS' COMMITTEE

**For Professional Services Through November 4, 2017:**

### B110 - Asset Disposition

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/03/2017 | GF | Review closing documents for Hammond property (.3); review email from D. Agay regarding escrow for Hammond closing (.1); review Hammond escrow agreement (.3); review updated real estate chart from FTI (.1). | 0.80 | 460.00 |
| 11/03/2017 | TCM | Email exchanges regarding status of Hammond sale. | 0.10 | 97.50 |
| 11/04/2017 | TCM | Review FTI real estate update. | 0.10 | 97.50 |
| | | *Task Subtotal* | **1.00** | **655.00** |

### B130 - Case Administration and Analysis

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/2017 | GF | Review comments to draft conversion motion from PNC (.2); research regarding ch. 7 conversion motion orders (.6); prepare comments to revised conversion order (.5); revise draft motion to allocate settlement proceeds (1.3). | 2.60 | 1,495.00 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt.  1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer
from your account or to process the payment as a check transaction.

### B130 - Case Administration and Analysis

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/01/2017 | TCM | Telephone conference with Howard Adelman regarding allocation (.1); analyze wterfall regarding Curt Johnson questions (.2); review Greg Vizz email regarding conversion issues (.1); revise and edit allocation motion (1.0); review debtor revisions to conversion pleadings (.2); review Blank Rome comments to same and email exchanges regarding same (.2); conference with Gianfranco Finizio and David Posner regarding allocation motion comments (.3); call with U.S. Trustee regarding settlement motion (.8); email Regina Kelbon regarding same (.1); conference with David Posner regardin call with Sunny Singh regarding conversion (.1); email exchanges with Conor Tully regarding trustee appointment issues (.1). | 3.20 | 3,120.00 |
| 11/01/2017 | DMP | Review lenders' edits to converstion motion (.2); review and analysis of allocation moiton with T. Meyers and G. Finizio (.3); conference call with T. Meyers and Office of UST regarding settlement motion questions (.8); correspondence with H. Nguyen of UST regarding allocation (.1); correspondence with H. Adelman and R. Kelbon regarding settlement motion (.1); telephone call with H. Adelman regarding settlement motion, allocation and NDA (.2); telephone call with S. Singh regarding conversion motion (.2). | 1.90 | 1,852.50 |
| 11/02/2017 | GF | Update draft allocation motion (.7); attention to revised allocation exhibit (.3); correspondence with FTI regarding allocation exhibit (.2); further updates to allocation motion (.9); email to committee regarding draft allocation motion (.1); comments FTI regarding revised allocation exhibit (.2); finalize allocation motion for filing (1.1); correspondence with K. Morse regarding allocation motion filing (.2); call with S. Singh and D. Agay regarding 9019 settlement agreement (.3); call with T. Meyers regarding final edits to allocation motion (.1). | 4.10 | 2,357.50 |
| 11/02/2017 | TCM | Revise and edit allocation motion (1.3); email exchanges with David Posner and Gianfranco Finizio regarding asme (.2); continue work on allocation motion (1.5); various email exchanges with FTI, David Posner and Gianfranco Finizio regarding same (.4); email exchanges with PNC counsel regarding same (.1); email exchanges with Regina Kelbon regarding U.S. Trustee issues with settlement and email exchanges with team regarding same (.2). | 3.70 | 3,607.50 |

**B130 - Case Administration and Analysis**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/02/2017 | KM | Revise draft allocation motion. | 0.20 | 79.00 |
| 11/02/2017 | DMP | Telephone call with D. Agay regarding conversion motion (.7); conference call with D. Agay and S. Singh regarding conversion motion (.3); correspondence with T. Meyers and G. Finizio regarding allocation motion and exhibit and work on same (2.7); correspondence with T. Meyers, G. Finizio, C. Tully and L. Park regarding allocation exhibit updates (.5); review, revise and update allocation motion (2.2); correspondence with S. Singh and D. Agay regarding conversion motion (.3); telephone call with H. Nguyen regarding conversion motion (.1). | 6.10 | 5,947.50 |
| 11/03/2017 | GF | Review updated conversion motion and order (.2); prepare comments to draft conversion documents (.8). | 1.00 | 575.00 |
| 11/03/2017 | SG | Calendar hearing date | 0.10 | 26.50 |
| 11/03/2017 | ASL | Conference with Mr. Meyers regarding status of PNC settlement and allocation motions. | 0.30 | 292.50 |
| 11/03/2017 | TCM | Telephone conference with Regina Kelbon regarding U.S. Trustee issues with settlement (.4); conference with Al Lurey regarding conversion issues (.2); review ervised conversion documents and email exchanges with Gianfranco Finizio regarding same (.2). | 0.80 | 780.00 |
| 11/03/2017 | DMP | Conference call with R. Kelbon, G. Vizza, T. Guilfoyle and T. Meyers regarding UST comments to settlement agreement (.4); review re-draft of conversion motion and order (.5); correspondence with B. King rearding conversion order language re RCT (.1); review RCT language for conversion order (.2); correspondence with G. Vizza and H. Adelman regarding language for settlement order regarding lack of adverse interest and pension funds (.3). | 1.50 | 1,462.50 |
| 11/04/2017 | GF | Attention to further revised conversion order with KTS comments (.4); review Blank Rome correspondence regarding U.S. Trustee comments to settlement documents (.2). | 0.60 | 345.00 |
| | | ***Task Subtotal*** | **26.10** | **21,940.50** |

**B140 - Claims Adm. and Objections**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/01/2017 | MDL | Review email memorandum from Al Lurey regarding withdrawal liability. | 0.20 | 135.00 |
| 11/01/2017 | ASL | Review email from Mr. Meyers regarding Currency Express (.2); analysis of potential withdrawal liability of Currency Express (.6); preparation of memorandum to Messrs. Meyers, Posner and Langford regarding potential withdrawal liability of Currency Express (2.0). | 2.80 | 2,730.00 |
| 11/01/2017 | TCM | Email exchanges with Liz Park regarding critical vendor payments. | 0.10 | 97.50 |
| 11/02/2017 | MDL | Review memorandum regarding withdrawal liability in connection with multiemployee pension plans and review various C.F.R. provisions in connection therewith (.9); email to Al Lurey regarding review of C.F.R. provisions(.1). | 1.00 | 675.00 |
| 11/02/2017 | ASL | Review email inquiry from Mr. Meyers regarding withdrawal liability (.1); analysis of inquiry (.2); email response (.2). | 0.50 | 487.50 |
| 11/02/2017 | TCM | Review Al Lurey memo regarding Currency Express issues. | 0.20 | 195.00 |
| 11/02/2017 | DMP | Correspondence with A. Lurey, T. Meyers and M. Langford regarding review and analysis of pension claims as against Currency express. | 0.30 | 292.50 |
| 11/03/2017 | MDL | Review email from Al Lurey regarding withdrawal liability (.1); research regarding withdrawal liability (2.7). | 2.80 | 1,890.00 |
| | | *Task Subtotal* | **7.90** | **6,502.50** |

**B160 - Fee/Employment Applications**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/01/2017 | GF | Correspondence with J. Bienstock regarding committee member expense reimbursements. | 0.10 | 57.50 |
| 11/02/2017 | GF | Review amended application to retain RSM US LLP. | 0.10 | 57.50 |
| 11/02/2017 | TCM | Email exchanges with RCT regarding final fee application. | 0.20 | 195.00 |

## B160 - Fee/Employment Applications

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/02/2017 | DMP | Telephone call with H. Nguyen regarding monthly fee application timing (.1); correspondence with T. Meyers, R. Kelbon and S. Singh regarding monthy fee applicaiton timing (.2); telephone call with B. King and E. Madden regarding final fee application (.2); correspondence with B. King, E. Madden, T. Meyers and committee regarding RCT final fee application (.2). | 0.50 | 487.50 |
| 11/03/2017 | GF | Email to C. Johnson regarding Reid Collins final fee application (.1); correspondence with L. Park regarding October fee statements (.1); correspondence with K. Morse regarding October fee statements (.1); email to T. Meyers regarding October estimates for committee professionals (.1); review secured lender fee tracker chart (.2). | 0.60 | 345.00 |
| 11/03/2017 | TCM | Review RCT fee application. | 0.20 | 195.00 |
| | | **Task Subtotal** | **1.70** | **1,337.50** |

