**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTRAL GROCERS INC., *et al*., | ) Case No. 17-13866 |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date:  February 15, 2018 |
| | ) Time: 10:00 a.m. |

<u>**NOTICE OF MOTION**</u>

To:     See Attached Service List

      **PLEASE TAKE NOTICE** that on <u>**February 15, 2018 at 10:00 a.m.**</u> or as soon thereafter as counsel may be heard, the undersigned will appear before the Hon. Pamela S. Hollis or such other judge as may be sitting in her stead, in Room 644 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached **SIXTH MONTHLY AND FINAL FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 15, 2017 THROUGH DECEMBER 4, 2017**, at which time and place you may appear as you see fit.

By: */s/ Conor P. Tully*
Conor P. Tully
Senior Managing Director
**FTI CONSULTING, INC.**
Three Times Square
New York, New York 10036
Telephone: (212) 841-9335
conor.tully@fticonsulting.com

*Financial Advisor to the Official Committee of
Unsecured Creditors of Central Grocers, Inc., et al.*

-and-

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

*/s/ Kevin H. Morse*
Barry A. Chatz (06196639)
Kevin H. Morse (06297244)
**SAUL EWING ARNSTEIN& LEHR LLP**
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

## CERTIFICATE OF SERVICE

I, Kevin H. Morse, an attorney, certify that I caused a copy of the attached Notice of Motion and Application to be served on the parties listed on the attached Service List, via the Court's ECF system on January 18, 2018.

/s/ Kevin H. Morse

## SERVICE LIST

Via ECF:

Howard L. Adelman
hla@ag-ltd.com
dbaird@ag-ltd.com

David A Agay
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com
bkfilings@mcdonaldhopkins.com

Mark A. Amendola
mamendola@martynlawfirm.com

Thomas J. Angell
tangell@jbosh.com

Ronald Barliant
ronald.barliant@goldbergkohn.com
kristina.bunker@goldbergkohn.com

Mark T Benedict
mark.benedict@huschblackwell.com
susan.williams@huschblackwell.com

Robert R Benjamin
rrbenjamin@gct.law
mperez@gct.law
myproductionss@gmail.com
tstephenson@gct.law
r61390@notify.bestcase.com

John A Benson
jbenson@huckbouma.com

Brendan G Best

bgbest@varnumlaw.com
wrkyles@varnumlaw.com

Mark V Bossi
mbossi@thompsoncoburn.com

Alexander F Brougham
abrougham@ag-ltd.com
dbaird@ag-ltd.com

Aaron B Chapin
aaron.chapin@huschblackwell.com
litigation.docket@huschblackwell.com
LegalSupportTeam-Lit-TM-
CHI@huschblackwell.com

Barry A Chatz
barry.chatz@saul.com
jurate.medziak@saul.com

Scott R Clar
sclar@craneheyman.com
mjoberhausen@craneheyman.com
asimon@craneheyman.com

Peter A Clark
pclark@btlaw.com

William J Connelly
wconnelly@hinshawlaw.com
ihernandez@hinshawlaw.com
Heather M Crockett
heather.crockett@atg.in.gov
Maricel.Skiles@atg.in.gov
Stephanie.Patrick@atg.in.gov

Aaron Davis
aaron.davis@bryancave.com
CHDocketing@bryancave.com
kat.denk@bryancave.com
kathryn.farris@bryancave.com

Steven M De Falco
sdefalco@meuerslawfirm.com
lrogers@meuerslawfirm.com
snurenberg@meuerslawfirm.com

David R Doyle
ddoyle@shawfishman.com
kjanecki@shawfishman.com

Nicholas R Dwayne
ndwayne@ag-ltd.com

Devon J Eggert
deggert@freeborn.com
bkdocketing@freeborn.com

Mary J Fassett
mjf@mccarronlaw.com

Joseph D Frank
jfrank@fgllp.com
ccarpenter@fgllp.com
jkleinman@fgllp.com
mmatlock@fgllp.com

Patricia B Fugee
patricia.fugee@fisherbroyles.com
ecf@cftechsolutions.com

Matthew Gartner
matthew.gartner@huschblackwell.com
legalsupportteam-10flnorth-
slc@huschblackwell.com

Sara J Geenen
sjg@previant.com, cyp@previant.com
Danielle J. Gould
dszukala@burkelaw.com

Trinitee G Green
tgreen@freeborn.com
bkdocketing@freeborn.com

Joel D Groenewold
jdgroenewold@kopkalaw.com

John W Guzzardo
jguzzardo@shawfishman.com
orafalovsky@shawfishman.com

Timothy M Hughes
thughes@lavellelaw.com
r41234@notify.bestcase.com

Paula K. Jacobi
pjacobi@btlaw.com
jsantana@btlaw.com

Benjamin Kelly
benkellysr@comcast.net

Randall Klein
randall.klein@goldbergkohn.com
amy.halpin@goldbergkohn.com

William B Kohn
 kohn@wbkohnlaw.com

Lawrence J Kotler
ljkotler@duanemorris.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Caren A Lederer
calederer@gct.law
mperez@gct.law
stasciotti@gct.law
tstephenson@gct.law

Douglas J. Lipke
dlipke@vedderprice.com
ecfdocket@vedderprice.com
Robert B. Marcus
rmarcus@attorneymm.com
mail@attorneymm.com

Teresa A Massa
tam@terrellandthrall.com

Mark Melickian
mmelickian@sfgh.com joconnor@sfgh.com
mbrandess@sfgh.com

bkdocket@sfgh.com

Todd C Meyers
tmeyers@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com
DPosner@kilpatricktownsend.com
sagreen@kilpatricktownsend.com
mwilliams@kilpatricktownsend.com

Michael C. Moody
mmoody@orourkeandmoody.com
firm@orourkeandmoody.com
morourke@orourkeandmoody.com

Justin Morgan
justin.morgan@bryancave.com

Kevin H Morse
kevin.morse@saul.com

Lauren Newman
lnewman@thompsoncoburn.com
jstolarz@thompsoncoburn.com
aversis@thompsoncoburn.com
bray@thompsoncoburn.com

