## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTRAL GROCERS INC., *et al*., | ) Case No. 17-13866 |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date:  February 15, 2018 |
| | ) Time: 10:00 a.m. |

### NOTICE OF MOTION

To:    See Attached Service List

**PLEASE TAKE NOTICE** that on **February 15, 2018 at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Hon. Pamela S. Hollis or such other judge as may be sitting in her stead, in Room 644 of the Dirksen Federal Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and shall then and there present the attached **SIXTH MONTHLY AND FINAL FEE APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD MAY 26, 2017 THROUGH DECEMBER 4, 2017**, at which time and place you may appear as you see fit.

SAUL EWING ARNSTEIN & LEHR LLP

By:/s/ *Kevin H. Morse*
     One of Its Attorneys

Barry A. Chatz (6196639)
Kevin H. Morse (6297244)
William A. Williams (6321738)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

## CERTIFICATE OF SERVICE

I, Kevin H. Morse, an attorney, certify that I caused a copy of the attached Notice of Application to be served on the parties listed on the attached Service List, via the Court's ECF system on January 18, 2018.

/s/ *Kevin H. Morse*

## SERVICE LIST

Via ECF:

Howard L. Adelman
hla@ag-ltd.com
dbaird@ag-ltd.com

David A Agay
dagay@mcdonaldhopkins.com,
mbrady@mcdonaldhopkins.com
bkfilings@mcdonaldhopkins.com

Mark A. Amendola
mamendola@martynlawfirm.com

Thomas J. Angell
tangell@jbosh.com

Ronald Barliant
ronald.barliant@goldbergkohn.com
kristina.bunker@goldbergkohn.com

Mark T Benedict
mark.benedict@huschblackwell.com
susan.williams@huschblackwell.com

Robert R Benjamin
rrbenjamin@gct.law
mperez@gct.law
myproductionss@gmail.com
tstephenson@gct.law
r61390@notify.bestcase.com

John A Benson
jbenson@huckbouma.com

Brendan G Best

bgbest@varnumlaw.com
wrkyles@varnumlaw.com

Mark V Bossi
mbossi@thompsoncoburn.com

Alexander F Brougham
abrougham@ag-ltd.com
dbaird@ag-ltd.com

Aaron B Chapin
aaron.chapin@huschblackwell.com
litigation.docket@huschblackwell.com
LegalSupportTeam-Lit-TM-
CHI@huschblackwell.com

Barry A Chatz
barry.chatz@saul.com
jurate.medziak@saul.com

Scott R Clar
sclar@craneheyman.com
mjoberhausen@craneheyman.com
asimon@craneheyman.com

Peter A Clark
pclark@btlaw.com

William J Connelly
wconnelly@hinshawlaw.com
ihernandez@hinshawlaw.com
Heather M Crockett
heather.crockett@atg.in.gov
Maricel.Skiles@atg.in.gov
Stephanie.Patrick@atg.in.gov

Aaron Davis
aaron.davis@bryancave.com
CHDocketing@bryancave.com
kat.denk@bryancave.com
kathryn.farris@bryancave.com

Steven M De Falco
sdefalco@meuerslawfirm.com
lrogers@meuerslawfirm.com
snurenberg@meuerslawfirm.com

David R Doyle
ddoyle@shawfishman.com
kjanecki@shawfishman.com

Nicholas R Dwayne
ndwayne@ag-ltd.com

Devon J Eggert
deggert@freeborn.com
bkdocketing@freeborn.com

Mary J Fassett
mjf@mccarronlaw.com

Joseph D Frank
jfrank@fgllp.com
ccarpenter@fgllp.com
jkleinman@fgllp.com
mmatlock@fgllp.com

Patricia B Fugee
patricia.fugee@fisherbroyles.com
ecf@cftechsolutions.com

Matthew Gartner
matthew.gartner@huschblackwell.com
legalsupportteam-10flnorth-
slc@huschblackwell.com

Sara J Geenen
sjg@previant.com, cyp@previant.com
Danielle J. Gould
dszukala@burkelaw.com

Trinitee G Green
tgreen@freeborn.com
bkdocketing@freeborn.com

Joel D Groenewold
jdgroenewold@kopkalaw.com

John W Guzzardo
jguzzardo@shawfishman.com
orafalovsky@shawfishman.com

Timothy M Hughes
thughes@lavellelaw.com
r41234@notify.bestcase.com

Paula K. Jacobi
pjacobi@btlaw.com
jsantana@btlaw.com

Benjamin Kelly
benkellysr@comcast.net

Randall Klein
randall.klein@goldbergkohn.com
amy.halpin@goldbergkohn.com

William B Kohn
 kohn@wbkohnlaw.com

Lawrence J Kotler
ljkotler@duanemorris.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Caren A Lederer
calederer@gct.law
mperez@gct.law
stasciotti@gct.law
tstephenson@gct.law

Douglas J. Lipke
dlipke@vedderprice.com

2

ecfdocket@vedderprice.com

Robert B. Marcus
rmarcus@attorneymm.com
mail@attorneymm.com

Teresa A Massa
tam@terrellandthrall.com

Mark Melickian
mmelickian@sfgh.com joconnor@sfgh.com
mbrandess@sfgh.com
bkdocket@sfgh.com

Todd C Meyers
tmeyers@kilpatricktownsend.com
gfinizio@kilpatricktownsend.com
DPosner@kilpatricktownsend.com
sagreen@kilpatricktownsend.com
mwilliams@kilpatricktownsend.com

Michael C. Moody
mmoody@orourkeandmoody.com
firm@orourkeandmoody.com
morourke@orourkeandmoody.com

Justin Morgan
justin.morgan@bryancave.com

Kevin H Morse
kevin.morse@saul.com

Lauren Newman
lnewman@thompsoncoburn.com
jstolarz@thompsoncoburn.com
aversis@thompsoncoburn.com
bray@thompsoncoburn.com

Ha M Nguyen
ha.nguyen@usdoj.gov

Sven T Nylen
sven.nylen@klgates.com

Frederick Perillo
fp@previant.com
jb@previant.com

Nancy A Peterman
petermann@gtlaw.com
chilitdock@gtlaw.com
greenbergc@gtlaw.com

Ann E Pille
ann.pille@dlapiper.com
apille@reedsmith.com
bankruptcy-2628@ecf.pacerpro.com

Phillip S Reed
preed@pfs-law.com
nvizzini@pfs-law.com

Stephen Smalling
sjs@capronlaw.com

Peter S Stamatis
peter@stamatislegal.com
firm@stamatislegal.com

Robert D Tepper
rtepper@sabt.com
SummersM@ballardspahr.com
tsobieraj@satcltd.com

Jason M Torf
jtorf@hmblaw.com,
ecfnotices@hmblaw.com

Eric P VanderPloeg
evanderploeg@burkelaw.com

Rion Vaughan
rvaughan@mcdonaldhopkins.com
mbrady@mcdonaldhopkins.com
lburrell@mcdonaldhopkins.com

Michael D Warner
mwarner@coleschotz.com
klabrada@coleschotz.com

Brian P Welch
bwelch@craneheyman.com
gbalderas@craneheyman.com

William A Williams
bill.williams@saul.com

3

Mark E Wilson
mark.wilson@fisherbroyles.com

Amanda S Yarusso
amanda.yarusso@gmail.com

Lois J Yu
lyu@centralstates.org

Daniel A Zazove
dzazove@perkinscoie.com
docketchi@perkinscoie.com
daniel-zazove-4464@ecf.pacerpro.com
jessica-matamoros-0866@ecf.pacerpro.com

114656117.2

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTRAL GROCERS INC., *et al*., | ) Case No. 17-13866 |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date:  February 15, 2018 |
| | ) Time: 10:00 a.m. |

**COVER SHEET FOR SIXTH MONTHLY AND FINAL APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD MAY 26, 2017 THROUGH AUGUST 31, 2017**

| | |
|---|---|
| Name of Applicant: | Saul Ewing Arnstein & Lehr LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of Central Grocers Inc., *et al.* |
| Date of Retention: | July 11, 2017 *nunc pro tunc* to May 26, 2017 |
| Period for which Compensation and Reimbursement is sought: | May 26, 2017 through August 31, 2017 |
| Amount of compensation Sought as actual, Reasonable, and necessary: | $166,812.50 |
| Amount of reimbursement Sought as actual, Reasonable, and necessary: | $1,912.93 |
| Prior Fee Applications: | One for the period May 26, 2017 – August 31, 2017 |

This is an ___ interim _x_ final application.

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

**Summary of Monthly Fee Statements Filed for the Fee Application Period**

| Statement/Application | | Requested | | Paid to Date | | Total Unpaid |
|---|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees[2] | Expenses | Fees and Expenses |
| 8/11/2017 | 5/26/2017 – 6/30/2017 | $36,950.00 | $1,073.60 | $36,950.00 | $1,073.60 | $0.00 |
| 8/28/2017 | 7/1/2017 – 7/31/2017 | $47,724.50 | $668.33 | $47,724.50 | $688.33 | $0.00 |
| 10/4/2017 | 8/1/2017 – 8/31/2017 | $23,072.50 | $4.00 | $23,072.50 | $4.00 | $0.00 |
| 10/26/2017 | 9/1/2017- 9/30/2017 | $22,661.00 | $0.00 | $0.00 | $0.00 | $22,661.00 |
| 11/9/2017 | 10/1/2017- 10/31/2017 | $19,115.00 | $100.00 | $0.00 | $100.00 | $19,115.00 |
| 1/18/2018 | 11/1/2017- 11/4/2017 | $3,695.50 | $0.00 | $0.00 | $0.00 | $3,695.50 |
| 1/18/2018 | 11/5/2017- 12/4/2017 | $13,594.00 | $72.00 | $0.00 | $0.00 | $13,666.00 |
| **TOTALS:** | | **$166,812.50** | **$1,912.93** | **$107,747.00** | **$1,845.93** | **$59,137.50[3]** |

Dated: January 18, 2018             SAUL EWING ARNSTEIN & LEHR LLP

By:/s/ *Kevin H. Morse*
   One of Its Attorneys

Barry A. Chatz (6196639)
Kevin H. Morse (6297244)
William A. Williams (6321738)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

---

[2] The *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Del. Dkt. 305] imposes a 20% holdback of compensation requests by retained professionals in the debtors' bankruptcy cases.

**[3] Notwithstanding the unpaid balance of $59,137.50, pursuant to this Application, and as discussed in further detail herein, SEA&L seeks payment of only the following unpaid amounts: (i) $12,050.70 (unpaid fees from May 26, 2017 through and including November 4, 2017); and (ii) $8,353.58 (a pro rated portion of unpaid fees and expenses from November 5, 2017 through and including December 4, 2017).**

2

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 7 |
| | ) |
| CENTRAL GROCERS INC., *et al*., | ) Case No. 17-13866 |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) Hon. Pamela S. Hollis |
| | ) |
| | ) Date:  February 15, 2018 |
| | ) Time: 10:00 a.m. |

## SIXTH MONTHLY AND FINAL FEE APPLICATION OF
## SAUL EWING ARNSTEIN & LEHR LLP FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES FOR PERIOD
## MAY 26, 2017 THROUGH DECEMBER 4, 2017

Saul Ewing Arnstein & Lehr LLP ("SEA&L"),[2] co-counsel for the Official Committee of

Unsecured Creditors of Central Grocers Inc., *et al.* (the "Committee"), pursuant to section 330 of

title 11, United States Code (the "Bankruptcy Code"), Rules 2002 and 2016 of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Procedure"), Local Rule 5082-1 of the Bankruptcy

Practice and Procedures of the United States Bankruptcy Court for the Northern District of

Illinois (the "Local Rules"), and in accordance with the Administrative Order Establishing

Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Del.

Dkt. 305] (the "Fee Procedures Order"), applies to this Court for the entry of an order: (a)

allowing SEA&L compensation in the amount of $45,471.50 for legal services rendered to the

Committee during the period of September 1, 2017 through November 4, 2017 and

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

[2] On September 1, 2017, Arnstein & Lehr LLP (A&L) combined with Philadelphia-based Saul Ewing LLP to form Saul Ewing Arnstein & Lehr LLP.

reimbursement of expenses in the amount of $100.00; (b) authorizing and directing the Designated Person (as defined herein) to pay SEA&L $12,050.70, which is the total allowed compensation and reimbursement of expenses that has not already been paid for the period of September 1, 2017 through November 4, 2017; (c) allowing SEA&L compensation in the amount of $13,594.00 for legal services rendered to the Committee during the period of November 5, 2017 through December 4, 2017 and reimbursement of expenses in the amount of $72.00; (d) authorizing and directing the Designated Person to pay SEA&L $8,353.58 (based on prorating the Back-End Carveout (as defined herein) with the other Committee professionals) that has not already been paid for the period of November 5, 2017 through December 4, 2017; (e) allowing, on a final basis, compensation to SEA&L in the amount of $166,812.50 for legal services rendered during the period of May 26, 2017 through December 4, 2017 and reimbursement to SEA&L in the amount of $1,912.93 for expenses incurred during the period of May 26, 2017 through December 4, 2017.  In support thereof, SEA&L respectfully states as follows:

## **BACKGROUND**

1.       On May 2, 2017, an involuntary Chapter 7 petition was filed against Central Grocers, Inc. ("CGI") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

2.       On May 4, 2017, CGI and eleven of its affiliates (collectively, the "Debtors") filed voluntary Chapter 11 petitions in the United States Bankruptcy Court for the District of Delaware (the "Delaware Court").  Information regarding the Debtors' businesses, capital structure, and the circumstances leading to the commencement of these Chapter 11 cases is set

2

forth in the *Declaration of Donald E. Harer in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Del. Dkt. 3][3] sworn to and filed on the Petition Date.

