# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

------------------------------------------------------------ x
In re:                                                       :  Chapter 7
                                                             :
CENTRAL GROCERS, INC, *et al.*,                              :  Case No. 17-13886 (PSH)
                                                             :
          Debtors. [1]                                       :  Hon. Pamela S. Hollis
                                                             :  (Jointly Administered)
                                                             :
------------------------------------------------------------ x  Hearing Date: February 15, 2018 at 11:00 am (CT)
                                                                Objection Deadline: February 8, 2018 at 4:00 pm (CT)

### NOTICE OF COMBINED MONTHLY, INTERIM AND FINAL FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR (I) THE COMBINED MONTHLY AND INTERIM PERIOD FROM SEPTEMBER 1, 2017 THROUGH DECEMBER 4, 2017 AND (II) THE FINAL PERIOD FROM MAY 4, 2017 THROUGH DECEMBER 4, 2017

TO:   (I) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE NORTHERN DISTRICT OF ILLINOIS; (II) THE DEBTORS; (III) COUNSEL TO THE DEBTORS; (IV) THE CHAPTER 7 TRUSTEE; (V) COUNSEL TO THE CHAPTER 7 TRUSTEE; AND (VI) ALL OTHER PARTIES REQUIRED TO RECEIVE NOTICE PURSUANT TO THE INTERIM COMPENSATION ORDER.

**PLEASE TAKE NOTICE** that on May 2, 2017, an involuntary bankruptcy proceeding was commenced against Central Grocers, Inc. ("**CGI**") in the Bankruptcy Court for the Northern District of Illinois (the "**Illinois Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on May 4, 2017, CGI and eleven (11) of its debtor affiliates including Strack and Van Til Super Market, Inc. (collectively, the "**Debtors**"), initiated voluntary chapter 11 cases (the "**Chapter 11 Cases**") in the Bankruptcy Court for the District of Delaware (the "**Delaware Bankruptcy Court**"). *See In re CGI et al*. No. 17-10993 (Bankr. D. Del. May 4, 2017).

**PLEASE TAKE FURTHER NOTICE** that on May 13, 2017, the Debtors filed for an order establishing an orderly, regular process for the monthly allowance and payment of compensation and reimbursement of expenses (the "**Interim Compensation Order**") of professionals whose services are authorized by the Court pursuant to sections 327, 328, or 1103

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

of the Bankruptcy Code and who will be required to file applications for allowance of compensation and reimbursement of expenses pursuant to sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a). *See In re CGI et al*. No. 17-10993 (Bankr. D. Del. May 4, 2017), ECF No. 129. On May 31, 2017, the Delaware Bankruptcy Court entered the Interim Compensation Order. *See In re CGI et al*. No. 17-10993 (Bankr. D. Del. May 4, 2017), ECF No. 305.

**PLEASE TAKE FURTHER NOTICE** that on June 8, 2017, the Illinois Bankruptcy Court entered an order transferring the Chapter 11 Cases to the Illinois Bankruptcy Court (this "**Court**"). ECF No. 93 (the "**Transfer Order**"). Paragraph 5 of the Transfer Order provides that "[a]ll orders entered in the Transferred Cases in the [Delaware Bankruptcy Court] shall remain in full force and effect and shall be deemed to be entered in the Transferred Cases in this Court."

**PLEASE TAKE FURTHER NOTICE** that on June 23, 2017, the Debtors filed the Interim Compensation Order on the Illinois Bankruptcy Court Docket at ECF No. 220.

**PLEASE TAKE FURTHER NOTICE** that by order dated November 30, 2017, this Court converted the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code, effective December 4, 2017 (the "**Conversion Date**").

**PLEASE TAKE FURTHER NOTICE** that on December 4, 2017, the United States Trustee for the Northern District of Illinois appointed Peter Metrou to serve as chapter 7 trustee (the "**Chapter 7 Trustee**").

