**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*, | ) ) ) ) | Case No. 17-13886 (PSH) (Jointly Administered) |
| Debtors.[1] | ) ) |  |

**PROPOSED ORDER APPROVING SECOND AND FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM MAY 4, 2017 THROUGH AND INCLUDING ~~JANUARY 18~~DECEMBER 4, 201~~8~~7**

Upon the application (the "Application") of Weil, Gotshal & Manges LLP ("Weil"), as attorneys for Central Grocers, Inc. and its debtor affiliates, including Strack and Van Til Super Market, Inc., in the above-captioned chapter 7 cases (collectively, the "Debtors"), pursuant to sections 327 and 330 of chapter 7 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 5082-1 of the Local Rules of the Federal Rules of Bankruptcy Procedure for an order authorizing and approving final compensation for Weil during the period from May 4, 2017 through and including ~~January 18~~December 4, 201~~8~~7 (the "Compensation Period"), all as more fully set forth in the Application; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334(b); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(a)-(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the Order Authorizing Motion of Debtors for Approval of Case Management Procedures, dated June 26, 2017 (ECF No. 226) (the "Case Management Order"), and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] The Debtors along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

ORDERED that the Application shall be, and hereby is, APPROVED; and it is further

ORDERED that compensation to Weil for the Compensation Period is allowed on a final basis in the amount of $~~5,193,408.75~~5,169,018.75; it is further

ORDERED that the reimbursement of expenses to Weil for the Compensation Period is allowed on a final basis in the amount of $~~99,320.17~~99,184.37; it is further

ORDERED that the Debtors shall pay Weil ~~out of the Carve-Out Reserve Account~~$140,057.26 ("Unpaid Amounts") to satisfy the balance of all unpaid fees and expenses for the Compensation Period allowed pursuant to this Order~~, less the amounts Weil has agreed to waive for fees and expenses post-Conversion Date, such that the total amount to be paid to Weil is $140,057.26~~; it is further

ORDERED that within five (5) days of Weil's receipt of the Unpaid Amounts, Weil shall return the full amount of its unused retainer in the amount of $719,920.08 to PNC Bank, National Association; it is further

ORDERED the Debtors and the Designated Person are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED that the terms and conditions set forth in this Order shall be effective immediately and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

**Honorable Pamela S. Hollis**
**United States Bankruptcy Court**

**Dated:**

**David A. Agay (No. 6244314)**
**Joshua A. Gadharf (ARDC No. 6296543)**
**MCDONALD HOPKINS LLC**
**300 North LaSalle Street**
**Suite 1400**
**Chicago, IL 60654**
**Telephone: (312) 642-2217**
**Facsimile: (312) 280-8232**
**Attorneys for Debtors**

**-and-**

**Ray C. Schrock, P.C. (admitted pro hac vice)**
**Stephen Karotkin (admitted pro hac vice)**
**Sunny Singh (admitted pro hac vice)**

**WEIL, GOTSHAL & MANGES LLP**
**767 Fifth Avenue**
**New York, New York 10153**
**Telephone: (212) 310-8000**
**Facsimile: (212) 310-8007**
**Attorneys for Debtors**

| Summary report: Litéra® Change-Pro TDC 10.1.0.300 Document comparison done on 2/14/2018 11:51:18 AM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://WEILDMS/WEIL/96418646/5 ||
| **Modified DMS:** iw://WEILDMS/WEIL/96418646/7 ||
| **Changes:** ||
| Add | 10 |
| Delete | 10 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 20 |