UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  17-13886 |
| | ) | (Jointly Administered) |
| CENTRAL GROCERS, INC., et al., | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING SIXTH MONTHLY AND FINAL APPLICATION OF SAUL EWING ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD MAY 26, 2017 THROUGH DECEMBER 4, 2017**

This matter coming to be heard on Saul Ewing Arnstein & Lehr LLP's ("SEA&L") Sixth Monthly and Final Application for Compensation and Reimbursement of Expenses (the "Application"), as counsel to the Official Committee of Unsecured Creditors of Central Grocers, Inc., et al. (the "Committee"); notice of the Application being proper; the Court being fully advised in the premises; and the amounts requested being reasonable;

IT IS HEREBY ORDERED that:

1. SEA&L is allowed compensation for legal services rendered in the amount of $45,471.50 and reimbursement of expenses in the amount of $100.00 for the period September 1, 2017 through November 4, 2017; and

2. The Designated Person (as defined in the Application) is authorized and directed to pay SEA&L $12,050.70, which is the total allowed compensation and reimbursement of expenses that has not already been paid for the period of September 1, 2017 through November 4, 2017;

3. SEA&L is allowed compensation in the amount of $13,594.00 for legal services rendered to the Committee during the period of November 5, 2017 through December 4, 2017 and reimbursement of expenses in the amount of $72.00;

4. The Designated Person is authorized and directed to pay SEA&L (based on prorating the Back-End Carveout (as defined in the Application) with the other Committee professionals) the unpaid balance of $8,281.58 for legal services rendered and $72.00 for reimbursement of expenses for the period of November 5, 2017 through December 4, 2017; and

5. SEA&L is allowed on a final basis compensation in the amount of $166,812.50 for legal services rendered during the period of May 26, 2017 through December 4, 2017 and reimbursement to SEA&L in the amount of $1,912.93 for expenses incurred during the period of May 26, 2017 through December 4, 2017.

Enter:

Honorable Pamela S. Hollis
Dated:  February 15, 2018            United States Bankruptcy Judge

**Prepared by:**

Kevin H. Morse (6297244)
William A. Williams (6321738)
Saul Ewing Arnstein & Lehr LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7100
Fax: (312) 876-0288