UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-13886 |
| | ) | (Jointly Administered) |
| CENTRAL GROCERS, INC., et al., | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING SIXTH MONTHLY AND FINAL FEE APPLICATION OF FTI CONSULTING, INC. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR PERIOD FROM MAY 15, 2017 THROUGH AND INCLUDING DECEMBER 4, 2017**

This matter coming to be heard on FTI Consulting, Inc.'s ("FTI") Sixth Monthly and Final Fee Application for Compensation and Reimbursement of Expenses for the Period from May 15, 2017 Through and Including December 4, 2017 (the "Application"), as financial advisors to the Official Committee of Unsecured Creditors of Central Grocers, Inc., et al. (the "Committee"); notice of the Application being proper; the Court being fully advised in the premises; and the amounts requested being reasonable;

IT IS HEREBY ORDERED that:

1. The Application is GRANTED as provided herein.

2. FTI is allowed final compensation in the amount of $983,803.25 and reimbursement of expenses in the amount of $5,087.21.

3. The Designated Person (as defined in the Application) is authorized and directed to pay FTI the unpaid balance of $55,895.65 for services rendered and $22.85 for reimbursement of expenses for the period from September 1, 2017 through and including November 4, 2017.

4. The Designated Person is authorized and directed to pay FTI the unpaid balance (based on prorating the Back-End Carveout (as defined in the Application) with the other Committee professionals) of $23,763.66 for services rendered and $587.07 for expenses for the period from November 5, 2017 through and including December 4, 2017.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  February 15, 2018

**Prepared by:**

Kevin H. Morse (6297244)
William A. Williams (6321738)
Saul Ewing Arnstein & Lehr LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Tel: (312) 876-7100
Fax: (312) 876-0288