UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>CENTRAL GROCERS, INC. et al.,<br><br><br>Debtor(s) | BK No.:  17-13886<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Pamela S. Hollis |

ORDER GRANTING
AMENDED FIRST AND FINAL APPLICATION
OF RICHARDS, LAYTON & FINGER, P.A. FOR
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES
AS FORMER CO-COUNSEL TO THE DEBTORS AND DEBTORS
IN POSSESSION FOR THE PERIOD FROM MAY 4, 2017 THROUGH JUNE 30, 2017

Upon the application (the "Final Fee Application") of Richards, Layton & Finger, P.A. ("RL&F"), former co-counsel to Central Grocers, Inc. and its debtor affiliates, including Strack and Van Til Super Market, Inc., in the above-captioned chapter 7 cases (collectively, the "Debtors"), pursuant to sections 330(a) and 331 of title 11 of the United States Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, for final allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred from May 4, 2017 to June 30, 2017 (the "Compensation Period"); and the Court having reviewed the Final Fee Application; and the Court having jurisdiction to consider the Final Fee Application and the relief requested therein in accordance with 28. U.S.C. §§ 157 and 1334(b); and consideration of the Final Fee Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C.§ 157(a)-(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Final Fee Application having been provided in accordance with the Order Authorizing Motion of Debtors for Approval of Case Management Procedures, dated June 26, 2017 [ECF No. 226], and the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Del. Ct. ECF No. 305], filed with the Court on June 23, 2017 [ECF No. 220], and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and based upon the record of all of the proceedings had before the Court and the United States Bankruptcy Court for the District of Delaware; and the Court having found and determined that the relief sought in the Final Fee Application is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Final Fee Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT
1. The Final Fee Application is GRANTED and APPROVED.
2. Compensation to RL&F for professional services rendered during the Compensation Period is allowed on a final basis in the amount of $254,326.50.
3. Reimbursement to RL&F for actual and necessary expenses incurred during the Compensation Period is allowed on a final basis in the amount of $15,217.30.
4. The Debtors are authorized and directed to make payment to RL&F of 100% of any and all fees and 100% of any and all expenses allowed pursuant to this Order that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Period.
5. The Debtors are authorized and directed to take all actions necessary to effectuate the relief granted

pursuant to this Order in accordance with the Final Fee Application.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  February 15, 2018

**Prepared by:**

David A. Agay (ARDC No. 6244314)
Joshua A. Gadharf (ARDC No. 6296543)
McDONALD HOPKINS LLC
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 280-0111
Facsimile: (312) 280-8232

and

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted pro hac vice)
Stephen Karotkin (admitted pro hac vice)
Sunny Singh (admitted pro hac vice)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession