UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br><br>CENTRAL GROCERS, INC. et al.,<br><br><br>Debtor(s) | BK No.:   17-13886<br>(Jointly Administered)<br>Chapter:  7<br>Honorable Pamela S. Hollis |

**ORDER APPROVING SECOND AND FINAL FEE APPLICATION OF MCDONALD HOPKINS LLC, AS COUNSEL TO THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (MAY 4, 2017 THROUGH JANUARY 18, 2018)**

Upon the application (the "Application") of McDonald Hopkins LLC, counsel for Central Grocers, Inc. and its debtor affiliates, including Strack and Van Til Super Market, Inc., as debtors in the above-captioned chapter 7 cases (collectively, the "Debtors"), pursuant to sections 327, 330 and 331 of chapter 7 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 5082-1 of the Local Rules of the Federal Rules of Bankruptcy Procedure for an order authorizing and approving final compensation for McDonald Hopkins during the Final Fee Period from May 4, 2017 through January 18, 2018 (the "Final Fee Period"), all as more fully set forth in the Application; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334(b); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(a)-(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the Order Authorizing Motion of Debtors for Approval of Case Management Procedures, dated June 26, 2017 (ECF No. 226) (the "Case Management Order"), and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application shall be, and hereby is, APPROVED; and it is further

ORDERED that compensation to McDonald Hopkins for the Final Fee Period is allowed on a final basis in the amount of $448,203.24; it is further

ORDERED that the reimbursement of expenses to McDonald Hopkins for the Final Fee Period is allowed on a final basis in the amount of $12,127.56; it is further

ORDERED that the Designated Person (as defined in the Conversion Order) is hereby authorized and directed to pay McDonald Hopkins the balance of all unpaid fees and expenses for the Final Fee Period allowed pursuant to this Order; it is further

~~ORDERED that this Order is without prejudice to McDonald Hopkins' right to seek recovery of~~ any fees and expenses incurred by ~~McDonald Hopkins~~ during the Final Fee Period that are not approved by this ~~Order as a~~ chapter 11 administrative expense and/or ~~a chapter 7 administrative ex~~pense; it is ~~further~~   *psh*

Rev: 20170105_bko

ORDERED the Debtors and the Designated Person are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED that the terms and conditions set forth in this Order shall be effective immediately and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: FEB 1 5 2018

**Prepared by:**
David A. Agay (No. 6244314)
Joshua A. Gadharf (ARDC No. 6296543)
MCDONALD HOPKINS LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654
Telephone: (312) 642-2217
Facsimile: (312) 280-8232

Attorneys for Debtors