UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.: 17-13886 |
| ) | (Jointly Administered) |
| CENTRAL GROCERS, INC. et al., ) | Chapter: 7 |
| ) | Honorable Pamela S. Hollis |
| ) | |
| ) | |
| Debtor(s) ) | |

**ORDER APPROVING SECOND AND FINAL FEE APPLICATION OF WEIL, GOTSHAL & MANGES LLP, AS ATTORNEYS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM MAY 4, 2017 THROUGH AND INCLUDING DECEMBER 4, 2017**

Upon the application (the "Application") of Weil, Gotshal & Manges LLP ("Weil"), as attorneys for Central Grocers, Inc. and its debtor affiliates, including Strack and Van Til Super Market, Inc., in the above-captioned chapter 7 cases (collectively, the "Debtors"), pursuant to sections 327 and 330 of chapter 7 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 5082-1 of the Local Rules of the Federal Rules of Bankruptcy Procedure for an order authorizing and approving final compensation for Weil during the period from May 4, 2017 through and including December 4, 2017 (the "Compensation Period"), all as more fully set forth in the Application; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334(b); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(a)-(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the Order Authorizing Motion of Debtors for Approval of Case Management Procedures, dated June 26, 2017 (ECF No. 226) (the "Case Management Order"), and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application shall be, and hereby is, APPROVED; and it is further

ORDERED that compensation to Weil for the Compensation Period is allowed on a final basis in the amount of $5,169,018.75; it is further

ORDERED that the reimbursement of expenses to Weil for the Compensation Period is allowed on a final basis in the amount of $99,184.37; it is further  *out of the carve-out reserve accounts*

ORDERED that the ~~Debtors~~ *Designated Person* shall pay Weil $140,057.26 ("Unpaid Amounts") to satisfy the balance of all unpaid fees and expenses for the Compensation Period allowed pursuant to this Order; it is further

ORDERED that within five (5) days of Weil's receipt of the Unpaid Amounts, Weil shall return the full amount of its unused retainer in the amount of $719,920.08 to PNC Bank, National Association; it is further

Rev: 20170105_bko

ORDERED ~~the Debtors and~~ the Designated Person ~~are~~ is authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED that the terms and conditions set forth in this Order shall be effective immediately and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: FEB 15 2018

**Prepared by:**

David A. Agay (No. 6244314)
Joshua A. Gadharf (ARDC No. 6296543)
MCDONALD HOPKINS LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654
Telephone: (312) 642-2217
Facsimile: (312) 280-8232

and

Ray C. Schrock, P.C. (admitted pro hac vice)
Stephen Karotkin (admitted pro hac vice)
Sunny Singh (admitted pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession