UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | |
|---|---|
| In Re:<br>CENTRAL GROCERS, INC. et al.,<br><br><br><br><br>Debtor(s) | BK No.:   17-13886<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Pamela S. Hollis |

**ORDER APPROVING, IN PART, SECOND AND FINAL FEE APPLICATION OF iDISCOVERY SOLUTIONS, INC., DATA PRESERVATION PROVIDER TO THE DEBTORS, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES (AUGUST 26, 2017 THROUGH JANUARY 18, 2018)**

Upon the application (the "Application") of iDiscovery Solutions, Inc. ("iDiscovery Solutions"), data preservation provider for Central Grocers, Inc. and its debtor affiliates, including Strack and Van Til Super Market, Inc., as debtors in the above-captioned chapter 7 cases (collectively, the "Debtors"), pursuant to sections 327, 330 and 331 of chapter 7 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 5082-1 of the Local Rules of the Federal Rules of Bankruptcy Procedure for an order authorizing and approving final compensation for iDiscovery Solutions, all as more fully set forth in the Application; and the Court having jurisdiction to decide the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334(b); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(a)-(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided in accordance with the Order Authorizing Motion of Debtors for Approval of Case Management Procedures, dated June 26, 2017 (ECF No. 226) (the "Case Management Order"), and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and the Court having found and determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application shall be, and hereby is, APPROVED, IN PART; it is further

ORDERED that compensation to iDiscovery Solutions for fees and expenses incurred during the period from August 26, 2017, through and including December 4, 2017, is allowed on a final basis in the amount of $350,000.00 (the "Allowed Fees and Expenses"); it is further

ORDERED that the Designated Person (as defined in the Conversion Order) is hereby authorized and directed to pay iDiscovery Solutions the balance of all unpaid Allowed Fees and Expenses allowed pursuant to this Order; it is further

ORDERED that the Debtors and the Designated Person are authorized and empowered to take such steps and perform such acts as may be necessary to implement and effectuate the terms of this Order; and it is further

ORDERED that the terms and conditions set forth in this Order shall be effective immediately and enforceable upon its entry; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

    Enter:

    Honorable Pamela S. Hollis
    United States Bankruptcy Judge

Dated: February 15, 2018

**Prepared by:**

David A. Agay (No. 6244314)
Joshua A. Gadharf (ARDC No. 6296543)
MCDONALD HOPKINS LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654
Telephone: (312) 642-2217
Facsimile: (312) 280-8232

Attorneys for Debtors