UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br><br>CENTRAL GROCERS, INC. et al.,<br><br><br>Debtor(s) | BK No.: 17-13886<br>(Jointly Administered)<br>Chapter: 7<br>Honorable Pamela S. Hollis |

**ORDER GRANTING COMBINED MONTHLY, INTERIM AND FINAL FEE APPLICATION OF PRIME CLERK LLC, ADMINISTRATIVE ADVISOR TO THE DEBTORS, FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FOR (I) THE COMBINED MONTHLY AND INTERIM PERIOD FROM SEPTEMBER 1, 2017 THROUGH DECEMBER 4, 2017 AND (II) THE FINAL PERIOD FROM MAY 5, 2017 THROUGH FEBRUARY 15, 2018**

Upon the application [Dkt. No. 1223] (together with the supplement [Dkt. No. 1261], the "Fee Application") of Prime Clerk LLC ("Prime Clerk"), administrative advisor for the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (this "Order") (a) approving on a final basis payment to Prime Clerk of compensation for professional services rendered to the Debtors and for reimbursement of actual and necessary expenses incurred in connection with such services during the periods (i) September 1, 2017 through December 4, 2017 (the "Monthly/ Interim Period") and (ii) May 5, 2017 through and including February 15, 2018 (the "Final Period"), and (b) granting related relief; and this Court having found that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Fee Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having provided appropriate notice under the circumstances of the Fee Application and the opportunity for a hearing on the Fee Application, and that no other or further notice is required; and this Court having determined that the legal and factual bases set forth in the Fee Application establish just case for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Fee Application is approved. All capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Fee Application or the Conversion Order, as applicable.
2. Compensation to Prime Clerk for professional services rendered during the Final Period (including the Monthly/Interim Period) is allowed on a final basis in the amount of $76,469.39.
3. Reimbursement to Prime Clerk for expenses incurred during the Final Period (including the Monthly/Interim Period) is allowed on a final basis in the amount of $6,271.91.
4. The Designated Person or his successor is authorized and directed to pay to Prime Clerk from the Carve-Out Reserve Account payment in the amount of the difference between the allowed amount set forth herein and the actual amounts previously received by Prime Clerk for fees and expenses sought in the Application.
5. The Designated Person or his successor is authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Fee Application.
6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.
7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Rev: 20170105_bko

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: FEB 15 2018

**Prepared by:**

David A. Agay (No. 6244314)
Joshua A. Gadharf (ARDC No. 6296543)
MCDONALD HOPKINS LLC
300 North LaSalle Street
Suite 1400
Chicago, IL 60654
Telephone: (312) 642-2217
Facsimile: (312) 280-8232

and

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C. (admitted pro hac vice)
Stephen Karotkin (admitted pro hac vice)
Sunny Singh (admitted pro hac vice)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession