**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

---------------------------------------------------------- x
In re                                       :    Chapter 7
                                            :
**CENTRAL GROCERS, INC.,** *et al.,*        :    Case No. 17– 13886 (PSH)
                                            :
                                            :
Debtors.[1]                                 :    (Jointly Administered)
---------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

I, Gerhald R. Pasabangi, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 7 cases.

On March 7, 2018, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- First and Final Application of Shaw Fishman Glantz & Towbin LLC for Allowance and Payment of Fees and Reimbursement of Expenses as Counsel to Interim Trustee [Docket No. 1367]

Dated: March 12, 2018

_____
Gerhald R. Pasabangi

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 12, 2018, by Gerhald R. Pasabangi, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires Nov. 15, 20__

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), CGI Joliet, LLC (7014), Currency Express, Inc. (2650), Raceway Central, LLC (2161), Raceway Central Calumet Park LLC (2161), Raceway Central Chicago Heights LLC (2161), Raceway Central Downers Grove LLC (2161), Raceway Central Joliet North LLC (2161), Raceway Central LLC North Valpo (2161), Raceway Central Wheaton LLC (2161), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

SRF 22984

**Exhibit A**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to UFCW Midwest Health and Pension Funds, United Food and Commercial Workers Union and Employers Midwest Pension | Adelman & Gettleman, Ltd. | Attn: Howard L. Adelman, Esquire, Alexander F. Brougham, Esquire, Nicholas R. Dwayne<br>53 W. Jackson Blvd.<br>Ste. 1050<br>Chicago IL 60604 | hla@ag-ltd.com<br>afb@ag-ltd.com<br>ndwayne@ag-ltd.com | First Class Mail and Email |
| Counsel to Bank of the West | Archer & Greiner, PC | Attn: Alan M. Root, Esquire<br>300 Delaware Ave.<br>Suite 1100<br>Wilmington DE 19801 | aroot@archerlaw.com | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Arnstein & Lehr, LLP | Attn: Barry A. Chatz<br>161 N. Clark Street<br>Suite 4200<br>Chicago IL 60601 | bachatz@arnstein.com | First Class Mail and Email |
| Counsel to DLC Management Corp.; Brixmor Property Group, Inc.; Crossroads Improvements Owner, LLC; UP Improvements, LLC | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq.<br>2029 Century Park East<br>Suite 800<br>Los Angeles CA 90067-2909 | branchd@ballardspahr.com | First Class Mail and Email |
| Counsel to Brixmor Property Group, Crossroads Improvements Owner LLC, UP Improvements LLC | Ballard Spahr, LLP | Attn: David L. Pollack, Esq.<br>51st Floor - Mellon Bank Center<br>1735 Market Street<br>Philadelphia PA 19103 | pollack@ballardspahr.com | First Class Mail and Email |
| Counsel to Brixmor Property Group, Crossroads Improvements Owner LLC, UP Improvements, LLC | Ballard Spahr, LLP | Attn: Matthew Summers, Esq.<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801 | summersm@ballardspahr.com | First Class Mail and Email |
| Counsel to Brixmor Property Group, North Windham Properties, LLC | Ballard Spahr, LLP | Attn: Matthew Summers, Esq., Leslie Heilman, Esq., Chantelle D. McClamb, Esq.<br>919 Market Street<br>11th Floor<br>Wilmington DE 19801 | summersm@ballardspahr.com<br>heilmanl@ballardspahr.com<br>mcclambc@ballardspahr.com | First Class Mail and Email |
| Top 6 Secured Creditor | Bank of America, NA | Attn: John Schuessler, Senior V.P., Erin Frey, Senior V.P., Michael Staunton, Senior V.P.<br>135 S. LaSalle Street<br>Chicago IL 60603 | erin.frey@baml.com<br>michael.staunton@baml.com | First Class Mail and Email |
| Top 6 Secured Creditor | Bank of the West | Attn: Dennis Boesen, Vice President<br>13220 California Street<br>Omaha NE 68154 | dennis.boesen@bankofthewest.com | First Class Mail and Email |
| Counsel to General Mills Finance Inc. (General Mills Inc.) | Barnes & Thornburg, LLP | Attn: Connie Lahn, Esq.<br>225 South 6th Street<br>Suite 2800<br>Minneapolis MN 55402 | connie.lahn@btlaw.com<br>clahn@btlaw.com | First Class Mail and Email |
| Counsel to General Mills, Inc., Social Mecca Inc. d/b/a Brickfish, KeHE Food Distributors, Inc., KeHE Distributors, LLC, Social Mecca Inc. d/b/a Brickfish | Barnes & Thornburg, LLP | Attn: David M. Powlen, Kevin G. Collins<br>1000 N. West Street<br>Suite 1500<br>Wilmington DE 19801 | david.powlen@btlaw.com<br>kevin.collins@btlaw.com | First Class Mail and Email |

