UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-13886 |
| | ) | (Jointly Administered) |
| CENTRAL GROCERS, INC., et al., | ) | Chapter: 7 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER SCHEDULING OMNIBUS HEARING DATES

This matter came to be heard on the oral motion (the "Motion") of Howard B. Samuels, not individually but as chapter 7 trustee (the "Trustee") for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC at the hearing held by the Court on April 19, 2018 (the "Hearing") to schedule additional omnibus hearings (collectively, the "Omnibus Hearings") in accordance with the Order Approving Second Amended Case Management Procedures (the "Case Management Order") [Docket No. 1401]; and upon the record of the Hearing; and the Court having determined that just cause exists for the relief granted herein.

IT IS HEREBY ORDERED:

1. The Motion is granted as set forth herein.

2. The next Omnibus Hearings shall be held on the following dates and times:

(a) June 21, 2018 at 11:00 a.m. (prevailing Central Time);

(b) July 19, 2018 at 11:00 a.m. (prevailing Central Time);

(c) August 16, 2018 at 11:00 a.m. (prevailing Central Time); and

(d) September 13, 2018 at 11:00 a.m. (prevailing Central Time).

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: 4/19/18

**Prepared by:**
Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Stephanie K. Hor-Chen (#6283105)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601

Rev: 20170105_bko

(312) 609 7500 telephone
(312) 609-5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
schen@vedderprice.com