**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*,[1] | Case No. 17-13886 |
| Debtors. | Hon. Pamela S. Hollis |

**NOTICE OF AGENDA OF MATTERS RELATED TO CENTRAL GROCERS, INC.,
STRACK & VAN TIL SUPER MARKET, INC., AND SVT, LLC
SCHEDULED FOR HEARING ON DECEMBER 13, 2018**

| | |
|---|---|
| Time and Date of Hearing: | December 13, 2018 at 11:00 a.m. (Central Time) |
| Location of Hearing: | The Honorable Pamela S. Hollis<br>Courtroom 644<br>Everett McKinley Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://cases.primeclerk.com/CentralGrocers. Further information may be obtained by calling Prime Clerk at (866) 727-8489. |

1. Notice of Motion and Motion of Raceway Trustee to (1) Modify the Allocation Order and the Allocation Analysis Approved Thereby; (II) Modify the Definition of "Net Proceeds" Approved By The Settlement Order; And (III) Grant Other Appropriate Relief [**Docket No. 2406**], filed by Robert M. Fishman, on behalf of Gregg E. Szilagyi, in his capacity as chapter 7 trustee for the bankruptcy estates of CGI Joliet, LLC, Currency Express, Inc., Raceway Central, LLC, Raceway Central Calumet Park LLC, Raceway Central Chicago Heights LLC, Raceway Central Downers Grove LLC, Raceway Central Joliet North LLC, Raceway Central LLC North Valpo, and Raceway Central Wheaton LLC.

    (a) **Related Documents:**

        (i) Order Authorizing And Approving Settlement Agreement By And Among The Secured Parties And The Official Committee OF Unsecured Creditors of Central Grocers, Inc, *et al.*, On Behalf of Itself, Each Of The Debtors And Each Of The Debtors' Estates

---

[1] The Select Debtors in these Chapter 7 Cases, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

1

CHICAGO/#3226255

Case 17-13886   Doc 2484   Filed 12/11/18   Entered 12/11/18 12:50:18   Desc Main
              Document      Page 2 of 15

[**Docket No. 988**], prepared by Kevin H. Morse and William A. Williams of Saul Ewing Arnstein & Lehr LLP, signed on 11/16/2017 by The Honorable Pamela S. Hollis.

    (ii) Order Authorizing And Approving Allocation Of Proceeds Of The Global Settlement [**Docket No. 989**], prepared by Kevin H. Morse of Saul Ewing Arnstein & Lehr LLP, signed on 11/16/2017 by The Honorable Pamela S. Hollis.

    (iii) Proposed Order Granting, in Part, Motion of Raceway Trustee to (1) Modify the Allocation Order and the Allocation Analysis Approved Thereby; (II) Modify the Definition of "Net Proceeds" Approved by the Settlement Order; and (III) Grant Other Appropriate Relief [**Docket 2472**], prepared by Ira Bodenstein.

(b) **Responses Filed**: None.

(c) **Status: Parties will seek entry of the Proposed Order [Docket 2472]. The Trustee request that the remaining portion of the Motion will be continued for status to the next omnibus hearing set for January 17, 2019 at 11:00 (CST).**

2. Notice of Motion and Trustee's Motion To Clarify The Allocation Order To Specifically Set Forth The Types of Assets That Are Not Subject To The Allocation Analysis And For Other Appropriate Relief [**Docket No. 2414**], filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC.

    (a) **Related Documents:**

        (i) Order Authorizing And Approving Settlement Agreement By And Among The Secured Parties And The Official Committee OF Unsecured Creditors of Central Grocers, Inc, Et al., On Behalf of Itself, Each Of The Debtors And Each Of The Debtors' Estates, the "Lender Settlement Order" [**Docket No. 988**], prepared by Kevin H. Morse and William A. Williams of Saul Ewing Arnstein & Lehr LLP, signed on 11/16/2017 by The Honorable Pamela S. Hollis.

        (ii) Order Authorizing And Approving Allocation Of Proceeds Of The Global Settlement, the "Allocation Order" [**Docket No. 989**], prepared by Kevin H. Morse of Saul Ewing Arnstein & Lehr LLP, signed on 11/16/2017 by The Honorable Pamela S. Hollis.

    (b) **Responses Filed**: None.

