IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., et al., | Case No. 17-13886 (PSH) (Jointly Administered) |
| Debtors,[1] | Hon. Pamela S. Hollis |

### NOTICE OF TRUSTEE'S MOTION TO APPROVE STIPULATION AND PROTECTIVE ORDER

**PLEASE TAKE NOTICE** that on **January 17, 2019 at 11:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge, or any other judge sitting in her stead, in Courtroom 644 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Trustee's Motion to Approve Stipulation and Protective Order**, a copy of which is attached herewith and served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

---

[1] The Select Debtors in these Chapter 7 cases, along with the last four of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

1

Dated: January 8, 2019

Respectfully submitted,

*Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC*

By:  /s/ William W. Thorsness
     One of his attorneys

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Allison B. Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609 7500 telephone
(312) 609 5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
ahudson@vedderprice.com

-and-

*Special Litigation Counsel to Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC*

/s/ Leo B. Oppenheimer
Eric D. Madden (admitted pro hac vice)
J. Benjamin King (admitted pro hac vice)
Leo B. Oppenheimer (admitted pro hac vice)
REID COLLINS & TSAI LLP
1601 Elm Street, 42nd Floor
Dallas, Texas 75201
(214) 420-8900 telephone
(214) 420-8909 facsimile
emadden@rctlegal.com
bking@rctlegal.com
loppenheimer@rctlegal.com

**CERTIFICATE OF SERVICE**

William W. Thorsness, the undersigned attorney, hereby certifies that on January 8, 2019, he caused the foregoing **Notice** and following **Trustee's Motion to Approve Stipulation and Protective Order**, to be served on the following CM/ECF registrants, and on PJ Solomon, L.P., in the manner described below.

*/s/ William W. Thorsness*

# Mailing Information for Case 17-13886

**Electronic Mail Notice List, via the Court's CM/ECF system.**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case:

**Howard L. Adelman**  hla@ag-ltd.com, dbaird@ag-ltd.com
**David A Agay**  dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
**Angela M Allen**  aallen@jenner.com
**R Scott Alsterda**  rsalsterda@nixonpeabody.com
**Brock Alvarado**  brock@gowithalvarez.com
**Mark A. Amendola**  mamendola@martynlawfirm.com
**Thomas J. Angell**  tangell@jbosh.com
**Amy A Aronson**  amyaronson@comcast.net, amyaronson@comcast.net
**Ronald Barliant**  ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
**Karl R Barnickol**  kbarnickol@nge.com, ewilson@nge.com; ecfdocket@nge.com
**Edric S Bautista**  ebautista@sanchezdh.com
**Mark T Benedict**  mark.benedict@huschblackwell.com, susan.williams@huschblackwell.com
**Robert R Benjamin**  rrbenjamin@gct.law, mperez@gct.law; myproductionss@gmail.com; tstephenson@gct.law; aleon@gct.law; r61390@notify.bestcase.com
**John A Benson**  jbenson@huckbouma.com
**Brendan G Best**  bgbest@varnumlaw.com, wrkyles@varnumlaw.com
**Amber L Bishop**  amichlig@salawus.com
**Richard A Bixter**  richard.bixter@hklaw.com
**Ira Bodenstein**  iratrustee@shawfishman.com, IL29@ecfcbis.com; plove@foxrothschild.com; chdocket@foxrothschild.com
**Mark V Bossi**  mbossi@thompsoncoburn.com
**Michael A Brandess**  mbrandess@sfgh.com, bkdocket@sfgh.com
**Daniel Breen**  danbreen@breenlawchicago.com
**Alexander F Brougham**  abrougham@ag-ltd.com, dbaird@ag-ltd.com
**David R Brown**  dbrown@springerbrown.com, iprice@springerbrown.com
**Abraham Brustein**  abrustein@dimonteandlizak.com, jjarke@dimontelaw.com

