**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*,[1] | Case No. 17-13886 |
| Debtors. | Hon. Pamela S. Hollis |

**NOTICE OF AGENDA OF MATTERS RELATED TO CENTRAL GROCERS, INC.,
STRACK & VAN TIL SUPER MARKET, INC. AND SVT, LLC
SCHEDULED FOR HEARING ON JANUARY 17, 2019**

Date and Time of Hearing:   January 17, 2019 at 11:00 a.m. (Central Time)

Location of Hearing:   The Honorable Pamela S. Hollis
Courtroom 644
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://cases.primeclerk.com/CentralGrocers.  Further information may be obtained by calling Prime Clerk at (866) 727-8489.

1.  Notice of Motion and Motion of Raceway Trustee to (I) Modify the Allocation Order and the Allocation Analysis Approved Thereby; (II) Modify the Definition of "Net Proceeds" Approved by the Settlement Order; and (III) Grant Other Appropriate Relief **[Docket No. 2406]**, filed by Robert M. Fishman, on behalf of Gregg E. Szilagyi, in his capacity as chapter 7 trustee for the bankruptcy estates of CGI Joliet, LLC, Currency Express, Inc., Raceway Central, LLC, Raceway Central Calumet Park LLC, Raceway Central Chicago Heights LLC, Raceway Central Downers Grove LLC, Raceway Central Joliet North LLC, Raceway Central LLC North Valpo and Raceway Central Wheaton LLC.

    (a)   **Related Documents:**

        (i)   Order Authorizing and Approving Settlement Agreement by and Among the Secured Parties and the Official Committee of Unsecured Creditors of Central Grocers, Inc, *et al.*, On Behalf of

---

[1] The Select Debtors in these Chapter 7 Cases, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack &Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

     Itself, Each of the Debtors and Each of the Debtors' Estates **[Docket No. 988]**.

  (ii) Proposed Order Granting, in Part, Motion of Raceway Trustee to (I) Modify the Allocation Order and the Allocation Analysis Approved Thereby; (II) Modify the Definition of "Net Proceeds" Approved by the Settlement Order; and (III) Grant Other Appropriate Relief **[Docket No. 2472]**.

  (iii) Order Granting, in Part, Motion of Raceway Trustee to (I) Modify the Allocation Order and the Allocation Analysis Approved Thereby; (II) Modify the Definition of "Net Proceeds" Approved by the Settlement Order; and (III) Grant Other Appropriate Relief **[Docket No. 2540]**.

  (iv) Hearing continued from 12/17/2018 Omnibus Hearing **[Docket No. 2518]**.

(b) **Responses Filed:** None.

(c) **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for February 14, 2019 at 11:00 a.m. (CST).**

2. Notice of Motion and Trustee's Motion to Clarify the Allocation Order to Specifically Set Forth the Types of Assets That are Not Subject to the Allocation Analysis and for Other Appropriate Relief **[Docket No. 2414]**, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

 (a) **Related Documents:**

  (i) Order Authorizing and Approving Allocation of Proceeds of the Global Settlement **[Docket No. 989]**.

  (ii) Affidavit of Service of Trustee's Motion to Clarify the Allocation Order to Specifically Set Forth the Types of Assets that are Not Subject to the Allocation Analysis and for Other Appropriate Relief (Docket No. 2414) **[Docket No. 2457]**, filed by Prime Clerk LLC.

  (iii) Hearing continued from 12/13/2018 Omnibus Hearing **[Docket No. 2520]**.

 (b) **Responses Filed:** None.

