**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*,[1] | Case No. 17-13886 |
| Debtors. | Hon. Pamela S. Hollis |

**NOTICE OF AGENDA OF MATTERS RELATED TO CENTRAL GROCERS, INC.,
STRACK & VAN TIL SUPER MARKET, INC. AND SVT, LLC
SCHEDULED FOR HEARING ON JUNE 13, 2019**

Date and Time of Hearing:   June 13, 2019 at 11:00 a.m. (Central Time)

Location of Hearing:   The Honorable Pamela S. Hollis
Courtroom 644
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://cases.primeclerk.com/CentralGrocers.
Further information may be obtained by calling Prime Clerk at (866) 727-8489.

1. Notice of Motion and First Interim Fee Application of Freeborn & Peters LLP as Special Counsel to the chapter 7 Trustee **[Docket No. 2887]**, filed by Shelly A. DeRousse and Elizabeth L. Janczak, as Special Counsel to chapter 7 Trustee.

    (a)   **Related Documents:** None.

    (b)   **Responses Filed:** None.

    (c)   **Status: This matter is going forward.**

2. Notice of Motion and Motion of Amended Sixth Motion to Approve Settlements Under Bankruptcy Rule 9019 Between the Trustee and Avoidance Action Defendants **[Docket**

---

[1] The Select Debtors in these chapter 7 cases, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack & Van Til Super Market, Inc. (2184) and SVT, LLC (1185).

**No. 2890]**, filed by Joseph L. Steinfeld, Jr. and Kara E. Casteel (ASK), on behalf of Howard B. Samuels, as chapter 7 Trustee of Central Grocers, Inc.

    (a)    **Related Documents:** None.

    (b)    **Responses Filed:** None.

    (c)    **Status: This matter is going forward.**

3. Notice of Motion and Motion of Raceway Trustee to (I) Modify the Allocation Order and the Allocation Analysis Approved Thereby; (II) Modify the Definition of "Net Proceeds" Approved by the Settlement Order; and (III) Grant Other Appropriate Relief **[Docket No. 2406]**, filed by Robert M. Fishman, on behalf of Gregg E. Szilagyi, in his capacity as chapter 7 trustee for the bankruptcy estates of CGI Joliet, LLC; Currency Express, Inc.; Raceway Central, LLC; Raceway Central Calumet Park LLC; Raceway Central Chicago Heights LLC; Raceway Central Downers Grove LLC; Raceway Central Joliet North LLC; Raceway Central LLC North Valpo; and Raceway Central Wheaton LLC.

    (a)    **Related Documents:**

        (i)    Order Authorizing and Approving Settlement Agreement by and among the Secured Parties and the Official Committee of Unsecured Creditors of Central Grocers, Inc., *et al.*, on Behalf of Itself, Each of the Debtors and Each of the Debtors' Estates **[Docket No. 988]**.

        (ii)    Proposed Order Granting, in Part, Motion of Raceway Trustee to (I) Modify the Allocation Order and the Allocation Analysis Approved Thereby; (II) Modify the Definition of "Net Proceeds" Approved by the Settlement Order; and (III) Grant Other Appropriate Relief **[Docket No. 2472]**.

        (iii)    Order Granting, in Part, Motion of Raceway Trustee to (I) Modify the Allocation Order and the Allocation Analysis Approved Thereby; (II) Modify the Definition of "Net Proceeds" Approved by the Settlement Order; and (III) Grant Other Appropriate Relief **[Docket No. 2540]**.

    (b)    **Responses Filed:** None.

    (c)    **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

4. Notice of Motion and Trustee's Motion to Clarify the Allocation Order to Specifically Set Forth the Types of Assets That Are Not Subject to the Allocation Analysis and for Other Appropriate Relief **[Docket No. 2414]**, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    (a)    **Related Documents:**

2

        (i)      Order Authorizing and Approving Allocation of Proceeds of the Global Settlement **[Docket No. 989]**.

        (ii)     Affidavit of Service of Trustee's Motion to Clarify the Allocation Order to Specifically Set Forth the Types of Assets That Are Not Subject to the Allocation Analysis and for Other Appropriate Relief (Docket No. 2414) **[Docket No. 2457]**, filed by Prime Clerk LLC.

