**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*,[1] | Case No. 17-13886 |
| Debtors. | Hon. Pamela S. Hollis |

**NOTICE OF AGENDA OF MATTERS RELATED TO CENTRAL GROCERS, INC.,
STRACK & VAN TIL SUPER MARKET, INC. AND SVT, LLC
SCHEDULED FOR HEARING ON AUGUST 22, 2019**

| | |
|---|---|
| Date and Time of Hearing: | August 22, 2019 at 11:00 a.m. (Central Time) |
| Location of Hearing: | The Honorable Pamela S. Hollis<br>Courtroom 644<br>Everett McKinley Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://cases.primeclerk.com/CentralGrocers.<br>Further information may be obtained by calling Prime Clerk at (866) 727-8489. |

1. Notice of Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 **[Docket No. 1611]**, filed by William W. Thorsness, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    (a) **Related Documents:**

    (i) Affidavit of Service of Justin J. Ra Regarding Notice of Trustee's First (1st) Omnibus Objection to 503(b)(9) Claims, Notice of Trustee's Second (2nd) Omnibus Objection to 503(b)(9) Claims, Notice of Trustee's Third (3rd) Omnibus Objection to 503(b)(9) Claims and Notice of Trustee's Fourth (4th) Omnibus Objection to 503(b)(9) Claims **[Docket No. 1909]**, filed by Prime Clerk LLC.

---

[1] The Select Debtors in these chapter 7 cases, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack & Van Til Super Market, Inc. (2184) and SVT, LLC (1185).

      (ii)      Hearing continued from 7/25/2019 Omnibus Hearing **[Docket No. 3063]**.

      (iii)      Final Order Sustaining Second (2nd) Omnibus Objection to § 503(b)(9) Claims (Dkt. 1611) **[Docket No. 3073]**.

(b)    **Status: This matter should be taken off of the Court's calendar. The Court entered a Final Order Sustaining Second (2nd) Omnibus Objection to § 503(b)(9) Claims on 7/25/19 [Docket No. 3073].**

2. Notice of Motion and Motion of Certain Utilities for Payment of Past Due Postpetition Utility Charges from Adequate Assurance Account **[Docket No. 1426]**, filed by Jason M. Torf on behalf of Commonwealth Edison Company and Constellation NewEnergy, Inc.

    (a)    **Related Documents:**

          (i)      Hearing continued from 7/25/2019 Omnibus Hearing **[Docket No. 3064]**.

    (b)    **Responses Filed:** None.

    (c)    **Status: The Trustee and Movants have reached an agreement resolving the Motion. The Trustee will be filing a Motion for Entry of an Order (I) Allowing Administrative Claims of Certain Utility Providers, (II) Determining Amounts of Administrative Claims of Certain Utility Providers, (III) Authorizing the Trustee to pay Utility Providers' Allowed Administrative Claims, and (IV) for Related Relief, which reflects that agreement. The Trustee requests that this matter be continued to the omnibus hearing set for September 19, 2019 at 11:00 a.m. (CT).**

3. Notice of Motion **[Docket No. 3021]** and Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and, (IV) Granting Related Relief **[Docket No. 3020]**, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC.

    (a)    **Related Documents:**

          (i)      Amended Notice of Filing of Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and, (IV) Granting Related Relief **[Docket No. 3042]**, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC.

          (ii)      Notice of Motion and Motion for Continuance of Hearing **[Docket No. 3044]**, filed by Heather M. Crockett, Deputy Attorney General of Indiana, on behalf of Indiana Department of Workforce Development.

        (iii)    Second Amended Notice of Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and, (IV) Granting Related Relief **[Docket No. 3110]**, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC.

        (iv)    Hearing continued from 7/25/2019 Omnibus Hearing **[Docket No. 3072]**.

  (b)  **Responses Filed:** None.

  (c)  **Status: Pursuant to agreement with Movant's counsel, and Movant's Second Amended Notice of Motion [Docket No. 3110], the Trustee requests that this matter be continued to the omnibus hearing set for September 19, 2019 at 11:00 a.m. (CT).**

4.  Notice of Motion and Eighth Motion to Approve Settlements Under Bankruptcy Rule 9019 Between the Trustee and Avoidance Action Defendants **[Docket No. 3074]**, filed by Joseph L. Steinfeld and Edward Neiger, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee of the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC.

