**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*,[1] | Case No. 17-13886 |
| Debtors. | Hon. Pamela S. Hollis |

**NOTICE OF AGENDA OF MATTERS RELATED TO CENTRAL GROCERS, INC.,
STRACK & VAN TIL SUPER MARKET, INC. AND SVT, LLC
SCHEDULED FOR HEARING ON SEPTEMBER 19, 2019**

| | |
|---|---|
| Date and Time of Hearing: | September 19, 2019 at 11:00 a.m. (Central Time) |
| Location of Hearing: | The Honorable Pamela S. Hollis<br>Courtroom 644<br>Everett McKinley Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://cases.primeclerk.com/CentralGrocers.<br>Further information may be obtained by calling Prime Clerk at (866) 727-8489. |

1. Notice of Motion and Motion of Certain Utilities for Payment of Past Due Postpetition Utility Charges from Adequate Assurance Account **[Docket No. 1426]**, filed by Jason M. Torf on behalf of Commonwealth Edison Company and Constellation NewEnergy, Inc.

   (a) **Related Documents:**

      (i) Hearing continued from 8/22/2019 Omnibus Hearing **[Docket No. 3116]**.

   (b) **Responses Filed:** None.

   (c) **Status: As set forth in the Trustee's Motion for Entry of an Order (I) Allowing the Administrative Claims of Certain Utility Providers, (II) Determining Amounts of Administrative Claims of Certain Other Utility Providers, (III) Authorizing the Trustee to Pay Utility Providers' Allowed Administrative Claims, and (IV) for Related Relief (the "Utility Claims Motion") [Docket**

---

[1] The Select Debtors in these chapter 7 cases, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack & Van Til Super Market, Inc. (2184) and SVT, LLC (1185).

        **No. 3144], the Trustee and Movants have reached an agreement resolving the Motion.  If the Court grants the relief requested in the Utility Claims Motion, the Trustee anticipates that this Motion will be withdrawn.**

2.     Notice of Motion **[Docket No. 3021]** and Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (IV) Granting Related Relief **[Docket No. 3020]**, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC.

    (a)     **Related Documents:**

        (i)     Amended Notice of Filing of Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (IV) Granting Related Relief **[Docket No. 3042]**, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC.

        (ii)     Notice of Motion and Motion for Continuance of Hearing **[Docket No. 3044]**, filed by Heather M. Crockett, Deputy Attorney General of Indiana, on behalf of Indiana Department of Workforce Development.

        (iii)     Second Amended Notice of Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (IV) Granting Related Relief **[Docket No. 3110]**, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC.

        (iv)     Hearing continued from 8/22/2019 Omnibus Hearing **[Docket No. 3110]**.

        (v)     Third Amended Notice of Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (IV) Granting Related Relief **[Docket No. 3152]**, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC.

- (b) **Responses Filed:**

    - (i) Limited Objection to Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and, (IV) Granting Related Relief **[Docket No. 3145]**, filed by Amanda K. Quick, Deputy Attorney General, on behalf of the Indiana Department of Workforce Development.

- (c) **Status: Pursuant to agreement between Movant, the Indiana Department of Workforce Development, and the Trustee, this matter is being continued to October 17, 2019 at 10:30 a.m. (CT).**

3. Notice of Motion and Trustee's Motion to Vacate Certain Orders Granting Relief from Automatic Stay to Proceed Against Available Insurance Proceeds and for Related Relief (the "Motion to Vacate") **[Docket No. 2941]**, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    - (a) **Related Documents:**

        - (i) Affidavit of Service of Trustee's Motion to Vacate Certain Orders Granting Relief from Automatic Stay to Proceed Against Available Insurance Proceeds and for Related Relief (Docket No. 2941) **[Docket No. 2963]**, filed by Gerhald R. Pasabangi of Prime Clerk.

        - (ii) Supplemental Affidavit of Service of Trustee's Motion to Vacate Certain Orders Granting Relief from Automatic Stay to Proceed Against Available Insurance Proceeds and for Related Relief (Docket No. 2941) **[Docket No. 3029]**, filed by Darius T. Coke of Prime Clerk.

        - (iii) Order Granting in Part, Continuing Motion to Vacate (Docket No. 2941) **[Docket No. 3100]**.

        - (iv) Supplemental Affidavit of Service of Trustee's Motion to Vacate Certain Orders Granting Relief from Automatic Stay to Proceed Against Available Insurance Proceeds and for Related Relief (Docket No. 2941) **[Docket No. 3112]**, filed by Darius T. Coke of Prime Clerk.

