## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*, [1] | Case No. 17-13886 (PSH) |
| Debtors. | Hon. Pamela S. Hollis |
| | Hearing Date: October 17, 2019<br>Hearing Time: 10:30 a.m.<br>Courtroom: 615 |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on **October 17, 2019 at 10:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge, or any judge sitting in that judge's place, in courtroom 615 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached *Tenth Motion to Approve Settlements Under Bankruptcy Rule 9019 Between the Trustee and Avoidance Action Defendants*, at which time and place you may appear as you see fit.

Dated: September 25, 2019

**ASK LLP**

By: /s/ *Joseph L. Steinfeld, Jr.*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
(admitted *pro hac vice*)
Kara E. Casteel, Esq., MN SBN 0389115
(admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3850
Fax: (651) 406-9676
Email: jsteinfeld@askllp.com
        kcasteel@askllp.com

---

[1] The Select Debtors, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY 10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Plaintiff, Howard B. Samuels, as
Chapter 7 Trustee of Central Grocers, Inc.*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*, [1] | Case No. 17-13886 (PSH) |
| Debtors. | Hon. Pamela S. Hollis |

**TENTH MOTION TO APPROVE SETTLEMENTS UNDER BANKRUPTCY**
**RULE 9019 BETWEEN THE TRUSTEE AND AVOIDANCE ACTION DEFENDANTS**

Howard B. Samuels, not individually, but as chapter 7 trustee (the "Trustee") of the estates

of Central Grocers, Inc. ("CGI"), Strack and Van Til Super Market, Inc. ("Strack"), and SVT, LLC

("SVT" and, collectively with CGI and Strack, the "Select Debtors"), by and through his

undersigned counsel, hereby moves (the "Motion") pursuant to Rule 9019 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), for the entry of an order, substantially in the form

attached hereto as **Exhibit A**, approving the settlements (the "Settlements") entered into between

the Trustee and defendants (the "Defendants," referred to with the Trustee as the "Parties") as

listed in **Exhibit B** attached hereto.  In support of this Motion, the Trustee states as follows:

**JURISDICTION AND VENUE**

The Court has jurisdiction over this matter under 28 U.S.C. §§ 157(a) and 1334.  This is a

core proceeding under 28 U.S.C. § 157(b)(2).  Venue is proper in this District under 28 U.S.C.

§§ 1408 and 1409.

---

[1] The Select Debtors, along with the last four digits of each Select Debtor's federal tax identification number, as
applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

## **BACKGROUND**

1.      On May 2, 2017, certain creditors of CGI commenced an involuntary case against CGI under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").

2.      On May 4, 2017, each of the Select Debtors, including CGI, commenced a voluntary case under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases") in the United States Bankruptcy Court for the District of Delaware (the "Delaware Court").

3.      On June 13, the Chapter 11 Cases were transferred to this Court, including the Chapter 11 Case of CGI, which was consolidated into the involuntary chapter 7 case pending before the Court. (ECF No. 93). All of the Chapter 11 Cases, including CGI, were ordered to proceed under chapter 11 of the Bankruptcy Code. CGI's commencement date is May 2, 2017 and the remaining Select Debtors' commencement date is May 4, 2017 (as applicable, the "Commencement Date"). All orders entered in the Chapter 11 Cases by the Delaware Court remain in full force and effect and are deemed to be entered in the cases pending before this Court. By Order dated May 5, 2017, these cases are being jointly administered. (Del. Dkt. 17-10993-LSS ECF No. 55).

4.      On November 30, 2017, an order was entered by the Court converting the Select Debtors' chapter 11 cases to cases under chapter 7, effective as of December 4, 2017 (the "Conversion Order"). (ECF No. 1085).

5.      On January 11, 2018, the Trustee was elected as chapter 7 trustee of the estates of Select Debtors CGI, Strack, and SVT pursuant to section 702 of the Bankruptcy Code. (ECF No. 1168).

6.      Pursuant to Bankruptcy Code sections 547, 548, 550, and 704(a), as well as pursuant to the Conversion Order and the Trustee's election as chapter 7 trustee of the Select Debtors, the Trustee is authorized and has standing to investigate, pursue, commence, prosecute,

compromise, settle, or otherwise resolve certain causes of action under chapter 5 of the Bankruptcy Code, subject to Court approval.

7.     On May 17, 2018, the Court entered the *Order Granting Motion to Amend Settlement Procedures Order* (the "Settlement Procedures Order," ECF No. 1518), which provides procedures for seeking Court approval of certain ASK Claims[2]. Pursuant to the Settlement Procedures Order, the Trustee must seek Court approval for the settlement of ASK Claims with a gross amount demanded greater than $700,000.00. ASK Claims with a gross amount demanded greater than $250,000.00 but less than $700,000.00 are subject to certain notice procedures to specified parties, and those with gross amounts demanded of less than or equal to $250,000.00 require no notice.

