**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*, | Case No. 17-13886 |
| Debtors. | (Jointly Administered) |
| In re: | Chapter 7 |
| CGI Joliet, LLC., et al., | Case No. 17-18810 |
| Debtors. | (Jointly Administered) |

**JOINT STATUS REPORT**

Howard B. Samuels, not individually, but as chapter 7 trustee (the "Select Trustee") for the bankruptcy estates of Central Grocers, Inc. ("CGI"), Strack and Van Til Super Market, Inc. ("Strack"), and SVT, LLC ("SVT," and collectively with CGI and Strack, the "Select Debtors") and Gregg E. Szilagyi, not individually, but as chapter 7 trustee ("Raceway Trustee," together with the Select Trustee, the "Trustees") for the bankruptcy estates of CGI Joliet, LLC ("CGI Joliet"), Currency Express, Inc. ("Currency Express"), Raceway Central, LLC ("Raceway Central"), Raceway Central Calumet Park LLC ("Raceway Calumet"), Raceway Central Chicago Heights LLC ("Raceway Heights"), Raceway Central Downers Grove LLC ("Raceway Downers"), Raceway Central Joliet North LLC ("Raceway Joliet"), Raceway Central LLC North Valpo ("Raceway Valpo"), and Raceway Central Wheaton LLC ("Raceway Wheaton," collectively, the "Raceway Debtors" and together with the Select Debtors, the "Debtors"),[1] hereby submit this Joint

---

[1] Each of the "Select Debtors" were operating entities; each of the Raceway Debtors (other than Currency Express, Inc.) were single purpose entities established to own real estate. Further, each of the Select Debtors were primarily liable to the Lenders (defined below) under the prepetition credit facility. Conversely, the Raceway Debtors were only liable as guarantors.

1

Status Report to update the Court regarding various matters in the above-referenced cases from May 4, 2017 (the "<u>Commencement Date</u>"), through and including September 30, 2019.

## I.    GENERAL OVERVIEW

Prior to the Commencement Date, CGI was the largest food cooperative and distributor in the Chicagoland area and, as of 2013, was the seventh largest grocery cooperative in the United States, with over $2 billion of consolidated annual sales.  As a cooperative, CGI served (and was owned by) its members, all of whom were grocery retailers.  In such capacity, CGI distributed both brand name and private label goods (branded as *Centrella*, among others) to approximately 400 member-owner grocery stores in Illinois, Indiana, Iowa, and Wisconsin.  In 1998, CGI acquired a controlling equity interest in Strack which operated thirty-six (36) supermarkets, many of which were located in northwest Indiana.  Strack, along with CGI, employed several thousand employees prior to the Commencement Date. CGI Joliet, LLC, Raceway Central, LLC, Raceway Central Calumet Park LLC, Raceway Central Chicago Heights LLC, Raceway Central Downers Grove LLC, Raceway Central Joliet North LLC, Raceway Central LLC North Valpo, and Raceway Central Wheaton LLC were entities that owned real estate used in the Debtors' operations and, in some cases, leased store locations to other Debtors.

2



An overview of the Debtors' prepetition business operations is set forth in the *Declaration of Donald E. Harer in Support of the Debtors' Chapter 11 Petitions and First Day Relief* [Del. Ct. Dkt. No. 3]. Mr. Harer served as the Debtors' Chief Restructuring Officer.

## II.     SIGNIFICANT CHAPTER 11 EVENTS

On May 2, 2017, certain creditors of CGI commenced an involuntary case against it under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). On May 4, 2017, each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Delaware Court"). On May 15, 2017, the United States Trustee for Region 3 appointed a Committee of Unsecured Creditors (the "Committee"). [Del. Ct. Dkt. No. 143].

3

On July 13, 2017, this Court directed that the Debtors' bankruptcy cases pending in the

Delaware Court be transferred to this Court and consolidated with CGI's pending case (the

"Bankruptcy Cases").

A.      **Store Closures and Sales of the Debtors' Assets**

Shortly after the Commencement Date, the Debtors proceeded to close underperforming

stores and liquidate inventory pursuant to Court-approved procedures. Additionally, the Debtors

sold substantially all of their assets through several Court-approved sales.  These sales orders

include the following:

- *Order (I) Approving the Asset Purchase Agreement Among Seller and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and, (IV) Granting Related Relief* [CGI Dkt. No. 439][2] ("Distribution Center Sale Order"). As set forth in the Distribution Center Sale Order, CGI Joliet LLC and CGI entered into an asset purchase agreement with Supervalu Holdings, Inc. for the purchase of the Debtors' 1,000,000 square foot warehousing and distribution facility located in Joliet, Illinois.

- *Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and, (IV) Granting Related Relief* [CGI Dkt. No. 374] ("IGG Sale Order").  As set forth in the IGG Sale Order, Strack, SVT, Raceway Central, LLC and Currency Express, Inc. entered into an asset purchase agreement with Indiana Grocery Group for the sale of substantially all of the Debtors' assets and operations, including leasehold interests.

- *Order (I) Approving the Purchase Agreement Between Debtor Raceway Central, LLC and Buyer; (II) Authorizing the Sale of Certain of the Assets of Debtor Raceway Central, LLC to Buyer Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases of Nonresidential Real Property in Connection Therewith; and (IV)*

---

[2] Reference to the dockets of the bankruptcy cases of the Select Debtors and the Raceway Debtors are notated herein as [CGI Dkt. No. __], and [CGI Joliet Dkt. No. __], respectively.

4

*Granting Related Relief* [CGI Dkt. No. 835] (the "Raceway Central Sale Order").  As set forth in the Raceway Central Sale Order, Raceway Central, LLC entered into a purchase agreement with Steve Navarro for the purchase of certain real property located in Hammond, Indiana.

In addition to the foregoing Orders, the Debtors rejected a number of leases and executory contracts as they wound down their business operations.

