Form G5 (20170105_bko)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| In Re:<br>Central Grocers, Inc. et. al.<br><br>Debtor(s) | BK No.: 17-13886<br><br>Chapter: 7<br>Honorable Pamela S. Hollis<br>SELECT IF OUTLYING AREA |

### ORDER APPROVING TENTH MOTION TO APPROVE SETTLEMENTS UNDER BANKRUPTCY RULE 9019 BETWEEN THE TRUSTEE AND DEFENDANTS

Upon consideration of the Trustee's Tenth Motion to Approve Settlements Under Bankruptcy Code 9019 Between the Trustee and Avoidance Action Defendants (the "Motion"); upon the record; and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Motion was given; and that sufficient legal and factual bases exist for the relief requested in the Motion; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interest of the Select Debtors' estates and their creditors; and good and sufficient cause having been shown;

it is hereby ORDERED that

1. The Motion is GRANTED;

2. The settlements of the Avoidance Actions against the Defendants listed on Exhibit A attached hereto are approved;

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation or enforcement of this Order.

Enter:

*/s/ Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: OCT 17 2019

**Prepared by:**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
(admitted pro hac vice)
Kara E. Casteel, Esq., MN SBN 0389115
(admitted pro hac vice)
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: 651-289-3850
Email: jsteinfeld@askllp.com
       kcasteel@askllp.com

Form G5  (20170105_bko)

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427