**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*,[1] | Case No. 17-13886 |
| Debtors. | |

**NOTICE OF AGENDA OF MATTERS RELATED TO CENTRAL GROCERS, INC.,
STRACK & VAN TIL SUPER MARKET, INC. AND SVT, LLC
<u>SCHEDULED FOR HEARING ON NOVEMBER 14, 2019</u>**

Date and Time of Hearing:   November 14, 2019 at 10:30 a.m. (Central Time)

Location of Hearing:   The Honorable Janet S. Baer
Courtroom 615
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Copies of Motions:   A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://cases.primeclerk.com/CentralGrocers.
Further information may be obtained by calling Prime Clerk at (866) 727-8489.

1. Notice of Motion and Fifth Interim Fee Application of Rally Capital Services, LLC for Allowance of Compensation for Services Rendered as Financial Advisor to Howard B. Samuels, Trustee, for the Period From May 1, 2019 Through and Including August 31, 2019, **[Docket No. 3150]**, filed by Michael M. Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    (a)   **Related Documents:**

        (i)   Hearing continued from 10/17/2019 Omnibus Hearing **[Docket No. 3196]**.

        (ii)   Supplement to Fifth Interim Fee Application of Rally Capital Service, LLC for Allowance of Compensation for Service Rendered as Financial Advisor to Howard B. Samuels, Trustee, for the Period From May 1, 2019 Through and Including August 31, 2019 **[Docket No. 3223]**, filed by Michael M.

---

[1] The Select Debtors in these chapter 7 cases, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack & Van Til Super Market, Inc. (2184) and SVT, LLC (1185).

        Eidelman, on behalf of Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of the Select Debtors.

    (b)    **Responses Filed:**

        (i)    Letter re Rally Capital Services, LLC Fee Application Comments, filed by Debbie Silverstein, Law Clerk to the Hon. Pamela S. Hollis **[Docket No. 3221]**.

    (c)    **Status: This matter is going forward.**

2.    Notice of Motion **[Docket No. 3021]** and Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (IV) Granting Related Relief **[Docket No. 3020]**, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC.

    (a)    **Related Documents:**

        (i)    Hearing continued from 10/17/2019 Omnibus Hearing **[Docket No. 3197]**.

        (ii)    Fourth Amended Notice of Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (IV) Granting Related Relief **[Docket No. 3191]**, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC.

        (iii)    Proposed Order Clarifying This Court's Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection therewith and, (IV) Granting Related Relief, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC **[Docket No. 3219]**, filed by Rosanne Ciambrone on behalf of Indiana Grocery Group, LLC.

    (b)    **Responses Filed:**

        (i)    Limited Objection to Motion of Indiana Grocery Group, LLC for Clarification of this Court's Order (I) Approving the Asset Purchase Agreement Among Sellers and Buyer, (II) Authorizing the Sale of Certain of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Leases in Connection Therewith and (IV) Granting Related Relief **[Docket No. 3145]**, filed by Amanda K.

2

        Quick, Deputy Attorney General, on behalf of the Indiana Department of Workforce Development.

   (c)   **Status: This matter is going forward.**

3.   ASK and RCT Adversary Proceedings.

   (a)   Attached as **Exhibit One** is a list of all active adversary proceedings.

   (b)   **Status**: **Pursuant to the Procedures Orders applicable to each of these adversary proceedings [Docket Nos. 1533–1534], the Trustee is working to resolve each of the adversary proceedings set forth on Exhibit One. The adversary proceedings on Exhibit One will be continued to the Omnibus Hearing set for December 19, 2019 at 10:30 a.m. (CT).**

4.   Motions Filed in Certain Adversary Proceedings.

   (a)   Attached as **Exhibit Two** is a list of motions filed in certain adversary proceedings.

   (b)   **Status: Exhibit Two provides a status for each motion filed in certain adversary proceedings.**

Dated: November 12, 2019

Respectfully submitted,

Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack & Van Til Super Market, Inc. and SVT, LLC

By: */s/ Michael M. Eidelman*
     One of his attorneys

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Allison B. Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609 7500 telephone
(312) 609 5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
ahudson@vedderprice.com

3

**Certificate of Service**

      Michael M. Eidelman, the undersigned attorney, hereby certifies that on November 12, 2019, he caused the foregoing **Notice of Agenda of Matters Related to Central Grocers, Inc. Strack & Van Til Super Market, Inc. and SVT, LLC Scheduled for Hearing on November 14, 2019** to be served on the CM/ECF registrants.

