## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*,[1] | Case No. 17-13886 |
| Debtors. | |

## NOTICE OF AGENDA OF MATTERS RELATED TO CENTRAL GROCERS, INC., STRACK & VAN TIL SUPER MARKET, INC. AND SVT, LLC SCHEDULED FOR HEARING ON JANUARY 16, 2020

| | |
|---|---|
| Date and Time of Hearing: | January 16, 2020 at 10:30 a.m. (Central Time) |
| Location of Hearing: | The Honorable Janet S. Baer<br>Courtroom 615<br>Everett McKinley Dirksen United States Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.ilnb.uscourts.gov and at the website of the Debtors' notice and claims agent, Prime Clerk LLC ("**Prime Clerk**"), at https://cases.primeclerk.com/CentralGrocers.<br>Further information may be obtained by calling Prime Clerk at (866) 727-8489. |

1.  Continued Omnibus Hearing **[Dkt. No. 3279]**.

    (a)  **Related Documents:** None.

    (b)  **Responses Filed:** None.

    (c)  **Status:** This matter is going forward for status hearing.

2.  ASK and RCT Adversary Proceedings.

    (a)  Attached as **Exhibit One** is a list of all active adversary proceedings.

    (b)  **Status: Pursuant to the Procedures Orders applicable to each of these adversary proceedings [Docket Nos. 1533–1534], the Trustee is working to resolve each of the adversary proceedings set forth on Exhibit One. The**

---

[1] The Select Debtors in these chapter 7 cases, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack & Van Til Super Market, Inc. (2184) and SVT, LLC (1185).

**adversary proceedings on Exhibit One will be continued to the Omnibus Hearing set for February 13, 2020 at 10:30 a.m. (CT).**

3.    Motions Filed in Certain Adversary Proceedings.

(a)    Attached as **Exhibit Two** is a list of motions filed in certain adversary proceedings.

(b)    **Status:** **Exhibit Two provides a status for each motion filed in certain adversary proceedings.**

Dated:  January 14, 2020

Respectfully submitted,

Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack & Van Til Super Market, Inc. and SVT, LLC

By:   */s/ Michael M. Eidelman*
       One of his attorneys

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Allison B. Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609 7500 telephone
(312) 609 5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
ahudson@vedderprice.com

CHICAGO/#3399206.1

## Certificate of Service

Michael M. Eidelman, the undersigned attorney, hereby certifies that on January 14, 2020, he caused the foregoing **Notice of Agenda of Matters Related to Central Grocers, Inc. Strack & Van Til Super Market, Inc. and SVT, LLC Scheduled for Hearing on January 16, 2020** to be served on the CM/ECF registrants.

/s/ Michael M. Eidelman

# Mailing Information for Case 17-13886

**Electronic Mail Notice List, via the Court's CM/ECF system.**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case:

**Gregory Adamo**  Adamo@ccmlawyer.com, matthiscyk@ccmlawyer.com
**Howard L. Adelman**  hla@ag-ltd.com, dbaird@ag-ltd.com
**David A. Agay**  dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
**Angela M. Allen**  aallen@jenner.com
**R. Scott Alsterda**  rsalsterda@nixonpeabody.com
**Brock Alvarado**  brock@gowithalvarez.com
**Mark A. Amendola**  mamendola@martynlawfirm.com
**Robert M. Andalman**  randalman@aandglaw.com, edavis@aandglaw.com, ldavlin@aandglaw.com, rblackburn@aandglaw.com, kopal@aandglaw.com
**Thomas J. Angell**  tangell@jbosh.com
**Amy A. Aronson**  amyaronson@comcast.net
**Ronald Barliant**  ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
**Karl R. Barnickol**  kbarnickol@nge.com, ewilson@nge.com, ecfdocket@nge.com
**Matthew P. Barrette**  mattbarrette@shlawfirm.com
**Edric S. Bautista**  ebautista@sanchezdh.com
**Mark T. Benedict**  mark.benedict@huschblackwell.com, susan.williams@huschblackwell.com
**Robert R. Benjamin**  rrbenjamin@gct.law, mperez@gct.law, myproductions@gmail.com, rtryzbiak@gct.law, aleon@gct.law, r61390@notify.bestcase.com
**John A. Benson**  jbenson@huckbouma.com
**Brendan G. Best**  bgbest@varnumlaw.com, wrkyles@varnumlaw.com
**Glenn Betancourt**  courtburg1@comcast.net, r61869@notify.bestcase.com
**Amber L. Bishop**  amichlig@salawus.com
**Richard A. Bixter**  richard.bixter@hklaw.com
**Scott Blakeley**  seb@blakeleyllp.com
**Ira Bodenstein**  iratrustee@shawfishman.com, IL29@ecfcbis.com, plove@foxrothschild.com, chdocket@foxrothschild.com
**Mark V. Bossi**  mbossi@thompsoncoburn.com
**Michael A. Brandess**  mbrandess@sfgh.com, bkdocket@sfgh.com
**Daniel Breen**  danbreen@breenlawchicago.com
**Alexander F. Brougham**  abrougham@ag-ltd.com, dbaird@ag-ltd.com

