UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-13886 |
| CENTRAL GROCERS, INC., et al., | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT BETWEEN THE TRUSTEE AND LAVELLE LAW, LTD.

This matter coming before the Court on the motion (the "Motion") of the chapter 7 trustee (the "Trustee") for the bankruptcy estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC (collectively, the "Select Debtors") for entry of an order pursuant to 11 U.S.C. § 105 and Rule 9019 of the Federal Rules of Bankruptcy Procedure approving the settlement entered into by the Trustee and Lavelle Law, Ltd.; the Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; it appearing that notice of the Motion is sufficient under the circumstances; and the legal and factual bases set forth in the Motion establishing just cause for the relief requested;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Settlement Agreement (as that term is defined in the Motion) entered into between the Trustee and Lavelle Law, Ltd., upon the terms and conditions set forth in the Motion, is approved.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: September 30, 2020

**Prepared by:**

J. Benjamin King (pro hac vice)
REID COLLINS & TSAI LLP
1601 Elm Street, 42nd Floor
Dallas, Texas 75201
(214) 420-8900 telephone
(214) 420-8909 facsimile
bking@rctlegal.com