UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-13886 |
| CENTRAL GROCERS, et al., | ) | (Jointly Administered) |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO APPROVE COMPROMISE

This matter coming before the Court on the Trustee's motion ("Motion") for entry of an order, pursuant to Federal Rule of Bankruptcy Procedure 9019, approving the settlement agreement entered into by the Trustee and the Defendants in the pending adversary proceeding 18-ap-00754, the Court having jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334 and having found that notice of the Motion was sufficient and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Settlement Agreement (as that term is defined in the Motion) is approved.

Enter: /s/ Janet S. Baer

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: November 18, 2020

**Prepared by:**

Leo B. Oppenheimer (admitted pro hac vice)
REID COLLINS & TSAI LLP
1601 Elm Street, Suite 4250
Dallas, TX 75201
(214) 420-8900 (T)
(214) 420-8909 (F)
loppenheimer@rctlegal.com