## B200 - Meetings of Creditors

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/01/2017 | GF | Prepare for November 1 committee call (.2); attention to FTI updates for November 1 call (.1). participate on November 1 committee call (.4); correspondence with J. Bienstock regarding November 1 call (.1); correspondence with D. Eggert regarding November 1 call (.2); correspondence with T. Meyers regarding Committee call preparation (.1). | 1.10 | 632.50 |
| 11/01/2017 | TCM | Email exchanges with Gianfranco Finizio regarding call with Curt Johnson regarding allocation (.1); prepare for committee call (.3); committee call (.4); email exchanges with Jill Bienstock regarding same (.1). | 0.90 | 877.50 |
| 11/01/2017 | DMP | Committee meeting. | 0.40 | 390.00 |
| 11/03/2017 | TCM | Email exchanges with committe member regarding RCT fees. | 0.10 | 97.50 |
| | | **Task Subtotal** | **2.50** | **1,997.50** |

| | | **Total Fees** | | **$32,433.00** |

## Task Code Summary

| Task Code | Task Description | Amount |
|-----------|-----------------|-------:|
| B110 | Asset Disposition | 655.00 |
| B130 | Case Administration and Analysis | 21,940.50 |
| B140 | Claims Adm. and Objections | 6,502.50 |
| B160 | Fee/Employment Applications | 1,337.50 |
| B200 | Meetings of Creditors | 1,997.50 |
| | **Total** | **$32,433.00** |

| Summary | Timekeeper Name | Title | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|------:|----------:|-------:|
| TCM | T. C. Meyers | Partner | 9.60 | 975.00 | 9,360.00 |
| DMP | David Posner | Partner | 10.70 | 975.00 | 10,432.50 |
| MDL | M. D. Langford | Counsel | 4.00 | 675.00 | 2,700.00 |
| ASL | A. S. Lurey | Senior Counsel | 3.60 | 975.00 | 3,510.00 |
| GF | Gianfranco Finizio | Associate | 11.00 | 575.00 | 6,325.00 |
| KM | Kelly Moynihan | Associate | 0.20 | 395.00 | 79.00 |
| SG | Shavone Green | Paralegal | 0.10 | 265.00 | 26.50 |
| | | **Totals** | **39.20** | | **$32,433.00** |

*Other Charges:*

| | | |
|---|---|---:|
| 11/03/2017 | Westlaw On-Line Legal Research | 16.83 |
| | **Total Other Charges** | **$16.83** |

**TOTAL AMOUNT DUE THIS INVOICE**                    **$32,449.83**

## **EXHIBIT B**

Invoice for the period from November 5, 2017 through December 4, 2017

# KILPATRICK TOWNSEND

**ATTORNEYS AT LAW**

*Please Remit Payment Only To:*
*P.O. Box 945614*
*Atlanta, Georgia  30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

December 21, 2017

CENTRAL GROCERS, INC. CREDITORS COMMITTEE     Client:      102777
S. ABRAHAM & SONS, INC.                         Matter:     1051013
4001 THREE MILE ROAD, N.W.                Invoice #:   11992321
GRAND RAPIDS, MI 49501

RE:   CENTRAL GROCERS, INC. CREDITORS' COMMITTEE

## REMITTANCE PAGE

| Date | Invoice Number | Fees | Disbursements | Interest/ Other | Payments | Balance Due |
|------|----------------|------|---------------|-----------------|----------|-------------|
| **Current Invoice:** | | | | | | |
| 12/21/17 | 11992321 | $106,334.00 | $3,178.09 | $0.00 | | $109,512.09 |

*Please return this page with payment*
*Due and Payable upon receipt.  1%  interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund
transfer from your account or to process the payment as a check transaction.

---

**Bank: Wells Fargo Bank, N.A.**                                     **Credit: Kilpatrick Townsend & Stockton LLP**
**ABA Routing No.:   121 000 248**                            **Account No.: 2000131592388**
**ABA Routing No. for ACH and Other EFTs:   061 000 227**      **Swift Code:  WFBIUS6S**

**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payment Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**Payments Only: accountsreceivable@kilpatricktownsend.com**
**Billing Inquiries: financialservices-billingrequests@kilpatricktownsend.com**
**Fed I.D. 58-0511774**

December 21, 2017

CENTRAL GROCERS, INC. CREDITORS COMMITTEE
S. ABRAHAM & SONS, INC.
4001 THREE MILE ROAD, N.W.
GRAND RAPIDS, MI 49501

Client:     102777
Matter:     1051013
Invoice #:  11992321

RE:   CENTRAL GROCERS, INC. CREDITORS' COMMITTEE

**For Professional Services Through December 4, 2017:**

### B110 - Asset Disposition

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/05/2017 | GF | Review real estate update from FTI. | 0.10 | 57.50 |
| 11/08/2017 | TCM | Email exchange regarding call with M&M regarding real estate strategy. | 0.10 | 97.50 |
| 11/09/2017 | TCM | Email exchange regarding Wheaton offer. | 0.10 | 97.50 |
| 11/09/2017 | DMP | Correspondence with FTI, D. Harer and T. Meyers regarding Wheaton sale and terms thereof. | 0.30 | 292.50 |
| 11/10/2017 | TCM | Review latest real estate offer and conference with Liz Park regarding same. | 0.20 | 195.00 |
| 11/10/2017 | DMP | Review real estate update. | 0.10 | 97.50 |
| 11/11/2017 | TCM | Review real estate update. | 0.10 | 97.50 |
| 11/13/2017 | GF | Review updated real estate report regarding status of offers. | 0.10 | 57.50 |
| 11/13/2017 | TCM | Analyze real estate status. | 0.10 | 97.50 |
| 11/16/2017 | GF | Review FTI real estate refresh (.1) review correspondence regarding status of Hammond closing (.2); email to T. Meyers regarding broker fees for Hammond (.1); review schedules regarding mechanics lien issue for Hammond real estate (.3). | 0.70 | 402.50 |
| 11/16/2017 | TCM | Email exchanges with Regina Kelbon and FTI regarding Hammond sale and mechanic's lien issue. | 0.40 | 390.00 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer
from your account or to process the payment as a check transaction.

### B110 - Asset Disposition

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/16/2017 | DMP | Correspondence with T. Meyers, G. Finizio and FTI regarding Hammond property issues (.3); correspondence with D.Agay, R. Kelbon and S. Singh regarding Hammond property commission and mechanics' lien (.3). | 0.60 | 585.00 |
| 11/17/2017 | TCM | Email exchanges regarding Hammond proceeds. | 0.10 | 97.50 |
| 11/20/2017 | TCM | Email exchanges with FTI regarding Hammond proceeds. | 0.10 | 97.50 |
| 11/21/2017 | GF | Review real estate update from FTI. | 0.10 | 57.50 |
| 11/21/2017 | TCM | Review real estate update. | 0.10 | 97.50 |
| 11/21/2017 | DMP | Review updated R/E report from FTI (.1); correspondence with T. Meyers, R. Kelbon and Debtors regarding Hammond property issues including mechanics' lien (.3). | 0.40 | 390.00 |
| 11/22/2017 | DMP | Correspondence with T. Meyers and G. Finizio regarding Hammond property and mechanics' lien issue. | 0.20 | 195.00 |
| 11/28/2017 | DMP | Telephone call with L. Park regarding tax redemption and funds to pay taxes on Hammond track 2. | 0.10 | 97.50 |
| 11/29/2017 | GF | Review offer for Downers Grove property (.1); correspondence with L. Park regarding real estate update chart (.1). | 0.20 | 115.00 |
| 11/29/2017 | TCM | Review FTI email regarding Downers Grove offer. | 0.10 | 97.50 |
| 12/01/2017 | TCM | Review FTI email regarding real estate issues (.1); review debtor email regarding Hammond closing (.1). | 0.20 | 195.00 |
| 12/04/2017 | TCM | Review real estate update. | 0.10 | 97.50 |
| 12/04/2017 | DMP | Review updated chart regarding real estate disposition. | 0.10 | 97.50 |
| | | **Task Subtotal** | **4.70** | **4,102.50** |

**B130 - Case Administration and Analysis**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/05/2017 | GF | Correspondence with T. Meyers regarding objection deadlines for November 16 pleadings (.1); review emails from B. King regarding comments to conversion order (.1); review conversion order edits from D. Posner (.1); review draft C. Tully declaration for allocation motion (.1). | 0.40 | 230.00 |
| 11/05/2017 | TCM | Email exchanges with David Posner regarding deposit analysis (.1); email exchanges with Gianfranco Finizio regarding objection deadlines (.1); email exchanges with David Posner regarding settlement issues and conversion order (.1). | 0.30 | 292.50 |
| 11/05/2017 | DMP | Revised proposed conversion motion and order (.6); correspondence with T. Meyers regarding same (.2); | 0.80 | 780.00 |
| 11/06/2017 | GF | Review Lamb Weston objection to 2019 motion (.1); review settlement agreement regarding Lamb Weston objection (.2); review Blank Rome edits to conversion order prior to filing (.1); review Debtors' comments to conversion documents prior to filing (.1); correspondence with D. Posner regarding draft conversion order (.1); review additional comments to 9019 settlement order (.1); email to committee regarding filed conversion motion (.1); revise committee email regarding conversion documents (.1). | 0.90 | 517.50 |
| 11/06/2017 | TCM | Work on Tully declaration and email exchanges with Gianfranco Finizio regarding same (.5); review substantive consolidation memo and email exchanges with Blaine Adams regarding same (.5); email exchanges with David Posner regarding 9019 order issues (.1); email exchanges with Barry Chatz regarding trustee selection (.1); email exchanges with Regina Kelbon regarding 9019 order (.1); revise and edit order on conversion (.4); telephone conference with Barry Chatz regarding trustee selection (.2); email exchanges with David Posner regarding order on conversion (.1); review email exchanges between PNC and pension funds regarding 9019 order (.1); email exchanges with Greg Vizza regarding order (.1); further email exchanges regarding tully declaration (.1); further email exchanges regarding conversion order (.2); review 9019 objection and email exchanges with Gianfranco Finizio regarding same (.2); review revised conversion pleadings and email exchanges with David Posner regarding same (.5); email exchanges with Regina Kelbon regarding order (.2). | 3.40 | 3,315.00 |