Ha M Nguyen
ha.nguyen@usdoj.gov

Sven T Nylen
sven.nylen@klgates.com

Frederick Perillo
fp@previant.com
jb@previant.com

Nancy A Peterman
petermann@gtlaw.com
chilitdock@gtlaw.com
greenbergc@gtlaw.com

Ann E Pille
ann.pille@dlapiper.com
apille@reedsmith.com
bankruptcy-2628@ecf.pacerpro.com

Phillip S Reed
preed@pfs-law.com
nvizzini@pfs-law.com

Stephen Smalling
sjs@capronlaw.com

Peter S Stamatis
peter@stamatislegal.com
firm@stamatislegal.com

Robert D Tepper
rtepper@sabt.com
SummersM@ballardspahr.com
tsobieraj@satcltd.com

Jason M Torf
jtorf@hmblaw.com,
ecfnotices@hmblaw.com

Eric P VanderPloeg
evanderploeg@burkelaw.com

Rion Vaughan
rvaughan@mcdonaldhopkins.com
mbrady@mcdonaldhopkins.com
lburrell@mcdonaldhopkins.com

Michael D Warner
mwarner@coleschotz.com
klabrada@coleschotz.com

Brian P Welch
bwelch@craneheyman.com
gbalderas@craneheyman.com

William A Williams
bill.williams@saul.com

Mark E Wilson
mark.wilson@fisherbroyles.com

Amanda S Yarusso
amanda.yarusso@gmail.com

Lois J Yu
lyu@centralstates.org

Daniel A Zazove
dzazove@perkinscoie.com
docketchi@perkinscoie.com
daniel-zazove-4464@ecf.pacerpro.com
jessica-matamoros-0866@ecf.pacerpro.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTRAL GROCERS, INC., *et al*, | ) Case No. 17-13886 (PSH) |
| | ) |
| Debtors.[2] | ) Jointly Administered |
| | ) |
| | ) **Obj. Deadline: February 7, 2018 at 4:00 p.m. (CT)** |

**COVER SHEET FOR SIXTH MONTHLY AND FINAL FEE APPLICATION OF FTI
CONSULTING, INC., FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD OF MAY 15, 2017 THROUGH DECEMBER 4, 2017**

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | June 20, 2017 *nunc pro tunc to* May 15, 2017 |
| Time Period for which Compensation and Reimbursement is sought: | May 15, 2017 through December 4, 2017 (the "Application Period") |
| Total Compensation Sought in this Period: | $983,803.25 |
| Total Expenses Sought as actual, Reasonable, and necessary: | $5,087.21 |
| Prior Interim Fee Applications: | One for the period May 15, 2017 – August 31, 2017 |

This is a(n) ___ interim  X  final application.

Prior Fee Applications:

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

| Statement | | Requested | | Paid to Date | | Total Unpaid | |
|---|---|---|---|---|---|---|---|
| Date Submitted | Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 8/9/2017 | 5/15/2017-6/30/2017 | $ 333,316.25 | $ 742.91 | $ 333,316.25 *100.0%* | $ 742.91 *100.0%* | $ - - | $ - - |
| 8/28/2017 | 7/1/2017-7/31/2017 | $ 211,895.50 | $ 2,505.47 | $ 211,895.50 *100.0%* | $ 2,505.47 *100.0%* | $ - - | $ - - |
| 10/4/2017 | 8/1/2017-8/31/2017 | $ 139,528.00 | $ 10.40 | $ 139,528.00 *100.0%* | $ 10.40 *100.0%* | $ - - | $ - - |
| *Less: Write-Offs* [2] | | *$ (4,000.00)* | | *$ (4,000.00)* | | | |
| **First Interim Fee Application**[3] | | **$ 680,739.75** | **$ 3,258.78** | **$ 680,739.75** | **$ 3,258.78** | **$ -** | **$ -** |

Summary of Fees and Expenses Requested:

| Statement | | Requested | | Paid to Date | | Total Unpaid [4] | |
|---|---|---|---|---|---|---|---|
| Date Submitted | Period Covered | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 8/9/2017 | 5/15/2017-6/30/2017 | $ 333,316.25 | $ 742.91 | $ 333,316.25 *100.0%* | $ 742.91 *100.0%* | $ - - | $ - - |
| 8/28/2017 | 7/1/2017-7/31/2017 | $ 211,895.50 | $ 2,505.47 | $ 211,895.50 *100.0%* | $ 2,505.47 *100.0%* | $ - - | $ - - |
| 10/4/2017 | 8/1/2017-8/31/2017 | $ 139,528.00 | $ 10.40 | $ 139,528.00 *100.0%* | $ 10.40 *100.0%* | $ - - | $ - - |
| 10/26/2017 | 9/1/2017-9/30/2017 | $ 161,957.75 | $ 553.73 | $ 129,566.20 *80.0%* | $ 553.73 *100.0%* | $ 32,391.55 *20.0%* | $ - - |
| 11/9/2017 | 10/1/2017-10/31/2017 | $ 98,663.00 | $ 296.50 | $ 78,930.40 *80.0%* | $ 296.50 *100.0%* | $ 19,732.60 *20.0%* | $ - - |
| 1/18/2018 | 11/1/2017-11/4/2017 | $ 3,771.50 | $ 22.85 | $ - - | $ - - | $ 3,771.50 *100.0%* | $ 22.85 *100.0%* |
| 1/18/2018 | 11/5/2017-12/4/2017 | $ 38,671.25 | $ 955.35 | $ - - | $ - - | $ 38,671.25 *100.0%* | $ 955.35 *100.0%* |
| *Less: Write-Offs* [2] | | *$ (4,000.00)* | | *$ (4,000.00)* | | | |
| **TOTALS** | | **$ 983,803.25** | **$ 5,087.21** | **$ 889,236.35** | **$ 4,109.01** | **$ 94,566.90** | **$ 978.20** |

---

[3] $4,000 written-off on First Interim Fee Application in connection with time incurred performing conflict checks (Task Code 23 in Exhibit D).