3.      On May 5, 2017 the Delaware Court entered an order authorizing the joint administration of the Debtors' cases.  The Debtors were operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner was made in the Chapter 11 cases.

4.      On May 15, 2017, pursuant to section 1102 of the Bankruptcy Code, the United States Trustee for Region 3 (the "U.S. Trustee") appointed certain creditors to serve on the Committee in connection with the Debtors' Chapter 11 cases.  The members of the Committee are:  Kellogg Sales Company; Kraft Heinz Foods Company; S. Abraham & Sons, Inc.; The Dannon Company; Weiss Entities; Teamsters Local Unions No. 703, 710/738 & 142; and United Food and Commercial Workers Unions and Employers Midwest Pension Fund.  S. Abraham & Sons, Inc. and Weiss Entities are the Co-Chairpersons for the Committee.

5.      Also on May 15, 2017, the Committee, in connection with the exercise of its powers and the performance of the duties conferred upon it pursuant to section 1103 of the Bankruptcy Code, selected Kilpatrick Townsend& Stockton LLP ("Kilpatrick") as its committee counsel.  On May 26, 2017, the Committee selected A&L to serve as its Chicago counsel.

6.      On May 31, 2017, the Delaware Court entered the Fee Procedures Order.  The Fee Procedures Order requires professionals to file and serve monthly statements of fees and expenses related to services rendered in connection with the Debtors' cases (the "Monthly

---

[3] As set forth in the Conversion Order (as defined below), Donald E. Harer is also referenced as the "Designated Person".

3

Statements"). After filing each Monthly Statement, unless an objection is filed, the Debtors are authorized to pay SEA&L 80% of the monthly fees and 100% of the monthly costs.

7.     At 120-day intervals, the Fee Procedures Order requires SEA&L to file and serve interim fee applications for Court approval and payment of fees and expenses sought during each 120-day period, pursuant to § 331 of the Bankruptcy Code.

8.     On June 8, 2017, the Court entered an order transferring the Debtors' Chapter 11 cases to the Northern District of Illinois [Dkt. 93] (the "Transfer Order"). Paragraph Five of the Transfer Order provides that "[a]ll orders entered in the [Delaware Court] in the Transferred Cases shall remain in full force and effect and shall be deemed to be entered in the Illinois Bankruptcy Court." On June 23, 2017, the Debtors filed the Fee Procedures Order with the Court.

9.     On June 27, 2017, the Committee filed an Application to Employ Arnstein & Lehr LLP (the "Employment Application"). On July 11, 2017, the Court granted the Employment Application and authorized SEA&L's employment retroactively to May 26, 2017 [Dkt. 319].

10.     On August 14, 2017, the Committee filed a motion for derivative standing to assert, prosecute, and settle certain causes of action on behalf of the Debtors' estates [Dkt. 555] ("Derivative Standing Motion"). On November 17, 2017, the court entered an order granting the Derivative Standing Motion [Dkt. 997].

11.     On October 23, 2017, the Committee filed a motion for approval of a settlement and compromise of claims [Dkt. 857] (the "Settlement Motion"). The parties to the settlement were the Committee, PNC Bank, National Association, in its capacity as Administrative Agent, Collateral Agent and in its capacity as a lender, Bank of the West, Bank of America, N.A., U.S.

4

Bank, National Association, The Northern Trust Company, and First Midwest Bank.   On November 16, 2017, the Court entered an order approving the Settlement Motion (the "Settlement Order") [Dkt. 988].

12.   On November 6, 2017, the Debtors filed a motion to convert chapter 11 cases to chapter 7 cases (the "Conversion Motion") [Dkt. 913].   On November 30, 2017, the Court entered an order granting the Conversion Motion [Dkt. 1085].

## A.   SEA&L's First Interim Application

13.   On October 16, 2017, SEA&L filed a first interim application (the "First Interim Application") for compensation and reimbursement of expenses for the period of May 26, 2017 through August 31, 2017 (the "First Interim Period") [Dkt. 842]. For the First Interim Period, the total amount of compensation sought was $107,747.00, and the total amount of reimbursement sought was $1,745.93.   On November 30, 2017, the Court entered an order approving the First Interim Application [Dkt. 1065].

## B.   Period of September 1, 2017 through November 4, 2017

14.   On October 26, 2017, SEA&L filed its Fourth Monthly Fee Statement [Dkt. 881] (the "September Fee Statement") for the period ending September 30, 2017 (the "Fourth Fee Period").   The September Fee Statement seeks $22,661.00 as compensation for legal services and $0.00 in reimbursement of expenses during the Fourth Fee Period.   A copy of the September Fee Statement is attached hereto as **Exhibit A**.   On November 21, 2017, SEA&L filed a Certificate of No Objection with respect to the September Fee Statement [Dkt. 1014] stating there were no objections filed.   Thus, in accordance with the Fee Procedures Order, SEA&L has been paid 80% of the fees ($18,128.80) and 100% of the expenses ($0.00) requested in the September Fee

5

Statement.  By this Application, SEA&L requests to be paid the remaining 20% of the fees ($4,532.20) requested in the September Fee Statement.

15.     On November 9, 2016, SEA&L filed its Fifth Monthly Fee Statement [Dkt. 941] (the "October Fee Statement") for the period ending October 31, 2017 (the "Fifth Fee Period"). The October Fee Statement seeks $19,115.00 as compensation for legal services and $100.00 in reimbursement of expenses during the Fifth Fee Period.  A copy of the October Fee Statement is attached hereto as **Exhibit B**.  On December 1, 2017, SEA&L filed a Certificate of No Objection with respect to the October Fee Statement [Dkt. 1078] stating there were no objections filed. Thus, in accordance with the Fee Procedures Order, SEA&L has been paid 80% of the fees ($15,292.00) and 100% of the expenses ($100.00) requested in the October Fee Statement.  By this Application, SEA&L requests to be paid the remaining 20% of the fees ($3,823.00) requested in the October Fee Statement.

16.     From November 1, 2017 through and including November 4, 2017, SEA&L provided $3,695.50 in legal services to the Committee and incurred no expenses. SEA&L's time entries for the period from November 1, 2017 through and including November 4, 2017 are included in the invoices attached hereto as **Exhibit C**.

17.     In total, during the period from September 1, 2017 through November 4, 2017 (the "Second Interim Period"), SEA&L rendered legal services to the Committee totaling $45,471.50 and incurred reimbursable expenses in the amount of $100.00. By this application, SEA&L requests to be paid the remaining $12,050.70 in unpaid fees for services rendered during the Second Interim Period.

6

C.     **Period of November 5, 2017 through December 4, 2017**

18.     Pursuant to the Global Settlement (as defined below), the Carve-Out Cap (as defined in the Final DIP Order) for the Committee professionals was increased by $750,000 such that the aggregate fee and expense carveout for the Committee professionals totaled $3,250,000 and $100,000, respectively, for the period through and including November 4, 2017.  *See* Global Settlement at ¶ 13.  After payment of the fees and expenses of KTS, FTI Consulting, Inc. ("FTI") and SEA&L from inception through November 4, 2017, the Carve-Out Reserve Account, as it relates to Committee professionals, will have: (i) a fee surplus of $135,819.25, which amount is to be returned to the Debtors' estates and allocated amongst the various Debtors pursuant to the Allocation Order [Dkt. No. 989]; and (ii) an expense surplus of $27,021.77, which amount is to be returned to the Debtors' secured lenders, *provided, however,* that $6,250.00 will be reserved to pay the reasonable and documented expenses of Committee members.  *See* Conversion Order at pp. 4-5; Global Settlement at ¶ 13.

19.     Pursuant to the Global Settlement, for the period from November 5, 2017 through and including December 4, 2017 (the "Back-End Period"), no more than $100,000 may be allocated to the Committee's professionals for fees and expenses. *See* Global Settlement at ¶ 3. Also included in Exhibit C are SEA&L's invoices for the period from November 5, 2017 through December 4, 2017 (fees: $13,594.00; expenses $72.00).  As the aggregate amount of the fees and expenses incurred by the Committee professionals during the Back-End Period exceeds $100,000, the $100,000 will be prorated as follows (assuming all requested amounts are allowed): KTS: $67,295.69; FTI: $24,350.73; and SEA&L: $8,353.58 (the "Back-End Carveout").[4] For the avoidance of doubt, notwithstanding the aforementioned proration of fees

---

[4] In the event any amounts for the Back-End Period are disallowed, the proration will be revised accordingly.

7

and expenses for the Back-End Period, each Committee professional is seeking allowance of all fees and expenses incurred during the Back-End Period, but will waive any claims to amounts in excess of the $100,000 Back-End Period budget.

20.    A summary of the First Interim Period, Second Interim Period, and Back-End Period is set forth below:

| Period | Total Fees | Unpaid Fees Requested To Be Paid | Total Expenses | Unpaid Expenses Requested to be Paid |
|---|---|---|---|---|
| First Interim Period | $107,747.00 | $0.00 | $1,745.93 | $0.00 |
| Second Interim Period | $45,471.50 | $12,050.70 | $100.00 | $0.00 |
| Back-End Period | $13,594.00 | $8,281.58 | $72.00 | $72.00 |
| **Total** | **$166,812.50** | **$20,332.28** | **$1,912.93** | **$72.00** |

## NARRATIVE SUMMARY OF SERVICES

### A.    Services Rendered

21.    A narrative summary of the services rendered by SEA&L during Second Interim Period and Back-End Period is set forth below.  Itemized and detailed descriptions of the specific services rendered by SEA&L to the Committee during these periods are reflected on the billing statements attached to the September Fee Statement and the October Fee Statement, respectively, and, for the period of November 1, 2017 to December 4, 2017, they are attached as Exhibit C. The billing statements set forth the name of each professional, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours rendered by each attorney or paralegal in each category.

22.    The services rendered by SEA&L during the Second Interim Period and Back-End Period have been segregated into seven (7) categories as follows: (A) Case Administration; (B) Employment of Professionals; (C) Financing; (D) Disposition of Assets; (E) Claims and Creditor Issues; (F) Fee Applications; and (G) Litigation.

8

23.    The fees sought by SEA&L for each of the billing categories are summarized as follows:

| Category | Amount Sought |
|---|---|
| Case Administration | $ 25,197.50 |
| Employment of Professionals | $ 1,445.00 |
| Financing | $ 637.50 |
| Disposition of Assets | $ 2,987.50 |
| Claims and Creditor Issues | $ 1,192.00 |
| Fee Applications | $ 21,065.00 |
| Litigation | $ 6,541.00 |
| **TOTAL FEES** | **$ 59,065.50** |

24.    A list of the attorneys and paralegals rendering services, their position and practice area, aggregate hours of services rendered for which compensation is sought and hourly rate is as follows:

| Professional | Admission Date | Practice Area | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| Barry A. Chatz ("BAC") | 1987 | Bankruptcy | 19.7 | $775.00 | $15,267.50 |
| Kevin H. Morse ("KHM") | 2007 | Bankruptcy | 78.4 | $425.00 | $33,320.00 |
| William A. Williams ("WAW") | 2015 | Bankruptcy | 27.2 | $300.00 | $8,160.00 |
| David A. Yontz ("DAY") | 2009 | Real Estate | 4.9 | $365.00 | $1,788.50 |
| Becky L. Sutton ("BLS") | N/A | Paralegal | 1.4 | $280.00 | $392.00 |
| Ronnie Gillis ("RG") | N/A | Paralegal | 0.5 | $275.00 | $137.50 |
| | | **TOTAL:** | **132.1** | | **$59,065.50** |

25.    The hourly rates listed above are customary and reasonable and are within the range of hourly rates charged to other clients.