**PLEASE TAKE NOTICE** that, in accordance with the Interim Compensation Order and the Conversion Order, Prime Clerk LLC filed with this Court the attached *Combined Monthly, Interim and Final Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for (i) the Combined Monthly and Interim Period from September 1, 2017 through December 4, 2017 and (ii) the Final Period from May 4, 2017 through December 4, 2017* (the "**Fee Application**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Fee Application, Prime Clerk LLC seeks final allowance and approval of fees in the aggregate amount $70,475.40 and reimbursement of expenses in the aggregate amount of $1,068.57.[2]

**PLEASE TAKE FURTHER NOTICE** that objections to the Fee Application, if any, must be filed on or before **February 8, 2018 at 4:00 p.m. (CT)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the Northern District of Illinois and served upon (i) the Notice Parties (as defined in the Interim Compensation Order), (ii) the Chapter 7 Trustee, Peter Metrou, Esq., Attorneys & Counselors at Law, 123 West Washington Street, Suite 216, Oswego, Illinois 60504, (iii) counsel to the Chapter 7 Trustee, Shaw Fishman Glantz & Towbin LLC, 321 N. Clark St., Suite 800, Chicago, Illinois 60654, Attn: Ira Bodenstein, Esq. and (iv) Prime Clerk

---

[2] These amounts do not include additional fees or expenses incurred in connection with the preparation, filing and service of the Fee Application or the service of certain professionals' December 2017 fee statements and final fee applications filed in these cases (collectively, the "**Additional Amounts**"). Prime Clerk reserves the right to amend this Fee Application to include such Additional Amounts, to request approval of payment of such Additional Amounts at the hearing to approve this Fee Application, or to otherwise seek payment thereof.

2

LLC, 830 Third Avenue, 9th Floor, New York, New York 10022, Attn: Shira D. Weiner, Esq., so as to be actually filed, served and received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FEE APPLICATION WILL BE HELD ON **FEBRUARY 15, 2018 AT 11:00 AM (CT)** BEFORE THE HONORABLE PAMELA S. HOLLIS AT THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, 219 SOUTH DEARBORN STREET, CHICAGO, ILLINOIS 60604.

Dated:  January 18, 2018
         New York, New York                    */s/ Shira D. Weiner*
                                               Shira D. Weiner
                                               General Counsel
                                               Prime Clerk LLC
                                               830 Third Avenue, 9th Floor
                                               New York, New York 10022
                                               Phone: (212) 257-5450
                                               sweiner@primeclerk.com

                                               *Administrative Advisor to the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT**

---------------------------------------------------------- x
In re:                                                   :   Chapter 7
                                                         :
CENTRAL GROCERS, INC, *et al*.,                          :   Case No. 17-13886 (PSH)
                                                         :
        Debtors. [1]                                     :   Hon. Pamela S. Hollis
                                                         :   (Jointly Administered)
                                                         :
---------------------------------------------------------- x   Hearing Date: February 15, 2018 at 11:00 am (CT)
                                                             Objection Deadline: February 8, 2018 at 4:00 pm (CT)

**SUMMARY OF COMBINED MONTHLY, INTERIM AND FINAL FEE APPLICATION
OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS,
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES FOR (I) THE COMBINED MONTHLY AND INTERIM PERIOD
FROM SEPTEMBER 1, 2017 THROUGH DECEMBER 4, 2017 AND (II) THE
<u>FINAL PERIOD FROM MAY 4, 2017 THROUGH DECEMBER 4, 2017</u>**

| | |
|---|---|
| Name of Applicant: | Prime Clerk LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Commencement Date: | May 2, 2017 |
| Effective Date of Retention: | May 4, 2017 |
| Date of Order Approving Employment: | May 31, 2017 *nunc pro tunc* to May 4, 2017 |
| Period for which compensation and reimbursement is sought: | (i) September 1, 2017 through December 4, 2017 (the "**Monthly/Interim Fee Period**") and (ii) May 4, 2017 through December 4, 2017 (the "**Final Fee Period**") |
| Amount of compensation sought as actual, reasonable and necessary for the Monthly/Interim Fee Period: | $3,233.50 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

| | |
|---|---|
| Amount of expense reimbursement sought as actual, reasonable and necessary for the Monthly/Interim Fee Period: | $747.26 |
| Amount of compensation sought as actual, reasonable and necessary for the Final Fee Period: | $70,475.40[2] |
| Amount of expense reimbursement sought as actual, reasonable and necessary for the Final Fee Period: | $1,068.57[3] |
| Total Allowed Compensation Paid to Date: | $67,241.90 |
| Total Allowed Expenses Paid to Date: | $321.31 |
| Blended Hourly Rate for All Timekeepers: | $150.00 |
| Number of Professionals Included in for the Final Period: | 18 |
| Number of Professionals Billing Fewer than 15 Hours to the Case During the Final Period: | 13 |

This is a:   X    monthly   X    final application.