In re: Central Grocers, Inc., et al.
Case No. 17-13886-PSH

Page 1 of 14

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to KeHE Food Distributors, Inc., KeHE Distributors, LLC; Social Mecca Inc. d/b/a Brickfish; Indiana Becknell Investors 2007 LLC | Barnes & Thornburg, LLP | Attn: Paula K. Jacobi<br>One North Wacker Drive<br>Suite 4400<br>Chicago IL 60606 | pjacobi@btlaw.com | First Class Mail and Email |
| Counsel to General Mills, Inc. | Barnes & Thornburg, LLP | Attn: Peter A. Clark, Paula K. Jacobi<br>One North Wacker Drive<br>Suite 4400<br>Chicago IL 60606 | pclark@btlaw.com<br>pjacobi@btlaw.com | First Class Mail and Email |
| Counsel to Topco Associates, LLC and Topco Holdings, Inc. | Bayard, PA | Attn: Scott D. Cousins, Esq., Evan T. Miller, Esq.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington DE 19801 | scousins@bayardlaw.com<br>emiller@bayardlaw.com | First Class Mail and Email |
| Counsel The Coca-Cola Company, General Mills, Inc., Mars Financial Services, Post Consumer Brands, Hormel Foods Corporation, The Clorox Sales Company, and Greater Omaha Packing Co., Inc. | Blakeley LLP | Attn: Scott E. Blakeley, Ronald A. Clifford<br>18500 Von Karman Avenue<br>Suite 530<br>Irvine CA 92612 | seb@blakeleyllp.com<br>rclifford@blakeleyllp.com | First Class Mail and Email |
| Counsel to PNC Bank, National Association | Blank Rome, LLP | Attn: Mark I. Rabinowitz, Esq., Gregory F. Vizza, Esq.<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103-6998 | Rabinowitz-mi@BlankRome.com<br>Vizza@BlankRome.com | First Class Mail and Email |
| Counsel to PNC Bank, National Association | Blank Rome, LLP | Attn: Regina Stango Kelbon, Esq., Victoria A. Guilfoyle, Esq.<br>1201 Market Street<br>Suite 800<br>Wilmington DE 19801 | Kelbon@BlankRome.com<br>Guilfoyle@BlankRome.com | First Class Mail and Email |
| Counsel to BP Products North America Inc. | BP America Inc. | Attn: Tristan Lamb<br>150 West Warrenville Road<br>Building 200<br>Naperville IL 60563 | tristan.lamb@bp.com | First Class Mail and Email |
| Counsel to Balance Innovations, LLC | Bryan Cave, LLP | Attn: Aaron Davis<br>161 North Clark Street<br>Suite 4300<br>Chicago IL 60601 | aaron.davis@bryancave.com | First Class Mail and Email |
| Counsel to FT Meadowview Grocery, LLC | Bryan Cave, LLP | Attn: Eric Prezant, Justin Morgan<br>161 North Clark Street<br>Suite 4300<br>Chicago IL 60601 | eric.prezant@bryancave.com<br>justin.morgan@bryancave.com | First Class Mail and Email |
| Counsel to US Foods, Inc. | Bryan Cave, LLP | Attn: Leslie Bayles, Aaron Davis<br>161 North Clark Street<br>Suite 4300<br>Chicago IL 60601 | leslie.bayles@bryancave.com<br>aaron.davis@bryancave.com | First Class Mail and Email |
| Counsel to Kimberly-Clark Corporation, Kimberly-Clark Global Sales, LLC, and KC Global Sales, LLC | Bryan Cave, LLP | Attn: Mark I. Duedall, Leah Fiorenza-McNeill<br>One Atlantic Center - Fourteenth Floor<br>1201 W. Peachtree Street, NW<br>Atlanta GA 30309-3488 | mark.Duedall@BryanCave.com<br>leah.Fiorenza@BryanCave.com | First Class Mail and Email |