    (c) **Status**: **The Trustee request that this matter be continued for status to the next omnibus hearing set for January 17, 2019 at 11:00 (CST).**

3. Notice of Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1

**[Docket No. 1611]** filed by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC.

- (a) **Related Documents:**

    - (i) Affidavit of Service Of Justin J. Ra Regarding Notice of Trustees First (1st) Omnibus Objection to 503(b)(9) Claims, Notice of Trustees Second (2nd) Omnibus Objection to 503(b)(9) Claims, Notice of Trustees Third (3rd) Omnibus Objection to 503(b)(9) Claims, and Notice of Trustees Fourth (4th) Omnibus Objection to 503(b)(9) Claims [**Docket No. 1909**] Filed by Prime Clerk LLC.

    - (ii) Notice of Hearing, On October 11, 2018, Regarding (A) Trustee's First (1st) Omnibus Objection To 503(b)(9) Claims Pursuant to Section 502 Of The Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket 1610]; (B) Trustee's Second (2nd) Omnibus Objection To 503(b)(9) Claims Pursuant to Section 502 Of The Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket 1611] And (C) Trustee's Third (3rd) Omnibus Objection To 503(b)(9) Claims Pursuant to Section 502 Of The Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 1612] **[Docket No. 2225]**, filed by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC..

    - (iii) Order Sustaining Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local rule 3007-1 (Dkt. No. 1611) [**Docket No. 2220**].

    - (iv) Second Order Sustaining In Part and Continuing In Part Trustee's First (1st) Omnibus Objection to 503(b)(9) Claims (Dkt. No. 1610), Second (2nd) Omnibus Objection to 503(b)(9) Claims (Dkt. No. 1611), And Third (3rd) Omnibus Objection to 503(b)(9) Claims (Dkt. No. 1612), And First Order Sustaining In Part And Continuing In Part Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims (Dkt. No. 2174), [**Docket No. 2314**].

    - (v) Hearing continued from 11/15/2018 Omnibus Hearing **[Docket No. 2416** and **Docket No. 2435,** Third Order**]**.

    - (vi) Proposed Fourth Order Sustaining in Part and Continuing in Part Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims (Dkt No. 1611) [**Docket No. 2480**], prepared by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC.

    (b)    **Responses Filed:**

        (i)    Response of Kimberly-Clark Global Sales LLC to Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 **[Docket No. 2115]**, filed by Aaron Davis on behalf of Kimberly-Clark Global Sales LLC.

        (ii)    Response of Mondelez Global, LLC to Trustee's Second Omnibus Objection to 503(b)(9) Claims **[Docket No. 2157]**, filed by Richard B. Polony on behalf of Mondelez Global, LLC.

        (iii)    Trustee's Reply in Support of Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claim of Kimberly-Clark Global Sales LLC **[Docket No. 2476]**.

    (c)    **Status: This matter is going forward and the Trustee requests the Court enter the Proposed Order filed on December 10, 2018 [Docket No. 2480]. The Trustee's objections to the claim filed by: Mondelez Global LLC (No. 685) is adjourned to the omnibus hearing set for January 17, 2019 at 11:00 (CST).**

4.    Notice of Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 **[Docket No. 2174]** filed by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC.

    (a)    **Related Documents:**

        (i)    Affidavit of Service Gerhald R. Pasabangi Regarding Notice of Trustees Fifth (5th) Omnibus Objection to 503(b)(9) Claims, and Notice of Trustees Sixth (6th) Omnibus Objection to 503(b)(9) Claims [**Docket No. 2211**], filed by Prime Clerk LLC.

        (ii)    Notice of Hearing, On October 11, 2018, Regarding Trustee's Fifth (5th) Omnibus Objection To 503(b)(9) Claims Pursuant to Section 502 Of The Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [Docket No. 12174] **[Docket No. 2226],** filed by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC.**.**

        (iii)    Second Order Sustaining In Part and Continuing In Part Trustee's First (1st) Omnibus Objection to 503(b)(9) Claims (Docket No. 1610), Second (2nd) Omnibus Objection to 503(b)(9) Claims (Docket No. 1611), And Third (3rd) Omnibus Objection to 503(b)(9) Claims (Docket No. 1612), And First Order Sustaining In Part And

                Continuing In Part Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims (Docket No. 2174), [**Docket No. 2314**].

        (iv)    Hearing continued from 11/15/2018 Omnibus Hearing **[Docket No. 2417** and **Docket No. 2421,** Second Order on Fifth Omnibus**]**.

        (v)    Proposed Third Order Continuing in Part Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims (Dkt. No. 2174) [**Docket No. 2481**].