**Kurt M. Carlson** kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com
**Theresa B Carney** tcarney@rfclaw.com, khutson@rfclaw.com
**Patrick W Carothers** pcarothers@leechtishman.com, ghauswirth@leechtishman.com; bankruptcy@leechtishman.com; dtomko@leechtishman.com
**W. Kent Carter** kentcarter@gordonrees.com, estoneking@grsm.com
**Timothy R Casey** timothy.casey@dbr.com, andrew.groesch@dbr.com
**Kara E Casteel** kcasteel@askllp.com, lmiskowiec@askllp.com
**Steven B Chaiken** schaiken@ag-ltd.com, aweir@ag-ltd.com
**Aaron B Chapin** aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com; HBCourtFilings-CHI@huschblackwell.com
**Barry A Chatz** barry.chatz@saul.com, jurate.medziak@saul.com
**Scott R Clar** sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com
**Peter A Clark** pclark@btlaw.com
**Matthew A Clemente** mclemente@sidley.com, efilingnotice@sidley.com;mgustafson@sidley.com;mgburke@sidley.com
**Michael R Collins** michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
**William J Connelly** wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
**Benjamin Court** benjamin.court@stinson.com
**Heather M Crockett** heather.crockett@atg.in.gov, carrie.gale@atg.in.gov
**Amy E Daleo** adaleo@cohonraizes.com
**Darrell Daley** darrell@daleylawyers.com, samantha@daleylawyers.com
**Charles Dargo** dargo@bettercallmylawyer.com
**Aaron Davis** aaron.davis@bclplaw.com, CHDocketing@bclplaw.com; kathryn.farris@bclplaw.com
**Daniel P. Dawson** ddawson@nisen.com, adrag@nisen.com
**Steven M De Falco** sdefalco@meuerslawfirm.com, lrogers@meuerslawfirm.com, snurenberg@meuerslawfirm.com
**Shelly A. DeRousse** sderousse@freeborn.com, bkdocketing@freeborn.com; jhazdra@ecf.inforuptcy.com
**John S. Delnero** jdelnero@pedersenhoupt.com, koblazny@pedersenhoupt.com
**Tejal S. Desai** tdesai@llflegal.comtdesai@llflegal.com
**Bruce C. Dopke** bdopke@stahlcowen.com, bruce@dopkelaw.com
**Brian M. Dougherty** bmd@gsrnh.com, kam@gsrnh.com
**David R Doyle** ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
**Kevin C. Driscoll** kevin.driscoll@btlaw.com, jriazi@btlaw.com; ddotts@btlaw.com
**Nicholas R Dwayne** ndwayne@ag-ltd.com, tslack@ag-ltd.com
**Michael M. Eidelman** meidelman@vedderprice.com, ecfdocket@vedderprice.com; michael-eidelman-9405@ecf.pacerpro.com; 7610@ecf.pacerpro.com
**Mary J Fassett** mjf@mccarronlaw.com
**Ian Fisher** ifisher@hahnlaw.com, cmbeitel@hahnlaw.com;ridebitetto@hahnlaw.com
**Robert M Fishman** rfishman@foxrothschild.com, kjanecki@foxrothschild.com
**Mason N Floyd** mfloyd@clarkhill.com, lstephens@clarkhill.com