 (c) **Status: Pursuant to agreement with counsel for Gregg E. Szilagyi, the chapter 7 trustee for the Raceway Estates, the Trustee requests that this matter be continued to the omnibus hearing set for February 14, 2019 at 11:00 a.m. (CST).**

3. Notice of Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 **[Docket No. 1611]**, filed by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    (a) **Related Documents:**

        (i) Affidavit of Service Of Justin J. Ra Regarding Notice of Trustees First (1st) Omnibus Objection to 503(b)(9) Claims, Notice of Trustees Second (2nd) Omnibus Objection to 503(b)(9) Claims, Notice of Trustees Third (3rd) Omnibus Objection to 503(b)(9) Claims, and Notice of Trustees Fourth (4th) Omnibus Objection to 503(b)(9) Claims **[Docket No. 1909]**, filed by Prime Clerk LLC.

        (ii) Notice of Hearing, On October 11, 2018, Regarding (A) Trustee's First (1st) Omnibus Objection To 503(b)(9) Claims Pursuant to Section 502 Of The Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Docket No. 1610); (B) Trustee's Second (2nd) Omnibus Objection To 503(b)(9) Claims Pursuant to Section 502 Of The Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Docket No. 1611) And (C) Trustee's Third (3rd) Omnibus Objection To 503(b)(9) Claims Pursuant to Section 502 Of The Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Docket No. 1612) **[Docket No. 2225]**, filed by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

        (iii) Order Sustaining Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Docket No. 1611) **[Docket No. 2220]**.

        (iv) Second Order Sustaining In Part and Continuing In Part Trustee's First (1st) Omnibus Objection to 503(b)(9) Claims (Docket No. 1610), Second (2nd) Omnibus Objection to 503(b)(9) Claims (Docket No. 1611), And Third (3rd) Omnibus Objection to 503(b)(9) Claims (Docket No. 1612), And First Order Sustaining In Part And Continuing In Part Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims (Docket No. 2174) **[Docket No. 2314]**.

        (v) Third Order Continuing in Part Trustee's Second (2nd) Omnibus Objection to 503(B)(9) Claims (Docket No. 1611) **[Docket No. 2435]**.

        (vi) Fourth Order Sustaining in Part and Continuing in Part Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims (Docket No. 1611) **[Docket No. 2531]**.

        (vii)    Hearing continued from 12/13/2018 Omnibus Hearing **[Docket No. 2521]**.

    (b)    **Responses Filed:**

        (i)    Response of Mondelez Global, LLC to Trustee's Second Omnibus Objection to 503(b)(9) Claims **[Docket No. 2157]**, filed by Richard B. Polony, on behalf of Mondelez Global, LLC.

    (c)    **Status: The Trustee's objection to the claim filed by Mondelez Global LLC (No. 685) will be continued to the omnibus hearing set for February 14, 2019 at 11:00 a.m. (CST).**

4.    Notice of Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 **[Docket No. 2174]**, filed by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    (a)    **Related Documents:**

        (i)    Affidavit of Service Gerhald R. Pasabangi Regarding Notice of Trustees Fifth (5th) Omnibus Objection to 503(b)(9) Claims, and Notice of Trustees Sixth (6th) Omnibus Objection to 503(b)(9) Claims **[Docket No. 2211]**, filed by Prime Clerk LLC.

        (ii)    Notice of Hearing, on October 11, 2018, Regarding Trustee's Fifth (5th) Omnibus Objection To 503(b)(9) Claims Pursuant to Section 502 of The Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 (Docket No. 2174) **[Docket No. 2226]**, filed by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

        (iii)    Second Order Sustaining In Part and Continuing In Part Trustee's First (1st) Omnibus Objection to 503(b)(9) Claims (Docket No. 1610), Second (2nd) Omnibus Objection to 503(b)(9) Claims (Docket No. 1611), And Third (3rd) Omnibus Objection to 503(b)(9) Claims (Docket No. 1612), And First Order Sustaining In Part And Continuing In Part Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims (Docket No. 2174) **[Docket No. 2314]**.

        (iv)    Second Order Sustaining In Part and Continuing In Part Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims (Docket No. 2174) **[Docket No. 2421-1]**.

        (v)    Third Order Continuing in Part Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims (Docket No. 2174) **[Docket No. 2592]**.