(b)    **Responses Filed:** None.

(c)    **Status: Pursuant to agreement with counsel for Gregg E. Szilagyi, the chapter 7 trustee for the Raceway Estates, the Trustee requests that this matter be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

5.    Notice of Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 **[Docket No. 1611]**, filed by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    (a)    **Related Documents:**

        (i)      Affidavit of Service of Justin J. Ra Regarding Notice of Trustees First (1st) Omnibus Objection to 503(b)(9) Claims, Notice of Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims, Notice of Trustee's Third (3rd) Omnibus Objection to 503(b)(9) Claims and Notice of Trustee's Fourth (4th) Omnibus Objection to 503(b)(9) Claims **[Docket No. 1909]**, filed by Prime Clerk LLC.

        (ii)     Hearing continued from 5/16/2019 Omnibus Hearing **[Docket No. 2898]**.

    (b)    **Responses Filed:**

        (i)      Response of Mondelez Global, LLC to Trustee's Second Omnibus Objection to 503(b)(9) Claims **[Docket No. 2157]**, filed by Richard B. Polony, on behalf of Mondelez Global, LLC.

    (c)    **Status: The Trustee's objection to the claim filed by Mondelez Global LLC (No. 685) will be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

6.    Notice of Motion and Motion to Approve Motion of Certain Utilities for Payment of Past Due Postpetition Utility Charges from Adequate Assurance Account **[Docket No. 1426]**, filed by Jason M. Torf on behalf of Constellation, Commonwealth Edison Company.

    (a)    **Related Documents:**

        (i)      Hearing continued from 5/16/2019 Omnibus Hearing **[Docket No. 2899]**.

- (b) **Responses Filed:** None.

- (c) **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

7. Motion for Relief from Automatic Stay **[Docket No. 2718]**, filed by Mariam L. Hafezi, on behalf of Yasmine Martell.

    - (a) **Related Documents:**

        - (i) Notice of Motion **[Docket No. 2720]**, filed by Mariam L. Hafezi, on behalf of Yasmine Martell. Required Statement **[Docket No. 2721].**

        - (ii) Hearing continued from 5/16/2019 Omnibus Hearing **[Docket No. 2900]**.

    - (b) **Responses Filed:** None.

    - (c) **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

8. Notice of Motion and Motion for Relief from Automatic Stay to the Extent of Available Insurance Company [**Docket No. 2732**], filed by Brock Alvarado on behalf of Frances Wise.

    - (a) **Related Documents:**

        - (i) Amended Notice of Motion **[Docket No. 2733]**, filed by Brock Alvarado on behalf of Frances Wise.

        - (ii) Hearing continued from 5/16/2019 Omnibus Hearing **[Docket No. 2902]**.

    - (b) **Responses Filed:** None.

    - (c) **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

9. Notice of Motion **[Docket No. 2752]** and Motion to Lift Automatic Stay **[Docket No. 2750]**, filed by Joel D. Groenewold on behalf of Central Grocers, Inc.

    - (a) **Related Documents:**

        - (i) Re-Notice of Motion **[Docket No. 2759]**.

        - (ii) Hearing continued from 5/16/2019 Omnibus Hearing **[Docket No. 2902]**.

    (b)    **Responses Filed:** None.

    (c)    **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

10. Motion for Relief from the Automatic Stay to the Extent of Available Insurance Coverage **[Docket No. 2811]**, filed by Michael J. Jasaitis on behalf of Thelma Jarrett.

    (a) **Related Documents:**

        (i) Amended Notice of Motion and Amended Motion for Relief from the Automatic Stay to the Extent of Available Insurance Coverage **[Docket No. 2834]**, filed by Michael J. Jasaitis on behalf of Thelma Jarrett.

        (ii) Hearing continued from 5/16/2019 Omnibus Hearing **[Docket No. 2903]**.

    (b) **Responses Filed:** None.

    (c) **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

11. Notice of Motion **[Docket No. 2817]** and Motion for Relief from the Automatic Stay to the Extent of Available Insurance Coverage **[Docket No. 2818]**, filed by Michael J. Jasaitis on behalf of Bobbie J. Monix.