  (a)  **Related Documents:** None.

  (b)  **Responses Filed:** None.

  (c)  **Status: This matter is going forward.**

5.  Notice of Motion and Second Interim Fee Application of Vedder Price P.C., as Counsel for the Chapter 7 Trustee, for Payment of Interim Compensation and Reimbursement of Expenses During the Period October 1, 2018 Through May 31, 2019 **[Docket No. 3099]**, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee of the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC.

  (a)  **Related Documents:**

        (i)    Affidavit of Service **[Docket No. 3105]**, filed by Gerhald R. Pasabangi on behalf of Prime Clerk LLC.

        (ii)    Revised Proposed Order Approving Second Interim Fee Application of Vedder Price P.C., as Counsel for the Chapter 7 Trustee, for Payment of Interim Compensation and Reimbursement of Expenses During the Period October 1, 2018 Through May 31, 2019 (Docket No. 3099) **[Docket No. 3114]**, filed by Michael M. Eidelman.

  (b)  **Responses Filed:** None.

3

    (c) **Status: This matter is going forward. Representatives from the United States Trustee's office reviewed and provided comments to Vedder Price regarding the Second Interim Fee Application. As a result of those comments, Vedder Price agreed to provide a voluntary discount of $15,000, which resolves any objections the United States Trustee's office has to the Second Interim Fee Application. The Trustee requests that the Court enter the Revised Proposed Order [Docket No. 3114], which reflects Vedder Price's voluntary discount.**

6. ASK and RCT Adversary Proceedings.

    (a) Attached as **Exhibit One** is a list of all active adversary proceedings.

    (b) **Status**: **Pursuant to the Procedures Orders applicable to each of these adversary proceedings [Docket Nos. 1533–1534], the Trustee is working to resolve each of the adversary proceedings set forth on Exhibit One. The adversary proceedings on Exhibit One will be continued to the omnibus hearing set for September 19, 2019 at 11:00 a.m. (CT).**

7. Motions Filed in Certain Adversary Proceedings.

    (a) Attached as **Exhibit Two** is a list of motions filed in certain adversary proceedings.

    (b) **Status: Exhibit Two provides a status for each motion filed in certain adversary proceedings.**

Dated:  August 20, 2019

Respectfully submitted,

Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack & Van Til Super Market, Inc. and SVT, LLC

By:  */s/ Michael M. Eidelman*
      One of his attorneys

4

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Allison B. Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609 7500 telephone
(312) 609 5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
ahudson@vedderprice.com

5

## Certificate of Service

Michael M. Eidelman, the undersigned attorney, hereby certifies that on August 20, 2019, he caused the foregoing **Notice of Agenda of Matters Related to Central Grocers, Inc. Strack & Van Til Super Market, Inc. and SVT, LLC Scheduled for Hearing on August 22, 2019** to be served on the CM/ECF registrants.

/s/ Michael M. Eidelman

## Mailing Information for Case 17-13886

**Electronic Mail Notice List, via the Court's CM/ECF system.**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case:

**Howard L. Adelman**  hla@ag-ltd.com, dbaird@ag-ltd.com
**David A. Agay**  dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
**Angela M. Allen**  aallen@jenner.com
**R. Scott Alsterda**  rsalsterda@nixonpeabody.com
**Brock Alvarado**  brock@gowithalvarez.com
**Mark A. Amendola**  mamendola@martynlawfirm.com
**Thomas J. Angell**  tangell@jbosh.com
**Amy A. Aronson**  amyaronson@comcast.net
**Ronald Barliant**  ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
**Karl R. Barnickol**  kbarnickol@nge.com, ewilson@nge.com; ecfdocket@nge.com
**Matthew P. Barrette**  mattbarrette@shlawfirm.com
**Edric S. Bautista**  ebautista@sanchezdh.com
**Mark T. Benedict**  mark.benedict@huschblackwell.com, susan.williams@huschblackwell.com
**Robert R. Benjamin**  rrbenjamin@gct.law, mperez@gct.law; myproductionss@gmail.com; tstephenson@gct.law; aleon@gct.law; r61390@notify.bestcase.com
**John A. Benson**  jbenson@huckbouma.com
**Brendan G. Best**  bgbest@varnumlaw.com, wrkyles@varnumlaw.com
**Glenn Betancourt**  courtburg1@comcast.net, r61869@notify.bestcase.com
**Amber L. Bishop**  amichlig@salawus.com
**Richard A. Bixter**  richard.bixter@hklaw.com
**Scott Blakeley**  seb@blakeleyllp.com
**Ira Bodenstein**  iratrustee@shawfishman.com, IL29@ecfcbis.com; plove@foxrothschild.com; chdocket@foxrothschild.com
**Mark V. Bossi**  mbossi@thompsoncoburn.com
**Michael A. Brandess**  mbrandess@sfgh.com, bkdocket@sfgh.com
**Daniel Breen**  danbreen@breenlawchicago.com
**Alexander F. Brougham**  abrougham@ag-ltd.com, dbaird@ag-ltd.com
**David R. Brown**  dbrown@springerbrown.com, iprice@springerbrown.com
**Abraham Brustein**  abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
**Allie M. Burnet**  aburnet@bestfirm.com

**Kurt M. Carlson**  kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com
**Theresa B. Carney**  tcarney@rfclaw.com, khutson@rfclaw.com
**Patrick W. Carothers**  pcarothers@leechtishman.com, ghauswirth@leechtishman.com; bankruptcy@leechtishman.com; dtomko@leechtishman.com
**W. Kent Carter**  kentcarter@grsm.com, estoneking@grsm.com
**Timothy R. Casey**  timothy.casey@dbr.com
**Kara E. Casteel**  kcasteel@askllp.com, lmiskowiec@askllp.com
**Steven B. Chaiken**  schaiken@ag-ltd.com, aweir@ag-ltd.com
**Aaron B. Chapin**  aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com; HBCourtFilings-CHI@huschblackwell.com
**Barry A. Chatz**  barry.chatz@saul.com, jurate.medziak@saul.com
**Rosanne Ciambrone**  rciambrone@duanemorris.com, jkahane@duanemorris.com;rpdarke@duanemorris.com;jjohnson3@duanemorris.com
**Scott R. Clar**  sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com
**Peter A. Clark**  pclark@btlaw.com
**Matthew A. Clemente**  mclemente@sidley.com, efilingnotice@sidley.com; mgustafson@sidley.com; mgburke@sidley.com
**Michael R. Collins**  michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
**William J. Connelly**  wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
**John J. Conway**  johnconway@shlawfirm.com
**Benjamin Court**  benjamin.court@stinson.com
**Heather M. Crockett**  heather.crockett@atg.in.gov, marie.baker@atg.in.gov
**Amy E. Daleo**  adaleo@cohonraizes.com
**Darrell Daley**  darrell@daleylawyers.com, samantha@daleylawyers.com
**Charles Dargo**  dargo@bettercallmylawyer.com
**Aaron Davis**  aaron.davis@bclplaw.com, CHDocketing@bclplaw.com; kathryn.farris@bclplaw.com
**Daniel P. Dawson**  ddawson@nisen.com, adrag@nisen.com
**Steven M. De Falco**  sdefalco@meuerslawfirm.com, lrogers@meuerslawfirm.com, snurenberg@meuerslawfirm.com
**Shelly A. DeRousse**  sderousse@freeborn.com, bkdocketing@freeborn.com; jhazdra@ecf.inforuptcy.com
**John S. Delnero**  jdelnero@pedersenhoupt.com, kcody@pedersenhoupt.com
**Tejal S. Desai**  tdesai@llflegal.com
**Michael K Desmond**  mdesmond @fslegal com
**Ryan A Deutmeyer**  rdeutmeyer @austgenlaw.com
**Bruce C. Dopke**  bdopke@stahlcowen.com, bruce@dopkelaw.com
**Brian M. Dougherty**  bmd@gsrnh.com, kam@gsrnh.com
**David R. Doyle**  ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
**Kevin C. Driscoll**  kevin.driscoll@btlaw.com, jriazi@btlaw.com; ddotts@btlaw.com
**Nicholas R. Dwayne**  ndwayne@ag-ltd.com, tslack@ag-ltd.com
**Michael M. Eidelman**  meidelman@vedderprice.com, ecfdocket@vedderprice.com; michael-eidelman-9405@ecf.pacerpro.com; 7610@ecf.pacerpro.com
**Mary J. Fassett**  mjf@mccarronlaw.com
**Ian Fisher**  ifisher@hahnlaw.com, cmbeitel@hahnlaw.com; ridebitetto@hahnlaw.com