        - (v) Certificate of Service regarding Order Granting in Part, and Continuing in Part, Trustee's Motion to Vacate Certain Orders Granting Relief from Automatic Stay and for Related Relief (Docket No. 3100) **[Docket No. 3104]**, filed by Allison B. Hudson, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

        - (vi) Certificate of Service regarding Trustee's Production of Insurance-Related Documents **[Docket No. 3141]**, filed by Michael E. Eidelman, on behalf of

3

        Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

  (b)  **Responses Filed:**

      (i)  Response in Opposition to Trustee's Motion to Vacate Certain Orders Granting Relief from Automatic Stay to Proceed Against Available Insurance Proceeds and for Related Relief **[Docket No. 3038]**, filed by Scott A. Pyle on behalf of Lidia Banda, Alexander and Shelia Chapman, Maryann Odishoo, Jessie Rattray and Robert Terek.

      (ii)  Response in Opposition to Trustee's Motion to Vacate Certain Orders Granting Relief from Automatic Stay to Proceed Against Available Insurance Proceeds and for Related Relief **[Docket No. 3039]**, filed by Walter F. Sandoval on behalf of Ronald Chaffin.

      (iii)  Response in Opposition to Trustee's Motion to Vacate Certain Orders Granting Relief from Automatic Stay to Proceed Against Available Insurance Proceeds and for Related Relief **[Docket No. 3040]**, filed by Kevin C. Smith on behalf of Kathleen Cornett.

  (c)  **Status: This matter is going forward. The Trustee requests that the Court enter an order granting the Motion, vacating those Lift Stay Orders identified on Exhibit 3 to the Motion *with prejudice*, and re-imposing the automatic stay, effective July 25, 2019, as to those Lift Stay Claimants identified on Exhibit 3.**

4.  Notice of Motion and Motion for Relief from Automatic Stay **[Docket No. 2946]**, filed by Law Offices of Steven J. Malman & Associates, P.C., on behalf of Robbin M. Maynard.

  (a)  **Related Documents:**

      (i)  Hearing continued from 7/25/2019 Omnibus Hearing **[Docket No. 3060]**.

  (b)  **Responses Filed:** None.

  (c)  **Status: This matter is going forward. The Trustee requests that the Motion be denied.**

5.  Motion for Relief from Automatic Stay **[Docket No. 2718]**, filed by Mariam L. Hafezi of Kaiser Hafezi Law, on behalf of Yasmine Martell.

  (a)  **Related Documents:**

      (i)  Notice of Motion **[Docket No. 2720]**, filed by Mariam L. Hafezi of Kaiser Hafezi Law.

      (ii)  Required Statement to Accompany Motion for Relief from Automatic Stay **[Docket No. 2721]**, filed by Mariam L. Hafezi on behalf of Yasmine Martel.

CHICAGO/#3353143

  (iii) Proposed Order Granting Relief from Automatic Stay **[Docket No. 2722]**.

  (iv) Hearing continued from 7/25/2019 Omnibus Hearing **[Docket No. 3065]**.

(b) **Responses Filed:** None.

(c) **Status: This matter is going forward. The Trustee has no objection to the Motion, and the parties will submit an order to the Court at the hearing on September 19, 2019 at 11:00 a.m. (CT).**

6. Motion for Relief from Automatic Stay to the Extent of Available Insurance Coverage **[Docket No. 2732]**, filed by Brock Alvarado, on behalf of Frances Wise, Lewis Wise and Walter J. Alvarez, P.C.

 (a) **Related Documents:**

  (i) Amended Notice of Motion for Motion for Relief from Automatic Stay to the Extent of Available Insurance Coverage (Docket No. 2732) **[Docket No. 2733]**, filed by Brock Alvarado, on behalf of Frances Wise, Lewis Wise and Walter J. Alvarez, P.C.

  (ii) Hearing continued from 7/25/2019 Omnibus Hearing **[Docket No. 3066]**.

 (b) **Responses Filed:** None.

 (c) **Status: This matter is going forward**. **The Trustee has no objection to the Motion, and the parties will submit an order to the Court at the hearing on September 19, 2019 at 11:00 a.m. (CT).**

7. Motion for Relief from Automatic Stay **[Docket No. 2811]**, filed by Michael J. Jasaitis, on behalf of Thelma Jarrett.

 (a) **Related Documents:**

  (i) Amended Notice of Motion and Motion for Relief from Automatic Stay to the Extent of Available Insurance Coverage (Docket No. 2811) **[Docket No. 2834]**, filed by Michael J. Jasaitis, on behalf of Thelma Jarrett.