8.     On or about June 4, 2018, the Trustee, through his special litigation counsel, sent demand letters to certain of the Select Debtors' vendors that received payments from the Select Debtors in the 90-day period prior to the Petition Date. The Trustee made a demand for the return of the transfers made pursuant to Bankruptcy Code section 547, 548, and 550. On or about August 9, 2018, Plaintiff filed adversary proceedings against certain of these vendors and entities where the parties had not reached a resolution of the Plaintiff's demand prior to that date (the "Avoidance Actions").

9.     Plaintiff has settled, subject to Bankruptcy Court approval pursuant to the Settlement Procedures Order, Avoidance Actions against three (3) Defendants. A list containing the name of each Defendant, the gross amount demanded from each Defendant, the amount paid or

---

[2] As defined in the motion for the Settlement Procedures Order (ECF No. 1498), the Trustee's special litigation counsel, ASK LLP, will investigate and, if appropriate and directed by the Trustee, pursue certain avoidance actions (excluding any actions sold under the APA approved by the Sales Order) under chapter 5 of title 11 of the United States Code and receivables against third parties except against: (i) the Select Debtors' former officers, directors, insiders, members, patrons and other insiders (as well as their affiliated entities); (ii) the Select Debtors' former professionals; and (iii) Associated Wholesale Grocers, Inc. (collectively, the "ASK Claims").

to be paid by each Defendant to the Trustee in settlement of the Avoidance Action, and a rationale

for each Settlement is attached hereto as **Exhibit B**.

## RELIEF REQUESTED

10.    By this Motion, the Trustee requests entry of an order, substantially in the form

attached hereto as **Exhibit A**, approving the Trustee's entry into the Settlements with the

Defendants listed in **Exhibit B** attached hereto.

## BASIS FOR RELIEF REQUESTED

### A.    The Court Should Approve the Settlement Agreement Under Bankruptcy Rule 9019

11.    Bankruptcy Rule 9019 authorizes a bankruptcy court to approve a compromise or

settlement after notice and a hearing, Fed. R. Bankr. P. 9019(a), and § 105 of the Bankruptcy Code

empowers a court to issue any order that is "necessary or appropriate."  11 U.S.C. § 105(a).  The

authority to approve a compromise or settlement is within the Court's discretion.

12.    "A bankruptcy court should approve a settlement agreement if it is in the best

interest of the bankruptcy estate." *In re Oakfabco, Inc.*, 571 B.R. 771, 775 (Bankr. N.D. Ill. 2017)

(citing *In re Holly Marine Towing, Inc. (Holly Marine Towing)*, 669 F.3d 796, 801 (7th Cir. 2012)).

13.    When considering whether to approve a settlement, courts consider the probability

of success of continued litigation on the dispute being settled, as well as its "complexity, expense,

inconvenience, and delay, 'including the possibility that disapproving the settlement will cause

wasting of assets." *In re Doctors Hosp. of Hyde Park, Inc. (Hyde Park Doctors Hosp.)*, 474 F.3d

421, 426 (7th Cir. 2007) (quoting *In re Am. Reserve*, 841 F.2d 159, 161 (7th Cir. 1987)).  When a

settlement amount falls within "the reasonable range of possible litigation outcomes," it passes the

best interests test.  *Hyde Park Doctors Hosp.*, 474 F.3d at 426.  Courts recognize that litigation

outcomes cannot be predicted with mathematical precision. *See Id.*  And as long as a proposed

-4-

settlement does not fall below the low end of possible litigation outcomes, courts consider it to pass "the reasonable equivalence standard." *Id*. And as a policy matter, settlements are generally favored due to their expediency, finality, and cost-effective results. *Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000).

      B.     **The Settlements are in the Best Interests of the Select Debtors' Estates, Represents the Exercise of Sound Business Judgment, and Should Be Approved**

      14.     The Trustee respectfully represents that the compromise reached with each Defendants is fair, reasonable, and in the best interest of the creditors and the Select Debtors' estates. The Trustee likewise believes the proposed settlements are fair and equitable, and founded on the exercise of sound business judgment by the Trustee. Each settlement results in certain payments being made to the Debtors' estates and the release by each of the Defendants of various claims such entities may have against the Select Debtors' estates, in consideration for a release by the Trustee of the various claims able to be asserted against each Defendant in the Avoidance Action, without the Trustee expending significant estate resources litigating such claims.

      i.     **Trustee's Probability of Success; Uncertainty of Outcome**

      15.     The Trustee believes he has meritorious claims and that he should prevail on each of these claims if an adversary proceeding was filed and prosecuted against the Defendants. However, the Trustee agreed to each proposed Settlement based on a variety of factors, including the evaluation of potential Bankruptcy Code section 547(c) defenses to the underlying claims, which could reduce the amount recoverable from the gross amount demanded. Additionally, the outcome is far from certain, and even meritorious claims bear risk of an unexpected outcome at trial, especially concerning the asserted affirmative defenses of the Defendants. The Settlements with the Defendants therefore eliminate this outcome risk.