### B.      Lender Settlement & Allocation of Proceeds of Settlement

In September 2017, the Committee filed a motion seeking derivative standing to assert, prosecute, and settle certain causes of action on behalf of the Debtors' estates, and proposed to file a complaint against the Debtors' prepetition lending group, including Bank of the West, as administrative agent under a Term Loan Agreement, dated April 24, 2013, PNC Bank, National Association, as Administrative Agent, Collateral Agent ("Agent") and lender, Bank of America, N.A., an ABL Lender, U.S. Bank National Association, an ABL Lender, The Northern Trust Company, an ABL Lender, and First Midwest Bank, an ABL Lender (collectively, the "Lenders"). *See* Dkt. No. 909 (the "Standing Motion").  The proposed complaint attached to the Standing Motion ("Proposed Complaint") asserted the following claims and causes of action:  (i) an action to avoid and recover the SVT Mortgages (as defined in the Standing Motion) as preferences; (ii) an action to avoid the DC ABL Second Mortgage (as defined in the Standing Motion) as a fraudulent transfer; (iii) an action to avoid the Raceway Mortgages (as defined in the Standing Motion) as fraudulent transfers; (iv) an action to obtain a declaratory judgment that the DC ABL Second Mortgage has been released and discharged; (v) an action to obtain a declaratory judgment that the Raceway Mortgages have been released and discharged; (vi) an action to obtain a declaratory judgment that neither PNC nor another of the Lenders holds a valid, perfected, or enforceable lien on certain specified assets; and (vii) a determination of the existence of a valid diminution claim (collectively, the "Estate Claims").

5

The Proposed Complaint was never filed.  Instead, on November 16, 2017, the Court entered an *Order Authorizing and Approving Settlement Agreement by and Among the Secured Parties and the Official Committee of Unsecured Creditors of Central Grocers, Inc. et al., on Behalf of Itself, Each of the Debtors, and Each of the Debtors' Estates* (the "Settlement Order") approving the Settlement Agreement and Release (the "Settlement Agreement") entered into by and between the Committee, Agent and Lenders resolving the Estate Claims.  Among other terms, the Settlement Agreement provided that the Lenders would make an unrestricted cash payment to the Debtors' estates in the amount of $9 million, and the representatives of each Debtor's estate would collect, sell, liquidate and/or dispose of the Debtors' remaining assets, including prosecuting all claims and causes of action on behalf of the Debtors' estates, including causes of action against CGI's members and directors.  The Settlement Agreement also required that "Net Proceeds" (as defined in the Settlement Agreement) from the collection, sale, liquidation and disposal of the Debtors' assets were to be remitted to the Lenders and / or the Debtors as set forth in, and in accordance with the Settlement Agreement.  *See* Dkt. No. 988.

In tandem with the entry of the Settlement Order, the Court also entered an *Order Authorizing and Approving Allocation of the Global Settlement* [CGI Dkt. No. 989] (the "Allocation Order"), approving the Committee's proposed allocation among the Debtors' estates of the remaining net settlement proceeds (the "Initial Allocation Analysis").  Such allocation was based upon the Committee's analysis of the estimated gross value of known claims then-belonging to each Debtor's estate. *See* Dkt. No. 902.  With certain exceptions, the Initial Allocation Analysis contemplated distributing net settlement proceeds based on a hypothetical pro rata value allocation, on an estate-by-estate basis, of various claims held by the estates.

6

The definition of "Net Proceeds" set forth in the Settlement Agreement and the Initial Allocation Analysis, and the resulting allocation of proceeds between the Debtors' estates received from the prosecution of certain causes of action, have since been modified (the "Amended Allocation Analysis") pursuant to the Court's (i) *Order Granting, In Part, Motion of Raceway Trustee to (I) Modify the Allocation Order and the Allocation Analysis Approved Thereby; (II) Modify the Definition of "Net Proceeds" Approved by the Settlement Order; and (III) Grant Other Appropriate Relief* [CGI Dkt. No. 2540], and (ii) *Order Authorizing Estates to Enter Into, and Approving, the Settlement Agreement Between the Estates and For Other Relief* [CGI Dkt. No. 3058].

### C.      Conversion of the Bankruptcy Cases & Appointment of Interim Trustee

The Debtors' post-petition financing facility expired on November 5, 2017, and without continuing liquidity to finance the confirmation of a proposed plan of liquidation, the Debtors filed a motion to convert the Bankruptcy Cases. On November 30, 2017, the Court entered an *Order Converting Case Under Chapter 11 to Case Under Chapter 7 Effective December 4, 2017, at 3:00 P.M. (Central Time)* [CGI Dkt. No. 1085]. An overview of the Debtors' assets and cash on hand at the time of conversion is set forth in the *Final Report of Central Grocers, Inc. as Debtor in Possession Pursuant to Bankruptcy Rule 1019(5)*, attached hereto for reference as **Exhibit 1**.

On December 4, 2017, the United States Trustee appointed Peter N. Metrou as the interim chapter 7 trustee for the Debtors' estates. On January 11, 2018, the United States Trustee convened a meeting of creditors in the Bankruptcy Cases. Howard B. Samuels was elected as the trustee for the estates of the Select Debtors and Gregg E. Szilagyi was elected as the trustee for the estates of the Raceway Debtors. The Court subsequently entered orders authorizing the joint administration of the bankruptcy cases of the Select Debtors under lead case no. 17-13886 (CGI), and the

Raceway Debtors under lead case no. 17-18810 (CGI Joliet).  Matters in both cases are governed

by the procedures set forth in the *Order Approving Second Amended Case Management*

*Procedures* [CGI Dkt. No. 1401].