                                                      /s/ Michael M. Eidelman

# Mailing Information for Case 17-13886

**Electronic Mail Notice List, via the Court's CM/ECF system.**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case:

**Howard L. Adelman**  hla@ag-ltd.com, dbaird@ag-ltd.com
**David A. Agay**  dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
**Angela M. Allen**  aallen@jenner.com
**R. Scott Alsterda**  rsalsterda@nixonpeabody.com
**Brock Alvarado**  brock@gowithalvarez.com
**Mark A. Amendola**  mamendola@martynlawfirm.com
**Robert M. Andalman**  randalman@aandglaw.com, edavis@aandglaw.com, ldavlin@aandglaw.com, rblackburn@aandglaw.com, kopal@aandglaw.com
**Thomas J. Angell**  tangell@jbosh.com
**Amy A. Aronson**  amyaronson@comcast.net, amyaronson@comcast.net
**Ronald Barliant**  ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
**Karl R. Barnickol**  kbarnickol@nge.com, ewilson@nge.com, ecfdocket@nge.com
**Matthew P. Barrette**  mattbarrette@shlawfirm.com
**Edric S. Bautista**  ebautista@sanchezdh.com
**Mark T. Benedict**  mark.benedict@huschblackwell.com, susan.williams@huschblackwell.com
**Robert R. Benjamin**  rrbenjamin@gct.law, mperez@gct.law, myproductionss@gmail.com, tstephenson@gct.law, aleon@gct.law, r61390@notify.bestcase.com
**John A. Benson**  jbenson@huckbouma.com
**Brendan G. Best**  bgbest@varnumlaw.com, wrkyles@varnumlaw.com
**Glenn Betancourt**  courtburg1@comcast.net, r61869@notify.bestcase.com
**Amber L. Bishop**  amichlig@salawus.com
**Richard A. Bixter**  richard.bixter@hklaw.com
**Scott Blakeley**  seb@blakeleyllp.com
**Ira Bodenstein**  iratrustee@shawfishman.com, IL29@ecfcbis.com, plove@foxrothschild.com, chdocket@foxrothschild.com
**Mark V. Bossi**  mbossi@thompsoncoburn.com
**Michael A. Brandess**  mbrandess@sfgh.com, bkdocket@sfgh.com
**Daniel Breen**  danbreen@breenlawchicago.com
**Alexander F. Brougham**  abrougham@ag-ltd.com, dbaird@ag-ltd.com
**David R. Brown**  dbrown@springerbrown.com, iprice@springerbrown.com

**Abraham Brustein** abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
**Allie M. Burnet** aburnet@bestfirm.com
**Kurt M. Carlson** kcarlson@carlsondash.com, knoonan@carlsondash.com, bmurzanski@carlsondash.com
**Theresa B. Carney** tcarney@rfclaw.com, khutson@rfclaw.com
**Patrick W. Carothers** pcarothers@leechtishman.com, ghauswirth@leechtishman.com, bankruptcy@leechtishman.com, dtomko@leechtishman.com
**W. Kent Carter** kentcarter@grsm.com, estoneking@grsm.com
**Timothy R. Casey** timothy.casey@dbr.com
**Kara E. Casteel** kcasteel@askllp.com, lmiskowiec@askllp.com
**Steven B. Chaiken** schaiken@ag-ltd.com, aweir@ag-ltd.com
**Aaron B. Chapin** aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com, HBCourtFilings-CHI@huschblackwell.com
**Barry A. Chatz** barry.chatz@saul.com, jurate.medziak@saul.com
**Rosanne Ciambrone** rciambrone@duanemorris.com, jkahane@duanemorris.com, rpdarke@duanemorris.com, jjohnson3@duanemorris.com
**Scott R. Clar** sclar@cranesimon.com, mjoberhausen@cranesimon.com, asimon@cranesimon.com
**Peter A. Clark** pclark@btlaw.com
**Matthew A. Clemente** mclemente@sidley.com, efilingnotice@sidley.com, mgustafson@sidley.com, mgburke@sidley.com
**Michael R. Collins** michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
**William J. Connelly** wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
**John J. Conway** johnconway@shlawfirm.com
**Benjamin Court** benjamin.court@stinson.com
**Heather M. Crockett** heather.crockett@atg.in.gov, marie.baker@atg.in.gov
**Amy E. Daleo** adaleo@cohonraizes.com
**Darrell Daley** darrell@daleylawyers.com, samantha@daleylawyers.com
**Charles Dargo** dargo@bettercallmylawyer.com
**Aaron Davis** aaron.davis@bclplaw.com, CHDocketing@bclplaw.com, kathryn.farris@bclplaw.com
**Daniel P. Dawson** ddawson@nisen.com, adrag@nisen.com
**Steven M. De Falco** sdefalco@meuerslawfirm.com, lrogers@meuerslawfirm.com, snurenberg@meuerslawfirm.com
**Shelly A. DeRousse** sderousse@freeborn.com, bkdocketing@freeborn.com
**John S. Delnero** jdelnero@pedersenhoupt.com, kcody@pedersenhoupt.com
**Tejal S. Desai** tdesai@llflegal.com
**Michael K. Desmond** mdesmond@fslegal.com
**Ryan A. Deutmeyer** rdeutmeyer@austgenlaw.com
**Bruce C. Dopke** bdopke@stahlcowen.com, bruce@dopkelaw.com
**Brian M. Dougherty** bmd@gsrnh.com, kam@gsrnh.com
**David R. Doyle** ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
**Kevin C. Driscoll** kevin.driscoll@btlaw.com, jriazi@btlaw.com, ddotts@btlaw.com
**Nicholas R. Dwayne** ndwayne@ag-ltd.com, tslack@ag-ltd.com
**Michael M. Eidelman** meidelman@vedderprice.com, ecfdocket@vedderprice.com, michael-eidelman-9405@ecf.pacerpro.com, 7610@ecf.pacerpro.com
**Mary J. Fassett** mjf@mccarronlaw.com