**David R. Brown**  dbrown@springerbrown.com, iprice@springerbrown.com
**Abraham Brustein**  abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
**Allie M. Burnet**  aburnet@bestfirm.com
**Kurt M. Carlson**  kcarlson@carlsondash.com, knoonan@carlsondash.com,
bmurzanski@carlsondash.com
**Theresa B. Carney**  tcarney@rfclaw.com, khutson@rfclaw.com
**Patrick W. Carothers**  pcarothers@leechtishman.com, ghauswirth@leechtishman.com,
bankruptcy@leechtishman.com, dtomko@leechtishman.com
**W. Kent Carter**  kentcarter@grsm.com, estoneking@grsm.com
**Timothy R. Casey**  timothy.casey@dbr.com
**Kara E. Casteel**  kcasteel@askllp.com, lmiskowiec@askllp.com
**Steven B. Chaiken**  schaiken@ag-ltd.com, aweir@ag-ltd.com
**Aaron B. Chapin**  aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com,
HBCourtFilings-CHI@huschblackwell.com
**Barry A. Chatz**  barry.chatz@saul.com, jurate.medziak@saul.com
**Rosanne Ciambrone**  rciambrone@duanemorris.com, jkahane@duanemorris.com,
rpdarke@duanemorris.com, jjohnson3@duanemorris.com
**Scott R. Clar**  sclar@cranesimon.com, mjoberhausen@cranesimon.com,
asimon@cranesimon.com
**Peter A. Clark**  pclark@btlaw.com
**Matthew A. Clemente**  mclemente@sidley.com, efilingnotice@sidley.com,
mgustafson@sidley.com, mgburke@sidley.com
**Michael R. Collins**  michael.collins@collinsandcollins.com,
eric.anderson@collinsandcollins.com
**William J. Connelly**  wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
**John J. Conway**  johnconway@shlawfirm.com
**Benjamin Court**  benjamin.court@stinson.com
**Heather M. Crockett**  heather.crockett@atg.in.gov, marie.baker@atg.in.gov
**Amy E. Daleo**  adaleo@cohonraizes.com
**Darrell Daley**  darrell@daleylawyers.com, samantha@daleylawyers.com
**Charles Dargo**  dargo@bettercallmylawyer.com
**Aaron Davis**  aaron.davis@bclplaw.com, CHDocketing@bclplaw.com,
kathryn.farris@bclplaw.com
**Daniel P. Dawson**  ddawson@nisen.com, adrag@nisen.com
**Steven M. De Falco**  sdefalco@meuerslawfirm.com, lrogers@meuerslawfirm.com,
snurenberg@meuerslawfirm.com
**Shelly A. DeRousse**  sderousse@freeborn.com, bkdocketing@freeborn.com
**John S. Delnero**  jdelnero@pedersenhoupt.com, kcody@pedersenhoupt.com
**Tejal S. Desai**  tdesai@llflegal.com
**Michael K. Desmond**  mdesmond@fslegal.com
**Ryan A. Deutmeyer**  rdeutmeyer@austgenlaw.com
**Bruce C. Dopke**  bdopke@stahlcowen.com, bruce@dopkelaw.com
**Brian M. Dougherty**  bmd@gsrnh.com, kam@gsrnh.com
**David R. Doyle**  ddoyle@foxrothschild.com, kjanecki@foxrothschild.com
**Kevin C. Driscoll**  kevin.driscoll@btlaw.com, jriazi@btlaw.com, ddotts@btlaw.com
**Nicholas R. Dwayne**  ndwayne@ag-ltd.com, tslack@ag-ltd.com
**Michael M. Eidelman**  meidelman@vedderprice.com, ecfdocket@vedderprice.com, michael-
eidelman-9405@ecf.pacerpro.com, 7610@ecf.pacerpro.com