**B130 - Case Administration and Analysis**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/2017 | DMP | Revise proposed order on conversion motion (.8); correspondence with R. Kelbon, T. Meyers, G. Vizza and G. Finizio regarding proposed settlement order and conversion order (.3); telephone call with B. King regarding conversion order (.2); telephone call with G. Vizza regarding conversion order (.1); telephone call J. Gadhraf regading conversion order (.2); review and analysis of issues in connection with conversion order and motion (.5); review and analysis of subcon issues (.3); review and revise Tully declaration in support of allocation motion (.9); | 3.30 | 3,217.50 |
| 11/07/2017 | GF | Review updated C. Tully declaration for allocation motion (.1); review K. Morse email regarding potential chapter 7 trustees (.1); prepare committee email regarding case status (.2); correspondence with T. Meyers regarding Lamb Weston objection to 9019 documents (.1). | 0.50 | 287.50 |
| 11/07/2017 | SG | Calendar hearing date. | 0.10 | 26.50 |
| 11/07/2017 | TCM | Review email to pension fund regarding status (.1); email exchanges with Conor Tully regarding declaration (.1); review revised declaration (.1); telephone conference with Fred Perillo regarding WARN claim (.2); review further revised Tully declaration (.1); email exchanges with local counsel regarding Will County trustees (.1); further email exchanges regarding Tully declaration (.1). | 0.80 | 780.00 |
| 11/07/2017 | DMP | Review C. Tully comments to declaration in support of allocation motion (.1); telephone call with C. Tully regarding declaration (.1). | 0.20 | 195.00 |
| 11/08/2017 | GF | Correspondence with J. Gadharf regarding Lamb Weston objection to allocation (.1); review 9019 Settlement Agreement regarding Lamb Weston objection (.1); correspondence with Lamb Weston counsel regarding resolution of objection to allocation motion (.1); email to R. Kelbon regarding Lamb Weston resolution (.1); review edits to proposed 9019 order (.2); preparation for allocation motion hearing regarding possible demonstrative exhibit (.3); attention to pending matters for November 16 hearing (.2). | 1.10 | 632.50 |
| 11/08/2017 | SG | Calendar hearing date. | 0.10 | 26.50 |

**B130 - Case Administration and Analysis**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/08/2017 | TCM | Review David Posner email regarding 9019 order (.1); email exchanges regarding TCT 9019 order language (.1); conference with Gianfranco Finizio regarding hearing issues (.1). | 0.30 | 292.50 |
| 11/08/2017 | DMP | Correspondence with R. Kelbon, G. Vizza and T. Meyers regarding proposed settlement order and UST comments to motion (.2); correspondence with R. Kelbon and T. Meyers regarding insurance premiums (.2); draft language for insertion in settlement order regarding RCT fees (.2); correspondence with RCT regarding language for inclusion in settlement order (.1); review G. Vizza proposed revision to language for insertion in settlement order (.1); correspondence with T. Meyers, E. Madden and B. King regarding same (.1). | 0.90 | 877.50 |
| 11/09/2017 | GF | Review Debtor correspondence regarding offers on owned real estate (.1); review FTI real estate chart (.1); email to T. Meyers regarding owned real estate offer (.1); call with M. Ralston regarding case status (.1); review PNC comments to settlement order (.1); review AWG limited objection to allocation motion (.1). | 0.60 | 345.00 |
| 11/09/2017 | TCM | Email exchange with David Posner and PNC counsel regarding 9019 order (.1); email exchanges with RCT regarding same (.2); email exchange with David Posner regarding objection to allocation motion (.1); email exchange with David Posner regarding settlement order changes (.1). | 0.50 | 487.50 |
| 11/09/2017 | DMP | Correspondence with E. Madden and G. Vizza regarding settlement order insertion (.1); correspondence with C. Tully and T. Meyers regarding insurance finance motion and termination of insurance (.3); review revised settlement order (.1). | 0.50 | 487.50 |
| 11/10/2017 | GF | Correspondence with Lamb Weston regarding withdrawal of objection to 9019 motion (.1); attention to filing standing consent order (.3); correspondence with B. Williams regarding filing of consent order (.1); correspondence with G. Vizza regarding consent order mechanics (.1); email to C. Tully regarding AWG objection to allocation motion (.1); review Marcus & Millichap real estate update email from FTI (.1). | 0.80 | 460.00 |
| 11/10/2017 | SG | Calendar hearing date. | 0.10 | 26.50 |

**B130 - Case Administration and Analysis**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/10/2017 | TCM | Review 9019 order changes and email exchange with David Posner regarding same (.3); review objection and emails with debtor and PNC regarding same (.3); email exchange and telephone call with Blank Rome regarding 9019 order (.2); telephone conference with Regina Kelborn regarding same (.2); conference with David Posner regarding same (.1); email exchanges with Gianfranco Finizio regarding withdrawal of objection by PACA creditor (.1); email exchanges with RCT regarding 9019 order (.1). | 1.30 | 1,267.50 |
| 11/10/2017 | DMP | Correspondence with T. Meyers and R. Kelbon regarding settlement order and language therein (.4); review and analysis of settlement order language and settlement agreement (.4); correspondence with E. Madden regarding settlement order language (.1); correspondence with C. Tully regarding insurance issues (.1); review further revisions to settlement order language (.2). | 1.20 | 1,170.00 |
| 11/11/2017 | GF | Review amended schedules filed for CGI (.2); email to S. Singh regarding amended schedules (.1). | 0.30 | 172.50 |
| 11/11/2017 | TCM | Email exchanges with FTI regarding allocation motion objection (.2); review SOFA changes and email exchange with Gianfranco Finizio regarding same (.2); review AWG declaration (.1); review revised 9019 order and email exchanges regarding same (.4); telephone call with Regina Kelbon and email parties regarding same (.2). | 1.10 | 1,072.50 |
| 11/11/2017 | DMP | Correspondence with T. Meyers and R. Kelbon regarding proposed settlement order and revisions thereto. | 0.30 | 292.50 |
| 11/12/2017 | TCM | Email Gianfranco Finizio regarding schedules analysis for hearing. | 0.10 | 97.50 |
| 11/13/2017 | GF | Prepare reply to AWG's objection to committee 9019 motion (1.0); correspondence with D. Posner regarding reply to AWG objection (.2); update AWG reply (.2). | 1.40 | 805.00 |

**B130 - Case Administration and Analysis**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/13/2017 | TCM | Email exchanges with FTI regarding schedule amendment (.2); email exchange with RCT regarding 9019 order (.1); email exchange with David Posner regarding hearing preparation (.2); email exchange with U.S. Trustee regarding call regarding conversion (.1); review and revise and edit 9019 order (.3); email exchanges regarding same and other issues (.2); conference with David Posner regarding call with Regina Kelbon regarding hearing issues (.2); email exchanges with Sunny Singh regarding AWS objection (.2); review Regina Kelbon email regarding same (.1); email exchange with Greg Vizza regarding 9019 order (.1). | 1.70 | 1,657.50 |
| 11/13/2017 | KM | Review and revise reply to AWG objection to allocation motion. | 0.50 | 197.50 |
| 11/13/2017 | DMP | Correspondence with S. Singh and T. Meyers regarding AWG objection (.3); correspondence with S. Singh, R. Kelbon and T. Meyers regarding AWG and reply to allocation motion (.7); review and analysis of reply to allocation motion objection (.3); telephone call with R. Kelbon regarding allocation motion and AWG objection/trust funds issue (.2); review AWG objection to allocation motion for reply (.2); review and edit reply to AWG objection (.7) | 2.40 | 2,340.00 |
| 11/14/2017 | GF | Finalize reply to AWG objection to allocation motion (.5); attention to status of matters scheduled for November 16 (.1); prepare comments to draft November 16 agenda (.1); correspondence with G. Vizza regarding global settlement matters (.1); review further revised proposed order for 9019 motion (.1); correspondence with S. Green regarding November 16 hearing binders (.1); review objection to 9019 motion from Crossroads landlord (.2); correspondence with D. Posner regarding Crossroads 9019 objection (.1); begin drafting reply to Crossroads objection (.5); correspondence with G. Vizza regarding reply to AWG's allocation objection (.1). | 1.90 | 1,092.50 |
| 11/14/2017 | SG | Prepare hearing binder. | 0.50 | 132.50 |