[4] *Order Granting First Interim Application of FTI Consulting, Inc. For Compensation and Reimbursement of Expenses for Period May 15, 2017 Through August 31, 2017 [Docket #1122].*

[5] **Notwithstanding the unpaid balance of $95,545.10, pursuant to this Application, and as discussed in further detail herein, FTI seeks payment of only the following unpaid amounts: (i) $55,918.50 (fees and expenses from May 15, 2017 through and including November 4, 2017); and (ii) $24,350.73 (fees and expenses from November 5, 2017 through and including December 4, 2017).**

Date:  January 18, 2018
      New York, NY

*/s/ Conor P. Tully*

Conor P. Tully
Senior Managing Director
**FTI CONSULTING, INC.**
Three Times Square
New York, New York 10036
Telephone: (212) 841-9335
conor.tully@fticonsulting.com

*Financial Advisor to the Official Committee of
Unsecured Creditors of Central Grocers, Inc., et al.*

-and-

*/s/ Kevin H. Morse*

Barry A. Chatz (06196639)
Kevin H. Morse (06297244)
**SAUL EWING ARNSTEIN& LEHR LLP**
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTRAL GROCERS, INC., *et al*, | ) Case No. 17-13886 (PSH) |
| | ) |
| Debtors.[6] | ) Jointly Administered |
| | ) |
| | ) **Obj. Deadline: February 7, 2018 at 4:00 p.m. (CT)** |

## SIXTH MONTHLY AND FINAL FEE APPLICATION OF FTI CONSULTING, INC., FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD OF MAY 15, 2017 THROUGH DECEMBER 4, 2017

1.　　　FTI Consulting, Inc. ("FTI"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee" or "UCC") of Central Grocers, Inc., *et al.* (the "Debtors"), hereby submits its sixth monthly and final application (the "Final Application") pursuant to 11 U.S.C. §§ 330, 331 and 503(b)(2), Rules 2002 and 2016 of the Federal Rules of Bankruptcy Procedure, Local Rule 5082-1 of the Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), and in accordance with the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Del. Dkt. 305] (the "Fee Procedures Order), applies to this Court for the entry of an order for (i) approving, on a final basis, the allowance of compensation in the amount of $983,803.25 and reimbursement of expenses in the amount of $5,087.21 incurred during these chapter 11 cases; and (b) authorizing and directing the Designated Person (as defined herein) to pay FTI the unpaid balance of $79,659.31 for fees and

---

[6] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

$609.92 for reimbursement of expenses.

2.       Pursuant to the Global Settlement (as defined below), the Carve-Out Cap (as defined in the Final DIP Order) was increased by $750,000 such that the aggregate fee and expense budget for the Committee professionals totaled $3,250,000 and $100,000, respectively.  The Carve-Out Cap, as modified by the Global Settlement, is to pay the fees and expenses of the Committee professionals for the period through November 4, 2017.  Attached to this Application as **Exhibit A** is FTI's invoice for the period from November 1, 2017 through November 4, 2017 (fees: $3,771.50; expenses: $22.85).  After payment of the fees and expenses of Kilpatrick Townsend & Stockton LLP ("KTS"), FTI and Saul/Arnstein through November 4, 2017, the Carve-Out Account will have: (i) a fee surplus of $135,819.25, which amount is to be returned to the Debtors' estates and allocated amongst the various Debtors pursuant to the Allocation Order (defined below); and (ii) an expense surplus of $27,021.77, which amount is to be returned to the Debtors' secured lenders, *provided, however,* that $6,250.00 will be reserved to pay the reasonable and documented expenses of Committee members.

3.       Pursuant to the Global Settlement, for the period from November 5, 2017 through and including December 4, 2017 (the "Back-End Period"), no more than $100,000 (the "Back-End Carve-Out") may be allocated to the Committee's professionals for fees and expenses.  Attached to this Application as **Exhibit B** is FTI's invoice for the period from November 5, 2017 through December 4, 2017 (fees: $38,671.25; expenses $955.35).  As the aggregate amount of the fees and expenses incurred by the Committee professionals during the Back-End Period exceeds $100,000, the $100,000 will be prorated as follows: KTS: $67,295.69; FTI: $24,350.73; and Saul/Arnstein: $8,353.58[7]. For the avoidance of doubt, notwithstanding the aforementioned proration of fees and expenses for the Back-End Period, each Committee professional is seeking allowance of all fees and expenses incurred during the Back-End Period,

---

[7] In the event any amounts for the Back-End Period are disallowed, the proration will be revised accordingly.

but will waive any claims to amounts in excess of the $100,000 Back-End Carve-Out.

## BACKGROUND

4.      On May 2, 2017, an involuntary Chapter 7 petition was filed against Central Grocers, Inc. ("CGI", or the "Company") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

5.      On May 4, 2017, CGI and eleven of its affiliates (collectively, the "Debtors") filed voluntary Chapter 11 petitions in the United States Bankruptcy Court for the District of Delaware (the "Delaware Court"). Information regarding the Debtors' businesses, capital structure, and the circumstances leading to the commencement of these Chapter 11 cases is set forth in the *Declaration of Donald E. Harer in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Dela. Docket #3][8] sworn to and filed on the Petition Date.

6.      On May 15, 2017 the Office of the United States Trustee held a meeting to appoint the Committee pursuant to section 1102 of the Bankruptcy Code (the "Formation Meeting").  At the Formation Meeting, the Committee selected Kilpatrick Townsend & Stockton LLP and Saul Ewing LLP as its counsel and FTI as its financial advisor.  The Committee consisted of the following seven members:

(a) Kellogg Sales Company;

(b) Kraft Heinz Foods Company;

(c) S. Abraham & Sons, Inc.;

(d) The Dannon Company;

(e) Weiss Entities;

(f) Teamsters Local Unions No. 703, 710/738 & 142; and

(g) United Food and Commercial Workers Union and Employers Midwest Pension Fund.

7.      On June 7, 2017, the Committee filed its *Application for Order under Sections*

---

[8] As set forth in the Conversion Order (as defined below), Donald E. Harer is also referenced as the "Designated Person".

*328 and 1103 of the Bankruptcy Code Approving the Employment and Retention of FTI Consulting, Inc. as Financial Advisor to the Committee of Unsecured Creditors Nunc Pro Tunc to May 15, 2017* [Docket #97, 362] (the "FTI Retention Application").

8.      On June 8, 2017, the Court entered an order transferring the Debtors' Chapter 11 cases to the Northern District of Illinois [Docket #93] (the "Transfer Order") paragraph five of the Transfer Order provides that "[a]ll orders entered in the [Delaware Court] in the Transferred Cases shall remain in full force and effect and shall be deemed to be entered in the Illinois Bankruptcy Court." On June 23, 2017, the Debtors filed the Fee Procedures Order with the Court.