9

114656117.2

26.     The tasks performed by SEA&L in each of the billing categories are summarized

as follows:

Case Administration:

This category encompasses tasks related to general case administration including, *inter alia*: participating in committee conference calls; preparing for and attending omnibus hearings; telephone calls and email correspondence relating to the conversion of the case; reviewing and finalizing terms of the conversion order; reviewing and ensuring compliance with local rules and procedural orders entered in the case; preparing and filing pro hac vice applications; phone calls and email correspondence with the Kilpatrick team regarding the committee's request for derivative standing, the settlement with PNC, and the conversion of the case; and filing various pleadings, statements, and proposed orders.

SEA&L spent 44.3 hours of attorney time on the foregoing services having a lode star value of $25,197.50 for which SEA&L is seeking compensation summarized as follows:

| Case Administration | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| BAC | Bankruptcy | 19.7 | $775.00 | $15,267.50 |
| KHM | Bankruptcy | 20.4 | $425.00 | $8,670.00 |
| WAW | Bankruptcy | 4.2 | $300.00 | $1,260.00 |
| **Total** | | **44.3** | | **$25,197.50** |

Employment of Professionals:

This category encompasses tasks related to the employment of the Committee's professionals including, *inter alia*: reviewing and revising application to employ contingency counsel; reviewing and revising application to employ Reid Collins as special litigation counsel; correspondence with Reid Collins and PNC's counsel regarding revisions to the proposed order authorizing Reid Collins' employment; reviewing and ensuring compliance with the compensation procedures order; and reviewing and revising the reply in support of Reid Collins' employment.

SEA&L spent 3.4 hours of attorney time on the foregoing services having a lode star value of $1,445.00 for which SEA&L is seeking compensation, summarized as follows:

10

| Employment of Professionals | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 3.4 | $425.00 | $1,445.00 |
| **Total** | | **3.4** | | **$1,445.00** |

Financing:

This category encompasses tasks related to financing including, *inter alia*: reviewing case law on the issue of whether the balance sheet test is the appropriate method of calculating diminution claims in the Seventh Circuit; and multiple correspondence with the Kilpatrick team regarding the diminution claims research.

SEA&L spent 1.5 hours of attorney time on the foregoing services having a lode star value of $637.50 for which SEA&L is seeking compensation, summarized as follows:

| Financing | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 1.5 | $425.00 | $637.50 |
| **Total** | | **1.5** | | **$637.50** |

Disposition of Assets:

This category encompasses tasks related to the disposition of the Debtors' assets including, *inter alia*: researching case law in the Seventh Circuit regarding the proper method of calculating diminution claims of secured creditors; researching whether racks constitute fixtures under state law; multiple discussions with the Kilpatrick team regarding the fixtures research; and revising, finalizing, and filing the committee's objection to the Hammond sale motion.

SEA&L spent 8.5 hours of attorney time on the foregoing services having a lode star value of $2,987.50 for which SEA&L is seeking compensation, summarized as follows:

| Disposition of Assets | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 3.5 | $425.00 | $1,487.50 |
| WAW | Bankruptcy | 5.0 | $300.00 | $1,500.00 |
| **Total** | | **8.5** | | **$2,987.50** |

11

<u>Claims and Creditor Issues:</u>

This category encompasses tasks related to claims and creditor issues including, *inter alia*: phone calls from multiple creditors regarding their receipt of the notice of settlement; phone calls and email correspondence with multiple creditors regarding the establishment of the claims bar date; and addressing multiple creditor inquiries regarding the conversion of the case.

SEA&L spent 3.4 hours of attorney time on the foregoing services having a lode star value of $1,192.00 for which SEA&L is seeking compensation, summarized as follows:

| Claims and Creditor Issues | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 1.6 | $425.00 | $680.00 |
| WAW | Bankruptcy | 0.4 | $300.00 | $120.00 |
| BLS | Paralegal | 1.4 | $280.00 | $392.00 |
| **Total** | | **3.4** | | **$1,192.00** |

<u>Fee Applications:</u>

This category encompasses tasks related to the compensation of the Committee's professionals including, *inter alia*: reviewing and ensuring compliance with compensation procedures; preparing SEA&L's first interim fee application; multiple correspondence regarding PNC's agreement to pay fees of committee professionals; preparing motion and agreed order seeking payment of committee professionals' second fee statements; reviewing and revising RCT's first interim fee application; multiple discussions with the U.S. Trustee regarding fee applications of committee professionals; preparing, revising, and filing monthly fee statements for committee professionals; and preparing, revising, and filing certificates of no objection with respect to fee applications of committee professionals.

SEA&L spent 54.3 hours of attorney time on the foregoing services having a lode star value of $21,065.00 for which SEA&L is seeking compensation, summarized as follows:

| Fee Applications | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 38.2 | $425.00 | $16,235.00 |
| WAW | Bankruptcy | 16.1 | $300.00 | $4,830.00 |
| **Total** | | **54.3** | | **$21,065.00** |

12

Litigation:

This category encompasses tasks related to litigation and potential litigation including, *inter alia*: researching and preparing memorandum regarding whether a grocery racking system constitutes a fixture under Illinois law; internal meetings and discussions with the Kilpatrick team regarding the fixtures research; multiple discussions with the Kilpatrick team regarding the derivative standing motion; reviewing the draft of the settlement agreement with PNC; finalizing and filing the motion to approve the settlement with PNC; participating in a committee call regarding the proper allocation of settlement proceeds; reviewing and revising the allocation motion; multiple discussions with the Kilpatrick team regarding the allocation motion; and reviewing and revising the declaration in support of the allocation motion.

SEA&L spent 16.7 hours of attorney time on the foregoing services having a lode star value of $6,541.00 for which SEA&L is seeking compensation, summarized as follows:

| Litigation | | | | |
|---|---|---|---|---|
| **Professional** | **Practice** | **Hours** | **Hourly Rate** | **Compensation Sought** |
| KHM | Bankruptcy | 9.8 | $425.00 | $4,165.00 |
| WAW | Bankruptcy | 1.5 | $300.00 | $450.00 |
| DAY | Real Estate | 4.9 | $365.00 | $1,788.50 |
| RG | Paralegal | 0.5 | $275.00 | $137.50 |
| **Total** | | **16.7** | | **$6,541.00** |

## B.    Expenses

27.    SEAL requests reimbursement in the amount of $72.00 for expenses incurred in connection with the preparation of a demonstrative exhibit for the hearing on the allocation of settlement proceeds. This charge is represented as a "service charge" on the invoices included in Exhibit C.

28.    SEA&L respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, the costs of comparable services in other cases under Chapter 11, and that the time has been fairly and properly expended.  When two or more professionals

13

participated in any activity, such joint participation was necessary as a result of either the complexity of the problems involved or the need to familiarize each professional with the matters at issue so that each professional could perform further necessary work.

## NOTICE

29.     In accordance with the Fee Procedures Order, a copy of the Final Fee Application and notice of the hearing thereon (the "Hearing Notice") has been sent to the Debtors and all Notice Parties (as defined in the Fee Procedures Order).  Additionally, in accordance with the Fee Procedures Order, the Hearing Notice has been sent to all parties in interest requesting notice pursuant to Local Rule 9013.

## DEADLINE TO OBJECT

30.     Pursuant to the Fee Procedures Order, any objections to SEA&L's Final Fee Application must be filed with the Court and served on SEA&L and each of the Notice Parties (as defined in the Fee Procedures Order) so as to be actually received by SEA&L and each of the Notice Parties on or before 4:00 p.m. CT on February 7, 2018, which is twenty (20) days after the filing of this application.

WHEREFORE, Saul Ewing Arnstein & Lehr LLP respectfully requests that the Court enter an order:

a.      Allowing SEA&L compensation in the amount of $45,471.50 for legal services rendered to the Committee during the period of September 1, 2017 through November 4, 2017 and reimbursement of expenses in the amount of $100.00;

b.      Authorizing and directing the Designated Person to pay SEA&L $12,050.70, which is the total allowed compensation and reimbursement of expenses that has

14

114656117.2

not already been paid for the period of September 1, 2017 through November 4, 2017;

c.      Allowing SEA&L compensation in the amount of $13,594.00 for legal services rendered to the Committee during the period of November 5, 2017 through December 4, 2017 and reimbursement of expenses in the amount of $72.00;

d.      Authorizing and directing the Designated Person to pay SEA&L (based on prorating the Back-End Carveout with the other Committee professionals) the unpaid balance of $8,281.58 for legal services and $72.00 for reimbursement of expenses for the period from November 5, 2017 through December 4, 2017;

e.      Allowing, on a final basis, compensation to SEA&L in the amount of $166,812.50 for legal services rendered during the period of May 26, 2017 through December 4, 2017 and reimbursement to SEA&L in the amount of $1,912.93 for expenses incurred during the period of May 26, 2017 through December 4, 2017; and

f.      Granting such other and further relief as the Court deems just and proper.

SAUL EWING ARNSTEIN & LEHR LLP

By:/s/ *Kevin H. Morse*
    One of Its Attorneys

Barry A. Chatz (6196639)
Kevin H. Morse (6297244)
William A. Williams (6321738)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

15

114656117.2



**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CENTRAL GROCERS, INC., *et al.*, | ) | Case No. 17-13886 (PSH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**FOURTH MONTHLY FEE STATEMENT OF SAUL EWING ARNSTEIN & LEHR LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF CENTRAL GROCERS, INC., *ET AL.*
FOR THE PERIOD ENDING SEPTEMBER 30, 2017**

| | |
|---|---|
| Name of Applicant: | Saul Ewing Arnstein & Lehr LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of Central Grocers, Inc., *et al.* |
| Date of Order Authorizing Employment: | July 11, 2017 (effective *nunc pro tunc* to May 26, 2017) |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2017 through September 30, 2017 |
| Total Amount of Fees: | $22,661.00 (80% = $18,128.80) (20% = $4,532.20) |
| Amount of Expense Reimbursement Sought: | $0.00 |

### Cumulative Summary

| Period Covered | Hours | Interim Fees Requested | Interim Fees Holdback | Total Fees Paid | Interim Expenses Requested | Total Expenses Paid | Unpaid Balance |
|---|---|---|---|---|---|---|---|
| 06/01/2017 to 06/30/2017 | 81.6 | $29,560.00 | $7,430.00 | $29,560.00 | $1,073.60 | $1,073.60 | $0.00 |
| 07/01/2017 to 07/31/2017 | 118.1 | $38,179.60 | $9,544.90 | $33,407.15 | $668.33 | $668.33 | $4,772.45 |
| 08/01/2017 to 08/31/2017 | 56.1 | $23,072.50 | $4,614.50 | $0.00 | $4.00 | $0.00 | $23,076.50 |
| 09/01/2017 to 09/30/2017 | 51.3 | $22,661.00 | $4,532.20 | $0.00 | $0.00 | 0.00 | $22,661.00 |

### Professionals Who Provided Services During the Fee Period

| Professional | Practice Area | Hourly Rate | Hours | Total |
|---|---|---|---|---|
| Barry A. Chatz ("BAC") | Bankruptcy | $775.00 | 8.4 | $6,510.00 |
| Kevin H. Morse ("KHM") | Bankruptcy | $425.00 | 23.8 | $10,115.00 |
| David A. Yontz ("DAY") | Real Estate | $365.00 | 4.9 | $1,788.50 |
| William A. Williams ("WAW") | Bankruptcy | $300.00 | 13.7 | $4,110.00 |
| Ronnie Gillis ("RG") | Paralegal | $275.00 | 0.5 | $137.50 |
| **Total** | | | **51.3** | **$22,661.00** |
| **Blended Rate** | | | **$441.74 per hour** | |

### Compensation by Subject Matter

| Matter Number | Subject Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Case Administration | 11.1 | $7,582.50 |
| 5 | Employment of Professionals | 2.7 | $1,147.50 |
| 6 | Financing | 1.5 | $637.50 |
| 7 | Disposition of Assets | 7.4 | $2,520.00 |
| 11 | Claims and Creditor Issues | 0.2 | $85.00 |
| 12 | Fee Applications | 20.1 | $7,530.00 |
| 14 | Litigation | 8.3 | $3,158.50 |
| **Total** | | **51.3** | **$22,661.00** |

### Expense Summary

| Service Description | Amount |
|---|---|
| **Total Expenses** | **$0.00** |

Pursuant to the terms of the Compensation Procedures Order, the fees and costs requested in this Fee Statement shall be authorized to be paid to Saul Ewing Arnstein & Lehr LLP by the Debtors without further notice and without a hearing, unless within 20 days after service of the Fee Statement (November 15, 2017 at 4:00 p.m. CST), an objection is filed with the Court and served upon Saul Ewing Arnstein & Lehr LLP and each of the Notice Parties such that each Notice Party actually receives the objection on or before the Objection Deadline.