## Cumulative Summary

| Date Filed; ECF No. | Period Covered | Hours | Fees Requested | Total Fees Paid | Expenses Requested | Total Expenses Paid | Unpaid Balance |
|---|---|---|---|---|---|---|---|
| 7/24/17; ECF No. 422 | 5/4/17 to 6/30/17 | 30.70 | $4,928.40 | $4,928.40 | $0.00 | N/A | $0.00 |
| 8/21/17; ECF No. 590 | 7/1/17 – 7/31/17 | 245.20 | $36,851.00 | $36,851.00 | $0.00 | N/A | $0.00 |
| 9/27/17; ECF No. 770 | 8/1/17 – 8/31/17 | 175.90 | $25,462.50 | $25,462.50 | $321.31 | $321.31 | $0.00 |

## Prior Interim Applications

---

[2, 3] This amount does not include additional fees or expenses incurred in connection with the preparation, filing and service of the Fee Application or the service of certain professionals' December 2017 fee statements and other final fee applications filed in these cases (collectively, the "**Additional Amounts**"). Prime Clerk reserves the right to amend this Fee Application to include such Additional Amounts, to request approval of payment of such Additional Amounts at the hearing to approve this Fee Application, or to otherwise seek payment thereof.

2

| Date Filed; ECF No. | Period Covered | Requested | | Approved | | Paid | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 10/16/17; ECF No. 845 | 5/4/17 – 8/31/17 | $67,241.90 | $321.31 | $67,241.90 | $321.31 | $67,241.90 | $321.31 |

**Summary of Hours Billed by Prime Clerk Employees During the Monthly/Interim Fee Period**

| Prime Clerk Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Adler, Adam M | Director | 1.50 | $195.00 | $292.50 |
| Steele, Benjamin J | Director | 5.00 | $195.00 | $975.00 |
| Weiner, Shira D | Director | 2.30 | $195.00 | $448.50 |
| Berman, Jessica G | Director | 5.00 | $185.00 | $925.00 |
| Roberts, Sarah B | Senior Consultant | 0.40 | $165.00 | $66.00 |
| Ra, Justin J | Consultant | 3.90 | $135.00 | $526.50 |
| | **Total** | **18.10** | | **$3,233.50** |
| | **Blended Rate** | | **$178.65** | |

**Summary of Fees Billed by Subject Matter During the Monthly/Interim Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Retention / Fee Application | 9.20 | $1,782.00 |
| Schedules & SOFAs | 8.90 | $1,451.50 |
| **TOTAL** | **18.10** | **$3,233.50** |

**Summary of Hours Billed by Prime Clerk Employees During the Final Fee Period**

| Prime Clerk Employee | Position of the Applicant | Total Hours | Hourly Rate | Total Fees Requested |
|---|---|---|---|---|
| Adler, Adam M | Director | 2.10 | $195.00 | $409.50 |
| Baer, Herb C | Director | 1.80 | $195.00 | $351.00 |
| Schepper, Chris R | Director | 37.50 | $195.00 | $7,312.50 |
| Steele, Benjamin J | Director | 5.60 | $195.00 | $1,092.00 |
| Weiner, Shira D | Director | 5.70 | $195.00 | $1,111.50 |
| Berman, Jessica G | Director | 121.20 | $185.00 | $22,422.00 |

3

| | | | | |
|---|---|---|---|---|
| Allen, Richard M | Senior Consultant | 0.90 | $165.00 | $148.50 |
| Jaffar, Amrita C | Senior Consultant | 0.80 | $155.00 | $124.00 |
| Roberts, Sarah B | Senior Consultant | 0.40 | $165.00 | $66.00 |
| Foust, Georgia L | Senior Consultant | 0.80 | $145.00 | $116.00 |
| Alli-Balogun, Hassan S | Consultant | 4.80 | $135.00 | $648.00 |
| Ra, Justin J | Consultant | 213.80 | $135.00 | $28,863.00 |
| Baldeo, Keenan K | Consultant | 38.40 | $105.00 | $4,032.00 |
| Cardoso, Nuno | Consultant | 0.80 | $105.00 | $84.00 |
| Garraway, Cosmos X | Consultant | 12.20 | $105.00 | $1,281.00 |
| Kounin, Daniel | Consultant | 0.70 | $105.00 | $73.50 |
| Navarro, Jorge A | Consultant | 0.50 | $105.00 | $52.50 |
| Pasabangi, Gerhald R | Consultant | 21.90 | $105.00 | $2,299.50 |
| | **Total** | **469.90** | | **$70,486.50**[4] |
| | **Blended Rate** | | **$150.00** | |

**Summary of Fees Billed by Subject Matter During the Final Fee Period**

| Matter Description | Total Hours | Total Fees Requested |
|---|---|---|
| Retention / Fee Application | 14.00 | $2,686.00 |
| Schedules & SOFAs | 455.90 | $67,800.50 |
| **TOTAL** | **469.90** | **$70,486.50**[5] |

---

[4, 5] This amount has been discounted to $70,475.40 in accordance with the terms of Prime Clerk's retention.