In re: Central Grocers, Inc., et al.
Case No. 17-13886-PSH

Page 2 of 14

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Noah's Ark Processors, LLC | Burke, Warren, MacKay & Serritella, PC | Attn: Eric P. VanderPloeg, Danielle J. Gould<br>330 N. Wabash Ave.<br>21st Floor<br>Chicago IL 60611 | evanderploeg@burkelaw.com<br>dgould@burkelaw.com | First Class Mail and Email |
| Debtor | Central Grocers, Inc. | Attn: Donald E. Harer<br>2600 West Haven Avenue<br>Joliet IL 60433 | | First Class Mail |
| Counsel to Central States, Southeast and Southwest Areas Health and Welfare Fund | Central States Law Department | Attn: Lois J. Yu<br>9377 W. Higgins Road<br>10th Floor<br>Rosemont IL 60018 | lyu@centralstatesfunds.org | First Class Mail and Email |
| CGI Joliet, LLC et al. Notice Only | CGI Joliet, LLC et al. Notice Only | Attn: Gregg Szilagyi<br>209 S. LaSalle Street<br>Suite 950<br>Chicago IL 60604 | gs@tailserv.com | First Class Mail and Email |
| Counsel to Kellogg Sales Company | Cole Schotz, PC | Attn: Jill B. Bienstock, Esq.<br>25 Main Street<br>Hackensack NJ 07601 | jbienstock@coleschotz.com | First Class Mail and Email |
| Counsel to Kellogg Sales Company | Cole Schotz, PC | Attn: Michael D. Warner, Esq.<br>301 Commerce St.<br>Suite 1700<br>Fort Worth TX 76102 | mwarner@coleschotz.com | First Class Mail and Email |
| Counsel to Kellogg Sales Company | Cole Schotz, PC | Attn: Nicholas J. Brannick<br>500 Delaware Avenue<br>Suite 1410<br>Wilmington DE 19801 | nbrannick@coleschotz.com | First Class Mail and Email |
| Counsel to Cigna Health and Life Insurance Company, Cigna Benefits Technology Solutions, Inc. and Life Insurance Company of North America | Connolly Gallagher, LLP | Attn: Jeffrey C. Wisler<br>1000 West Street<br>Suite 1400<br>Wilmington DE 19801 | jwisler@connollygallagher.com | First Class Mail and Email |
| Counsel to Teamsters Local Union No. 703 Employee Benefit Funds; The Chicago Area I.B. of T. Pension Fund and The Local 703, I.B Of T. Pension Fund Local Union No. 703 Employee Benefit Funds; The United Food and Commercial Workers International Union-Industry Pension Fund | Crane, Heyman, Simon, Welch & Clar | Attn: Scott R. Clar, Esquire<br>135 S. LaSalle<br>#3705<br>Chicago IL 60603 | sclar@craneheyman.com | First Class Mail and Email |
| Delaware Attorney General | Delaware Attorney General | Attn: Bankruptcy Dept.<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | First Class Mail and Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French St.<br>Wilmington DE 19801 | FASNotify@state.de.us | First Class Mail and Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover DE 19903 | dosdoc_Ftax@state.de.us | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept.<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover DE 19904 | statetreasurer@state.de.us | First Class Mail and Email |
| Counsel to Jewel Food Stores, Inc. | Dorsey & Whitney (Delaware), LLP | Attn: Eric Lopez Schnabel, Robert W. Mallard, Alessandra Glorioso<br>300 Delaware Avenue<br>Suite 1010<br>Wilmington DE 19801 | schnabel.eric@dorsey.com<br>mallard.robert@dorsey.com<br>glorioso.alessandra@dorsey.com | First Class Mail and Email |
| Environmental Protection Agency for Region 5 | Environmental Protection Agency | Attn: Robert Kaplan<br>USA EPA Region 5<br>77 W. Jackson Blvd.<br>Chicago IL 60604 | | First Class Mail |
| Federal Trade Commission | Federal Trade Commission | Attn: President or General Counsel<br>600 Pennsylvania Avenue, NW<br>Washington DC 20580 | | First Class Mail |
| Counsel to UFCW Midwest Health and Pension Funds | Ferry Joseph, PA | Attn: Rick S, Miller, Esquire<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington DE 19899 | rmiller@ferryjoseph.com | First Class Mail and Email |
| Counsel to Teamsters Local Union No. 703 Employee Benefit Funds | Ferry Joseph, PA | Attn: Theodore J. Tacconelli, Esquire<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington DE 19899 | | First Class Mail |
| Top 6 Secured Creditor | First Midwest Bank | Attn: Michael Trunck, Senior V.P., Morgan Lyons, Head of Capital Markets<br>520 N. Cass Ave.<br>Westmont IL 60559 | mike.trunck@firstmidwest.com<br>morgan.lyons@firstmidwest.com | First Class Mail and Email |
| Counsel to Alvina Enterprises, LLC d/b/a Royal Fresh Market, Grand Food Center, Happy Foods Inc., Kisler Bros. Inc. d/b/a Hi-Lo Grocery, Potash Bros. Inc. d/b/a Potash Markets, Mike's Meat Market d/b/a Casey's Foods, Grays Foods Inc., E&A Grocery, Oakridge Supermarket, Angelo's Fresh Market, Felker Pharmacy, Inc. d/b/a Felker Foods, Marks My Store, Frank's Fresh Market, Chatham Fook Market, Freshline Foods, Seneca Food Mart and RicoFresh, Inc. | FisherBroyles, LLP | Attn: Mark E. Wilson<br>203 North LaSalle<br>Suite 2100<br>Chicago IL 60601 | mark.wilson@fisherbroyles.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Alvina Enterprises, LLC d/b/a Royal Fresh Market, Grand Food Center, Happy Foods Inc., Kisler Bros. Inc. d/b/a Hi-Lo Grocery, Potash Bros. Inc. d/b/a Potash Markets, Mike's Meat Market d/b/a Casey's Foods, Grays Foods Inc., E&A Grocery, Oakridge Supermarket, Angelo's Fresh Market, Felker Pharmacy, Inc. d/b/a Felker Foods, Marks My Store, Frank's Fresh Market, Chatham Fook Market, Freshline Foods, Seneca Food Mart and RicoFresh, Inc. | FisherBroyles, LLP | Attn: Patricia B. Fugee<br>27100 Oakmead Drive<br>Suite 306<br>Perrysburg OH 43551 | patricia.fugee@fisherbroyles.com | First Class Mail and Email |
| Counsel to Dean Dairy Holdings, LLC d/b/a Dean Illinois Dairies, LLC, Suiza Dairy Group, LLC d/b/a Schenkel's All-Star Dairy, LLC and Midwest Ice Cream Company, LLC | Fishman Jackson Ronquillo, PLLC | Attn: Mark H. Ralston, Esq.<br>700 Three Galleria Tower<br>13155 Noel Road, L.B. 13<br>Dallas TX 75240 | mralston@fjrpllc.com | First Class Mail and Email |
| Counsel to Bottling Group, LLC, Pepsi Beverages Company, Frito-Lay North America, Inc., Quaker Sales & Distribution, Inc. | FrankGecker | Attn: Joseph D. Frank, Jeremy C. Kleinman<br>325 North LaSalle Street<br>Suite 625<br>Chicago IL 60654 | jfrank@fgllp.com<br>jkleinman@fgllp.com | First Class Mail and Email |
| Counsel to S. Abraham & Sons, Inc. | Freeborn & Peters, LLP | Attn: Devon J. Eggert<br>311 S. Wacker Dr.<br>Ste. 3000<br>Chicago IL 60606 | deggert@freeborn.com | First Class Mail and Email |
| Counsel to Daisy Brand, LLC | Gardere Waynne Sewell, LLP | Attn: Thomas C. Scannell<br>2021 McKinney Avenue<br>Suite 1600<br>Dallas TX 75201 | tscannell@gardere.com | First Class Mail and Email |
| Counsel to Kellogg Sales Company | Gensburg Calandriello & Kanter, P.C. | Attn: E. Philip Groben<br>200 W. Adams St.<br>Ste. 2425<br>Chicago IL 60606 | pgroben@gcklegal.com | First Class Mail and Email |
| Counsel to Grassland Dairy Products, Inc. | Gill & Gill, SC | Attn: Patrick P. Gill, Esq.<br>501 South Nicolet Road<br>Appleton WI 54914 | pgill@gillandgillsc.com | First Class Mail and Email |
| Counsel to Crystal Valley Farms, LLC d/b/a Miller Poultry | Golan Christie Taglia, LLP | Attn: Caren A. Lederer, Esq., Robert R. Benjamin, Esq.<br>70 W. Madison Street<br>Suite 1500<br>Chicago IL 60602 | calederer@gct.law<br>rrbenjamin@gct.law | First Class Mail and Email |
| Counsel to PNC Bank, National Association | Goldberg Kohn Ltd. | Attn: Ronald Barliant, Randall L. Klein<br>55 East Monroe Street<br>Suite 3300<br>Chicago IL 60603 | ronald.barliant@goldbergkohn.com<br>randall.klein@goldbergkohn.com | First Class Mail and Email |
| Counsel to Affy Tapple, L.L.C. | Gould & Ratner LLP | Attn: Mark E. Leipold<br>222 N. LaSalle St.<br>St. 800<br>Chicago IL 60601 | gferguson@gouldratner.com | First Class Mail and Email |