    (b)    **Status: This matter is going forward and the Trustee requests the Court enter the Proposed Order filed on December 10, 2019 [Docket No. 2481]. The Trustee's objection to the claim filed by Valu Merchandising Company (No. 1426) is adjourned to the omnibus hearing set for January 17, 2019 at 11:00 (CST).**

5.    Notice of Motion and Motion to Approve Motion of Certain Utilities for Payment of Past Due Postpetition Utility Charges from Adequate Assurance Account **[Docket No. 1426]** filed by Jason M Torf on behalf of Constellation, Commonwealth Edison Company

    (a)    **Related Documents:** Hearing Continued to 12/13/2018 **[Docket No. 2418]**.

    (b)    **Responses Filed:** None.

    (c)    **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the next omnibus hearing set for January 17, 2019 at 11:00 (CST).**

6.    Notice and Motion and Application for Payment of Administrative Expenses [**Docket No. 1050**] filed by The Previant Law Firm, on behalf of The International Brotherhood of Teamsters and their affiliated Teamsters Unions No. 703 and 710.

    (a)    **Related Documents**:

        (i)    Exhibits B & C – Collective Bargaining Agreements **[Docket No. 1053]**.

        (ii)    Agreed Order Continuing Motion and Application for Payment of Administrative Expenses filed by The International Brotherhood of Teamsters and their affiliated Teamsters Union No. 703 and 710 **[Docket No. 1334]**.

        (iii)    Hearing Continued **[Docket No. 1392]** (RE: Notice of Motion for Allowance and Payment of Administrative Expense Priority Claim).

        (iv)    Hearing continued from 11/15/2018 Omnibus Hearing **[Docket No. 2419]**.

    (b)    **Responses Filed:** None.

    (c)    **Status**: **Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for January 17, 2018 at 11:00 (CST).**

7. Amended Notice of Motion [**Docket No. 2471**] and Motion for Relief from Stay [**Docket No. 2294**] filed by Benjamin Kelly on behalf of Denise Givens.

    (a) **Related Documents**: None.

    (b) **Responses Filed**: None.

    (c) **Status**: **This matter is going forward.**

8. Notice of Motion and Second Motion to Approve Settlements Under Bankruptcy Rule 9019 Between the Trustee and Avoidance Action Defendants [**Docket No. 2360**], filed by Joseph L. Steinfeld, Jr. and Kara E. Castell, on behalf Howard B. Samuels, as chapter 7 trustee for Central Grocers, Inc.

    (a) **Related Documents**: None.

    (b) **Responses Filed:** None.

    (c) **Status: This matter is going forward and the Trustee will request the Court enter the Proposed Order attached to the Motion.**

9. Notice of Motion and Trustee's Application for Authority to Employ M.A.I.T. Co. as Consultant Pursuant to 11 U.S.C. §§ 327(A) and 328 and Bankruptcy Rule 2014 *Nunc Pro Tunc* to October 10, 2018 and for Related Relief **[Docket No. 2470]**, filed by Michael M. Eidelman on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC.

    (a) **Related Documents**:

        (i) Affidavit of Service for Application to Employ M.A.I.T. Co. as Consultant Pursuant to 11 U.S.C. §§ 327(a) and 328 and Bankruptcy Rule 2014 *Nunc Pro Tunc* to October 10, 2018 (Docket No. 2470) [**Docket No. 2475**], filed by Keenan K. Baldeo of Prime Clerk LLC, noticing agent for the Debtors.

        (ii) Revised Proposed Order Granting Application of Trustee for Authority to M.A.I.T. Co. as a Consultant Pursuant to 11 U.S.C. §§ 327(A) and 328 and Bankruptcy Rule 2014 *Nunc Pro Tunc* to December 3, 2018 [**Docket No. 2482**].

        (iii) Redline comparison of the initial Proposed Order Granting Application of Trustee for Authority to M.A.I.T. Co. as a Consultant Pursuant to 11 U.S.C. §§ 327(A) and 328 and Bankruptcy Rule 2014 *Nunc Pro Tunc* to October 10, 2018 and for Related Relief (Docket No. 2470-3), and the Revised Proposed Order Granting Application of Trustee for Authority to Employ M.A.I.T. Co. as a

      Consultant Pursuant to 11 U.S. C. §§ 327(A) and 328 and Bankruptcy Rule 2014 *Nunc Pro Tunc* to December 3, 2018 and for Related Relief (Docket No. 2482) [**Docket No. 2483].**

  (b) **Responses Filed**: None.