4

**Joseph D Frank**  jfrank@fgllp.com, jkleinman@fgllp.com; mmatlock@fgllp.com; csucic@fgllp.com; csmith@fgllp.com
**Patricia B Fugee**  patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
**Thomas B Fullerton**  thomas.fullerton@akerman.com
**Joshua A Gadharf**  jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
**George P Galanos**  geogalanos@ameritech.net, lawclerk.galanoslaw@gmail.com; geogalanos@gmail.com
**Matthew Gartner**  matthew.gartner@huschblackwell.com, legalsupportteam-10flnorth-slc@huschblackwell.com
**Sara J Geenen**  sjg@previant.com, cmw@previant.com
**Karen R Goodman**  kgoodman@taftlaw.com, nbeagan@taftlaw.com
**Danielle J. Gould**  dszukala@burkelaw.com
**Gordon E. Gouveia**  ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
**Thomas G Grace**  thomas@dispartilaw.com
**Trinitee G. Green**  trinitee.green@bclplaw.com, CHDocketing@bclplaw.com
**Joshua D. Greene**  jgreene@springerbrown.com, iprice@springerbrown.com
**E. Philip Groben**  pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
**Joel D Groenewold**  jdgroenewold@kopkalaw.com
**Michael J Gunderson**  bankruptcy@chicago.com, lopez@gundersonfirm.com
**Alison M Gutierrez**  alison.gutierrez@kutakrock.com
**John W Guzzardo**  jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
**Benjamin E Haskin**  bhaskin@agdglaw.com, jgrote@agdglaw.com
**Scott J Helfand**  Scott.Helfand@huschblackwell.com, LegalSupportTeam-Lit-TM-CHI@huschblackwell.com
**Caleb T Holzaepfel**  caleb.holzaepfel@huschblackwell.com, LegalSupportTeam-Lookout-CHT@huschblackwell.com;caleb-holzaepfel-9767@ecf.pacerpro.com
**Mark J Horwitz**  mark@thehorwitzlawgroup.com
**Allison Hudson**  ahudson@vedderprice.com, ecfdocket@vedderprice.com
**Timothy M Hughes**  thughes@lavellelaw.com, r41234@notify.bestcase.com
**Chad J Husnick**  chusnick@kirkland.com, will.guerrieri@kirkland.com
**Paula K. Jacobi**  pjacobi@btlaw.com, jsantana@btlaw.com
**Todd C Jacobs**  tjacobs@bradleyriley.com, docket@bradleyriley.com
**Elizabeth L Janczak**  ejanczak@freeborn.com, bkdocketing@freeborn.com
**Roland G Jones**  pacer.rolandjones@gmail.com
**Brett A Kaufman**  brett@kaufmanlegal.net
**Martin S Kedziora**  kedzioram@gtlaw.com, hernandezden@gtlaw.com; CHILitDock@GTLAW.com; doranb@gtlaw.com
**Benjamin Kelly**  benkellysr@comcast.net
**Randall Klein**  randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com
**Candice L Kline**  kline@carpenterlipps.com, figueroa@carpenterlipps.com
**William B Kohn**  kohn@wbkohnlaw.com
**Lawrence J Kotler**  ljkotler@duanemorris.com
**Kay Kress**  kressk@pepperlaw.com
**David O. Kreuter**  dkreuter@kgatty.com