- (vi) Proposed Fourth and Final Order Sustaining Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims (Docket No. 2174) **[Docket No. 2594]**.

- (vii) Hearing continued from 12/13/2018 Omnibus Hearing **[Docket No. 2522]**.

(b) **Responses Filed:**

- (i) Response of Valu Merchandisers Company to Trustee's Fifth (5th) Omnibus Objection to 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007, and Local Rule 3007-1 **[Docket No. 2438]**, filed by Mark T. Benedict on behalf of Valu Merchandisers Company.

(c) **Status: This matter is going forward and the Trustee requests the Court enter the Proposed Order filed on January 14, 2019 [Docket No. 2594].**

5. Notice of Motion and Motion to Approve Motion of Certain Utilities for Payment of Past Due Postpetition Utility Charges from Adequate Assurance Account **[Docket No. 1426]**, filed by Jason M. Torf on behalf of Constellation, Commonwealth Edison Company.

(a) **Related Documents:**

- (i) Hearing continued from 12/13/2018 Omnibus Hearing **[Docket No. 2523]**.

(b) **Responses Filed:** None.

(c) **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the next omnibus hearing set for February 14, 2019 at 11:00 a.m. (CST).**

6. Notice of Motion and Motion and Application for Payment of Administrative Expenses [**Docket No. 1050**], filed by The Previant Law Firm, on behalf of The International Brotherhood of Teamsters and their affiliated Teamsters Union Nos. 703 and 710.

(a) **Related Documents:**

- (i) Exhibits B and C, Collective Bargaining Agreements **[Docket No. 1053]**.

- (ii) Agreed Order Continuing Motion and Application for Payment of Administrative Expenses filed by The International Brotherhood of Teamsters and their affiliated Teamsters Union Nos. 703 and 710 **[Docket No. 1334]**.

- (iii) Hearing Continued **[Docket No. 1392]** (RE: Notice of Motion for Allowance and Payment of Administrative Expense Priority Claim).

      (iv)    Hearing continued from 12/13/2018 Omnibus Hearing **[Docket No. 2524]**.

  (b)    **Responses Filed:**  None.

  (c)    **Status:  Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for February 14, 2019 at 11:00 a.m. (CST).**

7. Notice of Motion and Third Motion to Approve Settlements Under Bankruptcy Rule 9019 Between the Trustee and Avoidance Action Defendants **[Docket No. 2510]**, filed by Joseph L. Steinfeld, Jr. and Kara E. Castell, on behalf Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

  (a)    **Related Documents:**

      (i)    Amended Notice of Motion setting hearing for January 17, 2019 at 11:00 a.m. **[Docket No. 2517]**, filed by Joseph L. Steinfeld, Jr. and Kara E. Castell, on behalf Howard B. Samuels, as chapter 7 trustee for Central Grocers, Inc.

  (b)    **Responses Filed:**  None.

  (c)    **Status: This matter is going forward and the Trustee requests the Court enter the Proposed Order filed on December 12, 2018 [Docket No. 2510-1].**

8. Notice of Motion and Motion of to Authorize Select Trustee to Operate Business of Select Debtors and for Related Relief **[Docket No. 2554]**, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

  (a)    **Related Documents:**

      (i)    Affidavit of Service of Daniel Kounin regarding Motion of Select Trustee to Operate Business of Select Debtors and for Related Relief **[Docket No. 2555]**, filed by Prime Clerk LLC.

  (b)    **Responses Filed:**  None.

  (c)    **Status: This matter is going forward and the Trustee requests the Court enter the Proposed Order filed on December 21, 2018 [Docket No. 2554-1].**

9. Notice of Motion and Motion to Compel Associated Wholesale Grocers, Inc.'s Compliance with Subpoena **[Docket No. 2584]**, filed by William W. Thorsness and Leo B. Oppenheimer, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

  (a)    **Related Documents:**

      (i)    Affidavit of Service of Gerhald R. Pasabangi regarding Motion of Select Trustee to Operate Business of Select Debtors and for Related Relief **[Docket No. 2590]**, filed by Prime Clerk LLC.