    (a) **Related Documents:**

        (i) Amended Notice of Motion and Amended Motion for Relief from the Automatic Stay to the Extent of Available Insurance Coverage **[Docket No. 2835]**, filed by Michael J. Jasaitis on behalf of Bobbie J. Monix.

    (b) **Responses Filed:** None.

    (c) **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

12. Notice of Motion **[Docket No. 2823]** and Motion for Relief from the Automatic Stay to the Extent of Available Insurance Coverage **[Docket No. 2824]**, filed by Michael J. Jasaitis on behalf of Biljana Shuleski.

    (a) **Related Documents:**

        (i) Amended Notice of Motion and Amended Motion for Relief from the Automatic Stay to the Extent of Available Insurance Coverage

        **[Docket No. 2837]**, filed by Michael J. Jasaitis on behalf of Biljana Shuleski.

    (b)    **Responses Filed:** None.

    (c)    **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

13. Notice of Motion and Motion for Relief from the Automatic Stay **[Docket No. 2872]**, filed by Adam D. Meadow on behalf of Robbin M. Maynard.

    (a)    **Related Documents:** None.

    (b)    **Responses Filed:** None.

    (c)    **Status: Pursuant to agreement with Movant's counsel, the Trustee requests that this matter be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

14. Notice of Motion and First and Final Application of M.A.I.T. Co., as Consultant for the chapter 7 Trustee, for Payment of Compensation and Reimbursement of Expenses During the Period December 3, 2018 Through April 14, 2019, **[Docket No. 2912]**, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    (a)    **Related Documents:**

        (i)    Affidavit of Service of Notice of Motion and First and Final Application of M.A.I.T. Co., as Consultant for the chapter 7 Trustee, for Payment of Compensation and Reimbursement of Expenses During the Period December 3, 2018 Through April 14, 2019 (Docket No. 2872) **[Docket No. 2926]**, filed by Prime Clerk LLC.

        (ii)    Notice of Filing and Amended Invoice of M.A.I.T. Co. for Period April 9, 2019 through April 14, 2019 **[Docket No. 2940]**, filed by Michael M. Eidelman.

    (b)    **Responses Filed:** None.

    (c)    **Status: This matter is going forward. Representatives from the United States Trustee's office reviewed and provided comments to M.A.I.T. Co. regarding the Application. As a result of those comments, M.A.I.T. Co. filed an amended invoice in support of the Application, which resolves the United States Trustee's comments to the Application.**

15. Notice of Motion and Fourth Interim Fee Application of Rally Capital Services, LLC for Allowance of Compensation for Services Rendered as Financial Advisor to Howard B. Samuels, Trustee, for the Period From January 1, 2019 Through and Including April 30,

2019 **[Docket No. 2913]**, filed Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    (a) **Related Documents:**

        (i) Affidavit of Service of Notice of Motion and Fourth Interim Fee Application of Rally Capital Services, LLC for Allowance of Compensation for Services Rendered as Financial Advisor to Howard B. Samuels, Trustee, for the Period From January 1, 2019 Through and Including April 30, 2019 (Docket No. 2913) **[Docket No. 2926]**, filed by Prime Clerk LLC.

        (ii) Amended Proposed Order Approving Fourth Interim Fee Application of Rally Capital Services LLC for Allowance of Compensation for Services Rendered as Financial Advisor from January 1, 2019 through and including April 30, 2019 **[Docket No. 2943]**, filed by Michael M. Eidelman.

    (b) **Responses Filed:** None.

    (c) **Status: This matter is going forward. Representatives from the United States Trustee's office reviewed and provided comments to Rally regarding the Application. As a result of those comments, Rally agreed to voluntarily reduce its total compensation request in the Application by $3,700, which resolves the United States Trustee's comments to the Application.**

16. ASK and RCT Adversary Proceedings.

    (a) Attached as **Exhibit One** is a list of all active adversary proceedings.