7

**Robert M. Fishman**  rfishman@foxrothschild.com, kjanecki@foxrothschild.com
**Mason N. Floyd**  mfloyd@clarkhill.com, lstephens@clarkhill.com
**Joseph D. Frank**  jfrank@fgllp.com, jkleinman@fgllp.com; mmatlock@fgllp.com; csucic@fgllp.com; csmith@fgllp.com
**Patricia B. Fugee**  patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
**Thomas B. Fullerton**  thomas.fullerton@akerman.com
**Joshua A. Gadharf**  jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
**George P. Galanos**  geogalanos@ameritech.net, lawclerk.galanoslaw@gmail.com; geogalanos@gmail.com
**Matthew Gartner**  matthew.gartner@huschblackwell.com, legalsupportteam-10flnorth-slc@huschblackwell.com
**Sara J. Geenen**  sjg@previant.com, cmw@previant.com
**Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com; dnichols@foley.com
**Karen R. Goodman**  kgoodman@taftlaw.com, nbeagan@taftlaw.com
**Richard Gordon**  rglaw@bellsouth.net
**Danielle J. Gould**  dszukala@burkelaw.com
**Gordon E. Gouveia**  ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
**Thomas G. Grace**  thomas@dispartilaw.com
**Trinitee G. Green**  trinitee.green@bclplaw.com, CHDocketing@bclplaw.com
**Joshua D. Greene**  jgreene@springerbrown.com, aoloughlin@springerbrown.com
**E. Philip Groben**  pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
**Joel D. Groenewold**  jdgroenewold@kopkalaw.com
**Michael J. Gunderson**  bankruptcy@chicago.com, lopez@gundersonfirm.com
**Alison M. Gutierrez**  alison.gutierrez@kutakrock.com
**John W. Guzzardo**  jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
**Mariam L. Hafezi**  mhafezi@kaiserlawoffice.com
**Nathan A. Hall**  nate@chs.law; valerie@chs.law
**Benjamin E. Haskin**  bhaskin@agdglaw.com, jgrote@agdglaw.com
**Scott J. Helfand**  Scott.Helfand@huschblackwell.com, LegalSupportTeam-Lit-TM-CHI@huschblackwell.com
**Roger J. Higgins**  rhiggins@rogerhigginslaw.com
**Caleb T. Holzaepfel**  caleb.holzaepfel@huschblackwell.com, LegalSupportTeam-Lookout-CHT@huschblackwell.com; caleb-holzaepfel-9767@ecf.pacerpro.com
**Mark J. Horwitz**  mark@thehorwitzlawgroup.com
**Allison Hudson**  ahudson@vedderprice.com, ecfdocket@vedderprice.com
**Timothy M. Hughes**  thughes@lavellelaw.com, r41234@notify.bestcase.com
**Chad J. Husnick**  chusnick@kirkland.com, will.guerrieri@kirkland.com
**Paula K. Jacobi**  pjacobi@btlaw.com, jsantana@btlaw.com
**Todd C. Jacobs**  tjacobs@bradleyriley.com, cclark@bradleyriley.com; docket@bradleyriley.com
**Elizabeth L. Janczak**  ejanczak@freeborn.com, bkdocketing@freeborn.com
**Michael J. Jasaitis**  mjasaitis@austgenlaw.com
**Roland G. Jones**  pacer.rolandjones@gmail.com
**Brett A. Kaufman**  brett@kaufmanlegal.net
**Martin S. Kedziora**  kedzioram@gtlaw.com, hernandezden@gtlaw.com; CHILitDock@GTLAW.com; doranb@gtlaw.com
**Benjamin Kelly**  benkellysr@comcast.net