  (ii) Hearing continued from 7/25/2019 Omnibus Hearing **[Docket No. 3067]**.

 (b) **Responses Filed:** None.

 (c) **Status:  This matter is going forward. The Trustee requests that the Motion be denied.**

8. Notice of Motion and Motion for Relief from Automatic Stay **[Docket No. 2824]**, filed by Michael J. Jasaitis, on behalf of Biljana Shuleski.

 (a) **Related Documents:**

5

        (i)      Amended Notice of Motion and Motion for Relief from Automatic Stay to the Extent of Available Insurance Coverage **[Docket No. 2837]**, filed by Michael J. Jasaitis, on behalf of Biljana Shuleski.

        (ii)     Proposed Order for Relief from Automatic Stay **[Docket No. 2826]**.

        (iii)    Hearing continued from 7/25/2019 Omnibus Hearing **[Docket No. 3068]**.

   (b)    **Responses Filed:** None.

   (c)    **Status: This matter is going forward. The Trustee requests that the Motion be denied.**

9. Notice of Motion and Motion for Relief from Automatic Stay **[Docket No. 3010]**, filed by Carrie Linden, on behalf of Tim's Snowplowing, Inc.

   (a)    **Related Documents:**

        (i)      Proposed Order for Relief from Automatic Stay **[Docket No. 3016]**.

        (ii)     Hearing continued from 7/25/2019 Omnibus Hearing **[Docket No. 3071]**.

   (b)    **Responses Filed:** None.

   (c)    **Status: This matter is going forward. The Trustee requests that the Motion be denied.**

10. Notice of Motion and Ninth Motion to Approve Settlements under Bankruptcy Rule 9019 between the Trustee and Avoidance Action Defendants **[Docket No. 3121]**, filed by Joseph L. Steinfeld, Jr., on behalf of ASK, LLP.

   (a)    **Related Documents:** None.

   (b)    **Responses Filed:** None.

   (c)    **Status: This matter is going forward**.

11. Notice of Motion and Motion for Entry of an Order Allowing the Administrative Expense Claim of the United Food and Commercial Workers International Union Industry Pension Fund **[Docket No. 3142]**, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the Select Debtors.

   (a)    **Related Documents:**

        (i)      Affidavit of Service of Trustee's for Entry of an Order Allowing the Administrative Expense Claim of the United Food and Commercial Workers International Union Industry Pension Fund (Docket No. 3142) **[Docket No. 3146]**, filed by Gerhald R. Pasabangi, of Prime Clerk.

   (b)    **Responses Filed:** None.

CHICAGO/#3353143

    (c)    **Status: This matter is going forward. The Trustee requests that the Court enter the proposed order filed with the Motion [Docket No. 3142-1].**

12. Notice of Motion and Motion for Entry of an Order: (i) Allowing the Administrative Claims of Certain Utility Providers, (ii) Determining Amounts of Administrative Claims of Certain Other Utility Providers, (iii) Authorizing the Trustee to Pay Utility Providers' Allowed Administrative Claims and (iv) for Related Relief **[Docket No. 3144]**, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the Select Debtors.

    (a)    **Related Documents:**

        (i)    Affidavit of Service of Trustee's Motion for Entry of an Order: (i) Allowing the Administrative Claims of Certain Utility Providers, (ii) Determining Amounts of Administrative Claims of Certain Other Utility Providers, (iii) Authorizing the Trustee to Pay Utility Providers' Allowed Administrative Claims and (iv) for Related Relief (Docket No. 3144) **[Docket No. 3147]**, filed by Joudeleen Frans of Prime Clerk.

    (b)    **Responses Filed:** None.

    (c)    **Status: This matter is going forward.**

13. Notice of Motion and Motion to Direct Chapter 7 Trustee to Produce Settlement Agreements **[Docket No. 3151]**, filed by Robert Radasevich, on behalf of Timothy Kubis.

    (a)    **Related Documents:** None.

    (b)    **Responses Filed:**

        (i)    Limited Objection to Motion to Direct Chapter 7 Trustee to Produce Settlement Agreements **[Docket No. 3155]**, filed by Leo Oppenheimer, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the Select Debtors.

    (c)    **Status: This matter is going forward.**

14. ASK and RCT Adversary Proceedings.

    (a)    Attached as **Exhibit One** is a list of all active adversary proceedings.