### ii.    Complexity and Duration of Litigation; Attendant Expense and Delay

16.    The Proposed Settlements will eliminate the potentially high costs of litigation, which may include fact and expert witnesses. Collectability issues were also considered, as prompt and voluntary payments by the Defendants result in immediate and certain payment to the Trustee, whereas the collectability of any judgment obtained via dispositive motion practice or trial and after significant time has passed from the initial demand date is far from certain. Additionally, if the Trustee were to pursue litigation to collect the full amount the Trustee has demanded in order to pay timely filed and allowed claims of creditors, litigation costs and expenses would exceed the difference between the amount demanded after defenses and the settlement amounts.

17.    Furthermore, consummation of the Settlements are dependent on the Court's approval of the Settlements.  Without the Court's approval, the Trustee will be forced to waste time and effort pursuing the Select Debtors' claims against the Defendants, when these issues can be resolved immediately. As such, the Trustee request that the Court approve the Settlements by entering the proposed order attached hereto as **Exhibit A**.

### NOTICE

18.    Notice of this Motion, together with a copy of the Motion, has been given to (i) United States Trustee for the Northern District of Illinois, (ii) the Defendants, and (iii) all parties that have requested such notice pursuant to Bankruptcy Rule 2002 as of this date as indicated in the *Order Approving Second Amended Case Management Procedures* (ECF No. 1401). In light of the nature of the relief requested herein, the Trustee submits that no other or further notice need be given.

## **CONCLUSION**

*Wherefore*, the Trustee requests that the Court enter an order, substantially in the form attached to this Motion, (i) approving the Settlements; and (ii) granting any further relief the Court deems appropriate under the circumstances.


Dated: September 25, 2019

**ASK LLP**

By: /s/  *Joseph L. Steinfeld, Jr.*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
(admitted *pro hac vice*)
Kara E. Casteel, Esq., MN SBN 0389115
(admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3850
Fax: (651) 406-9676
Email: jsteinfeld@askllp.com
          kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Plaintiff, Howard B. Samuels, as Chapter 7 Trustee of Central Grocers, Inc.*

**Exhibit B**

**Schedule of Settlements Subject to Court Approval**

| Company Name | Adversary Number (Where Applicable) | Total Transfers | Settlement | Comment |
|---|---|---|---|---|
| Mondelez Global, LLC | 18-00467 | $ 173,140.80 | Defendant agreed to reduce the amount of its allowed administrative claim by $8,500.00. (total for 2 adversary proceedings | |
| Mondelez International, Inc. | 18-00468 | $479,637.07 | | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |
| Valu Merchandisers Company | 18-00703 | $ 7,947,665.80 | $ 60,000.00 | Settlement is at least a 65% recovery of the net preference amount after defenses under 547(c)(2) and (c)(4). |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*, [1] | Case No. 17-13886 (PSH) |
| Debtors. | Hon. Pamela S. Hollis |

## CERTIFICATE OF SERVICE

I Joseph L. Steinfeld, Jr., Esquire, hereby certify that on September 25, 2019 a copy of the *Tenth Motion to Approve Settlements Under Bankruptcy Rule 9019 Between the Trustee and Avoidance Action Defendants* was caused to be served on the following via First Class Mail or Electronic mail to the persons on the attached service list as indicated.

Dated: September 25, 2019

**ASK LLP**

By: /s/  *Joseph L. Steinfeld, Jr.*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
(admitted *pro hac vice*)
Kara E. Casteel, Esq., MN SBN 0389115
(admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3850
Fax: (651) 406-9676
Email: jsteinfeld@askllp.com
        kcasteel@askllp.com

*-and-*

---

[1] The Select Debtors, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

Edward E. Neiger, Esq.
151 West 46th Street, 4th Floor
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Plaintiff, Howard B. Samuels, as*
*Chapter 7 Trustee of Central Grocers, Inc.*