## II.    OVERVIEW OF ADMINISTRATION OF SELECT ESTATES

### A.    Estate Professionals

The following is a roster of the professionals currently retained by, and providing services

to the Select Debtors' estates:

| PROFESSIONAL | DESCRIPTION |
|---|---|
| Rally Capital Services, LLC | Financial advisor |
| Vedder Price P.C. ("Vedder") | General bankruptcy counsel |
| ASK LLP ("ASK") | Special litigation counsel for avoidance actions |
| Reid Collins & Tsai ("RCT") | Special litigation counsel for avoidance actions against the (i) Select Debtors' former officers, directors, insiders, members and patrons and other insiders, (ii) Select Debtors' former professionals, and (iii) Associated Wholesale Grocers, Inc. |
| M.A.I.T. Co. ("M.A.I.T.") | Special counsel for investigation and pursuit of monetary recoveries relating to the Select Debtors' insurance policies and relationship with insurance broker |
| Weiss & Co. | Accountant retained to assist with the Select Trustee's obligations relating to retirement plans |
| A&G Law LLC | Special counsel in connection with collecting on judgments against regional defendants obtained for the Select Debtors by RCT |
| CERA LLP | Special litigation counsel for Select Debtors' interests and claims in class action litigation |
| Karon LLC | Consultant in connection with class action litigation |

8

B.     **Current Status of Administration**

The administration of the Select Debtors' estates is ongoing. As of September 30, 2019, the Select Trustee has $2,115,195.57 on deposit in all accounts he maintains for CGI and $1,769,512.54 on deposit in all accounts he maintains for SVT. Since his appointment, the Select Trustee has disbursed $15,196,473.87 from funds in the CGI Estate and $2,002,651.32 from funds in the SVT Estate, all in accordance with prior orders of this Court.

The Select Trustee has reviewed and resolved all claims asserted against the Select Debtors pursuant to 11 U.S.C. § 503(b)(9). The Select Trustee also reached a settlement with the labor unions resolving the administrative and priority claims relating to wages and damages owed under the Workers Adjustment and Retraining Notification Act of 1988 (WARN Act) and other employment agreements to the Select Debtors' former employees, and resolved all administrative expenses relating to utility providers' post-petition provision of utility services to the Debtors. The Select Trustee continues to review and resolve various other Chapter 11 administrative claims, and will undertake a review of general unsecured claims if it is determined there may be sufficient funds to make a distribution to general unsecured creditors.

The Select Trustee continues to investigate other claims and causes of action belonging to the Select Debtors' estates, including claims against (i) CGI's members, (ii) CGI's and SVT's former officers and directors, and (iii) various third parties, including the Select Debtors' former insurer and insurance broker. The Select Trustee believes that these claims, in the aggregate, should bring additional funds into the Select Debtors' estates. The Select Debtors also possess class member claims in various class action litigation, which the Select Trustee continues to monitor and oversee.

CHICAGO/#3366905.1

### C.      Litigation by ASK and RCT

Since its retention in March 2018, ASK has investigated preference recoveries against third parties and sent out over 700 demand letters for the recovery of transfers received by parties within 90 days prior to the Commencement Date. ASK ultimately filed over 400 adversary proceedings, and less than 20 of those adversary proceedings remain open.  As a result of ASK's efforts, the Select Debtors have collected approximately $5.5 million, not including the value of administrative claim waivers obtained.  ASK's adversary proceedings are governed by the Court's *Order Granting Motion to Establish Procedures Governing Avoidance Actions Brought by the Trustee's Special Litigation Counsel (ASK)* [CGI Dkt. No. 1533-1].

Similarly, since its retention in March 2018, RCT has investigated recoveries against (i) Select Debtors' former officers, directors, insiders, members and patrons and other insiders, (ii) Select Debtors' former professionals, and (iii) Associated Wholesale Grocers, Inc.  RCT has filed 77 adversary proceedings, of which 55 remain open and ongoing.  As of September 30, 2019, RCT has obtained 38 settlements totaling over $2,700,000, and obtained default judgments against 18 parties totaling $2,704,942.31.  RCT's adversary proceedings are governed by the Court's *Order Granting Motion to Establish Procedures Governing Certain Adversary Proceedings Brought by the Trustee's Special Litigation Counsel (RCT)* [CGI Dkt. No. 1534].  Pursuant to the procedures order, the Select Trustee and the majority of remaining defendants have stipulated to complete fact discovery by February 28, 2020, expert discovery by March 27, 2020, and dispositive briefing by August 14, 2020.

On May 17, 2018, the Court entered the *Order Granting Motion to Amend Settlement Procedures Order* (the "Settlement Procedures Order") [CGI Dkt. No. 1518], which provides procedures for settling the ASK and RCT claims.  Pursuant to the Settlement Procedures Order,

CHICAGO/#3366905.1

the Trustee must seek Court approval for the settlement of ASK and/or RCT claims with a gross

amount demanded greater than $700,000.  ASK and/or RCT claims with a gross amount demanded

greater than $250,000 but less than $700,000 are subject to certain notice procedures to specified

parties, and those with gross amounts demanded of less than or equal to $250,000 require no notice.

### D.    __Insurance Investigation by M.A.I.T.__

M.A.I.T. was originally retained as a consultant in connection with investigating areas of

potential monetary recovery from the Select Debtors' various insurance programs. As a consultant,

M.A.I.T. (i) reviewed the Select Debtors' general liability, automobile, and workers' compensation

policies (collectively, the "__Policies__"), (ii) assessed if the Select Debtors were entitled to funds from

the Select Debtors' former insurer or third party in connection with the Policies, (iii) assessed

whether the Select Debtors suffered damages related to the Select Debtors' outstanding workers'

compensation, general liability and automobile claims handling and capital reserve funds held by

its insurers, and (iv) conducted pre-litigation due diligence and investigation regarding collecting

such amounts that may be due to the Select Debtors in connection with the Policies.  In May 2019,

M.A.I.T. concluded its engagement as a consultant and was retained by the Trustee as special

counsel to pursue collection of funds the Trustee believes the Select Debtors may be entitled to

from the Select Debtors' former insurer and insurance broker in connection with the Policies.  The

Trustee is currently in settlement negotiations with the Select Debtors' former insurer and

insurance broker to reach a resolution to the Select Debtors' claims.