**Ian Fisher**  ifisher@hahnlaw.com, cmbeitel@hahnlaw.com, ridebitetto@hahnlaw.com
**Ian H. Fisher**  fisher@hahnlaw.com, jallison@hahnlaw.com, cmbeitel@hahnlaw.com
**Robert M. Fishman**  rfishman@foxrothschild.com, kjanecki@foxrothschild.com
**Mason N. Floyd**  mfloyd@clarkhill.com, lstephens@clarkhill.com
**Joseph D. Frank**  jfrank@fgllp.com, jkleinman@fgllp.com, mmatlock@fgllp.com, csucic@fgllp.com, csmith@fgllp.com
**Patricia B. Fugee**  patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
**Thomas B. Fullerton**  thomas.fullerton@akerman.com
**Joshua A. Gadharf**  jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
**George P. Galanos**  geogalanos@ameritech.net, lawclerk.galanoslaw@gmail.com, geogalanos@gmail.com
**Matthew Gartner**  matthew.gartner@huschblackwell.com, legalsupportteam-10flnorth-slc@huschblackwell.com
**Sara J. Geenen**  sjg@previant.com, cmw@previant.com
**Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com, dnichols@foley.com
**Karen R. Goodman**  kgoodman@taftlaw.com, nbeagan@taftlaw.com
**Richard Gordon**  rglaw@bellsouth.net
**Danielle J. Gould**  dszukala@burkelaw.com
**Gordon E. Gouveia**  ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
**Thomas G. Grace**  thomas@dispartilaw.com
**Trinitee G. Green**  trinitee.green@bclplaw.com, CHDocketing@bclplaw.com
**Joshua D. Greene**  jgreene@springerbrown.com, aoloughlin@springerbrown.com
**E. Philip Groben**  pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
**Joel D. Groenewold**  jdgroenewold@kopkalaw.com
**Michael J. Gunderson**  bankruptcy@chicago.com, lopez@gundersonfirm.com
**Alison M. Gutierrez**  alison.gutierrez@kutakrock.com
**John W. Guzzardo**  jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
**Mariam L. Hafezi**  mhafezi@kaiserlawoffice.com
**Nathan A. Hall**  nate@chs.law, valerie@chs.law
**Benjamin E. Haskin**  bhaskin@agdglaw.com, jgrote@agdglaw.com
**Scott J. Helfand**  Scott.Helfand@huschblackwell.com, LegalSupportTeam-Lit-TM-CHI@huschblackwell.com
**Roger J. Higgins**  rhiggins@rogerhigginslaw.com
**Caleb T. Holzaepfel**  caleb.holzaepfel@huschblackwell.com, LegalSupportTeam-Lookout-CHT@huschblackwell.com, caleb-holzaepfel-9767@ecf.pacerpro.com
**Mark J. Horwitz**  mark@thehorwitzlawgroup.com
**Allison Hudson**  ahudson@vedderprice.com, ecfdocket@vedderprice.com
**Timothy M. Hughes**  thughes@lavellelaw.com, r41234@notify.bestcase.com
**Chad J. Husnick**  chusnick@kirkland.com, will.guerrieri@kirkland.com
**Paula K. Jacobi**  pjacobi@btlaw.com, jsantana@btlaw.com
**Todd C. Jacobs**  tjacobs@bradleyriley.com, cclark@bradleyriley.com, docket@bradleyriley.com
**Elizabeth L. Janczak**  ejanczak@freeborn.com, bkdocketing@freeborn.com
**Michael J. Jasaitis**  mjasaitis@austgenlaw.com
**Roland G. Jones**  pacer.rolandjones@gmail.com
**Mark L. Karno**  mlkarno@sbcglobal.net
**Brett A. Kaufman**  brett@kaufmanlegal.net