**Mary J. Fassett**  mjf@mccarronlaw.com
**Ian Fisher**  ifisher@hahnlaw.com, cmbeitel@hahnlaw.com, ridebitetto@hahnlaw.com
**Ian H. Fisher**  fisher@hahnlaw.com, jallison@hahnlaw.com, cmbeitel@hahnlaw.com
**Robert M. Fishman**  rfishman@foxrothschild.com, kjanecki@foxrothschild.com
**Mason N. Floyd**  mfloyd@clarkhill.com, lstephens@clarkhill.com
**Joseph D. Frank**  jfrank@fgllp.com, jkleinman@fgllp.com, mmatlock@fgllp.com,
csucic@fgllp.com, csmith@fgllp.com
**Patricia B. Fugee**  patricia.fugee@fisherbroyles.com, ecf@cftechsolutions.com
**Thomas B. Fullerton**  thomas.fullerton@akerman.com
**Joshua A. Gadharf**  jgadharf@mcdonaldhopkins.com, mhdocket@mcdonaldhopkins.com
**George P. Galanos**  geogalanos@ameritech.net, lawclerk.galanoslaw@gmail.com,
geogalanos@gmail.com
**Matthew Gartner**  matthew.gartner@huschblackwell.com, legalsupportteam-10flnorth-
slc@huschblackwell.com
**Sara J. Geenen**  sjg@previant.com, cmw@previant.com
**Geoffrey S. Goodman**  ggoodman@foley.com, egreen@foley.com, dnichols@foley.com
**Karen R. Goodman**  kgoodman@taftlaw.com, nbeagan@taftlaw.com
**Richard Gordon**  rglaw@bellsouth.net
**Danielle J. Gould**  dszukala@burkelaw.com
**Gordon E. Gouveia**  ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
**Thomas G. Grace**  thomas@dispartilaw.com
**Trinitee G. Green**  trinitee.green@bclplaw.com, CHDocketing@bclplaw.com
**Joshua D. Greene**  jgreene@springerbrown.com, aoloughlin@springerbrown.com
**E. Philip Groben**  pgroben@gcklegal.com, bcervantes@gcklegal.com,
rrodriguez@gcklegal.com
**Joel D. Groenewold**  jdgroenewold@kopkalaw.com
**Michael J. Gunderson**  bankruptcy@chicago.com, lopez@gundersonfirm.com
**Alison M. Gutierrez**  alison.gutierrez@kutakrock.com
**John W. Guzzardo**  jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
**Mariam L. Hafezi**  mhafezi@kaiserlawoffice.com
**Nathan A. Hall**  nate@chs.law, valerie@chs.law
**Benjamin E. Haskin**  bhaskin@agdglaw.com, jgrote@agdglaw.com
**Scott J. Helfand**  Scott.Helfand@huschblackwell.com, LegalSupportTeam-Lit-TM-
CHI@huschblackwell.com
**Roger J. Higgins**  rhiggins@rogerhigginslaw.com
**Caleb T. Holzaepfel**  caleb.holzaepfel@huschblackwell.com, LegalSupportTeam-Lookout-
CHT@huschblackwell.com, caleb-holzaepfel-9767@ecf.pacerpro.com
**Mark J. Horwitz**  mark@thehorwitzlawgroup.com
**Allison B. Hudson**  ahudson@vedderprice.com, ecfdocket@vedderprice.com
**Timothy M. Hughes**  thughes@lavellelaw.com, r41234@notify.bestcase.com
**Chad J. Husnick**  chusnick@kirkland.com, will.guerrieri@kirkland.com
**Paula K. Jacobi**  pjacobi@btlaw.com, jsantana@btlaw.com
**Todd C. Jacobs**  tjacobs@bradleyriley.com, cclark@bradleyriley.com,
docket@bradleyriley.com
**Elizabeth L. Janczak**  ejanczak@freeborn.com, bkdocketing@freeborn.com
**Michael J. Jasaitis**  mjasaitis@austgenlaw.com
**Roland G. Jones**  pacer.rolandjones@gmail.com
**Mark L. Karno**  mlkarno@sbcglobal.net