**B130 - Case Administration and Analysis**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/14/2017 | TCM | Review hearing agenda and email exchanges with Gianfranco Finizio regarding same (.2); review revised 9019 order and email exchanges with Greg Vizza regarding same (.2); email exchanges regarding AWG agreement (.1); review and revise and edit reply to allocation motion (.4); further email exchanges regarding 9019 order (.1); further revisions to reply and email exchanges with Gianfranco Finizio regarding same (.2); further email exchanges with PNC regarding order (.2); email exchanges with FTI regarding allocation (.1); conference with David Posner regarding response to AWG motion (.1); email exchanges with U.S. Trustee regarding various issues (.1); telephone conference with Regina Kelbon and email exchanges regarding payment issues (.2); email exchanges with David Posner regarding 9019 order (.1); prepare for hearing (1.7). | 3.70 | 3,607.50 |
| 11/14/2017 | DMP | Review and edit AWG reply (.3); correspondence with G. Finizio regarding reply (.2); review draft agenda and comments thereto (.1); correspondence with T. Meyers and G. Finizio regarding draft agenda (.1); correspondence with lenders' counsel and debtors' counsel regarding AWG/Blackhawk (.2); review and respond to UST question regarding allocation motion (.1); review and prepare for hearing on allocation motion and settlement (.3); review agenda letter for 11/16 hearing (.1); review notice of filing of revised 9019 motion (.1); review cumulative redline of 9019 motion (.2). | 1.70 | 1,657.50 |
| 11/15/2017 | BEA | Researched case law regarding debtor necessity to pay Blackhawk Trust Funds (1.9); drafted memo regarding research to D. Posner and G. Finizio (.9); analyzed first day motion and order regarding payment of Trust Funds (.4); drafted memo regarding same (.9). | 4.10 | 1,742.50 |
| 11/15/2017 | GF | Correspondence with T. Meyers regarding November 16 hearing preparation (.7); correspondence with W. Williams regarding demonstrative for allocation motion (.1); review North Windham objection to 9019 motion (.2); email to T. Meyers regarding North Windham objection (.1); call with D. Posner regarding reply to Crossroads objection (.1); finalize reply to Crossroads objection to 9019 (.7); correspondence with W. Williams regarding filing of reply (.2). | 2.10 | 1,207.50 |

**B130 - Case Administration and Analysis**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/15/2017 | TCM | Email exchanges with David Posner regarding new settlement objection (.1); review same (.2); email debtor and PNC regarding same (.1); analye carveout language and issues regarding same (.3); review analysis of SOFA amendement and email exchanges regarding same (.3); email exchanges with Gianfranco Finizio regarding AWG issues (.1); further email exchanges with FTI regarding schedule amendment (.2); review analysis of Strack & Van Til assets and creditors (.2); telephone conference with Liz Park regarding SOFA issue (.1); prepare for hearing (2.5); meet with witness to prepare for hearing (1.5); telephone conference with U.S. Trustee regarding conversion (.5); conference with David Posner regarding hearing (.1); review objection regarding purchase option and emails regarding same (.2); email local counsel regarding hearing issues (.1); conference with David Posner regarding resolution of objections (.1); review reply and email Gianfranco Finizio regarding same (.2); review email of objection regarding withdrawal (.1); email exchanges regarding resolution of cure objection (.2). | 7.10 | 6,922.50 |
| 11/15/2017 | DMP | Conference call with office of UST regarding conversion motion (.5); correspondence with T. Meyers, G. Finizio and FTI regarding preparation for hearing on allocation and 9019 (.5); telephone call with R. Kelbon regarding objections to 9019 and comfort language (.1); telephone call with M. Benedict regarding AWG objection (.2); review draft reply to limited objection of cure party (.1) | 1.40 | 1,365.00 |
| 11/16/2017 | GF | Correspondence with T. Meyers regarding November 16 hearing preparation (.4); emails with J. Bienstock regarding status of hearing (.1); correspondence with K. Morse regarding results of November 16 hearing (.1); attention to committee report regarding November 16 hearing results (.1). | 0.70 | 402.50 |
| 11/16/2017 | SG | Calendar hearing date. | 0.10 | 26.50 |
| 11/16/2017 | TCM | Prepare for hearing (3.5); attend hearing and travel to and from same (2.2). | 5.70 | 5,557.50 |
| 11/16/2017 | DMP | Prepare for hearing on standing, settlement and allocation (1.1); attend hearing (2.2). | 3.30 | 3,217.50 |

**B130 - Case Administration and Analysis**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/17/2017 | GF | Attention to status of settlement orders entered by Judge Hollis (.2); correspondence with G. Vizza regarding entry of consent standing order (.1); attention to matters scheduled for November 30 (.2). | 0.50 | 287.50 |
| 11/17/2017 | TCM | Email exchanges regarding response to motion to compel (.1); email exchanges regarding entry of orders (.1); review David Agay email regarding proposed conversion order (.1). | 0.30 | 292.50 |
| 11/18/2017 | DMP | Review revised proposed conversion order. | 0.10 | 97.50 |
| 11/19/2017 | TCM | Email exchanges with David Posner regarding conversion order. | 0.10 | 97.50 |
| 11/20/2017 | GF | Call with Greg Vizza regarding changes to conversion order (.1); review further revised conversion order (.1); review settlement order regarding fee payment provisions (.1). | 0.30 | 172.50 |
| 11/20/2017 | TCM | Review revised conversion order and email exchanges regarding same (.2); email exchanges with PNC regarding conversion date change and other issues (.2). | 0.40 | 390.00 |
| 11/21/2017 | TCM | Email exchanges with PNC regarding conversion order and fee issues (.3); email exchanges with debtor regarding mechanic's lien issue (.1). | 0.40 | 390.00 |
| 11/22/2017 | GF | Review draft conversion order from UST (.1); review draft conversion order from Debtors (.1); review conversion order redline reflecting new changes (.1); correspondence with T. Meyers regarding conversion orders (.1); attention to matters scheduled for November 30 hearing (.2). | 0.60 | 345.00 |
| 11/22/2017 | MMW | Calendar hearing dates and deadlines. | 0.10 | 29.50 |
| 11/24/2017 | GF | Review further revised draft of conversion orders (.1); attention to status of November 30 conversion hearing (.1). | 0.20 | 115.00 |
| 11/24/2017 | TCM | Email exchanges with Gianfranco Finizio regarding objection deadline on AWG (.1); email exchanges with Gianfranco Finizio regarding AWG reply (.1); review response regarding same (.2); email comments regarding same to Gianfranco Finizio (.1); review revised reply (.1). | 0.60 | 585.00 |
| 11/26/2017 | TCM | Email exchanges with Regina Kelbon regarding open issues. | 0.10 | 97.50 |

### B130 - Case Administration and Analysis

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/27/2017 | GF | Prepare comments to draft conversion order (.2); review further revised conversion order (.1); review UST objection to form of conversion order (.1); email to J. Bienstock regarding conversion order comments (.1); correspondence with G. Vizza regarding conversion order (.1). | 0.60 | 345.00 |
| 11/27/2017 | TCM | Conference with Gianfranco Finizio regarding conversion order (.1); additional email exchanges regarding conversion order and email exchanges with Gianfranco Finizio regarding same (.3); email exchanges regarding trustee candidates (.1); review hearing agenda and email exchanges with David Agay regarding same (.2); email exchanges with PNC regarding fee issues (.1); review U.S. Trustee objection to conversion motion (.1); review revised conversion order and email exchanges with Gianfranco Finizio regarding same (.2); review withdrawal of collection firm retention application (.1); email exchanges with PNC counsel regarding fee order (.1). | 1.30 | 1,267.50 |
| 11/27/2017 | DMP | Review motion for relief from the stay filed by Korellis (.2); telephone call with J. Gadharf regarding opposition to the releif from the stay by Korellis (.2); review and analysis of Korellis mechanics' lien issues and lien searches (.5); review Debtors' limited objection to AWG motion to compel (.1); review tax redemption order for Hammond track 2 (.1); review and analysis of objection to Korellis lift stay motion (.2); telephone call with M. Klein regarding redemption on track 2 (.2); email to D. Harer regarding same (.1); review mark up of conversion order from J. Gadharf (.1); review proposed agenda letter (.1); review PNC objection to AWG motion to compel (.2); review UST objection to conversion order form (.1); correspondence with J. Bienstock regarding conversion order and b9 creditor issues (.1); confer with G. Finizio regarding Kellogg concerns re conversion order and email to J. Bienstock re same (.2); telephone call with H. Adelman regarding election of a trustee (.2); correspondence with T. Meyers and G. Finizio regarding conversion order edits (.2). | 2.40 | 2,340.00 |
| 11/28/2017 | SG | Calendar hearing date | 0.10 | 26.50 |

**B130 - Case Administration and Analysis**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/28/2017 | TCM | Conference with David Posner regarding various issues (.1); conference with David Posner regarding his call with U.S. Trustee regarding trustee issues (.1); review David Posner email regarding call with Regina Kelbon (.1); email exchanges regarding WIll County trustees (.1); email exchanges regarding conversion order (.2); review Howard Adelman email regarding conversion order (.1). | 0.70 | 682.50 |
| 11/28/2017 | DMP | Telephone call with R. Kelbon regarding conversion order and appointment of Trustee(s) (.2); email from G. Vizza regarding further edit to conversion order (.1); review H. Adelman comments to conversion order and edit same (.2); review agenda letter for 11/30 hearing (.1); review Debtors' objection to Korellis lift stay motion (.1). | 0.70 | 682.50 |
| 11/29/2017 | SG | Coordinate telephonic appearance. | 0.10 | 26.50 |
| 11/29/2017 | TCM | Email exchanges regarding conversion order and review same. | 0.20 | 195.00 |
| 11/29/2017 | DMP | Review and edit objection to Korellis lift stay. | 0.20 | 195.00 |
| 11/30/2017 | GF | Review redline of conversion order (.1); call with J. Bienstock regarding conversion hearing (.2); correspondence with K. Morse regarding conversion hearing (.2); call with D. Posner regarding hearing outcome (.1); call with K. Morse regarding conversion timing (.1). | 0.70 | 402.50 |
| 11/30/2017 | SG | Calendar hearing date. | 0.10 | 26.50 |
| 11/30/2017 | TCM | Email exchanges regarding hearing. | 0.20 | 195.00 |
| 11/30/2017 | DMP | Prepare for 11/30 hearing (.7); attend hearing on conversion motion and other matters (1.5). | 2.20 | 2,145.00 |
| 12/01/2017 | TCM | 11\30: telephonic hearing and email exchanges with David Posner and Kevin Morse regarding same (.3); 11\30:  conference with David Posner regarding hearing (.2). | 0.50 | 487.50 |
| 12/01/2017 | DMP | Correspondence with D, Harer and R. Kelbon regarding UCC member expenses (.2); telephone call with H. Adelman regarding Trustee and election of same (.3); correspondence with T. Meyers regarding Trustee (.1). | 0.50 | 487.50 |
| 12/02/2017 | TCM | Review David Posner email regarding pension counsel call regarding status. | 0.10 | 97.50 |