9.      On June 20, 2017, the Court entered the *Order Approving the Retention of FTI Consulting, Inc. as Financial Advisor for the Unsecured Creditors Committee* [Docket #202] (the "FTI Retention Order").

10.      On November 6, 2017, the Debtors filed the *Motion to Convert Chapter 11 Cases to Chapter 7 Cases* [Docket #913] (the "Conversion Motion").  On December 4, 2017, the Court entered an *Order Converting Case Under Chapter 11 to Case Under Chapter 7 Effective December 4, 2017, at 3:00 P.M. (Central Time)* [Docket #1085] (the "Conversion Order").  Also on December 4, 2017, Peter N. Metrou, Esq. was appointed chapter 7 trustee by the Office of the United States Trustee for the Northern District of Illinois, Region 11 [Docket #1086].

11.      On November 30, 2017, the court entered the *Order Granting First Interim Application of FTI Consulting, Inc. For Compensation and Reimbursement of Expenses for Period May 15, 2017 Through August 31, 2017* [Docket #1122] (the "Interim Fee Order" or the "First Interim Fee Application"), allowing interim compensation for services rendered in the amount of $680,739.75 and reimbursement of expenses in the amount of $3,258.78.

## SUMMARY OF SERVICES RENDERED

12.     During the Application Period, FTI expended 1,533.6 hours in the performance of its duties as financial advisor to the Committee. A summary of the significant tasks performed by FTI during the Application Period is as follows:

### *2 – Cash & Liquidity Analysis (297.6 hours)*

13.     During the Application Period, FTI reviewed and analyzed the Company's weekly cash flow forecast, assessed actual results and variances to the budget, and monitored for compliance with the DIP order and covenants. Time in this task code includes calls with the Debtors' advisors to walk through the underlying drivers and assumptions of the initial and subsequent budgets and material budget-to-actual variances. Further, FTI prepared and distributed periodic reports to the Committee summarizing the cash flow results in order to keep the Committee informed of the Company's current and projected liquidity position.

### *4 – Trade Vendor Issues (79.4 Hours)*

14.     Time spent in this task code relates to the review and analysis of the Debtors' member loans and insider payments. FTI prepared numerous exhibits related to the Debtors' one-year and 90-day payment schedules listed in the Debtors' SOFAs and SOALs and evaluated related claims stemming from the subsequent parties' receivables and AR aging reports. FTI produced various reports to present outstanding customer and member claims to both counsel and the Committee.

### *6 – Asset Sales (194.0 hours)*

15.     FTI closely monitored the Debtors' sale processes with respect to the going-concern Strack Stores, the Joliet distribution center, and the owned real estate properties, among others. FTI reviewed the listing of potential bidders, obtained real-time updates from the Debtors' investment bankers and real estate brokers on the sale process, and provided ongoing progress update to the Committee. As potential bids came in, FTI reviewed LOIs, copies of term sheets

5

and draft APAs and evaluated the key terms, including sale value, assets being purchased, and timeline. When available, FTI reviewed appraisals to assess proposed sale values, kept track of different bids coming in, and how the cash flow forecast reflected the sale proceeds. FTI also attended auctions, reviewed draft funds flow/closing statements and monitored asset liquidation process.

### *9 – Analysis of Employee Compensation Programs (144.9 hours)*

16.    Time spent in this code relates primarily to analyzing the Debtors' severance plans and proposed KEIP/KERP.  FTI analyzed the plan documents, the economics of the plans, the comp studies prepared by the Debtors' advisors, and developed our own market studies.  FTI assisted the Committee with financial information needed to file the Committee's objection to the KEIP/KERP.  FTI also prepared a declaration in support of the objection to the KEIP/KERP. Ultimately the Debtors decided not to move forward with its proposed KEIP/KERP plan.

### *13 – Analysis of Other Miscellaneous Motions (76.8 hours)*

17.    FTI reviewed and analyzed various motions filed by the Debtors during the Application Period.  In particular, FTI analyzed the economics of the Debtors' proposed fee structure for their investment banker, PJSC. FTI prepared a benchmarking study for investment banker fees and worked with counsel to negotiate changes to the proposed fee structure.

### *16  – Lender Settlement Negotiation and Formulation (294.1 hours)*

18.    FTI's efforts in this area have included assisting the Committee and counsel with a review of the Lenders' collateral position, assessment of certain avoidance arguments, and with the negotiation and formulation of various settlement term sheets exchanged between the lender group and the Committee. FTI analyzed potential available values for distribution, including real estate properties and receivables, and developed multiple illustrative recovery analyses to assess value waterfall and to develop a framework for settlement negotiations. FTI ran multiple sensitivities and scenarios and worked closely with counsel to formulate settlement strategies and

recommended settlement economics. FTI participated in numerous calls and in-person meetings with the lender professionals to discuss proposals and clarify issues, as appropriate. FTI further reviewed multiple rounds of proposals and counter-proposals, identified key economic issues, and assisted counsel with engaging the lender's counsel for continued negotiations which eventually led to a successful deal between the Committee and the lender group. FTI routinely presented status updates to the Committee, including ongoing updates of the settlement process and progress, recommended proposals and next steps, and illustrated the economic impact of the settlement proposals being negotiated.

## ALLOWANCE OF COMPENSATION

19.     The professional services rendered by FTI required a high degree of professional competence and expertise and have, therefore, required the expenditure of substantial time and effort.  It is respectfully submitted that the services rendered to the Committee were performed efficiently, effectively, and economically.

20.     The total time spent by FTI professionals during the Application Period was 1,533.6 hours. The work involved, and thus the time expended, was carefully assigned in light of the experience and expertise required for a particular task.  A summary of time incurred by each FTI professional and paraprofessional during the Application Period, a summary of the time incurred by project code, are attached hereto as **Exhibit C** and **Exhibit D**, respectively. Detailed daily time entries by professional within project code, billed within the period of November 1, 2017 to December 4, 2017 are attached hereto as **Exhibit E**[9].