Respectfully submitted,

**SAUL EWING ARNSTEIN & LEHR LLP**

By: */s/ Kevin H. Morse*

Barry A. Chatz (06196639)
Kevin H. Morse (06297244)
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

Official Committee Of Unsecured Creditors For Central Grocer
Attn: David Posner, Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue Of Americas
New York, NY  10036-7703

| | |
|---|---|
| Invoice Number | 2369673 |
| Invoice Date | 10/16/17 |
| Client Number | 850225 |
| Matter Number | 00003 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 09/01/17 | BAC | Review agenda and e-mail relating thereto with respect to 9/5 committee call. | 0.1 | 775.00 | 77.50 |
| 09/05/17 | BAC | Review agenda and information index from FTI as well as proposed contingency counsel pre-creditors committee call. | 0.4 | 775.00 | 310.00 |
| 09/05/17 | BAC | Creditors committee conference call regarding issues in case including bar date, asset disposition, as well as proposals to secured lender and other matters. | 1.5 | 775.00 | 1,162.50 |
| 09/18/17 | BAC | Review Fee Objection from  PNC. | 0.2 | 775.00 | 155.00 |
| 09/18/17 | BAC | Numerous e-mails with co-counsel  re: issues on response to PNC Objection and strategy and timing relating thereto. | 0.3 | 775.00 | 232.50 |
| 09/19/17 | BAC | Review motion required to set hearing on issues relating to Second Interim Fee Statem ents. | 0.2 | 775.00 | 155.00 |
| 09/19/17 | KHM | Calls to/from UST re debtors motion to settle "de minimis" causes of action | 0.2 | 425.00 | 85.00 |
| 09/19/17 | KHM | Call with D. Posner re de minimis procedures motion and fee application process | 0.6 | 425.00 | 255.00 |

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225
00003
10/16/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Case Administration

Invoice Number 2369673
Page 2

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 09/19/17 | KHM | Call with judge's courtroom deputy re how to comply with compensation procedures order and set necessary hearing | 0.2 | 425.00 | 85.00 |
| 09/20/17 | BAC | Review lender settlement proposal as well as other e-mails prior to conference call with committee. | 0.2 | 775.00 | 155.00 |
| 09/20/17 | BAC | Attend committee conference call relating to all matters including motions to be heard on 9/28, fee issues, negotiations with lenders and Unions. | 1.2 | 775.00 | 930.00 |
| 09/21/17 | BAC | E-mails re: professional employment issues and related matters should case convert. | 0.3 | 775.00 | 232.50 |
| 09/25/17 | BAC | Review agenda and other documents pre-conference call with committee. | 0.5 | 775.00 | 387.50 |
| 09/25/17 | BAC | Conference call with Creditors Committee re: all outstanding items. | 0.8 | 775.00 | 620.00 |
| 09/26/17 | BAC | Numerous e-mails and review drafts re: fee procedure objection. | 0.4 | 775.00 | 310.00 |
| 09/26/17 | KHM | Finalize and prepare replies, exhibits, and relevant orders for RCT employment and Second Fee Statements for filing | 1.1 | 425.00 | 467.50 |
| 09/26/17 | WAW | Phone call with courtroom deputy to confirm that the Committee does not need to file a notice of its intent to continue the standing motion | 0.2 | 300.00 | 60.00 |
| 09/27/17 | WAW | Filing pro hac vice motions for Benjamin King and Eric Madden over the counter | 0.4 | 300.00 | 120.00 |
| 09/28/17 | BAC | Attend hearing on matters scheduled including settlement procedures, premium finance, project management, administrative expense related matters, as well as derivative standing and fee issues. | 2.0 | 775.00 | 1,550.00 |

The header has overlapping text, typical of court filing stamps.

| | | | | | |
|---|---|---|---|---|---|
| 850225 | | Official Committee Of Unsecured Creditors For Central | | Invoice Number 2369673 | |
| 00003 | | Grocers, Inc. | | Page 3 | |
| 10/16/17 | | Case Administration | | | |

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 09/28/17 | BAC | Post-hearing conference with K. Morse re: Agreed Order on fees to be drafted and filed with court relating to 2nd Interim Monthly Fee Statement of committee and professionals. | 0.3 | 775.00 | 232.50 |

| | | |
|---|---|---|
| TOTAL HOURS | 11.1 | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| William A Williams | 0.6 | at | $300.00 | = | 180.00 |
| Barry A. Chatz | 8.4 | at | $775.00 | = | 6,510.00 |
| Kevin H. Morse | 2.1 | at | $425.00 | = | 892.50 |

| | |
|---|---|
| CURRENT FEES | 7,582.50 |

| | |
|---|---|
| TOTAL AMOUNT OF THIS INVOICE | 7,582.50 |

| | |
|---|---|
| NET AMOUNT OF THIS INVOICE | 7,582.50 |

# SAUL EWING ARNSTEIN & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | |
| The Grace Building | |
| 1114 Avenue Of Americas | |
| New York, NY  10036-7703 | |

| | |
|---|---|
| Invoice Number | 2369674 |
| Invoice Date | 10/16/17 |
| Client Number | 850225 |
| Matter Number | 00005 |

Re:   Employment Of Professionals

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 09/07/17 | KHM | Review and provide feedback on application to employ contingency counsel | 0.3 | 425.00 | 127.50 |
| 09/12/17 | KHM | Review, modify, and format Application to Employ Contingency Counsel (.6); Prepare NOM, Order and Exhibits (.6). | 1.2 | 425.00 | 510.00 |
| 09/13/17 | KHM | Review and make revisions to employment of special litigation counsel - .3;  Prepare and finalize documents for filing - .2 | 0.5 | 425.00 | 212.50 |
| 09/14/17 | KHM | Review Fee Procedures whether Certificate of Service necessary for CNOs - .1; Prepare, update, and finalize Certificate of Service of Employment of Contingency Counsel - .3 | 0.4 | 425.00 | 170.00 |
| 09/25/17 | KHM | Review reply in support of employment of RCT - .2; Review revised proposed order re same - .1 | 0.3 | 425.00 | 127.50 |

TOTAL HOURS                    2.7

161 North Clark ♦ Suite 4200 ♦ Chicago, IL 60601
Phone: (312) 876-7100 ♦ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225
00005
10/16/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Employment Of Professionals

Invoice Number 2369674
Page 2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| Kevin H. Morse | 2.7 at | $425.00 = | 1,147.50 |

CURRENT FEES                                    1,147.50

TOTAL AMOUNT OF THIS INVOICE            1,147.50

NET AMOUNT OF THIS INVOICE             1,147.50

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | |
| The Grace Building | |
| 1114 Avenue Of Americas | |
| New York, NY  10036-7703 | |

| | |
|---|---|
| Invoice Number | 2369675 |
| Invoice Date | 10/16/17 |
| Client Number | 850225 |
| Matter Number | 00006 |

Re:   Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 09/06/17 | KHM | Multiple correspondence with T. Meyers re research on diminution claims and balance sheet tests - .3;  Conference with B. Williams to discuss same and approach to research - .3 | 0.6 | 425.00 | 255.00 |
| 09/06/17 | KHM | Review case law found in 7th City referring to "balance sheet" with respect to diminution claims and send to Kilpatrick. | 0.3 | 425.00 | 127.50 |
| 09/07/17 | KHM | Further review of diminution research and meeting with B. Williams re same | 0.6 | 425.00 | 255.00 |
| | | TOTAL HOURS | 1.5 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kevin H. Morse | 1.5 | at | $425.00 | = | 637.50 |
| | CURRENT FEES | | | | 637.50 |

## TOTAL AMOUNT OF THIS  INVOICE                637.50

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225                  Official Committee Of Unsecured Creditors For Central          Invoice Number  2369675
00006                   Grocers, Inc.                                                   Page 2
10/16/17                Financing

### NET AMOUNT OF THIS INVOICE

637.50

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | |
| The Grace Building | |
| 1114 Avenue Of Americas | |
| New York, NY 10036-7703 | |

| | |
|---|---|
| Invoice Number | 2369676 |
| Invoice Date | 10/16/17 |
| Client Number | 850225 |
| Matter Number | 00007 |

Re:   Disposition Of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 09/06/17 | WAW | Researching case law in the Seventh Circuit re: measuring diminution claims of secured creditors | 4.2 | 300.00 | 1,260.00 |
| 09/06/17 | WAW | Phone call with Franco Finizio re: diminution claim research | 0.2 | 300.00 | 60.00 |
| 09/06/17 | WAW | Reviewing Final DIP Order to determine nature and extent of PNC's potential diminution claims. | 0.6 | 300.00 | 180.00 |
| 09/15/17 | KHM | Meeting with real estate associate, D. Yontz, re: relationship between racks and D.C. - .4; Provide D. Yontz with additional information and descriptions of same - .4 | 0.8 | 425.00 | 340.00 |
| 09/15/17 | KHM | Further discussion and update to R.E. counsel re: racks | 0.2 | 425.00 | 85.00 |
| 09/19/17 | KHM | Review memorandum analyzing whether racks are fixtures under state law | 0.7 | 425.00 | 297.50 |
| 09/20/17 | KHM | Follow-up with D. Posner re racks, Will County title search, and information re racks installations and cost | 0.7 | 425.00 | 297.50 |

TOTAL HOURS     7.4

161 North Clark ♦ Suite 4200 ♦ Chicago, IL 60601
Phone: (312) 876-7100 ♦ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225
00007
10/16/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Disposition Of Assets

Invoice Number  2369676
Page 2

## TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|----|---------|---|----------|
| William A Williams | 5.0 | at | $300.00 | = | 1,500.00 |
| Kevin H. Morse | 2.4 | at | $425.00 | = | 1,020.00 |

**CURRENT FEES**      2,520.00

**TOTAL AMOUNT OF THIS  INVOICE**      2,520.00

**NET AMOUNT OF THIS INVOICE**      2,520.00

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

Official Committee Of Unsecured Creditors For Central Grocer
Attn: David Posner, Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue Of Americas
New York, NY  10036-7703

| | |
|---|---|
| Invoice Number | 2369677 |
| Invoice Date | 10/16/17 |
| Client Number | 850225 |
| Matter Number | 00011 |

Re:   Claims Adm/Creditor Issues

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 09/18/17 | KHM | Correspondence to/from creditor Ateeco re: claims bar deadline and direct same to Prime Clerk website | 0.2 | 425.00 | 85.00 |
| | | TOTAL HOURS | 0.2 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kevin H. Morse | 0.2 | at | $425.00 | = | 85.00 |
| | CURRENT FEES | | | | 85.00 |

**TOTAL AMOUNT OF THIS  INVOICE**                     85.00

**NET AMOUNT OF THIS INVOICE**                         85.00

161 North Clark ♦ Suite 4200 ♦ Chicago, IL 60601
Phone: (312) 876-7100 ♦ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | |
| The Grace Building | |
| 1114 Avenue Of Americas | |
| New York, NY  10036-7703 | |

| | |
|---|---|
| Invoice Number | 2369678 |
| Invoice Date | 10/16/17 |
| Client Number | 850225 |
| Matter Number | 00012 |

Re:   Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH  09/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 09/05/17 | KHM | Call with D. Posner re allowance of fees in fee application and response to PNC's fee o bjection | 0.4 | 425.00 | 170.00 |
| 09/07/17 | KHM | Review compensation procedures re notice of fee app - .1;  prepare notice of SE final fee app - .6;  multiple correspondence with SE and Kilpatrick - .4 | 1.1 | 425.00 | 467.50 |
| 09/07/17 | KHM | Multiple correspondence with Kilpatrick and SE re timing of final fee applications and discussions with PNC | 0.5 | 425.00 | 212.50 |
| 09/11/17 | WAW | Preparing First Interim Application for Compensation | 3.6 | 300.00 | 1,080.00 |
| 09/12/17 | WAW | Continuing to prepare First Interim Application for Compensation | 3.7 | 300.00 | 1,110.00 |
| 09/13/17 | KHM | Multiple correspondence re: PNC'S agreement to payment of May/June fee statement - .3;  Further correspondence with Kilpatrick and FTI re need for CNOs per comp order - .4 | 0.7 | 425.00 | 297.50 |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

<table>
<tr><td>850225</td></tr>
</table>

850225
00012
10/16/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Fee Applications

Invoice Number 2369678
Page 2

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 09/13/17 | KHM | Prepare CNOs for Kilpatrick, A&L, SE, and FTI detailing circumstances of objection and resolution of same - 2.3; Send to various professionals for review and revision - .3; Finalize CNOs and prepare for filing - .5 | 3.1 | 425.00 | 1,317.50 |
| 09/15/17 | KHM | Review and recategorize August time entries for monthly fee statement | 0.7 | 425.00 | 297.50 |
| 09/19/17 | KHM | Multiple correspondence re objection to fee statement and inapplicability DIP langua ge | 0.2 | 425.00 | 85.00 |
| 09/19/17 | KHM | Multiple calls and correspondence with G. Franco re responding to objection and setting he aring | 0.4 | 425.00 | 170.00 |
| 09/19/17 | KHM | Review of prior notices and certificates in case and prepare detailed notice of hearing on fee statement objections | 1.4 | 425.00 | 595.00 |
| 09/19/17 | KHM | Multiple calls re discussions with courtroom deputy and procedures - .4; Make revisions to noice of hearing and file - .7 | 1.1 | 425.00 | 467.50 |
| 09/19/17 | WAW | Preparing August 2017 Monthly Fee State ment | 0.8 | 300.00 | 240.00 |
| 09/25/17 | KHM | Multiple correspondence re: reply in support of second monthly fee statements | 0.3 | 425.00 | 127.50 |
| 09/26/17 | KHM | Review and provide comments on reply in support of second monthly fee statements | 0.6 | 425.00 | 255.00 |
| 09/28/17 | KHM | Prepare motion and order for entry of an agreed order for payment of committee professionals' second fee statements - 1.3; Multiple calls to courtroom deputy to discuss procedure and timing - .2 | 1.5 | 425.00 | 637.50 |