4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DISTRICT

--------------------------------------------------------- x
In re:                                                   :   Chapter 7
                                                         :
CENTRAL GROCERS, INC, *et al.*,                          :   Case No. 17-13886 (PSH)
                                                         :
         Debtors. [1]                                    :   Hon. Pamela S. Hollis
                                                         :   (Jointly Administered)
                                                         :
--------------------------------------------------------- x   Hearing Date: February 15, 2018 at 11:00 am (CT)
                                                             Objection Deadline: February 8, 2018 at 4:00 pm (CT)

**COMBINED MONTHLY, INTERIM AND FINAL FEE APPLICATION
OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS,
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES FOR (I) THE COMBINED MONTHLY AND INTERIM PERIOD
FROM SEPTEMBER 1, 2017 THROUGH DECEMBER 4, 2017 AND (II) THE
<u>FINAL PERIOD FROM MAY 4, 2017 THROUGH DECEMBER 4, 2017</u>**

Prime Clerk LLC ("**Prime Clerk**"), administrative advisor to Central Grocers, Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), files this combined monthly, interim and final fee application (this "**Fee Application**"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 5082-1 of the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Northern District of Illinois (the "**Local Bankruptcy Rules**") and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated May 31, 2017 [ECF No. 220; Del. ECF No. 305] (the "**Interim Compensation Order**"), and the *Order Converting Case under Chapter 11 to Case under Chapter 7 Effective December 4, 2017, at 3:00 P.M. (Central*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

*Time)*, dated November 30, 2017 [ECF No. 1085] (the "**Conversion Order**"), for payment of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services for (i) the monthly and interim period from September 1, 2017 through December 4, 2017 (the "**Monthly/Interim Fee Period**") and (ii) the final period from May 4, 2017 through December 4, 2017 (the "**Final Fee Period**"). In support of this Fee Application, Prime Clerk respectfully represents as follows:

### Preliminary Statement

1. On May 5, 2017, the United States Bankruptcy Court for the District of Delaware (the "**Delaware Court**") entered the *Order Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent* [Del. ECF No. 64] (the "**Notice and Claims Agent Order**"), which authorized the Debtors to retain Prime Clerk as the claims and noticing agent in the Debtors' chapter 11 cases. Pursuant to the *Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor nunc pro tunc to the Commencement Date,* dated May 31, 2017 [Del. ECF No. 297] (the "**Administrative Advisor Order**"), the Delaware Court authorized the Debtors to retain Prime Clerk as administrative advisor in these chapter 11 cases *nunc pro tunc* to the Petition Date (as defined below). Paragraph 5 of the Transfer Order (defined below) provides that "[a]ll orders entered in the Transferred Cases in the [Delaware Bankruptcy Court] shall remain in full force and effect and shall be deemed to be entered in the Transferred Cases in this Court." [ECF No. 93].

2. Pursuant to the Conversion Order, dated November 30, 2017, this Court converted the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code, effective December 4, 2017 at 3:00 p.m. (CT). The Conversion Order further provides that all final applications for professional compensation must be filed within forty-five (45) days of the Conversion Date for approval of all fees and expenses incurred through the Conversion Date

2

3. By this Fee Application, Prime Clerk seeks final approval, allowance and payment of fees in the aggregate amount of $70,475.40 for the Final Fee Period and reimbursement of expenses in the aggregate amount of $1,068.57 for the Final Fee Period.[2]

4. During the Final Fee Period, Prime Clerk worked on, among other things, preparing the Debtors' schedules of assets and liabilities (the "**Schedules**") and statements of financial affairs (the "**SOFAs**").

## Jurisdiction

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

6. Venue in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7. The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Bankruptcy Rule 5082-1.

## Background

8. On May 2, 2017, an involuntary bankruptcy proceeding was commenced against Central Grocers, Inc. ("**CGI**") in this Court.