In re: Central Grocers, Inc., et al.
Case No. 17-13886-PSH

Page 5 of 14

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to The Forest Park Plaza, LLC | Greenberg Traurig, LLP | Attn: Dennis A. Meloro<br>The Nemours Building<br>1007 North Orange Street, Suite 1200<br>Wilmington DE 19801 | melorod@gtlaw.com | First Class Mail and Email |
| Counsel to Forest Park Plaza, LLC | Greenberg Traurig, LLP | Attn: Nancy A. Peterman<br>77 West Wacker Drive<br>Suite 3100<br>Chicago IL 60601 | petermann@gtlaw.com | First Class Mail and Email |
| Counsel to The Forest Park Plaza, LLC | Greenberg Traurig, LLP | Attn: Nancy A. Peterman, Ryan A. Wagner<br>MetLife Building<br>200 Park Avenue<br>New York NY 10166 | petermanN@gtlaw.com<br>wagnerR@gtlaw.com | First Class Mail and Email |
| Counsel to Chobani, LLC | Harris Beach, PLLC | Attn: Kelly C. Griffith, Esq.<br>333 West Washington Street<br>Suite 200<br>Syracuse NY 13202 | kgriffith@harrisbeach.com<br>bkemail@harrisbeach.com | First Class Mail and Email |
| Counsel to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | Heavner, Beyers & Mihlar, LLC | Attn: Amanda J. Wiese<br>111 East Main Street<br>Decatur IL 62523 | bankruptcy@hsbattys.com | First Class Mail and Email |
| Counsel to Korellis Roofing, Inc. | Hinshaw & Culbertson LLP | Attn: Brian R. Zeeck<br>222 N. LaSalle St.<br>Ste. 300<br>Chicago IL 60601 | | First Class Mail |
| Counsel to Cigna Health and Life Insurance Company, Cigna Benefits Technology Solutions, Inc. and Life Insurance Company of North America | Hinshaw & Culbertson, LLP | Attn: William J. Connelly<br>222 North LaSalle Street<br>Suite 300<br>Chicago IL 60601 | wconnelly@hinshawlaw.com | First Class Mail and Email |
| Counsel to Welch Foods, Inc. | Holland & Knight, LLP | Attn: Lynne B. Xerras, Esq.<br>10 St. James Ave.<br>11th Floor<br>Boston MA 02116 | lynne.xerras@hklaw.com | First Class Mail and Email |
| Counsel to the Coca-Cola Company, Mars Financial Services, Post Consumer Brands, The Clorox Sales Company, Hormel Foods Corporation, Greater Omaha Packing Co. | Horwood Marcus & Berk Chartered | Attn: Jason M. Torf<br>500 W. Madison St.<br>Suite 3700<br>Chicago IL 60661 | jtorf@hmblaw.com | First Class Mail and Email |
| Van Til's Super Market, Inc., Van Til's Super Market, Inc. d/b/a Almira's Bakery, Van Til's Real Estate, LLC, Griffland Center, Inc., and Tilland Partnership | Huck Bouma, PC | Attn: John A. Benson, Jr.<br>1755 South Naperville Road<br>Suite 200<br>Wheaton IL 60189 | jbenson@huckbouma.com | First Class Mail and Email |
| Counsel to Associated Wholesale Grocers, Inc. | Husch Blackwell LLP | Attn: Scott J. Helfand<br>120 South Riverside Plaza<br>Suite 2200<br>Chicago IL 60606 | scott.helfand@huschblackwell.com | First Class Mail and Email |
| Counsel to Riviana Foods, Inc. | Husch Blackwell, LLP | Attn: Aaron B. Chapin<br>120 S. Riverside Plaza<br>Suite 2200<br>Chicago IL 60606 | aaron.chapin@huschblackwell.com | First Class Mail and Email |