  (c) **Status: This matter is going forward. Representatives from the United States Trustee's office reviewed the Application and requested that the Trustee's proposed retention of M.A.I.T. Co. be retroactive only to December 3, 2018. The Trustee agreed to the United States Trustee's representative's request, and has thus resolved any objections the United States Trustee's office has to the Application. The Trustee will request the Court enter the revised Proposed Order (Docket No 2482), filed on December 11, 2018.**

10. Notice of Motion and Joint Motion to Approve Stipulation and Consent Order Authorizing Extension of Lender Payment Under Approved Settlement Agreement, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC, and Robert M. Fishman, on behalf of Gregg E. Szilagyi, in his capacity as chapter 7 trustee for the bankruptcy estates of CGI Joliet, LLC, Currency Express, Inc., Raceway Central, LLC, Raceway Central Calumet Park LLC, Raceway Central Chicago Heights LLC, Raceway Central Downers Grove LLC, Raceway Central Joliet North LLC, Raceway Central LLC North Valpo, and Raceway Central Wheaton LLC [**Docket No. 2473**].

  (a) **Related Documents**:

    (i) Order Authorizing And Approving Settlement Agreement By And Among The Secured Parties And The Official Committee OF Unsecured Creditors of Central Grocers, Inc, Et al., On Behalf of Itself, Each Of The Debtors And Each Of The Debtors' Estates , the "Lender Settlement Order" [**Docket No. 988**], prepared by Kevin H. Morse and William A. Williams of Saul Ewing Arnstein & Lehr LLP, signed on 11/16/2017 by The Honorable Pamela S. Hollis.

    (ii) Affidavit of Service for Joint Motion to Approve Stipulation and Consent Order Authorizing Extension of Lender Payment Under Approved Settlement Agreement, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC, and Robert M. Fishman, on behalf of Gregg E. Szilagyi, in his capacity as chapter 7 trustee for the bankruptcy estates of CGI Joliet, LLC, Currency Express, Inc., Raceway Central, LLC, Raceway Central Calumet Park LLC, Raceway Central Chicago Heights LLC, Raceway Central Downers Grove LLC, Raceway Central Joliet North LLC, Raceway Central LLC North Valpo, and Raceway Central Wheaton LLC (Docket No. 2473) [**Docket No. 2477**], filed by Gerhald R. Pasabangi of Prime Clerk LLC, noticing agent for the Debtors

      b. **Status**: **This matter is going forward and the Select Trustee and Raceway Trustee will request that the Court enter the Proposed Order attached to the Motion.**

11. Notion of Motion and Motion to Lift Automatic Stay Or To Grant An Exception to the Discharge Injunction [**Docket No. 2433**], filed by James J. Lessmeister, on behalf of Pamela Burns.

    (a) **Related Documents:** None.

    (b) **Responses Filed:** None.

    (c) **Status:** **This matter is going forward.**

12. Notice of Motion, Cover Sheet and First Interim Fee Application of Vedder Price, P.C., as Counsel for the Chapter 7 Trustee, for Payment of Interim Compensation and Reimbursement of Expenses During the Period January 12, 2018 Through September 30, 2018 [**Docket No. 2437**], filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC.

    (a) **Related Documents:**

        (i) Affidavit of Service for First Interim Application of Vedder Price, P.C., as Counsel for the Chapter 7 Trustee, for Payment of Interim Compensation and Reimbursement of Expense During the Period January 12, 2018 Through September 30, 2018 (Docket No. 2437) [**Docket No. 2454**], filed by Keenan K. Baldeo of Prime Clerk LLC, noticing agent for the Debtors.

        (ii) Revised Proposed Order Approving First Interim Application of Vedder Price, P.C., as Counsel for the Chapter 7 Trustee, for Payment of Interim Compensation and Reimbursement of Expenses During the Period January 12, 2018 Through September 30, 2018 (Docket No. 2437-9) [**Docket No. 2478**], filed by filed by Michael M. Eidelman.

        (iii) Redline comparison of the initial Proposed Order Approving First Interim Application of Vedder Price, P.C., as Counsel for the Chapter 7 Trustee, for Payment of Interim Compensation and Reimbursement of Expenses During the Period January 12, 2018 Through September 30, 2018 (Docket No. 2437-9) and the Revised Proposed Order Approving First Interim Application of Vedder Price, P.C., as Counsel for the Chapter 7 Trustee, for Payment of Interim Compensation and Reimbursement of Expenses During the Period January 12, 2018 Through September 30, 2018 (Docket No. 2478), [**Docket No. 2479**].

    (b) **Responses Filed:** None.