5

**Gina B Krol** gkrol@cohenandkrol.com, gkrol@cohenandkrol.com; acartwright@cohenandkrol.com; jneiman@cohenandkrol.com
**Robert J. Labate** robert.labate@hklaw.com
**Joseph H Langerak** jhlangerak@jacksonkelly.com, arsatterfield@jacksonkelly.com; abigail.harrington@jacksonkelly.com
**Ronald F Layer** legal@layerlaw.com
**Patrick S Layng** USTPRegion11.ES.ECF@usdoj.gov
**Vincent E. Lazar** vlazar@jenner.com, docketing@jenner.com; thooker@jenner.com
**Caren A Lederer** calederer@gct.law, mperez@gct.law, stasciotti@gct.law, tstephenson@gct.law, aleon@gct.law
**David P Leibowitz** dleibowitz@lakelaw.com, jstorer@lakelaw.com; storerjr58596@notify.bestcase.com; ecf@lodpl.com
**Caren A Lederer** calederer@gct.law, mperez@gct.law,stasciotti@gct.law,tstephenson@gct.law,aleon@gct.law
**Alfred S Lee** alee@lawpmh.com
**David P Leibowitz** dleibowitz@lakelaw.com, jstorer@lakelaw.com;storerjr58596@notify.bestcase.com;ecf@lodpl.com
**Pamela J Leichtling** pleichtling@clarkhill.com, jwoyan@clarkhill.com
**Mark E Leipold** mleipold@gouldratner.com, gferguson@gouldratner.com; lgray@gouldratner.com; mhannon@gouldratner.com; gould-ecfs_notice@juralaw.net
**James Lessmeister** jlessmeister@lessmeisterlaw.com
**Kyle A Lindsey** klindsey@jnlegal.net, cjohnson@jnlegal.net
**Douglas J. Lipke** dlipke@vedderprice.com, ecfdocket@vedderprice.com; 7610@ecf.pacerpro.com; doug-lipke-7162@ecf.pacerpro.com
**Jennifer G Lurken** jlurken@gislason.com
**Robert B. Marcus** rmarcus@attorneymm.com, mail@attorneymm.com
**Teresa A Massa** tam@terrellandthrall.com
**G. Alexander McTavish** amctavish@fmcolaw.com
**Mark Melickian** mmelickian@sfgh.com, joconnor@sfgh.com; mbrandess@sfgh.com; bkdocket@sfgh.com
**Todd C Meyers** tmeyers@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com
**Nicholas M Miller** nmiller@ngelaw.com, ecfdocket@ngelaw.com; cdennis@ngelaw.com; mmirkovic@ngelaw.com
**George R Mesires** george.mesires@faegrebd.com, darlene.walker@FaegreBD.com,faegrebddocket@faegrebd.com,nora.schweighart@FaegreBD.com
**Bryan E. Minier** bminier@lathropgage.com, mvargas@lathropgage.com; krodriguez@lathropgage.com
**James P Moloy** jmoloy@boselaw.com, mwakefield@boselaw.com
**Michael C. Moody** mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com
**James E. Morgan** jem@h2law.com, smckinney@howardandhoward.com
**Justin Morgan** justin.morgan@bclplaw.com
**Peter Morrison** peter.morrison@squirepb.com, cle_dckt@squirepb.com
**Kevin H Morse** kevin.morse@saul.com
**James Naisbitt** jnaisbitt@aol.com

6

**Lauren Newman** lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com; aversis@thompsoncoburn.com; bray@thompsoncoburn.com
**Ha M Nguyen** ha.nguyen@usdoj.gov, denise.delaurent@usdoj.gov, Kathryn.m.gleason@usdoj.gov
**John L Nisivaco** john@chicagoinjurylaw.com
**R Timothy Novel** tnovel@agdglaw.com
**Peter Nozicka** peter@trapplaw.com
**Sven T Nylen** sven.nylen@klgates.com
**John R O'Connor** joconnor@sfgh.com, bkdocket@sfgh.com
**Michael V Ohlman** mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com
**Leo Oppenheimer** loppenheimer@rctlegal.com
**Frederick Perillo** fp@previant.com, jb@previant.com
**Nancy A Peterman** petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com
**Ann E Pille** ann.pille@dlapiper.com, apille@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
**Jerome W Pinderski** jerome@pinderski.com
**Richard B. Polony** rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com, courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com
**Scott A Pyle** spyle@rubinoruman.com, amanuel@rubinoruman.com; ttoso@rubinoruman.com
**Robert Radasevich** rradasevich@ngelaw.com, ewilson@nge.com; ecfdocket@ngelaw.com
**Richard W. Rappold** rwr@rappoldlaw.com
**Phillip S. Reed** preed@pfs-law.com, nvizzini@pfs-law.com
**David Richardson** drichardson@neryrichson.com
**Sheldon E Richie** srichie@rg-austin.com
**Leigh D Roadman** lroadman@clarkhill.com, lstephens@clarkhill.com
**Adam B. Rome** arome@grglegal.com, abernath@grglegal.com
**Mark D. Roth** markdroth@gmail.com
**Corey Rubenstein** crubenstein@loeb.com, kencinas@loeb.com, chdocket@loeb.com, _CHLitParalegals@loeb.com
**Todd J Ruchman** amps@manleydeas.com
**William J Ryan** wryan@scandagliaryan.com, dwaters@scandagliaryan.com; dmaziarka@scandagliaryan.com
**Tanya M Salman** tmsalman@michaelbest.com, jlbrown@michaelbest.com; courtmail@michaelbest.com
**Derek D Samz** dsamz@dimontelaw.com, mrussell@dimontelaw.com
**Ronald L Sandack** ronald@gaido-fintzen.com, esaldivar@gaido-fintzen.com
**Walter Sandoval** wfs@hilbrich.com
**Dennis M Sbertoli** dsbert4978@aol.com
**Paul H Scheuerlein** pscheuerlein@gaido-fintzen.com, lynette@g-f.co; ecf@g-f.co
**Scott N. Schreiber** sschreiber@clarkhill.com, blambert@clarkhill.com
**Jeffrey M Schwartz** jschwartz@muchshelist.com, nsulak@muchshelist.com
**Mary A Shipley** ashipley@mcguirewoods.com, djohnson@mcguirewoods.com
**Stephen Smalling** sjs@capronlaw.com
**Kevin C Smith** ksmith@smithsersic.com, dgreen@smithsersic.com
**Charles S. Stahl, Jr.** cstahl@smbtrials.com
**Peter S Stamatis** peter@stamatislegal.com