    (b)    **Responses Filed:** None.

    (c)    **Status: This matter is going forward and the Trustee requests the Court enter the Proposed Order filed on January 7, 2019 [Docket No. 2584-6].**

10.    Notice of Motion and Motion to Approve Stipulation and Protective Order **[Docket No. 2585]**, filed by William W. Thorsness and Leo B. Oppenheimer, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    (a)    **Related Documents:** None.

    (b)    **Responses Filed:** None.

    (c)    **Status: This matter is going forward and the Trustee requests the Court enter the Proposed Order filed on January 8, 2019 [Docket Nos. 2585-3 and 2585- 4]**.

11.    ASK and RCT Adversary Proceedings. Attached as **Exhibit 1** is a list of the active adversary proceedings which the Trustee has filed.

    (a)    **Status**: **Pursuant to the Procedures Orders applicable to each of these adversary proceedings [Docket Nos. 1533-1534], the Trustee is working to resolve each of the adversary proceedings set forth on Exhibit 1. All adversary proceedings on Exhibit 1 will be continued to the omnibus hearing set for February 14, 2019 at 11:00 a.m. (CST).**

Dated:  January 14, 2019                        Respectfully submitted,

                                                      Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack & Van Til Super Market, Inc. and SVT, LLC

                                                      By:   */s/ Michael M. Eidelman*
                                                              One of his attorneys

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Allison B. Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609 7500 telephone
(312) 609 5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
ahudson@vedderprice.com

### Certificate of Service

  Michael M. Eidelman, the undersigned attorney, hereby certifies that on January 14, 2019, he caused the foregoing **Notice of Agenda of Matters Scheduled for Hearing on January 17, 2019** to be served on the CM/ECF registrants.

                /s/ Michael M. Eidelman

## Mailing Information for Case 17-13886

**Electronic Mail Notice List, via the Court's CM/ECF system.**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case:

**Howard L. Adelman**  hla@ag-ltd.com, dbaird@ag-ltd.com
**David A Agay**  dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
**Angela M Allen**  aallen@jenner.com
**R Scott Alsterda**  rsalsterda@nixonpeabody.com
**Brock Alvarado**  brock@gowithalvarez.com
**Mark A. Amendola**  mamendola@martynlawfirm.com
**Thomas J. Angell**  tangell@jbosh.com
**Amy A Aronson**  amyaronson@comcast.net, amyaronson@comcast.net
**Ronald Barliant**  ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
**Karl R Barnickol**  kbarnickol@nge.com, ewilson@nge.com, ecfdocket@nge.com
**Edric S Bautista**  ebautista@sanchezdh.com
**Mark T Benedict**  mark.benedict@huschblackwell.com, susan.williams@huschblackwell.com
**Robert R Benjamin**  rrbenjamin@gct.law, mperez@gct.law, myproductionss@gmail.com, tstephenson@gct.law, aleon@gct.law, r61390@notify.bestcase.com
**John A Benson**  jbenson@huckbouma.com
**Brendan G Best**  bgbest@varnumlaw.com, wrkyles@varnumlaw.com
**Amber L Bishop**  amichlig@salawus.com
**Richard A Bixter**  richard.bixter@hklaw.com
**Ira  Bodenstein**  iratrustee@shawfishman.com, IL29@ecfcbis.com, plove@foxrothschild.com, chdocket@foxrothschild.com
**Mark V Bossi**  mbossi@thompsoncoburn.com
**Michael A Brandess**  mbrandess@sfgh.com, bkdocket@sfgh.com
**Daniel Breen**  danbreen@breenlawchicago.com
**Alexander F Brougham**  abrougham@ag-ltd.com, dbaird@ag-ltd.com
**David R Brown**  dbrown@springerbrown.com, iprice@springerbrown.com
**Abraham Brustein**  abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
**Kurt M. Carlson**  kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com
**Theresa B Carney**  tcarney@rfclaw.com, khutson@rfclaw.com