    (b) **Status**: **Pursuant to the Procedures Orders applicable to each of these adversary proceedings [Docket Nos. 1533–1534], the Trustee is working to resolve each of the adversary proceedings set forth on Exhibit 1. The adversary proceedings on Exhibit 1 will be continued to the omnibus hearing set for July 25, 2019 at 11:00 a.m. (CST).**

17. Motions Filed in Certain Adversary Proceedings.

    (a) Attached as **Exhibit Two** is a list of motions filed in certain adversary proceedings.

    (b) **Status: Exhibit Two provides a status for each motion filed in certain adversary proceedings.**

CHICAGO/#3317832

Dated: June 11, 2019

Respectfully submitted,

Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack & Van Til Super Market, Inc. and SVT, LLC

By: */s/ Michael M. Eidelman*
    One of his attorneys

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Allison B. Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609 7500 telephone
(312) 609 5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
ahudson@vedderprice.com

8

**Certificate of Service**

      Michael M. Eidelman, the undersigned attorney, hereby certifies that on June 11, 2019, he caused the foregoing **Notice of Agenda of Matters Related to Central Grocers, Inc. Strack & Van Til Super Market, Inc. and SVT, LLC Scheduled for Hearing on June 13, 2019** to be served on the CM/ECF registrants.

                                      /s/ Michael M. Eidelman

# Mailing Information for Case 17-13886

**Electronic Mail Notice List, via the Court's CM/ECF system.**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case:

**Howard L. Adelman**  hla@ag-ltd.com, dbaird@ag-ltd.com
**David A Agay**  dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
**Angela M Allen**  aallen@jenner.com
**R Scott Alsterda**  rsalsterda@nixonpeabody.com
**Brock Alvarado**  brock@gowithalvarez.com
**Mark A. Amendola**  mamendola@martynlawfirm.com
**Thomas J. Angell**  tangell@jbosh.com
**Amy A Aronson**  amyaronson@comcast.net, amyaronson@comcast.net
**Ronald Barliant**  ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
**Karl R Barnickol**  kbarnickol@nge.com, ewilson@nge.com; ecfdocket@nge.com
**Matthew P. Barrette**  mattbarrette@shlawfirm.com
**Edric S Bautista**  ebautista@sanchezdh.com
**Mark T Benedict**  mark.benedict@huschblackwell.com, susan.williams@huschblackwell.com
**Robert R Benjamin**  rrbenjamin@gct.law, mperez@gct.law; myproductionss@gmail.com; tstephenson@gct.law; aleon@gct.law; r61390@notify.bestcase.com
**John A Benson**  jbenson@huckbouma.com
**Brendan G Best**  bgbest@varnumlaw.com, wrkyles@varnumlaw.com
**Glenn Betancourt**  courtburg1@comcast.net, r61869@notify.bestcase.com
**Amber L Bishop**  amichlig@salawus.com
**Richard A Bixter**  richard.bixter@hklaw.com
**Scott Blakeley**  seb@blakeleyllp.com
**Ira Bodenstein**  iratrustee@shawfishman.com, IL29@ecfcbis.com; plove@foxrothschild.com; chdocket@foxrothschild.com
**Mark V Bossi**  mbossi@thompsoncoburn.com
**Michael A Brandess**  mbrandess@sfgh.com, bkdocket@sfgh.com
**Daniel Breen**  danbreen@breenlawchicago.com
**Alexander F Brougham**  abrougham@ag-ltd.com, dbaird@ag-ltd.com
**David R Brown**  dbrown@springerbrown.com, iprice@springerbrown.com
**Abraham Brustein**  abrustein@dimonteandlizak.com, jjarke@dimontelaw.com