8

**Yi Sun Kim**  ykim@gblawllp.com, ksopky@gblawllp.com
**Randall Klein**  randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com
**Candice L. Kline**  kline@carpenterlipps.com, figueroa@carpenterlipps.com
**William B. Kohn**  kohn@wbkohnlaw.com
**Lawrence J. Kotler**  ljkotler@duanemorris.com
**Kay Kress**  kressk@pepperlaw.com
**David O. Kreuter**  dkreuter@kgatty.com
**Gina B. Krol**  gkrol@cohenandkrol.com, gkrol@cohenandkrol.com; acartwright@cohenandkrol.com; jneiman@cohenandkrol.com
**Robert J. Labate**  robert.labate@hklaw.com
**Joseph H. Langerak**  jhlangerak@jacksonkelly.com, arsatterfield@jacksonkelly.com; abigail.harrington@jacksonkelly.com
**Richard S. Lauter**  Richard.Lauter@lewisbrisbois.com, lbbscaesars@gmail.com
**Ronald F. Layer**  legal@layerlaw.com
**Patrick S. Layng**  USTPRegion11.ES.ECF@usdoj.gov
**Vincent E. Lazar**  vlazar@jenner.com, docketing@jenner.com; thooker@jenner.com
**Caren A. Lederer**  calederer@gct.law, mperez@gct.law, stasciotti@gct.law, tstephenson@gct.law, aleon@gct.law
**Alfred S. Lee**  alee@lawpmh.com
**David P. Leibowitz**  dleibowitz@lakelaw.com, jstorer@lakelaw.com; storerjr58596@notify.bestcase.com; ecf@lodpl.com
**Pamela J. Leichtling**  pleichtling@clarkhill.com, jwoyan@clarkhill.com
**Mark E. Leipold**  mleipold@gouldratner.com, gferguson@gouldratner.com; lgray@gouldratner.com; mhannon@gouldratner.com; gould-ecfs_notice@juralaw.net
**James Lessmeister**  jlessmeister@lessmeisterlaw.com
**Kyle A. Lindsey**  klindsey@jnlegal.net, cjohnson@jnlegal.net
**John A. Lipinsky**  lipinsky@ccmlawyer.com, Haskell@ccmlawyer.com; haugh@ccmlawyer.com
**Douglas J. Lipke**  dlipke@vedderprice.com, ecfdocket@vedderprice.com; 7610@ecf.pacerpro.com; doug-lipke-7162@ecf.pacerpro.com
**Jennifer G. Lurken**  jlurken@gislason.com
**John R. Madden**  jrm@morrisroelaw.com
**Robert B. Marcus**  rmarcus@attorneymm.com, mail@attorneymm.com
**Teresa A. Massa**  tam@terrellandthrall.com
**G. Alexander McTavish**  amctavish@fmcolaw.com
**Adam Meadow**  ameadow@malmanlaw.com
**Mark Melickian**  mmelickian@sfgh.com, joconnor@sfgh.com; mbrandess@sfgh.com; bkdocket@sfgh.com
**George R. Mesires**  george.mesires@faegrebd.com, darlene.walker@FaegreBD.com, faegrebddocket@faegrebd.com
**Todd C. Meyers**  tmeyers@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com
**Nicholas M. Miller**  nmiller@nge.com, ecfdocket@nge.com; cdennis@nge.com; mmirkovic@nge.com
**Bryan E. Minier**  bminier@lathropgage.com, mvargas@lathropgage.com; krodriguez@lathropgage.com
**Don J. Mizerk**  don.mizerk@huschblackwell.com
**James P. Moloy**  jmoloy@boselaw.com, mwakefield@boselaw.com