    (b)    **Status**: **Pursuant to the Procedures Orders applicable to each of these adversary proceedings [Docket Nos. 1533–1534], the Trustee is working to resolve each of the adversary proceedings set forth on Exhibit One. The adversary proceedings on Exhibit One will be continued to the Omnibus Hearing set for October 17, 2019 at 10:30 a.m. (CT).**

15. Motions Filed in Certain Adversary Proceedings.

    (a)    Attached as **Exhibit Two** is a list of motions filed in certain adversary proceedings.

    (b)     **<u>Status</u>: Exhibit Two provides a status for each motion filed in certain adversary proceedings.**

| | |
|---|---|
| Dated: September 17, 2019 | Respectfully submitted, |
| | Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack & Van Til Super Market, Inc. and SVT, LLC |
| | By:   */s/ Michael M. Eidelman*<br>      One of his attorneys |

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Allison B. Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609 7500 telephone
(312) 609 5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
ahudson@vedderprice.com

### Certificate of Service

Michael M. Eidelman, the undersigned attorney, hereby certifies that on September 17, 2019, he caused the foregoing **Notice of Agenda of Matters Related to Central Grocers, Inc. Strack & Van Til Super Market, Inc. and SVT, LLC Scheduled for Hearing on September 19, 2019** to be served on the CM/ECF registrants.

/s/ Michael M. Eidelman

## Mailing Information for Case 17-13886

**Electronic Mail Notice List, via the Court's CM/ECF system.**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case:

**Howard L. Adelman**  hla@ag-ltd.com, dbaird@ag-ltd.com
**David A. Agay**  dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
**Angela M. Allen**  aallen@jenner.com
**R. Scott Alsterda**  rsalsterda@nixonpeabody.com
**Brock Alvarado**  brock@gowithalvarez.com
**Mark A. Amendola**  mamendola@martynlawfirm.com
**Robert M. Andalman**  randalman@aandglaw.com, edavis@aandglaw.com; ldavlin@aandglaw.com; rblackburn@aandglaw.com
**Thomas J. Angell**  tangell@jbosh.com
**Amy A. Aronson**  amyaronson@comcast.net, amyaronson@comcast.net
**Ronald Barliant**  ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
**Karl R. Barnickol**  kbarnickol@nge.com, ewilson@nge.com; ecfdocket@nge.com
**Matthew P. Barrette**  mattbarrette@shlawfirm.com
**Edric S. Bautista**  ebautista@sanchezdh.com
**Mark T. Benedict** mark.benedict@huschblackwell.com, susan.williams@huschblackwell.com
**Robert R. Benjamin**  rrbenjamin@gct.law, mperez@gct.law; myproductionss@gmail.com; tstephenson@gct.law; aleon@gct.law; r61390@notify.bestcase.com
**John A. Benson**  jbenson@huckbouma.com
**Brendan G. Best**  bgbest@varnumlaw.com, wrkyles@varnumlaw.com
**Glenn Betancourt**  courtburg1@comcast.net, r61869@notify.bestcase.com
**Amber L. Bishop**  amichlig@salawus.com
**Richard A. Bixter**  richard.bixter@hklaw.com
**Scott Blakeley**  seb@blakeleyllp.com
**Ira Bodenstein**  iratrustee@shawfishman.com, IL29@ecfcbis.com; plove@foxrothschild.com; chdocket@foxrothschild.com
**Mark V. Bossi**  mbossi@thompsoncoburn.com
**Michael A. Brandess**  mbrandess@sfgh.com, bkdocket@sfgh.com
**Daniel Breen**  danbreen@breenlawchicago.com
**Alexander F. Brougham**  abrougham@ag-ltd.com, dbaird@ag-ltd.com
**David R. Brown**  dbrown@springerbrown.com, iprice@springerbrown.com