Service List

Via Electronic Mail

| NOTICE NAME | EMAIL |
|---|---|
| Attn:  Howard L. Adelman, Esquire, Alexander F. Brougham, Esquire, Nicholas R. Dwayne | hla@ag-ltd.com<br>afb@ag-ltd.com<br>ndwayne@ag-ltd.com<br>dbaird@ag-ltd.com<br>abrougham@ag-ltd.com |
| Attn:  Alan M. Root, Esquire | aroot@archerlaw.com |
| Attn:  Barry A. Chatz | bachatz@arnstein.com |
| Attn:  Michael J. Jasaitis | mjasaitis@austgenlaw.com |
| Attn:  Dustin P. Branch, Esq. | branchd@ballardspahr.com |
| Attn:  David L. Pollack, Esq. | pollack@ballardspahr.com |
| Attn:  Matthew Summers, Esq. | summersm@ballardspahr.com |
| Attn:  Matthew Summers, Esq., Leslie Heilman, Esq., Chantelle D. McClamb, Esq. | summersm@ballardspahr.com<br>heilmanl@ballardspahr.com<br>mcclambc@ballardspahr.com |
| Attn:  John Schuessler, Senior V.P., Erin Frey, Senior V.P., Michael Staunton, Senior V.P. | erin.frey@baml.com<br>michael.staunton@baml.com |
| Attn:  Dennis Boesen, Vice President | dennis.boesen@bankofthewest.com |
| Attn: Kevin C. Driscoll, Jr., Esq. | kevin.driscoll@btlaw.com |
| Attn:  Connie Lahn, Esq. | connie.lahn@btlaw.com<br>clahn@btlaw.com |
| Attn:  David M. Powlen, Kevin G. Collins | david.powlen@btlaw.com<br>kevin.collins@btlaw.com |
| Attn:  Paula K. Jacobi | pjacobi@btlaw.com |
| Attn:  Peter A. Clark, Paula K. Jacobi | pclark@btlaw.com<br>pjacobi@btlaw.com<br>jsantana@btlaw.com |
| Attn:  Scott D. Cousins, Esq., Evan T. Miller, Esq. | scousins@bayardlaw.com<br>emiller@bayardlaw.com |
| Attn:  Scott E. Blakeley, Ronald A. Clifford | seb@blakeleyllp.com<br>rclifford@blakeleyllp.com |
| Attn:  Mark I. Rabinowitz, Esq., Gregory F. Vizza, Esq., Thomas E Biron, Laurence S. Shtasel | Rabinowitz-mi@BlankRome.com<br>Vizza@BlankRome.com |
| Attn:  Regina Stango Kelbon, Esq., Victoria A. Guilfoyle, Esq. | Kelbon@BlankRome.com<br>Guilfoyle@BlankRome.com |
| Attn: John L Nisivaco | john@chicagoinjurylaw.com |
| Attn:  Tristan Lamb | tristan.lamb@bp.com |
| Attn:  Aaron Davis | aaron.davis@bryancave.com<br>CHDocketing@bryancave.com |

| | kat.denk@bryancave.com |
| | kathryn.farris@bryancave.com |
| Attn:  Eric Prezant, Justin Morgan | eric.prezant@bryancave.com |
| | justin.morgan@bryancave.com |
| Attn:  Leslie Bayles, Aaron Davis | leslie.bayles@bryancave.com |
| | aaron.davis@bryancave.com |
| | mark.Duedall@BryanCave.com |
| | leah.Fiorenza@BryanCave.com |
| | trinitee.green@bryancave.com |
| | CHDocketing@bryancave.com |
| Attn:  Mark I. Duedall, Leah Fiorenza-McNeill | carol.duracka@bryancave.com |
| Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| | evanderploeg@burkelaw.com |
| | dgould@burkelaw.com |
| | bwelch@burkelaw.com |
| Attn:  Eric P. VanderPloeg, Danielle J. Gould | gbalderas@burkelaw.com |
| Attn: Stephen J. Smalling | sjs@capronlaw.com |
| Attn: Kurt M. Carlson | kcarlson@carlsondash.com |
| Attn:  Lois J. Yu | lyu@centralstatesfunds.org |
| Attn: Gregg Szilagyi | gs@tailserv.com |
| Attn: Scott N. Schreiber, Leigh D. Roadman, Mason N. Floyd | sschreiber@clarkhill.com |
| | lroadman@clarkhill.com |
| | mfloyd@clarkhill.com |
| Attn: Gina B. Krol | gkrol@cohenandkrol.com |
| Attn:  Jill B. Bienstock, Esq. | jbienstock@coleschotz.com |
| | mwarner@coleschotz.com |
| Attn:  Michael D. Warner, Esq. | klabrada@coleschotz.com |
| Attn:  Nicholas J. Brannick | nbrannick@coleschotz.com |
| Attn:  Jeffrey C. Wisler | jwisler@connollygallagher.com |
| | sclar@craneheyman.com |
| | mjoberhausen@craneheyman.com |
| Attn:  Scott R. Clar, Esquire | asimon@craneheyman.com |
| Attn:  Bankruptcy Dept. | attorney.general@state.de.us |
| Attn:  Zillah Frampton | FASNotify@state.de.us |
| Corporations Franchise Tax | dosdoc_Ftax@state.de.us |
| Attn:  Bankruptcy Dept. | statetreasurer@state.de.us |
| Attn:  Eric Lopez Schnabel, Robert W. Mallard, Alessandra Glorioso | schnabel.eric@dorsey.com |
| | mallard.robert@dorsey.com |
| | glorioso.alessandra@dorsey.com |
| Attn: LAWRENCE J. KOTLER | ljkotler@duanemorris.com |
| Attn:  Rick S, Miller, Esquire | rmiller@ferryjoseph.com |
| Attn:  Michael Trunck, Senior V.P., Morgan Lyons, Head of Capital Markets | mike.trunck@firstmidwest.com |
| | morgan.lyons@firstmidwest.com |