## III.    OVERVIEW OF ADMINISTRATION OF RACEWAY ESTATES

### A.    __Estate Professionals__

The following is a roster of the professionals currently retained by, and providing services

to, the Raceway Debtors' estates:

| **PROFESSIONAL** | **DESCRIPTION** |
| --- | --- |
| Fox Rothschild LLP | Bankruptcy counsel |
| High Ridge Partners, LLC | Real estate property manager |
| Marcus & Millichap, Inc. | Real estate broker |

**B.      Current Status of Administration**

The administration of the Raceway Debtors' estates is ongoing.  As of October 10, 2019, the Raceway Trustee has made approximately $14,000,000.00 in distributions to creditors and currently holds on deposit $1,185,601.00 across all accounts held by the Raceway Trustee on behalf of the Raceway Debtors' estates.

As noted below, the Raceway Trustee has completed his review and reconciliation of claims filed against the Raceway Debtors and has largely finished liquidating the hard assets owned by their bankruptcy estates.  The remaining tasks for the Raceway Trustee include: (i) continuing to defend the Korellis Adversary Proceeding; (ii) making additional interim distributions to creditors; and (iii) closing the sale of real estate owned by Raceway Heights.  Even after these tasks are completed, however, the Raceway Trustee will not be able to close the bankruptcy estates of the Raceway Debtors until he receives all distributions from the Select Trustee under the Amended Allocation Analysis to which the Raceway Estates are entitled to receive pursuant to the Settlement Agreement, and distributes those funds to creditors.

**C.      Status of Claims**

The Raceway Trustee completed his investigation into claims filed against the estates of the Raceway Debtors.  On December 14, 2018, the Raceway Trustee filed omnibus objections [CGI Joliet Dkt. Nos. 152, 153] (the "Raceway Claim Objections") on behalf of the CGI Joliet and Raceway Calumet estates to the claims of over 70 purported creditors.  In the Raceway Claim Objections, the Raceway Trustee contended that the claims asserted liabilities of CGI or Strack,

12

not of CGI Joliet or Raceway Calumet.  The Court sustained the Raceway Claim Objections

pursuant to the following orders:

- *Order Granting in Part Trustee's First Omnibus Objection to Claims Filed against Incorrect Estate and Continuing Objection* [CGI Joliet Dkt. No. 183]

- *Order Granting Remainder of Trustee's First Omnibus Objection to Claims Filed against Incorrect Estate* [CGI Joliet Dkt. No. 190]

- *Order Granting Trustee's Second Omnibus Objection to Claims Filed against the Incorrect Estate* [CGI Joliet Dkt. No. 191].

At this time, the Trustee does not anticipate objecting to any additional claims.

### D.    <u>Sales and Abandonment of Real Estate</u>

The Raceway Trustee has largely completed administering the real estate assets of the

Raceway Debtors' estates.  The Raceway Trustee has closed the sales of real estate owned by

Raceway Wheaton, Raceway Central, Raceway Joliet and Raceway Downers, as authorized by the

Court pursuant to the following orders:

- *Order Granting Trustee's Motion for an Order Authorizing the Sale of Real Estate of Raceway Central Wheaton LLC Free and Clear of Liens, Claim and Encumbrances* [CGI Joliet Dkt. No. 38]

- *Order Granting Trustee's Motion for an Order Authorizing the Sale of Real Estate of Raceway Central Free and Clear of Liens, Claims and Encumbrances* [CGI Joliet Dkt. No. 86]

- *Order Granting Trustee's Motion for an Order Authorizing the Sale of Real Estate of Raceway Central Joliet North LLC Free and Clear of Liens, Claims and Encumbrances* [CGI Joliet Dkt. No. 117]

- *Order Granting Trustee's Motion for an Order Authorizing the Sale of Real Estate of Raceway Central Downers Grove LLC Free and Clear of Liens, Claims and Encumbrances* [CGI Joliet Dkt. No. 132].

In addition, the Raceway Trustee anticipates closing on the sale of real estate owned by

Raceway Heights in the following month, as authorized by the Court pursuant to the *Order*

*Granting Trustee's Motion for an Order Authorizing the Sale of Real Estate of Raceway Central Chicago Heights LLC* [CGI Joliet Dkt. No. 224].

Finally, the Raceway Trustee has abandoned the real estate owned by Raceway Calumet, as authorized by the Court pursuant to the *Order Granting Motion of Trustee to Abandon Real Estate* [CGI Joliet Dkt. No. 213], after extensive efforts to sell the Property.

### E.    Korellis Adversary Proceeding

The Raceway Trustee is actively involved in a pending adversary proceeding filed by Korellis Roofing, Inc. ("Korellis") against the Raceway Central estate, Adv. Pro. No. 18-146 (the "Korellis Adversary Proceeding").   In the Korellis Adversary Proceeding, Korellis seeks to foreclose its mechanic's lien for certain roofing work performed on the "Tract 1" real estate owned by Raceway Central in Hammond, Indiana.  Approximately $500,000 is held in escrow from the proceeds of the sale of Tract 1 pending resolution of the Adversary Proceeding.  The parties are in the midst of taking depositions, and no trial date has been set.  The *Scheduling Order* [Adv. Pro. Dkt. No. 27] entered by the Court provides that fact discovery shall be completed by October 17, 2019, and dispositive motions shall be filed by November 21, 2019.