**Martin S. Kedziora**  kedzioram@gtlaw.com, hernandezden@gtlaw.com, CHILitDock@GTLAW.com, doranb@gtlaw.com
**Benjamin Kelly**  benkellysr@comcast.net
**Yi Sun Kim**  ykim@gblawllp.com, ksopky@gblawllp.com
**Randall Klein**  randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com
**Candice L. Kline**  kline@carpenterlipps.com, figueroa@carpenterlipps.com
**William B. Kohn**  kohn@wbkohnlaw.com
**Lawrence J. Kotler**  ljkotler@duanemorris.com
**Kay Kress**  kressk@pepperlaw.com
**David O. Kreuter**  dkreuter@kgatty.com
**Gina B. Krol**  gkrol@cohenandkrol.com, gkrol@cohenandkrol.com, acartwright@cohenandkrol.com, jneiman@cohenandkrol.com
**Robert J. Labate**  robert.labate@hklaw.com
**Joseph H. Langerak**  jhlangerak@jacksonkelly.com, arsatterfield@jacksonkelly.com, abigail.harrington@jacksonkelly.com
**Richard S. Lauter**  Richard.Lauter@lewisbrisbois.com, lbbscaesars@gmail.com
**Ronald F. Layer**  legal@layerlaw.com
**Patrick S. Layng**  USTPRegion11.ES.ECF@usdoj.gov
**Vincent E. Lazar**  vlazar@jenner.com, docketing@jenner.com, thooker@jenner.com
**Caren A. Lederer**  calederer@gct.law, mperez@gct.law, stasciotti@gct.law, tstephenson@gct.law, aleon@gct.law
**Alfred S. Lee**  alee@lawpmh.com
**David P. Leibowitz**  dleibowitz@lakelaw.com, jstorer@lakelaw.com, storerjr58596@notify.bestcase.com, ecf@lodpl.com
**Pamela J. Leichtling**  pleichtling@clarkhill.com
**Mark E. Leipold**  mleipold@gouldratner.com, gferguson@gouldratner.com, mhannon@gouldratner.com, gould-ecfs_notice@juralaw.net
**James Lessmeister**  jlessmeister@lessmeisterlaw.com
**Kyle A. Lindsey**  klindsey@jnlegal.net, cjohnson@jnlegal.net
**John A. Lipinsky**  lipinsky@ccmlawyer.com, Haskell@ccmlawyer.com, haugh@ccmlawyer.com
**Douglas J. Lipke**  dlipke@vedderprice.com, ecfdocket@vedderprice.com, 7610@ecf.pacerpro.com, doug-lipke-7162@ecf.pacerpro.com
**Jennifer G. Lurken**  jlurken@gislason.com
**John R. Madden**  jrm@morrisroe.law
**Robert B. Marcus**  rmarcus@attorneymm.com, mail@attorneymm.com
**Teresa A. Massa**  tam@terrellandthrall.com
**G. Alexander McTavish**  amctavish@fmcolaw.com
**Adam Meadow**  ameadow@malmanlaw.com
**Mark Melickian**  mmelickian@sfgh.com, joconnor@sfgh.com, mbrandess@sfgh.com, bkdocket@sfgh.com
**George R. Mesires**  george.mesires@faegrebd.com, darlene.walker@FaegreBD.com, faegrebddocket@faegrebd.com
**Todd C. Meyers**  tmeyers@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com
**Nicholas M. Miller**  nmiller@ngelaw.com, ecfdocket@ngelaw.com, cdennis@ngelaw.com, mmirkovic@ngelaw.com
**Bryan E. Minier**  bminier@lathropgage.com, mvargas@lathropgage.com,
**Don J. Mizerk**  don.mizerk@huschblackwell.com