**Brett A. Kaufman**  brett@kaufmanlegal.net
**Martin S. Kedziora**  kedzioram@gtlaw.com, hernandezden@gtlaw.com,
CHILitDock@GTLAW.com, doranb@gtlaw.com
**Benjamin Kelly**  benkellysr@comcast.net
**Yi Sun Kim**  ykim@gblawllp.com, ksopky@gblawllp.com
**Randall Klein**  randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com
**Candice L. Kline**  kline@carpenterlipps.com, figueroa@carpenterlipps.com
**William B. Kohn**  kohn@wbkohnlaw.com
**Lawrence J. Kotler**  ljkotler@duanemorris.com
**Kay Kress**  kressk@pepperlaw.com
**David O. Kreuter**  dkreuter@kgatty.com
**Gina B. Krol**  gkrol@cohenandkrol.com, gkrol@cohenandkrol.com,
acartwright@cohenandkrol.com, jneiman@cohenandkrol.com
**Robert J. Labate**  robert.labate@hklaw.com
**Joseph H. Langerak**  jhlangerak@jacksonkelly.com, arsatterfield@jacksonkelly.com,
abigail.harrington@jacksonkelly.com
**Richard S. Lauter** Richard.Lauter@lewisbrisbois.com, lbbscaesars@gmail.com
**Ronald F. Layer**  legal@layerlaw.com
**Patrick S. Layng**  USTPRegion11.ES.ECF@usdoj.gov
**Vincent E. Lazar**  vlazar@jenner.com, docketing@jenner.com, thooker@jenner.com
**Caren A. Lederer**  calederer@gct.law, mperez@gct.law, stasciotti@gct.law,
tstephenson@gct.law, aleon@gct.law
**Alfred S. Lee**  alee@lawpmh.com
**David P. Leibowitz**  dleibowitz@lakelaw.com, jstorer@lakelaw.com,
storerjr58596@notify.bestcase.com, ecf@lodpl.com
**Pamela J. Leichtling**  pleichtling@clarkhill.com
**Mark E. Leipold**  mleipold@gouldratner.com, gferguson@gouldratner.com,
mhannon@gouldratner.com, gould-ecfs_notice@juralaw.net
**James Lessmeister**  jlessmeister@lessmeisterlaw.com
**Kyle A. Lindsey**  klindsey@jnlegal.net, cjohnson@jnlegal.net
**John A. Lipinsky**  lipinsky@ccmlawyer.com, Haskell@ccmlawyer.com,
haugh@ccmlawyer.com
**Douglas J. Lipke**  dlipke@vedderprice.com, ecfdocket@vedderprice.com,
7610@ecf.pacerpro.com, doug-lipke-7162@ecf.pacerpro.com
**Jennifer G. Lurken**  jlurken@gislason.com
**John R. Madden**  jrm@morrisroe.law
**Robert B. Marcus**  rmarcus@attorneymm.com, mail@attorneymm.com
**Teresa A. Massa**  tam@terrellandthrall.com
**G. Alexander McTavish**  amctavish@fmcolaw.com
**Adam Meadow**  ameadow@malmanlaw.com
**Mark Melickian**  mmelickian@sfgh.com, joconnor@sfgh.com, mbrandess@sfgh.com,
bkdocket@sfgh.com
**George R. Mesires**  george.mesires@faegrebd.com, darlene.walker@FaegreBD.com,
faegrebddocket@faegrebd.com
**Todd C. Meyers**  tmeyers@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com
**Nicholas M. Miller**  nmiller@ngelaw.com, ecfdocket@ngelaw.com, cdennis@ngelaw.com,
mmirkovic@ngelaw.com
**Bryan E. Minier**  bminier@lathropgage.com, mvargas@lathropgage.com