### B130 - Case Administration and Analysis

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 12/04/2017 | GF | Review docket entry regarding selection of chapter 7 trustee (.1); prepare email to committee regarding appointment of chapter 7 trustee (.2); correspondence with D. Weiss regarding chapter 7 trustee (.1). | 0.40 | 230.00 |
| 12/04/2017 | TCM | Email exchanges regarding conversion orders. | 0.10 | 97.50 |
| 12/04/2017 | KM | Draft email to committee regarding conversion order and ch.7 trustee appointment. | 0.30 | 118.50 |
| | | ***Task Subtotal*** | **73.30** | **62,228.50** |

### B140 - Claims Adm. and Objections

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/05/2017 | GF | Attention to status of Gonella motion for payment of 503(b)(9) claim. | 0.10 | 57.50 |
| 11/05/2017 | TCM | Email exchanges with David Posner regarding WARN claim. | 0.10 | 97.50 |
| 11/06/2017 | BEA | Researched substantive consolidation in the Second and Third Circuits (2.3); drafted memo regarding findings from research (1.6). | 3.90 | 1,657.50 |
| 11/06/2017 | GF | Correspondence with T. Brown regarding bar dates. | 0.10 | 57.50 |
| 11/06/2017 | TCM | Review email exchanges regarding pension administrative claim. | 0.10 | 97.50 |
| 11/08/2017 | GF | Attention to resolution of Gonella motion for payment of administrative claim (.1); correspondence with P. Van Groll regarding Gonella motion (.1). | 0.20 | 115.00 |
| 11/08/2017 | TCM | Email regarding adjournment of pension administrative claim (.1); review Jill Bienstock email regarding 503(b)(9) bar dates and conference with David Posner regarding same (.2). | 0.30 | 292.50 |
| 11/08/2017 | DMP | Review and analysis of PACA creditor objection and Settlement Agreement language. | 0.20 | 195.00 |
| 11/12/2017 | TCM | Review motion to compel by AWG (.2); email Debtor and PNC regarding same (.1); review Sunny Singh email regarding same (.1). | 0.40 | 390.00 |
| 11/13/2017 | GF | Review AWG's motion to compel turnover of trust funds (.3); review trust fund case law regarding AWG motion to compel (.5). | 0.80 | 460.00 |

## B140 - Claims Adm. and Objections

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/14/2017 | GF | Review schedules regarding claims at debtor entities to receive consideration under settlement agreement (.6); review FTI report on claims overview for November 16 hearing (.3). | 0.90 | 517.50 |
| 11/15/2017 | GF | Review case law regarding Blackhawk trust fund objection (.2); review pension settlement with Debtors regarding waiver of claims at certain entities (.2); email to T. Meyers regarding pension settlement (.1); attention to FTI report regarding unscheduled pension claims (.2); attention to reserve account for cure objections (.2). | 0.90 | 517.50 |
| 11/17/2017 | BEA | Met with G. Finizio regarding  drafting reply to AWG motion to compel (.2); researched precedent replies to motions to compel (.4); drafted reply to AWG motion to compel (1.8). | 2.40 | 1,020.00 |
| 11/17/2017 | GF | Review draft notice regarding segregated PACA/PASA fund. | 0.10 | 57.50 |
| 11/17/2017 | TCM | Review email and proposed notice regarding PACA fund return. | 0.20 | 195.00 |
| 11/17/2017 | DMP | Review research on trust funds law and AWG/Blackhawk issue (.2); correspondence with G. Finizio and B. Adams regarding same (.1). | 0.30 | 292.50 |
| 11/20/2017 | BEA | Drafted reply to AWG motion to compel (2.1); researched trust funds in Seventh Circuit (.9); drafted email memo to lenders regarding AWG trust funds (1.0); met with G. Finizio regarding structure of reply (.2); edited reply to incorporate G. Finizio comments (.4). | 4.60 | 1,955.00 |
| 11/20/2017 | GF | Review notice regarding PACA/PASA funds (.1); attention to status of PACA reserve account (.1); review DIP order regarding return of PACA/PASA funds (.2); review Agent changes to PACA notice (.1); process edits to draft reply regarding turnover of trust fund motion (.3). | 0.80 | 460.00 |
| 11/20/2017 | TCM | Email exchanges regarding return of PACA funds (.1); email exchanges with Gianfranco Finizio regarding PACA notice (.1). | 0.20 | 195.00 |

**B140 - Claims Adm. and Objections**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/20/2017 | DMP | Review notice of repayment of PACA/PASA (.1); correspondence with G. Finizio and T. Meyers regarding PACA/PASA notice (.2); correspondence with J. Gadharf, G. Finizio, T. Meyers and E. Madden regarding revised conversion order (.3). | 0.60 | 585.00 |
| 11/21/2017 | TCM | Email exchanges regarding mechanic's lien claim. | 0.20 | 195.00 |
| 11/22/2017 | BEA | Further edited reply to AWG motion to compel. | 0.30 | 127.50 |
| 11/22/2017 | GF | Email to D. Posner regarding PNC reply to motion to compel turnover of trust funds (.1); review PNC reply to turnover motion (.2); email to T. Meyers regarding status of committee reply to turnover motion (.1); review cases cited in PNC reply to turnover (.4). | 0.80 | 460.00 |
| 11/22/2017 | TCM | Email exchanges with Gianfranco Finizio regarding motion to compel reply (.3); telephone conference with Regina Kelbon regarding mechanic's lien issue (.2); email exchanges with Gianfranco Finizio regarding stay relief motion (.1); additional email exchanges and review stay relief motion regarding mechanic's lien (.3). | 0.80 | 780.00 |
| 11/22/2017 | DMP | Review and edit statement regarding AWG motion to compel (.5); correspondence with B. Adams and G. Finizio regarding same (.4). | 0.90 | 877.50 |
| 11/23/2017 | TCM | Review agent reply to turnover motion. | 0.20 | 195.00 |
| 11/24/2017 | GF | Finalize committee statement to AWG turnover motion (.7); review Debtors' objection to AWG turnover motion (.1). | 0.80 | 460.00 |
| 11/24/2017 | DMP | Correspondence with T. Meyers, G. Finizio and B. Adams regarding revisions to statement on motion to compel. | 0.30 | 292.50 |
| 11/27/2017 | TCM | Review debtor response to AWG motion (.1); conference with David Posner regarding mechanic's lien issue (.1). | 0.20 | 195.00 |
| 11/27/2017 | RBS | Conference with D. Posner regarding mechanic's lien, review of file in respect of liens and report back to D. Posner. | 0.60 | 321.00 |
| 11/28/2017 | TCM | Review debtor response to mechanic's lien claim. | 0.20 | 195.00 |

## B140 - Claims Adm. and Objections

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/28/2017 | DMP | Telephone call with H. Nguyen regarding administrative claims (.3); telephone call with J. Gadharf regarding language regarding administrative claims in conversion order (.1); correspondence with J. Bienstock regarding UST and position on changes to conversion order regarding administrative claims (.2). | 0.60 | 585.00 |
| 11/29/2017 | GF | Review Flynn declaration in support of contract rejections (.1); prepare for November 30 conversion matters (.2). | 0.30 | 172.50 |
| 11/29/2017 | TCM | Review stay relief reply and revise and edit same and email exchanges with Gianfranco Finizio regarding same (.3); review revised response (.1); review AWG reply and email exchanges with Gianfranco Finizio regarding same (.2). | 0.60 | 585.00 |
| 11/30/2017 | GF | Review Nestle administrative claim motion (.1); review Kellog administrative claim motion (.1); review Teamsters WARN claim motion (.2). | 0.40 | 230.00 |
| 11/30/2017 | TCM | Email exchanges with Gianfranco Finizio regarding union administrative claim. | 0.20 | 195.00 |
| 11/30/2017 | DMP | Review AWG reply. | 0.10 | 97.50 |
| 12/01/2017 | TCM | Email ecxhanges with Gianfranco Finizio regarding WARN claim (.1); review same (.3); review Affy Tapple PACA objection (.1). | 0.50 | 487.50 |
| | | *Task Subtotal* | **25.20** | **15,666.00** |

## B160 - Fee/Employment Applications

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/2017 | GF | Correspondence with S. Green regarding October monthly fee statement (.1); review draft of October monthly fee statement (.1); correspondence with U.S. Trustee regarding data for Kilpatrick fee statements (.1); coordinate LEDES data for U.S. Trustee (.3). | 0.60 | 345.00 |
| 11/06/2017 | SG | Coordinate distribution of LEDES files. | 0.10 | 26.50 |
| 11/07/2017 | GF | Correspondence with U.S. Trustee regarding LEDES data for fee review. | 0.10 | 57.50 |
| 11/07/2017 | SG | Prepare fee application. | 0.50 | 132.50 |