21.     FTI incurred actual out-of-pocket expenses in connection with the rendering of professional services to the Committee during the Application Period in the amount of $5,087.21, for which FTI respectfully requests reimbursement in full.  FTI voluntarily reduced

---

[9] All additional time entries and monthly fee statements during the Application Period can be accessed at Prime Clerk's website: https://cases.primeclerk.com/centralgrocers/.

certain expenditures, such as working meals and has not sought reimbursement for these costs (which totaled $961.88). The disbursements and expenses have been incurred in accordance with FTI's normal practice of charging clients for expenses clearly related to and required by particular matters. A categorized summary of the actual and necessary costs and expenses incurred by FTI during the period of November 1, 2017 to December 4, 2017, and an itemization of each expense within each category, is attached hereto as **Exhibit F** and **Exhibit G.**

22.    No agreement or understanding exists between FTI and any other person for the sharing of any compensation to be received for professional services rendered or to be rendered in connection with these chapter 11 cases.

## NOTICE

23.    A copy of the Application has been sent to the Debtors and all parties entitled to electronic notice, including the United States Trustee. Twenty days' notice of the Application and hearing date has been sent to all creditors of the estate and all parties entitled to notice.

24.    Pursuant to the Fee Procedures Order, any objections to FTI's Final Application must be filed with the Court and served on FTI and each of the Notice Parties (as defined in the Fee Procedures Order) so as to be actually received by FTI and each of the Notice Parties on or before 4:00 p.m. CT on February 7, 2018, which is twenty (20) days after the filing of this application.

25.    WHEREFORE, FTI Consulting, Inc. respectfully requests that the Court enter an order:

(a) Approving, on a final basis, the allowance of $983,803.25 for compensation for professional services rendered to the Committee during the period of May 15, 2017 through and including December 4, 2017;

(b) Approving, on a final basis, the reimbursement of FTI's out-of-pocket expenses

incurred in connection with the rendering of such services during the period May 15, 2017 through and including December 4, 2017 in the amount of $5,087.21;

(c)  Authorizing and directing the Designated Person to pay all unpaid fees and expenses rendered during the period of September 1, 2017 to November 4, 2017 in the amount of $55,895.65 of professional fees rendered and $22.85 of expenses;

(d)  Authorizing and directing the Designated Person to pay any unpaid fees and expenses rendered during the period of November 5, 2017 to December 4, 2017 (based on prorating the Back-End Carve-Out with the other Committee professionals) of $23,763.66 of professional fees rendered and $587.07 for expenses; and

(e)  Granting such other and further relief as this Court may deem just and proper.

Date:  January 18, 2018
       New York, NY

*/s/ Conor P. Tully*
Conor P. Tully
Senior Managing Director
**FTI CONSULTING, INC.**
Three Times Square
New York, New York 10036
Telephone: (212) 841-9335
conor.tully@fticonsulting.com

*Financial Advisor to the Official Committee of
Unsecured Creditors of Central Grocers, Inc., et al.*

-and-

*/s/ Kevin H. Morse*
Barry A. Chatz (06196639)
Kevin H. Morse (06297244)
**SAUL EWING ARNSTEIN& LEHR LLP**
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

**EXHIBIT A**
**CENTRAL GROCERS, INC. - CASE NO. 17-13886**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 1, 2017 TO NOVEMBER 4, 2017**

**Summary of Services Rendered:**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Simms, Steven | Senior Managing Director | $ 1,050 | 0.6 | $ 630.00 |
| Tully, Conor | Senior Managing Director | 995 | 1.8 | 1,791.00 |
| Park, Ji Yon | Managing Director | 835 | 1.3 | 1,085.50 |
| Hellmund-Mora, Marili | Associate | 265 | 1.0 | 265.00 |
| | **GRAND TOTAL** | | **4.7** | **$ 3,771.50** |

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 1.2 | $ 1,162.00 |
| 16 | Lender Settlement Negotiation and Formulation | 2.5 | 2,344.50 |
| 24 | Preparation of Fee Application | 1.0 | 265.00 |
| | **GRAND TOTAL** | **4.7** | **$ 3,771.50** |

**Summary of Requested Expense Reimbursement:**

| Expense Type | Amount |
|---|---|
| Airfare | $ 12.50 |
| Transportation | 10.35 |
| Working Meals | 65.86 |
| **SUBTOTAL** | 88.71 |
| Less: Voluntary reduction for working meals in the exercise of our billing discretion | (65.86) |
| **GRAND TOTAL** | **$ 22.85** |

| | |
|---|---|
| **TOTAL REQUESTED** | **$ 3,794.35** |

13

**EXHIBIT B**
**CENTRAL GROCERS, INC. - CASE NO. 17-13886**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 5, 2017 TO DECEMBER 4, 2017**

**Summary of Services Rendered:**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Simms, Steven | Senior Managing Director | $ 1,050 | 0.4 | $ 420.00 |
| Tully, Conor | Senior Managing Director | 995 | 22.6 | 22,487.00 |
| Park, Ji Yon | Managing Director | 835 | 13.8 | 11,523.00 |
| Gaines, Timothy | Senior Consultant | 605 | 5.2 | 3,146.00 |
| Renzi JR, Vincent | Consultant | 380 | 7.1 | 2,698.00 |
| Hellmund-Mora, Marili | Associate | 265 | 2.4 | $ 636.00 |
| | **SUBTOTAL** | | **51.5** | **40,910.00** |
| | Less: 50% discount for non-working travel time | | | (2,238.75) |
| | **GRAND TOTAL** | | | **$ 38,671.25** |

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Cash & Liquidity Analysis | 4.8 | $ 4,046.50 |
| 5 | Real Estate Issues | 8.9 | 7,991.50 |
| 10 | Analysis of Tax Issues | 0.4 | 398.00 |
| 11 | Prepare for and Attendance at Court Hearings | 9.2 | 8,738.00 |
| 12 | Analysis of SOFAs & SOALs | 6.4 | 4,148.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 0.4 | 334.00 |
| 16 | Lender Settlement Negotiation and Formulation | 8.5 | 6,105.50 |
| 19 | Case Management | 1.8 | 1,813.00 |
| 24 | Preparation of Fee Application | 6.6 | 2,858.00 |
| 25 | Non Working Travel time | 4.5 | 4,477.50 |
| | **SUBTOTAL** | **51.5** | **40,910.0** |
| | Less: 50% discount for non-working travel time | | (2,238.75) |
| | **GRAND TOTAL** | | **$ 38,671.25** |