TOTAL HOURS          20.1

850225
00012
10/16/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Fee Applications

Invoice Number  2369678
Page 3

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| William A Williams | 8.1 | at | $300.00 | = | 2,430.00 |
| Kevin H. Morse | 12.0 | at | $425.00 | = | 5,100.00 |

CURRENT FEES                                           7,530.00

TOTAL AMOUNT OF THIS INVOICE            7,530.00

NET AMOUNT OF THIS INVOICE              7,530.00

# SAUL EWING ARNSTEIN & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | |
| The Grace Building | |
| 1114 Avenue Of Americas | |
| New York, NY 10036-7703 | |

| | |
|---|---|
| Invoice Number | 2369680 |
| Invoice Date | 10/16/17 |
| Client Number | 850225 |
| Matter Number | 00014 |

Re:  Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 09/13/17 | KHM | Multiple correspondence from/to D. Posner re fixtures at distribution center and Illinois law | 0.2 | 425.00 | 85.00 |
| 09/14/17 | KHM | Review of detailed description of lease and fixtures - .3; Review of lease between CGI and CGI Joliet - .4. | 0.7 | 425.00 | 297.50 |
| 09/14/17 | KHM | Call with D. Posner re: racks and additional information needed for fixture research. | 0.3 | 425.00 | 127.50 |
| 09/14/17 | KHM | Conference with D. Yontz (Real Estate) re: fixture research and need for "elements" under Illinois Law. | 0.3 | 425.00 | 127.50 |
| 09/14/17 | KHM | Review transcript of DC sale hearing and appraisal for additional information on DC racks, description, and/or valuation - 1.1; Call to FTI re: same -.1 | 1.2 | 425.00 | 510.00 |
| 09/14/17 | KHM | Call with C. Tully of FTI re: information on racks and his possible sources of additional information | 0.2 | 425.00 | 85.00 |
| 09/18/17 | DAY | Perform research on whether grocery racking system considered a fixture under Illinois law; prepare memo to Kevin Morse re same. | 4.4 | 365.00 | 1,606.00 |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225
00014
10/16/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Litigation

Invoice Number 2369680
Page 2

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 09/20/17 | RG | Conference with D. Yontz; Correspondence to Advanced Corporate to search for fixture filings in Will County. | 0.5 | 275.00 | 137.50 |
| 09/20/17 | DAY | Review back-up documentation re grocery racks and correspondence with K. Morse re same. | 0.3 | 365.00 | 109.50 |
| 09/21/17 | DAY | Review Will County fixture filing search and correspond with K. Morse re same. | 0.2 | 365.00 | 73.00 |

TOTAL HOURS    8.3

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| David A Yontz | 4.9 | at | $365.00 | = | 1,788.50 |
| Ronnie Gillis | 0.5 | at | $275.00 | = | 137.50 |
| Kevin H. Morse | 2.9 | at | $425.00 | = | 1,232.50 |

CURRENT FEES                                            3,158.50

TOTAL AMOUNT OF THIS INVOICE            3,158.50

NET AMOUNT OF THIS INVOICE               3,158.50

# B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CENTRAL GROCERS, INC., *et al.*, | ) | Case No. 17-13886 (PSH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**FIFTH MONTHLY FEE STATEMENT OF SAUL EWING ARNSTEIN & LEHR LLP
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF CENTRAL GROCERS, INC., *ET AL.*
FOR THE PERIOD ENDING OCTOBER 31, 2017**

| | |
|---|---|
| Name of Applicant: | Saul Ewing Arnstein & Lehr LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of Central Grocers, Inc., *et al.* |
| Date of Order Authorizing Employment: | July 11, 2017 (effective *nunc pro tunc* to May 26, 2017) |
| Period for which Compensation and Reimbursement is Sought: | October 1, 2017 through October 31, 2017 |
| Total Amount of Fees: | $19,115.00<br>(80% = $15,292.00)<br>(20% = $3,823.00) |
| Amount of Expense Reimbursement Sought: | $100.00 |

## Cumulative Summary

| Period Covered | Hours | Interim Fees Requested | Interim Fees Holdback | Total Fees Paid | Interim Expenses Requested | Total Expenses Paid | Unpaid Balance |
|---|---|---|---|---|---|---|---|
| 06/01/2017 to 06/30/2017 | 81.6 | $29,560.00 | $7,430.00 | $29,560.00 | $1,073.60 | $1,073.60 | $0.00 |
| 07/01/2017 to 07/31/2017 | 118.1 | $38,179.60 | $9,544.90 | $33,407.15 | $668.33 | $668.33 | $4,772.45 |
| 08/01/2017 to 08/31/2017 | 56.1 | $23,072.50 | $4,614.50 | $0.00 | $4.00 | $0.00 | $23,076.50 |
| 09/01/2017 to 09/30/2017 | 51.3 | $22,661.00 | $4,532.20 | $0.00 | $0.00 | 0.00 | $22,661.00 |
| 10/01/2017 to 10/31/2017 | 40.8 | $19,115.00 | $3,823.00 | $0.00 | $100.00 | $0.00 | $19,215.00 |

## Professionals Who Provided Services During the Fee Period

| Professional | Practice Area | Hourly Rate | Hours | Total |
|---|---|---|---|---|
| Barry A. Chatz ("BAC") | Bankruptcy | $775.00 | 8.0 | $6,200.00 |
| Kevin H. Morse ("KHM") | Bankruptcy | $425.00 | 24.6 | $10,455.00 |
| William A. Williams ("WAW") | Bankruptcy | $300.00 | 8.2 | $2,460.00 |
| | | **Total** | **40.8** | **$19,115.00** |
| | | **Blended Rate** | | **$468.51 per hour** |

## Compensation by Subject Matter

| Matter Number | Subject Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 3 | Case Administration | 16.4 | $9,645.00 |
| 5 | Employment of Professionals | 0.7 | $297.50 |
| 7 | Disposition of Assets | 1.1 | $467.50 |
| 11 | Claims and Creditor Issues | 0.2 | $85.00 |
| 12 | Fee Applications | 16.6 | $6,330.00 |
| 14 | Litigation | 5.8 | $2,290.00 |
| | **Total** | **40.8** | **$19,115.00** |

114519637.1

**Expense Summary**

| Service Description | Amount |
|---|---|
| **Pro Hac Vice Filing Fees** | **$100.00** |

       Pursuant to the terms of the Compensation Procedures Order, the fees and costs requested in this Fee Statement shall be authorized to be paid to Saul Ewing Arnstein & Lehr LLP by the Debtors without further notice and without a hearing, unless within 20 days after service of the Fee Statement (**November 29, 2017 at 4:00 p.m. CST**), an objection is filed with the Court and served upon Saul Ewing Arnstein & Lehr LLP and each of the Notice Parties such that each Notice Party actually receives the objection on or before the Objection Deadline.

       Respectfully submitted,

By: */s/ Kevin H. Morse*

Barry A. Chatz (06196639)
Kevin H. Morse (06297244)
**SAUL EWING ARNSTEIN & LEHR LLP**
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Tel: (312) 876-7100
Fax: (312) 876-0288

# SAUL EWING

# ARNSTEIN

# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | |
| The Grace Building | |
| 1114 Avenue Of Americas | |
| New York, NY 10036-7703 | |

| | |
|---|---|
| Invoice Number | 2375124 |
| Invoice Date | 11/03/17 |
| Client Number | 850225 |
| Matter Number | 00003 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 10/04/17 | BAC | Review agenda and related documents prior to creditor committee conference call. | 0.5 | 775.00 | 387.50 |
| 10/04/17 | BAC | Attend committee conference call on case status and negotiations on multiple matters. | 0.7 | 775.00 | 542.50 |
| 10/10/17 | BAC | Review status report to committee. | 0.2 | 775.00 | 155.00 |
| 10/10/17 | WAW | Phone call to Court's chambers to confirm unavailability of October 25 hearing date (.1); email correspondence with Kevin Morse re: same (.1) | 0.2 | 300.00 | 60.00 |
| 10/10/17 | WAW | Filing limited joinder to PNC's Objection to Debtors' Employment of Receivables Control Corporation | 0.1 | 300.00 | 30.00 |
| 10/11/17 | BAC | E-mails and calls re: issues for hearing on 10/12 and court schedule. | 0.3 | 775.00 | 232.50 |
| 10/11/17 | KHM | Extended call with D. Posner of Kilpatrick to discuss bank's position on derivative standing, settlement, tomorrow's hearing and committee's issues with RCC employment | 0.7 | 425.00 | 297.50 |
| 10/11/17 | KHM | Prepare for tomorrow's hearing on derivative standing, CRR employment, and Hammond sale | 1.2 | 425.00 | 510.00 |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225                 Official Committee Of Unsecured Creditors For Central        Invoice Number  2375124
00003                  Grocers, Inc.                                                Page 2
11/03/17               Case Administration

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 10/12/17 | BAC | Pre-hearing meeting with K. Morse re: issues relating to PNC and other matters. | 0.3 | 775.00 | 232.50 |
| 10/12/17 | KHM | Continue review of committee objection and PNC objection to RCC employment in preparation for hearing | 0.5 | 425.00 | 212.50 |
| 10/12/17 | KHM | Attend hearing on Hammond sale, RCC employment, iDiscovery employment, and derivative standing | 1.6 | 425.00 | 680.00 |
| 10/13/17 | BAC | Review FTI Deck prior to Committee conference call. | 0.2 | 775.00 | 155.00 |
| 10/13/17 | BAC | Conference call with Committee re: potential settlement with secured lender. | 0.9 | 775.00 | 697.50 |
| 10/13/17 | KHM | Review of settlement proposal with PNC prior to committee call - .3; Attendance and participation on committee call to discuss PNC settlement terms - 1.0 | 1.3 | 425.00 | 552.50 |
| 10/16/17 | BAC | Review Waterfall information re: bank settlement proposal pre-conference call with Committee. | 0.4 | 775.00 | 310.00 |
| 10/16/17 | BAC | Review with K. Morse issues on Waterfall as well as Fee Petition matters. | 0.2 | 775.00 | 155.00 |
| 10/16/17 | BAC | Conference call with Committee re: potential settlement with secured lenders and review of terms and potential allocation methodology. | 1.0 | 775.00 | 775.00 |
| 10/16/17 | KHM | Attendance on committee call re: terms of settlement and waterfall analysis | 1.0 | 425.00 | 425.00 |
| 10/19/17 | BAC | Review Settlement Agreement draft with PNC. | 0.8 | 775.00 | 620.00 |
| 10/20/17 | BAC | Review e-mail from David Posner re: Creditor Committee call for 10/23 relating to potential PNC settlement and issues relating thereto. | 0.1 | 775.00 | 77.50 |
| 10/20/17 | WAW | Preparing motion to exceed page limitation re: motion to approve settlement with lenders | 0.7 | 300.00 | 210.00 |

850225
00003
11/03/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.