9. On May 4, 2017, CGI and eleven (11) of its debtor affiliates including Strack and Van Til Super Market, Inc. (collectively, the "**Debtors**"), initiated voluntary chapter 11 cases (the "**Chapter 11 Cases**") in the Bankruptcy Court for the District of Delaware (the "**Delaware Bankruptcy Court**").

---

[2] These amounts do not include additional fees or expenses incurred in connection with the preparation, filing and service of the Fee Application or the service of certain professionals' December 2017 fee statements and other final fee applications filed in these cases (collectively, the "**Additional Amounts**"). Prime Clerk reserves the right to amend this Fee Application to include such Additional Amounts, to request approval of payment of such Additional Amounts at the hearing to approve this Fee Application, or to otherwise seek payment thereof.

10. On June 8, 2017, this Court entered an order transferring the Chapter 11 Cases to this Court [ECF No. 93] (the "**Transfer Order**").

11. By order dated November 30, 2017, this Court converted the Debtors' chapter 11 cases to cases under chapter 7 of the Bankruptcy Code, effective December 4, 2017 (the "**Conversion Date**").

12. On December 4, 2017, the United States Trustee for the Northern District of Illinois appointed Peter Metrou to serve as chapter 7 trustee (the "**Chapter 7 Trustee**").

**Relief Requested**

13. During the Final Fee Period, Prime Clerk professionals billed a total of 469.90 hours. By this Fee Application, Prime Clerk requests final allowance and approval of a grand total of $71,543.97 for the Final Fee Period as follows: (a) final allowance and approval of aggregate fees in the amount of $70,475.40 on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk; and (b) reimbursement of actual and necessary expenses in the aggregate amount of $1,068.57.

**Compliance with the Interim Compensation Order;
Compensation Sought and Paid and its Source**

14. All services for which compensation is requested herein by Prime Clerk were performed for or on behalf of the Debtors. In accordance with the Interim Compensation Order, Prime Clerk prepared the monthly fee applications filed with this Court at ECF Nos. 422, 590 and 770 (each, a "**Monthly Fee Application**," and together, the "**Monthly Fee Applications**") and the interim fee application filed at ECF No. 845 (the "**Interim Fee Application**"). Further, this Fee Application has been prepared in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the procedures set forth in the Interim Compensation Order and the Conversion Order.

15. In accordance with the Interim Compensation Order, during the Final Fee Period, Prime Clerk has been paid an aggregate amount of reasonable and necessary fees and actual and necessary expenses equal to $67,563.21 on account of the amounts sought in the Monthly Fee Applications filed at ECF Nos. 422, 590 and 770, and in the Interim Fee Application.

16. Prime Clerk incurred additional fees and expenses under the Administrative Advisor Order during the Monthly/Interim Fee Period in the aggregate amounts of (i) $3,233.50 on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk and (ii) $747.26 on account of actual and necessary costs and expenses. As of the date hereof, Prime Clerk has neither sought nor requested any such fees or expenses from the Debtors or this Court, and as such, seeks allowance and payment of all such amounts incurred during the Monthly/Interim Fee Period by this Fee Application.

17. As a result, Prime Clerk is seeking payment hereby of the remaining outstanding reasonable and necessary fees for services rendered and actual and necessary expenses incurred by Prime Clerk during the Final Fee Period in an aggregate amount equal to $3,980.76, which includes amounts for fees and expenses incurred during the Monthly/Interim Fee Period

18. Except to the extent of the advance paid to Prime Clerk (as described in the Prime Clerk LLC Engagement Letter between Prime Clerk and the Debtors) and the amounts sought to be paid to Prime Clerk pursuant to the Monthly Fee Applications and Interim Fee Application, Prime Clerk has neither sought nor received any payment or promises for payment from any source during the Monthly/Interim Fee Period or the Final Fee Period in connection with the matters described in this Fee Application. There is no agreement or understanding between Prime Clerk and any other person, other than its affiliates, partners, managers, directors and employees, for

5

sharing of the compensation to be received for services rendered to the Debtors in the chapter 11 cases.