In re: Central Grocers, Inc., et al.
Case No. 17-13886-PSH

Page 6 of 14

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Valu Merchandisers Company, Tyson Foods, Inc., Tyson Fresh Meats, Inc., The Hillshire Brands Company, and Associated Wholesale Grocers, Inc. | Husch Blackwell, LLP | Attn:  Mark T. Benedict; Michael D. Fielding<br>4801 Main Street<br>Suite 1000<br>Kansas City MO 64112 | mark.benedict@huschblackwell.com<br>michael.fielding@huschblackwell.com | First Class Mail and Email |
| Counsel to Valu Merchandisers Company | Husch Blackwell, LLP | Attn:  Matthew J. Gartner<br>190 Carondelet Plaza<br>Suite 600<br>St. Louis MO 63105-1500 | | First Class Mail |
| Counsel to Tyson Foods, Inc., Tyson Fresh Meats, Inc., and The Hillshire Brands Company | Husch Blackwell, LLP | Attn:  Michael D. Fielding<br>4801 Main Street<br>Suite 1000<br>Kansas City MO 64112 | michael.fielding@huschblackwell.com | First Class Mail and Email |
| Illinios Department of Revenue | Illinios Department of Revenue | James R. Thompson Center - Concourse Level<br>100 West Randolph Street<br>Chicago IL 60601-3274 | | First Class Mail |
| Illinios State Treasuer | Illinios State Treasurer | Attn:  Michael W. Frerichs<br>James R. Thompson Center<br>100 W Randolph St, Suite 15-600<br>Chicago IL 60601 | | First Class Mail |
| Illinois Attorney General's Office | Illinois Attorney General's Office | Attn:  Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | First Class Mail and Email |
| Independent Employees Union | Independent Employees Union | Attn:  Cindy Rongers<br>1201 Hickey Street<br>Hobart IN 46342 | | First Class Mail |
| Indiana Attorney General's Office | Indiana Attorney General's Office | Attn:  Heather M. Crockett<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204-2770 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970 Market Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |
| Interested Party | International Brotherhood of Teamsters Union Local No. 703/738 | Attn:  Anthony Carioscia<br>1333 Butterfield Road<br>Suite 110<br>Downers Grover IL 60515 | | First Class Mail |
| Interested Party | International Brotherhood of Teamsters Union Local No. 710 | Attn:  Bernie Sherlock<br>9000 W. 18th Street<br>Mokena IL 60448 | | First Class Mail |
| Interested Party | International Union, Security, Police, Fire Professionals of America | Attn:  Chad Wolf<br>25510 Kelly Road<br>Roseville MI 48066 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to United Food & Commercial Workers International Union Local 1546 | Jacobs, Burns, Orlove & Hernandez | Attn:  Thomas J. Angell, Esquire<br>150 North Michigan Avenue<br>Suite 1000<br>Chicago IL 60601 | tangell@jbosh.com | First Class Mail and Email |
| Counsel to House of Raeford Farms, Inc. | Jordan Price Wall Gray Jones & Carlton, PLLC | Attn:  Paul T. Flick<br>1951 Clark Avenue<br>Post Office Box 10669<br>Raleigh NC 27605-0669 | pflick@jordanprice.com | First Class Mail and Email |
| Counsel to TNG GP f/k/a The News Group L.P. | K&L Gates, LLP | Attn:  Steven L. Caponi, Esq.<br>600 N. King Street<br>Suite 901<br>Wilmington DE 19801 | steven.caponi@klgates.com | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton, LLP | Attn:  Todd C. Meyers, Esq.<br>1100 Peachtree Street NE<br>Suite 2800<br>Atlanta GA 30309-4528 | tmeyers@kilpatricktownsend.com | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton, LLP | Attn:  Todd C. Meyers, Esq., David M. Posner, Esq., Gianfranco Finizio, Esq.<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | tmeyers@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com<br>dposner@kilpatricktownsend.com | First Class Mail and Email |
| Counsel to Supervalu Inc. | Landis Rath & Cobb, LLP | Attn:  Richard S. Cobb, Esq.,  Kerri K. Mumford, Esq., Kimberly A. Brown, Esq., Matthew R. Pierce, Esq.<br>919 Market Street<br>Suite 1800<br>Wilmington DE 19801 | Cobb@lrclaw.com<br>Mumford@lrclaw.com<br>Brown@lrclaw.com<br>Pierce@lrclaw.com | First Class Mail and Email |
| Counsel to United Food & Commercial Workers International Union Local 1546, United Food & Commercial Workers International Union-Industry Pension Fund,  Local Unions No. 703, 710 and 142 of the International Brotherhood of Teamsters | Law Office of Susan E. Kaufman, LLC | Attn:  Susan E. Kaufman, Esquire<br>919 North Market Street<br>Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | First Class Mail and Email |
| Counsel to Strube & Vegetable Co, Jem D. International, Dietz & Kolodenko Co., Bill's Produce Inc., Everyday Fresh Produce, Inc., Stella Farms, LLC | Law Office of William B. Kohn | Attn:  William B. Kohn<br>29 E. Madison Street<br>Ste. 1000<br>Chicago IL 60602 | kohn@wbkohnlaw.com | First Class Mail and Email |
| Counsel to Colleen Hamrick | Law Offices of Charles P. Dargo, P.C. | Attn: Charles P. Dargo<br>Island Grove Building<br>9151 N. 1200 W.<br>Demotte IN 46310 | dargo@bettercallmylawyer.com | First Class Mail and Email |
| Counsel to Teamster Union Local No. 142 | Law Offices of Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich | Attn:  Robert Cervone, Esq.<br>8 South Michigan Avenue<br>19th Floor<br>Chicago IL 60603 | contact@LaborAdvocates.com | First Class Mail and Email |
| Counsel to Rio Valley Market #1, Rio Valley Market #2 | Law Offices of Peter S. Stamatis, PC | Attn:  Peter S. Stamatis<br>1 East Wacker Drive<br>Suite 2350<br>Chicago IL 60601 | peter@stamatislegal.com | First Class Mail and Email |

In re:  Central Grocers, Inc., et al.
Case No. 17-13886-PSH

Page 8 of 14

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman<br>Post Office Box 3064<br>Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | First Class Mail and Email |
| Counsel to Weiss Entities, LLC | Loeb & Loeb, LLP | Attn:  P. Gregory Schwed, Esq.<br>345 Park Avenue<br>New York NY 10154 | gschwed@loeb.com | First Class Mail and Email |
| Counsel The Coca-Cola Company, General Mills, Inc., Mars Financial Services, Post Consumer Brands, Hormel Foods Corporation, The Clorox Sales Company, and Greater Omaha Packing Co., Inc. | Loizides, PA | Attn:  Christopher D. Loizides<br>1225 King Street<br>Suite 800<br>Wilmington DE 19801 | loizides@loizides.com | First Class Mail and Email |
| Counsel to Anthony Marano Company | Maksimovich & Associates, P.C. | Attn:  Robert B. Marcus, Esq.<br>8643 Ogden Avenue<br>Lyons IL 60534 | rmarcus@attorneymm.com | First Class Mail and Email |
| Counsel to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | Manley Deas Kochalski LLC | Attn: Todd J. Ruchman, Keith Levy, Sarah E. Barngrover, Adam B. Hall, Edward H. Cahill, Umair M. Malik<br>P.O. Box 165028<br>Columbus OH 43216-5028 | tjruchman@manleydeas.com | First Class Mail and Email |
| Counsel to C.H. Robinson Worldwide, Inc., Norpac Foods, Inc., Spiech Farms, Inc., Crosset Company, LLC and Lamb Weston Sales, Inc. | Martyn and Associates | Attn:  Mark A. Amendola, Esq.<br>820 W. Superior Avenue<br>Tenth Floor<br>Cleveland OH 44113 | mamendola@martynlawfirm.com | First Class Mail and Email |
| Counsel to Dietz & Kolodenko Co., General Produce Distributors, Inc., Jack Tuchten Wholesale Produce Inc., Jem D International, Panama Banana Dist. Company, Ruby Robinson Co. Inc., Strube Celery & Vegetable Co., West Coast Vegetable Co., Worldwide Farms, Inc., Bill's Produce, Inc., Everyday Fresh Produce, Inc., Stella Farms, LLC | McCarron & Diess | Attn:  Mary Jean Fassett, Esq.<br>4530 Wisconsin Avenue, N. W.<br>Suite 301<br>Washington DC 20016 | mjf@mccarronlaw.com | First Class Mail and Email |
| Counsel to Topco Associates, LLC and Topco Holdings, Inc. | McDermott Will & Emery, LLP | Attn:  Nathan F. Coco, Esq.<br>1000 Louisiana Street<br>Suite 3900<br>Houston TX 77002-5005 | ncoco@mwe.com | First Class Mail and Email |
| Local Counsel | McDonald Hopkins, LLC | Attn:  David A. Agay, Rion Vaughan, Joshua Gadharf<br>300 N. LaSalle Street<br>Suite 1400<br>Chicago IL 60654 | dagay@mcdonaldhopkins.com<br>rvaughan@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com | First Class Mail and Email |
| Chapter 7 trustee | Metrou & Associates PC | Attn: Peter N Metrou<br>123 W Washington St<br>Suite 216<br>Oswego IL 60543 | trustee7@metandnem.com | First Class Mail and Email |
| Counsel to Bushman Potato Sales, Inc., Fresh Express, Inc., Giorgio Fresh Co., Hugh H. Branch, Inc., Produce Plus, Inc., North Bay Produce, Inc., Chiquita Fresh North America, LLC, Grimmway Farms, Vision Import Group, LLC and Sage Fruit Co. | Meuers Law Firm, PL | Attn:  Steven E. Nurenberg; Steven M. De Falco, Esq<br>5395 Park Central Court<br>Naples FL 34109 | snurenberg@meuerslawfirm.com<br>sdefalco@meuerslawfirm.com | First Class Mail and Email |