   (c) **Status: This matter is going forward. Representatives from the United States Trustee's office reviewed and provided comments to Vedder Price regarding the First Interim Fee Application. As a result of those comments, Vedder Price agreed to increase the Voluntary Discount (as defined in the First Interim Fee Application) by an additional $10,000, thereby increasing Voluntary Discount to $50,000, and resolving any objections the United States Trustee's office has to the First Interim Fee Application.**

13. ASK and RCT Adversary Proceedings. Attached as **Exhibit 1** is a list of the 346 active adversary proceedings which the Trustee has filed

   (a) **Status**: **Pursuant to the Procedures Orders applicable to each of these adversary proceedings [Docket Nos. 1533-1534], the Trustee is working to resolve each of the adversary proceedings set forth on Exhibit 1. All adversary proceedings on Exhibit 1 will be continued to the omnibus hearing set for January 17, 2018 at 11:00 (CST).**

Dated: December 11, 2018      Respectfully submitted,

                 Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC

                 By: */s/ Michael M. Eidelman*
                    One of his attorneys

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Allison B. Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609 7500 telephone
(312) 609-5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
ahudson@vedderprice.com

### Certificate of Service

      Michael M. Eidelman, the undersigned attorney, hereby certifies that on December 11, 2018, he caused the foregoing **Notice of Agenda of Matters Scheduled for Hearing on December 13, 2018** to be served on the CM/ECF registrants.

                                                      /s/ Michael M. Eidelman

## Mailing Information for Case 17-13886

**Electronic Mail Notice List, via the Court's CM/ECF system.**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case:

**Howard L. Adelman**  hla@ag-ltd.com, dbaird@ag-ltd.com
**David A Agay**  dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
**Angela M Allen**  aallen@jenner.com
**R Scott Alsterda**  rsalsterda@nixonpeabody.com
**Brock Alvarado**  brock@gowithalvarez.com
**Mark A. Amendola**  mamendola@martynlawfirm.com
**Thomas J. Angell**  tangell@jbosh.com
**Amy A Aronson**  amyaronson@comcast.net, amyaronson@comcast.net
**Ronald Barliant**  ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
**Karl R Barnickol**  kbarnickol@nge.com, ewilson@nge.com; ecfdocket@nge.com
**Edric S Bautista**  ebautista@sanchezdh.com
**Mark T Benedict**  mark.benedict@huschblackwell.com, susan.williams@huschblackwell.com
**Robert R Benjamin**  rrbenjamin@gct.law, mperez@gct.law; myproductionss@gmail.com; tstephenson@gct.law; aleon@gct.law; r61390@notify.bestcase.com
**John A Benson**  jbenson@huckbouma.com
**Brendan G Best**  bgbest@varnumlaw.com, wrkyles@varnumlaw.com
**Amber L Bishop**  amichlig@salawus.com
**Richard A Bixter**  richard.bixter@hklaw.com
**Ira Bodenstein**  iratrustee@shawfishman.com, IL29@ecfcbis.com; plove@foxrothschild.com; chdocket@foxrothschild.com
**Mark V Bossi**  mbossi@thompsoncoburn.com
**Michael A Brandess**  mbrandess@sfgh.com, bkdocket@sfgh.com
**Daniel Breen**  danbreen@breenlawchicago.com
**Alexander F Brougham**  abrougham@ag-ltd.com, dbaird@ag-ltd.com
**David R Brown**  dbrown@springerbrown.com, iprice@springerbrown.com
**Abraham Brustein**  abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
**Kurt M. Carlson**  kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com
**Theresa B Carney**  tcarney@rfclaw.com, khutson@rfclaw.com