7

**Joseph L. Steinfeld** jsteinfeld@askllp.com, lmiskowiec@askllp.com; kcasteel@askllp.com; gunderdahl@askllp.com; rreding@askllp.com; brubis@askllp.com; bmcgrath@askllp.com; mudem@askllp.com; jchristian
**Stephen B Sutton** ssutton@lathropgage.com
**Paul Swanson** pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com; 9572849420@filings.docketbird.com
**Joseph R Swee** jswee@scandagliaryan.com, dwaters@scandagliaryan.com; cfron@scandagliaryan.com
**Gregg Szilagyi** gs@tailserv.com
**Robert D Tepper** rtepper@sabt.com, SummersM@ballardspahr.com; tsobieraj@satcltd.com
**William W Thorsness** wthorsness@vedderprice.com, ecfdocket@vedderprice.com; ewatt@vedderprice.com; 7610@ecf.pacerpro.com; william-thorsness- 6297@ecf.pacerpro.com
**Jason M Torf** jtorf@hmblaw.com, ecfnotices@hmblaw.com
**Jessica Tovrov** jessica@tovrovlaw.com
**Daniel E Tranen** Daniel.tranen@wilsonelser.com, mark.ledwin@wilsonelser.com
**Mark R Valley** mvalley@lawmrv.com, mcaiazzo@lawmrv.com
**John D. VanDeventer** jvandeventer@jenner.com
**Eric P VanderPloeg** evanderploeg@burkelaw.com
**Elizabeth B Vandesteeg** evandesteeg@sfgh.com, bkdocket@sfgh.com
**Rion Vaughan** rvaughan@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com
**Richard W Ward** rwward@airmail.net
**Michael D Warner** mwarner@coleschotz.com, klabrada@coleschotz.com
**Brian P Welch** bwelch@burkelaw.com, gbalderas@burkelaw.com
**David K Welch** dwelch@burkelaw.com, gbalderas@burkelaw.com; bwelch@burkelaw.com; welchdr67393@notify.bestcase.com
**Erin A West** ewest@gklaw.com, kboucher@gklaw.com; sshank@gklaw.com
**Amanda J Wiese** bankruptcy@hsbattys.com, bk4hsbm@gmail.com
**William A. Williams** bill.williams@saul.com
**Mark E Wilson** mark.wilson@fisherbroyles.com
**Richard R Winter** richard.winter@hklaw.com
**Charles R Woolley** rwoolley@askounisdarcy.com, okappers@askounisdarcy.com
**Amanda S Yarusso** amanda.yarusso@gmail.com
**Lois J Yu** lyu@centralstates.org
**Daniel A Zazove** dzazove@perkinscoie.com, docketchi@perkinscoie.com; daniel-zazove-4464@ecf.pacerpro.com; jessica-matamoros-0866@ecf.pacerpro.com
**Brian R Zeeck** bzeeck@hinshawlaw.com, cynthiablack@hinshawlaw.com
**Jane F Zimmerman** jzimmerman@murphydesmond.com