**Patrick W Carothers**  pcarothers@leechtishman.com, ghauswirth@leechtishman.com; bankruptcy@leechtishman.com; dtomko@leechtishman.com
**W. Kent Carter**  kentcarter@gordonrees.com, estoneking@grsm.com
**Timothy R Casey**  timothy.casey@dbr.com, andrew.groesch@dbr.com
**Kara E Casteel**  kcasteel@askllp.com, lmiskowiec@askllp.com
**Steven B Chaiken**  schaiken@ag-ltd.com, aweir@ag-ltd.com
**Aaron B Chapin**  aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com; HBCourtFilings-CHI@huschblackwell.com
**Barry A Chatz**  barry.chatz@saul.com, jurate.medziak@saul.com
**Scott R Clar**  sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com
**Peter A Clark**  pclark@btlaw.com
**Matthew A Clemente**  mclemente@sidley.com, efilingnotice@sidley.com, mgustafson@sidley.com, mgburke@sidley.com
**Michael R Collins**  michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
**William J Connelly**  wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
**Benjamin Court**  benjamin.court@stinson.com
**Heather M Crockett**  heather.crockett@atg.in.gov, carrie.gale@atg.in.gov
**Amy E Daleo**  adaleo@cohonraizes.com
**Darrell Daley**  darrell@daleylawyers.com, samantha@daleylawyers.com
**Charles Dargo**  dargo@bettercallmylawyer.com
**Aaron Davis**  aaron.davis@bclplaw.com, CHDocketing@bclplaw.com; kathryn.farris@bclplaw.com
**Daniel P. Dawson**  ddawson@nisen.com, adrag@nisen.com
**Steven M De Falco**  sdefalco@meuerslawfirm.com, lrogers@meuerslawfirm.com, snurenberg@meuerslawfirm.com
**Shelly A. DeRousse**  sderousse@freeborn.com, bkdocketing@freeborn.com; jhazdra@ecf.inforuptcy.com
**John S. Delnero**  jdelnero@pedersenhoupt.com, koblazny@pedersenhoupt.com
**Tejal S. Desai**  tdesai@llflegal.com, tdesai@llflegal.com
**Bruce C. Dopke**  bdopke@stahlcowen.com, bruce@dopkelaw.com
**Brian M. Dougherty**  bmd@gsrnh.com, kam@gsrnh.com
**David R Doyle**  ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
**Kevin C. Driscoll**  kevin.driscoll@btlaw.com, jriazi@btlaw.com; ddotts@btlaw.com
**Nicholas R Dwayne**  ndwayne@ag-ltd.com, tslack@ag-ltd.com
**Michael M. Eidelman**  meidelman@vedderprice.com, ecfdocket@vedderprice.com; michael-eidelman-9405@ecf.pacerpro.com; 7610@ecf.pacerpro.com
**Mary J Fassett**  mjf@mccarronlaw.com
**Ian Fisher**  ifisher@hahnlaw.com, cmbeitel@hahnlaw.co, mridebitetto@hahnlaw.com
**Robert M Fishman**  rfishman@foxrothschild.com, kjanecki@foxrothschild.com
**Mason N Floyd**  mfloyd@clarkhill.com, lstephens@clarkhill.com
**Joseph D Frank**  jfrank@fgllp.com, jkleinman@fgllp.com, mmatlock@fgllp.com; csucic@fgllp.com; csmith@fgllp.com
**Patricia B Fugee**  patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
**Thomas B Fullerton**  thomas.fullerton@akerman.com
**Joshua A Gadharf**  jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
**George P Galanos**  geogalanos@ameritech.net, lawclerk.galanoslaw@gmail.com; geogalanos@gmail.com