**Kurt M. Carlson** kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com
**Theresa B Carney** tcarney@rfclaw.com, khutson@rfclaw.com
**Patrick W Carothers** pcarothers@leechtishman.com, ghauswirth@leechtishman.com; bankruptcy@leechtishman.com; dtomko@leechtishman.com
**W. Kent Carter** kentcarter@grsm.com, estoneking@grsm.com
**Timothy R Casey** timothy.casey@dbr.com
**Kara E Casteel** kcasteel@askllp.com, lmiskowiec@askllp.com
**Steven B Chaiken** schaiken@ag-ltd.com, aweir@ag-ltd.com
**Aaron B Chapin** aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com; HBCourtFilings-CHI@huschblackwell.com
**Barry A Chatz** barry.chatz@saul.com, jurate.medziak@saul.com
**Scott R Clar** sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com
**Peter A Clark** pclark@btlaw.com
**Matthew A Clemente** mclemente@sidley.com, efilingnotice@sidley.com; mgustafson@sidley.com; mgburke@sidley.com
**Michael R Collins** michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
**William J Connelly** wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
**Benjamin Court** benjamin.court@stinson.com
**Heather M Crockett** heather.crockett@atg.in.gov, carrie.gale@atg.in.gov
**Amy E Daleo** adaleo@cohonraizes.com
**Darrell Daley** darrell@daleylawyers.com, samantha@daleylawyers.com
**Charles Dargo** dargo@bettercallmylawyer.com
**Aaron Davis** aaron.davis@bclplaw.com, CHDocketing@bclplaw.com; kathryn.farris@bclplaw.com
**Daniel P. Dawson** ddawson@nisen.com, adrag@nisen.com
**Steven M De Falco** sdefalco@meuerslawfirm.com, lrogers@meuerslawfirm.com, snurenberg@meuerslawfirm.com
**Shelly A. DeRousse** sderousse@freeborn.com, bkdocketing@freeborn.com; jhazdra@ecf.inforuptcy.com
**John S. Delnero** jdelnero@pedersenhoupt.com, kcody@pedersenhoupt.com
**Tejal S. Desai** tdesai@llflegal.com
**Bruce C. Dopke** bdopke@stahlcowen.com, bruce@dopkelaw.com
**Brian M. Dougherty** bmd@gsrnh.com, kam@gsrnh.com
**David R Doyle** ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
**Kevin C. Driscoll** kevin.driscoll@btlaw.com, jriazi@btlaw.com; ddotts@btlaw.com
**Nicholas R Dwayne** ndwayne@ag-ltd.com, tslack@ag-ltd.com
**Michael M. Eidelman** meidelman@vedderprice.com, ecfdocket@vedderprice.com; michael-eidelman-9405@ecf.pacerpro.com; 7610@ecf.pacerpro.com
**Mary J Fassett** mjf@mccarronlaw.com
**Ian Fisher** ifisher@hahnlaw.com, cmbeitel@hahnlaw.com; ridebitetto@hahnlaw.com
**Robert M Fishman** rfishman@foxrothschild.com, kjanecki@foxrothschild.com
**Mason N Floyd** mfloyd@clarkhill.com, lstephens@clarkhill.com
**Joseph D Frank** jfrank@fgllp.com, jkleinman@fgllp.com; mmatlock@fgllp.com; csucic@fgllp.com; csmith@fgllp.com
**Patricia B Fugee** patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com