9

**Michael C. Moody**  mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com
**James E. Morgan**  jem@h2law.com, smckinney@howardandhoward.com
**Justin Morgan**  justin.morgan@bclplaw.com
**Peter Morrison**  peter.morrison@squirepb.com, cle_dckt@squirepb.com
**Kevin H. Morse**  kevin.morse@clarkhill.com
**James Naisbitt**  jnaisbitt@aol.com
**Robert K. Naumann**  robert.naumann@naumannlaw.com, rebecca.robbins@naumannlaw.com, michelle.weslander@naumannlaw.com; Tleslie@thompsoncoburn.com
**Paula E. Neff**  neff@emerson-neff.com
**Lauren Newman**  lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com; aversis@thompsoncoburn.com; cvasquez@thompsoncoburn.com
**Ha M. Nguyen**  ha.nguyen@usdoj.gov, USTP.region11.es.ecf@usdoj.gov
**John L. Nisivaco**  john@chicagoinjurylaw.com
**R. Timothy Novel**  tnovel@agdglaw.com
**Peter Nozicka**  peter@trapplaw.com
**Sven T. Nylen**  snylen@beneschlaw.com; ebroderick@beneschlaw.com
**John R. O'Connor**  joconnor@sfgh.com, bkdocket@sfgh.com
**Michael V. Ohlman**  mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com
**Leo Oppenheimer**  loppenheimer@rctlegal.com
**Frederick Perillo**  fp@previant.com, jb@previant.com
**Nancy A. Peterman**  petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com
**Ann E. Pille**  ann.pille@dlapiper.com, apille@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
**Jerome W. Pinderski**  jerome@pinderski.com
**Susan Poll Klaessy**  spollklaessy@foley.com, dnichols@foley.com
**Richard B. Polony**  rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com, courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com
**James Q. Pope**  jamesp@thepopelawfirm.com, ecfigotnotices@gmail.com
**Leanne Prendergast**  leanne.prendergast@fisherbroyles.com
**Scott A. Pyle**  spyle@rubinoruman.com, amanuel@rubinoruman.com; ttoso@rubinoruman.com
**Amanda K Quick**  amanda.quick@atg.in.gov, marie.baker@atg.in.gov
**Robert Radasevich**  rradasevich@nge.com, ewilson@nge.com; ecfdocket@ngelaw.com
**Richard W. Rappold**  rwr@rappoldlaw.com
**Phillip S. Reed**  preed@pfs-law.com, nvizzini@pfs-law.com
**David Richardson**  drichardson@neryrichardson.com
**Sheldon E. Richie**  srichie@rg-austin.com
**Leigh D. Roadman**  lroadman@clarkhill.com, lstephens@clarkhill.com
**Adam B. Rome**  arome@grglegal.com, abernath@grglegal.com
**Mark D. Roth**  markdroth@gmail.com
**Todd J. Ruchman**  amps@manleydeas.com
**Nina Ruvinsky**  nruvinsky@loeb.com, josinski@loeb.com,chdocket@loeb.com; CHLitParalegals@loeb.com
**William J. Ryan**  wryan@scandagliaryan.com, dwaters@scandagliaryan.com; dmaziarka@scandagliaryan.com
**Tanya M. Salman**  tmsalman@michaelbest.com, jlbrown@michaelbest.com; courtmail@michaelbest.com
**Derek D. Samz**  dsamz@dimontelaw.com, mrussell@dimontelaw.com