**Abraham Brustein** abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
**Allie M. Burnet** aburnet@bestfirm.com
**Kurt M. Carlson** kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com
**Theresa B. Carney** tcarney@rfclaw.com, khutson@rfclaw.com
**Patrick W. Carothers** pcarothers@leechtishman.com, ghauswirth@leechtishman.com; bankruptcy@leechtishman.com; dtomko@leechtishman.com
**W. Kent Carter** kentcarter@grsm.com, estoneking@grsm.com
**Timothy R. Casey** timothy.casey@dbr.com
**Kara E. Casteel** kcasteel@askllp.com, lmiskowiec@askllp.com
**Steven B. Chaiken** schaiken@ag-ltd.com, aweir@ag-ltd.com
**Aaron B. Chapin** aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com; HBCourtFilings-CHI@huschblackwell.com
**Barry A. Chatz** barry.chatz@saul.com, jurate.medziak@saul.com
**Rosanne Ciambrone** rciambrone@duanemorris.com, jkahane@duanemorris.com;rpdarke@duanemorris.com;jjohnson3@duanemorris.com
**Scott R. Clar** sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com
**Peter A. Clark** pclark@btlaw.com
**Matthew A. Clemente** mclemente@sidley.com, efilingnotice@sidley.com; mgustafson@sidley.com; mgburke@sidley.com
**Michael R. Collins** michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
**William J. Connelly** wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
**John J. Conway** johnconway@shlawfirm.com
**Benjamin Court** benjamin.court@stinson.com
**Heather M. Crockett** heather.crockett@atg.in.gov, marie.baker@atg.in.gov
**Amy E. Daleo** adaleo@cohonraizes.com
**Darrell Daley** darrell@daleylawyers.com, samantha@daleylawyers.com
**Charles Dargo** dargo@bettercallmylawyer.com
**Aaron Davis** aaron.davis@bclplaw.com, CHDocketing@bclplaw.com; kathryn.farris@bclplaw.com
**Daniel P. Dawson** ddawson@nisen.com, adrag@nisen.com
**Steven M. De Falco** sdefalco@meuerslawfirm.com, lrogers@meuerslawfirm.com, snurenberg@meuerslawfirm.com
**Shelly A. DeRousse** sderousse@freeborn.com, bkdocketing@freeborn.com; jhazdra@ecf.inforuptcy.com
**John S. Delnero** jdelnero@pedersenhoupt.com, kcody@pedersenhoupt.com
**Tejal S. Desai** tdesai@llflegal.com
**Michael K Desmond** mdesmond@fslegal.com
**Ryan A Deutmeyer** rdeutmeyer@austgenlaw.com
**Bruce C. Dopke** bdopke@stahlcowen.com, bruce@dopkelaw.com
**Brian M. Dougherty** bmd@gsrnh.com, kam@gsrnh.com
**David R. Doyle** ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
**Kevin C. Driscoll** kevin.driscoll@btlaw.com, jriazi@btlaw.com; ddotts@btlaw.com
**Nicholas R. Dwayne** ndwayne@ag-ltd.com, tslack@ag-ltd.com
**Michael M. Eidelman** meidelman@vedderprice.com, ecfdocket@vedderprice.com; michael-eidelman-9405@ecf.pacerpro.com; 7610@ecf.pacerpro.com

**Mary J. Fassett**  mjf@mccarronlaw.com
**Ian Fisher**  ifisher@hahnlaw.com, cmbeitel@hahnlaw.com; ridebitetto@hahnlaw.com
**Ian H. Fisher**  fisher@hahnlaw.com, jallison@hahnlaw.com;cmbeitel@hahnlaw.com
**Robert M. Fishman**  rfishman@foxrothschild.com, kjanecki@foxrothschild.com
**Mason N. Floyd**  mfloyd@clarkhill.com, lstephens@clarkhill.com
**Joseph D. Frank**  jfrank@fgllp.com, jkleinman@fgllp.com; mmatlock@fgllp.com; csucic@fgllp.com; csmith@fgllp.com
**Patricia B. Fugee**  patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
**Thomas B. Fullerton**  thomas.fullerton@akerman.com
**Joshua A. Gadharf**  jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
**George P. Galanos**  geogalanos@ameritech.net, lawclerk.galanoslaw@gmail.com; geogalanos@gmail.com
**Matthew Gartner**  matthew.gartner@huschblackwell.com, legalsupportteam-10flnorth-slc@huschblackwell.com
**Sara J. Geenen**  sjg@previant.com, cmw@previant.com
**Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com; dnichols@foley.com
**Karen R. Goodman**  kgoodman@taftlaw.com, nbeagan@taftlaw.com
**Richard Gordon**  rglaw@bellsouth.net
**Danielle J. Gould**  dszukala@burkelaw.com
**Gordon E. Gouveia**  ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
**Thomas G. Grace**  thomas@dispartilaw.com
**Trinitee G. Green**  trinitee.green@bclplaw.com, CHDocketing@bclplaw.com
**Joshua D. Greene**  jgreene@springerbrown.com, aoloughlin@springerbrown.com
**E. Philip Groben**  pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
**Joel D. Groenewold**  jdgroenewold@kopkalaw.com
**Michael J. Gunderson**  bankruptcy@chicago.com, lopez@gundersonfirm.com
**Alison M. Gutierrez**  alison.gutierrez@kutakrock.com
**John W. Guzzardo**  jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
**Mariam L. Hafezi**  mhafezi@kaiserlawoffice.com
**Nathan A. Hall**  nate@chs.law; valerie@chs.law
**Benjamin E. Haskin**  bhaskin@agdglaw.com, jgrote@agdglaw.com
**Scott J. Helfand**  Scott.Helfand@huschblackwell.com, LegalSupportTeam-Lit-TM-CHI@huschblackwell.com
**Roger J. Higgins**  rhiggins@rogerhigginslaw.com
**Caleb T. Holzaepfel**  caleb.holzaepfel@huschblackwell.com, LegalSupportTeam-Lookout-CHT@huschblackwell.com; caleb-holzaepfel-9767@ecf.pacerpro.com
**Mark J. Horwitz**  mark@thehorwitzlawgroup.com
**Allison Hudson**  ahudson@vedderprice.com, ecfdocket@vedderprice.com
**Timothy M. Hughes**  thughes@lavellelaw.com, r41234@notify.bestcase.com
**Chad J. Husnick**  chusnick@kirkland.com, will.guerrieri@kirkland.com
**Paula K. Jacobi**  pjacobi@btlaw.com, jsantana@btlaw.com
**Todd C. Jacobs**  tjacobs@bradleyriley.com, cclark@bradleyriley.com; docket@bradleyriley.com
**Elizabeth L. Janczak**  ejanczak@freeborn.com, bkdocketing@freeborn.com
**Michael J. Jasaitis**  mjasaitis@austgenlaw.com
**Roland G. Jones**  pacer.rolandjones@gmail.com
**Mark L. Karno**  mlkarno@sbcglobal.net