| | |
|---|---|
| Attn:  Mark E. Wilson | mark.wilson@fisherbroyles.com |
| Attn:  Patricia B. Fugee | patricia.fugee@fisherbroyles.com<br>ecf@cftechsolutions.com |
| Attn:  Mark H. Ralston, Esq. | mralston@fjrpllc.com |
| Attn: Susan Poll Klaessy | spollklaessy@foley.com |
| Attn:  Joseph D. Frank, Jeremy C. Kleinman | jfrank@fgllp.com<br>jkleinman@fgllp.com<br>ccarpenter@fgllp.com<br>jkleinman@fgllp.com<br>mmatlock@fgllp.com |
| Attn: Elizabeth L. Janczak | ejanczak@freeborn.com<br>deggert@freeborn.com<br>bkdocketing@freeborn.com |
| Attn:  Thomas C. Scannell | tscannell@gardere.com |
| Attn:  E. Philip Groben | pgroben@gcklegal.com<br>bcervantes@gcklegal.com<br>rrodriguez@gcklegal.com |
| Attn:  Patrick P. Gill, Esq. | pgill@gillandgillsc.com |
| Attn:  Caren A. Lederer, Esq., Robert R. Benjamin, Esq. | calederer@gct.law<br>rrbenjamin@gct.law<br>mperez@gct.law<br>myproductionss@gmail.com<br>tstephenson@gct.law<br>aleon@gct.law<br>r61390@notify.bestcase.com<br>stasciotti@gct.law<br>amanda.yarusso@gmail.com |
| Attn: Randall L. Klein | randall.klein@goldbergkohn.com<br>amy.halpin@goldbergkohn.com |
| Attn:  Ronald Barliant, Randall L. Klein | ronald.barliant@goldbergkohn.com<br>randall.klein@goldbergkohn.com<br>kristina.bunker@goldbergkohn.com<br>amy.halpin@goldbergkohn.com |
| Attn: Mark E. Leipold | gferguson@gouldratner.com<br>mleipold@gouldratner.com<br>lgray@gouldratner.com<br>mhannon@gouldratner.com<br>gould- ecfs_notice@juralaw.net |
| Attn:  Dennis A. Meloro | melorod@gtlaw.com |
| Attn:  Nancy A. Peterman | petermann@gtlaw.com<br>chilitdock@gtlaw.com<br>greenbergc@gtlaw.com |
| Attn:  Nancy A. Peterman, Ryan A. Wagner | petermanN@gtlaw.com<br>wagnerR@gtlaw.com |
| Attn: Adam B. Rome | arome@grglegal.com |

| | |
|---|---|
| Attn:  Kelly C. Griffith, Esq. | kgriffith@harrisbeach.com<br>bkemail@harrisbeach.com |
| Attn: Amanda J. Wiese | bankruptcy@hsbattys.com<br>bk4hsbm@gmail.com |
| Attn: Walter F. Sandoval | wfs@hilbrich.com |
| Attn:  William J. Connelly, Brian R. Zeeck | wconnelly@hinshawlaw.com<br>rzeeck@hinshawlaw.com<br>ihernandez@hinshawlaw.com<br>bzeeck@hinshawlaw.com<br>cynthiablack@hinshawlaw.com |
| Attn: Richard R. Winter | richard.winter@hklaw.com |
| Attn:  Lynne B. Xerras, Esq. | lynne.xerras@hklaw.com |
| Attn:  Jason M. Torf | jtorf@hmblaw.com<br>ecfnotices@hmblaw.com |
| Attn:  John A. Benson, Jr. | jbenson@huckbouma.com |
| Attn: Scott J. Helfand | scott.helfand@huschblackwell.com |
| Attn:  Aaron B. Chapin | aaron.chapin@huschblackwell.com<br>litigation.docket@huschblackwell.com<br>LegalSupportTeam-Lit-TM-<br>CHI@huschblackwell.com |
| Attn:  Mark T. Benedict; Michael D. Fielding | mark.benedict@huschblackwell.com<br>michael.fielding@huschblackwell.com<br>susan.williams@huschblackwell.com<br>matthew.gartner@huschblackwell.com<br>legalsupportteam-10flnorth-<br>slc@huschblackwell.com |
| Attn: Michael D. Fielding | michael.fielding@huschblackwell.com |
| Attn:  Bankruptcy Department | webmaster@atg.state.il.us |
| Attn: Heather M. Crockett | heather.crockett@atg.in.gov<br>carrie.gale@atg.in.gov |
| Attn:  Thomas J. Angell, Esquire | tangell@jbosh.com |
| Attn:  H. Weldon Jones, III | wjones@jordanprice.com |
| Attn:  Steven L. Caponi, Esq. | steven.caponi@klgates.com<br>sven.nylen@klgates.com |
| Attn:  Todd C. Meyers, Esq. | tmeyers@kilpatricktownsend.com |
| Attn:  Todd C. Meyers, Esq., David M. Posner, Esq., Gianfranco Finizio, Esq. | tmeyers@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com<br>dposner@kilpatricktownsend.com |
| Attn: JOEL D. GROENEWOLD | jdgroenewold@kopkalaw.com |
| Attn:  Richard S. Cobb, Esq.,  Kerri K. Mumford, Esq., Kimberly A. Brown, Esq., Matthew R. Pierce, Esq. | Cobb@lrclaw.com<br>Mumford@lrclaw.com<br>Brown@lrclaw.com<br>Pierce@lrclaw.com |