Dated:  October 14, 2019

Respectfully submitted,

Howard B. Samuels, not individually, but as Chapter 7 Trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC

By:   */s/ Michael M. Eidelman*
      One of his Attorneys

14

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Allison Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609 7500 telephone
(312) 609-5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
ahudson@vedderprice.com

Respectfully submitted,

Gregg E. Szilagyi, in his capacity as the
Raceway Trustee

By: _/s/ Ira Bodenstein_____
One of his Attorneys

Robert M. Fishman (#3124316)
Ira Bodenstein (#3126857)
David R. Doyle (#6303215)
Fox Rothschild LLP
321 N. Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151
rfishman@foxrothschild.com
ibodenstein@foxrothschild.com
ddoyle@foxrothschild.com

**Certificate of Service**

Michael M. Eidelman, the undersigned attorney, hereby certifies that on October 14, 2019, he caused the foregoing **Joint Status Report** to be served on the CM/ECF registrants.

/s/ Michael M. Eidelman

# Mailing Information for Case 17-13886

**Electronic Mail Notice List, via the Court's CM/ECF system.**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case:

**Howard L. Adelman**  hla@ag-ltd.com, dbaird@ag-ltd.com
**David A. Agay**  dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com,
bkfilings@mcdonaldhopkins.com
**Angela M. Allen**  aallen@jenner.com
**R. Scott Alsterda**  rsalsterda@nixonpeabody.com
**Brock Alvarado**  brock@gowithalvarez.com
**Mark A. Amendola**  mamendola@martynlawfirm.com
**Robert M. Andalman**  randalman@aandglaw.com, edavis@aandglaw.com,
ldavlin@aandglaw.com, rblackburn@aandglaw.com, kopal@aandglaw.com
**Thomas J. Angell**  tangell@jbosh.com
**Amy A. Aronson**  amyaronson@comcast.net, amyaronson@comcast.net
**Ronald Barliant**  ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
**Karl R. Barnickol**  kbarnickol@nge.com, ewilson@nge.com, ecfdocket@nge.com
**Matthew P. Barrette**  mattbarrette@shlawfirm.com
**Edric S. Bautista**  ebautista@sanchezdh.com
**Mark T. Benedict**  mark.benedict@huschblackwell.com, susan.williams@huschblackwell.com
**Robert R. Benjamin**  rrbenjamin@gct.law, mperez@gct.law, myproductionss@gmail.com,
tstephenson@gct.law, aleon@gct.law, r61390@notify.bestcase.com
**John A. Benson**  jbenson@huckbouma.com
**Brendan G. Best**  bgbest@varnumlaw.com, wrkyles@varnumlaw.com
**Glenn Betancourt**  courtburg1@comcast.net, r61869@notify.bestcase.com
**Amber L. Bishop**  amichlig@salawus.com
**Richard A. Bixter**  richard.bixter@hklaw.com
**Scott Blakeley**  seb@blakeleyllp.com
**Ira Bodenstein**  iratrustee@shawfishman.com, IL29@ecfcbis.com, plove@foxrothschild.com,
chdocket@foxrothschild.com
**Mark V. Bossi**  mbossi@thompsoncoburn.com
**Michael A. Brandess**  mbrandess@sfgh.com, bkdocket@sfgh.com
**Daniel Breen**  danbreen@breenlawchicago.com
**Alexander F. Brougham**  abrougham@ag-ltd.com, dbaird@ag-ltd.com
**David R. Brown**  dbrown@springerbrown.com, iprice@springerbrown.com

CHICAGO/#3366905.1

**Abraham Brustein**  abrustein@dimonteandlizak.com, jjarke@dimontelaw.com

**Allie M. Burnet**  aburnet@bestfirm.com

**Kurt M. Carlson**  kcarlson@carlsondash.com, knoonan@carlsondash.com, bmurzanski@carlsondash.com

**Theresa B. Carney**  tcarney@rfclaw.com, khutson@rfclaw.com

**Patrick W. Carothers**  pcarothers@leechtishman.com, ghauswirth@leechtishman.com, bankruptcy@leechtishman.com, dtomko@leechtishman.com

**W. Kent Carter**  kentcarter@grsm.com, estoneking@grsm.com

**Timothy R. Casey**  timothy.casey@dbr.com

**Kara E. Casteel**  kcasteel@askllp.com, lmiskowiec@askllp.com

**Steven B. Chaiken**  schaiken@ag-ltd.com, aweir@ag-ltd.com

**Aaron B. Chapin**  aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com, HBCourtFilings-CHI@huschblackwell.com

**Barry A. Chatz**  barry.chatz@saul.com, jurate.medziak@saul.com

**Rosanne Ciambrone**  rciambrone@duanemorris.com, jkahane@duanemorris.com, rpdarke@duanemorris.com, jjohnson3@duanemorris.com