**James P. Moloy**  jmoloy@boselaw.com, mwakefield@boselaw.com
**Michael C. Moody**  mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com
**James E. Morgan**  jem@h2law.com, smckinney@howardandhoward.com
**Justin Morgan**  justin.morgan@bclplaw.com
**Peter Morrison**  peter.morrison@squirepb.com, cle_dckt@squirepb.com
**Kevin H. Morse**  kmorse@clarkhill.com
**James Naisbitt**  jnaisbitt@aol.com
**Robert K. Naumann**  robert.naumann@naumannlaw.com, rebecca.robbins@naumannlaw.com, michelle.weslander@naumannlaw.com
**Paula E. Neff**  neff@emerson-neff.com
**Bradley P. Nelson**  brad.nelson@fisherbroyles.com
**Lauren Newman**  lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com, aversis@thompsoncoburn.com, cvasquez@thompsoncoburn.com, Tleslie@thompsoncoburn.com
**Ha M. Nguyen**  ha.nguyen@usdoj.gov, USTPregion11.es.ecf@usdoj.gov
**John L. Nisivaco**  john@chicagoinjurylaw.com
**Joel H. Norton**  jnorton@rsslawoffices.com, djschwab@rsslawoffices.com, khutchinson@rsslawoffices.com
**R. Timothy Novel**  tnovel@agdglaw.com
**Peter Nozicka**  peter@trapplaw.com
**Sven T. Nylen**  snylen@beneschlaw.com, dblanton@beneschlaw.com
**John R. O'Connor**  joconnor@sfgh.com, bkdocket@sfgh.com
**Michael V. Ohlman**  mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com
**Leo Oppenheimer**  loppenheimer@rctlegal.com
**Frederick Perillo**  fp@previant.com, jb@previant.com
**Nancy A. Peterman**  petermann@gtlaw.com, chilitdock@gtlaw.com, greenbergc@gtlaw.com
**Ann E. Pille**  ann.pille@dlapiper.com, apille@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
**Jerome W. Pinderski**  jerome@pinderski.com
**Susan Poll Klaessy**  spollklaessy@foley.com, dnichols@foley.com
**Richard B. Polony**  rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com, courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com
**James Q. Pope**  jamesp@thepopelawfirm.com, ecfigotnotices@gmail.com
**Leanne Prendergast**  leanne.prendergast@fisherbroyles.com
**Scott A. Pyle**  spyle@rubinoruman.com, amanuel@rubinoruman.com, ttoso@rubinoruman.com
**Amanda K. Quick**  amanda.quick@atg.in.gov, marie.baker@atg.in.gov
**Robert Radasevich**  rradasevich@nge.com, ewilson@nge.com, ecfdocket@ngelaw.com
**Richard W. Rappold**  rwr@rappoldlaw.com
**Phillip S. Reed**  preed@pfs-law.com, nvizzini@pfs-law.com
**David Richardson**  drichardson@neryrichardson.com
**Sheldon E. Richie**  srichie@rg-austin.com
**Leigh D. Roadman**  lroadman@clarkhill.com, lstephens@clarkhill.com
**Adam B. Rome**  arome@grglegal.com, abernath@grglegal.com
**Mark D. Roth**  markdroth@gmail.com
**Todd J. Ruchman**  amps@manleydeas.com
**Nina Ruvinsky**  nruvinsky@loeb.com, josinski@loeb.com, chdocket@loeb.com, CHLitParalegals@loeb.com