CHICAGO/#3399206.1

**Don J. Mizerk**  don.mizerk@huschblackwell.com
**James P. Moloy**  jmoloy@boselaw.com, mwakefield@boselaw.com
**Michael C. Moody**  mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,
morourke@orourkeandmoody.com
**James E. Morgan**  jem@h2law.com, smckinney@howardandhoward.com
**Justin Morgan**  jamorgan@gmail.com
**Peter Morrison**  peter.morrison@squirepb.com, cle_dckt@squirepb.com
**Kevin H. Morse**  kmorse@clarkhill.com
**James Naisbitt**  jnaisbitt@aol.com
**Robert K. Naumann**  robert.naumann@naumannlaw.com, rebecca.robbins@naumannlaw.com,
michelle.weslander@naumannlaw.com
**Paula E. Neff**  neff@emerson-neff.com
**Bradley P. Nelson**  brad.nelson@fisherbroyles.com
**Lauren Newman**  lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com,
aversis@thompsoncoburn.com, cvasquez@thompsoncoburn.com,
Tleslie@thompsoncoburn.com
**Ha M. Nguyen**  ha.nguyen@usdoj.gov, USTPregion11.es.ecf@usdoj.gov
**John L. Nisivaco**  john@chicagoinjurylaw.com
**Joel H. Norton**  jnorton@rsslawoffices.com, djschwab@rsslawoffices.com,
khutchinson@rsslawoffices.com
**R. Timothy Novel**  tnovel@agdglaw.com
**Peter Nozicka**  peter@trapplaw.com
**Sven T. Nylen**  snylen@beneschlaw.com, dblanton@beneschlaw.com
**John R. O'Connor**  joconnor@sfgh.com, bkdocket@sfgh.com
**Michael V. Ohlman**  mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com
**Leo Oppenheimer**  loppenheimer@rctlegal.com
**Frederick Perillo**  fp@previant.com, jb@previant.com
**Nancy A. Peterman**  petermann@gtlaw.com, chilitdock@gtlaw.com, greenbergc@gtlaw.com
**Ann E. Pille**  apille@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
**Jerome W. Pinderski**  jerome@pinderski.com
**Susan Poll Klaessy**  spollklaessy@foley.com, dnichols@foley.com
**Richard B. Polony**  rpolony@hinshawlaw.com, sedelmai@hinshawlaw.com,
courtfiling@hinshawlaw.com, cortiz@hinshawlaw.com
**James Q. Pope**  jamesp@thepopelawfirm.com, ecfigotnotices@gmail.com
**Leanne Prendergast**  leanne.prendergast@fisherbroyles.com
**Scott A. Pyle**  spyle@rubinoruman.com, amanuel@rubinoruman.com, ttoso@rubinoruman.com
**Amanda K. Quick**  amanda.quick@atg.in.gov, marie.baker@atg.in.gov
**Robert Radasevich**  rradasevich@nge.com, ewilson@nge.com, ecfdocket@ngelaw.com
**Richard W. Rappold**  rwr@rappoldlaw.com
**Phillip S. Reed**  preed@pfs-law.com, nvizzini@pfs-law.com
**David Richardson**  drichardson@neryrichardson.com
**Sheldon E. Richie**  srichie@rg-austin.com
**Leigh D. Roadman**  lroadman@clarkhill.com, lstephens@clarkhill.com
**Adam B. Rome**  arome@grglegal.com, abernath@grglegal.com
**Mark D. Roth**  markdroth@gmail.com
**Todd J. Ruchman**  amps@manleydeas.com
**Nina Ruvinsky**  nruvinsky@loeb.com, josinski@loeb.com, CHLitParalegals@loeb.com

CHICAGO/#3399206.1

**William J. Ryan**  wryan@scandagliaryan.com, dwaters@scandagliaryan.com, dmaziarka@scandagliaryan.com

**Tanya M. Salman**  tmsalman@michaelbest.com, jlbrown@michaelbest.com, courtmail@michaelbest.com

**Derek D. Samz**  dsamz@dimontelaw.com, mrussell@dimontelaw.com

**Ronald L. Sandack**  ronald@gaido-fintzen.com, esaldivar@gaido-fintzen.com

**Walter Sandoval**  wfs@hilbrich.com

**Dennis M. Sbertoli**  dsbert4978@aol.com

**Paul H. Scheuerlein**  pscheuerlein@gaido-fintzen.com, lynette@g-f.co, ecf@g-f.co

**Scott N. Schreiber**  sschreiber@clarkhill.com, blambert@clarkhill.com

**Ryan T. Schultz**  rschulz@foxswibel.com, bkdocket@fslc.com

**David J. Schwab**  djschwab@rsslawoffices.com, dcasey@rsslawoffices.com, khutchinson@rsslawoffices.com, jnorton@rsslawoffices.com