## B160 - Fee/Employment Applications

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/09/2017 | GF | Correspondence with S. Green regarding fee statement filings (.1); correspondence with B. Williams regarding fee statements (.1); review Kilpatrick fee statement (.1). | 0.30 | 172.50 |
| 11/09/2017 | SG | Prepare fee application. | 0.50 | 132.50 |
| 11/09/2017 | TCM | Work on monthly fee application and conference with Gianfranco Finizio regarding same. | 0.20 | 195.00 |
| 11/10/2017 | GF | Review DIP credit agreement regarding treatment of committee member expenses. | 0.10 | 57.50 |
| 11/14/2017 | GF | Correspondence with B. Chatz regarding status of outstanding committee professional fees. | 0.10 | 57.50 |
| 11/17/2017 | TCM | Email exchanges with Regina Kelbon regarding fee protocol. | 0.20 | 195.00 |
| 11/17/2017 | DMP | Correspondence with T. Meyers and K. Morse regarding fee applications and CNO. | 0.20 | 195.00 |
| 11/20/2017 | GF | Review certificate of no objection for KTS fees (.1); review fee chart prepared by lenders (.1); correspondence with G. Vizza regarding fee chart (.1); correspondence with K. Morse regarding fee analyses (.1). | 0.40 | 230.00 |
| 11/21/2017 | GF | Emails with G. Vizza regarding pending committee fees. | 0.10 | 57.50 |
| 11/24/2017 | TCM | Email exchanges with FTI regarding fee payments. | 0.10 | 97.50 |
| 11/27/2017 | GF | Call with G. Vizza regarding draft interim fee orders for committee professionals (.1); email to K. Morse regarding draft interim fee orders for committee professionals (.1). | 0.20 | 115.00 |
| 11/27/2017 | DMP | Review notice of withdrawal of RCC application. | 0.10 | 97.50 |
| 11/28/2017 | GF | Review proposed interim fee orders for committee professionals (.2); correspondence with R. Kelbon regarding fee orders (.1). correspondence with B. Hall regarding revisions to draft fee orders (.1); prepare revised fee orders to incorporate PNC comments (.2); correspondence with K. Morse regarding status of fee orders (.1); correspondence with D. Harer regarding fee chart (.1). | 0.80 | 460.00 |
| 11/28/2017 | TCM | Email exchanges with Don Harer regarding fees (.1); review fee order (.1). | 0.20 | 195.00 |

## B160 - Fee/Employment Applications

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/28/2017 | DMP | Correspondence with G. Finizio, T. Meyers, D. Harer and R. Kelbon regarding fee allowance and payment. | 0.20 | 195.00 |
| 11/29/2017 | TCM | Email exchanges regarding fee order and review same. | 0.20 | 195.00 |
| 11/29/2017 | DMP | Telephone call with R. Kelbon regarding fee application orders (.1); review and edit language for fee application orders (.4); correspondence with R. Kelbon, G. Finizio, T. Meyers, B. Hall and G. Vizza regarding fee application order and edits thereto (.2). | 0.70 | 682.50 |
| 11/30/2017 | GF | Review revised interim fee orders (.2); correspondence with L. Park regarding November fees (.2); prepare email to D. Harer regarding fee payments on December 4 (.3); review committee member expense data (.1); prepare updated fee chart reflecting fee reductions from J. Hollis (.1). | 0.90 | 517.50 |
| 11/30/2017 | KM | Draft committee member expense certifications. | 0.50 | 197.50 |
| 12/01/2017 | GF | Correspondence with K. Morse regarding certificates of no objection for monthly fee statements (.1); review fee payment chart for settlement effective date (.2); correspondence with D. Harer regarding fee payment chart (.1). | 0.40 | 230.00 |
| | | **Task Subtotal** | **7.70** | **4,836.50** |

## B170 - Fee/Employment Objections

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/06/2017 | TCM | Email exchanges regarding U.S. Trustee fee application questions. | 0.10 | 97.50 |
| 11/20/2017 | KM | Analyze KTS fees for response to fee objection (1.2); email exchange with T. Meyers and G. Finizio regarding same (.2) | 1.40 | 553.00 |
| 11/20/2017 | DMP | Correspondence with G. Vizza, T. Meyers, G. Finizio, FTI and SEAL regarding Committee fees and payment of unobjectionable portions thereof. | 0.20 | 195.00 |
| | | **Task Subtotal** | **1.70** | **845.50** |

**B200 - Meetings of Creditors**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/06/2017 | TCM | Email to committee regarding status. | 0.10 | 97.50 |
| 11/07/2017 | TCM | Email exchanges with Gianfranco Finizio regarding committee meeting. | 0.10 | 97.50 |
| 11/13/2017 | TCM | Email exchange with David Posner regarding Curt Johnson's inquiry regarding insurance payment. | 0.10 | 97.50 |
| 11/13/2017 | DMP | Draft and edit email to committee regarding insurance premium issue (.2); correspondence with UCC regarding question regarding insurance reimbursement (.1). | 0.30 | 292.50 |
| 11/24/2017 | GF | Review emails from D. Posner regarding date for next committee call (.1); prepare agenda for November 28 committee call (.2). | 0.30 | 172.50 |
| 11/24/2017 | TCM | Email team regarding need for committee call. | 0.10 | 97.50 |
| 11/26/2017 | GF | Finalize agenda for November 28 committee call (.1); email to committee regarding November 28 committee call (.1); correspondence with T. Brown and S. Geenen regarding next call (.1). | 0.30 | 172.50 |
| 11/26/2017 | TCM | Revise and edit committee call agenda and email exchanges with David Posner and Gianfranco Finizio regarding same. | 0.10 | 97.50 |
| 11/26/2017 | DMP | Review draft agenda for UCC call (.1); correspondence with T. Meyers and G. Finizio regarding draft of agenda (.1). | 0.20 | 195.00 |
| 11/27/2017 | GF | Email to committee regarding presentation materials for November 28 call. | 0.10 | 57.50 |
| 11/28/2017 | GF | Emails with D. Posner regarding preparation for committee call (.2); review FTI real estate chart for committee call (.1); participate on November 28 committee call (.6); follow up call with G. Thompson regarding committee call items (.1); email correspondence with C. Johnson regarding committee call items (.1). | 1.10 | 632.50 |
| 11/28/2017 | TCM | Prepare for committee call (.3); committee call (.6). | 0.90 | 877.50 |
| 11/28/2017 | DMP | Committee Meeting. | 0.60 | 585.00 |
| | | *Task Subtotal* | **4.30** | **3,472.50** |

## B220 - Relief from Stay Proceedings

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/22/2017 | GF | Review lift stay motion by Korrelis (.2); review schedules for Korrelis roofing contract (.4); review correspondence from Debtors regarding Korrelis roofing contract (.2). | 0.80 | 460.00 |
| 11/24/2017 | GF | Email to T. Meyers regarding schedule of Korrelis lift stay motion (.1); begin outline of draft reply to Korrelis lift stay papers (.8). | 0.90 | 517.50 |
| 11/27/2017 | BEA | Met with G. Finizio regarding lift stay motion (.2); researched comparable lift stay motion objections (.3); drafted lift stay motion objection (1.9). | 2.40 | 1,020.00 |
| 11/27/2017 | GF | Prepare edits to draft Korrelis lift stay objection. | 0.50 | 287.50 |
| 11/28/2017 | BEA | Met with G. Finizio regarding objection to lift stay motion draft (.4); drafted Background section of objection (.9); drafted argument section of objection (1.5); met with D. Posner regarding objection (.1); drafted version of objection incorporating D. Posner notes (2.1). | 5.00 | 2,125.00 |
| 11/28/2017 | GF | Review updated lift stay objection and provide comments thereto (.3); review Debtors' objection to Korrelis lift stay (.2). | 0.50 | 287.50 |
| 11/29/2017 | GF | Finalize objection to Korrelis lift stay matter. | 0.90 | 517.50 |
| | | **Task Subtotal** | **11.00** | **5,215.00** |

## B310 - Travel Time

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/15/2017 | TCM | Travel to Chicago (billed @ 1/2 rate). | 3.00 | 1,462.50 |
| 11/15/2017 | DMP | Travel to Chicago (billed @ 1/2 rate). | 3.00 | 1,462.50 |
| 11/16/2017 | TCM | Travel to Atlanta (billed @ 1/2 rate). | 3.00 | 1,462.50 |
| 11/16/2017 | DMP | Travel from Chicago to NY (billed @ 1/2 rate). | 3.00 | 1,462.50 |
| 11/29/2017 | DMP | Travel to Chicago (billed @ 1/2 rate). | 3.00 | 1,462.50 |
| 11/30/2017 | DMP | Travel to NYC (billed @ 1/2 rate). | 3.00 | 1,462.50 |
| | | **Task Subtotal** | **18.00** | **8,775.00** |