**Summary of Requested Expense Reimbursement:**

| Expense Type | Amount |
|---|---|
| Airfare | $ 761.40 |
| Transportation | 193.95 |
| Working Meals | 57.96 |
| **SUBTOTAL** | 1,013.31 |
| Less: Voluntary reduction for working meals in the exercise of our billing discretion | (57.96) |
| **GRAND TOTAL** | **$ 955.35** |
| **TOTAL REQUESTED** | **$ 39,626.60** |

**EXHIBIT C**
**CENTRAL GROCERS, INC. - CASE NO. 17-13886**
**SUMMARY OF HOURS BY PROFESSIONAL**
**FOR THE PERIOD MAY 15, 2017 TO DECEMBER 4, 2017**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Simms, Steven | Senior Managing Director | $ 1,050 | 88.4 | $ 92,820.00 |
| Joffe, Steven | Senior Managing Director | 1,050 | 0.6 | 630.00 |
| Tully, Conor | Senior Managing Director | 995 | 271.8 | 270,441.00 |
| Tantleff, Alan | Senior Managing Director | 995 | 41.5 | 41,292.50 |
| Diaz, Matthew | Senior Managing Director | 995 | 5.2 | 5,174.00 |
| Park, Ji Yon | Managing Director | 835 | 344.9 | 287,991.50 |
| Dunec, Mark | Managing Director | 675 | 4.0 | 2,700.00 |
| Khazary, Sam | Director | 665 | 3.8 | 2,527.00 |
| Gaines, Timothy | Senior Consultant | 605 | 21.9 | 13,249.50 |
| Allen, Patrick | Senior Consultant | 520 | 27.8 | 14,456.00 |
| Renzi JR, Vincent | Consultant | 380 | 665.9 | 253,042.00 |
| Chiun, Clement | Consultant | 380 | 12.7 | 4,826.00 |
| McCaskey, Morgan | Consultant | 380 | 5.9 | 2,242.00 |
| Hellmund-Mora, Marili | Associate | 265 | 39.2 | 10,388.00 |
| | **SUBTOTAL** | | **1,533.6** | **1,001,779.50** |
| | Less: 50% discount for non-working travel time | | | (13,976.25) |
| | Less: Fees written-off on First Interim Fee Application[9] | | | (4,000.00) |
| | **GRAND TOTAL** | | **1,533.6** | **$ 983,803.25** |

(9) $4,000 written-off on First Interim Fee Application in connection with time incurred performing conflict checks (Task Code 23 in Exhibit D).

**EXHIBIT D**

## CENTRAL GROCERS, INC. - CASE NO. 17-13886
## SUMMARY OF HOURS BY TASK
## FOR THE PERIOD MAY 15, 2017 TO DECEMBER 4, 2017

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 1 | Current Operating Results & Events | 30.6 | $ 22,258.50 |
| 2 | Cash & Liquidity Analysis | 297.6 | 159,683.00 |
| 3 | Financing Matters (DIP, Exit, Other) | 46.5 | 39,917.00 |
| 4 | Trade Vendor Issues | 79.4 | 40,818.50 |
| 5 | Real Estate Issues | 36.1 | 25,294.50 |
| 6 | Asset Sales | 194.0 | 139,777.00 |
| 9 | Analysis of Employee Compensation Programs | 144.9 | 86,522.00 |
| 10 | Analysis of Tax Issues | 1.3 | 1,262.50 |
| 11 | Prepare for and Attendance at Court Hearings | 58.8 | 57,256.50 |
| 12 | Analysis of SOFAs & SOALs | 38.9 | 21,161.50 |
| 13 | Analysis of Other Miscellaneous Motions | 76.8 | 50,423.00 |
| 14 | Analysis of Claims/Liabilities Subject to Compromise | 16.0 | 13,098.00 |
| 15 | Analysis of Interco. Claims, Related Party Transactions | 2.0 | 1,830.00 |
| 16 | Lender Settlement Negotiation and Formulation | 294.1 | 200,407.00 |
| 19 | Case Management | 16.6 | 11,058.50 |
| 20 | General Meeting with Debtor & Debtors' Professionals | 13.3 | 9,457.50 |
| 21 | General Meetings with Committee & Committee Counsel | 54.8 | 50,526.50 |
| 23 | Firm Retention and Fee Application | 16.3 | 6,253.50 |
| 24 | Preparation of Fee Application | 87.8 | 36,822.00 |
| 25 | Non Working Travel time | 27.8 | 27,952.50 |
| | **SUBTOTAL** | **1,533.6** | **1,001,779.50** |
| | Less: 50% discount for non-working travel time | | (13,976.25) |
| | Less: Fees written-off on First Interim Fee Application[9] | | (4,000.00) |
| | **GRAND TOTAL** | **1,533.6** | **$ 983,803.25** |

(9) $4,000 written-off on First Interim Fee Application in connection with time incurred performing conflict checks (Task Code 23).