Case Administration

Invoice Number  2375124
Page 3

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 10/23/17 | BAC | Review documents and timeline information prior to conference call. | 0.3 | 775.00 | 232.50 |
| 10/23/17 | BAC | Conference call with Committee re: approval relating to settlement with lenders. | 0.5 | 775.00 | 387.50 |
| 10/23/17 | BAC | Review revisions and Settlement Agreement issues and related e-mails with respect to PNC resolution. | 0.5 | 775.00 | 387.50 |
| 10/26/17 | KHM | Multiple correspondence from/to U.S. Trustee re: settlement agreement and setting up conference call - .2;  Multiple correspondence with T. Meyers re: same - .1 | 0.3 | 425.00 | 127.50 |
| 10/27/17 | BAC | E-mails re: status and conversion issues. | 0.4 | 775.00 | 310.00 |
| 10/30/17 | BAC | Review with Kevin Morse issues on status of settlement with PNC Bank as well as issues relating to ongoing case operations and potential conversion. | 0.2 | 775.00 | 155.00 |
| 10/31/17 | BAC | Call Franco re: allocation issues as well as conversion issues and modification of terms of billing procedures motion. | 0.3 | 775.00 | 232.50 |
| 10/31/17 | BAC | Follow up call with Todd Meyers re: allocation issues with respect to settlement proceeds and fee procedure issues. | 0.2 | 775.00 | 155.00 |
| 10/31/17 | KHM | Review draft motion to convert and order - .5;  Discuss same with B. Chatz - .1; Call to G. Finizio re: same and issues with payment of fees - .2 | 0.8 | 425.00 | 340.00 |

TOTAL HOURS                16.4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| William A Williams | 1.0 | at | $300.00 | = | 300.00 |
| Barry A. Chatz | 8.0 | at | $775.00 | = | 6,200.00 |
| Kevin H. Morse | 7.4 | at | $425.00 | = | 3,145.00 |

850225                    Official Committee Of Unsecured Creditors For Central          Invoice Number  2375124
00003                     Grocers, Inc.                                                  Page 4
11/03/17                  Case Administration

                                CURRENT FEES                                                        9,645.00


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Filing Fees                                                                                   100.00
                          CURRENT EXPENSES                                                            100.00


                    **TOTAL AMOUNT OF THIS  INVOICE**                                               9,745.00


                    **NET AMOUNT OF THIS INVOICE**                                                  9,745.00

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

Invoice Date: 11/03/17          Invoice No.: 2375124          Client/Matter No.: 850225.00003

For professional services rendered through 10/31/17

| | | |
|---|---|---|
| Professional Charges................................................................................ | $ | 9,645.00 |
| Expenses ................................................................................................ | $ | 100.00 |
| TOTAL AMOUNT DUE FOR THIS INVOICE ................................... | $ | 9,745.00 |
| NET AMOUNT DUE FOR THIS INVOICE .......................................... | $ | 9,745.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

If you have any questions regarding this invoice, please contact Kimberly Griffin at 312-876-6942

For inquiries regarding your payment please provide the following information:

Contact Name: _____

Telephone Number: _____

**Please return this page with your remittance to:**
**MAIL PAYMENT TO:**
Saul Ewing Arnstein & Lehr LLP
161 N. CLARK, SUITE 4200
Chicago, IL 60601
ATTN: Accounts Receivable Department
OR
**ACH/Wire Instructions**
MB FINANCIAL BANK, N.A.
61111 N. RIVER ROAD
Rosemont, IL 60018

For The Benefit of Saul Ewing Arnstein & Lehr LLP
EIN: 23-1416352

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| Official Committee Of Unsecured Creditors For Central Grocer | Invoice Number | 2375125 |
|---|---|---|
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | Invoice Date | 11/03/17 |
| The Grace Building | Client Number | 850225 |
| 1114 Avenue Of Americas | Matter Number | 00005 |
| New York, NY  10036-7703 | | |

Re:  Employment Of Professionals

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 10/03/17 | KHM | Multiple correspondence with RCT and PNC counsel re: language of revised order - .2; Incorporate redline revisions, circulate, and inform courtroom deputy that order has been uploaded - .3 | 0.5 | 425.00 | 212.50 |
| 10/06/17 | KHM | Review of order entered employing RCT - .1; Circulate entered order to relevant parties - .1 | 0.2 | 425.00 | 85.00 |
| | | TOTAL HOURS | 0.7 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kevin H. Morse | 0.7 | at | $425.00 | = | 297.50 |

| | | |
|---|---|---|
| CURRENT FEES | | 297.50 |
| **TOTAL AMOUNT OF THIS  INVOICE** | | 297.50 |
| **NET AMOUNT OF THIS INVOICE** | | 297.50 |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288
DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# SAUL EWING ARNSTEIN & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

Invoice Date: 11/03/17          Invoice No.: 2375125          Client/Matter No.: 850225.00005

For professional services rendered through 10/31/17

| | | |
|---|---|---|
| Professional Charges............................................................................................................ | $ | 297.50 |
| TOTAL AMOUNT DUE FOR THIS INVOICE  ................................................................ | $ | 297.50 |
| NET AMOUNT DUE FOR THIS INVOICE      ................................................................ | $ | 297.50 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

If you have any questions regarding this invoice, please contact Kimberly Griffin at 312-876-6942

For inquiries regarding your payment please provide the following information:
Contact Name: _____
Telephone Number: _____

**Please return this page with your remittance to:**
**MAIL PAYMENT TO:**
Saul Ewing Arnstein & Lehr LLP
161 N. CLARK, SUITE 4200
Chicago, IL 60601
ATTN: Accounts Receivable Department
OR
**ACH/Wire Instructions**
MB FINANCIAL BANK, N.A.
61111 N. RIVER ROAD
Rosemont, IL 60018

For The Benefit of Saul Ewing Arnstein & Lehr LLP
EIN: 23-1416352

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | Invoice Number      2375126 |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | Invoice Date        11/03/17 |
| The Grace Building | Client Number        850225 |
| 1114 Avenue Of Americas | Matter Number         00007 |
| New York, NY 10036-7703 | |

Re:   Disposition Of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 10/05/17 | KHM | Review and call G. Finizio re: changes to limited objection to Hammond sale motion - .5; Revise objection pursuant to review and prepare all documents for filing - .6 | 1.1 | 425.00 | 467.50 |
| | | TOTAL HOURS | 1.1 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| Kevin H. Morse | 1.1 | at | $425.00 | = | 467.50 |
| | | | CURRENT FEES | | 467.50 |

**TOTAL AMOUNT OF THIS INVOICE**     467.50

**NET AMOUNT OF THIS INVOICE**     467.50

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352
Accounting Phone: 215-972-7708
www.saul.com

Invoice Date: 11/03/17          Invoice No.: 2375126          Client/Matter No.: 850225.00007

For professional services rendered through 10/31/17

Professional Charges.................................................................................... $     467.50

TOTAL AMOUNT DUE FOR THIS INVOICE  ......................................... $     467.50

NET AMOUNT DUE FOR THIS INVOICE   ......................................... $     467.50

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

If you have any questions regarding this invoice, please contact Kimberly Griffin at 312-876-6942

For inquiries regarding your payment please provide the following information:
Contact Name: _____
Telephone Number: _____

**Please return this page with your remittance to:**
**MAIL PAYMENT TO:**
Saul Ewing Arnstein & Lehr LLP
161 N. CLARK, SUITE 4200
Chicago, IL 60601
ATTN: Accounts Receivable Department
OR
**ACH/Wire Instructions**
MB FINANCIAL BANK, N.A.
61111 N. RIVER ROAD
Rosemont, IL 60018

For The Benefit of Saul Ewing Arnstein & Lehr LLP
EIN: 23-1416352

161 North Clark ♦ Suite 4200 ♦ Chicago, IL 60601
Phone: (312) 876-7100 ♦ Fax: (312) 876-0288

DELAWARE FLORIDA ILLINOIS MARYLAND MASSACHUSETTS NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# SAUL EWING

# ARNSTEIN

# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | |
| The Grace Building | |
| 1114 Avenue Of Americas | |
| New York, NY 10036-7703 | |

| | |
|---|---|
| Invoice Number | 2375127 |
| Invoice Date | 11/03/17 |
| Client Number | 850225 |
| Matter Number | 00011 |

Re:   Claims Adm/Creditor Issues

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 10/30/17 | KHM | Calls from multiple creditors re: receipt of notice of settlement and questions re: same | 0.2 | 425.00 | 85.00 |
| | | TOTAL HOURS | 0.2 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kevin H. Morse | 0.2 | at | $425.00 | = | 85.00 |
| | | | CURRENT FEES | | 85.00 |

**TOTAL AMOUNT OF THIS  INVOICE**                  85.00

**NET AMOUNT OF THIS INVOICE**                  85.00

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# SAUL EWING ARNSTEIN & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

Invoice Date: 11/03/17          Invoice No.: 2375127          Client/Matter No.: 850225.00011

For professional services rendered through 10/31/17

| | | |
|---|---|---|
| Professional Charges.......................................................................................... | $ | 85.00 |
| TOTAL AMOUNT DUE FOR THIS INVOICE ............................................ | $ | 85.00 |
| NET AMOUNT DUE FOR THIS INVOICE ............................................... | $ | 85.00 |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

If you have any questions regarding this invoice, please contact Kimberly Griffin at 312-876-6942

For inquiries regarding your payment please provide the following information:
Contact Name: _____
Telephone Number: _____

**Please return this page with your remittance to:**
**MAIL PAYMENT TO:**
Saul Ewing Arnstein & Lehr LLP
161 N. CLARK, SUITE 4200
Chicago, IL 60601
ATTN: Accounts Receivable Department
OR
**ACH/Wire Instructions**
MB FINANCIAL BANK, N.A.
61111 N. RIVER ROAD
Rosemont, IL 60018

For The Benefit of Saul Ewing Arnstein & Lehr LLP
EIN: 23-1416352

161 North Clark ♦ Suite 4200 ♦ Chicago. IL 60601
Phone: (312) 876-7100 ♦ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

Official Committee Of Unsecured Creditors For Central Grocer
Attn: David Posner, Kilpatrick Townsend & Stockton LLP
The Grace Building
1114 Avenue Of Americas
New York, NY  10036-7703

| | |
|---|---|
| Invoice Number | 2375128 |
| Invoice Date | 11/03/17 |
| Client Number | 850225 |
| Matter Number | 00012 |

Re:   Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH  10/31/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 10/02/17 | KHM | Multiple correspondence with FTI and KT&S re: August fee statements | 0.5 | 425.00 | 212.50 |
| 10/03/17 | KHM | Review FTI monthly fee statement - .2; Correspondence with G. Finizio re: August and September numbers - .1; Correspondence re: timing of filing - .1 | 0.4 | 425.00 | 170.00 |
| 10/04/17 | KHM | Review, finalize, and format monthly operating reports for KT&S, SEA&L, and FTI for August 2017 - 1.2; Prepare certificate of service for same - .2;  Serve via e-mail filed reports on counsel for debtors and lenders - .1 | 1.5 | 425.00 | 637.50 |
| 10/10/17 | KHM | Multiple correspondence with Kilpatrick and FTI re: first interim fee applications | 0.3 | 425.00 | 127.50 |
| 10/11/17 | KHM | Review initial draft of fee application for SEA&L and note portions that need revisions and update | 0.4 | 425.00 | 170.00 |
| 10/16/17 | KHM | Multiple correspondence with Kilpatrick and FTI re: deadline to file first quarterly fee applications and timing to get all information for filing | 0.5 | 425.00 | 212.50 |
| 10/16/17 | KHM | Final review and revisions to SEA&L's first interim fee application | 1.1 | 425.00 | 467.50 |

850225
00012
11/03/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Fee Applications

Invoice Number 2375128
Page 2

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 10/16/17 | KHM | Review invoices and calculate amounts spent on lien review - .5; Call and correspondence with G. Finizio re: same - .1 | 0.6 | 425.00 | 255.00 |
| 10/16/17 | KHM | Review and format first interim fee applications for KT&S and FTI - .8; Prepare proposed orders for all three fee apps - .4; Revise all notices of motion to conform with notices of debtors' professionals and hearing/objection dates - .4 | 1.6 | 425.00 | 680.00 |
| 10/16/17 | WAW | Revising First Interim Fee Application of SEAL to include Third Fee Statement (3.7); preparing cover sheet re: same (.2); preparing proposed order re: same (.1) | 4.0 | 300.00 | 1,200.00 |
| 10/25/17 | KHM | Multiple correspondence re: September fee statements and August non-objections | 0.3 | 425.00 | 127.50 |
| 10/26/17 | KHM | Review SEA&L September fee statement and request revisions - .3; Finalize and prepare notices for all and certificate of service - .3; Finalize and prepare September monthly fee statements for all committee professionals - .6 | 1.2 | 425.00 | 510.00 |
| 10/26/17 | WAW | Preparing SEA&L Monthly Fee Statement for September 2017 | 1.8 | 300.00 | 540.00 |
| 10/27/17 | KHM | Multiple correspondence re: getting full payment prior to conversion and need for agreed order amending procedures | 0.2 | 425.00 | 85.00 |
| 10/27/17 | KHM | Multiple correspondence with FTI and Kilpatrick re: August fee statements and preparation of Certificates of No Objection | 0.3 | 425.00 | 127.50 |
| 10/27/17 | KHM | Prepare, review, and revise certificates of no objection re: August fee statements for KT&S, SEA&L, and FTI | 1.1 | 425.00 | 467.50 |
| 10/27/17 | KHM | Review correspondence with lender and multiple correspondence with G. Finizio and FTI re: extension of deadline for objections to August fees. | 0.3 | 425.00 | 127.50 |

850225
00012
11/03/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Fee Applications