19.  The fees sought by this Fee Application do not include any fees sought under the Notice and Claims Agent Order.  Procedures for payment of such fees or disbursements are separately addressed in the Notice and Claims Agent Order.  Additionally, no fees and disbursements for services provided to the Debtors sought by this Fee Application have been sought to be paid under the Notice and Claims Agent Order.  Also, as noted above, the fees and expenses sought by this Fee Application do not include additional fees or expenses incurred in connection with the preparation, filing and service of the Fee Application or the service of certain professionals' December 2017 fee statements and other final fee applications filed in these cases.  Prime Clerk reserves the right to amend this Fee Application to include such additional amounts, to request approval of payment of such additional amounts at the hearing to approve this Fee Application, or to otherwise seek payment thereof, including pursuant to the Notice and Claims Agent Order.

**Summary of Professional Services Rendered**

20.  The professional services that Prime Clerk rendered during the Fee Period are grouped by subject matter and summarized as follows:

- Retention / Fee Application

    Fees:  $2,686.00; Hours:  14.00

    Retention / Fee Application services provided included drafting, reviewing, revising and filing the Monthly Fee Applications and the Interim Fee Application.

- Schedules & SOFAs

    Fees:  $67,800.50; Hours:  455.90

Schedules & SOFAs services provided included: (i) conferring and coordinating among Debtors' counsel and the Prime Clerk case team regarding preparation of the Debtors' Schedules and SOFAs; (ii) analyzing, processing and formatting information received from Debtors' counsel and other case professionals relating to the Debtors' Schedules and SOFAs; and (iii) preparing, reviewing and revising the Schedules and SOFAs and performing quality assurance review of same.

21. Lastly, **Exhibit A** hereto: (a) identifies the individual that rendered services in each subject matter; (b) describes each activity or service that the individual performed; (c) states the number of hours (in increments of tenths of an hour) spent by the individual providing the services; and (d) as applicable, lists the amount and type of expenses incurred.

### Summary of Expenses Incurred

22. In rendering the services described herein, Prime Clerk incurred actual and necessary expenses in the aggregate amount of $747.26 during the Monthly/Interim Fee Period for travel and after-hours transportation, and an aggregate amount equal to $1,068.57 during the Final Fee Period for travel and after-hours transportation. Attached hereto as **Exhibit B** is a list of expenses incurred by each Prime Clerk employee during the Monthly/Interim Fee Period and the Final Fee Period.

### Prime Clerk's Requested Fees and Reimbursement of Expenses Should be Allowed by this Court

23. Section 330 of the Bankruptcy Code provides, in pertinent part, that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered … and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). In addition, Section 330 of the Bankruptcy Code sets forth the criteria for the award of compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded … the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including
>
> (a)     the time spent on such services;
> (b)     the rates charged for such services;
> (c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
> (d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
> (e)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
> (f)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

24. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested herein by Prime Clerk are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the rates charged for such services, (d) the nature and extent of the services rendered, (e) the value of such services and (f) the costs of comparable services other than in a case under this title.

25. Further, Prime Clerk's hourly rates are set at a level designed to fairly compensate Prime Clerk for the work of its professionals and to cover routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

### **Representations and Reservation of Rights**

26. Prime Clerk has prepared this Fee Application in accordance with the Bankruptcy Code, Bankruptcy Rules, and the Local Bankruptcy Rules. To the best of Prime Clerk's

knowledge, this Fee Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rule 5082-1, the Interim Compensation Order and the Plan. To the extent that this Fee Application does not comply in all respects with the requirements of Local Bankruptcy Rule 5082-1, Prime Clerk believes that such deviations are not material and respectfully requests that any such requirements be waived.

27. Approval of the fees and expenses sought by this Fee Application represent the total aggregate fees and expenses incurred by Prime Clerk in rendering services under the Administrative Advisor Order during the Final Fee Period.

### Notice

28. Prime Clerk has provided notice of this Fee Application to all parties required to receive such notice under the Interim Compensation Order. In light of the nature of the relief requested herein, Prime Clerk respectfully submits that no further notice is necessary.

### CONCLUSION

**WHEREFORE**, pursuant to the Interim Compensation Order and the Plan, Prime Clerk requests: (a) final allowance and approval of fees in the aggregate amount of $70,475.40 on account of reasonable and necessary professional services rendered to the Debtors by Prime Clerk;

*[Remainder of page intentionally left blank]*

and (b) reimbursement of actual and necessary costs and expenses in the aggregate amount of $1,068.57.

Dated: January 18, 2018
      New York, New York

*/s/ Shira D. Weiner*
Shira D. Weiner
General Counsel
Prime Clerk LLC
830 Third Avenue, 9th Floor
New York, New York 10022
Phone: (212) 257-5450
sweiner@primeclerk.com

*Administrative Advisor to the Debtors*