In re:  Central Grocers, Inc., et al.
Case No. 17-13886-PSH

Page 9 of 14

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Mexicorp, LLC | Mounce, Green, Myers, Safi, Paxson & Galatzan, PC | Attn: Clyde A. Pine, Jr.<br>P. O. Box 1977<br>El Paso TX 79950-1977 | pine@mgmsg.com | First Class Mail and Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW<br>12th Floor<br>Washington DC 20036 | kcordry@naag.org | First Class Mail and Email |
| Counsel to J.B. Sullivan, Inc., dba Sullivan's Foods | O'Rourke & Moody, LLP | Attn: Michael C. Moody, Esq.<br>55 West Wacker Drive<br>Suite 1400<br>Chicago IL 60601 | mmoody@orourkeandmoody.com<br>firm@orourkeandmoody.com | First Class Mail and Email |
| Office of the Illinois Secretary of State | Office of the Illinois Secretary of State | Attn: Jesse White<br>213 State Capitol<br>Springfield IL 62756 | | First Class Mail |
| Office of the Indiana Secretary of State | Office of the Indiana Secretary of State | Attn: Connie Lawson<br>200 W. Washington St.<br>Room 201<br>Indianapolis IN 46204 | | First Class Mail |
| United States Trustee District of Illinios | Office of the United States Trustee | Attn: Kathryn M. Gleason, Ha Nguygen<br>219 South Dearborn Street<br>Room 873<br>Chicago IL 60604 | ha.nguyen@usdoj<br>kathryn.m.gleason@usdoj.gov | First Class Mail and Email |
| Counsel to GVH Distribution Midwest, LLC | Patzik, Frank & Samotny, Ltd. | Attn: Phillip S. Reed<br>150 S. Wacker Drive<br>Suite 1500<br>Chicago IL 60606 | preed@pfs-law.com | First Class Mail and Email |
| Counsel to Del Monte Foods, Inc. | Pepper Hamilton, LLP | Attn: Deborah Kovasky-Apap<br>4000 Town Center<br>Suite 1800<br>Southfield MI 48075 | kovskyd@pepperlaw.com | First Class Mail and Email |
| Counsel to Del Monte Foods, Inc. | Pepper Hamilton, LLP | Attn: Todd A. Feinsmith<br>High Street Tower<br>125 High Street, 19th Floor<br>Boston MA 02110-2736 | feinsmitht@pepperlaw.com | First Class Mail and Email |
| Counsel to Nestle USA, Inc. | Pepper Hamilton, LLP | Attn: Kay Standridge Kress<br>4000 Town Center<br>Suite 1800<br>Southfield MI 48075-1505 | kressk@pepperlaw.com | First Class Mail and Email |
| Counsel to Ridge Haven Avenue Partners, LLC | Perkins Coie, LLP | Attn: Daniel A. Zazove<br>131 S. Dearborn Street<br>Suite 1700<br>Chicago IL 60603 | dzazove@perkinscoie.com | First Class Mail and Email |
| Counsel to Weiss Entities, LLC | Potter Anderson & Corroon, LLP | Attn: Jeremy W. Ryan, R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box 951<br>Wilmington DE 19899-0951 | jryan@potteranderson.com<br>rmcneill@potteranderson.com | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Synchrony Bank | PRA Receivables Management, LLC | Attn: Valerie Smith<br>P.O Box 41021<br>Norfolk VA 23541 | claims@recoverycorp.com | First Class Mail and Email |
| Counsel to HYG Financial Services, Inc. f/k/a NMHG Financial Services, Inc. | Reed Smith | Attn: Emily K. Devan, Esquire<br>1201 N. Market Street<br>Suite 1500<br>Wilmington DE 19801 | edevan@reedsmith.com | First Class Mail and Email |
| Counsel to HYG Financial Services, Inc. f/k/a NMHG Financial Services, Inc. | Reed Smith | Attn: Richard J. Tannenbaum, Esquire<br>599 Lexington Avenue<br>New York NY 10022-7650 | rtannenbaum@reedsmith.com | First Class Mail and Email |
| Counsel to Wells Fargo Equipment Finance, Inc. and HYG Financial Services, Inc. f/k/a NMHG Financial Services, Inc. | Reed Smith, LLP | Attn: Ann E. Pille<br>10 S. Wacker Drive<br>40th Floor<br>Chicago IL 60606 | apille@reedsmith.com | First Class Mail and Email |
| Counsel to David Oppenheimer & Company I, LLC, The Pictsweet Company, R & C Berndt, Inc. d/b/a Sierra Produce, and Tom Lange Company, Inc. | Rynn & Janowsky, LLP | Attn: Patricia J. Rynn, R. Jason Read, June Monroe<br>4100 Newport Place Drive<br>Suite 700<br>Newport Beach CA 92660 | pat@rjlaw.com<br>jason@rjlaw.com<br>june@rjlaw.com<br>abby@rjlaw.com | First Class Mail and Email |
| Counsel to the Official Committee of Unsecured Creditors | Saul Ewing, LLP | Attn: Mark Minuti, Esq.<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington DE 19899 | mminuti@saul.com<br>lmurley@saul.com | First Class Mail and Email |
| Counsel to North Windham Properties, LLC; Brixmor Property Group, Inc.; Crossroads Improvements Owner, LLC; UP Improvements, LLC | Schenk Annes Tepper Campbell, Ltd. | Attn: Robert D. Tepper, Esquire<br>311 South Wacker Drive<br>Suite 2500<br>Chicago IL 60606 | rtepper@satcltd.com | First Class Mail and Email |
| Counsel to Jewel Food Stores, Inc. | Schulte Roth & Zabel, LLP | Attn: David M. Hillman, Parker J. Milender<br>919 Third Avenue<br>New York NY 10022 | david.hillman@srz.com<br>parker.milender@srz.com | First Class Mail and Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury<br>100 F. Street, NE<br>Washington DC 20549 | secbankruptcy@sec.gov<br>SECBankruptcy-OGC-ADO@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept.<br>Brookfield Place<br>200 Vesey Street, Suite 400<br>New York NY 10281-1022 | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV | First Class Mail and Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn: Bankruptcy Dept.<br>One Penn Center<br>1617 JFK Boulvard, Suite 520<br>Philadelphia PA 19103 | secbankruptcy@sec.gov | First Class Mail and Email |