**Patrick W Carothers** pcarothers@leechtishman.com, ghauswirth@leechtishman.com; bankruptcy@leechtishman.com; dtomko@leechtishman.com
**W. Kent Carter** kentcarter@gordonrees.com, mobrien@grsm.com
**Timothy R Casey** timothy.casey@dbr.com, andrew.groesch@dbr.com
**Kara E Casteel** kcasteel@askllp.com, lmiskowiec@askllp.com
**Steven B Chaiken** schaiken@ag-ltd.com, aweir@ag-ltd.com
**Aaron B Chapin** aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com; HBCourtFilings-CHI@huschblackwell.com
**Barry A Chatz** barry.chatz@saul.com, jurate.medziak@saul.com
**Scott R Clar** sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com
**Peter A Clark** pclark@btlaw.com
**Michael R Collins** michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
**William J Connelly** wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
**Benjamin Court** benjamin.court@stinson.com
**Heather M Crockett** heather.crockett@atg.in.gov, carrie.gale@atg.in.gov
**Amy E Daleo** adaleo@cohonraizes.com
**Darrell Daley** darrell@daleylawyers.com, samantha@daleylawyers.com
**Charles Dargo** dargo@bettercallmylawyer.com
**Aaron Davis** aaron.davis@bclplaw.com, CHDocketing@bclplaw.com; kathryn.farris@bclplaw.com
**Daniel P. Dawson** ddawson@nisen.com, adrag@nisen.com
**Steven M De Falco** sdefalco@meuerslawfirm.com, lrogers@meuerslawfirm.com, snurenberg@meuerslawfirm.com
**Shelly A. DeRousse** sderousse@freeborn.com, bkdocketing@freeborn.com; jhazdra@ecf.inforuptcy.com
**John S. Delnero** jdelnero@pedersenhoupt.com, koblazny@pedersenhoupt.com
**Bruce C. Dopke** bdopke@stahlcowen.com, bruce@dopkelaw.com
**Brian M. Dougherty** bmd@gsrnh.com, kam@gsrnh.com
**David R Doyle** ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
**Kevin C. Driscoll** kevin.driscoll@btlaw.com, jriazi@btlaw.com; ddotts@btlaw.com
**Nicholas R Dwayne** ndwayne@ag-ltd.com, tslack@ag-ltd.com
**Michael M. Eidelman** meidelman@vedderprice.com, ecfdocket@vedderprice.com; michael-eidelman-9405@ecf.pacerpro.com; 7610@ecf.pacerpro.com
**Mary J Fassett** mjf@mccarronlaw.com
**Robert M Fishman** rfishman@foxrothschild.com, kjanecki@foxrothschild.com
**Mason N Floyd** mfloyd@clarkhill.com, lstephens@clarkhill.com
**Joseph D Frank** jfrank@fgllp.com, jkleinman@fgllp.com; mmatlock@fgllp.com; csucic@fgllp.com; csmith@fgllp.com
**Patricia B Fugee** patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
**Thomas B Fullerton** thomas.fullerton@akerman.com
**Joshua A Gadharf** jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
**George P Galanos** geogalanos@ameritech.net, lawclerk.galanoslaw@gmail.com; geogalanos@gmail.com
**Matthew Gartner** matthew.gartner@huschblackwell.com, legalsupportteam-10flnorth-slc@huschblackwell.com
**Sara J Geenen** sjg@previant.com, cmw@previant.com
**Karen R Goodman** kgoodman@taftlaw.com, nbeagan@taftlaw.com

**Danielle J. Gould**  dszukala@burkelaw.com
**Gordon E. Gouveia**  ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
**Thomas G Grace**  thomas@dispartilaw.com
**Trinitee G. Green**  trinitee.green@bclplaw.com, CHDocketing@bclplaw.com
**Joshua D. Greene**  jgreene@springerbrown.com, iprice@springerbrown.com
**E. Philip Groben**  pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
**Joel D Groenewold**  jdgroenewold@kopkalaw.com
**Alison M Gutierrez**  alison.gutierrez@kutakrock.com
**John W Guzzardo**  jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
**Benjamin E Haskin**  bhaskin@agdglaw.com, jgrote@agdglaw.com
**Scott J Helfand**  Scott.Helfand@huschblackwell.com, LegalSupportTeam-Lit-TM-CHI@huschblackwell.com
**Mark J Horwitz**  mark@thehorwitzlawgroup.com
**Allison Hudson**  ahudson@vedderprice.com, ecfdocket@vedderprice.com
**Timothy M Hughes**  thughes@lavellelaw.com, r41234@notify.bestcase.com
**Chad J Husnick**  chusnick@kirkland.com, will.guerrieri@kirkland.com
**Paula K. Jacobi**  pjacobi@btlaw.com, jsantana@btlaw.com
**Todd C Jacobs**  tjacobs@bradleyriley.com, moconnell@bradleyriley.com
**Elizabeth L Janczak**  ejanczak@freeborn.com, bkdocketing@freeborn.com
**Brett A Kaufman**  brett@kaufmanlegal.net
**Martin S Kedziora**  kedzioram@gtlaw.com, hernandezden@gtlaw.com; CHILitDock@GTLAW.com; doranb@gtlaw.com
**Benjamin Kelly**  benkellysr@comcast.net
**Randall Klein**  randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com
**Candice L Kline**  kline@carpenterlipps.com, figueroa@carpenterlipps.com
**William B Kohn**  kohn@wbkohnlaw.com
**Lawrence J Kotler**  ljkotler@duanemorris.com
**Kay Kress**  kressk@pepperlaw.com
**David O. Kreuter**  dkreuter@kgatty.com
**Gina B Krol**  gkrol@cohenandkrol.com, gkrol@cohenandkrol.com; acartwright@cohenandkrol.com; jneiman@cohenandkrol.com
**Robert J. Labate**  robert.labate@hklaw.com
**Joseph H Langerak**  jhlangerak@jacksonkelly.com, arsatterfield@jacksonkelly.com; abigail.harrington@jacksonkelly.com
**Ronald F Layer**  legal@layerlaw.com
**Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
**Vincent E. Lazar**  vlazar@jenner.com, docketing@jenner.com; thooker@jenner.com
**Caren A Lederer**  calederer@gct.law, mperez@gct.law, stasciotti@gct.law, tstephenson@gct.law, aleon@gct.law
**David P Leibowitz**  dleibowitz@lakelaw.com, jstorer@lakelaw.com; storerjr58596@notify.bestcase.com; ecf@lodpl.com
**Mark E Leipold**  mleipold@gouldratner.com, gferguson@gouldratner.com; lgray@gouldratner.com; mhannon@gouldratner.com; gould-ecfs_notice@juralaw.net
**James Lessmeister**  jlessmeister@lessmeisterlaw.com
**Kyle A Lindsey**  klindsey@jnlegal.net, cjohnson@jnlegal.net
**Douglas J. Lipke**  dlipke@vedderprice.com, ecfdocket@vedderprice.com; 7610@ecf.pacerpro.com; doug-lipke-7162@ecf.pacerpro.com
**Jennifer G Lurken**  jlurken@gislason.com