**Via Email and U.S. Mail**

Adam H. Friedman
Lori Marks-Esterman
Kerrin T. Klein
Olshan Frome Wolosky LLP
1325 Avenue of the Americas

8

New York, New York 10019
afriedman@olshanlaw.com
lmarksesterman@olshanlaw.com
kklein@olshanlaw.com

*Counsel to PJ Solomon, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., et al., | Case No. 17-13886 (PSH)<br>(Jointly Administered) |
| Debtors,[1] | Hon. Pamela S. Hollis |

## TRUSTEE'S MOTION TO APPROVE
## STIPULATION AND PROTECTIVE ORDER

Howard B. Samuels, not individually, but as Chapter 7 trustee (the "Trustee") for the bankruptcy estates of Central Grocers, Inc. ("CGI"), Strack and Van Til Super Market, Inc., and SVT, LLC (together, the "Select Debtors"), hereby moves this Court for the entry of an order approving the Stipulation and Proposed Confidentiality and Clawback Order (the "Protective Order"), attached hereto as **Exhibit A,** entered into between the Trustee and PJ Solomon, L.P ("PJS"). PJS supports this motion.

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b). This is a core proceeding under 28 U.S.C. § 157(b).

### BACKGROUND

2. On August 16, 2018, the Court entered an order authorizing the Trustee to pursue Bankruptcy Rule 2004 discovery from PJS (the "2004 Order").[2] The 2004 Order, among other things, authorized the Trustee to subpoena the production of documents from PJS and approved a form subpoena and rider.

3. On September 4, 2018, the Trustee served PJS with the subpoena and attendant rider in the form authorized by the Court (the "Subpoena"), along with a copy of the 2004 Order.

4. On October 9, 2018, PJS served the Trustee written objections to the Subpoena.

---

[1] The Select Debtors in these Chapter 7 cases, along with the last four of each Debtor's federal tax identification number, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).
[2] Docket No. 2102.

1

5.     On January 7, 2019, the Trustee and PJS agreed to the terms set forth in the Protective Order.

## BASIS FOR RELIEF REQUESTED

6.     Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court may, for good cause shown, issue or enter a protective order limiting the disclosure and use of confidential information and documents produced and exchanged in discovery. The Trustee and PJS have agreed to the terms of the Protective Order, and PJS supports the relief requested in this Motion. Accordingly, the Trustee respectfully requests that the Court enter an order approving the Protective Order.

## REQUEST FOR LIMITED NOTICE

7.     Notice of this Motion has been served on all CM/ECF registrants, and on PJS via email and U.S. mail. Notwithstanding the *Order Approving Second Amended Case Management Procedures* [Dkt. No. 1401]'s requirement that all notices and motions filed in this matter shall be served on the 2002 Service List, in light of the agreed nature of the relief requested herein and significant cost to the Debtors' Estates of serving the Motion on the 2002 Service List, the Trustee requests that the Court find that no further notice is necessary.

WHEREFORE, the Trustee respectfully requests that the Court grant the relief requested herein, and such other and further relief as it deems just and proper.

Dated: January 8, 2019              Respectfully submitted,

*Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC*

By:   */s/ William W. Thorsness*
      One of his attorneys

2

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Allison B. Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609 7500 telephone
(312) 609 5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
ahudson@vedderprice.com

-and-

*Special Litigation Counsel to Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC*

*/s/* Leo B. Oppenheimer
Eric D. Madden (admitted pro hac vice)
J. Benjamin King (admitted pro hac vice)
Leo B. Oppenheimer (admitted pro hace vice)
REID COLLINS & TSAI LLP
1601 Elm Street, 42nd Floor
Dallas, Texas 75201
(214) 420-8900 telephone
(214) 420-8909 facsimile
emadden@rctlegal.com
bking@rctlegal.com
loppenheimer@rctlegal.com

3