CHICAGO/#3241229

**Matthew Gartner** matthew.gartner@huschblackwell.com, legalsupportteam-10flnorth-slc@huschblackwell.com
**Sara J Geenen** sjg@previant.com, cmw@previant.com
**Karen R Goodman** kgoodman@taftlaw.com, nbeagan@taftlaw.com
**Danielle J. Gould** dszukala@burkelaw.com
**Gordon E. Gouveia** ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
**Thomas G Grace** thomas@dispartilaw.com
**Trinitee G. Green** trinitee.green@bclplaw.com, CHDocketing@bclplaw.com
**Joshua D. Greene** jgreene@springerbrown.com, iprice@springerbrown.com
**E. Philip Groben** pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
**Joel D Groenewold** jdgroenewold@kopkalaw.com
**Michael J Gunderson** bankruptcy@chicago.com, lopez@gundersonfirm.com
**Alison M Gutierrez** alison.gutierrez@kutakrock.com
**John W Guzzardo** jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
**Benjamin E Haskin** bhaskin@agdglaw.com, jgrote@agdglaw.com
**Scott J Helfand** Scott.Helfand@huschblackwell.com, LegalSupportTeam-Lit-TM-CHI@huschblackwell.com
**Caleb T Holzaepfel** caleb.holzaepfel@huschblackwell.com, LegalSupportTeam-Lookout-CHT@huschblackwell.com, caleb-holzaepfel-9767@ecf.pacerpro.com
**Mark J Horwitz** mark@thehorwitzlawgroup.com
**Allison Hudson** ahudson@vedderprice.com, ecfdocket@vedderprice.com
**Timothy M Hughes** thughes@lavellelaw.com, r41234@notify.bestcase.com
**Chad J Husnick** chusnick@kirkland.com, will.guerrieri@kirkland.com
**Paula K. Jacobi** pjacobi@btlaw.com, jsantana@btlaw.com
**Todd C Jacobs** tjacobs@bradleyriley.com, docket@bradleyriley.com
**Elizabeth L Janczak** ejanczak@freeborn.com, bkdocketing@freeborn.com
**Roland G Jones** pacer.rolandjones@gmail.com
**Brett A Kaufman** brett@kaufmanlegal.net
**Martin S Kedziora** kedzioram@gtlaw.com, hernandezden@gtlaw.com; CHILitDock@GTLAW.com; doranb@gtlaw.com
**Benjamin Kelly** benkellysr@comcast.net
**Randall Klein** randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com
**Candice L Kline** kline@carpenterlipps.com, figueroa@carpenterlipps.com
**William B Kohn** kohn@wbkohnlaw.com
**Lawrence J Kotler** ljkotler@duanemorris.com
**Kay Kress** kressk@pepperlaw.com
**David O. Kreuter** dkreuter@kgatty.com
**Gina B Krol** gkrol@cohenandkrol.com, gkrol@cohenandkrol.com; acartwright@cohenandkrol.com; jneiman@cohenandkrol.com
**Robert J. Labate** robert.labate@hklaw.com
**Joseph H Langerak** jhlangerak@jacksonkelly.com, arsatterfield@jacksonkelly.com; abigail.harrington@jacksonkelly.com
**Ronald F Layer** legal@layerlaw.com
**Patrick S Layng** USTPRegion11.ES.ECF@usdoj.gov
**Vincent E. Lazar** vlazar@jenner.com, docketing@jenner.com; thooker@jenner.com
**Caren A Lederer** calederer@gct.law, mperez@gct.law, stasciotti@gct.law, tstephenson@gct.law, aleon@gct.law