**Thomas B Fullerton**  thomas.fullerton@akerman.com
**Joshua A Gadharf**  jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
**George P Galanos**  geogalanos@ameritech.net, lawclerk.galanoslaw@gmail.com; geogalanos@gmail.com
**Matthew Gartner**  matthew.gartner@huschblackwell.com, legalsupportteam-10flnorth-slc@huschblackwell.com
**Sara J Geenen**  sjg@previant.com, cmw@previant.com
**Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com; dnichols@foley.com
**Karen R Goodman**  kgoodman@taftlaw.com, nbeagan@taftlaw.com
**Danielle J. Gould**  dszukala@burkelaw.com
**Gordon E. Gouveia**  ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
**Thomas G Grace**  thomas@dispartilaw.com
**Trinitee G. Green**  trinitee.green@bclplaw.com, CHDocketing@bclplaw.com
**Joshua D. Greene**  jgreene@springerbrown.com, iprice@springerbrown.com
**E. Philip Groben**  pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
**Joel D Groenewold**  jdgroenewold@kopkalaw.com
**Michael J Gunderson**  bankruptcy@chicago.com, lopez@gundersonfirm.com
**Alison M Gutierrez**  alison.gutierrez@kutakrock.com
**John W Guzzardo**  jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
**Mariam L Hafezi**  mhafezi@kaiserlawoffice.com
**Nathan A. Hall**  nate@chs.law; valerie@chs.law
**Benjamin E Haskin**  bhaskin@agdglaw.com, jgrote@agdglaw.com
**Scott J Helfand**  Scott.Helfand@huschblackwell.com, LegalSupportTeam-Lit-TM-CHI@huschblackwell.com
**Roger J. Higgins**  rhiggins@rogerhigginslaw.com
**Caleb T Holzaepfel**  caleb.holzaepfel@huschblackwell.com, LegalSupportTeam-Lookout-CHT@huschblackwell.com; caleb-holzaepfel-9767@ecf.pacerpro.com
**Mark J Horwitz**  mark@thehorwitzlawgroup.com
**Allison Hudson**  ahudson@vedderprice.com, ecfdocket@vedderprice.com
**Timothy M Hughes**  thughes@lavellelaw.com, r41234@notify.bestcase.com
**Chad J Husnick**  chusnick@kirkland.com, will.guerrieri@kirkland.com
**Paula K. Jacobi**  pjacobi@btlaw.com, jsantana@btlaw.com
**Todd C Jacobs**  tjacobs@bradleyriley.com, cclark@bradleyriley.com; docket@bradleyriley.com
**Elizabeth L Janczak**  ejanczak@freeborn.com, bkdocketing@freeborn.com
**Michael J Jasaitis**  mjasaitis@austgenlaw.com
**Roland G Jones**  pacer.rolandjones@gmail.com
**Brett A Kaufman**  brett@kaufmanlegal.net
**Martin S Kedziora**  kedzioram@gtlaw.com, hernandezden@gtlaw.com; CHILitDock@GTLAW.com; doranb@gtlaw.com
**Benjamin Kelly**  benkellysr@comcast.net
**Randall Klein**  randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com
**Candice L Kline**  kline@carpenterlipps.com, figueroa@carpenterlipps.com
**William B Kohn**  kohn@wbkohnlaw.com
**Lawrence J Kotler**  ljkotler@duanemorris.com
**Kay Kress**  kressk@pepperlaw.com
**David O. Kreuter**  dkreuter@kgatty.com

**Gina B Krol** gkrol@cohenandkrol.com, gkrol@cohenandkrol.com; acartwright@cohenandkrol.com; jneiman@cohenandkrol.com
**Robert J. Labate** robert.labate@hklaw.com
**Joseph H Langerak** jhlangerak@jacksonkelly.com, arsatterfield@jacksonkelly.com; abigail.harrington@jacksonkelly.com
**Richard S Lauter** Richard.Lauter@lewisbrisbois.com, lbbscaesars@gmail.com
**Ronald F Layer** legal@layerlaw.com
**Patrick S Layng** USTPRegion11.ES.ECF@usdoj.gov
**Vincent E. Lazar** vlazar@jenner.com, docketing@jenner.com; thooker@jenner.com
**Caren A Lederer** calederer@gct.law, mperez@gct.law, stasciotti@gct.law, tstephenson@gct.law, aleon@gct.law
**Alfred S Lee** alee@lawpmh.com
**David P Leibowitz** dleibowitz@lakelaw.com, jstorer@lakelaw.com; storerjr58596@notify.bestcase.com; ecf@lodpl.com
**Pamela J Leichtling** pleichtling@clarkhill.com, jwoyan@clarkhill.com
**Mark E Leipold** mleipold@gouldratner.com, gferguson@gouldratner.com; lgray@gouldratner.com; mhannon@gouldratner.com; gould-ecfs_notice@juralaw.net
**James Lessmeister** jlessmeister@lessmeisterlaw.com
**Kyle A Lindsey** klindsey@jnlegal.net, cjohnson@jnlegal.net
**John A Lipinsky** lipinsky@ccmlawyer.com, Haskell@ccmlawyer.com; haugh@ccmlawyer.com
**Douglas J. Lipke** dlipke@vedderprice.com, ecfdocket@vedderprice.com; 7610@ecf.pacerpro.com; doug-lipke-7162@ecf.pacerpro.com
**Jennifer G Lurken** jlurken@gislason.com
**Robert B. Marcus** rmarcus@attorneymm.com, mail@attorneymm.com
**Teresa A Massa** tam@terrellandthrall.com
**G. Alexander McTavish** amctavish@fmcolaw.com
**Adam Meadow** ameadow@malmanlaw.com
**Mark Melickian** mmelickian@sfgh.com, joconnor@sfgh.com; mbrandess@sfgh.com; bkdocket@sfgh.com
**George R Mesires** george.mesires@faegrebd.com, darlene.walker@FaegreBD.com, faegrebddocket@faegrebd.com, nora.schweighart@FaegreBD.com
**Todd C Meyers** tmeyers@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com
**Nicholas M Miller** nmiller@ngelaw.com, ecfdocket@ngelaw.com; cdennis@ngelaw.com; mmirkovic@ngelaw.com
**Bryan E. Minier** bminier@lathropgage.com, mvargas@lathropgage.com; krodriguez@lathropgage.com
**James P Moloy** jmoloy@boselaw.com, mwakefield@boselaw.com
**Michael C. Moody** mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com
**James E. Morgan** jem@h2law.com, smckinney@howardandhoward.com
**Justin Morgan** justin.morgan@bclplaw.com
**Peter Morrison** peter.morrison@squirepb.com, cle_dckt@squirepb.com
**Kevin H Morse** kevin.morse@saul.com
**James Naisbitt** jnaisbitt@aol.com
**Robert K. Naumann** robert.naumann@naumannlaw.com, rebecca.robbins@naumannlaw.com, michelle.weslander@naumannlaw.com
**Paula E Neff** neff@emerson-neff.com