**Ronald L. Sandack** ronald@gaido-fintzen.com, esaldivar@gaido-fintzen.com
**Walter Sandoval** wfs@hilbrich.com
**Dennis M. Sbertoli** dsbert4978@aol.com
**Paul H. Scheuerlein** pscheuerlein@gaido-fintzen.com, lynette@g-f.co; ecf@g-f.co
**Scott N. Schreiber** sschreiber@clarkhill.com, blambert@clarkhill.com
**Ryan T. Schultz** rschulz@foxswibel.com, bkdocket@fslc.com
**David J Schwab** djschwab@rsslawoffices.com, dcasey@rsslawoffices.com; khutchinson@rsslawoffices.com; jnorton@rsslawoffices.com
**Jeffrey M. Schwartz** jschwartz@muchshelist.com, wballinger@muchlaw.com
**Jennifer K. Schwendener** jennifer@jkslawoffices.com
**Mary A. Shipley** ashipley@mcguirewoods.com
**Stephen Smalling** sjs@capronlaw.com
**Kevin C. Smith** ksmith@smithsersic.com, dgreen@smithsersic.com
**Nicole K. Spicer** nks@johnsoni.com
**Charles S. Stahl, Jr.** cstahl@smbtrials.com
**Peter S. Stamatis** peter@stamatislegal.com
**Michael T. Stanley** michael@michaelstanley.co, michaelzofo@gmail.com
**Joseph L. Steinfeld** jsteinfeld@askllp.com, lmiskowiec@askllp.com; kcasteel@askllp.com; gunderdahl@askllp.com; rreding@askllp.com; brubis@askllp.com; bmcgrath@askllp.com; mudem@askllp.com
**Gregory K. Stern** greg@gregstern.com; steve_horvath@ilnb.uscourts.gov
**Jeffrey Strange** jstrangelaw@aol.com, bowl1901@aol.com
**Stephen B. Sutton** ssutton@lathropgage.com
**Paul Swanson** pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com; 9572849420@filings.docketbird.com
**Joseph R. Swee** jswee@scandagliaryan.com, dwaters@scandagliaryan.com; cfron@scandagliaryan.com
**Gregg Szilagyi** gs@tailserv.com
**Robert D. Tepper** rtepper@satclaw.com, agamble@satclaw.com, heilmanl@ballardspahr.com, RoglenL@ballardspahr.com
**William W. Thorsness** wthorsness@vedderprice.com, ecfdocket@vedderprice.com; ewatt@vedderprice.com; 7610@ecf.pacerpro.com; william-thorsness-6297@ecf.pacerpro.com
**Jason M. Torf** jason.torf@icemiller.com
**Jessica Tovrov** jessica@tovrovlaw.com
**Daniel E. Tranen** Daniel.tranen@wilsonelser.com, mark.ledwin@wilsonelser.com
**Mark R. Valley** mvalley@lawmrv.com, mcaiazzo@lawmrv.com
**John D. VanDeventer** jvandeventer@jenner.com
**Eric P. VanderPloeg** evanderploeg@burkelaw.com
**Elizabeth B. Vandesteeg** evandesteeg@sfgh.com, bkdocket@sfgh.com
**Rion Vaughan** rvaughan@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com
**Richard W. Ward** rwward@airmail.net
**Michael D. Warner** mwarner@coleschotz.com, klabrada@coleschotz.com
**Brian P. Welch** bwelch@burkelaw.com, gbalderas@burkelaw.com
**David K. Welch** dwelch@burkelaw.com, gbalderas@burkelaw.com; bwelch@burkelaw.com; welchdr67393@notify.bestcase.com
**Erin A. West** ewest@gklaw.com, kboucher@gklaw.com; sshank@gklaw.com
**Amanda J. Wiese** bankruptcy@hsbattys.com, bk4hsbm@gmail.com; hbm@ecf.courtdrive.com

**William A. Williams**  bill.williams@saul.com
**Mark E. Wilson**  mark.wilson@fisherbroyles.com
**Richard R. Winter**  richard.winter@hklaw.com
**Charles R. Woolley**  rwoolley@askounisdarcy.com; hperez@askounisdarcy.com
**Amanda S. Yarusso**  amanda.yarusso@gmail.com
**Lois J. Yu**  lyu@centralstates.org
**Daniel A. Zazove**  dzazove@perkinscoie.com, docketchi@perkinscoie.com; daniel-zazove-4464@ecf.pacerpro.com; jessica-matamoros-0866@ecf.pacerpro.com
**Brian R. Zeeck**  bzeeck@hinshawlaw.com, cynthiablack@hinshawlaw.com
**Jane F. Zimmerman**  jzimmerman@murphydesmond.com