**Brett A. Kaufman** brett@kaufmanlegal.net
**Martin S. Kedziora** kedzioram@gtlaw.com, hernandezden@gtlaw.com; CHILitDock@GTLAW.com; doranb@gtlaw.com
**Benjamin Kelly** benkellysr@comcast.net
**Yi Sun Kim** ykim@gblawllp.com, ksopky@gblawllp.com
**Randall Klein** randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com
**Candice L. Kline** kline@carpenterlipps.com, figueroa@carpenterlipps.com
**William B. Kohn** kohn@wbkohnlaw.com
**Lawrence J. Kotler** ljkotler@duanemorris.com
**Kay Kress** kressk@pepperlaw.com
**David O. Kreuter** dkreuter@kgatty.com
**Gina B. Krol** gkrol@cohenandkrol.com, gkrol@cohenandkrol.com; acartwright@cohenandkrol.com; jneiman@cohenandkrol.com
**Robert J. Labate** robert.labate@hklaw.com
**Joseph H. Langerak** jhlangerak@jacksonkelly.com, arsatterfield@jacksonkelly.com; abigail.harrington@jacksonkelly.com
**Richard S. Lauter** Richard.Lauter@lewisbrisbois.com, lbbscaesars@gmail.com
**Ronald F. Layer** legal@layerlaw.com
**Patrick S. Layng** USTPRegion11.ES.ECF@usdoj.gov
**Vincent E. Lazar** vlazar@jenner.com, docketing@jenner.com; thooker@jenner.com
**Caren A. Lederer** calederer@gct.law, mperez@gct.law, stasciotti@gct.law, tstephenson@gct.law, aleon@gct.law
**Alfred S. Lee** alee@lawpmh.com
**David P. Leibowitz** dleibowitz@lakelaw.com, jstorer@lakelaw.com; storerjr58596@notify.bestcase.com; ecf@lodpl.com
**Pamela J. Leichtling** pleichtling@clarkhill.com, jwoyan@clarkhill.com
**Mark E. Leipold** mleipold@gouldratner.com, gferguson@gouldratner.com; lgray@gouldratner.com; mhannon@gouldratner.com; gould-ecfs_notice@juralaw.net
**James Lessmeister** jlessmeister@lessmeisterlaw.com
**Kyle A. Lindsey** klindsey@jnlegal.net, cjohnson@jnlegal.net
**John A. Lipinsky** lipinsky@ccmlawyer.com, Haskell@ccmlawyer.com; haugh@ccmlawyer.com
**Douglas J. Lipke** dlipke@vedderprice.com, ecfdocket@vedderprice.com; 7610@ecf.pacerpro.com; doug-lipke-7162@ecf.pacerpro.com
**Jennifer G. Lurken** jlurken@gislason.com
**John R. Madden** jrm@morrisroe.law
**Robert B. Marcus** rmarcus@attorneymm.com, mail@attorneymm.com
**Teresa A. Massa** tam@terrellandthrall.com
**G. Alexander McTavish** amctavish@fmcolaw.com
**Adam Meadow** ameadow@malmanlaw.com
**Mark Melickian** mmelickian@sfgh.com, joconnor@sfgh.com; mbrandess@sfgh.com; bkdocket@sfgh.com
**George R. Mesires** george.mesires@faegrebd.com, darlene.walker@FaegreBD.com, faegrebddocket@faegrebd.com
**Todd C. Meyers** tmeyers@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com
**Nicholas M. Miller** nmiller@ngelaw.com, ecfdocket@ngelaw.com; cdennis@ngelaw.com; mmirkovic@ngelaw.com