| | |
|---|---|
| Attn: Timothy M. Hughes | thughes@lavellelaw.com<br>r41234@notify.bestcase.com |
| Attn: Ronald Layer | legal@layerlaw.com |
| Attn: Susan E. Kaufman, Esquire | skaufman@skaufmanlaw.com |
| Attn: William B. Kohn | kohn@wbkohnlaw.com |
| Attn: Charles P. Dargo | dargo@bettercallmylawyer.com |
| Attn: Robert Cervone, Esq. | contact@LaborAdvocates.com |
| Attn: Peter S. Stamatis | peter@stamatislegal.com<br>firm@stamatislegal.com |
| Attn: James J. Lessmeister | jlessmeister@lessmeisterlaw.com |
| Attn: John P. Dillman | houston_bankruptcy@lgbs.com |
| Attn: P. Gregory Schwed, Esq. | gschwed@loeb.com |
| Attn: Christopher D. Loizides | loizides@loizides.com |
| Attn: Robert Marcus | rmarcus@attorneymm.com<br>mail@attorneymm.com |
| Attn: Todd J. Ruchman, Keith Levy, Sarah E. Barngrover, Adam B. Hall, Edward H. Cahill, Umair M. Malik | tjruchman@manleydeas.com<br>amps@manleydeas.com |
| Attn: Mark A. Amendola, Esq. | mamendola@martynlawfirm.com |
| Attn: Mary Jean Fassett, Esq. | mjf@mccarronlaw.com |
| Attn: Nathan F. Coco, Esq. | ncoco@mwe.com |
| Attn: David A. Agay, Rion Vaughan, Joshua Gadharf | dagay@mcdonaldhopkins.com<br>rvaughan@mcdonaldhopkins.com<br>jgadharf@mcdonaldhopkins.com<br>mbrady@mcdonaldhopkins.com<br>bkfilings@mcdonaldhopkins.com<br>mhdocket@mcdonaldhopkins.com<br>lburrell@mcdonaldhopkins.com |
| Attn: Peter N Metrou | trustee7@metandnem.com |
| Attn: Steven E. Nurenberg; Steven M. De Falco, Esq | snurenberg@meuerslawfirm.com<br>sdefalco@meuerslawfirm.com<br>lrogers@meuerslawfirm.com |
| Attn: Tanya M. Salman | ceisaac@michaelbest.com<br>tmsalman@michaelbest.com |
| Attn: Tanya M. Salman | tmsalman@michaelbest.com |
| Attn: Clyde A. Pine, Jr. | pine@mgmsg.com |
| Attn: Jeffrey M. Schwartz | jschwartz@muchshelist.com<br>nsulak@muchshelist.com |
| Attn: Karen Cordry | kcordry@naag.org |
| Attn: Robert Radasevich, Nicholas M. Miller, Karl R. Barnickol | rradasevich@nge.com<br>kbarnickol@nge.com |
| Attn: DANIEL P DAWSON | ddawson@nisen.com<br>adrag@nisen.com |

| | |
|---|---|
| Attn:  Michael C. Moody, Esq. | mmoody@orourkeandmoody.com<br>firm@orourkeandmoody.com<br>morourke@orourkeandmoody.com |
| Attn:  Kathryn M. Gleason, Ha Nguygen | ha.nguyen@usdoj.gov<br>kathryn.m.gleason@usdoj.gov |
| Attn: Michael C. Moody | mmoody@orourkeandmoody.com |
| Attn:  Phillip S. Reed | preed@pfs-law.com<br>nvizzini@pfs-law.com |
| Attn:  Deborah Kovasky-Apap | kovskyd@pepperlaw.com |
| Attn:  Todd A. Feinsmith | feinsmitht@pepperlaw.com |
| Attn: Kay Standridge Kress | kressk@pepperlaw.com |
| Attn:  Daniel A. Zazove | dzazove@perkinscoie.com<br>docketchi@perkinscoie.com<br>daniel- zazove-4464@ecf.pacerpro.com<br>jessica-matamoros-0866@ecf.pacerpro.com |
| Attn:  Jeremy W. Ryan, R. Stephen McNeill | jryan@potteranderson.com<br>rmcneill@potteranderson.com |
| Attn:  Valerie Smith | claims@recoverycorp.com |
| Attn:  Jessica Berman | centralgrocersteam@PrimeClerk.com<br>serviceqa@primeclerk.com |
| Attn: Howard B. Samuels | howard@rallyllc.com |
| Attn:  Emily K. Devan, Esquire | edevan@reedsmith.com |
| Attn:  Richard J. Tannenbaum, Esquire | rtannenbaum@reedsmith.com |
| Attn:  Ann E. Pille | apille@reedsmith.com<br>ann.pille@dlapiper.com<br>bankruptcy- 2628@ecf.pacerpro.com |
| Attn: Theresa B. Carney | tcarney@rfclaw.com |
| Attn: Scott A. Pyle | spyle@rubinoruman.com |
| Attn:  Patricia J. Rynn, R. Jason Read, June Monroe | pat@rjlaw.com<br>jason@rjlaw.com<br>june@rjlaw.com<br>abby@rjlaw.com |
| Attn:  Mark Minuti, Esq. | mminuti@saul.com<br>lmurley@saul.com<br>barry.chatz@saul.com<br>jurate.medziak@saul.com<br>sagreen@kilpatricktownsend.com<br>mwilliams@kilpatricktownsend.com<br>kevin.morse@saul.com<br>bill.williams@saul.com |
| Attn: ROBERT D. TEPPER | rtepper@sabt.com |
| Attn:  Robert D. Tepper, Esquire | rtepper@satcltd.com<br>tslack@ag-ltd.com<br>tsobieraj@satcltd.com |