**Scott R. Clar**  sclar@cranesimon.com, mjoberhausen@cranesimon.com, asimon@cranesimon.com

**Peter A. Clark**  pclark@btlaw.com

**Matthew A. Clemente**  mclemente@sidley.com, efilingnotice@sidley.com, mgustafson@sidley.com, mgburke@sidley.com

**Michael R. Collins**  michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com

**William J. Connelly**  wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com

**John J. Conway**  johnconway@shlawfirm.com

**Benjamin Court**  benjamin.court@stinson.com

**Heather M. Crockett**  heather.crockett@atg.in.gov, marie.baker@atg.in.gov

**Amy E. Daleo**  adaleo@cohonraizes.com

**Darrell Daley**  darrell@daleylawyers.com, samantha@daleylawyers.com

**Charles Dargo**  dargo@bettercallmylawyer.com

**Aaron Davis**  aaron.davis@bclplaw.com, CHDocketing@bclplaw.com, kathryn.farris@bclplaw.com

**Daniel P. Dawson**  ddawson@nisen.com, adrag@nisen.com

**Steven M. De Falco**  sdefalco@meuerslawfirm.com, lrogers@meuerslawfirm.com, snurenberg@meuerslawfirm.com

**Shelly A. DeRousse**  sderousse@freeborn.com, bkdocketing@freeborn.com

**John S. Delnero**  jdelnero@pedersenhoupt.com, kcody@pedersenhoupt.com

**Tejal S. Desai**  tdesai@llflegal.com

**Michael K Desmond**  mdesmond@fslegal.com

**Ryan A Deutmeyer**  rdeutmeyer@austgenlaw.com

**Bruce C. Dopke**  bdopke@stahlcowen.com, bruce@dopkelaw.com

**Brian M. Dougherty**  bmd@gsrnh.com, kam@gsrnh.com

**David R. Doyle**  ddoyle@foxrothschild.com, kjanecki@foxrothschild.com

**Kevin C. Driscoll**  kevin.driscoll@btlaw.com, jriazi@btlaw.com, ddotts@btlaw.com

**Nicholas R. Dwayne**  ndwayne@ag-ltd.com, tslack@ag-ltd.com

17

**Michael M. Eidelman**  meidelman@vedderprice.com, ecfdocket@vedderprice.com, michael-eidelman-9405@ecf.pacerpro.com, 7610@ecf.pacerpro.com
**Mary J. Fassett**  mjf@mccarronlaw.com
**Ian Fisher**  ifisher@hahnlaw.com, cmbeitel@hahnlaw.com, ridebitetto@hahnlaw.com
**Ian H. Fisher**  fisher@hahnlaw.com, jallison@hahnlaw.com, cmbeitel@hahnlaw.com
**Robert M. Fishman**  rfishman@foxrothschild.com, kjanecki@foxrothschild.com
**Mason N. Floyd**  mfloyd@clarkhill.com, lstephens@clarkhill.com
**Joseph D. Frank**  jfrank@fgllp.com, jkleinman@fgllp.com, mmatlock@fgllp.com, csucic@fgllp.com, csmith@fgllp.com
**Patricia B. Fugee**  patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
**Thomas B. Fullerton**  thomas.fullerton@akerman.com
**Joshua A. Gadharf**  jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
**George P. Galanos**  geogalanos@ameritech.net, lawclerk.galanoslaw@gmail.com, geogalanos@gmail.com
**Matthew Gartner**  matthew.gartner@huschblackwell.com, legalsupportteam-10flnorth-slc@huschblackwell.com
**Sara J. Geenen**  sjg@previant.com, cmw@previant.com
**Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com, dnichols@foley.com
**Karen R. Goodman**  kgoodman@taftlaw.com, nbeagan@taftlaw.com
**Richard Gordon**  rglaw@bellsouth.net
**Danielle J. Gould**  dszukala@burkelaw.com
**Gordon E. Gouveia**  ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
**Thomas G. Grace**  thomas@dispartilaw.com
**Trinitee G. Green**  trinitee.green@bclplaw.com, CHDocketing@bclplaw.com
**Joshua D. Greene**  jgreene@springerbrown.com, aoloughlin@springerbrown.com
**E. Philip Groben**  pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
**Joel D. Groenewold**  jdgroenewold@kopkalaw.com
**Michael J. Gunderson**  bankruptcy@chicago.com, lopez@gundersonfirm.com
**Alison M. Gutierrez**  alison.gutierrez@kutakrock.com
**John W. Guzzardo**  jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
**Mariam L. Hafezi**  mhafezi@kaiserlawoffice.com
**Nathan A. Hall**  nate@chs.law, valerie@chs.law
**Benjamin E. Haskin**  bhaskin@agdglaw.com, jgrote@agdglaw.com
**Scott J. Helfand**  Scott.Helfand@huschblackwell.com, LegalSupportTeam-Lit-TM-CHI@huschblackwell.com
**Roger J. Higgins**  rhiggins@rogerhigginslaw.com
**Caleb T. Holzaepfel**  caleb.holzaepfel@huschblackwell.com, LegalSupportTeam-Lookout-CHT@huschblackwell.com, caleb-holzaepfel-9767@ecf.pacerpro.com
**Mark J. Horwitz**  mark@thehorwitzlawgroup.com
**Allison Hudson**  ahudson@vedderprice.com, ecfdocket@vedderprice.com
**Timothy M. Hughes**  thughes@lavellelaw.com, r41234@notify.bestcase.com
**Chad J. Husnick**  chusnick@kirkland.com, will.guerrieri@kirkland.com
**Paula K. Jacobi**  pjacobi@btlaw.com, jsantana@btlaw.com
**Todd C. Jacobs**  tjacobs@bradleyriley.com, cclark@bradleyriley.com, docket@bradleyriley.com