**William J. Ryan** wryan@scandagliaryan.com, dwaters@scandagliaryan.com, dmaziarka@scandagliaryan.com
**Tanya M. Salman** tmsalman@michaelbest.com, jlbrown@michaelbest.com, courtmail@michaelbest.com
**Derek D. Samz** dsamz@dimontelaw.com, mrussell@dimontelaw.com
**Ronald L. Sandack** ronald@gaido-fintzen.com, esaldivar@gaido-fintzen.com
**Walter Sandoval** wfs@hilbrich.com
**Dennis M. Sbertoli** dsbert4978@aol.com
**Paul H. Scheuerlein** pscheuerlein@gaido-fintzen.com, lynette@g-f.co, ecf@g-f.co
**Scott N. Schreiber** sschreiber@clarkhill.com, blambert@clarkhill.com
**Ryan T. Schultz** rschulz@foxswibel.com, bkdocket@fslc.com
**David J. Schwab** djschwab@rsslawoffices.com, dcasey@rsslawoffices.com, khutchinson@rsslawoffices.com, jnorton@rsslawoffices.com
**Jeffrey M. Schwartz** jschwartz@muchshelist.com, wballinger@muchlaw.com
**Jennifer K. Schwendener** jennifer@jkslawoffices.com
**Mary A. Shipley** ashipley@mcguirewoods.com
**Stephen Smalling** sjs@capronlaw.com
**Kevin C. Smith** ksmith@smithsersic.com, dgreen@smithsersic.com
**Nicole K. Spicer** nks@johnsoni.com
**Charles S. Stahl, Jr.** cstahl@smbtrials.com
**Peter S. Stamatis** peter@stamatislegal.com
**Michael T. Stanley** michael@michaelstanley.co, michaelzofo@gmail.com
**Joseph L. Steinfeld** jsteinfeld@askllp.com, lmiskowiec@askllp.com, kcasteel@askllp.com, gunderdahl@askllp.com, rreding@askllp.com, brubis@askllp.com, bmcgrath@askllp.com, mudem@askllp.com
**Gregory K. Stern** greg@gregstern.com, steve_horvath@ilnb.uscourts.gov
**Jeffrey Strange** jstrangelaw@aol.com, bowl1901@aol.com
**Stephen B. Sutton** ssutton@lathropgage.com
**Paul Swanson** pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com, 9572849420@filings.docketbird.com
**Joseph R. Swee** jswee@scandagliaryan.com, dwaters@scandagliaryan.com, dmaziarka@scandagliaryan.com
**Gregg Szilagyi** gs@tailserv.com
**Robert D. Tepper** rtepper@satclaw.com, agamble@satclaw.com, heilmanl@ballardspahr.com, RoglenL@ballardspahr.com
**William W. Thorsness** wthorsness@vedderprice.com, ecfdocket@vedderprice.com, ewatt@vedderprice.com, 7610@ecf.pacerpro.com, william-thorsness-6297@ecf.pacerpro.com
**Jason M. Torf** jason.torf@icemiller.com
**Jessica Tovrov** jessica@tovrovlaw.com
**Daniel E. Tranen** Daniel.tranen@wilsonelser.com, mark.ledwin@wilsonelser.com
**Mark R. Valley** mvalley@lawmrv.com, mcaiazzo@lawmrv.com
**John D. VanDeventer** jvandeventer@jenner.com
**Eric P. VanderPloeg** evanderploeg@burkelaw.com
**Elizabeth B. Vandesteeg** evandesteeg@sfgh.com, bkdocket@sfgh.com
**Rion Vaughan** rvaughan@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com, lburrell@mcdonaldhopkins.com
**Richard W. Ward** rwward@airmail.net
**Michael D. Warner** mwarner@coleschotz.com, klabrada@coleschotz.com

**Brian P. Welch**  bwelch@burkelaw.com, gbalderas@burkelaw.com
**David K. Welch**  dwelch@burkelaw.com, gbalderas@burkelaw.com, bwelch@burkelaw.com, welchdr67393@notify.bestcase.com
**Erin A. West**  ewest@gklaw.com, kboucher@gklaw.com
**Amanda J. Wiese**  bankruptcy@hsbattys.com, bk4hsbm@gmail.com, hbm@ecf.courtdrive.com
**William A. Williams**  bill.williams@saul.com
**Mark E. Wilson**  mark.wilson@fisherbroyles.com
**Richard R. Winter**  richard.winter@hklaw.com
**Charles R. Woolley**  rwoolley@askounisdarcy.com, hperez@askounisdarcy.com
**Amanda S. Yarusso**  amanda.yarusso@gmail.com
**Lois J. Yu**  lyu@centralstates.org
**Daniel A. Zazove**  dzazove@perkinscoie.com, docketchi@perkinscoie.com, daniel-zazove-4464@ecf.pacerpro.com, jessica-matamoros-0866@ecf.pacerpro.com
**Brian R. Zeeck**  bzeeck@hinshawlaw.com, cynthiablack@hinshawlaw.com
**Jane F. Zimmerman**  jzimmerman@murphydesmond.com

CHICAGO/#3379726.1