**Jeffrey M. Schwartz**  jschwartz@muchshelist.com, wballinger@muchlaw.com

**Jennifer K. Schwendener**  jennifer@jkslawoffices.com

**Howard Sher**  howard@jacobweingarten.com

**Mary A. Shipley**  ashipley@mcguirewoods.com

**Stephen Smalling**  sjs@capronlaw.com

**Kevin C. Smith**  ksmith@smithsersic.com, dgreen@smithsersic.com

**Nicole K. Spicer**  nks@johnsoni.com

**Charles S. Stahl, Jr.**  cstahl@smbtrials.com

**Peter S. Stamatis**  peter@stamatislegal.com

**Michael T. Stanley**  michael@michaelstanley.co, michaelzofo@gmail.com

**Joseph L. Steinfeld**  jsteinfeld@askllp.com, lmiskowiec@askllp.com, kcasteel@askllp.com, gunderdahl@askllp.com, rreding@askllp.com, brubis@askllp.com, bmcgrath@askllp.com, mudem@askllp.com

**Gregory K. Stern**  greg@gregstern.com, steve_horvath@ilnb.uscourts.gov

**Jeffrey Strange**  jstrangelaw@aol.com, bowl1901@aol.com

**Stephen B. Sutton**  ssutton@lathropgage.com

**Paul Swanson**  pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com, 9572849420@filings.docketbird.com

**Joseph R. Swee**  jswee@scandagliaryan.com, dwaters@scandagliaryan.com, dmaziarka@scandagliaryan.com

**Gregg Szilagyi**  gs@tailserv.com

**Robert D. Tepper**  rtepper@satclaw.com, agamble@satclaw.com, heilmanl@ballardspahr.com, RoglenL@ballardspahr.com

**William W. Thorsness**  wthorsness@vedderprice.com, ecfdocket@vedderprice.com, ewatt@vedderprice.com, 7610@ecf.pacerpro.com, william-thorsness-6297@ecf.pacerpro.com

**Jason M. Torf**  jason.torf@icemiller.com

**Jessica Tovrov**  jessica@tovrovlaw.com

**Toni Townsend**  toni.townsend@mccalla.com, northerndistrict@mccalla.com

**Daniel E. Tranen**  Daniel.tranen@wilsonelser.com, mark.ledwin@wilsonelser.com

**Mark R. Valley**  mvalley@lawmrv.com, mcaiazzo@lawmrv.com

**John D. VanDeventer**  jvandeventer@jenner.com

**Eric P. VanderPloeg**  evanderploeg@burkelaw.com

**Elizabeth B. Vandesteeg**  evandesteeg@sfgh.com, bkdocket@sfgh.com

**Rion Vaughan**  rvaughan@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com, lburrell@mcdonaldhopkins.com

**Richard W. Ward**  rwward@airmail.net
**Michael D. Warner**  mwarner@coleschotz.com, klabrada@coleschotz.com
**Brian P. Welch**  bwelch@burkelaw.com, gbalderas@burkelaw.com
**David K. Welch**  dwelch@burkelaw.com, gbalderas@burkelaw.com, bwelch@burkelaw.com, welchdr67393@notify.bestcase.com
**Erin A. West**  ewest@gklaw.com, kboucher@gklaw.com
**Amanda J. Wiese**  bankruptcy@hsbattys.com, bk4hsbm@gmail.com, hbm@ecf.courtdrive.com
**William A. Williams**  bill.williams@saul.com
**Mark E. Wilson**  mark.wilson@fisherbroyles.com
**Richard R. Winter**  richard.winter@hklaw.com, angelareese@hklaw.com
**Charles R. Woolley**  rwoolley@askounisdarcy.com, hperez@askounisdarcy.com
**Amanda S. Yarusso**  amanda.yarusso@gmail.com
**Lois J. Yu**  lyu@centralstates.org
**Daniel A. Zazove**  dzazove@perkinscoie.com, docketchi@perkinscoie.com, daniel-zazove-4464@ecf.pacerpro.com, jessica-matamoros-0866@ecf.pacerpro.com
**Brian R. Zeeck**  bzeeck@hinshawlaw.com, cynthiablack@hinshawlaw.com
**Jane F. Zimmerman**  jzimmerman@murphydesmond.com

CHICAGO/#3399206.1