**B900 - Insurance**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/08/2017 | TCM | Email exchanges with PNC and FTI regarding insurance premium payments. | 0.30 | 292.50 |
| 11/09/2017 | BEA | Researched case law regarding ability of insurance finance companies to cancel insurance without application of automatic stay (.6); drafted memo regarding same (.6). | 1.20 | 510.00 |
| 11/09/2017 | TCM | Email exchanges with Connor Tully regarding insurance premium issue. | 0.20 | 195.00 |
| 11/10/2017 | TCM | Email exchange with David Posner regarding insurance payment. | 0.10 | 97.50 |
| 11/13/2017 | TCM | Email exchanges regarding insurance premium payment. | 0.10 | 97.50 |
| | | ***Task Subtotal*** | **1.90** | **1,192.50** |

| | | | |
|---|---|---|---|
| | **Total Fees** | | **$106,334.00** |

**Task Code Summary**

| Task Code | Task Description | Amount |
|-----------|------------------|--------|
| B110 | Asset Disposition | 4,102.50 |
| B130 | Case Administration and Analysis | 62,228.50 |
| B140 | Claims Adm. and Objections | 15,666.00 |
| B160 | Fee/Employment Applications | 4,836.50 |
| B170 | Fee/Employment Objections | 845.50 |
| B200 | Meetings of Creditors | 3,472.50 |
| B220 | Relief from Stay Proceedings | 5,215.00 |
| B310 | Travel Time | 8,775.00 |
| B900 | Insurance | 1,192.50 |
| | **Total** | **$106,334.00** |

| Summary | Timekeeper Name | Title | Hours | Rate/Hour | Amount |
|---------|-----------------|-------|-------|-----------|--------|
| TCM | T. C. Meyers | Partner | 6.00 | 487.50 | 2,925.00 |
| TCM | T. C. Meyers | Partner | 40.00 | 975.00 | 39,000.00 |
| DMP | David Posner | Partner | 12.00 | 487.50 | 5,850.00 |
| DMP | David Posner | Partner | 29.40 | 975.00 | 28,665.00 |
| BEA | Blaine E. Adams | Associate | 23.90 | 425.00 | 10,157.50 |
| GF | Gianfranco Finizio | Associate | 30.80 | 575.00 | 17,710.00 |
| KM | Kelly Moynihan | Associate | 2.70 | 395.00 | 1,066.50 |
| RBS | Robert Shaw | Associate | 0.60 | 535.00 | 321.00 |
| SG | Shavone Green | Paralegal | 2.30 | 265.00 | 609.50 |
| MMW | M. M. Williams | Paralegal | 0.10 | 295.00 | 29.50 |
| | | **Totals** | **147.80** | | **$106,334.00** |

*Other Charges:*

| | | |
|---|---|---|
| 10/06/2017 | Miscellaneous - Other Expense of Molly Williams on 10/06/17 regarding Telephonic hearing appearance charge | 49.00 |
| 11/06/2017 | Westlaw On-Line Legal Research | 84.15 |
| 11/09/2017 | Westlaw On-Line Legal Research | 16.83 |
| 11/15/2017 | Westlaw On-Line Legal Research | 16.83 |
| 11/15/2017 | Airfare Expense of Todd Meyers on 11/15/2017 - 11/16/2017 to Chicago regarding airfare | 671.60 |
| 11/15/2017 | Travel and Ground Transportation - Taxi/Car Service Expense of Todd Meyers on 11/15/17 regarding Flash Cab: from airport to hotel. | 62.60 |
| 11/15/2017 | Meals - Dinner Expense of Todd Meyers on 11/15/17 regarding Dinner with David Posner in Chicago | 80.02 |
| 11/15/2017 | Meals - Meals Other Expense of Todd Meyers on 11/15/17 regarding snack/beverage | 15.24 |
| 11/15/2017 | David Posner roundtrip airfare 11/15-16 on Delta LGA - Chicago. | 499.40 |
| 11/16/2017 | Travel and Ground Transportation - Parking Expense of Todd Meyers on 11/16/17 regarding park @ Hartsfield while traveling | 54.00 |
| 11/16/2017 | Travel and Ground Transportation - Internet Expense of Todd Meyers on 11/16/17 regarding gogo inflight internet | 12.50 |
| 11/16/2017 | Meals - Lunch Expense of Todd Meyers on 11/16/17 regarding lunch | 13.32 |

*Other Charges:*

| Date | Description | Amount |
|---|---|---|
| 11/16/2017 | Hotel Expense of Todd Meyers on 11/15/2017 - 11/16/2017 to Chicago regarding (1) night room rate | 277.28 |
| 11/16/2017 | Meals - Hotel - Breakfast Expense of Todd Meyers on 11/16/17 regarding breakfast | 37.00 |
| 11/27/2017 | Meals  - Lunch Expense of David Posner: Chicago Int'l Airport on 11/16/2017. | 13.64 |
| 11/27/2017 | Hotel  Expense of David Posner on 11/15/2017 - 11/16/2017 to Chicago, Illinois regarding Hotel accommodations. | 282.94 |
| 11/27/2017 | Meals  - Hotel - Breakfast Expense of David Posner on 11/16/2017. | 33.99 |
| 11/29/2017 | David Posner – airfare: one way on United LGA - Chicago. | 105.20 |
| 11/30/2017 | David Posner – airfare:  one way on Delta back to New York from Chicago. | 263.00 |
| 12/05/2017 | Travel and Ground Transportation  - Taxi/Car Service Expense of David Posner regarding Uber from Court hearing to LaGuardia Airport, NYC on 11/29/2017. | 98.66 |
| 12/05/2017 | Travel and Ground Transportation  - Internet Expense of David Posner Gogo Flight Pass on Delta flight from Chicago to NYC on 11/30/2017. | 29.95 |
| 12/05/2017 | Travel and Ground Transportation  - Taxi/Car Service Expense of David Posner regarding Taxi from O'Hare Airport (Chicago, IL) to The Palmer Hilton Hotel (Chicago, IL) on 11/29/2017. | 59.70 |
| 12/05/2017 | Hotel  Expense of David Posner on 11/29/2017 - 11/30/2017 to Chicago, IL. | 319.37 |
| 12/05/2017 | Travel and Ground Transportation  - Public Transit Expense of David Posner regarding Subway travel from Courthouse (Chicago, IL) to O'Hare Airport on 11/30/2017. | 3.00 |
| | Long Distance Charges Soundpath; Conference Call; 10/13/17 - 11/12/17 | 77.37 |
| | Document Reproduction | 1.50 |

**Total Other Charges**                                                    **$3,178.09**

**TOTAL AMOUNT DUE THIS INVOICE**                              **$109,512.09**

# **EXHIBIT C**

October 31, 2017 and November 30, 2017 Prime Clerk Invoices



830 Third Avenue 9th Floor
New York, NY 10022

primeclerk.com

Central Grocers, Inc.
c/o Conway MacKenzie, Inc.
77 West Wacker Drive, Suite 4000
Chicago, IL  60601

| | |
|---|---|
| Account #: | 1835-0005 |
| Invoice #: | 5819 |
| Invoice Date: | October 31, 2017 |
| Due Date: | Due Upon Receipt |

## SUMMARY

| Description | Amount |
|---|---|
| Hourly Fees | $2,952.00 |
| Expenses | $28,120.13 |
| NY State Sales Tax | $8.48 |
| Current Amount Due | $31,080.61 |
| **Total Balance Now Due** | **$31,080.61** |

*Please return this portion of the statement with your check to Prime Clerk LLC*

| | |
|---|---|
| **Account #** | 1835-0005 |
| **Invoice #:** | 5819 |
| **Total Amount Due:** | $31,080.61 |
| **Amount Paid:** | $ |

**Remit Checks to:**

Prime Clerk LLC
Attn: Finance
830 Third Avenue, 3rd Floor
New York, NY  10022

**For Wire Transfers / ACH Payments:**

Prime Clerk LLC
JPMorgan Chase Bank, N.A.
610 Madison Avenue
New York, NY  10022
Account # 178902839
ACH Routing # 021000021



**Prime Clerk**

830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

### Hourly Fees by Employee

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| AUA | Ashraf, Asir U | AN - Analyst | 0.30 | $40.00 | $12.00 |
| PC | Production Clerks | AN - Analyst | 15.80 | $40.00 | $632.00 |
| GRP | Pasabangi, Gerhald R | CO - Consultant | 7.50 | $105.00 | $787.50 |
| CCP | Pagan, Chanel C | CO - Consultant | 0.20 | $120.00 | $24.00 |
| SER | Rosati, Sarina E. | CO - Consultant | 1.70 | $120.00 | $204.00 |
| SWC | Chan, Sze Wah | CO - Consultant | 0.50 | $135.00 | $67.50 |
| PS | Production Supervisors | CO - Consultant | 5.30 | $135.00 | $715.50 |
| JMS | Sias, James M | SC - Senior Consultant | 0.40 | $165.00 | $66.00 |
| LMC | Campbell, Laura M | DI - Director | 0.10 | $180.00 | $18.00 |
| JGB | Berman, Jessica G | DI - Director | 2.30 | $185.00 | $425.50 |
| | | **TOTAL:** | **34.10** | | **$2,952.00** |

Central Grocers, Inc.