**EXHIBIT E**
**CENTRAL GROCERS, INC. - CASE NO. 17-13886**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2017 TO DECEMBER 4, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 2 | 11/08/17 | Tully, Conor | 0.4 | Review budget escrows and related funding. |
| 2 | 11/09/17 | Tully, Conor | 0.8 | Review premium finance and related policies |
| 2 | 11/20/17 | Tully, Conor | 0.6 | Review real estate asset values and budget vs actual results. |
| 2 | 11/21/17 | Park, Ji Yon | 0.5 | Update UCC fee tracking analysis. |
| 2 | 11/22/17 | Tully, Conor | 0.5 | Review budget, case wind-down process and latest estimate of real estate values. |
| 2 | 11/27/17 | Tully, Conor | 0.5 | Review budget exhibit re: professional fees and remaining cash to the estate. |
| 2 | 11/27/17 | Park, Ji Yon | 0.2 | Update Committee professional fee tracking exhibit. |
| 2 | 11/27/17 | Renzi JR, Vincent | 0.9 | Prepare professional fee exhibit re: updated escrow funding. |
| 2 | 11/30/17 | Park, Ji Yon | 0.4 | Update professional fee tracker. |
| **2 Total** | | | **4.8** | |
| 5 | 11/08/17 | Park, Ji Yon | 0.2 | Follow up with Debtors' advisors re: Real Estate update. |
| 5 | 11/09/17 | Park, Ji Yon | 0.5 | Review the latest LOIs and most recent news related to the Debtors' Real Estate. |
| 5 | 11/10/17 | Tully, Conor | 0.5 | Participate on Real estate update call. |
| 5 | 11/10/17 | Park, Ji Yon | 0.5 | Participate on call with Millichap re: status of asset sales. |
| 5 | 11/10/17 | Park, Ji Yon | 0.5 | Prepare real estate summary for Counsel. |
| 5 | 11/10/17 | Tully, Conor | 0.4 | Review real estate estimates and email team re: observations on same. |
| 5 | 11/16/17 | Park, Ji Yon | 0.5 | Review funds flow for Hammond Property and follow up with questions. |
| 5 | 11/21/17 | Tully, Conor | 0.4 | Prepare for call with real estate advisors to discuss progress of sale process. |
| 5 | 11/21/17 | Tully, Conor | 0.3 | Conference call to discuss real estate asset sale progress. |
| 5 | 11/21/17 | Park, Ji Yon | 0.4 | Call with Debtors' advisors re: update on real estate sales. |
| 5 | 11/21/17 | Park, Ji Yon | 0.4 | Prepare real estate update summary for Counsel. |
| 5 | 11/27/17 | Park, Ji Yon | 0.4 | Review real estate update summary. |
| 5 | 11/27/17 | Park, Ji Yon | 0.2 | Review tax redemption filing relating to a real estate asset. |
| 5 | 11/28/17 | Park, Ji Yon | 0.3 | Follow up on tax redemption issues relating to the Hammond asset sale. |
| 5 | 11/28/17 | Tully, Conor | 0.5 | Participate on Committee conference call to update on timing of real estate sales. |

**EXHIBIT E**
**CENTRAL GROCERS, INC. - CASE NO. 17-13886**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2017 TO DECEMBER 4, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 5 | 11/28/17 | Park, Ji Yon | 0.5 | Participate on Committee call re: real estate update, Hammond sale update. |
| 5 | 11/29/17 | Tully, Conor | 0.5 | Review real estate transaction summary and questions on next steps re: offers/counteroffers |
| 5 | 11/29/17 | Park, Ji Yon | 0.3 | Review RE broker comments re: real estate offer and follow up. |
| 5 | 11/30/17 | Tully, Conor | 0.5 | Prepare for Real Estate update call. |
| 5 | 12/01/17 | Tully, Conor | 0.5 | Participate on real estate call and update Counsel on same. |
| 5 | 12/01/17 | Park, Ji Yon | 0.5 | Participate on real estate update call with RE broker. |
| 5 | 12/01/17 | Park, Ji Yon | 0.2 | Update real estate summary chart. |
| 5 | 12/04/17 | Tully, Conor | 0.3 | Review Real Estate sale update. |
| **5 Total** | | | **9.3** | |
| 11 | 11/13/17 | Park, Ji Yon | 0.5 | Compile additional support materials in connection with the upcoming hearing re: settlement allocations. |
| 11 | 11/15/17 | Tully, Conor | 0.8 | Review materials for testimony re: settlement allocation. |
| 11 | 11/15/17 | Tully, Conor | 1.5 | Meet with Counsel to prepare for hearing and testimony on allocation motion. |
| 11 | 11/15/17 | Tully, Conor | 0.8 | Review of objections related to upcoming settlement hearing. |
| 11 | 11/15/17 | Park, Ji Yon | 1.5 | Respond to various inquiries and requests by counsel in connection with preparing for upcoming hearing on the allocation motion. |
| 11 | 11/16/17 | Tully, Conor | 2.0 | Attend court hearing re: settlement and allocation motion and declaration in support of same. |
| 11 | 11/16/17 | Tully, Conor | 1.5 | Review materials and prepare for court hearing re: settlement. |
| 11 | 11/16/17 | Park, Ji Yon | 0.6 | Respond to various inquiries and requests by Counsel in connection with preparing for upcoming hearing on the allocation motion. |
| **11 Total** | | | **9.2** | |
| 12 | 11/13/17 | Park, Ji Yon | 0.4 | Review amendments to CGI SOFA. |
| 12 | 11/14/17 | Park, Ji Yon | 0.8 | Review amended SOAL analyze subsequent impact. |
| 12 | 11/14/17 | Gaines, Timothy | 2.3 | Generate analysis comparing entities listed in question 30 of the SOFA to added entities in question 4. |
| 12 | 11/14/17 | Gaines, Timothy | 2.2 | Generate analysis detailing SOAL Debtor entities. |
| 12 | 11/14/17 | Gaines, Timothy | 0.7 | Generate updates to analysis detailing SOFA claims. |
| **12 Total** | | | **6.4** | |

**EXHIBIT E**
**CENTRAL GROCERS, INC. - CASE NO. 17-13886**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2017 TO DECEMBER 4, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 14 | 11/01/17 | Tully, Conor | 0.3 | Review critical vendor and PACA/PASA money remaining. |
| 14 | 11/02/17 | Park, Ji Yon | 0.2 | Review claims update at SVT. |
| 14 | 11/03/17 | Tully, Conor | 0.7 | Review case updates on 503(b)(9) claims, conversion and settlement allocation. |
| 14 | 11/14/17 | Park, Ji Yon | 0.4 | Update claims overview slide for Counsel. |
| **14 Total** | | | **1.6** | |
| 16 | 10/31/17 | Simms, Steven | 0.3 | Prepare for Committee call re: settlement issues. |
| 16 | 11/01/17 | Tully, Conor | 0.3 | Prepare for Committee call with Committee re: settlement issues. |
| 16 | 11/01/17 | Tully, Conor | 0.5 | Participate on conference call with the Committee to approve the settlement allocation methodology. |
| 16 | 11/01/17 | Park, Ji Yon | 0.5 | Participate on Committee call re: settlement allocations. |
| 16 | 11/02/17 | Park, Ji Yon | 0.6 | Update settlement allocations chart re: settlement motion. |
| 16 | 11/03/17 | Simms, Steven | 0.3 | Provide update on dismissal issues. |
| 16 | 11/07/17 | Tully, Conor | 1.2 | Review and edit the Declaration and related exhibits in support of the Committee's allocation motion. |
| 16 | 11/07/17 | Tully, Conor | 0.3 | Review allocation motion with Counsel. |
| 16 | 11/07/17 | Tully, Conor | 0.4 | Discuss settlement allocation redline and execution of Declaration. |
| 16 | 11/07/17 | Park, Ji Yon | 0.4 | Review draft declaration for the allocation motion. |
| 16 | 11/08/17 | Tully, Conor | 0.3 | Review allocation charts and supporting documentation. |
| 16 | 11/08/17 | Park, Ji Yon | 0.5 | Follow up on support materials to be compiled for allocation declaration. |
| 16 | 11/08/17 | Renzi JR, Vincent | 2.1 | Prepare support documents re: Tully declaration supporting allocation of settlement proceeds. |
| 16 | 11/09/17 | Tully, Conor | 0.2 | Review Committee questions re: settlement allocation. |
| 16 | 11/09/17 | Renzi JR, Vincent | 1.1 | Prepare support files re: Tully declaration. |
| 16 | 11/10/17 | Tully, Conor | 0.5 | Prepare update re: allocation motion and related objections. |
| 16 | 11/12/17 | Park, Ji Yon | 1.5 | Update the support materials re: the allocation motion. |
| **16 Total** | | | **11.0** | |
| 19 | 11/08/17 | Tully, Conor | 0.4 | Review correspondence re: insurance funding questions. |