Invoice Number  2375128
Page 3

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 10/30/17 | KHM | Correspondence to/from Kilpatrick re: Saul Ewing legacy fees and being paid holdback on final basis - .2;  Call re: timing for fees on 16th or 30th - .1; Multiple correspondence with Kilpatrick and U.S. Trustee re: scheduling call - .2 | 0.5 | 425.00 | 212.50 |

TOTAL HOURS          16.6

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| William A Williams | 5.8 | at | $300.00 | = | 1,740.00 |
| Kevin H. Morse | 10.8 | at | $425.00 | = | 4,590.00 |

CURRENT FEES          6,330.00

**TOTAL AMOUNT OF THIS  INVOICE**          6,330.00

**NET AMOUNT OF THIS INVOICE**          6,330.00

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

Invoice Date: 11/03/17      Invoice No.: 2375128      Client/Matter No.: 850225.00012

For professional services rendered through 10/31/17

Professional Charges.................................................................................  $    6,330.00

TOTAL AMOUNT DUE FOR THIS INVOICE   ...............................................  $    6,330.00

NET AMOUNT DUE FOR THIS INVOICE    ...............................................  $    6,330.00

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

If you have any questions regarding this invoice, please contact Kimberly Griffin at 312-876-6942

For inquiries regarding your payment please provide the following information:
Contact Name: _____
Telephone Number: _____

**Please return this page with your remittance to:**
**MAIL PAYMENT TO:**
Saul Ewing Arnstein & Lehr LLP
161 N. CLARK, SUITE 4200
Chicago, IL 60601
ATTN: Accounts Receivable Department
OR
**ACH/Wire Instructions**
MB FINANCIAL BANK, N.A.
61111 N. RIVER ROAD
Rosemont, IL 60018

For The Benefit of Saul Ewing Arnstein & Lehr LLP
EIN: 23-1416352

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | |
| The Grace Building | |
| 1114 Avenue Of Americas | |
| New York, NY 10036-7703 | |

| | |
|---|---|
| Invoice Number | 2375129 |
| Invoice Date | 11/03/17 |
| Client Number | 850225 |
| Matter Number | 00014 |

Re: Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 10/05/17 | KHM | Multiple correspondence with Kilpatrick re: continuance of derivative standing motion and scheduling of next hearing - .3; Call with courtroom deputy re: scheduling issues, timing, and determination of next hearing with judge at 10/12 hearing - .2 | 0.5 | 425.00 | 212.50 |
| 10/10/17 | KHM | Multiple correspondence with T. Meyers re: timing of continued hearing on derivative standing motion | 0.4 | 425.00 | 170.00 |
| 10/11/17 | KHM | Multiple calls and correspondence with T. Meyers and D. Posner re: tomorrow's hearing, continuing the derivative standing motion, settlement conferences, and objections to A/R collector employment | 0.5 | 425.00 | 212.50 |
| 10/12/17 | KHM | Multiple correspondence to/from Kilpatrick re: settlement with PNC and setting conference call | 0.4 | 425.00 | 170.00 |
| 10/17/17 | KHM | Correspondence with Kilpatrick re: liquidation exception to withdrawal liability - .2; Review files and research on withdraw liability - .2 | 0.4 | 425.00 | 170.00 |
| 10/18/17 | KHM | Initial review of draft settlement agreement | 0.7 | 425.00 | 297.50 |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE FLORIDA ILLINOIS MARYLAND MASSACHUSETTS NEW JERSEY NEW YORK PENNSYLVANIA WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225
00014
11/03/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Litigation

Invoice Number  2375129
Page 2

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 10/23/17 | WAW | Preparing motion to approve settlement agreement and all exhibits for filing (.6); multiple email correspondence with Gianfranco Finizio re: same (.2); multiple phone calls with Gianfranco Finizio re: same (.2); filing motion to approve settlement agreement (.4) | 1.4 | 300.00 | 420.00 |
| 10/25/17 | KHM | Multiple correspondence with Kilpatrick about timing and filing of settlement | 0.4 | 425.00 | 170.00 |
| 10/27/17 | KHM | Review "decks" prepared re: settlement in preparation of committee conference call | 0.3 | 425.00 | 127.50 |
| 10/27/17 | KHM | Attend committee call re: terms and allocation of settlement | 0.8 | 425.00 | 340.00 |

TOTAL HOURS    5.8

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| William A Williams | 1.4 | at | $300.00 | = | 420.00 |
| Kevin H. Morse | 4.4 | at | $425.00 | = | 1,870.00 |

CURRENT FEES                                        2,290.00

**TOTAL AMOUNT OF THIS  INVOICE**          2,290.00

**NET AMOUNT OF THIS INVOICE**             2,290.00

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

Invoice Date: 11/03/17          Invoice No.: 2375129          Client/Matter No.: 850225.00014

For professional services rendered through 10/31/17

Professional Charges........................................................................................... $    2,290.00

TOTAL AMOUNT DUE FOR THIS INVOICE   ...................................................... $    2,290.00

NET AMOUNT DUE FOR THIS INVOICE      ...................................................... $    2,290.00

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

If you have any questions regarding this invoice, please contact Kimberly Griffin at 312-876-6942

For inquiries regarding your payment please provide the following information:
Contact Name: _____
Telephone Number: _____

**Please return this page with your remittance to:**
**MAIL PAYMENT TO:**
Saul Ewing Arnstein & Lehr LLP
161 N. CLARK, SUITE 4200
Chicago, IL 60601
ATTN: Accounts Receivable Department
OR
**ACH/Wire Instructions**
MB FINANCIAL BANK, N.A.
61111 N. RIVER ROAD
Rosemont, IL 60018

███████████

For The Benefit of Saul Ewing Arnstein & Lehr LLP
EIN: 23-1416352

161 North Clark ♦ Suite 4200 ♦ Chicago, IL 60601
Phone: (312) 876-7100 ♦ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP



# SAUL EWING ARNSTEIN & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | Invoice Number    2381905 |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | Invoice Date    12/05/17 |
| The Grace Building | Client Number    850225 |
| 1114 Avenue Of Americas | Matter Number    00003 |
| New York, NY  10036-7703 | |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 11/01/17 | BAC | Committee conference call re: allocation issues and other matters. | 0.5 | 775.00 | 387.50 |
| 11/01/17 | KHM | Participation in committee call re: allocation of settlement proceeds | 0.4 | 425.00 | 170.00 |
| 11/02/17 | BAC | Review allocation motion with respect to settlement proceeds. | 0.6 | 775.00 | 465.00 |
| 11/03/17 | BAC | Review terms of conversion order. | 0.2 | 775.00 | 155.00 |
| 11/03/17 | KHM | Review case procedures - .1;  Prepare, review, and revise certificates of service for RCT fee application and allocation motion - .3 | 0.4 | 425.00 | 170.00 |
| 11/03/17 | KHM | Review latest draft of conversion motion and order - .2 | 0.2 | 425.00 | 85.00 |
| 11/05/17 | BAC | Review e-mails, conversion order and Motion relating thereto. | 0.2 | 775.00 | 155.00 |
| 11/06/17 | BAC | Additional e-mails re: revisions to conversion order. | 0.3 | 775.00 | 232.50 |
| 11/06/17 | BAC | Review Declaration of Support of Allocation Motion and issues relating thereto. | 0.2 | 775.00 | 155.00 |
| 11/08/17 | BAC | Numerous e-mails re: Union Administrative Claim and other matters set for hearing on 11/30. | 0.3 | 775.00 | 232.50 |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225        Official Committee Of Unsecured Creditors For Central      Invoice Number  2381905
00003        Grocers, Inc.                                        Page 2
12/05/17      Case Administration

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 11/15/17 | BAC | Conference re: issues on settlement and conversion motion and hearing set for 11/16. | 0.2 | 775.00 | 155.00 |
| 11/15/17 | KHM | Prepare for hearing tomorrow on settlement agreement and derivative standing | 0.4 | 425.00 | 170.00 |
| 11/15/17 | WAW | Confirming demonstrative exhibit will be ready for hearing on November 16, 2017 (.2); preparing other exhibits for hearing (.3); email correspondence with Franco Finizio re: same (.1) | 0.6 | 300.00 | 180.00 |
| 11/15/17 | WAW | Phone call from pension fund counsel regarding revised proposed 9019 order (.1); email correspondence with pension fund counsel re: same (.1) | 0.2 | 300.00 | 60.00 |
| 11/15/17 | WAW | Reviewing and finalizing reply in support of 9019 motion (.2); filing same (.1) | 0.3 | 300.00 | 90.00 |
| 11/16/17 | BAC | Pre-hearing review of all matters with Kevin Morse. | 0.4 | 775.00 | 310.00 |
| 11/16/17 | KHM | Prepare documents, exhibits, and review agenda in preparation for today hearing on derivative standing, settlement, and allocation | 0.6 | 425.00 | 255.00 |
| 11/16/17 | KHM | Attend hearing on derivative standing, settlement, and allocation | 2.1 | 425.00 | 892.50 |
| 11/16/17 | KHM | Prepare revised order re: allocation, send for review, and call to courtroom deputy that order was uploaded | 0.5 | 425.00 | 212.50 |
| 11/16/17 | KHM | Review order entered re: settlement and allocation and send to committee professionals | 0.3 | 425.00 | 127.50 |
| 11/16/17 | WAW | Attending omnibus hearing on November 16, 2017 | 1.1 | 300.00 | 330.00 |

850225
00003
12/05/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.

Case Administration

Invoice Number  2381905
Page 3

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 11/17/17 | KHM | Multiple correspondence with G. Vizza of Blank Rome re: no settlement agreement attached to consent order - .3; Multiple calls and correspondence with clerk's office re: same - .4; Review new docket entry and inform G. Vizza re: entry of revised order - .1 | 0.8 | 425.00 | 340.00 |
| 11/17/17 | KHM | Multiple correspondence with B. King of RC&T re: entry of fee application order and forward order upon entry | 0.2 | 425.00 | 85.00 |
| 11/17/17 | WAW | Phone call to clerk's office to resolve missing exhibit to entered derivative standing order | 0.2 | 300.00 | 60.00 |
| 11/20/17 | BAC | Conference re: administrative expense payment status pre 12/1/17 with Kevin Morse. | 0.2 | 775.00 | 155.00 |
| 11/24/17 | WAW | Filing reply to AWG motion to compel | 0.2 | 300.00 | 60.00 |
| 11/27/17 | BAC | Review with Kevin Morse agenda items re; Creditor Committee conference call set for 11/28. | 0.2 | 775.00 | 155.00 |
| 11/27/17 | KHM | Multiple correspondence re: timing of filing opposition to untimely relief from stay | 0.4 | 425.00 | 170.00 |
| 11/27/17 | KHM | Multiple correspondence with KTS and other committee professionals re conversion order and timing | 0.3 | 425.00 | 127.50 |
| 11/30/17 | KHM | Attend omnibus hearing on behalf of committee, including committee professional fee applications and conversion - 1.9; Meetings with lender counsel, committee, and UST before and after hearing - .4 | 2.3 | 425.00 | 977.50 |
| 11/30/17 | KHM | Prepare for omnibus hearing, including proposed orders for fee applications and latest conversion order | 0.8 | 425.00 | 340.00 |

TOTAL HOURS          15.6

850225
00003
12/05/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Case Administration

Invoice Number  2381905
Page 4

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| William A. Williams | 2.6 | at | $300.00 | = | 780.00 |
| Barry A. Chatz | 3.3 | at | $775.00 | = | 2,557.50 |
| Kevin H. Morse | 9.7 | at | $425.00 | = | 4,122.50 |

CURRENT FEES                   7,460.00


TOTAL AMOUNT OF THIS  INVOICE          7,460.00


NET AMOUNT OF THIS INVOICE          7,460.00



Federal Identification Number:  23-1416352

Accounting Phone:  215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | Invoice Number  2386657 |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | Invoice Date  12/31/17 |
| The Grace Building | Client Number  850225 |
| 1114 Avenue Of Americas | Matter Number  00011 |
| New York, NY  10036-7703 | |

Re:   Claims Adm/Creditor Issues

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 11/01/17 | BLS | Telephone calls from three (3) creditors inquiring about notices received | 0.2 | 280.00 | 56.00 |
| 11/02/17 | KHM | Call from S. Evans, husband of former employee C. Evans requesting removal from service list based on wife's passing and inform of contacting clerk's office | 0.2 | 425.00 | 85.00 |
| 11/02/17 | BLS | Returned telephone call to creditor Consuela (708-270-7322)re  notices received | 0.1 | 280.00 | 28.00 |
| 11/03/17 | BLS | Telephone conferences and return calls to creditors (11) regarding notice of settlement received by all creditors | 0.8 | 280.00 | 224.00 |
| 11/06/17 | KHM | Call from creditor re: issues with claims bar motion and inform that nothing entered and conversion with dictate | 0.1 | 425.00 | 42.50 |
| 11/06/17 | WAW | Phone call with creditor's counsel re: establishment of claims bar date | 0.2 | 300.00 | 60.00 |
| 11/08/17 | KHM | Multiple correspondence re derivative standing order and best means to get it in front of the judge | 0.4 | 425.00 | 170.00 |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225    Official Committee Of Unsecured Creditors For Central    Invoice Number  2386657
00011    Grocers, Inc.    Page 2
12/31/17    Claims Adm/Creditor Issues