In re: Central Grocers, Inc., *et al.*
Case No. 17-13886-PSH

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Gregg Szilagyi, not individually but in his capacity as chapter 7 trustee for the bankruptcy estates of CGI Joliet LLC, Currency Express, Inc., Raceway Central, LLC, Raceway Central Calumet Park LLC, Raceway Central Chicago Heights LLC, Raceway Central Downers Grove LLC, Raceway Central Joliet North LLC, Raceway Central LLC North Valpo, and Raceway Central Wheaton LLC | Shaw Fishman Glantz & Towbin LLC | Attn: David R. Doyle, Robert M. Fishman<br>321 North Clark Street<br>Suite 800<br>Chicago IL 60654 | ddoyle@shawfishman.com<br>rfishman@shawfishman.com | First Class Mail and Email |
| Counsel to Peter Metrou, not individually, but as Chapter 7 trustee | Shaw Fishman Glantz & Towbin, LLC | Attn: Ira Bodenstein, Robert Fishman<br>321 North Clark Street<br>Suite 800<br>Chicago IL 60654 | ibodenstein@shawfishman.com<br>rfishman@shawfishman.com | First Class Mail and Email |
| Counsel to United Food & Commercial Workers International Union-Industry Pension Fund | Slevin & Hart, PC | Attn: Jeffrey S. Endick, Esquire, Christopher M. Leins, Esquire<br>1625 Massachusetts Avenue, NW<br>Suite 450<br>Washington DC 20036 | jendick@slevinhart.com<br>cleins@slevinhart.com | First Class Mail and Email |
| Counsel to Conopco, Inc. d/b/a Unilever | Stark & Stark, PC | Attn: Joseph H. Lemkin, Esq., Thomas S. Onder, Esq.<br>P.O. Box 5315<br>Princeton NJ 08543 | jlemkin@stark-stark.com<br>tonder@stark-stark.com | First Class Mail and Email |
| Counsel to David Oppenheimer & Company I, LLC, The Pictsweet Company, R & C Berndt, Inc. d/b/a Sierra Produce, and Tom Lange Company, Inc. | Stevens & Lee, PC | Attn: Joseph H. Huston Jr.<br>919 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | jhh@stevenslee.com | First Class Mail and Email |
| Counsel to United Sugars Corporation | Stinson Leonard Street LLP | Attn: Benjamin J. Court<br>150 South Fifth Street<br>Suite 2300<br>Minneapolis MN 55402 | benjamin.court@stinson.com | First Class Mail and Email |
| Counsel to Del Monte Foods, Inc. | Sugar Felsenthal Grais & Hammer, LLP | Attn: Mark S. Melickian<br>30 N. LaSalle St.<br>Suite 3000<br>Chicago IL 60602 | mmelickian@sfgh.com | First Class Mail and Email |
| Counsel to Dietz & Kolodenko Co., General Produce Distributors, Inc., Jack Tuchten Wholesale Produce Inc., Jem D International, Panama Banana Dist. Company, Ruby Robinson Co. Inc., Strube Celery & Vegetable Co., West Coast Vegetable Co., Worldwide Farms, Inc., Anthony Marano Company Counsel to Bushman Potato Sales, Inc., Fresh Express, Inc., Giorgio Fresh Co., Hugh H. Branch, Inc., Produce Plus, Inc., North Bay Produce, Inc., Chiquita Fresh North America, LLC, Grimmway Farms, Vision Import Group, LLC and Sage Fruit Co. | Sullivan Hazeltine Allinson, LLC | Attn: Elihu E. Allinson III, Esq.<br>901 North Market Street<br>Suite 1300<br>Wilmington DE 19801 | zallinson@sha-llc.com | First Class Mail and Email |
| Counsel to Teamsters Union No. 142 Pension Fund | Teresa A. Massa, Attorney | Attn: Teresa A. Massa<br>1158 W. Lincolnway<br>Suite 2<br>Valparaiso IN 46385 | tam@tmassalaw.com | First Class Mail and Email |