**Robert B. Marcus**  rmarcus@attorneymm.com, mail@attorneymm.com
**Teresa A Massa**  tam@terrellandthrall.com
**G. Alexander McTavish**  amctavish@fmcolaw.com
**Mark Melickian**  mmelickian@sfgh.com, joconnor@sfgh.com; mbrandess@sfgh.com; bkdocket@sfgh.com
**Todd C Meyers**  tmeyers@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com
**Nicholas M Miller**  nmiller@ngelaw.com, ecfdocket@ngelaw.com; cdennis@ngelaw.com; mmirkovic@ngelaw.com
**Bryan E. Minier**  bminier@lathropgage.com, mvargas@lathropgage.com; krodriguez@lathropgage.com
**James P Moloy**  jmoloy@boselaw.com, mwakefield@boselaw.com
**Michael C. Moody**  mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com
**James E. Morgan**  jem@h2law.com, smckinney@howardandhoward.com
**Justin Morgan**  justin.morgan@bclplaw.com
**Peter Morrison**  peter.morrison@squirepb.com, cle_dckt@squirepb.com
**Kevin H Morse**  kevin.morse@saul.com
**James Naisbitt**  jnaisbitt@aol.com
**Lauren Newman**  lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com; aversis@thompsoncoburn.com; bray@thompsoncoburn.com
**Ha M Nguyen**  ha.nguyen@usdoj.gov, denise.delaurent@usdoj.gov
**John L Nisivaco**  john@chicagoinjurylaw.com
**R Timothy Novel**  tnovel@agdglaw.com
**Peter Nozicka**  peter@trapplaw.com
**Sven T Nylen**  sven.nylen@klgates.com
**John R O'Connor**  joconnor@sfgh.com, bkdocket@sfgh.com
**Michael V Ohlman**  mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com
**Leo Oppenheimer**  loppenheimer@rctlegal.com
**Frederick Perillo**  fp@previant.com, jb@previant.com
**Nancy A Peterman**  petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com
**Ann E Pille**  ann.pille@dlapiper.com, apille@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
**Jerome W Pinderski**  jerome@pinderski.com
**Richard B. Polony**  rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com, courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com
**Scott A Pyle**  spyle@rubinoruman.com, amanuel@rubinoruman.com; ttoso@rubinoruman.com
**Robert Radasevich**  rradasevich@ngelaw.com, ewilson@nge.com; ecfdocket@ngelaw.com
**Richard W. Rappold**  rwr@rappoldlaw.com
**Phillip S. Reed**  preed@pfs-law.com, nvizzini@pfs-law.com
**Leigh D Roadman**  lroadman@clarkhill.com, lstephens@clarkhill.com
**Adam B. Rome**  arome@grglegal.com, abernath@grglegal.com
**Mark D. Roth**  markdroth@gmail.com
**Corey Rubenstein**  crubenstein@loeb.com, kencinas@loeb.com, chdocket@loeb.com, _CHLitParalegals@loeb.com
**Todd J Ruchman**  amps@manleydeas.com
**William J Ryan**  wryan@scandagliaryan.com, dwaters@scandagliaryan.com; dmaziarka@scandagliaryan.com
**Tanya M Salman**  tmsalman@michaelbest.com, jlbrown@michaelbest.com; courtmail@michaelbest.com