**David P Leibowitz** dleibowitz@lakelaw.com, jstorer@lakelaw.com; storerjr58596@notify.bestcase.com; ecf@lodpl.com
**Caren A Lederer** calederer@gct.law, mperez@gct.law, stasciotti@gct.law, tstephenson@gct.law, aleon@gct.law
**Alfred S Lee** alee@lawpmh.com
**David P Leibowitz** dleibowitz@lakelaw.com, jstorer@lakelaw.com;storerjr58596@notify.bestcase.com;ecf@lodpl.com
**Pamela J Leichtling** pleichtling@clarkhill.com, jwoyan@clarkhill.com
**Mark E Leipold** mleipold@gouldratner.com, gferguson@gouldratner.com; lgray@gouldratner.com; mhannon@gouldratner.com; gould-ecfs_notice@juralaw.net
**James Lessmeister** jlessmeister@lessmeisterlaw.com
**Kyle A Lindsey** klindsey@jnlegal.net, cjohnson@jnlegal.net
**Douglas J. Lipke** dlipke@vedderprice.com, ecfdocket@vedderprice.com; 7610@ecf.pacerpro.com; doug-lipke-7162@ecf.pacerpro.com
**Jennifer G Lurken** jlurken@gislason.com
**Robert B. Marcus** rmarcus@attorneymm.com, mail@attorneymm.com
**Teresa A Massa** tam@terrellandthrall.com
**G. Alexander McTavish** amctavish@fmcolaw.com
**Mark Melickian** mmelickian@sfgh.com, joconnor@sfgh.com; mbrandess@sfgh.com; bkdocket@sfgh.com
**Todd C Meyers** tmeyers@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com
**Nicholas M Miller** nmiller@ngelaw.com, ecfdocket@ngelaw.com; cdennis@ngelaw.com; mmirkovic@ngelaw.com
**George R Mesires** george.mesires@faegrebd.com, darlene.walker@FaegreBD.com, faegrebddocket@faegrebd.com, nora.schweighart@FaegreBD.com
**Bryan E. Minier** bminier@lathropgage.com, mvargas@lathropgage.com; krodriguez@lathropgage.com
**James P Moloy** jmoloy@boselaw.com, mwakefield@boselaw.com
**Michael C. Moody** mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com
**James E. Morgan** jem@h2law.com, smckinney@howardandhoward.com
**Justin Morgan** justin.morgan@bclplaw.com
**Peter Morrison** peter.morrison@squirepb.com, cle_dckt@squirepb.com
**Kevin H Morse** kevin.morse@saul.com
**James Naisbitt** jnaisbitt@aol.com
**Lauren Newman** lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com; aversis@thompsoncoburn.com; bray@thompsoncoburn.com
**Ha M Nguyen** ha.nguyen@usdoj.gov, denise.delaurent@usdoj.gov, Kathryn.m.gleason@usdoj.gov
**John L Nisivaco** john@chicagoinjurylaw.com
**R Timothy Novel** tnovel@agdglaw.com
**Peter Nozicka** peter@trapplaw.com
**Sven T Nylen** sven.nylen@klgates.com
**John R O'Connor** joconnor@sfgh.com, bkdocket@sfgh.com
**Michael V Ohlman** mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com
**Leo Oppenheimer** loppenheimer@rctlegal.com
**Frederick Perillo** fp@previant.com, jb@previant.com
**Nancy A Peterman** petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com