12

**Lauren Newman** lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com; aversis@thompsoncoburn.com; bray@thompsoncoburn.com; cvasquez@thompsoncoburn.com
**Ha M Nguyen** ha.nguyen@usdoj.gov, USTPregion11.es.ecf@usdoj.gov
**John L Nisivaco** john@chicagoinjurylaw.com
**R Timothy Novel** tnovel@agdglaw.com
**Peter Nozicka** peter@trapplaw.com
**Sven T Nylen** snylen@beneschlaw.com; ebroderick@beneschlaw.com
**John R O'Connor** joconnor@sfgh.com, bkdocket@sfgh.com
**Michael V Ohlman** mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com
**Leo Oppenheimer** loppenheimer@rctlegal.com
**Frederick Perillo** fp@previant.com, jb@previant.com
**Nancy A Peterman** petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com
**Ann E Pille** ann.pille@dlapiper.com, apille@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
**Jerome W Pinderski** jerome@pinderski.com
**Susan Poll Klaessy** spollklaessy@foley.com, dnichols@foley.com
**Richard B. Polony** rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com, courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com
**Leanne Prendergast** leanne.prendergast@fisherbroyles.com
**Scott A Pyle** spyle@rubinoruman.com, amanuel@rubinoruman.com; ttoso@rubinoruman.com
**Robert Radasevich** rradasevich@ngelaw.com, ewilson@nge.com; ecfdocket@ngelaw.com
**Richard W. Rappold** rwr@rappoldlaw.com
**Phillip S. Reed** preed@pfs-law.com, nvizzini@pfs-law.com
**David Richardson** drichardson@neryrichardson.com
**Sheldon E Richie** srichie@rg-austin.com
**Leigh D Roadman** lroadman@clarkhill.com, lstephens@clarkhill.com
**Adam B. Rome** arome@grglegal.com, abernath@grglegal.com
**Mark D. Roth** markdroth@gmail.com
**Corey Rubenstein** crubenstein@loeb.com, kencinas@loeb.com, chdocket@loeb.com, _CHLitParalegals@loeb.com
**Todd J Ruchman** amps@manleydeas.com
**William J Ryan** wryan@scandagliaryan.com, dwaters@scandagliaryan.com; dmaziarka@scandagliaryan.com
**Tanya M Salman** tmsalman@michaelbest.com, jlbrown@michaelbest.com; courtmail@michaelbest.com
**Derek D Samz** dsamz@dimontelaw.com, mrussell@dimontelaw.com
**Ronald L Sandack** ronald@gaido-fintzen.com, esaldivar@gaido-fintzen.com
**Walter Sandoval** wfs@hilbrich.com
**Dennis M Sbertoli** dsbert4978@aol.com
**Paul H Scheuerlein** pscheuerlein@gaido-fintzen.com, lynette@g-f.co; ecf@g-f.co
**Scott N. Schreiber** sschreiber@clarkhill.com, blambert@clarkhill.com
**Jeffrey M Schwartz** jschwartz@muchshelist.com, nsulak@muchshelist.com
**Jennifer K Schwendener** jennifer@jkslawoffices.com
**Mary A Shipley** ashipley@mcguirewoods.com
**Stephen Smalling** sjs@capronlaw.com
**Kevin C Smith** ksmith@smithsersic.com, dgreen@smithsersic.com
**Nicole K Spicer** nks@johnsoni.com
**Charles S. Stahl, Jr.** cstahl@smbtrials.com