**Bryan E. Minier**  bminier@lathropgage.com, mvargas@lathropgage.com; krodriguez@lathropgage.com
**Don J. Mizerk**  don.mizerk@huschblackwell.com
**James P. Moloy**  jmoloy@boselaw.com, mwakefield@boselaw.com
**Michael C. Moody**  mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com
**James E. Morgan**  jem@h2law.com, smckinney@howardandhoward.com
**Justin Morgan**  justin.morgan@bclplaw.com
**Peter Morrison**  peter.morrison@squirepb.com, cle_dckt@squirepb.com
**Kevin H. Morse**  k.morse@clarkhill.com
**James Naisbitt**  jnaisbitt@aol.com
**Robert K. Naumann**  robert.naumann@naumannlaw.com, rebecca.robbins@naumannlaw.com, michelle.weslander@naumannlaw.com
**Paula E. Neff**  neff@emerson-neff.com
**Lauren Newman**  lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com; aversis@thompsoncoburn.com; cvasquez@thompsoncoburn.com; Tleslie@thompsoncoburn.com
**Ha M. Nguyen**  ha.nguyen@usdoj.gov, USTPregion11.es.ecf@usdoj.gov
**John L. Nisivaco**  john@chicagoinjurylaw.com
**R. Timothy Novel**  tnovel@agdglaw.com
**Peter Nozicka**  peter@trapplaw.com
**Sven T. Nylen**  snylen@beneschlaw.com; ebroderick@beneschlaw.com
**John R. O'Connor**  joconnor@sfgh.com, bkdocket@sfgh.com
**Michael V. Ohlman**  mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com
**Leo Oppenheimer**  loppenheimer@rctlegal.com
**Frederick Perillo**  fp@previant.com, jb@previant.com
**Nancy A. Peterman**  petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com
**Ann E. Pille**  ann.pille@dlapiper.com, apille@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
**Jerome W. Pinderski**  jerome@pinderski.com
**Susan Poll Klaessy**  spollklaessy@foley.com, dnichols@foley.com
**Richard B. Polony**  rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com, courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com
**James Q. Pope**  jamesp@thepopelawfirm.com, ecfigotnotices@gmail.com
**Leanne Prendergast**  leanne.prendergast@fisherbroyles.com
**Scott A. Pyle**  spyle@rubinoruman.com, amanuel@rubinoruman.com; ttoso@rubinoruman.com
**Amanda K. Quick**  amanda.quick@atg.in.gov, marie.baker@atg.in.gov
**Robert Radasevich**  rradasevich@nge.com, ewilson@nge.com; ecfdocket@ngelaw.com
**Richard W. Rappold**  rwr@rappoldlaw.com
**Phillip S. Reed**  preed@pfs-law.com, nvizzini@pfs-law.com
**David Richardson**  drichardson@neryrichardson.com
**Sheldon E. Richie**  srichie@rg-austin.com
**Leigh D. Roadman**  lroadman@clarkhill.com, lstephens@clarkhill.com
**Adam B. Rome**  arome@grglegal.com, abernath@grglegal.com
**Mark D. Roth**  markdroth@gmail.com
**Todd J. Ruchman**  amps@manleydeas.com
**Nina Ruvinsky**  nruvinsky@loeb.com, josinski@loeb.com,chdocket@loeb.com,_CHLitParalegals@loeb.com