| | |
|---|---|
| Attn:  David M. Hillman, Parker J. Milender | david.hillman@srz.com<br>parker.milender@srz.com |
| Secretary of the Treasury | secbankruptcy@sec.gov<br>SECBankruptcy-OGC-ADO@SEC.GOV |
| Attn:  Bankruptcy Dept. | bankruptcynoticeschr@sec.gov<br>NYROBankruptcy@SEC.GOV |
| Attn:  Bankruptcy Dept. | secbankruptcy@sec.gov |
| Attn: David R. Doyle, Robert M. Fishman, Ira Bodenstein | ddoyle@shawfishman.com<br>rfishman@shawfishman.com<br>ibodenstein@shawfishman.com<br>cowens@shawfishman.com<br>ggouveia@shawfishman.com<br>kjanecki@shawfishman.com |
| Attn:  Jeffrey S. Endick, Esquire, Christopher M. Leins, Esquire | jendick@slevinhart.com<br>cleins@slevinhart.com |
| Attn: Kevin C. Smith | ksmith@smithsersic.com |
| Attn: Bruce Dopke | bdopke@stahlcowen.com |
| Attn:  Joseph H. Lemkin, Esq., Thomas S. Onder, Esq. | jlemkin@stark-stark.com<br>tonder@stark-stark.com |
| Attn:  Joseph H. Huston Jr. | jhh@stevenslee.com |
| Attn: Benjamin J. Court | benjamin.court@stinson.com |
| Attn:  Mark S. Melickian, Michael A. Brandess | mmelickian@sfgh.com<br>mbrandess@sfgh.com<br>joconnor@sfgh.com<br>mbrandess@sfgh.com<br>bkdocket@sfgh.com |
| Attn:  Elihu E. Allinson III, Esq. | zallinson@sha-llc.com |
| Attn: Karen R. Goodman | kgoodman@taftlaw.com |
| Attn:  Teresa A. Massa | tam@tmassalaw.com |
| Attn:  Olga Georgiev, Manager Special Assets, Robert Veltman, Senior Consultant Risk | og4@ntrs.com<br>RV20@ntrs.com |
| Attn:  Frederick Perillo, Esquire, Sara J. Geenen, Esquire | fp@previant.com<br>sjg@previant.com<br>cyp@previant.com<br>jb@previant.com |
| Attn:  Diona Rogers, Esq., Lauren Newman, Victor A. Des Laurier | drogers@thompsoncoburn.com<br>lnewman@thompsoncoburn.com<br>jstolarz@thompsoncoburn.com<br>aversis@thompsoncoburn.com<br>bray@thompsoncoburn.com |
| Attn:  Mark V. Bossi, Esq. | mbossi@thompsoncoburn.com |
| Attn: Peter C. Nozicka | peter@trapplaw.com |

| Attn:  Christopher Zumberge, Senior V.P., Pawel Ligas, Portfolio Manager, Steven Heim, Assistant General Counsel | christopher.zumberge@usbank.com<br>pawel.ligas@usbank.com<br>steven.heim@usbank.com |
|---|---|
| Charles Oberly c/o Ellen Slights | usade.ecfbankruptcy@usdoj.gov<br>USTPRegion11.ES.ECF@usdoj.gov |
| Attn:  Brendan G. Best | bgbest@varnumlaw.com<br>wrkyles@varnumlaw.com |
| Attn: Michael M. Eidelman, William W. Thorsness, Allison B. Hudson | meidelman@vedderprice.com<br>wthorsness@vedderprice.com<br>ahudson@vedderprice.com<br>dlipke@vedderprice.com<br>ecfdocket@vedderprice.com<br>7610@ecf.pacerpro.com<br>doug-lipke-7162@ecf.pacerpro.com |
| Attn:  J. Michael Fields, Esq. | jmf@wardandsmith.com |
| Attn:  Stephen Karotkin, Sunny Singh, Danielle D Donovan, Salvatore A. Romanello, Ray Schrock | stephen.karotkin@weil.com<br>sunny.singh@weil.com |
| Attn:  Duane D. Werb, Matthew P. Austria | dwerb@werbsullivan.com<br>maustria@werbsullivan.com |
| Attn:  Matthew P. Austria | maustria@werbsullivan.com |
| Attn:  Stephen B. Gerald | sgerald@wtplaw.com |
| Attn:  Ericka F. Johnson, Morgan L. Patterson | erjohnson@wcsr.com<br>mpatterson@wcsr.com |
| Attn:  Charles T. Coleman | ccoleman@wlj.com |