CHICAGO/#3366905.1

**Elizabeth L. Janczak**  ejanczak@freeborn.com, bkdocketing@freeborn.com

**Michael J. Jasaitis**  mjasaitis@austgenlaw.com

**Roland G. Jones**  pacer.rolandjones@gmail.com

**Mark L. Karno**  mlkarno@sbcglobal.net

**Brett A. Kaufman**  brett@kaufmanlegal.net

**Martin S. Kedziora**  kedzioram@gtlaw.com, hernandezden@gtlaw.com,
CHILitDock@GTLAW.com, doranb@gtlaw.com

**Benjamin Kelly**  benkellysr@comcast.net

**Yi Sun Kim**  ykim@gblawllp.com, ksopky@gblawllp.com

**Randall Klein**  randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com

**Candice L. Kline**  kline@carpenterlipps.com, figueroa@carpenterlipps.com

**William B. Kohn**  kohn@wbkohnlaw.com

**Lawrence J. Kotler**  ljkotler@duanemorris.com

**Kay Kress**  kressk@pepperlaw.com

**David O. Kreuter**  dkreuter@kgatty.com

**Gina B. Krol**  gkrol@cohenandkrol.com, gkrol@cohenandkrol.com,
acartwright@cohenandkrol.com, jneiman@cohenandkrol.com

**Robert J. Labate**  robert.labate@hklaw.com

**Joseph H. Langerak**  jhlangerak@jacksonkelly.com, arsatterfield@jacksonkelly.com,
abigail.harrington@jacksonkelly.com

**Richard S. Lauter** Richard.Lauter@lewisbrisbois.com, lbbscaesars@gmail.com

**Ronald F. Layer**  legal@layerlaw.com

**Patrick S. Layng**  USTPRegion11.ES.ECF@usdoj.gov

**Vincent E. Lazar**  vlazar@jenner.com, docketing@jenner.com, thooker@jenner.com

**Caren A. Lederer**  calederer@gct.law, mperez@gct.law, stasciotti@gct.law,
tstephenson@gct.law, aleon@gct.law

**Alfred S. Lee**  alee@lawpmh.com

**David P. Leibowitz**  dleibowitz@lakelaw.com, jstorer@lakelaw.com,
storerjr58596@notify.bestcase.com, ecf@lodpl.com

**Pamela J. Leichtling**  pleichtling@clarkhill.com, jwoyan@clarkhill.com

**Mark E. Leipold**  mleipold@gouldratner.com, gferguson@gouldratner.com,
lgray@gouldratner.com, mhannon@gouldratner.com, gould-ecfs_notice@juralaw.net

**James Lessmeister**  jlessmeister@lessmeisterlaw.com

**Kyle A. Lindsey**  klindsey@jnlegal.net, cjohnson@jnlegal.net

**John A. Lipinsky**  lipinsky@ccmlawyer.com, Haskell@ccmlawyer.com,
haugh@ccmlawyer.com

**Douglas J. Lipke**  dlipke@vedderprice.com, ecfdocket@vedderprice.com,
7610@ecf.pacerpro.com, doug-lipke-7162@ecf.pacerpro.com

**Jennifer G. Lurken**  jlurken@gislason.com

**John R. Madden**  jrm@morrisroe.law

**Robert B. Marcus**  rmarcus@attorneymm.com, mail@attorneymm.com

**Teresa A. Massa**  tam@terrellandthrall.com

**G. Alexander McTavish**  amctavish@fmcolaw.com

**Adam Meadow**  ameadow@malmanlaw.com

**Mark Melickian**  mmelickian@sfgh.com, joconnor@sfgh.com, mbrandess@sfgh.com,
bkdocket@sfgh.com

**George R. Mesires**  george.mesires@faegrebd.com, darlene.walker@FaegreBD.com,
faegrebddocket@faegrebd.com

**Todd C. Meyers**  tmeyers@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com

**Nicholas M. Miller**  nmiller@ngelaw.com, ecfdocket@ngelaw.com, cdennis@ngelaw.com,
mmirkovic@ngelaw.com

**Bryan E. Minier**  bminier@lathropgage.com, mvargas@lathropgage.com,
krodriguez@lathropgage.com

**Don J. Mizerk**  don.mizerk@huschblackwell.com

**James P. Moloy**  jmoloy@boselaw.com, mwakefield@boselaw.com

**Michael C. Moody**  mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,
morourke@orourkeandmoody.com

**James E. Morgan**  jem@h2law.com, smckinney@howardandhoward.com

**Justin Morgan**  justin.morgan@bclplaw.com

**Peter Morrison**  peter.morrison@squirepb.com, cle_dckt@squirepb.com

**Kevin H. Morse**  kmorse@clarkhill.com

**James Naisbitt**  jnaisbitt@aol.com

**Robert K. Naumann**  robert.naumann@naumannlaw.com, rebecca.robbins@naumannlaw.com,
michelle.weslander@naumannlaw.com

**Paula E. Neff**  neff@emerson-neff.com

**Bradley P. Nelson**  brad.nelson@fisherbroyles.com

**Lauren Newman**  lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com,
aversis@thompsoncoburn.com, cvasquez@thompsoncoburn.com,
Tleslie@thompsoncoburn.com

**Ha M. Nguyen**  ha.nguyen@usdoj.gov, USTPregion11.es.ecf@usdoj.gov

**John L. Nisivaco**  john@chicagoinjurylaw.com

**Joel H. Norton**  jnorton@rsslawoffices.com, djschwab@rsslawoffices.com,
khutchinson@rsslawoffices.com

**R. Timothy Novel**  tnovel@agdglaw.com

**Peter Nozicka**  peter@trapplaw.com

**Sven T. Nylen**  snylen@beneschlaw.com, dblanton@beneschlaw.com

**John R. O'Connor**  joconnor@sfgh.com, bkdocket@sfgh.com

**Michael V. Ohlman**  mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com

**Leo Oppenheimer**  loppenheimer@rctlegal.com

**Frederick Perillo**  fp@previant.com, jb@previant.com

**Nancy A. Peterman**  petermann@gtlaw.com, chilitdock@gtlaw.com, greenbergc@gtlaw.com

**Ann E. Pille**  ann.pille@dlapiper.com, apille@reedsmith.com, bankruptcy-
2628@ecf.pacerpro.com

**Jerome W. Pinderski**  jerome@pinderski.com

**Susan Poll Klaessy**  spollklaessy@foley.com, dnichols@foley.com

**Richard B. Polony**  rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com,
courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com