Page 2

Invoice #: 5819

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 10/19/17 | JGB | DI | Correspond with T. Guilfoyle regarding Committee/PNC service | Noticing | 0.10 |
| 10/20/17 | JGB | DI | Conference and correspond with T. Guilfoyle regarding service of 9019; review case management procedures in connection with same and discuss logistics of noticing with service provider and B. Steele | Noticing | 0.80 |
| 10/23/17 | GRP | CO | Prepare and execute service of documents filed on October 23 | Noticing | 4.00 |
| 10/23/17 | GRP | CO | Prepare affidavit of service for documents served on October 23 | Noticing | 1.00 |
| 10/23/17 | JGB | DI | Coordinate and quality control service of documents filed on October 23 | Noticing | 1.20 |
| 10/23/17 | JMS | SC | Coordinate and quality control service of documents filed on October 23 | Noticing | 0.40 |
| 10/23/17 | LMC | DI | Quality assurance review of and revisions to affidavit of service for documents served on October 23 | Noticing | 0.10 |
| 10/23/17 | PC | AN | Fulfill and serve the Notice of Motion of Official Committee Approving Settlement and Compromise of Claims mailing, including folding, inserting and labeling of the packages | Noticing | 15.80 |
| 10/23/17 | PS | CO | Coordinate and execute the production and fulfillment of the Notice of Motion of Official Committee Approving Settlement and Compromise of Claims mailing; quality control re same | Noticing | 5.30 |
| 10/24/17 | GRP | CO | Prepare affidavit of service for documents served on October 23 | Noticing | 2.00 |
| 10/26/17 | GRP | CO | Prepare affidavit of service for documents served on October 23 | Noticing | 0.50 |
| 10/26/17 | SWC | CO | Quality assurance review of and revisions to affidavit of service for documents served on October 23 | Noticing | 0.50 |
| 10/27/17 | CCP | CO | Quality assurance review of and revisions to affidavit of service for documents served on October 23 | Noticing | 0.20 |
| 10/27/17 | SER | CO | Review and file affidavit of service for documents served on October 23 | Noticing | 1.70 |
| 10/31/17 | AUA | AN | Review and export service request forms; email to case team for re-mail review and approval | Noticing | 0.30 |
| 10/31/17 | JGB | DI | Coordinate and quality control remail service of 9019 motion | Noticing | 0.20 |
| | | | | **Total Hours** | **34.10** |

Central Grocers, Inc.

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---|
| Customization / Envelope Printing | 28,420 | 0.05 | $1,421.00 |
| Delivery, Messenger & Storage Services | | | $150.00 |
| Notary Services | 1 | 2.00 | $2.00 |
| Oversized Envelopes | 111 | 0.10 | $11.10 |
| Postage | | | $13,264.18 |
| Printing | 118,564 | 0.10 | $11,856.40 |
| Standard # 10 Envelopes | 28,309 | 0.05 | $1,415.45 |
| **Total Expenses** | | | **$28,120.13** |

1835-05 C. Grocers Committee Case 17-13886 Doc 1218 Filed 01/18/18 Entered 01/18/18 15:23:20 Desc Main Document Page 68 of 73

Page 4
Invoice #: 5819

**Mailing Detail**

| Post Date | Mailing Name | Total # Service Lists | Total Images | Total Faxed Images | Total First Class Mail Packages | Total FedEx Packages | Total Express Mail Packages | Total Emails | Flash Drives | Customization - Envelope Printing | Standard # 10 Envelopes | Oversized Envelopes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/17 | Notice of Motion of Official Committee Approving Settlement and Compromise of Claims | 2 | 118,564 | - | 28,420 | - | - | 178 | - | 28,420 | 28,309 | 111 |
| | **TOTAL:** | | 118,564 | - | 28,420 | - | - | 178 | - | 28,420 | 28,309 | 111 |



**Prime Clerk**

830 Third Avenue 9th Floor
New York, NY 10022

primeclerk.com

Central Grocers, Inc.
123 West Washington Street, Suite 216
Oswego, IL  60543

| | |
|---|---|
| Account #: | 1835-0005 |
| Invoice #: | 6002 |
| Invoice Date: | November 30, 2017 |
| Due Date: | Due Upon Receipt |

## SUMMARY

| Description | Amount |
|---|---|
| Hourly Fees | $435.50 |
| Expenses | $200.25 |
| NY State Sales Tax | $0.05 |
| Current Amount Due | $635.80 |
| | |
| Previous Unpaid Balance | $31,080.61 |
| **Total Balance Now Due** | **$31,716.41** |

— — — — — — — — — — — — — — — — — — — — —

*Please return this portion of the statement with your check to Prime Clerk LLC*

| | |
|---|---|
| **Account #** | 1835-0005 |
| **Invoice #:** | 6002 |
| **Total Amount Due:** | $31,716.41 |
| **Amount Paid:** | $ |

**Remit Checks to:**

Prime Clerk LLC
Attn: Finance
830 Third Avenue, 3rd Floor
New York, NY  10022

**For Wire Transfers / ACH Payments:**

Prime Clerk LLC
JPMorgan Chase Bank, N.A.
610 Madison Avenue
New York, NY  10022
Account # 178902839
ACH Routing # 021000021



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

## Hourly Fees by Employee

| Initial | Employee Name | Title | Hours | Rate | Total |
|---------|---------------|-------|-------|------|-------|
| AUA | Ashraf, Asir U | AN - Analyst | 1.00 | $40.00 | $40.00 |
| TLB | Betancourt, Timothy L | CO - Consultant | 0.30 | $100.00 | $30.00 |
| SKW | Washington, Sedahri K | CO - Consultant | 0.40 | $100.00 | $40.00 |
| RRC | Conroy, Robert R | CO - Consultant | 0.60 | $120.00 | $72.00 |
| NGV | Vass, Nicholas G | CO - Consultant | 0.20 | $120.00 | $24.00 |
| GMD | DePalma, Greg M | CO - Consultant | 0.60 | $135.00 | $81.00 |
| JJR | Ra, Justin J | CO - Consultant | 0.30 | $135.00 | $40.50 |
| JMS | Sias, James M | SC  - Senior Consultant | 0.20 | $165.00 | $33.00 |
| LMC | Campbell, Laura M | DI  - Director | 0.20 | $180.00 | $36.00 |
| AMA | Adler, Adam M | DI  - Director | 0.20 | $195.00 | $39.00 |
| | | **TOTAL:** | **4.00** | | **$435.50** |

Central Grocers, Inc.                                                                                      Page 2

Invoice #: 6002

---

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|------|-----|-------|-------------|------|-------|
| 11/02/17 | AMA | DI | Confer with team managers re review and filing of pending affidavits of service | Noticing | 0.10 |
| 11/02/17 | AUA | AN | Prepare affidavit of service for documents served on November 2 | Noticing | 0.50 |
| 11/02/17 | GMD | CO | Coordinate and execute the production and fulfillment of the Supplemental Notice of Motion Official Committee Approving Settlement and Compromise of Claims mailing; quality control re same | Noticing | 0.20 |
| 11/02/17 | JJR | CO | Prepare and execute service of documents filed on November 2 | Noticing | 0.30 |
| 11/02/17 | NGV | CO | Coordinate and quality control service of documents filed on November 2 | Noticing | 0.20 |
| 11/07/17 | JMS | SC | Coordinate and quality control supplemental service of documents | Noticing | 0.20 |
| 11/07/17 | SKW | CO | Quality assurance review of and revisions to affidavit of service for documents served on November 2 | Noticing | 0.20 |
| 11/07/17 | TLB | CO | Review and file affidavit of service for documents served on November 2 | Noticing | 0.30 |
| 11/16/17 | AMA | DI | Confer with team managers re review and filing of pending affidavits of service | Noticing | 0.10 |
| 11/16/17 | AUA | AN | Prepare affidavit of service for documents served on November 16 | Noticing | 0.50 |
| 11/16/17 | GMD | CO | Coordinate and execute the production and fulfillment of the Supplemental Notice of Motion Approving Settlement and Compromise of Claims mailing; quality control re same | Noticing | 0.40 |
| 11/20/17 | LMC | DI | Quality assurance review of and revisions to affidavit of service for documents served on November 16 | Noticing | 0.20 |
| 11/20/17 | RRC | CO | Review and file affidavit of service for documents served on November 16 | Noticing | 0.60 |
| 11/21/17 | SKW | CO | Coordinate the completion and filing of affidavit of service for documents served on November 16; correspond with case team re same | Noticing | 0.20 |

**Total Hours**                                                                            **4.00**

Central Grocers, Inc.

Page 3

Invoice #: 6002

## Expense Detail

| Description | Units | Rate | Amount |
|---|---:|---:|---:|
| Customization / Envelope Printing | 190 | 0.05 | $9.50 |
| Notary Services | 2 | 2.00 | $4.00 |
| Postage | | | $101.25 |
| Printing | 760 | 0.10 | $76.00 |
| Standard # 10 Envelopes | 190 | 0.05 | $9.50 |
| **Total Expenses** | | | **$200.25** |

**Mailing Detail**

| Post Date | Mailing Name | Total # Service Lists | Total Images | Total Faxed Images | Total First Class Mail Packages | Total FedEx Packages | Total Express Mail Packages | Total Emails | Flash Drives | Customization - Envelope Printing | Standard # 10 Envelopes | Oversized Envelopes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/02/17 | Supplemental Notice of Motion Official Committee Approving Settlement and Compromise of Claims | 1 | 148 | - | 37 | - | - | - | - | 37 | 37 | - |
| 11/16/17 | Supplemental Notice of Motion Approving Settlement and Compromise of Claims | 1 | 612 | - | 153 | - | - | - | - | 153 | 153 | - |
| | **TOTAL:** | | 760 | - | 190 | - | - | - | - | 190 | 190 | - |