**EXHIBIT E**
**CENTRAL GROCERS, INC. - CASE NO. 17-13886**
**DETAIL OF TIME ENTRIES**
**FOR THE PERIOD NOVEMBER 1, 2017 TO DECEMBER 4, 2017**

| Task Category | Date | Professional | Hours | Activity |
|---|---|---|---|---|
| 19 | 11/10/17 | Tully, Conor | 0.4 | Update counsel re: insurance premium decision and rational for payment |
| 19 | 11/22/17 | Simms, Steven | 0.4 | Review case conversion issues. |
| 19 | 11/29/17 | Tully, Conor | 0.6 | Review and discuss next steps with Debtors' advisors in advance of case conversion. |
| **19 Total** | | | **1.8** | |
| 24 | 11/03/17 | Hellmund-Mora, Marili | 1.0 | Prepare the October fee application. |
| 24 | 11/06/17 | Hellmund-Mora, Marili | 1.2 | Prepare the October fee application. |
| 24 | 11/06/17 | Renzi JR, Vincent | 2.1 | Prepare October fee application. |
| 24 | 11/08/17 | Park, Ji Yon | 0.4 | Provide comments to October fee application. |
| 24 | 11/09/17 | Tully, Conor | 0.5 | Review and sign off on October fee application. |
| 24 | 11/09/17 | Renzi JR, Vincent | 0.9 | Finalize October fee app. |
| 24 | 11/13/17 | Hellmund-Mora, Marili | 0.5 | Finalize the October fee application. |
| 24 | 11/21/17 | Park, Ji Yon | 0.3 | Review proposed UCC committee professional fee payment. |
| 24 | 11/28/17 | Hellmund-Mora, Marili | 0.7 | Prepare invoices. |
| **24 Total** | | | **7.6** | |
| 25 | 11/16/17 | Tully, Conor | 2.5 | Travel time to attend settlement hearing in Chicago. |
| 25 | 11/16/17 | Tully, Conor | 2.0 | Travel time from Chicago after settlement hearing. |
| **25 Total** | | | **4.5** | |
| **GRAND TOTAL** | | | **56.2** | |

**EXHIBIT F**

**CENTRAL GROCERS, INC. - CASE NO. 17-13886**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD NOVEMBER 1, 2017 TO DECEMBER 4, 2017**

| Expense Type | Amount |
|---|---|
| Airfare | $ 773.90 |
| Working Meals | 123.82 |
| Transportation | 204.30 |
| **SUBTOTAL** | **1,102.02** |
| Less: Voluntary reduction for working meals in the exercise of our billing discretion | (123.82) |
| **GRAND TOTAL** | **$ 978.20** |

21

EXHIBIT C

**CENTRAL GROCERS, INC. - CASE NO. 17-13886**
**EXPENSE DETAIL**
**FOR THE PERIOD NOVEMBER 1, 2017 TO DECEMBER 4, 2017**

| Date | Professional | Expense Type | Expense Detail | Amount |
|------|-------------|--------------|----------------|--------|
| 07/24/17 | Tantleff, Alan | Airfare | Travel agent fees for flight to Chicago to attend court hearing. | $ 12.50 |
| 11/15/17 | Tully, Conor | Airfare | Airfare to Chicago to attend Central Grocers hearing. | 761.40 |
| | | **Airfare Total** | | **773.90** |
| 10/31/17 | Renzi JR, Vincent | Transportation | Taxi from office to home after working late on Central Grocers case. | 10.35 |
| 11/16/17 | Tully, Conor | Transportation | Taxi from home to Newark airport for flight to Chicago. | 67.10 |
| 11/16/17 | Tully, Conor | Transportation | Taxi from court hearing to Chicago airport. | 49.75 |
| 11/16/17 | Tully, Conor | Transportation | Subway to court hearing in Chicago. | 10.00 |
| 11/17/17 | Tully, Conor | Transportation | Taxi from Newark airport to home. | 67.10 |
| | | **Transportation Total** | | **204.30** |
| 10/02/17 | Renzi JR, Vincent | Working Meals | In-office meal while working late on Central Grocers case. | 25.28 |
| 10/19/17 | Renzi JR, Vincent | Working Meals | In-office meal while working late on Central Grocers case. | 22.64 |
| 10/25/17 | Renzi JR, Vincent | Working Meals | In-office meal while working late on Central Grocers case. | 17.94 |
| 11/08/17 | Renzi JR, Vincent | Working Meals | In-office meal while working late on Central Grocers case. | 17.96 |
| 11/16/17 | Tully, Conor | Working Meals | Meal while traveling to Chicago for court hearing. | 17.00 |
| 11/16/17 | Tully, Conor | Working Meals | Meal while traveling home from Chicago from court hearing. | 23.00 |
| | | **Working Meals Total** | | **123.82** |
| | | **SUBTOTAL** | | **1,102.02** |
| | | Less: Voluntary reduction for working meals in the exercise of our billing discretion | | (123.82) |
| | | **GRAND TOTAL** | | **$ 978.20** |