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 11/15/17 | KHM | Call from creditor re how Chapter 7 conversion will affect his claim and inform that claim review will not occur for quite some time. | 0.2 | 425.00 | 85.00 |
| 11/22/17 | BLS | Telephone conferences with two creditors receiving notice of pending settlement and requesting status updates | 0.2 | 280.00 | 56.00 |
| 11/27/17 | KHM | Call from creditor Wichita Packing re PACA/PASA notice and inform creditor to contact debtors counsel re deadlines | 0.3 | 425.00 | 127.50 |
| 11/28/17 | BLS | Telephone conference with Joann Martin of creditor Photo File re  pending claim that appears on Prime Clerk's website and additional need to file another proof of claim form | 0.1 | 280.00 | 28.00 |
| 11/29/17 | WAW | Filing objection to motion for relief from stay | 0.2 | 300.00 | 60.00 |

TOTAL HOURS                3.0

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| William A. Williams | 0.4 | at | $300.00 | = | 120.00 |
| Becky L. Sutton | 1.4 | at | $280.00 | = | 392.00 |
| Kevin H. Morse | 1.2 | at | $425.00 | = | 510.00 |

CURRENT FEES                1,022.00

**TOTAL AMOUNT OF THIS  INVOICE**                1,022.00

**NET AMOUNT OF THIS INVOICE**                1,022.00

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | **Invoice Number** 2381907 |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | **Invoice Date** 12/05/17 |
| The Grace Building | **Client Number** 850225 |
| 1114 Avenue Of Americas | **Matter Number** 00012 |
| New York, NY  10036-7703 | |

Re:   Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 11/02/17 | KHM | Calls and correspondence with E. Madden and B. King re: filing fee application and shortened notice - .2; Review and send examples of requests to RCT - .1 | 0.3 | 425.00 | 127.50 |
| 11/02/17 | KHM | Review and revise RCT first interim fee application and provide redline comments to B. King | 0.9 | 425.00 | 382.50 |
| 11/02/17 | KHM | Review correspondence from H. Nguyen requesting fees in LEDES format and call to H. Nguyen re: same - .2;  Call to Kilpatrick re: request - .1; Forward correspondence to billing manager and send her response to H. Nguyen to confirm compliance - .1 | 0.4 | 425.00 | 170.00 |
| 11/02/17 | KHM | Final review and revisions to RCT fee application - .3; Format documents and prepare all for filing - .3 | 0.6 | 425.00 | 255.00 |
| 11/03/17 | KHM | Multiple correspondence with B. King of RCT about potential non-material modifications to fee application and revisions to same | 0.3 | 425.00 | 127.50 |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225
00012
12/05/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Fee Applications

Invoice Number 2381907
Page 2

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 11/06/17 | KHM | Calls from/to H. Nguyen of UST re: fee application objection extension - .2; Correspondence with Kilpatrick re: UST request and LEDES data - .2; Review October fees for preparation of monthly statement - .1 | 0.5 | 425.00 | 212.50 |
| 11/06/17 | WAW | Preparing SEA&L monthly fee statement for October 2017 | 1.1 | 300.00 | 330.00 |
| 11/09/17 | WAW | Filing FTI Consulting October 2017 fee statement (.1); filing Kilpatrick Townsend & Stockton October 2017 fee statement (.1); revising Saul Ewing Arnstein & Lehr October 2017 fee statement (.2); filing same (.1); multiple email correspondence with Ben King re: amended proposed order granting Reid Collins' fee application (.2) | 0.7 | 300.00 | 210.00 |
| 11/13/17 | WAW | Filing revised proposed order granting Reid Collins & Tsai fee application (.1); email correspondence with Ben King re: same (.1) | 0.2 | 300.00 | 60.00 |
| 11/14/17 | WAW | Multiple email correspondence with Ben King re: Reid Collins & Tsai fee application | 0.2 | 300.00 | 60.00 |
| 11/20/17 | KHM | Review August-September time entries take highlight non-challenge, non-settlement entries to be paid prior to November 30 hearing. | 0.4 | 425.00 | 170.00 |
| 11/20/17 | KHM | Create spreadsheet of purportedly "ineligible" time entries according to lender in order to get paid August-September time | 0.7 | 425.00 | 297.50 |
| 11/20/17 | KHM | Multiple correspondence with Kilpatrick and FTI re: lender's allowance of certain fees and costs - .3; Begin to prepare CNOs for August and September according to lender's percentages and amounts - .9 | 1.2 | 425.00 | 510.00 |

850225
00012
12/05/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Fee Applications

Invoice Number  2381907
Page 3

| Date | Tkpr | Description | Hours | Rate | Value |
|------|------|-------------|-------|------|-------|
| 11/21/17 | KHM | Multiple correspondence with Kilpatrick re: CNOs and Aug-Sept fees - .4; Continue preparing 6 CNOs for Aug-Sept for committee professionals - .4 | 0.8 | 425.00 | 340.00 |
| 11/21/17 | KHM | Multiple correspondence with Kilpatrick re: lender's further review and revisions to agreed amounts - .2;  Review new spreadsheet of agreed amounts - .2; Revise, finalize, and prepare 6 CNOs for Aug-Sept committee fees for filing - .8 | 1.2 | 425.00 | 510.00 |
| 11/22/17 | KHM | Multiple correspondence with debtors' financial advisor re: status of payment on partial August-September payments | 0.3 | 425.00 | 127.50 |
| 11/28/17 | KHM | Multiple correspondence with KTS re need to revise fee orders and create spreadsheet of fees to be paid for fee application - 1.5; Revise fee app orders and send to KTS for lenders approval - .9 | 2.4 | 425.00 | 1,020.00 |
| 11/29/17 | KHM | Update fee application orders pursuant to lenders review and prepare same for filing | 0.7 | 425.00 | 297.50 |
| 11/30/17 | KHM | Revise KTS and FTI fee orders pursuant to Judge's ruling today and upload for entry - .2; Call to court to inform them of uploading - .1 | 0.3 | 425.00 | 127.50 |

TOTAL HOURS        13.2

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|---|------|---|-------|
| William A. Williams | 2.2 | at | $300.00 | = | 660.00 |
| Kevin H. Morse | 11.0 | at | $425.00 | = | 4,675.00 |

CURRENT FEES        5,335.00

TOTAL AMOUNT OF THIS  INVOICE        5,335.00

850225                    Official Committee Of Unsecured Creditors For Central         Invoice Number  2381907
00012                     Grocers, Inc.                                                 Page 4
12/05/17                  Fee Applications

### NET AMOUNT OF THIS INVOICE

5,335.00

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | Invoice Number    2381908 |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | Invoice Date       12/05/17 |
| The Grace Building | Client Number     850225 |
| 1114 Avenue Of Americas | Matter Number    00014 |
| New York, NY  10036-7703 | |

Re:   Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/30/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 11/02/17 | KHM | Multiple correspondence re: filing of allocation motion - .2;  Review and revise allocation motion and provide comments to G. Finizio - .9 | 1.1 | 425.00 | 467.50 |
| 11/02/17 | KHM | Final review and revisions to allocation motion - .5; Prepare proposed order and finalize all documents for filing - .3 | 0.8 | 425.00 | 340.00 |
| 11/07/17 | KHM | Review and revise Tully declaration - .3; Finalize and prepare same for filing - .3 | 0.6 | 425.00 | 255.00 |
| 11/10/17 | WAW | Phone call with Franco Finizio to discuss the filing of a consent order re: the Committee's standing motion | 0.1 | 300.00 | 30.00 |
| | | TOTAL HOURS | 2.6 | | |

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| William A. Williams | 0.1 | at | $300.00 | = | 30.00 |
| Kevin H. Morse | 2.5 | at | $425.00 | = | 1,062.50 |

161 North Clark ♦ Suite 4200 ♦ Chicago, IL 60601
Phone: (312) 876-7100 ♦ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225
00014
12/05/17

Official Committee Of Unsecured Creditors For Central
Grocers, Inc.
Litigation

Invoice Number  2381908
Page 2

CURRENT FEES                                                          1,092.50


**TOTAL AMOUNT OF THIS  INVOICE**                                    1,092.50


**NET AMOUNT OF THIS INVOICE**                                       1,092.50

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | | |
|---|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | Invoice Number | 2388835 |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | Invoice Date | 01/12/18 |
| The Grace Building | Client Number | 850225 |
| 1114 Avenue Of Americas | Matter Number | 00002 |
| New York, NY  10036-7703 | | |

Re:   Expenses

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Service Fees | 72.00 |
| CURRENT EXPENSES | 72.00 |
| **TOTAL AMOUNT OF THIS  INVOICE** | 72.00 |
| **NET AMOUNT OF THIS INVOICE** | 72.00 |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

# SAUL EWING
# ARNSTEIN
# & LEHR LLP

Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | |
| The Grace Building | |
| 1114 Avenue Of Americas | |
| New York, NY  10036-7703 | |

| | |
|---|---|
| Invoice Number | 2388836 |
| Invoice Date | 01/12/18 |
| Client Number | 850225 |
| Matter Number | 00003 |

Re:   Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 12/01/17 | KHM | Call from G. Vizza of Blank Rome re: entry of SEA&L compensation order and need for entry of subsequent uploaded order - .1;  Review docket and confirm same - .1;  Call and correspondence with clerk's office - .1 | 0.3 | 425.00 | 127.50 |
| 12/01/17 | KHM | Call from R. Kilbon of Blank Rome re: appointment of trustee and information re: same | 0.2 | 425.00 | 85.00 |
| 12/04/17 | KHM | Multiple calls and correspondence with G. Vizza of Blank Rome and clerk's office re: entry of SEA&L fee application and conversion orders | 0.5 | 425.00 | 212.50 |
| 12/04/17 | KHM | Call from proposed counsel for Chapter 7 trustee I. Bodenstein re: CGI cases and meeting to discuss same | 0.2 | 425.00 | 85.00 |
| 12/07/17 | KHM | Prepare for upcoming call with Trustee and Trustee's proposed counsel - .4; Conference call with Trustee and Trustee's counsel re case - .7 | 1.1 | 425.00 | 467.50 |
| | | TOTAL HOURS | 2.3 | | |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225          Official Committee Of Unsecured Creditors For Central          Invoice Number  2388836
00003           Grocers, Inc.                                                   Page 2
01/12/18        Case Administration


TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kevin H. Morse | 2.3 | at | $425.00 | = | 977.50 |

CURRENT FEES                                                                        977.50


**TOTAL AMOUNT OF THIS  INVOICE**                                                    977.50


**NET AMOUNT OF THIS INVOICE**                                                       977.50



Federal Identification Number: 23-1416352

Accounting Phone: 215-972-7708

www.saul.com

| | |
|---|---|
| Official Committee Of Unsecured Creditors For Central Grocer | Invoice Number     2388837 |
| Attn: David Posner, Kilpatrick Townsend & Stockton LLP | Invoice Date     01/12/18 |
| The Grace Building | Client Number     850225 |
| 1114 Avenue Of Americas | Matter Number     00012 |
| New York, NY 10036-7703 | |

Re:   Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH  12/31/17:

| Date | Tkpr | Description | Hours | Rate | Value |
|---|---|---|---|---|---|
| 12/01/17 | KHM | Prepare and finalize certificates of no objection for committee professionals October fees and costs | 0.6 | 425.00 | 255.00 |
| 12/04/17 | KHM | Multiple calls, correspondence, and review of charts prepared by FTI in allocating wires received pursuant to Agent objections and eventual withdraw upon settlement effective date | 1.9 | 425.00 | 807.50 |
| 12/04/17 | KHM | Prepare final fee application for legacy Saul Ewing firm, prepare proposed order, and format exhibits | 1.9 | 425.00 | 807.50 |
| 12/05/17 | KHM | Call from L. Murley in DE re: final fee application - .2;  Finalize fee application, exhibits, and prepare order for filing - .7 | 0.9 | 425.00 | 382.50 |
| | | TOTAL HOURS | 5.3 | | |

161 North Clark ◆ Suite 4200 ◆ Chicago, IL 60601
Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

850225            Official Committee Of Unsecured Creditors For Central        Invoice Number  2388837
00012             Grocers, Inc.                                                Page 2
01/12/18          Fee Applications

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Kevin H. Morse | 5.3 | at | $425.00 | = | 2,252.50 |

CURRENT FEES                                                                       2,252.50

**TOTAL AMOUNT OF THIS  INVOICE**                                                  2,252.50

**NET AMOUNT OF THIS INVOICE**                                                     2,252.50