In re: Central Grocers, Inc., *et al.*
Case No. 17-13886-PSH

Page 12 of 14

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Top 6 Secured Creditor | The Northern Trust Company | Attn: Olga Georgiev, Manager Special Assets, Robert Veltman, Senior Consultant Risk<br>181 W. Madison<br>Chicago IL 60603 | og4@ntrs.com<br>RV20@ntrs.com | First Class Mail and Email |
| Counsel to Local Unions No. 703, 710 and 142 of the International Brotherhood of Teamsters | The Previant Law Firm, S.C. | Attn: Frederick Perillo, Esquire, Sara J. Geenen, Esquire<br>310 W Wisconsin Ave.<br>Suite 100MW<br>Milwaukee WI 53203 | fp@previant.com<br>sjg@previant.com | First Class Mail and Email |
| Counsel to Administrative Agent Under the Prepetition Term Loan Facility; Bank of the West | Thompson Coburn, LLP | Attn: Diona Rogers, Esq., Lauren Newman<br>55 E. Monroe St.<br>37th Floor<br>Chicago IL 60603 | drogers@thompsoncoburn.com<br>lnewman@thompsoncoburn.com | First Class Mail and Email |
| Counsel to Administrative Agent Under the Prepetition Term Loan Facility; Bank of the West | Thompson Coburn, LLP | Attn: Mark V. Bossi, Esq.<br>One US Bank Plaza<br>St. Louis MO 63101 | mbossi@thompsoncoburn.com | First Class Mail and Email |
| Top 6 Secured Creditor | U.S. Bank, National Association | Attn: Christopher Zumberge, Senior V.P., Pawel Ligas, Portfolio Manager, Steven Heim, Assistant General Counsel<br>3800 East LaPalma Avenue<br>2nd Floor<br>Anaheim CA 92807 | christopher.zumberge@usbank.com<br>pawel.ligas@usbank.com<br>steven.heim@usbank.com | First Class Mail and Email |
| US Department of Justice | U.S. Department of Justice | Attn: Andrew Finch<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | First Class Mail |
| United Food and Commercial Workers Union International, Local 1546 | United Food and Commercial Workers Union International, Local 1546 | Attn: Kenneth R. Boyd and Bob O'Toole<br>1649 West Adams Street<br>2nd Floor<br>Chicago IL 60612 | | First Class Mail |
| United Food and Commercial Workers Union International, Local 700 | United Food and Commercial Workers Union International, Local 700 | Attn: Scott Barnett<br>3950 Priority Way S. Drive<br>Suite 100<br>Indianapolis IN 46240 | | First Class Mail |
| United Food and Commercial Workers Union International, Local 881 | United Food and Commercial Workers Union International, Local 881 | Attn: Ronald E. Powell and Steven Powell<br>10400 W. Higgins Road<br>Suite 500<br>Rosemont IL 60018 | | First Class Mail |
| United States Attorney General | United States Attorney General | Attn: Jeff Sessions<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | First Class Mail |
| US Attorney for the Northern District of Illinios | United States Attorney's Office | Northern District of Illinois, Eastern Division<br>219 S. Dearborn St., 5th Floor<br>Chicago IL 60604 | | First Class Mail |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange Street, Suite 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov | First Class Mail and Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to S. Abraham & Sons, Inc. | Varnum, LLP | Attn:  Brendan G. Best<br>160 W. Fort St.<br>Fifth Floor<br>Detroit MI 48226 | bgbest@varnumlaw.com | First Class Mail and Email |
| Counsel to Select Trustee | Vedder Price P.C. | Attn: Michael M. Eidelman, Stephanie K. Hor-Chen, William W. Thorsness<br>222 North LaSalle Street<br>Suite 2600<br>Chicago IL 60601 | meidelman@vedderprice.com<br>schen@vedderprice.com<br>wthorsness@vedderprice.com | First Class Mail and Email |
| Counsel to Severn Peanut Company d/b/a Hampton Farms | Ward and Smith, PA | Attn:  J. Michael Fields, Esq.<br>PO Box 8088<br>Greenville NC 27835-8088 | jmf@wardandsmith.com | First Class Mail and Email |
| Counsel to Debtor | Weil, Gotshal & Manges, LLP | Attn:  Stephen Karotkin, Sunny Singh<br>767 Fifth Avenue<br>New York NY 10153 | stephen.karotkin@weil.com<br>sunny.singh@weil.com | First Class Mail and Email |
| Counsel to Valu Merchandisers Company, Tyson Foods, Inc., Tyson Fresh Meats, Inc., and The Hillshire Brands Company | Werb & Sullivan | Attn:  Duane D. Werb, Matthew P. Austria<br>300 Delaware Avenue<br>Suite 1300<br>Wilmington DE 19801 | dwerb@werbsullivan.com<br>maustria@werbsullivan.com | First Class Mail and Email |
| Counsel to Tyson Foods, Inc., Tyson Fresh Meats, Inc., and The Hillshire Brands Company | Werb & Sullivan | Attn:  Matthew P. Austria<br>300 Delaware Avenue<br>Suite 1300<br>Wilmington DE 19801 | maustria@werbsullivan.com | First Class Mail and Email |
| Counsel to The J.M. Smucker Company and Smucker Retail Foods Inc. | Whiteford, Taylor & Preston, LLC | Attn:  Stephen B. Gerald<br>The Renaissance Centre, 405 North King Street<br>Suite 500<br>Wilmington DE 19801 | sgerald@wtplaw.com | First Class Mail and Email |
| Van Til's Super Market, Inc., Van Til's Super Market, Inc. d/b/a Almira's Bakery, Van Til's Real Estate, LLC, Griffland Center, Inc., and Tilland Partnership | Womble Carlyle Sandridge & Rice, LLP | Attn:  Ericka F. Johnson, Morgan L. Patterson<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington DE 19801 | erjohnson@wcsr.com<br>mpatterson@wcsr.com | First Class Mail and Email |
| Counsel to Ice Cream Specialties | Wright Lindsey & Jennings, LLP | Attn:  Charles T. Coleman<br>200 West Capitol Avenue<br>Suite 2300<br>Little Rock AR 72201-3699 | ccoleman@wlj.com | First Class Mail and Email |