**Derek D Samz**  dsamz@dimontelaw.com, mrussell@dimontelaw.com
**Ronald L Sandack**  ronald@gaido-fintzen.com, esaldivar@gaido-fintzen.com
**Walter Sandoval**  wfs@hilbrich.com
**Dennis M Sbertoli**  dsbert4978@aol.com
**Paul H Scheuerlein**  pscheuerlein@gaido-fintzen.com, lynette@g-f.co; ecf@g-f.co
**Scott N. Schreiber**  sschreiber@clarkhill.com, blambert@clarkhill.com
**Jeffrey M Schwartz**  jschwartz@muchshelist.com, nsulak@muchshelist.com
**Mary A Shipley**  ashipley@mcguirewoods.com, djohnson@mcguirewoods.com
**Stephen Smalling**  sjs@capronlaw.com
**Kevin C Smith**  ksmith@smithsersic.com, dgreen@smithsersic.com
**Charles S. Stahl, Jr.**  cstahl@smbtrials.com
**Peter S Stamatis**  peter@stamatislegal.com
**Joseph L. Steinfeld**  jsteinfeld@askllp.com, lmiskowiec@askllp.com; kcasteel@askllp.com; gunderdahl@askllp.com; rreding@askllp.com; brubis@askllp.com; bmcgrath@askllp.com; mudem@askllp.com; jchristian
**Stephen B Sutton**  ssutton@lathropgage.com
**Paul  Swanson**  pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com; 9572849420@filings.docketbird.com
**Joseph R Swee**  jswee@scandagliaryan.com, dwaters@scandagliaryan.com; cfron@scandagliaryan.com
**Gregg Szilagyi**  gs@tailserv.com
**Robert D Tepper**  rtepper@sabt.com, SummersM@ballardspahr.com; tsobieraj@satcltd.com
**William W Thorsness**  wthorsness@vedderprice.com, ecfdocket@vedderprice.com; ewatt@vedderprice.com; 7610@ecf.pacerpro.com; william-thorsness- 6297@ecf.pacerpro.com
**Jason M Torf**  jtorf@hmblaw.com, ecfnotices@hmblaw.com
**Jessica Tovrov**  jessica@tovrovlaw.com
**Daniel E Tranen**  Daniel.tranen@wilsonelser.com, mark.ledwin@wilsonelser.com
**Mark R Valley**  mvalley@lawmrv.com, mcaiazzo@lawmrv.com
**John D. VanDeventer**  jvandeventer@jenner.com
**Eric P VanderPloeg**  evanderploeg@burkelaw.com
**Elizabeth B Vandesteeg**  evandesteeg@sfgh.com, bkdocket@sfgh.com
**Rion Vaughan**  rvaughan@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com
**Richard W Ward**  rwward@airmail.net
**Michael D Warner**  mwarner@coleschotz.com, klabrada@coleschotz.com
**Brian P Welch**  bwelch@burkelaw.com, gbalderas@burkelaw.com
**David K Welch**  dwelch@burkelaw.com, gbalderas@burkelaw.com; bwelch@burkelaw.com; welchdr67393@notify.bestcase.com
**Erin A West**  ewest@gklaw.com, kboucher@gklaw.com; sshank@gklaw.com
**Amanda J Wiese**  bankruptcy@hsbattys.com, bk4hsbm@gmail.com
**William A. Williams**  bill.williams@saul.com
**Mark E Wilson**  mark.wilson@fisherbroyles.com
**Richard R Winter**  richard.winter@hklaw.com
**Charles R Woolley**  rwoolley@askounisdarcy.com, okappers@askounisdarcy.com
**Amanda S Yarusso**  amanda.yarusso@gmail.com
**Lois J Yu**  lyu@centralstates.org
**Daniel  A Zazove**  dzazove@perkinscoie.com, docketchi@perkinscoie.com; daniel-zazove-4464@ecf.pacerpro.com; jessica-matamoros-0866@ecf.pacerpro.com
**Brian R Zeeck**  bzeeck@hinshawlaw.com, cynthiablack@hinshawlaw.com

**Jane F Zimmerman** jzimmerman@murphydesmond.com