**Ann E Pille** ann.pille@dlapiper.com, apille@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
**Jerome W Pinderski** jerome@pinderski.com
**Richard B. Polony** rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com, courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com
**Scott A Pyle** spyle@rubinoruman.com, amanuel@rubinoruman.com; ttoso@rubinoruman.com
**Robert Radasevich** rradasevich@ngelaw.com, ewilson@nge.com; ecfdocket@ngelaw.com
**Richard W. Rappold** rwr@rappoldlaw.com
**Phillip S. Reed** preed@pfs-law.com, nvizzini@pfs-law.com
**David Richardson** drichardson@neryrichson.com
**Sheldon E Richie** srichie@rg-austin.com
**Leigh D Roadman** lroadman@clarkhill.com, lstephens@clarkhill.com
**Adam B. Rome** arome@grglegal.com, abernath@grglegal.com
**Mark D. Roth** markdroth@gmail.com
**Corey Rubenstein** crubenstein@loeb.com, kencinas@loeb.com, chdocket@loeb.com, _CHLitParalegals@loeb.com
**Todd J Ruchman** amps@manleydeas.com
**William J Ryan** wryan@scandagliaryan.com, dwaters@scandagliaryan.com; dmaziarka@scandagliaryan.com
**Tanya M Salman** tmsalman@michaelbest.com, jlbrown@michaelbest.com; courtmail@michaelbest.com
**Derek D Samz** dsamz@dimontelaw.com, mrussell@dimontelaw.com
**Ronald L Sandack** ronald@gaido-fintzen.com, esaldivar@gaido-fintzen.com
**Walter Sandoval** wfs@hilbrich.com
**Dennis M Sbertoli** dsbert4978@aol.com
**Paul H Scheuerlein** pscheuerlein@gaido-fintzen.com, lynette@g-f.co; ecf@g-f.co
**Scott N. Schreiber** sschreiber@clarkhill.com, blambert@clarkhill.com
**Jeffrey M Schwartz** jschwartz@muchshelist.com, nsulak@muchshelist.com
**Mary A Shipley** ashipley@mcguirewoods.com, djohnson@mcguirewoods.com
**Stephen Smalling** sjs@capronlaw.com
**Kevin C Smith** ksmith@smithsersic.com, dgreen@smithsersic.com
**Charles S. Stahl, Jr.** cstahl@smbtrials.com
**Peter S Stamatis** peter@stamatislegal.com
**Joseph L. Steinfeld** jsteinfeld@askllp.com, lmiskowiec@askllp.com; kcasteel@askllp.com; gunderdahl@askllp.com; rreding@askllp.com; brubis@askllp.com; bmcgrath@askllp.com; mudem@askllp.com; jchristian
**Stephen B Sutton** ssutton@lathropgage.com
**Paul Swanson** pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com; 9572849420@filings.docketbird.com
**Joseph R Swee** jswee@scandagliaryan.com, dwaters@scandagliaryan.com; cfron@scandagliaryan.com
**Gregg Szilagyi** gs@tailserv.com
**Robert D Tepper** rtepper@sabt.com, SummersM@ballardspahr.com; tsobieraj@satcltd.com
**William W Thorsness** wthorsness@vedderprice.com, ecfdocket@vedderprice.com; ewatt@vedderprice.com; 7610@ecf.pacerpro.com; william-thorsness-6297@ecf.pacerpro.com
**Jason M Torf** jtorf@hmblaw.com, ecfnotices@hmblaw.com
**Jessica Tovrov** jessica@tovrovlaw.com
**Daniel E Tranen** Daniel.tranen@wilsonelser.com, mark.ledwin@wilsonelser.com
**Mark R Valley** mvalley@lawmrv.com, mcaiazzo@lawmrv.com

CHICAGO/#3241229

**John D. VanDeventer**  jvandeventer@jenner.com
**Eric P VanderPloeg**  evanderploeg@burkelaw.com
**Elizabeth B Vandesteeg**  evandesteeg@sfgh.com, bkdocket@sfgh.com
**Rion Vaughan**  rvaughan@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com
**Richard W Ward**  rwward@airmail.net
**Michael D Warner**  mwarner@coleschotz.com, klabrada@coleschotz.com
**Brian P Welch**  bwelch@burkelaw.com, gbalderas@burkelaw.com
**David K Welch**  dwelch@burkelaw.com, gbalderas@burkelaw.com; bwelch@burkelaw.com; welchdr67393@notify.bestcase.com
**Erin A West**  ewest@gklaw.com, kboucher@gklaw.com; sshank@gklaw.com
**Amanda J Wiese**  bankruptcy@hsbattys.com, bk4hsbm@gmail.com