13

**Peter S Stamatis** peter@stamatislegal.com
**Michael T. Stanley** michael@michaelstanley.co, michaelzofo@gmail.com
**Joseph L. Steinfeld** jsteinfeld@askllp.com, lmiskowiec@askllp.com; kcasteel@askllp.com; gunderdahl@askllp.com; rreding@askllp.com; brubis@askllp.com; bmcgrath@askllp.com; mudem@askllp.com
**Gregory K Stern** greg@gregstern.com; steve_horvath@ilnb.uscourt.gov
**Jeffrey Strange** jstrangelaw@aol.com, bowl1901@aol.com
**Stephen B Sutton** ssutton@lathropgage.com
**Paul Swanson** pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com; 9572849420@filings.docketbird.com
**Joseph R Swee** jswee@scandagliaryan.com, dwaters@scandagliaryan.com; cfron@scandagliaryan.com
**Gregg Szilagyi** gs@tailserv.com
**Robert D Tepper** rtepper@satclaw.com, agamble@satclaw.com, heilmanl@ballardspahr.com, RoglenL@ballardspahr.com
**William W Thorsness** wthorsness@vedderprice.com, ecfdocket@vedderprice.com; ewatt@vedderprice.com; 7610@ecf.pacerpro.com; william-thorsness-6297@ecf.pacerpro.com
**Jason M Torf** jason.torf@icemiller.com
**Jessica Tovrov** jessica@tovrovlaw.com
**Daniel E Tranen** Daniel.tranen@wilsonelser.com, mark.ledwin@wilsonelser.com
**Mark R Valley** mvalley@lawmrv.com, mcaiazzo@lawmrv.com
**John D. VanDeventer** jvandeventer@jenner.com
**Eric P VanderPloeg** evanderploeg@burkelaw.com
**Elizabeth B Vandesteeg** evandesteeg@sfgh.com, bkdocket@sfgh.com
**Rion Vaughan** rvaughan@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com
**Richard W Ward** rwward@airmail.net
**Michael D Warner** mwarner@coleschotz.com, klabrada@coleschotz.com
**Brian P Welch** bwelch@burkelaw.com, gbalderas@burkelaw.com
**David K Welch** dwelch@burkelaw.com, gbalderas@burkelaw.com; bwelch@burkelaw.com; welchdr67393@notify.bestcase.com
**Erin A West** ewest@gklaw.com, kboucher@gklaw.com; sshank@gklaw.com
**Amanda J Wiese** bankruptcy@hsbattys.com, bk4hsbm@gmail.com
**William A. Williams** bill.williams@saul.com
**Mark E Wilson** mark.wilson@fisherbroyles.com
**Richard R Winter** richard.winter@hklaw.com
**Charles R Woolley** rwoolley@askounisdarcy.com, okappers@askounisdarcy.com
**Amanda S Yarusso** amanda.yarusso@gmail.com
**Lois J Yu** lyu@centralstates.org
**Daniel A Zazove** dzazove@perkinscoie.com, docketchi@perkinscoie.com; daniel-zazove-4464@ecf.pacerpro.com; jessica-matamoros-0866@ecf.pacerpro.com
**Brian R Zeeck** bzeeck@hinshawlaw.com, cynthiablack@hinshawlaw.com
**Jane F Zimmerman** jzimmerman@murphydesmond.com