CHICAGO/#3353143

**William J. Ryan** wryan@scandagliaryan.com, dwaters@scandagliaryan.com; dmaziarka@scandagliaryan.com
**Tanya M. Salman** tmsalman@michaelbest.com, jlbrown@michaelbest.com; courtmail@michaelbest.com
**Derek D. Samz** dsamz@dimontelaw.com, mrussell@dimontelaw.com
**Ronald L. Sandack** ronald@gaido-fintzen.com, esaldivar@gaido-fintzen.com
**Walter Sandoval** wfs@hilbrich.com
**Dennis M. Sbertoli** dsbert4978@aol.com
**Paul H. Scheuerlein** pscheuerlein@gaido-fintzen.com, lynette@g-f.co; ecf@g-f.co
**Scott N. Schreiber** sschreiber@clarkhill.com, blambert@clarkhill.com
**Ryan T. Schultz** rschulz@foxswibel.com, bkdocket@fslc.com
**David J Schwab** djschwab@rsslawoffices.com, dcasey@rsslawoffices.com;khutchinson@rsslawoffices.com;jnorton@rsslawoffices.com
**Jeffrey M. Schwartz** jschwartz@muchshelist.com, wballinger@muchlaw.com
**Jennifer K. Schwendener** jennifer@jkslawoffices.com
**Mary A. Shipley** ashipley@mcguirewoods.com
**Stephen Smalling** sjs@capronlaw.com
**Kevin C. Smith** ksmith@smithsersic.com, dgreen@smithsersic.com
**Nicole K. Spicer** nks@johnsoni.com
**Charles S. Stahl, Jr.** cstahl@smbtrials.come
**Peter S. Stamatis** peter@stamatislegal.com
**Michael T. Stanley** michael@michaelstanley.co, michaelzofo@gmail.com
**Joseph L. Steinfeld** jsteinfeld@askllp.com, lmiskowiec@askllp.com; kcasteel@askllp.com; gunderdahl@askllp.com; rreding@askllp.com; brubis@askllp.com; bmcgrath@askllp.com; mudem@askllp.com
**Gregory K. Stern** greg@gregstern.com; steve_horvath@ilnb.uscourts.gov
**Jeffrey Strange** jstrangelaw@aol.com, bowl1901@aol.com
**Stephen B. Sutton** ssutton@lathropgage.com
**Paul Swanson** pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com; 9572849420@filings.docketbird.com
**Joseph R. Swee** jswee@scandagliaryan.com, dwaters@scandagliaryan.com; cfron@scandagliaryan.com
**Gregg Szilagyi** gs@tailserv.com
**Robert D. Tepper** rtepper@satclaw.com, agamble@satclaw.com, heilmanl@ballardspahr.com, RoglenL@ballardspahr.com
**William W. Thorsness** wthorsness@vedderprice.com, ecfdocket@vedderprice.com; ewatt@vedderprice.com; 7610@ecf.pacerpro.com; william-thorsness-6297@ecf.pacerpro.com
**Jason M. Torf** jason.torf@icemiller.com
**Jessica Tovrov** jessica@tovrovlaw.com
**Daniel E. Tranen** Daniel.tranen@wilsonelser.com, mark.ledwin@wilsonelser.com
**Mark R. Valley** mvalley@lawmrv.com, mcaiazzo@lawmrv.com
**John D. VanDeventer** jvandeventer@jenner.com
**Eric P. VanderPloeg** evanderploeg@burkelaw.com
**Elizabeth B. Vandesteeg** evandesteeg@sfgh.com, bkdocket@sfgh.com
**Rion Vaughan** rvaughan@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; lburrell@mcdonaldhopkins.com
**Richard W. Ward** rwward@airmail.net
**Michael D. Warner** mwarner@coleschotz.com, klabrada@coleschotz.com

**Brian P. Welch**  bwelch@burkelaw.com, gbalderas@burkelaw.com
**David K. Welch**  dwelch@burkelaw.com, gbalderas@burkelaw.com; bwelch@burkelaw.com; welchdr67393@notify.bestcase.com
**Erin A. West**  ewest@gklaw.com, kboucher@gklaw.com; sshank@gklaw.com
**Amanda J. Wiese**  bankruptcy@hsbattys.com, bk4hsbm@gmail.com;hbm@ecf.courtdrive.com
**William A. Williams**  bill.williams@saul.com
**Mark E. Wilson**  mark.wilson@fisherbroyles.com
**Richard R. Winter**  richard.winter@hklaw.com
**Charles R. Woolley**  rwoolley@askounisdarcy.com, hperez@askounisdarcy.com
**Amanda S. Yarusso**  amanda.yarusso@gmail.com
**Lois J. Yu**  lyu@centralstates.org
**Daniel A. Zazove**  dzazove@perkinscoie.com, docketchi@perkinscoie.com; daniel-zazove-4464@ecf.pacerpro.com; jessica-matamoros-0866@ecf.pacerpro.com
**Brian R. Zeeck**  bzeeck@hinshawlaw.com, cynthiablack@hinshawlaw.com
**Jane F. Zimmerman**  jzimmerman@murphydesmond.com