Via First Class Mail:

Regina Stango Kelbon
Gregory Vizza
Blank Rome LLP
1201 Market Street
Suite 800
Wilmington, DE 19801

Michael M. Eidelman
Vedder Price PC
222 North LaSalle  Street, Suite 2600
Chicago, IL 60601

Office of the U.S. Trustee
Kathryn M. Gleason
Ha Nguygen
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Shaw Fishman Glantz & Towbin LLC
Ira Bodenstein
Robert Fishman
321 North Clark Street, Suite 800
Chicago, IL 60654

Thompson Coburn LLP
Mark V. Bossi
One US Bank Plaza
St. Louis, MO 63101

Thompson Coburn
A Des Lauier
Diona Rogers
55 E. Monroe St. 37th Floor
Chicago, IL 60603

George P. Galanos
The Law Office of George P. Galanos
1301 North Main Street
Crown Point, IN 46307

Jesse White
Office of the Illinois Secretary of State
213 State Capitol
Springfield, IL 62756

Connie Lawson
Office of the Indiana Secretary of State
200 West Washington Street, Room 201
Indianapolis, IN 46204

Andrew Finch
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Kenneth R. Boyd
Bob O'Toole
United Food and Commercial Workers
Union International
1649 West Adams Street, 2nd Floor
Chicago, IL 60612

Scott Barnett
United Food and Commercial Workers
Union International, Local 700
3950 Priority Way South Drive
Indianapolis, IN 46240

Ronald E. Powell
Steven Powell
United Food and Commercial Workers
Union International, Local 881
10400 West Higgins Road, Suite 500
Rosemount, IL 60018

Jeff Sessions
United State Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Northern District of Illinois, Eastern
Division
United States Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

Illinois Department of Revenue
James R. Thompson Center - Concourse
Level
100 West Randolph Street
Chicago, IL 60601-3274

Michael W. Frerichs
Illinois State Treasurer
James R. Thompson Center
1000 Wets Randolph Street, Suite 15-600
Chicago, IL 60601

Cindy Rongers
Independent Employees Union
1201 Hickey Street
Hobart, IN 46342

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Mail Stop 5 Q30 133
Philadelphia, PA 19104-5016

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Anthony Carioscia
International Brotherhood of Teamsters
Union Local No. 703/738
1333 Butterfield Road, Suite 110
Downers Grove, IL 60515

Bernie Sherlock
International Brotherhood of Teamsters
Union Local No. 710
9000 West 18th Street
Mokena, IL 60448

Chad Wolf
International Union, Security, Police, Fire
Professional of America
25510 Kelly Road
Roseville, MN 48066

Donald E. Harer
Central Grocers, Inc.
2600 West Haven Avenue
Joliet, IL 60433

Robert Kaplan
Environmental Protection Agency
USA EPA Region 5
77 West Jackson Boulevard
Chicago, IL 60604

Federal Trade Commission
Attn: President or General Counsel
600 Pennsylvania Avenue, NW
Washington, DC 20580

Theodore J. Tacconelli, Esq.
Ferry Joseph, PA
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899

Thomas Scannel
Gardere Wynne Sewell LLP
2021 McKinney Ave.
Suite 1600
Dallas, TX 75201

ASM Capital V.I.P.
Attn: President or General Counsel
7600 Jericho Turnpike
Suite 302
Woodbury, NY 11797

Cera LLP
President or General Counsel
595 Market Street, Suite 2300
San Francisco, CA 94105

Jonathan E. Polonsky
Kilpatrick Townsend & Stockton LLP
1114 Avenue of the Americas
21st Floor
New York, NY 10036

Eric Mitnick
Law Offices of Eric Mitnick
21515 Hawthrone Blvd.
1080
Torrance CA 90503

Benjamin J. King
Eric D. Madden
Reid Collins & Tsai LLP
1601 Elm Street, Suite 4520
Dallas, TX 75201

Mark D. Collins
Richard Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

Sheldon E. Richie
Richie & Gueringer, PC
100 Congress Avenue
Austin, TX 78701

Amanda Pennington Prugh
Weil Gotshal & Manges, LLP
200 Crescent Court
Dallas, TX 7201

RSM US LLP
Attn: President or General Counsel
One South Wacker Drive
Suite 800
Chicago, IL 60606

Marshall P. Whalley
Marshall P. Whalley Associates, PA
51 W 112th Avenue
Crown Point, IL 46307

CRG Financial LLC
Attn: President or General Counsel
100 Union Avenue Suite 240
Cresskill NJ 07628

Richard Polony
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606

Glenn Thompson
Hamilton Stephens Steele + Martin PLLC
525 North Tryon Street
Suite 1400
Charlotte, NC 28202

Mark Benedict
Husch Blackwell LL P
4801 Main Street, Suite 1000
Kansas City, MO 64112