**James Q. Pope**  jamesp@thepopelawfirm.com, ecfigotnotices@gmail.com

**Leanne Prendergast**  leanne.prendergast@fisherbroyles.com

**Scott A. Pyle**  spyle@rubinoruman.com, amanuel@rubinoruman.com, ttoso@rubinoruman.com

**Amanda K. Quick**  amanda.quick@atg.in.gov, marie.baker@atg.in.gov

**Robert Radasevich**  rradasevich@nge.com, ewilson@nge.com, ecfdocket@ngelaw.com

CHICAGO/#3366905.1

**Richard W. Rappold**  rwr@rappoldlaw.com

**Phillip S. Reed**  preed@pfs-law.com, nvizzini@pfs-law.com

**David Richardson**  drichardson@neryrichardson.com

**Sheldon E. Richie**  srichie@rg-austin.com

**Leigh D. Roadman**  lroadman@clarkhill.com, lstephens@clarkhill.com

**Adam B. Rome**  arome@grglegal.com, abernath@grglegal.com

**Mark D. Roth**  markdroth@gmail.com

**Todd J. Ruchman**  amps@manleydeas.com

**Nina Ruvinsky**  nruvinsky@loeb.com, josinski@loeb.com,
chdocket@loeb.com,_CHLitParalegals@loeb.com

**William J. Ryan**  wryan@scandagliaryan.com, dwaters@scandagliaryan.com,
dmaziarka@scandagliaryan.com

**Tanya M. Salman**  tmsalman@michaelbest.com, jlbrown@michaelbest.com,
courtmail@michaelbest.com

**Derek D. Samz**  dsamz@dimontelaw.com, mrussell@dimontelaw.com

**Ronald L. Sandack**  ronald@gaido-fintzen.com, esaldivar@gaido-fintzen.com

**Walter Sandoval**  wfs@hilbrich.com

**Dennis M. Sbertoli**  dsbert4978@aol.com

**Paul H. Scheuerlein**  pscheuerlein@gaido-fintzen.com, lynette@g-f.co, ecf@g-f.co

**Scott N. Schreiber**  sschreiber@clarkhill.com, blambert@clarkhill.com

**Ryan T. Schultz**  rschulz@foxswibel.com, bkdocket@fslc.com

**David J. Schwab**  djschwab@rsslawoffices.com, dcasey@rsslawoffices.com,
khutchinson@rsslawoffices.com, jnorton@rsslawoffices.com

**Jeffrey M. Schwartz**  jschwartz@muchshelist.com, wballinger@muchlaw.com

**Jennifer K. Schwendener**  jennifer@jkslawoffices.com

**Mary A. Shipley**  ashipley@mcguirewoods.com

**Stephen Smalling**  sjs@capronlaw.com

**Kevin C. Smith**  ksmith@smithsersic.com, dgreen@smithsersic.com

**Nicole K. Spicer**  nks@johnsoni.com

**Charles S. Stahl, Jr.**  cstahl@smbtrials.com

**Peter S. Stamatis**  peter@stamatislegal.com

**Michael T. Stanley**  michael@michaelstanley.co, michaelzofo@gmail.com

**Joseph L. Steinfeld**  jsteinfeld@askllp.com, lmiskowiec@askllp.com, kcasteel@askllp.com,
gunderdahl@askllp.com, rreding@askllp.com, brubis@askllp.com, bmcgrath@askllp.com,
mudem@askllp.com, jchristian@_____

**Gregory K. Stern**  greg@gregstern.com, steve_horvath@ilnb.uscourts.gov

**Jeffrey Strange**  jstrangelaw@aol.com, bowl1901@aol.com

**Stephen B. Sutton**  ssutton@lathropgage.com

**Paul Swanson**  pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com,
9572849420@filings.docketbird.com

**Joseph R. Swee**  jswee@scandagliaryan.com, dwaters@scandagliaryan.com,
dmaziarka@scandagliaryan.com

**Gregg Szilagyi**  gs@tailserv.com

**Robert D. Tepper**  rtepper@satclaw.com, agamble@satclaw.com, heilmanl@ballardspahr.com,
RoglenL@ballardspahr.com

**William W. Thorsness**  wthorsness@vedderprice.com, ecfdocket@vedderprice.com, ewatt@vedderprice.com, 7610@ecf.pacerpro.com, william-thorsness-6297@ecf.pacerpro.com

**Jason M. Torf**  jason.torf@icemiller.com

**Jessica Tovrov**  jessica@tovrovlaw.com

**Daniel E. Tranen**  Daniel.tranen@wilsonelser.com, mark.ledwin@wilsonelser.com

**Mark R. Valley**  mvalley@lawmrv.com, mcaiazzo@lawmrv.com

**John D. VanDeventer**  jvandeventer@jenner.com

**Eric P. VanderPloeg**  evanderploeg@burkelaw.com

**Elizabeth B. Vandesteeg**  evandesteeg@sfgh.com, bkdocket@sfgh.com

**Rion Vaughan**  rvaughan@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com, lburrell@mcdonaldhopkins.com

**Richard W. Ward**  rwward@airmail.net

**Michael D. Warner**  mwarner@coleschotz.com, klabrada@coleschotz.com

**Brian P. Welch**  bwelch@burkelaw.com, gbalderas@burkelaw.com

**David K. Welch**  dwelch@burkelaw.com, gbalderas@burkelaw.com, bwelch@burkelaw.com, welchdr67393@notify.bestcase.com

**Erin A. West**  ewest@gklaw.com, kboucher@gklaw.com, sshank@gklaw.com

**Amanda J. Wiese**  bankruptcy@hsbattys.com, bk4hsbm@gmail.com, hbm@ecf.courtdrive.com

**William A. Williams**  bill.williams@saul.com

**Mark E. Wilson**  mark.wilson@fisherbroyles.com

**Richard R. Winter**  richard.winter@hklaw.com

**Charles R. Woolley**  rwoolley@askounisdarcy.com, hperez@askounisdarcy.com

**Amanda S. Yarusso**  amanda.yarusso@gmail.com

**Lois J. Yu**  lyu@centralstates.org

**Daniel A. Zazove**  dzazove@perkinscoie.com, docketchi@perkinscoie.com, daniel-zazove-4464@ecf.pacerpro.com, jessica-matamoros-0866@ecf.pacerpro.com

**Brian R. Zeeck**  bzeeck@hinshawlaw.com, cynthiablack@hinshawlaw.com

**Jane F. Zimmerman**  jzimmerman@murphydesmond.com

CHICAGO/#3366905.1