**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC. *et al.*,[1] | Case No. 17-13886 |
| Debtors. | Hon. Janet S. Baer |
| | **Hearing Date: July 14, 2021 at 2:00 p.m.** |

TO:     See Attached Service List

<u>**NOTICE OF MOTION**</u>

    *Please take notice* that on **July 14, 2021, at 2:00 p.m.**, or as soon thereafter as counsel may be heard, I will appear before the Honorable Janet S. Baer, United States Bankruptcy Judge, or any other judge sitting in her stead, and present the ***Motion for Entry of Order (A) Approving Settlement Agreement among Trustee, Sentry Insurance Company (f/k/a Sentry Insurance A Mutual Company), Sentry Casualty Company, and Parker Services, L.L.C. pursuant to Bankruptcy Rule 9019, (B) Authorizing Trustee to Make Certain Distributions from Proceeds Therefrom and (C) Granting Related Relief***, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password. (Meeting ID 160 731 2971 - Passcode 587656)

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

---

[1] The Select Debtors in these Chapter 7 Cases, along with the last four digits of each Select Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

VP/#51567691.2

Dated: June 23, 2021

Respectfully submitted,

Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC

By: _/s/ Michael M. Eidelman_____
    One of his attorneys

Michael M. Eidelman (#6197788)
William W. Thorsness (#6290913)
Michael D. Leifman (#6324233)
Allison B. Hudson (#6313079)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312)609-7500 telephone
(312) 609-5005 facsimile
meidelman@vedderprice.com
wthorsness@vedderprice.com
mleifman@vedderprice.com
ahudson@vedderprice.com

2

VP/#51567691.2

## CERTIFICATE OF SERVICE

Michael M. Eidelman, the undersigned attorney, hereby certifies that on June 23, 2021, he caused the foregoing notice and following *Motion for Entry of Order (A) Approving Settlement Agreement among Trustee, Sentry Insurance Company (f/k/a Sentry Insurance A Mutual Company), Sentry Casualty Company, and Parker Services, L.L.C. pursuant to Bankruptcy Rule 9019, (B) Authorizing Trustee to Make Certain Distributions from Proceeds Therefrom and (C) Granting Related Relief*, to be served (i) on all CM/ECF registrants, (ii) upon all listed on the attached 2002 Service list via U.S. Mail or electronic mail, as indicated, and (iii) upon all other parties identified below, as indicated below.

 /s/ Michael M. Eidelman

# Mailing Information for Case 17-13886

**Electronic Mail Notice List, via the Court's CM/ECF system.**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case:

- **Gregory Adamo** adamo@ccmlawyer.com, hoekstra@ccmlawyer.com
- **Howard L. Adelman** hla@ag-ltd.com, dbaird@ag-ltd.com
- **David A Agay** dagay@mcdonaldhopkins.com, mbrady@mcdonaldhopkins.com; bkfilings@mcdonaldhopkins.com
- **Angela M Allen** aallen@jenner.com, 6426942420@filings.docketbird.com, docketing@jenner.com
- **R Scott Alsterda** rsalsterda@nixonpeabody.com
- **Brock Alvarado** brock@gowithalvarez.com
- **Mark A. Amendola** mamendola@martynlawfirm.com
- **Robert M Andalman** randalman@aandglaw.com, grios@aandglaw.com; rblackburn@aandglaw.com; kopal@aandglaw.com; edavis@aandglaw.com
- **Thomas J. Angell** tangell@jbosh.com
- **Amy A Aronson** amyaronson@comcast.net, amyaronson@comcast.net
- **Ronald Barliant** ronald.barliant@goldbergkohn.com, kristina.bunker@goldbergkohn.com
- **Karl R Barnickol** kbarnickol@nge.com, ewilson@nge.com; ecfdocket@nge.com
- **Matthew P. Barrette** mattbarrette@shlawfirm.com
- **Edric S Bautista** ebautista@sanchezdh.com
- **Mark T Benedict** mark.benedict@huschblackwell.com, susan.williams@huschblackwell.com
- **Robert R Benjamin** rrbenjamin@gct.law, mperez@gct.law;myproductionss@gmail.com; rtryzbiak@gct.law;aleon@gct.law;r61390@notify.bestcase.com
- **John A Benson** jbenson@huckbouma.com
- **Brendan G Best** bgbest@varnumlaw.com, wrkyles@varnumlaw.com
- **Glenn Betancourt** courtburg1@comcast.net, r61869@notify.bestcase.com
- **Amber L Bishop** abishop@salawus.com
- **Richard A Bixter** richard.bixter@hklaw.com
- **Scott Blakeley** seb@blakeleyllp.com
- **Ira Bodenstein** iratrustee@shawfishman.com, IL29@ecfcbis.com
- **Mark V Bossi** mbossi@thompsoncoburn.com
- **Michael A Brandess** mbrandess@sfgh.com, bkdocket@sfgh.com
- **Daniel Breen** danbreen@breenlawchicago.com

- **Alexander F Brougham** abrougham@ag-ltd.com, dbaird@ag-ltd.com
- **David R Brown** dbrown@springerbrown.com, iprice@springerbrown.com
- **Abraham Brustein** abrustein@dimonteandlizak.com, jjarke@dimontelaw.com
- **Darron M Burke** dburke@bslbv.com, fsines@bslbv.com; burke.darron73763@notify.bestcase.com
- **Allie M Burnet** aburnet@bestfirm.com
- **Kurt M. Carlson** kcarlson@carlsondash.com, knoonan@carlsondash.com; bmurzanski@carlsondash.com
- **Theresa B Carney** tcarney@rfclaw.com, khutson@rfclaw.com
- **Patrick W Carothers** pcarothers@leechtishman.com, ghauswirth@leechtishman.com; bankruptcy@leechtishman.com; dtomko@leechtishman.com; challer@leechtishman.com
- **W. Kent Carter** kentcarter@grsm.com, jswick@grsm.com
- **Timothy R Casey** timothy.casey@faegredrinker.com
- **Kara E Casteel** kcasteel@askllp.com, lmiskowiec@askllp.com
- **Steven B Chaiken** schaiken@ag-ltd.com, aweir@ag-ltd.com
- **Aaron B Chapin** aaron.chapin@huschblackwell.com, litigation.docket@huschblackwell.com; HBCourtFilings-CHI@huschblackwell.com
- **Barry A Chatz** barry.chatz@saul.com, jurate.medziak@saul.com
- **Rosanne Ciambrone** rciambrone@duanemorris.com, autodocketchi@duanemorris.com; rpdarke@duanemorris.com; jjohnson3@duanemorris.com
- **Scott R Clar** sclar@cranesimon.com, mjoberhausen@cranesimon.com; asimon@cranesimon.com
- **Peter A Clark** pclark@btlaw.com
- **Matthew A Clemente** mclemente@sidley.com, efilingnotice@sidley.com; mgustafson@sidley.com; mgburke@sidley.com
- **Michael R Collins** michael.collins@collinsandcollins.com, eric.anderson@collinsandcollins.com
- **William J Connelly** wconnelly@hinshawlaw.com, ihernandez@hinshawlaw.com
- **John J Conway** johnconway@shlawfirm.com
- **Benjamin Court** benjamin.court@stinson.com, jess.rehbein@stinson.com, jayme.masek@stinson.com
- **Heather M Crockett** heather.crockett@atg.in.gov, marie.baker@atg.in.gov
- **Amy E Daleo** adaleo@cohonraizes.com
- **Darrell Daley** darrell@daleylawyers.com, samantha@daleylawyers.com
- **Charles Dargo** dargo@bettercallmylawyer.com
- **Aaron Davis** aaron.davis@bclplaw.com, CHDocketing@bclplaw.com; kathryn.farris@bclplaw.com
- **Daniel P. Dawson** ddawson@nisen.com, adrag@nisen.com
- **Steven M De Falco** sdefalco@meuerslawfirm.com, lrogers@meuerslawfirm.com, snurenberg@meuerslawfirm.com
- **Shelly A. DeRousse** sderousse@freeborn.com, bkdocketing@freeborn.com
- **John S. Delnero** jdelnero@pedersenhoupt.com, koblazny@pedersenhoupt.com
- **Tejal S. Desai** tdesai@llflegal.com, mjh@h2law.com
- **Michael K Desmond** mdesmond@fslegal.com, kokeefe@fslegal.com
- **Ryan A Deutmeyer** rdeutmeyer@austgenlaw.com
- **Bruce C. Dopke** bd@dopkelaw.com
- **Brian M. Dougherty** bmd@gsrnh.com,kam@gsrnh.com
- **David R Doyle** daviddoyle@cozen.com, david-doyle-7943@ecf.pacerpro.com
- **Kevin C. Driscoll** kevin.driscoll@btlaw.com, jriazi@btlaw.com; ddotts@btlaw.com
- **Nicholas R Dwayne** ndwayne@ag-ltd.com, dbaird@ag-ltd.com
- **Michael M. Eidelman** meidelman@vedderprice.com, ecfdocket@vedderprice.com; michael-eidelman-9405@ecf.pacerpro.com; 7610@ecf.pacerpro.com
- **Mary J Fassett** mjf@mccarronlaw.com
- **Ian Fisher** ifisher@hahnlaw.com, cmbeitel@hahnlaw.com; ridebitetto@hahnlaw.com
- **Robert M Fishman** rfishman@cozen.com, robert-fishman-9859@ecf.pacerpro.com
- **Mason N Floyd** mfloyd@clarkhill.com, lstephens@clarkhill.com
- **Joseph D Frank** jfrank@fgllp.com, jkleinman@fgllp.com; mmatlock@fgllp.com; csucic@fgllp.com; csmith@fgllp.com
- **Patricia B Fugee** patricia.fugee@fisherbroyles.com,ecf@cftechsolutions.com

- **Thomas B Fullerton** thomas.fullerton@akerman.com
- **Joshua A Gadharf** jgadharf@mcdonaldhopkins.com,mhdocket@mcdonaldhopkins.com
- **George P Galanos** geogalanos@ameritech.net, lawclerk.galanoslaw@gmail.com; geogalanos@gmail.com
- **Matthew Gartner** matthew.gartner@huschblackwell.com,legalsupportteam-10flnorth-slc@huschblackwell.com
- **Sara J Geenen** sjg@previant.com,cmw@previant.com
- **Geoffrey S. Goodman** ggoodman@foley.com, egreen@foley.com; dnichols@foley.com
- **Karen R Goodman** kgoodman@cranesimon.com, abell-powell@cranesimon.com
- **Richard Gordon** rglaw@bellsouth.net
- **Danielle J. Gould** dszukala@burkelaw.com
- **Gordon E. Gouveia** ggouveia@foxrothschild.com, orafalovsky@foxrothschild.com
- **Thomas G Grace** thomas@dispartilaw.com
- **Trinitee G. Green** tggreen@polsinelli.com, chicagodocketing@polsinelli.com
- **Joshua D. Greene** jgreene@springerbrown.com, aoloughlin@springerbrown.com
- **E. Philip Groben** pgroben@gcklegal.com, bcervantes@gcklegal.com, rrodriguez@gcklegal.com
- **Joel D Groenewold** jdgroenewold@kopkalaw.com
- **Michael J Gunderson** bankruptcy@chicago.com, lopez@gundersonfirm.com
- **Alison M Gutierrez** alison.gutierrez@kutakrock.com
- **John W Guzzardo** jguzzardo@hmblaw.com, ecfnotices@hmblaw.com
- **Mariam L Hafezi** mhafezi@kaiserlawoffice.com
- **Nathan A Hall** nate@chs.law, valerie@chs.law
- **Benjamin E Haskin** bhaskin@agdglaw.com, jgrote@agdglaw.com
- **Scott J Helfand** Scott.Helfand@huschblackwell.com, scott-helfand-5584@ecf.pacerpro.com
- **David R Herzog** drhlaw@mindspring.com, herzogschwartz@gmail.com
- **Roger J. Higgins** rhiggins@rogerhigginslaw.com
- **Caleb T Holzaepfel** caleb.holzaepfel@huschblackwell.com, LegalSupportTeam-Lookout-CHT@huschblackwell.com; caleb-holzaepfel-9767@ecf.pacerpro.com
- **Mark J Horwitz** mark@thehorwitzlawgroup.com
- **Allison Hudson** ahudson@vedderprice.com, ecfdocket@vedderprice.com
- **Timothy M Hughes** thughes@lavellelaw.com, r41234@notify.bestcase.com
- **Chad J Husnick** chusnick@kirkland.com, will.guerrieri@kirkland.com
- **Paula K. Jacobi** pjacobi@btlaw.com, jsantana@btlaw.com
- **Todd C Jacobs** tjacobs@bradleyriley.com, cclark@bradleyriley.com; docket@bradleyriley.com
- **Elizabeth L Janczak** ejanczak@freeborn.com, bkdocketing@freeborn.com
- **Michael J Jasaitis** mjasaitis@austgenlaw.com
- **Roland G Jones** pacer.rolandjones@gmail.com
- **Mark L Karno** mlkarno@sbcglobal.net
- **Brett A Kaufman** brett@kaufmanlegal.net, kaufman.brett100739@notify.bestcase.com
- **Martin S Kedziora** kedzioram@gtlaw.com, hernandezden@gtlaw.com; CHILitDock@GTLAW.com; doranb@gtlaw.com
- **Benjamin Kelly** bkelly@vrdolyak.com, cstuber@vrdolyak.com
- **Yi Sun Kim** , ksopky@gblawllp.com
- **Yi Sun Kim** ykim@gblawllp.com, ksopky@gblawllp.com
- **Randall Klein** randall.klein@goldbergkohn.com, amy.halpin@goldbergkohn.com
- **Candice L Kline** candice.kline@saul.com, maggie.gonzalez@saul.com
- **William B Kohn** kohn@wbkohnlaw.com
- **Lawrence J Kotler** ljkotler@duanemorris.com
- **Kay Standridge Kress** kay.kress@troutman.com
- **David O. Kreuter** dkreuter@kgatty.com
- **Gina B Krol** gkrol@cohenandkrol.com, gkrol@cohenandkrol.com; acartwright@cohenandkrol.com; jneiman@cohenandkrol.com
- **Robert J. Labate** robert.labate@hklaw.com

- **Joseph H Langerak** jhlangerak@jacksonkelly.com, arsatterfield@jacksonkelly.com; abigail.harrington@jacksonkelly.com
- **Richard S Lauter** Richard.Lauter@lewisbrisbois.com, lbbscaesars@gmail.com
- **Ronald F Layer** legal@layerlaw.com
- **Patrick S Layng** USTPRegion11.ES.ECF@usdoj.gov
- **Vincent E. Lazar** vlazar@jenner.com, docketing@jenner.com; thooker@jenner.com
- **Caren A Lederer** calederer@gct.law, mperez@gct.law,stasciotti@gct.law,tstephenson@gct.law,aleon@gct.law
- **Alfred S Lee** alee@lawpmh.com
- **David P Leibowitz** dleibowitz@lakelaw.com, jstorer@lakelaw.com; storerjr58596@notify.bestcase.com; ecf@lodpl.com
- **Pamela J Leichtling** pleichtling@noonanandlieberman.com, mengel@noonanandlieberman.com
- **Michael Leifman** mleifman@vedderprice.com, ecfdocket@vedderprice.com, michael-leifman-7374@ecf.pacerpro.com
- **Mark E Leipold** mleipold@gouldratner.com, gferguson@gouldratner.com; mhannon@gouldratner.com; gould-ecfs_notice@juralaw.net
- **Samantha M Lerner** slerner@winston.com, rsmith@winston.com
- **James Lessmeister** jlessmeister@lessmeisterlaw.com
- **Kyle A Lindsey** klindsey@jnlegal.net, cjohnson@jnlegal.net
- **John A Lipinsky** lipinsky@ccmlawyer.com, Haskell@ccmlawyer.com; hoekstra@ccmlawyer.com
- **Douglas J. Lipke** dlipke@vedderprice.com, ecfdocket@vedderprice.com; 7610@ecf.pacerpro.com; doug-lipke-7162@ecf.pacerpro.com
- **Jennifer G Lurken** jlurken@gislason.com
- **John R Madden** jrm@morrisroelaw.com
- **Robert B. Marcus** rmarcus@attorneymm.com, mail@attorneymm.com
- **Teresa A Massa** tam@terrellandthrall.com
- **Daniel J McGuire** dmcguire@winston.com, ECF_BANK@winston.com; dan-mcguire-2746@ecf.pacerpro.com
- **G. Alexander McTavish** amctavish@fmcolaw.com
- **Adam Meadow** ameadow@malmanlaw.com
- **Mark Melickian** mmelickian@sfgh.com, joconnor@sfgh.com; mbrandess@sfgh.com; bkdocket@sfgh.com; bkdocket@sfgh.com
- **George R Mesires** george.mesires@faegredrinker.com, darlene.walker@faegredrinker.com, faegrebddocket@faegredrinker.com
- **Todd C Meyers** tmeyers@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com
- **Bryan E. Minier** bryan.minier@lathropgpm.com, maria.vargas@lathropgpm.com; sujey.lara@lathropgpm.com
- **Don J Mizerk** don.mizerk@huschblackwell.com
- **James P Moloy** jmoloy@boselaw.com, mwakefield@boselaw.com
- **Michael C. Moody** mmoody@orourkellp.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com, mmoody@orourkeandmoody.com; dgramlich@orourkellp.com
- **James E. Morgan** jem@h2law.com, mmr@h2law.com
- **Justin Morgan** jamorgan@gmail.com
- **Peter Morrison** peter.morrison@squirepb.com, cle_dckt@squirepb.com; sarah.conley@squirepb.com; peter-r-morrison-9901@ecf.pacerpro.com
- **Kevin H Morse** kmorse@clarkhill.com
- **Zachary Mulcrone** zmulcrone@grglegal.com
- **James Naisbitt** jnaisbitt@aol.com
- **Robert K. Naumann** robert.naumann@naumannlaw.com, bankruptcy@naumannlaw.com
- **Paula E Neff** neff@emerson-neff.com
- **Bradley P Nelson** brad.nelson@fisherbroyles.com
- **Lauren Newman** lnewman@thompsoncoburn.com, chicagodocketing@thompsoncoburn.com; aversis@thompsoncoburn.com; ebarraza@thompsoncoburn.com

- **Ha M Nguyen** ha.nguyen@usdoj.gov, USTP.region11.es.ecf@usdoj.gov
- **John L Nisivaco** john@chicagoinjurylaw.com
- **Joel H Norton** jnorton@rsslawoffices.com, djschwab@rsslawoffices.com; khutchinson@rsslawoffices.com
- **R Timothy Novel** tnovel@agdglaw.com
- **Peter Nozicka** peter@trapplaw.com
- **Sven T Nylen** snylen@beneschlaw.com
- **Dana N O'Brien** dana.obrien@mccalla.com, NDistrict@mccalla.com, mccallaecf@ecf.courtdrive.com
- **John R O'Connor** joconnor@sfgh.com, bkdocket@sfgh.com
- **Patrick R O'Meara** pomeara@winston.com, patrick-omeara-2398@ecf.pacerpro.com
- **Michael V Ohlman** mvohlman@ohlmanlaw.com, admin@ohlmanlaw.com
- **Leo Oppenheimer** loppenheimer@rctlegal.com, bking@rctlegal.com; emadden@rctlegal.com; jharlin@rctlegal.com
- **Eric J Parker** eparker@stotis-baird.com
- **Frederick Perillo** fp@previant.com, jb@previant.com
- **Nancy A Peterman** petermann@gtlaw.com, chilitdock@gtlaw.com; greenbergc@gtlaw.com; stibbep@gtlaw.com
- **Ann E Pille** apille@reedsmith.com, apille@reedsmith.com; bankruptcy-2628@ecf.pacerpro.com
- **Jerome W Pinderski** jerome@pinderski.com
- **Susan Poll Klaessy** spollklaessy@foley.com, dnichols@foley.com
- **Richard B. Polony** rpolony@hinshawlaw.com, richard-polony-3452@ecf.pacerpro.com, sedelmaier@hinshawlaw.com, courtfiling@hinshawlaw.com, sandra- edelmaier-7247@ecf.pacerpro.com
- **James Q Pope** jamesp@thepopelawfirm.com, ecfigotnotices@gmail.com
- **Leanne Prendergast** leanne.prendergast@fisherbroyles.com
- **Scott A Pyle** spyle@rubinoruman.com, amanuel@rubinoruman.com; ttoso@rubinoruman.com
- **Amanda K Quick** amanda.quick@atg.in.gov, marie.baker@atg.in.gov
- **Robert Radasevich** rradasevich@nge.com, ewilson@nge.com; ecfdocket@nge.com
- **Richard W. Rappold** rwr@rappoldlaw.com
- **Phillip S. Reed** preed@pfs-law.com, nvizzini@pfs-law.com
- **David Richardson** drichardson@neryrichardson.com
- **Sheldon E Richie** srichie@rg-austin.com
- **Leigh D Roadman** lroadman@clarkhill.com, lstephens@clarkhill.com
- **Adam B. Rome** arome@grglegal.com, abernath@grglegal.com
- **Timothy Rooney** trooney@winston.com
- **Mark D. Roth** markdroth@gmail.com
- **Todd J Ruchman** amps@manleydeas.com
- **Nina  Ruvinsky** nruvinsky@loeb.com, josinski@loeb.com, chdocket@loeb.com, _CHLitParalegals@loeb.com
- **William J Ryan** wryan@scandagliaryan.com, dwaters@scandagliaryan.com; dmaziarka@scandagliaryan.com
- **Tanya M Salman** tmsalman@michaelbest.com, mkfingar@michaelbest.com; courtmail@michaelbest.com
- **Derek D Samz** dsamz@dimontelaw.com, mrussell@dimontelaw.com
- **Ronald L Sandack** ronald@gaido-fintzen.com, esaldivar@gaido-fintzen.com
- **Walter Sandoval** wfs@hilbrich.com
- **Dennis M Sbertoli** dsbert4978@aol.com
- **Paul H Scheuerlein** pscheuerlein@gaido-fintzen.com, lynette@g-f.co;ecf@g-f.co
- **Scott N. Schreiber** sschreiber@clarkhill.com, blambert@clarkhill.com
- **Ryan T Schultz** rschultz@foxswibel.com, bkdocket@fslc.com
- **David J Schwab** djschwab@rsslawoffices.com, dcasey@rsslawoffices.com; khutchinson@rsslawoffices.com; jnorton@rsslawoffices.com
- **Jeffrey M Schwartz** jschwartz@muchshelist.com, wballinger@muchlaw.com
- **Howard Sher** howard@jacobweingarten.com

- **Mary A Shipley** ashipley@mcguirewoods.com
- **Stephen Smalling** sjs@capronlaw.com
- **Kevin C Smith** ksmith@smithsersic.com, dgreen@smithsersic.com
- **Nicole K Spicer** nikki@nikkispicer.com
- **Charles S. Stahl, Jr.** cstahl@smbtrials.com
- **Peter S Stamatis** peter@stamatislegal.com
- **Michael T. Stanley** michael@michaelstanley.co, michaelzofo@gmail.com
- **Joseph L. Steinfeld** jsteinfeld@askllp.com, lmiskowiec@askllp.com; kcasteel@askllp.com; gunderdahl@askllp.com; rreding@askllp.com; brubis@askllp.com; bmcgrath@askllp.com; mudem@askllp.com; jchristian@askllp.com
- **Gregg K Stern** greg@gregstern.com, steve_horvath@ilnb.uscourts.gov
- **James E Stevens** jimstevens@bslbv.com
- **Jeffrey Strange** jstrangelaw@aol.com, bowl1901@aol.com
- **Stephen B Sutton** ssutton@lathropgage.com
- **Paul Swanson** pswanson@steinhilberswanson.com, hsaladin@steinhilberswanson.com; 9572849420@filings.docketbird.com
- **Joseph R Swee** jswee@scandagliaryan.com, dwaters@scandagliaryan.com; dmaziarka@scandagliaryan.com
- **Gregg Szilagyi** gs@tailserv.com, gszilagyi@ecf.axosfs.com; gszilagyi@epiqtrustee.com
- **Gregg Szilagyi** gs@tailserv.com
- **Robert D Tepper** rtepper@satclaw.com, agamble@satclaw.com; heilmanl@ballardspahr.com, RoglenL@ballardspahr.com
- **William W Thorsness** wthorsness@vedderprice.com, ecfdocket@vedderprice.com; ewatt@vedderprice.com; 7610@ecf.pacerpro.com; william-thorsness- 6297@ecf.pacerpro.com
- **Jason M Torf** jason.torf@icemiller.com
- **Jessica Tovrov** jessica@tovrovlaw.com
- **Toni Townsend** toni.townsend@mccalla.com, northerndistrict@mccalla.com, mccallaecf@ecf.courtdrive.com
- **Daniel E Tranen** Daniel.tranen@wilsonelser.com, mark.ledwin@wilsonelser.com
- **Mark R Valley** mvalley@lawmrv.com, mcaiazzo@lawmrv.com
- **John D. VanDeventer** jvandeventer@jenner.com
- **Eric P VanderPloeg** evanderploeg@burkelaw.com
- **Elizabeth B Vandesteeg** evandesteeg@sfgh.com, nbailey@lplegal.com; ikropiewnicka@lplegal.com; rwilliamson@lplegal.com; bdroca@lplegal.com
- **Rion Vaughan** rvaughan@mcdonaldhopkins.com
- **Richard W Ward** rwward@airmail.net
- **Michael D Warner** mwarner@pszjlaw.com, klabrada@pszjlaw.com
- **Brian P Welch** bwelch@burkelaw.com, gbalderas@burkelaw.com
- **David K Welch** dwelch@burkelaw.com, gbalderas@burkelaw.com; bwelch@burkelaw.com; welchdr67393@notify.bestcase.com
- **Erin A West** ewest@gklaw.com, kboucher@gklaw.com; elewerenz@gklaw.com
- **Amanda J Wiese** bankruptcy@hsbattys.com, bk4hsbm@gmail.com; hbm@ecf.courtdrive.com
- **William A. Williams** bill.williams@saul.com
- **Mark E Wilson** mark.wilson@fisherbroyles.com
- **Richard R Winter** richard.winter@hklaw.com, angela.reese@hklaw.com
- **Charles R Woolley** rwoolley@askounisdarcy.com, zjohannsen@askounisdarcy.com
- **Amanda S Yarusso** amanda.yarusso@gmail.com
- **Lois J Yu** lyu@centralstates.org
- **Daniel A Zazove** dzazove@perkinscoie.com, docketchi@perkinscoie.com; daniel-zazove-4464@ecf.pacerpro.com; jessica-matamoros- 0866@ecf.pacerpro.com; rleibowitz@perkinscoie.com
- **Brian R Zeeck** bzeeck@hinshawlaw.com, cynthiablack@hinshawlaw.com, brian-zeeck-9378@ecf.pacerpro.com

- **Jane F Zimmerman** jzimmerman@murphydesmond.com

**No Notice List**

The following is the list of **<u>parties</u>** who are on a related AP case and have asked not to receive notice/service for this lead BK case.

- **Erich S Buck** ebuck@ag-ltd.com, aweir@ag-ltd.com
- **John Collen** jcollen@salawus.com, jadams@salawus.com; dkreide@salawus.com
- **Frank W DiCastri** fdicastri@reinhartlaw.com, lherder@reinhartlaw.com
- **Ian H. Fisher** ifisher@hahnlaw.com, jallison@hahnlaw.com; cmbeitel@hahnlaw.com; dademarco@hahnlaw.com
- **Trevor J Illes** tilles@beneschlaw.com, walleman@beneschlaw.com; kcapuzzi@beneschlaw.com; docket@beneschlaw.com
- **Vivek Jayaram** vivek@jayaramlaw.com, brett@jayaramlaw.com
- **David C. Kelly** dkelly@prklaw.com, hcorcoran@prklaw.com
- **Scott B. Kitei** skitei@honigman.com, litdocket@honigman.com
- **David P Lloyd** courtdocs@davidlloydlaw.com
- **Eric S. Rein** rrein@hmblaw.com, ecfnotices@hmblaw.com

Exhibit A Core/2002
Service List Served as set
forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Howard B. Samuels, not individually, but as chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC | A&G Law LLC | Attn: Robert M. Andalman 542 S. Dearborn Street, 10th Floor Chicago IL 60605 | randalman@AandGlaw.com | Email |
| Counsel to UFCW Midwest Health and Pension Funds, United Food and Commercial Workers Union and Employers Midwest Pension | Adelman & Gettleman, Ltd. | Attn: Howard L. Adelman, Esquire, Alexander F. Brougham, Esquire, Nicholas R. Dwayne 53 W. Jackson Blvd. Ste. 1050 Chicago IL 60604 | hla@ag-ltd.com afb@ag-ltd.com ndwayne@ag-ltd.com dbaird@ag-ltd.com abrougham@ag-ltd.com | Email |
| Counsel to Bank of the West | Archer & Greiner, PC | Attn: Alan M. Root, Esquire 300 Delaware Ave. Suite 1100 Wilmington DE 19801 | aroot@archerlaw.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Arnstein & Lehr, LLP | Attn: Barry A. Chatz 161 N. Clark Street Suite 4200 Chicago IL 60601 | bachatz@arnstein.com | Email |
| Interested Party | ASM Capital V.I.P. | Attn: President or General Counsel 7600 Jericho Turnpike Suite 302 Woodbury NY 11797 | | First Class Mail |
| Counsel to Thelma Jarrett, Bobbie J. Monix, Biljana Shuleski | Austgen Kuiper Jasaitis P.C. | Attn: Michael J. Jasaitis, Ryan A. Deutmeyer 130 North Main Street Crown Point IN 46307 | mjasaitis@austgenlaw.com rdeutmeyer@austgenlaw.com | Email |
| Counsel to DLC Management Corp.; Brixmor Property Group, Inc.; Crossroads Improvements Owner, LLC; UP Improvements, LLC | Ballard Spahr LLP | Attn: Dustin P. Branch, Esq. 2029 Century Park East Suite 800 Los Angeles CA 90067-2909 | branchd@ballardspahr.com | Email |
| Counsel to Brixmor Property Group, Crossroads Improvements Owner LLC, UP Improvements LLC | Ballard Spahr, LLP | Attn: David L. Pollack, Esq. 51st Floor - Mellon Bank Center 1735 Market Street Philadelphia PA 19103 | pollack@ballardspahr.com | Email |
| Counsel to Brixmor Property Group, Crossroads Improvements Owner LLC, UP Improvements, LLC | Ballard Spahr, LLP | Attn: Matthew Summers, Esq. 919 Market Street 11th Floor Wilmington DE 19801 | summersm@ballardspahr.com | Email |
| Counsel to Brixmor Property Group, North Windham Properties, LLC | Ballard Spahr, LLP | Attn: Matthew Summers, Esq., Leslie Heilman, Esq., Chantelle D. McClamb, Esq. 919 Market Street 11th Floor Wilmington DE 19801 | summersm@ballardspahr.com heilmanl@ballardspahr.com mcclambc@ballardspahr.com | Email |
| Top 6 Secured Creditor | Bank of America, NA | Attn: John Schuessler, Senior V.P., Erin Frey, Senior V.P., Michael Staunton, Senior V.P. 135 S. LaSalle Street Chicago IL 60603 | erin.frey@baml.com michael.staunton@baml.com | Email |
| Top 6 Secured Creditor | Bank of the West | Attn: Dennis Boesen, Vice President 13220 California Street Omaha NE 68154 | dennis.boesen@bankofthewest.com | Email |
| Counsel to Dawn Food Producst Inc., WM. Bolthouse Farms, Inc., S-L Snacks National, LLC, S-L Distribution Company, Inc. | Barnes & Thornburg LLP | Attn: Kevin C. Driscoll, Jr., Esq. 1 North Wacker Drive Suite 4400 Chicago IL 60606 | kevin.driscoll@btlaw.com | Email |
| Counsel to General Mills Finance Inc. (General Mills Inc.) | Barnes & Thornburg, LLP | Attn: Connie Lahn, Esq. 225 South 6th Street Suite 2800 Minneapolis MN 55402 | connie.lahn@btlaw.com clahn@btlaw.com | Email |
| Counsel to General Mills, Inc., Social Mecca Inc. d/b/a Brickfish, KeHE Food Distributors, Inc., KeHE Distributors, LLC, Social Mecca Inc. d/b/a Brickfish | Barnes & Thornburg, LLP | Attn: David M. Powlen, Kevin G. Collins 1000 N. West Street Suite 1500 Wilmington DE 19801 | david.powlen@btlaw.com kevin.collins@btlaw.com | Email |
| Counsel to KeHE Food Distributors, Inc., KeHE Distributors, LLC; Social Mecca Inc. d/b/a Brickfish; Indiana Becknell Investors 2007 LLC | Barnes & Thornburg, LLP | Attn: Paula K. Jacobi One North Wacker Drive Suite 4400 Chicago IL 60606 | pjacobi@btlaw.com | Email |

Exhibit A Core/2002
Service List Served as set
forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to General Mills, Inc. | Barnes & Thornburg, LLP | Attn: Peter A. Clark, Paula K. Jacobi<br>One North Wacker Drive<br>Suite4400<br>Chicago IL 60606 | pclark@btlaw.com<br>pjacobi@btlaw.com<br>jsantana@btlaw.com | Email |
| Counsel to Topco Associates, LLC and Topco Holdings, Inc. | Bayard, PA | Attn: Scott D. Cousins, Esq., Evan T. Miller, Esq.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington DE 19801 | scousins@bayardlaw.com<br>emiller@bayardlaw.com | Email |
| Counsel The Coca-Cola Company, General Mills, Inc., Mars Financial Services, Post Consumer Brands, Hormel Foods Corporation, The Clorox Sales Company, and Greater Omaha Packing Co., Inc. | Blakeley LLP | Attn: Scott E. Blakeley, Ronald A. Clifford<br>18500 Von Karman Avenue<br>Suite 530<br>Irvine CA92612 | seb@blakeleyllp.com<br>rclifford@blakeleyllp.com | Email |
| Counsel to PNC Bank, National Association | Blank Rome, LLP | Attn: Mark I. Rabinowitz, Esq., Gregory F. Vizza, Esq., Thomas E Biron, Laurence S. Shtasel<br>One Logan Square<br>130 North 18th Street<br>Philadelphia PA 19103-6998 | Rabinowitz-mi@BlankRome.com<br>Vizza@BlankRome.com | Email |
| Counsel to PNC Bank, National Association | Blank Rome, LLP | Attn: Regina Stango Kelbon, Esq., Victoria A. Guilfoyle, Esq.<br>1201 Market Street<br>Suite 800<br>Wilmington DE 19801 | Kelbon@BlankRome.com<br>Guilfoyle@BlankRome.com | First Class Mail and Email |
| Interested Party | Boudreau & Nisivaco, LLC | Attn: John L Nisivaco<br>120 N. LaSalle Street<br>#1250<br>Chicago IL 60602 | john@chicagoinjurylaw.com | Email |
| Counsel to BP Products North America Inc. | BP America Inc. | Attn:   Tristan   Lamb<br>150 West Warrenville Road<br>Building     200<br>Naperville IL 60563 | tristan.lamb@bp.com | Email |
| Counsel to Balance Innovations, LLC | Bryan Cave, LLP | Attn:  Aaron Davis<br>161 North Clark Street<br>Suite   4300<br>Chicago IL 60601 | aaron.davis@bryancave.com<br>CHDocketing@bryancave.com<br>kat.denk@bryancave.com<br>kathryn.farris@bryancave.com | Email |
| Counsel to FT Meadowview Grocery, LLC | Bryan Cave, LLP | Attn: Eric Prezant, Justin Morgan<br>161 North Clark Street<br>Suite4300<br>Chicago IL 60601 | eric.prezant@bryancave.com<br>justin.morgan@bryancave.com | Email |
| Counsel to US Foods, Inc. | Bryan Cave, LLP | Attn: Leslie Bayles, Aaron Davis<br>161 North Clark Street<br>Suite4300<br>Chicago IL 60601 | leslie.bayles@bryancave.com<br>aaron.davis@bryancave.com | Email |
| Counsel to Kimberly-Clark Corporation, Kimberly-Clark Global Sales, LLC, and KC Global Sales, LLC | Bryan Cave, LLP | Attn: Mark I. Duedall, Leah Fiorenza-McNeill<br>One Atlantic Center - Fourteenth Floor<br>1201 W. Peachtree Street, NW<br>Atlanta GA 30309-3488 | mark.Duedall@BryanCave.com<br>leah.Fiorenza@BryanCave.com<br>trinitee.green@bryancave.com<br>CHDocketing@bryancave.com<br>carol.duracka@bryancave.com | Email |
| Counsel to Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M. Christianson, Esq.<br>55 Second Street<br>17th        Floor<br>San Francisco CA 94105-3493 | schristianson@buchalter.com | Email |
| Counsel to Noah's Ark Processors, LLC | Burke, Warren, MacKay & Serritella, PC | Attn: Eric P. VanderPloeg, Danielle J. Gould<br>330 N. Wabash Ave.<br>21st Floor<br>Chicago IL 60611 | evanderploeg@burkelaw.com<br>dgould@burkelaw.com<br>bwelch@burkelaw.com<br>gbalderas@burkelaw.com | Email |
| Interested Party | Capron & Avgerinos | Attn: Stephen J. Smalling<br>55 W. MONROE STREET<br>SUITE    900<br>CHICAGO IL 60603 | sjs@capronlaw.com | Email |
| Counsel to Dean Dairy Holdings, LLC d/b/a Dean Illinois Dairies, LLC and Suiza Dairy Group, LLC d/b/a Schenkel's All-Star Dairy, LLC | Carlson Dash, LLC | Attn: Kurt M. Carlson<br>216 S. Jefferson Street<br>Suite    504<br>Chicago IL 60661 | kcarlson@carlsondash.com | Email |

Exhibit A Core/2002
Service List Served as set
forth below

•

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Central States, Southeast and Southwest Areas Health and Welfare Fund | Central States Law Department | Attn:  Lois J.  Yu<br>9377 W. Higgins Road<br>10th  Floor<br>Rosemont IL 60018 | lyu@centralstatesfunds.org | Email |
| Interested Party | Cera LLP | Attn: President or General Counsel<br>595 Market Street<br>Suite      2300<br>San Francisco CA 94105 | | First Class Mail |
| CGI Joliet, LLC et al. Notice Only | CGI Joliet, LLC et al. Notice Only | Attn: Gregg Szilagyi<br>209 S. LaSalle Street<br>Suite   950<br>Chicago IL 60604 | gs@tailserv.com | Email |
| Counsel to Tony Ingraffia, et al. | Clark Hill PLC | Attn: Scott N. Schreiber, Leigh D. Roadman, Mason N. Floyd<br>130 East Randolph Street<br>Suite      3900<br>Chicago IL 60601-6317 | sschreiber@clarkhill.com<br>lroadman@clarkhill.com<br>mfloyd@clarkhill.com | Email |
| Counsel for Affy Tapple LLC and Best Chicago Meat Company LLC | Cohen & Krol | Attn: Gina  B.  Krol<br>105 W. Madison Street<br>Suite   1100<br>Chicago IL 60602 | gkrol@cohenandkrol.com | Email |
| Interested Party | Cole Schotz, P.C | Attn:   Jill   B.   Bienstoek<br>Court Plaza North 15 Main Street<br>Hackensack NJ 07601 | | First Class Mail |
| Counsel to Kellogg Sales Company | Cole Schotz, PC | Attn: Jill B. Bienstock, Esq.<br>25 Main Street<br>Hackensack NJ 07601 | jbienstock@coleschotz.com | Email |
| Counsel to Kellogg Sales Company | Cole Schotz, PC | Attn: Michael D. Warner, Esq.<br>301 Commerce St.<br>Suite      1700<br>Fort Worth TX 76102 | mwarner@coleschotz.com<br>klabrada@coleschotz.com | Email |
| Counsel to Kellogg Sales Company | Cole Schotz, PC | Attn: Nicholas J. Brannick<br>500 Delaware Avenue<br>Suite   1410<br>Wilmington DE 19801 | nbrannick@coleschotz.com | First Class Mail and  Email |
| Counsel to Cigna Health and Life Insurance Company, Cigna Benefits Technology Solutions, Inc. and Life Insurance Company of North America | Connolly Gallagher, LLP | Attn: Jeffrey C. Wisler<br>1000 West Street<br>Suite 1400<br>Wilmington DE 19801 | jwisler@connollygallagher.com | Email |
| Counsel to Teamsters Local Union No. 703 Employee Benefit Funds; The Chicago Area I.B. of T. Pension Fund and The Local 703, I.B Of T. Pension Fund Local Union No. 703 Employee Benefit Funds; The United Food and Commercial Workers International Union-Industry Pension Fund | Crane, Heyman, Simon, Welch & Clar | Attn: Scott R. Clar, Esquire<br>135 S. LaSalle<br>#3705<br>Chicago IL 60603 | sclar@craneheyman.com<br>mjoberhausen@craneheyman.com<br>asimon@craneheyman.com | Email |
| Interested Party | CRG Financial LLC | Attn: President or General Counsel<br>100 Union Avenue<br>Suite 240<br>Cresskill NJ 07628 | | First Class Mail |
| Counsel to the State of Indiana on relation of the Indiana Department of Workforce  Development | Curtis T. Hill, Jr., Attorney General of Indiana | Attn: Heather M. Crockett, Amanda K. Quick<br>302  West  Washington   Street<br>Indiana Govt. Center South, 5th Floor<br>Indianapolis IN 46204-2770 | Heather.Crockett@atg.in.gov<br>Amanda.Quick@atg.in.gov | Email |
| Delaware Attorney General | Delaware Attorney General | Attn:  Bankruptcy Dept.<br>Carvel State Office Building<br>820 N French Street, 6th Floor<br>Wilmington DE 19801 | attorney.general@state.de.us | Email |
| Delaware Division of Revenue | Delaware Division of Revenue | Attn: Zillah Frampton<br>820 N. French St.<br>Wilmington DE 19801 | FASNotify@state.de.us | Email |
| Delaware Secretary of State | Delaware Secretary of State | Corporations Franchise Tax<br>PO Box 898<br>Dover  DE 19903 | dosdoc_Ftax@state.de.us | Email |

Exhibit A Core/2002
Service List Served as set
forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Delaware State Treasury | Delaware State Treasury | Attn: Bankruptcy Dept.<br>820 Silver Lake Boulevard<br>Suite 100<br>Dover DE 19904 | statetreasurer@state.de.us | Email |
| Counsel to Jewel Food Stores, Inc. | Dorsey & Whitney (Delaware), LLP | Attn: Eric Lopez Schnabel, Robert W. Mallard, Alessandra Glorioso<br>300 Delaware Avenue<br>Suite 1010<br>Wilmington DE 19801 | schnabel.eric@dorsey.com<br>mallard.robert@dorsey.com<br>glorioso.alessandra@dorsey.com | Email |
| Interested Party | Duane Morris LLP | Attn: LAWRENCE J. KOTLER<br>30 South 17th Street<br>Philadelphia PA 19103-4196 | ljkotler@duanemorris.com | Email |
| Environmental Protection Agency for Region 5 | Environmental Protection Agency | Attn: Robert Kaplan<br>USA EPA Region 5<br>77 W. Jackson Blvd.<br>Chicago IL 60604 | | First Class Mail |
| Federal Trade Commission | Federal Trade Commission | Attn: President or General Counsel<br>600 Pennsylvania Avenue, NW<br>Washington DC 20580 | | First Class Mail |
| Counsel to UFCW Midwest Health and Pension Funds | Ferry Joseph, PA | Attn: Rick S, Miller, Esquire<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington DE 19899 | rmiller@ferryjoseph.com | Email |
| Counsel to Teamsters Local Union No. 703 Employee Benefit Funds | Ferry Joseph, PA | Attn: Theodore J. Tacconelli, Esquire<br>824 Market Street, Suite 1000<br>P.O. Box 1351<br>Wilmington DE 19899 | | First Class Mail |
| Top 6 Secured Creditor | First Midwest Bank | Attn: Michael Trunck, Senior V.P., Morgan Lyons, Head of Capital Markets<br>520 N. Cass Ave.<br>Westmont IL 60559 | mike.trunck@firstmidwest.com<br>morgan.lyons@firstmidwest.com | Email |
| Counsel to Alvina Enterprises, LLC d/b/a Royal Fresh Market, Grand Food Center, Happy Foods Inc., Kisler Bros. Inc. d/b/a Hi-Lo Grocery, Potash Bros. Inc. d/b/a Potash Markets, Mike's Meat Market d/b/a Casey's Foods, Grays Foods Inc., E&A Grocery, Oakridge Supermarket, Angelo's Fresh Market, Felker Pharmacy, Inc. d/b/a Felker Foods, Marks My Store, Frank's Fresh Market, Chatham Fook Market, Freshline Foods, Seneca Food Mart and RicoFresh, Inc. | FisherBroyles, LLP | Attn: Mark E. Wilson<br>203 North LaSalle<br>Suite  2100<br>Chicago IL 60601 | mark.wilson@fisherbroyles.com | Email |
| Counsel to Alvina Enterprises, LLC d/b/a Royal Fresh Market, Grand Food Center, Happy Foods Inc., Kisler Bros. Inc. d/b/a Hi-Lo Grocery, Potash Bros. Inc. d/b/a Potash Markets, Mike's Meat Market d/b/a Casey's Foods, Grays Foods Inc., E&A Grocery, Oakridge Supermarket, Angelo's Fresh Market, Felker Pharmacy, Inc. d/b/a Felker Foods, Marks My Store, Frank's Fresh Market, Chatham Fook Market, Freshline Foods, Seneca Food Mart and RicoFresh, Inc. | FisherBroyles, LLP | Attn: Patricia B. Fugee<br>27100 Oakmead Drive<br>Suite  306<br>Perrysburg OH 43551 | patricia.fugee@fisherbroyles.com<br>ecf@cftechsolutions.com | Email |
| Counsel to Dean Dairy Holdings, LLC d/b/a Dean Illinois Dairies, LLC, Suiza Dairy Group, LLC d/b/a Schenkel's All-Star Dairy, LLC and Midwest Ice Cream Company, LLC | Fishman Jackson Ronquillo, PLLC | Attn: Mark H. Ralston, Esq.<br>700 Three Galleria Tower<br>13155 Noel Road, L.B. 13<br>Dallas TX 75240 | mralston@fjrpllc.com | Email |
| Counsel to Sentry Insurance a Mutual Company and Snetry Casualty Company | Foley & Lardner LLP | Attn: Susan Poll Klaessy<br>321 North Clark Street<br>Suite   2800<br>Chicago IL 60654 | spollklaessy@foley.com | Email |
| Interested Party | Fox Rothschild LLP | Attn: Ira Bodenstein and Robert Fishman<br>321 N. Clark Street<br>Suite 800<br>Chicago IL 60654 | | First Class Mail |
| Counsel to Bottling Group, LLC, Pepsi Beverages Company, Frito-Lay North America, Inc., Quaker Sales & Distribution, Inc. | FrankGecker | Attn: Joseph D. Frank, Jeremy C. Kleinman<br>325 North LaSalle Street<br>Suite 625<br>Chicago IL 60654 | jfrank@fgllp.com<br>jkleinman@fgllp.com<br>ccarpenter@fgllp.com<br>jkleinman@fgllp.com<br>mmatlock@fgllp.com | Email |
| Counsel to Howard B. Samuels, not individually, but solely as Chapter 7 trustee for the bankruptcy estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC | Freeborn & Peters LLP | Attn: Elizabeth L. Janczak<br>311 S. Wacker Dr.<br>Ste. 3000<br>Chicago IL 60606 | ejanczak@freeborn.com<br>deggert@freeborn.com<br>bkdocketing@freeborn.com | Email |

Exhibit A Core/2002
Service List Served as set
forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Daisy Brand, LLC | Gardere Waynne Sewell, LLP | Attn: Thomas C. Scannell<br>2021 McKinney Avenue<br>Suite      1600<br>Dallas TX 75201 | tscannell@gardere.com | First Class Mail and  Email |
| Counsel to Kellogg Sales Company | Gensburg Calandriello & Kanter, P.C. | Attn: E. Philip Groben<br>200 W. Adams St.<br>Ste. 2425<br>Chicago IL 60606 | pgroben@gcklegal.com<br>bcervantes@gcklegal.com<br>rrodriguez@gcklegal.com | Email |
| Counsel to Grassland Dairy Products, Inc. | Gill & Gill, SC | Attn: Patrick P. Gill, Esq.<br>501 South Nicolet Road<br>Appleton WI 54914 | pgill@gillandgillsc.com | Email |
| Counsel to Crystal Valley Farms, LLC d/b/a Miller Poultry and Joyce Luciano | Golan Christie Taglia, LLP | Attn: Caren A. Lederer, Esq., Robert R. Benjamin, Esq.<br>70 W. Madison Street<br>Suite 1500<br>Chicago IL 60602 | calederer@gct.law<br>rrbenjamin@gct.law<br>mperez@gct.law<br>myproductionss@gmail.com<br>tstephenson@gct.law<br>aleon@gct.law<br>r61390@notify.bestcase.com<br>stasciotti@gct.law<br>amanda.yarusso@gmail.com | Email |
| Interested Party | Goldberg Kohn | Attn: Randall L. Klein<br>55 East Monroe Street<br>Suite      3300<br>Chicago IL 60603-5792 | randall.klein@goldbergkohn.com<br>amy.halpin@goldbergkohn.com | Email |
| Counsel to PNC Bank, National Association | Goldberg Kohn Ltd. | Attn: Ronald Barliant, Randall L. Klein<br>55 East Monroe Street<br>Suite 3300<br>Chicago IL 60603 | ronald.barliant@goldbergkohn.com<br>randall.klein@goldbergkohn.com<br>kristina.bunker@goldbergkohn.com<br>amy.halpin@goldbergkohn.com | Email |
| Counsel to Affy Tapple, L.L.C. | Gould & Ratner LLP | Attn: Mark E. Leipold<br>222 N. LaSalle St.<br>St. 800<br>Chicago IL 60601 | gferguson@gouldratner.com<br>mleipold@gouldratner.com<br>lgray@gouldratner.com<br>mhannon@gouldratner.com<br>gould- ecfs_notice@juralaw.net | Email |
| Counsel to The Forest Park Plaza, LLC | Greenberg Traurig, LLP | Attn:      Dennis      A.      Meloro<br>The      Nemours      Building<br>1007 North Orange Street, Suite 1200<br>Wilmington DE 19801 | melorod@gtlaw.com | Email |
| Counsel to Forest Park Plaza, LLC | Greenberg Traurig, LLP | Attn: Nancy A. Peterman<br>77 West Wacker Drive<br>Suite      3100<br>Chicago IL 60601 | petermann@gtlaw.com<br>chiltdock@gtlaw.com<br>greenbergc@gtlaw.com | Email |
| Counsel to The Forest Park Plaza, LLC | Greenberg Traurig, LLP | Attn: Nancy A. Peterman, Ryan A. Wagner<br>MetLife Building<br>200 Park Avenue<br>New York NY 10166 | petermanN@gtlaw.com<br>wagnerR@gtlaw.com | Email |
| Counsel to Jim Dremonas | Greiman, Rome & Griesmeyer, LLC | Attn: Adam B. Rome<br>2 N. LaSalle St.<br>Ste. 1601<br>Chicago IL 60602 | arome@grglegal.com | Email |
| Counsel to Chobani, LLC | Harris Beach, PLLC | Attn: Kelly C. Griffith, Esq.<br>333 West Washington Street<br>Suite      200<br>Syracuse NY 13202 | kgriffith@harrisbeach.com<br>bkemail@harrisbeach.com | Email |
| Counsel to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | Heavner, Beyers & Mihlar, LLC | Attn: Amanda J. Wiese<br>111 East Main Street<br>Decatur IL 62523 | bankruptcy@hsbattys.com<br>bk4hsbm@gmail.com | Email |
| Counsel to Ronald  Chaffin | Hilbrich Cunningham Dobosz Vinovich & Sandoval, LLP | Attn: Walter F. Sandoval<br>2637 45th Street<br>Highland IN 46322 | wfs@hilbrich.com | Email |
| Counsel to Korellis Roofing, Inc. | Hinshaw & Culbertson LLP | Attn: Brian R. Zeeck<br>151 N Franklin ST.<br>Ste. 2500<br>Chicago IL 60606 | bzeeck@hinshawlaw.com | Email |

Exhibit A Core/2002
Service List Served as set
forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Cigna Health and Life Insurance Company, Cigna Benefits Technology Solutions, Inc. and Life Insurance Company of North America | Hinshaw & Culbertson, LLP | Attn: William J. Connelly, Brian R. Zeeck<br>222 North LaSalle Street<br>Suite 300<br>Chicago IL 60601 | wconnelly@hinshawlaw.com<br>rzeeck@hinshawlaw.com<br>ihernandez@hinshawlaw.com<br>bzeeck@hinshawlaw.com<br>cynthiablack@hinshawlaw.com | Email |
| Counsel to John Cortesi | Holland & Knight LLP | Attn: Richard R. Winter<br>131 S. Dearborn St.<br>Chicago IL 60626 | richard.winter@hklaw.com | Email |
| Counsel to Welch Foods, Inc. | Holland & Knight, LLP | Attn: Lynne B. Xerras, Esq.<br>10 St. James Ave.<br>11th  Floor<br>Boston MA 02116 | lynne.xerras@hklaw.com | Email |
| Counsel to the Coca-Cola Company, Mars Financial Services, Post Consumer Brands, The Clorox Sales Company, Hormel Foods Corporation, Greater Omaha Packing Co. | Horwood Marcus & Berk Chartered | Attn: Jason M. Torf<br>500 W. Madison St.<br>Suite  3700<br>Chicago IL 60661 | jtorf@hmblaw.com<br>ecfnotices@hmblaw.com | Email |
| Van Til's Super Market, Inc., Van Til's Super Market, Inc. d/b/a Almira's Bakery, Van Til's Real Estate, LLC, Griffland Center, Inc., and Tilland Partnership | Huck Bouma, PC | Attn: John A. Benson, Jr.<br>1755 South Naperville Road<br>Suite     200<br>Wheaton IL 60189 | jbenson@huckbouma.com | Email |
| Counsel to Associated Wholesale Grocers, Inc. | Husch Blackwell LLP | Attn: Scott J. Helfand<br>120 South Riverside Plaza<br>Suite     2200<br>Chicago IL 60606 | scott.helfand@huschblackwell.com | Email |
| Counsel to Riviana Foods,  Inc. | Husch Blackwell, LLP | Attn: Aaron B. Chapin<br>120 S. Riverside Plaza<br>Suite    2200<br>Chicago IL 60606 | aaron.chapin@huschblackwell.com<br>litigation.docket@huschblackwell.com<br>LegalSupportTeam-Lit-TM-CHI@huschblackwell.com | Email |
| Counsel to Valu Merchandisers Company, Tyson Foods, Inc., Tyson Fresh Meats, Inc., The Hillshire Brands Company, and Associated Wholesale Grocers, Inc. | Husch Blackwell, LLP | Attn: Mark T. Benedict; Michael D. Fielding<br>4801 Main Street<br>Suite    1000<br>Kansas City MO 64112 | mark.benedict@huschblackwell.com<br>michael.fielding@huschblackwell.com<br>susan.williams@huschblackwell.com<br>matthew.gartner@huschblackwell.com<br>legalsupportteam-10flnorth-slc@huschblackwell.com | Email |
| Counsel to Valu Merchandisers Company | Husch Blackwell, LLP | Attn: Matthew J. Gartner<br>190 Carondelet Plaza<br>Suite        600<br>St. Louis MO 63105-1500 | | First Class Mail |
| Counsel to Tyson Foods, Inc., Tyson Fresh Meats, Inc., and The Hillshire Brands Company | Husch Blackwell, LLP | Attn: Michael D. Fielding<br>4801  Main  Street<br>Suite      1000<br>Kansas City MO 64112 | michael.fielding@huschblackwell.com | Email |
| Illinios Department of Revenue | Illinios Department of Revenue | James R. Thompson Center - Concourse Level<br>100    West    Randolph    Street<br>Chicago IL 60601-3274 | | First Class Mail |
| Illinois Attorney General's Office | Illinois Attorney General's Office | Attn: Bankruptcy Department<br>100 West Randolph Street<br>Chicago IL 60601 | webmaster@atg.state.il.us | First Class Mail and Email |
| Independent Employees Union | Independent Employees Union | Attn: Cindy Rongers<br>1201 Hickey Street<br>Hobart IN 46342 | | First Class Mail |
| Indiana Attorney General's Office | Indiana Attorney General's Office | Attn:  Heather M. Crockett<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis IN 46204-2770 | heather.crockett@atg.in.gov<br>carrie.gale@atg.in.gov | First Class Mail and  Email |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>2970    Market    Street<br>Mail Stop 5 Q30 133<br>Philadelphia PA 19104-5016 | | First Class Mail |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | | First Class Mail |

Exhibit A Core/2002
Service List Served as set
forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | International Brotherhood of Teamsters Union Local No. 703/738 | Attn: Anthony Carioscia<br>1333 Butterfield Road<br>Suite      110<br>Downers Grover IL 60515 | | First Class Mail |
| Interested Party | International Brotherhood of Teamsters Union Local No. 710 | Attn: Bernie Sherlock<br>9000 W. 18th Street<br>Mokena IL 60448 | | First Class Mail |
| Interested Party | International Union, Security, Police, Fire Professionals of America | Attn: Chad Wolf<br>25510 Kelly Road<br>Roseville MI 48066 | | First Class Mail |
| Counsel to United Food & Commercial Workers International Union Local 1546 | Jacobs, Burns, Orlove & Hernandez | Attn: Thomas J. Angell, Esquire<br>150 North Michigan Avenue<br>Suite 1000<br>Chicago IL 60601 | tangell@jbosh.com | Email |
| Counsel to House of Raeford Farms, Inc. | Jordan Price Wall Gray Jones & Carlton, PLLC | Attn: H. Weldon Jones, III<br>1951  Clark  Avenue<br>Post Office Box 10669<br>Raleigh NC 27605-0669 | wjones@jordanprice.com | Email |
| Counsel to TNG GP f/k/a The News Group L.P. | K&L Gates, LLP | Attn: Steven L. Caponi, Esq.<br>600 N. King Street<br>Suite  901<br>Wilmington DE 19801 | steven.caponi@klgates.com<br>sven.nylen@klgates.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton, LLP | Attn: Todd C. Meyers, Esq.<br>1100 Peachtree Street NE<br>Suite      2800<br>Atlanta GA 30309-4528 | tmeyers@kilpatricktownsend.com | Email |
| Counsel to the Official Committee of Unsecured Creditors | Kilpatrick Townsend & Stockton, LLP | Attn: Todd C. Meyers, Esq., David M. Posner, Esq., Gianfranco Finizio, Esq.<br>The Grace Building<br>1114 Avenue of the Americas<br>New York NY 10036-7703 | tmeyers@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com<br>dposner@kilpatricktownsend.com | Email |
| Interested Party | Kilpatrick Townsend & Stockton, LLP | Attn: Jonathan E. Polonsky<br>1114 Avenue of Americas<br>21st        Floor<br>New York NY 10036 | | First Class Mail |
| Interested Party | Kopka Pinkus Dolin | Attn: JOEL D. GROENEWOLD<br>200 West Adams Street<br>Suite      1200<br>Chicago IL 60606 | jdgroenewold@kopkalaw.com | Email |
| Counsel to Supervalu Inc. | Landis Rath & Cobb, LLP | Attn: Richard S. Cobb, Esq., Kerri K. Mumford, Esq., Kimberly A. Brown, Esq., Matthew R. Pierce, Esq.<br>919 Market Street<br>Suite 1800<br>Wilmington DE 19801 | Cobb@lrclaw.com<br>Mumford@lrclaw.com<br>Brown@lrclaw.com<br>Pierce@lrclaw.com | Email |
| Interested Party | Lavelle Law, Ltd. | Attn: Timothy M. Hughes<br>1933 N Meacham Rd<br>Suite      600<br>Schaumburg IL 60173 | thughes@lavellelaw.com<br>r41234@notify.bestcase.com | Email |
| Interested Party | Law Office of Eric Alan Mitnick | Attn:      Eric      Mitnick<br>21515 Hawthorne Boulevard 1080<br>Torrance CA 90503 | | First Class Mail |
| Interested Party | Law Office of Ronald Layer | Attn: Ronald Layer<br>3235 45th Street<br>Highland IN 46322 | legal@layerlaw.com | Email |
| Counsel to United Food & Commercial Workers International Union Local 1546, United Food & Commercial Workers International Union-Industry Pension Fund, Local Unions No. 703, 710 and 142 of the International Brotherhood of Teamsters | Law Office of Susan E. Kaufman,  LLC | Attn: Susan E. Kaufman, Esquire<br>919  North  Market  Street<br>Suite 460<br>Wilmington DE 19801 | skaufman@skaufmanlaw.com | Email |
| Counsel to Strube & Vegetable Co, Jem D. International, Dietz & Kolodenko Co., Bill's Produce Inc., Everyday Fresh Produce, Inc., Stella Farms, LLC | Law Office of William B. Kohn | Attn: William B. Kohn<br>29 E. Madison Street<br>Ste. 1000<br>Chicago IL 60602 | kohn@wbkohnlaw.com | Email |
| Counsel to Colleen Hamrick | Law Offices of Charles P. Dargo, P.C. | Attn: Charles P. Dargo<br>Island Grove Building<br>9151 N. 1200 W.<br>Demotte IN 46310 | dargo@bettercallmylawyer.com | Email |

Exhibit A Core/2002
Service List Served as set
forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Teamster Union Local No. 142 | Law Offices of Dowd, Bloch, Bennett, Cervone, Auerbach & Yokich | Attn: Robert Cervone, Esq. 8 South Michigan Avenue 19th Floor Chicago IL 60603 | contact@LaborAdvocates.com | Email |
| Counsel to Rio Valley Market #1, Rio Valley Market #2 | Law Offices of Peter S. Stamatis, PC | Attn: Peter S. Stamatis 1 East Wacker Drive Suite 2350 Chicago IL 60601 | peter@stamatislegal.com firm@stamatislegal.com | Email |
| Counsel to Pamela Burns | Lessmeister & Associates | Attn: James J. Lessmeister 105 W. Adams Ste. 2020 Chicago IL 60603 | jlessmeister@lessmeisterlaw.com | Email |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John P. Dillman Post Office Box 3064 Houston TX 77253-3064 | houston_bankruptcy@lgbs.com | Email |
| Counsel to Weiss Entities, LLC | Loeb & Loeb, LLP | Attn: P. Gregory Schwed, Esq. 345 Park Avenue New York NY 10154 | gschwed@loeb.com | Email |
| Counsel The Coca-Cola Company, General Mills, Inc., Mars Financial Services, Post Consumer Brands, Hormel Foods Corporation, The Clorox Sales Company, and Greater Omaha Packing Co., Inc. | Loizides, PA | Attn: Christopher D. Loizides 1225 King Street Suite 800 Wilmington DE 19801 | loizides@loizides.com | Email |
| Interested Party | Maksimovich & Associates, P.C. | Attn: Robert Marcus 8643 Ogden Ave Lyons IL 60534 | rmarcus@attorneymm.com mail@attorneymm.com | Email |
| Counsel to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | Manley Deas Kochalski LLC | Attn: Todd J. Ruchman, Keith Levy, Sarah E. Barngrover, Adam B. Hall, Edward H. Cahill, Umair M. Malik P.O. Box 165028 Columbus OH 43216-5028 | tjruchman@manleydeas.com amps@manleydeas.com | Email |
| Interested Party | Marshall P. Whalley Associates, P.C. | Attn: Marshall Whalley 51 W 112th Avenue Crown Point IL 46307 | | First Class Mail |
| Counsel to C.H. Robinson Worldwide, Inc., Norpac Foods, Inc., Speich Farms, Inc., Crosset Company, LLC and Lamb Weston Sales, Inc. | Martyn and Associates | Attn: Mark A. Amendola, Esq. 820 W. Superior Avenue Tenth Floor Cleveland OH 44113 | mamendola@martynlawfirm.com | Email |
| Counsel to Wells Fargo Bank, N.A | McCalla Raymer Leibert Pierce, LLC | Attn: Dana O'Brien 1 N. Dearborn Suite 1200 Chicago IL 60602 | dana.obrien@mccalla.com | Email |
| Counsel to Dietz & Kolodenko Co., General Produce Distributors, Inc., Jack Tuchten Wholesale Produce Inc., Jem D International, Panama Banana Dist. Company, Ruby Robinson Co. Inc., Strube Celery & Vegetable Co., West Coast Vegetable Co., Worldwide Farms, Inc., Bill's Produce, Inc., Everyday Fresh Produce, Inc., Stella Farms, LLC | McCarron & Diess | Attn: Mary Jean Fassett, Esq. 4530 Wisconsin Avenue, N. W. Suite 301 Washington DC 20016 | mjf@mccarronlaw.com | Email |
| Counsel to Topco Associates, LLC and Topco Holdings, Inc. | McDermott Will & Emery, LLP | Attn: Nathan F. Coco, Esq. 1000 Louisiana Street Suite 3900 Houston TX 77002-5005 | ncoco@mwe.com | Email |
| Local Counsel | McDonald Hopkins, LLC | Attn: David A. Agay, Rion Vaughan, Joshua Gadharf 300 N. LaSalle Street Suite 1400 Chicago IL 60654 | dagay@mcdonaldhopkins.com rvaughan@mcdonaldhopkins.com jgadharf@mcdonaldhopkins.com mbrady@mcdonaldhopkins.com bkfilings@mcdonaldhopkins.com mhdocket@mcdonaldhopkins.com lburrell@mcdonaldhopkins.com | Email |
| Chapter 7 trustee | Metrou & Associates PC | Attn: Peter N Metrou 123 W Washington St Suite 216 Oswego IL 60543 | trustee7@metandnem.com | Email |
| Counsel to Bushman Potato Sales, Inc., Fresh Express, Inc., Giorgio Fresh Co., Hugh H. Branch, Inc., Produce Plus, Inc., North Bay Produce, Inc., Chiquita Fresh North America, LLC, Grimmway Farms, Vision Import Group, LLC and Sage Fruit Co. | Meuers Law Firm, PL | Attn: Steven E. Nurenberg; Steven M. De Falco, Esq 5395 Park Central Court Naples FL 34109 | snurenberg@meuerslawfirm.com sdefalco@meuerslawfirm.com lrogers@meuerslawfirm.com | Email |

Exhibit A Core/2002
Service List Served as set
forth below

•

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Lakeside Foods, Inc. | Michael Best & Friedrich LLP | Attn: Tanya M. Salman<br>444 West Lake Street<br>Suite    3200<br>Chicago IL 60606 | ceisaac@michaelbest.com<br>tmsalman@michaelbest.com | Email |
| Counsel to Lakeside Foods, Inc. | Michael Best & Friedrich LLP | Attn:    Tanya    M.    Salman<br>One South Pinckney Street, Suite 700<br>P.O.   Box   1806<br>Madison WI 53701-1806 | tmsalman@michaelbest.com | Email |
| Counsel to Mexicorp, LLC | Mounce, Green, Myers, Safi, Paxson &<br>Galatzan, PC | Attn: Clyde A. Pine, Jr.<br>P.   O.   Box   1977<br>El Paso TX 79950-1977 | pine@mgmsg.com | Email |
| Interested Party | Much Shelist, P.C. | Attn: Jeffrey M. Schwartz<br>191 North Wacker Drive<br>Suite     1800<br>Chicago IL 60606 | jschwartz@muchshelist.com<br>nsulak@muchshelist.com | Email |
| National Association of Attorneys General | National Association of Attorneys General | Attn: Karen Cordry<br>1850 M St., NW<br>12th Floor<br>Washington DC 20036 | kcordry@naag.org | Email |
| Counsel to Timothy Kubis | Neal Gerber & Eisenberg | Attn: Robert Radasevich, Nicholas M. Miller, Karl R. Barnickol<br>2 N. LaSalle St.<br>Suite 1700<br>Chicago IL 60602 | rradasevich@nge.com<br>kbarnickol@nge.com | Email |
| Interested Party | NISEN & ELLIOTT, LLC | Attn: DANIEL P DAWSON<br>200 West Adams Street<br>Suite     2500<br>Chicago IL 60606 | ddawson@nisen.com<br>adrag@nisen.com | Email |
| Counsel to J.B. Sullivan, Inc., dba Sullivan's  Foods | O'Rourke & Moody, LLP | Attn: Michael C. Moody, Esq.<br>55  West  Wacker  Drive<br>Suite 1400<br>Chicago IL 60601 | mmoody@orourkeandmoody.com<br>firm@orourkeandmoody.com<br>morourke@orourkeandmoody.com | Email |
| Office of the Illinois Secretary of State | Office of the Illinois Secretary of State | Attn: Jesse White<br>213 State Capitol<br>Springfield IL 62756 | | First Class Mail |
| Office of the Indiana Secretary of State | Office of the Indiana Secretary of State | Attn: Connie Lawson<br>200 W. Washington St.<br>Room  201<br>Indianapolis IN 46204 | | First Class Mail |
| United States Trustee District of Illinois | Office of the United States Trustee | Attn: Kathryn M. Gleason, Ha Nguyen<br>219 South Dearborn Street<br>Room 873<br>Chicago IL 60604 | ha.nguyen@usdoj.gov<br>kathryn.m.gleason@usdoj.gov | First Class Mail and  Email |
| Counsel to John  Sullivan | O'Rourke & Moody, LLP | Attn: Michael C. Moody<br>55 W. Wacker Drive<br>Suite     1400<br>Chicago IL 60601 | mmoody@orourkeandmoody.com | Email |
| Counsel to GVH Distribution Midwest, LLC | Patzik, Frank & Samotny, Ltd. | Attn: Phillip S. Reed<br>150 S. Wacker Drive<br>Suite  1500<br>Chicago IL 60606 | preed@pfs-law.com<br>nvizzini@pfs-law.com | Email |
| Counsel to Del Monte Foods, Inc. | Pepper Hamilton, LLP | Attn: Deborah Kovasky-Apap<br>4000   Town   Center<br>Suite     1800<br>Southfield MI 48075 | kovskyd@pepperlaw.com | Email |
| Counsel to Del Monte Foods, Inc. | Pepper Hamilton, LLP | Attn: Todd A. Feinsmith<br>High   Street   Tower<br>125 High Street, 19th Floor<br>Boston MA 02110-2736 | feinsmitht@pepperlaw.com | Email |
| Counsel to Nestle USA, Inc. | Pepper Hamilton, LLP | Attn: Kay Standridge Kress<br>4000 Town  Center<br>Suite     1800<br>Southfield MI 48075-1505 | kressk@pepperlaw.com | Email |

Exhibit A Core/2002
Service List Served as set
forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Ridge Haven Avenue Partners, LLC | Perkins Coie, LLP | Attn: Daniel A. Zazove<br>131 S. Dearborn Street<br>Suite    1700<br>Chicago IL 60603 | dzazove@perkinscoie.com<br>docketchi@perkinscoie.com<br>daniel- zazove-4464@ecf.pacerpro.com<br>jessica-matamoros-<br>0866@ecf.pacerpro.com | Email |
| Counsel to Weiss Entities, LLC | Potter Anderson & Corroon, LLP | Attn: Jeremy W. Ryan, R. Stephen McNeill<br>1313 North Market Street, Sixth Floor<br>P.O. Box  951<br>Wilmington DE 19899-0951 | jryan@potteranderson.com<br>rmcneill@potteranderson.com | Email |
| Counsel to Synchrony Bank | PRA Receivables Management, LLC | Attn: Valerie Smith<br>P.O Box 41021<br>Norfolk VA 23541 | claims@recoverycorp.com | Email |
| Claims Agent | Prime Clerk, LLC | Attn: Jessica Berman<br>830  3rd  Avenue<br>9th       Floor<br>New York NY 10022 | centralgrocersteam@PrimeClerk.com<br>serviceqa@primeclerk.com | Email |
| The Trustee | Rally Capital Services LLC | Attn: Howard B. Samuels<br>350 North LaSalle Street<br>Suite    1100<br>Chicago IL 60654 | howard@rallyllc.com | First Class Mail and  Email |
| Counsel to HYG Financial Services, Inc. f/k/a NMHG Financial Services, Inc. | Reed Smith | Attn: Emily K. Devan, Esquire<br>1201 N. Market  Street<br>Suite       1500<br>Wilmington DE 19801 | edevan@reedsmith.com | Email |
| Counsel to HYG Financial Services, Inc. f/k/a NMHG Financial Services, Inc. | Reed Smith | Attn: Richard J. Tannenbaum, Esquire<br>599        Lexington       Avenue<br>New York NY 10022-7650 | rtannenbaum@reedsmith.com | Email |
| Counsel to Wells Fargo Equipment Finance, Inc. and HYG Financial Services, Inc. f/k/a NMHG Financial Services, Inc. | Reed Smith, LLP | Attn: Ann E. Pille<br>10 S. Wacker Drive<br>40th Floor<br>Chicago IL 60606 | apille@reedsmith.com<br>ann.pille@dlapiper.com<br>bankruptcy- 2628@ecf.pacerpro.com | Email |
| Interested Party | Reid Collins & Tsai LLP | Attn: Benjamin J. King, Eric D Madden, Leo B. Oppenheimer<br>1601 Elm Street<br>Suite 4250<br>Dallas TX 75201 | | First Class Mail |
| Interested Party | Richards, Layton & Finger, P.A. | Attn: Mark D. Collins<br>One Rodney Square<br>920 North King Street<br>Wilmington DE 19801 | | First Class Mail |
| Interested Party | Richie & Gueringer, P.C. | Attn: Sheldon E. Richie<br>100 Congress Avenue<br>Austin TX 78701 | | First Class Mail |
| Counsel to Power Play Distributors, LLC | Rock Fusco & Connelly, LLC | Attn: Theresa B. Carney<br>321 N. Clark Street<br>Suite    2200<br>Chicago IL 60654 | tcarney@rfclaw.com | Email |
| Interested Party | RSM US LLP | Attn: President or General Counsel<br>One South Wacker Drive<br>Suite 800<br>Chicago IL 60606 | | First Class Mail |
| Counsel to Lidia Banda, Jessie Rattray, Alexander and Shelia Camplan, Linda Walker, Maryann Odishoo, and Robert Terek | Rubino Ruman Crosmer & Polen, LLC | Attn: Scott A. Pyle<br>275 Joliet Street<br>Suite    330<br>Dyer IN 46311 | spyle@rubinoruman.com | Email |
| Counsel to David Oppenheimer & Company I, LLC, The Pictsweet Company, R & C Berndt, Inc. d/b/a Sierra Produce, and Tom Lange Company, Inc. | Rynn & Janowsky, LLP | Attn: Patricia J. Rynn, R. Jason Read, June Monroe<br>4100 Newport Place Drive<br>Suite       700<br>Newport Beach CA 92660 | pat@rjlaw.com<br>jason@rjlaw.com<br>june@rjlaw.com<br>abby@rjlaw.com | Email |

Exhibit A Core/2002
Service List Served as set
forth below

- 

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Official Committee of Unsecured Creditors | Saul Ewing, LLP | Attn:  Mark  Minuti,  Esq. 1201 North Market Street, Suite 2300 P.O. Box 1266 Wilmington DE 19899 | mminuti@saul.com lmurley@saul.com barry.chatz@saul.com jurate.medziak@saul.com sagreen@kilpatricktownsend.com mwilliams@kilpatricktownsend.com kevin.morse@saul.com bill.williams@saul.com | Email |
| Interested Party | Schenk Annes Tepper Campbell Ltd. | Attn: ROBERT D. TEPPER 311 S. Wacker Dr Ste. 2500 Chicago IL 60606-6674 | rtepper@sabt.com | Email |
| Counsel to North Windham Properties, LLC; Brixmor Property Group, Inc.; Crossroads Improvements Owner, LLC; UP Improvements, LLC | Schenk Annes Tepper Campbell, Ltd. | Attn: Robert D. Tepper, Esquire 311  South  Wacker  Drive Suite 2500 Chicago IL 60606 | rtepper@satcltd.com tslack@ag-ltd.com tsobieraj@satcltd.com | Email |
| Counsel to Jewel Food Stores, Inc. | Schulte Roth & Zabel, LLP | Attn: David M. Hillman, Parker J. Milender 919 Third Avenue New York NY 10022 | david.hillman@srz.com parker.milender@srz.com | Email |
| Securities and Exchange Commission - Headquarters | Securities & Exchange Commission | Secretary of the Treasury 100 F. Street, NE Washington DC 20549 | secbankruptcy@sec.gov SECBankruptcy-OGC-ADO@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - NY Office | Attn: Bankruptcy Dept. Brookfield       Place 200 Vesey Street, Suite 400 New York NY 10281-1022 | bankruptcynoticeschr@sec.gov NYROBankruptcy@SEC.GOV | Email |
| Securities and Exchange Commission - Regional Office | Securities & Exchange Commission - Philadelphia Office | Attn:  Bankruptcy  Dept. One    Penn    Center 1617 JFK Boulvard, Suite 520 Philadelphia PA 19103 | secbankruptcy@sec.gov | Email |
| Counsel to Gregg Szilagyi, not individually but in his capacity as chapter 7 trustee for the bankruptcy estates of CGI Joliet LLC, Currency Express, Inc., Raceway Central, LLC, Raceway Central Calumet Park LLC, Raceway Central Chicago Heights LLC, Raceway Central Downers Grove LLC, Raceway Central Joliet North LLC, Raceway Central LLC North Valpo, and Raceway Central Wheaton LLC | Shaw Fishman Glantz & Towbin  LLC | Attn: David R. Doyle, Robert M. Fishman, Ira Bodenstein 321 North Clark Street Suite 800 Chicago IL 60654 | ddoyle@shawfishman.com rfishman@shawfishman.com ibodenstein@shawfishman.com cowens@shawfishman.com ggouveia@shawfishman.com kjanecki@shawfishman.com | Email |
| Counsel to United Food & Commercial Workers International Union-Industry Pension Fund, Counsel to United Food and Commercial Workers Unions and Employers Midwest Pension Fund. | Slevin & Hart, PC | Attn: Jeffrey S. Endick, Esquire, Christopher M. Leins, Esquire 1625 Massachusetts Avenue, NW Suite  450 Washington DC 20036 | jendick@slevinhart.com cleins@slevinhart.com | Email |
| Counsel to Danielle Ducret a/k/a Danielle Price | Smith Sersic | Attn: Kevin C. Smith 9301 Calumet Ave Suite    1F Munster IN 46321 | ksmith@smithsersic.com | Email |
| Counsel to Kathleen Cornett | Smith Sersic, LLC | Attn: Kevin C. Smith, Steven J. Sersic 9301 Calumet Ave. Suite  1F Munster IN 46321 |  | First Class Mail |
| Counsel to Edward Olczyk | Stahl Cowen Crowley Addis LLC | Attn: Bruce Dopke 55 W. Monroe Street Suite 1200  Chicago IL 60603 | bdopke@stahlcowen.com | Email |
| Counsel to Conopco, Inc. d/b/a Unilever | Stark & Stark, PC | Attn: Joseph H. Lemkin, Esq., Thomas S. Onder, Esq. P.O. Box 5315 Princeton NJ 08543 | jlemkin@stark-stark.com tonder@stark-stark.com | Email |
| Counsel to David Oppenheimer & Company I, LLC, The Pictsweet Company, R & C Berndt, Inc. d/b/a Sierra Produce, and Tom Lange Company, Inc. | Stevens & Lee, PC | Attn: Joseph H. Huston Jr. 919 North Market Street Suite    1300 Wilmington DE 19801 | jhh@stevenslee.com | Email |
| Counsel to United Sugars Corporation | Stinson Leonard Street LLP | Attn: Benjamin J. Court 150 South Fifth Street Suite 2300 Minneapolis MN 55402 | benjamin.court@stinson.com | Email |

Exhibit A Core/2002
Service List Served as set
forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Del Monte Foods, Inc. | Sugar Felsenthal Grais & Helsinger LLP | Attn: Mark S. Melickian, Michael A. Brandess<br>30 N. LaSalle St.<br>Suite 3000<br>Chicago IL 60602 | mmelickian@sfgh.com<br>mbrandess@sfgh.com<br>joconnor@sfgh.com<br>mbrandess@sfgh.com<br>bkdocket@sfgh.com | Email |
| Counsel to Dietz & Kolodenko Co., General Produce Distributors, Inc., Jack Tuchten Wholesale Produce Inc., Jem D International, Panama Banana Dist. Company, Ruby Robinson Co. Inc., Strube Celery & Vegetable Co., West Coast Vegetable Co., Worldwide Farms, Inc., Anthony Marano Company Counsel to Bushman Potato Sales, Inc., Fresh Express, Inc., Giorgio Fresh Co., Hugh H. Branch, Inc., Produce Plus, Inc., North Bay Produce, Inc., Chiquita Fresh North America, LLC, Grimmway Farms, Vision Import Group, LLC and Sage Fruit Co. | Sullivan Hazeltine Allinson, LLC | Attn: Elihu E. Allinson III, Esq.<br>901 North Market Street<br>Suite      1300<br>Wilmington DE 19801 | zallinson@sha-llc.com | Email |
| Counsel to The Olds Products Co. of  Illinois | Sullivan Hincks & Conway | Attn: John J. Conway<br>120 West 22nd Street<br>Suite      100<br>Oak Brook IL 60523 | johnconway@shlawfirm.com | Email |
| Counsel to Andrew Raab | Taft Stettinius & Hollister LLP | Attn: Karen R. Goodman<br>111 East Wacker Drive<br>Suite      2800<br>Chicago IL 60601 | kgoodman@taftlaw.com | Email |
| Counsel to Teamsters Union No. 142 Pension Fund | Teresa A. Massa, Attorney | Attn: Teresa A. Massa<br>115B W. Lincolnway<br>Suite      2<br>Valparaiso IN 46385 | tam@tmassalaw.com | Email |
| Counsel to Attorney for Creditors Irene & David Kelsey | The Law Office of George P Galanos | Attn: George P. Galanos<br>1301 North Main Street<br>Crown Point IN 46307 |  | First Class Mail |
| Counsel to Robbin M. Maynard | The Law Offices of Steven J. Malman & Associates, P.C. | Attn: Adam Meadow<br>205 West Randolph St.<br>Suite      610<br>Chicago IL 60606 | ameadow@malmanlaw.com | Email |
| Top 6 Secured Creditor | The Northern Trust Company | Attn: Olga Georgiev, Manager Special Assets, Robert Veltman, Senior Consultant Risk<br>181 W. Madison<br>Chicago IL 60603 | og4@ntrs.com<br>RV20@ntrs.com | Email |
| Counsel to Local Unions No. 703, 710 and 142 of the International Brotherhood of Teamsters | The Previant Law Firm, S.C. | Attn: Frederick Perillo, Esquire, Sara J. Geenen, Esquire<br>310 W Wisconsin Ave.<br>Suite 100MW<br>Milwaukee WI 53203 | fp@previant.com<br>sjg@previant.com<br>cyp@previant.com<br>jb@previant.com | Email |
| Counsel to Administrative Agent Under the Prepetition Term Loan Facility; Bank of the West | Thompson Coburn, LLP | Attn: Diona Rogers, Esq., Lauren Newman, Victor A. Des Laurier<br>55 E. Monroe St.<br>37th Floor<br>Chicago IL 60603 | drogers@thompsoncoburn.com<br>lnewman@thompsoncoburn.com<br>jstolarz@thompsoncoburn.com<br>aversis@thompsoncoburn.com<br>bray@thompsoncoburn.com | First Class Mail and  Email |
| Counsel to Administrative Agent Under the Prepetition Term Loan Facility; Bank of the West | Thompson Coburn, LLP | Attn: Mark V. Bossi, Esq.<br>One  US Bank  Plaza<br>St. Louis MO 63101 | mbossi@thompsoncoburn.com | First Class Mail and  Email |
| Counsel to Timothy Bankston and Lorna Bankston | Trapp & Geller, PC | Attn: Peter C. Nozicka<br>205 West Wacker Dr.<br>Ste. 900<br>Chicago IL 60606 | peter@trapplaw.com | Email |
| Top 6 Secured Creditor | U.S. Bank, National Association | Attn: Christopher Zumberge, Senior V.P., Pawel Ligas, Portfolio Manager, Steven Heim, Assistant General Counsel<br>3800 East LaPalma Avenue<br>2nd  Floor<br>Anaheim CA 92807 | christopher.zumberge@usbank.com<br>pawel.ligas@usbank.com<br>steven.heim@usbank.com | Email |
| US Department of Justice | U.S. Department of Justice | Attn:      Andrew      Finch<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 |  | First Class Mail |
| United Food and Commercial Workers Union International, Local 1546 | United Food and Commercial Workers Union International, Local 1546 | Attn: Kenneth R. Boyd and Bob O'Toole<br>1649 West Adams Street<br>2nd Floor<br>Chicago IL 60612 |  | First Class Mail |

Exhibit A Core/2002
Service List Served as set
forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| United Food and Commercial Workers Union International, Local 700 | United Food and Commercial Workers Union International, Local 700 | Attn:  Scott  Barnett<br>3950 Priority Way S. Drive<br>Suite    100<br>Indianapolis IN 46240 | | First Class Mail |
| United Food and Commercial Workers Union International, Local 881 | United Food and Commercial Workers Union International, Local 881 | Attn: Ronald E. Powell and Steven Powell<br>10400 W. Higgins Road<br>Suite 500<br>Rosemont IL 60018 | | First Class Mail |
| United States Attorney General | United States Attorney General | Attn:    Jeff    Sessions<br>950 Pennsylvania Avenue, NW<br>Washington DC 20530-0001 | | First Class Mail |
| US Attorney for the Northern District of Illinois | United States Attorney's Office | Northern District of Illinois, Eastern Division<br>219  S.  Dearborn  St.,  5th  Floor<br>Chicago IL 60604 | | First Class Mail |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights<br>1007 Orange Street, Suite 700<br>PO Box 2046<br>Wilmington DE 19899-2046 | usade.ecfbankruptcy@usdoj.gov<br>USTPRegion11.ES.ECF@usdoj.gov | Email |
| Counsel to S. Abraham & Sons, Inc. | Varnum, LLP | Attn: Brendan G. Best<br>160 W. Fort St.<br>Fifth Floor<br>Detroit MI 48226 | bgbest@varnumlaw.com<br>wrkyles@varnumlaw.com | Email |
| Counsel to Select Trustee, Counsel to Howard B. Samuels, not individually, but as chapter 7 trustee for the estate of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC | Vedder Price P.C. | Attn: Michael M. Eidelman, William W. Thorsness, Allison B. Hudson<br>222 North LaSalle Street<br>Suite 2600<br>Chicago IL 60601 | meidelman@vedderprice.com<br>wthorsness@vedderprice.com<br>dlipke@vedderprice.com<br>ahudson@vedderprice.com<br>ecfdocket@vedderprice.com<br>7610@ecf.pacerpro.com doug-lipke-7162@ecf.pacerpro.com | Email |
| Counsel to Severn Peanut Company d/b/a Hampton Farms | Ward and Smith, PA | Attn: J. Michael Fields, Esq.<br>PO Box 8088<br>Greenville NC 27835-8088 | jmf@wardandsmith.com | Email |
| Counsel to Debtor | Weil, Gotshal & Manges, LLP | Attn: Stephen Karotkin, Sunny Singh, Danielle D Donovan, Salvatore A. Romanello, Ray Schrock<br>767 Fifth Avenue<br>New York NY 10153 | stephen.karotkin@weil.com<br>sunny.singh@weil.com | Email |
| Interested Party | Weil, Gotshal & Manges, LLP | Attn: Amanda Pennington Prugh<br>200    Crescent    Court<br>Dallas TX 75201-6950 | | First Class Mail |
| Counsel to Valu Merchandisers Company, Tyson Foods, Inc., Tyson Fresh Meats, Inc., and The Hillshire Brands Company | Werb & Sullivan | Attn: Duane D. Werb, Matthew P. Austria<br>300 Delaware Avenue<br>Suite 1300<br>Wilmington DE 19801 | dwerb@werbsullivan.com<br>maustria@werbsullivan.com | Email |
| Counsel to Tyson Foods, Inc., Tyson Fresh Meats, Inc., and The Hillshire Brands Company | Werb & Sullivan | Attn: Matthew P. Austria<br>300 Delaware Avenue<br>Suite    1300<br>Wilmington DE 19801 | maustria@werbsullivan.com | Email |
| Counsel to The J.M. Smucker Company and Smucker Retail Foods Inc. | Whiteford, Taylor & Preston, LLP | Attn:    Stephen    B.    Gerald<br>The Renaissance Centre, 405 North King Street<br>Suite 500<br>Wilmington DE 19801 | sgerald@wtplaw.com | Email |
| Van Til's Super Market, Inc., Van Til's Super Market, Inc. d/b/a Almira's Bakery, Van Til's Real Estate, LLC, Griffland Center, Inc., and Tilland Partnership | Womble Carlyle Sandridge & Rice, LLP | Attn: Ericka F. Johnson, Morgan L. Patterson<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington DE 19801 | erjohnson@wcsr.com<br>mpatterson@wcsr.com | Email |
| Counsel to Ice Cream Specialties | Wright Lindsey & Jennings, LLP | Attn: Charles T. Coleman<br>200 West Capitol Avenue<br>Suite    2300<br>Little Rock AR 72201-3699 | ccoleman@wlj.com | Email |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| CENTRAL GROCERS, INC., *et al.*,[1] | Case No. 17-13886 |
| Debtors. | Hon. Janet Baer |
| | **Hearing Date: July 14, 2021 at 2:00 p.m.** |

**MOTION FOR ENTRY OF ORDER (A) APPROVING SETTLEMENT AGREEMENT AMONG TRUSTEE, SENTRY INSURANCE COMPANY (F/K/A SENTRY INSURANCE A MUTUAL COMPANY), SENTRY CASUALTY COMPANY, AND PARKER SERVICES, L.L.C. PURSUANT TO BANKRUPTCY RULE 9019, (B) AUTHORIZING TRUSTEE TO MAKE CERTAIN DISTRIBUTIONS FROM PROCEEDS THEREFROM AND (C) GRANTING RELATED RELIEF**

Howard B. Samuels, solely as chapter 7 trustee (the "Trustee") for the bankruptcy estates of Central Grocers, Inc. ("CGI"), Strack and Van Til Super Market, Inc. ("Strack") and SVT, LLC (collectively, with CGI and Strack, the "Select Debtors"), pursuant to 11 U.S.C. § 105 and Rule 9019 of the Federal Rules of Bankruptcy Procedure, hereby moves the Court (the "Motion") for entry of an order (a) approving the Settlement Agreement entered into by and among the Trustee, Sentry Insurance Company (f/k/a Sentry Insurance A Mutual Company) and Sentry Casual Company (collectively, "Sentry") and Parker Services, L.L.C. ("Parker Services," together with Sentry, the "Carrier Parties"), relating to certain of CGI's insurance policies (the "Settlement Agreement"), (b) authorizing the Trustee to make certain distributions from proceeds therefrom and (c) granting related relief.  In support of this Motion, the Trustee states as follows:

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are Central Grocers, Inc. (3170), Strack and Van Til Super Market, Inc. (2184), and SVT, LLC (1185).

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter under 28 U.S.C. §§ 157(a) and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

### General Background

2.      On May 2, 2017 (the "Commencement Date"), certain creditors of CGI commenced an involuntary case against it under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Court").   On May 4, 2017, each of the Select Debtors and certain affiliated entities (collectively, with the Select Debtors, the "Debtors") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Delaware Court").

3.      On June 13, 2017, this Court directed that the Debtors' bankruptcy cases pending in the Delaware Court be transferred to this Court and that those cases be consolidated with CGI's pending case (the "Bankruptcy Cases").

4.      On November 30, 2017, the Court entered an *Order Converting Case under Chapter 11 to Case under Chapter 7 Effective December 4, 2017, at 3:00 p.m. (Central Time)* [Dkt. No. 1085], converting the Bankruptcy Cases from chapter 11 to chapter 7 of the Bankruptcy Code, effective December 4, 2017.

5.      On December 4, 2017, the United States Trustee for Region 11 (the "U.S. Trustee") appointed Peter N. Metrou as the interim chapter 7 trustee for the Debtors' estates.

6.      On January 11, 2018, in accordance with section 341 of the Bankruptcy Code, the U.S. Trustee convened a meeting of creditors in the Bankruptcy Cases, and Howard B. Samuels

2

was elected as the trustee for the Select Estates.  On January 12, 2018, the Trustee accepted his

selection as the trustee for the Select Estates.  (Dkt. Nos. 1168 and 1186.)

**CGI's Insurance Policies**

7.    Both prior to and subsequent to the Commencement Date, the Select Debtors

maintained various insurance policies for their operations, including, without limitation, workers'

compensation, general liability and automobile/motor policies.

8.    From the policy year beginning August 1, 2010, through the year ending July 31,

2017, CGI entered into insurance agreements with Sentry (collectively, the "Sentry Agreements"),

pursuant to which Sentry issued workers' compensation (the "Workers' Compensation Policies"),

general liability (the "General Liability Policies"), and automobile/motor liability insurance

policies (the "Auto Policies," and collectively with the Workers' Compensation Policies and

General Liability Policies, the "Sentry Policies") for the Select Debtors.

9.    Parker Services is a wholly-owned subsidiary of Sentry and provided claims

handling services for Sentry in connection with the Sentry Policies.

10.    CGI and Sentry entered into an insurance agreement effective as of August 1, 2016

(the "2017 Sentry Agreement"), pursuant to which Sentry issued workers' compensation, general

liability, and automobile/motor insurance policies to CGI for the policy year from August 1, 2016

through July 31, 2017 (the "2017 Policies").  CGI paid approximately $8 million in aggregate

premium payments for these three lines of coverage under the 2017 Policies.  The 2017 Sentry

Agreement also required CGI to post $3,600,000 of 2017 Collateral (the "2017 Collateral")

consisting of (i) a letter of credit totaling $2,400,000, (ii) additional cash collateral (totaling

$1,100,000), and (iii) deposits into a loss fund (totaling $100,000).

3

11.    The General Liability Policies contained a self-insured retention component. Under the 2017 Policies, the Select Debtors were responsible for paying a $500,000 per claim deductible with a $1,000,000 aggregate deductible for each respective policy period.[2]  Once the deductible was met for a particular policy period, Sentry was then responsible for paying any general liability claim in excess of such amount up to the applicable policy limit set forth in the Sentry Agreements.  Thus, pursuant to the Sentry Agreements, if the Select Debtors have not met the self-insured retention amount for a particular policy year, the Select Debtors must pay liability claims from their own funds until the self-insured retention amount was met.

12.    On May 4, 2017, the Debtors filed a *Motion of Debtors for Authorization to (I) Continue to Maintain Their Insurance Policies and (II) Honor All Insurance Obligations* (the "Insurance Motion") in the Delaware Court seeking, *inter alia*, authority to pay prepetition obligations related to the Debtors' insurance policies, including the 2017 Policies, and to honor obligations under the Debtors' insurance programs.

13.    On May 5, 2017, the Delaware Court entered an order granting the Insurance Motion (the "Insurance Order").

14.    Sentry continued administering the Sentry Policies after the Commencement Date.

15.    CGI ultimately paid over $62 million in premium and loss fund payments to Sentry for the Workers' Compensation Policies, in addition to other amounts for the other lines of coverage.  As of the date hereof, Sentry continues to hold approximately $8,200,000 in collateral (inclusive of some or all of the 2017 Collateral) to administer the Workers' Compensation Policies (collectively, the "Remaining Collateral").

---

[2] The aggregate deductible was $1,000,000 for policy years 2010-2015, and $2,750,000 for policy year 2016.

VP/#50021586.10

16.     On October 12, 2017, Sentry filed a secured proof of claim against CGI (the "Proof of Claim") alleging that it is owed $3,921,245 from CGI, of which $3,600,000 was secured by the 2017 Collateral.

**The Trustee's Investigation Relating to the Sentry Policies**

17.     The Trustee, with the assistance of his retained professionals, has been investigating all aspects of the Select Debtors' pre-petition and post-petition insurance policies, including the Sentry Policies.

18.     On or about February 26, 2019, the Trustee issued a subpoena to Sentry pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Subpoena") requesting that Sentry produce documents relating to the Sentry Policies, and Sentry's administration of claims made under such policies, among other items.  In response to the Subpoena, Sentry produced documents to the Trustee and granted the Trustee and his professionals access to Sentry Insight, Sentry's claims handling platform.

19.     In the course of his investigation, the Trustee determined CGI exhausted the self-insured retention obligations for policy years beginning on August 1, 2010, 2011, 2012 and 2013 (the "Exhausted Policy Years"), but not for policy years beginning on August 1, 2014, 2015 and 2016 (the "Non-Exhausted Policy Years").  Consequently, on June 10, 2019, the Trustee filed his *Motion to Vacate Certain Orders Granting Relief from Automatic Stay to Proceed Against Available Insurance Proceeds and for Related Relief* [Dkt. No. 2941] to reinstate the automatic stay with respect to certain general liability claims made under the Non-Exhausted Policy Years (the "Rule 60 Motion").[3]  The Trustee also continued to investigate the source of funds used by

---

[3] The filing of the Rule 60 Motion was a critical first step in clarifying (and minimizing) the liability of the Select Debtors' estates respecting prepetition claimants asserting claims against "insurance proceeds."  As set forth in the Rule 60 Motion, since the Commencement Date, numerous claimants (most of whom were asserting personal injury claims based upon the alleged negligence of the Select Debtors) sought relief from the automatic stay to proceed with

Sentry to settle and pay claims under the General Liability Policies prior to, and after the Commencement Date.

20.    After the Commencement Date, Sentry paid losses and allocated loss adjustment expenses on (i) the General Liability Policies totaling approximately $10,191,315 and (ii) the Auto Policies totaling approximately $961,047.

21.    In addition to the Trustee's review of the General Liability Policies and Auto Policies, the Trustee and his professionals reviewed the Workers' Compensation Policies insured through Sentry, Sentry's need for, and use of, the 2017 Collateral in connection with these policies and the amount of Remaining Collateral held by Sentry needed to administer the policies on a go-forward basis.

22.    Further, the Trustee evaluated Sentry's performance under the Sentry Agreements, whether Sentry breached any of the terms and conditions thereof and whether the Select Debtors had any other claims against Sentry.  Among other things, the Trustee investigated (i) claims for turnover of property belonging to the Select Debtors' estates (comprising a significant portion of the Remaining Collateral), (ii) whether any of the Carrier Parties held claims against the estates of the Select Debtors, (iii) Sentry's receipt of premiums and use of other funds paid in connection therewith, and (iv) whether Sentry breached the Sentry Agreements, Sentry Policies, the Insurance Order or related orders of the Court and, if so, whether such breaches gave rise to claims against any of the Carrier Parties (collectively, the "Sentry Claims").

---

claims against the Select Debtors solely to the extent of available "insurance proceeds" under the applicable insurance policies maintained by the Select Debtors (the "Lift Stay Claimants"). Each of the Lift Stay Claimants' represented they were seeking relief to pursue claims against the Select Debtors solely against "insurance proceeds" under the Policies, and not against any assets of the Select Debtors; however, with respect to injuries suffered in Non-Exhausted Policy Years, Sentry was paying claims and associated fees/expenses from Remaining Collateral held by Sentry (i.e., property of the Select Debtors' estates).  In order to preserve assets of the Select Debtors' estates, and to avoid Lift Stay Claimants asserting contingent, general unsecured claims for Non-Exhausted Policy Years from "jumping ahead" of secured, administrative and other priority claimants of the Select Debtors' estates, the Trustee sought entry of an Order vacating any prior Orders modifying the automatic stay for such years.

**The Parker Adversary Proceeding**

23.     On August 13, 2018, the Trustee filed a *Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502*, initiating the adversary proceeding styled *Samuels v. Parker Services, L.L.C.*, Adv. No. 18-00594 (the "Parker Adversary Proceeding").

24.     Pursuant to Sections 547, 548 and 550 of the Bankruptcy Code, the Trustee sought to avoid and recover transfers in the amount of $626,653.47 made by CGI to Parker Services in the 90 days prior to the Commencement Date.  The Trustee also sought to disallow, pursuant to 11 U.S.C. § 502(d) and (j), any claim that Parker Services has against the Select Debtors unless and until the full amount of the transfers is paid to the Trustee.   Parker Services denied any liability to the Select Debtors' estates, and asserted complete defenses to the claims asserted in the Parker Adversary Proceeding.

**The Parties' Settlement Discussions and Mediation**

25.     Since August 2019, the Trustee and the Carrier Parties engaged in discussions to resolve all claims the Select Debtors may have, or may assert against the Carrier Parties, including the Sentry Claims and the Parker Adversary Proceeding.   Additionally, the parties exchanged several settlement offers.

26.     On November 9, 2020, the Parties mediated their disputes before the Hon. Richard J. Sankovitz (Ret.) in a further attempt to settle the Select Debtors' claims against the Carrier Parties.

27.     Although the mediation did not result in a settlement among the parties, the Carrier Parties and the Trustee continued their settlement efforts, including Sentry responding to informal discovery requests propounded by the Trustee.  As a result of these ongoing efforts, the parties

VP/#50021586.10

agreed to settle the Sentry Claims and the Parker Adversary Proceeding upon the terms set forth

herein and in the Settlement Agreement attached hereto as **Exhibit A**.[4]

28.     Specifically, the Carrier Parties agreed, *inter alia,* to:

• Refund to the Trustee an amount not to exceed $7,800,000, comprised of the following payments:

(a) An Initial Refund Payment (as defined in the Settlement Agreement) in the amount of $5,400,000 shall be paid to the Trustee on the Settlement Agreement's "Effective Date," which Initial Refund Payment is comprised of (i) a refund of unused premiums paid by CGI in connection with the Auto Policies ($181,104), plus (ii) a refund of unused cash previously paid by CGI into the loss fund for the General Liability Policies ($57,600) plus (iii) the refund of certain Remaining Collateral held by Sentry in connection with the Workers' Compensation Policies. ($5,161,296).

(b) The Final Refund Payment (as defined in the Agreement), consisting of an additional refund of certain Remaining Collateral held by Sentry in connection with the Workers' Compensation Policies, in an amount not to exceed $2,400,000, shall be paid to the Trustee on or before June 30, 2022. The Settlement Agreement sets forth the terms and conditions relating to the Carrier Parties' calculation of the Final Refund Payment, as well as the Trustee's right to challenge the Carrier Parties' calculations.

• Withdraw the Proof of Claim and any other proofs of claim filed against the Select Debtors;

• Conduct periodic claims reviews of open claims under the Sentry Policies, as requested by the Trustee, and provide the results of such reviews to the Trustee's "Designated Representative";

• Be solely responsible for paying claims under (i) the General Liability Policies for the Exhausted Policy Years and (ii) the Auto Policies;

• After the Trustee's receipt of the Final Refund Payment, be solely responsible for paying any existing or newly filed claims and expenses arising under Workers' Compensation Policies for the remainder of the life of such Policies. Importantly, neither the Trustee nor the Select Debtors' estates will have any further obligations thereunder; and

---

[4] The summary description of the salient terms of the Settlement Agreement in this Motion is for convenience only and is not intended to amend or modify the terms set forth therein. To the extent the terms set forth in the Settlement Agreement conflict with the summary contained herein, the Settlement Agreement shall control.

VP/#50021586.10

- Release the Trustee and the Select Debtors from all claims, causes of action, suits, debts, etc. relating to this matter, other than as specifically provided for in the Settlement Agreement.

29.     In exchange for the foregoing, the Trustee agreed, *inter alia*, to

- Release the Carrier Parties from all claims the Select Debtors may have against the Carrier Parties relating to the Sentry Policies, the Sentry Agreements, the Select Debtors' relationships and transactions with the Carrier Parties, the 2017 Collateral, the Proof of Claim, the Sentry Claims or the claims alleged in the Parker Adversary Proceeding,

- Dismiss the Parker Adversary Proceeding, and

- Following the Trustee's receipt of the Final Refund Payment, to allow Sentry to keep the "Retained Funds" (as defined in the Settlement Agreement) for the payment of any existing or newly filed claims and expenses arising under the Workers' Compensation Policies (for the remainder of the life of such Policies).

### DISTRIBUTION OF THE INITIAL REFUND
### PAYMENT AND FINAL REFUND PAYMENT TO THE AGENT

30.     Once the terms of the settlement with Sentry came into focus, the Trustee reviewed the Lender Settlement Agreement (defined below) to determine how the proceeds from the Settlement Agreement should be characterized and to whom they should be distributed.  The Lender Settlement Agreement, the record of the hearing on the Lender Settlement Motion (defined below) before Judge Hollis, and the sources of the payments under the Settlement Agreement, each confirm that the proceeds from the Sentry settlement are "refunds" under the Lender Settlement Agreement, which are to be paid to the Agent (defined below), without deduction, in accordance with the terms of the Lender Settlement Order (defined below).  Upon reaching that determination, the Trustee began discussions with the Agent concerning reimbursement of his fees and costs[5] (all

---

[5] As detailed below, the Lender Settlement Agreement does not authorize deductions of any kind to be asserted against refunds.  In order to avoid the inequitable result of paying the Agent the gross amount of the refunds under the Settlement Agreement while burdening the Select Debtors' estates with the costs of collecting same, the Trustee and the Agent (on behalf of the Lenders) agreed to reimburse the Select Debtors' estates for the costs of collecting the Sentry refunds, in addition to the costs of collecting a tax refund and a payment from another insurance company.

9

of which have previously been allowed by Orders of this Court) relating to the refunds to be received from Sentry and two other refunds previously paid to the Agent.

**The Lender Settlement Motion**

31.    Prior to the conversion of the Bankruptcy Cases, on October 23, 2017, the Official Committee of Unsecured Creditors filed (i) the *Motion of the Official Committee of Unsecured Creditors pursuant to Federal Rule of Bankruptcy Procedure 9019(a) for Entry of an Order Approving Settlement and Compromise of Claims* (Dkt. No. 857, the "Lender Settlement Motion") seeking approval of the settlement agreement between the Debtors' estates, on the one hand, and PNC Bank, National Association, in its capacity as administrative agent and collateral agent ("Agent") for various lenders (collectively, the "Lenders"), on the other, attached to the Lender Settlement Motion (the "Lender Settlement Agreement"), and (ii) the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order, in furtherance of the Global Settlement with the Secured Parties, Approving the Allocation of Proceeds of the Global Settlement* (Dkt. No. 902, the "Allocation Motion") to establish an allocation formula for the sharing of certain of the proceeds that are payable under the Lender Settlement Agreement among the Debtors' estates, provided that such proceeds are payable to the Debtors' estates.

32.    On November 16, 2017, the Bankruptcy Court granted the Lender Settlement Motion and entered the *Order Authorizing and Approving Settlement Agreement by and among the Secured Parties and the Official Committee of Unsecured Creditors of Central Grocers, Inc. et al, on Behalf of Itself, Each of the Debtors and Each of the Debtors' Estates* ("Lender Settlement Order") (Dkt. No. 988).  On the same date, the Bankruptcy Court also granted the Allocation

VP/#50021586.10

Motion and entered the *Order Authorizing and Approving Allocation of Proceeds of the Global Settlement* (Dkt. No 989, as amended, the "Allocation Order").[6]

33.     Paragraph 7(a) – (f) of the Lender Settlement Agreement sets forth a detailed liquidation and distribution framework for the Debtors' remaining assets, pursuant to which estate assets are either subject to a sharing allocation between the Debtors' estates and the Lenders (collectively, the "Shared Collections")[7] or preserved, in their entirety, for the benefit of the Debtors' estate[8].

---

[6] The Allocation Order was amended by the July 25, 2019 *Order Authorizing Estates to Enter Into, and Approving, the Settlement Agreement Between the Estates and for Other Relief* (Dkt. No. 3058) to clarify and resolve certain intra-estate disputes. The amended Allocation Order did not amend the Lender Settlement Agreement with respect to proceeds payable to the Lenders. *See* Dkt. No. 3058 ¶ 7 (modifying "the definition of Net Proceeds in Paragraph 7 of the ABL Lender Settlement Agreement . . . to address how certain expenses are allocated between the Select Estates and the Raceway Estates, solely with respect to the ABL Settlement Proceeds payable to the Estates under the ABL Lender Settlement Agreement and not to ABL Settlement Proceeds payable to the ABL Lender under the ABL Lender Settlement Agreement") and Exhibit A thereto, at ¶ 8(b) ("For the avoidance of doubt, the definition of Recalculated Net Proceeds shall not apply to allocations between the Estates and the ABL Lenders, which shall utilize the definition of "Net Proceeds" under the ABL Lender Settlement Agreement.").

[7] For example, paragraph 7(c) of the Lender Settlement Agreement provides that all Net Proceeds from (i) the Debtors' account receivables and loan receivables (other than proceeds of Designated Intercompany Accounts (as defined below)) collected from and after September 8, 2017 ("**Receivables**"), (ii) all unlawful dividend claims, avoidance actions and/or commercial tort claims against members, Class A and Class B shareholders, patrons, and customers (other than Stock Redemption Actions (defined below)) (the "**Member Actions**"), and (iii) any other causes of actions and commercial tort claims against the Debtors' former and current directors and officers, in their capacity as such (the "**Director Actions**", together with the Member Actions, collectively, the "**Shared Actions**") (the items in clauses (i) through (iii), collectively, the "**Shared Collections**") shall be shared between the Secured Parties and the Debtors' estates as follows:

        i. Twenty-five percent (25%) of the Net Proceeds of the Receivables and Member Actions shall be paid to the Debtors' estates (as and when collected) with the remaining seventy-five percent (75%) paid to Agent for the benefit of the Lenders (as and when collected);

        ii. Seventy-five percent (75%) of the Net Proceeds of the Director Actions shall be paid to the Debtors' estates (as and when collected) with the remaining twenty-five percent (25%) paid to Agent for the benefit of the Lenders (as and when collected);

[8] For example, paragraph 7(f) of the Lender Settlement Agreement provides that Net Proceeds of all tort claims and causes of action by the Debtors' estates against third parties (other than the Member Actions and Director Actions), including avoidance actions and commercial tort claims that may be asserted by any Debtor or trustee, shall be preserved for the benefit of the Debtors' estates. For the avoidance of doubt, the foregoing is not intended to and shall not diminish Secured Parties' right to receive all remaining proceeds as set forth in this Paragraph 7, including, without limitation, tax refunds, deposit refunds, and escrow account refunds.

34.    To the extent an asset of the Debtors is not specifically enumerated in paragraphs 7(a) – (f), the Lender Settlement Agreement contemplates the proceeds of such asset shall be paid directly to the Agent, without deduction of any kind, and not shared with the Debtors. In relevant part, Paragraph 7 provides that the Trustee shall:

> (i) collect, sell, liquidate and/or dispose of each Debtor's remaining assets and pay in kind to Agent, for the benefit of the Lenders, without deduction or setoff of any kind, the proceeds as and when received, except as provided below and (ii) to the extent appropriate, pursue and prosecute all claims and causes of action on behalf of the Debtors' estates, including the Member Actions and Director Actions (both defined below). All of the net proceeds of each such sale, collection, or disposition (i.e., gross proceeds less the reasonable direct costs and expenses incurred in connection with such sale or other disposition, including brokers' fees, professional fees (to the extent incurred after the Settlement Effective Date) associated with any sale, collection, or prosecution of any claim or cause of action, transaction fees, and transfer and similar taxes (the "**Net Proceeds**"*)*, and <u>all amounts to be received by the Debtors whether or not contemplated by the approved DIP budget (including, without limitation, all tax refunds, deposit refunds, segregated funds, utility reserves, cure cost reserves, and carve-out reserves (except, solely with respect to the carve-out reserves, as otherwise provided in the Final DIP Order), whenever arising and whether received in the time period stated on the DIP Budget or thereafter) shall be remitted, without deduction except as otherwise expressly set forth below, to Agent . . . as and when received, ….</u> (emphasis added).

**The Hearing on the Lender Settlement Motion**

35.    At the November 16, 2017 hearing on the Allocation Motion and the Lender Settlement Motion, counsel for the Agent (Ms. Regina Stango Kelbon) and counsel for the Official Committee of Unsecured Creditors (Mr. Todd C. Meyers) described what their respective clients were set to receive under the Lender Settlement Agreement (Dkt. No. 1009, 11/16/2017 Hearing Transcript, at 41:1-59:9).[9]  Mr. Meyers stated how "there's a defined set of assets that go away from" the Lenders, but "[t]he default is everything else goes to" the Lenders (*Id*. at 41:1-51:21).

36.    Following Mr. Meyer's explanation, Ms. Stango Kelbon confirmed this interpretation of the Lender Settlement Agreement stating:

---

[9] A copy of the transcript of the hearing on the Lender Settlement Motion is attached as **Exhibit B**.

VP/#50021586.10

The construct, Your Honor, of this settlement is that everything belongs to the secured creditors, other than what specifically is spelled out in Section 7. So, that's the starting point. So everything comes to the secured creditors, unless it's specifically spelled out and either is a sharing or a carved out asset. And I just wanted to be clear about that point.

(*Id.* at. 58:9-16).

## **Payments under the Settlement Agreement are Properly Payable to the Agent**

37.     Based upon the terms of the Lender Settlement Agreement, the record of the hearing on the Lender Settlement Motion, the sources of the payments being returned by Sentry (consisting of (i) a refund of unused premiums paid by CGI in connection with the Auto Policies, plus (ii) a refund of unused cash previously paid by CGI into the loss fund for the General Liability Policies plus (iii) a refund of certain Remaining Collateral held by Sentry in connection with the Workers' Compensation Policies) and the fact that both the Initial Refund Payment and Final Refund Payment are refunds of either overpayments by CGI prior to the Commencement Date or refunds based upon the result of a retrospective premium audit in which the "estimated" premium the Select Debtors paid exceeded the "actual" amount necessary (based upon the results of such audit), the payments to be made under the Settlement Agreement are properly included in the category of assets required to be paid "without deduction" to the Agent "as and when received" from Sentry[10].

38.     Notwithstanding this conclusion, given the substantial amount of costs and expenses incurred by the Trustee and his retained professionals to obtain this unforeseen and extraordinary result, the Trustee and the Agent agreed to carve out the following categories of fees

---

[10] Even if the Initial Refund Payment and Final Refund Payment are not "refunds," they do not fit within the definition of the assets enumerated in paragraph 7(a)-(f) of the Lender Settlement Agreement. Therefore, they are payable to the Agent "without deduction."

13

and expenses (collectively, the "Trustee Fees/Expenses") from the proceeds of the Sentry settlement prior to remitting the remaining proceeds to the Agent, for the benefit of the Lenders:

- Professional fees of (i) Rally Capital Services, LLC (financial advisor to the Trustee), (ii) Vedder Price P.C. (general bankruptcy counsel to the Trustee) and (iii) M.A.I.T. Co. (special counsel to the Trustee), and other reasonable direct costs and expenses, incurred by the Trustee and directly related to the Sentry Claims through the receipt of the Initial Refund Payment, which amounts shall not exceed $800,000, in the aggregate.

- Reasonable statutory compensation, calculated pursuant to Section 326(a) of the Bankruptcy Code, for the Trustee's recovery of the Initial Refund Payment in an amount not to exceed $162,000.

- Additional amounts not to exceed $100,000, in the aggregate, that shall include: (i) amounts incurred by the Trustee's professionals after receipt of the Initial Refund Payment through and including the recovery of the Final Refund Payment, and (ii) reasonable statutory compensation, calculated pursuant to Section 326(a) of the Bankruptcy Code, for the Trustee's recovery of the Final Refund Payment. This amount shall be deposited into a separate escrow account to be utilized exclusively for the payment of the amounts contemplated by this paragraph and subject to the protocol described in Paragraph 39 below. Any unused amounts shall be immediately paid to the Agent. The Trustee reserves his right to request the Agent carve out additional amounts from the Final Refund Payment if the sum of the Trustee's professional fees incurred after receipt of the Initial Refund Payment and before receipt of the Final Refund Payment plus the Trustee's statutory compensation exceeds $100,000, in the aggregate.

- Professional fees of (i) Rally Capital Services, LLC (financial advisor to the Trustee) (ii) M.A.I.T. & Co. and (iii) Vedder Price P.C. (general bankruptcy counsel to the Trustee) incurred by the Trustee related to the recovery of a tax refund held by RSM McGladrey and a payment made to the Select Debtors by Liberty Mutual for a cancellation of an Auto Policy in an amount not to exceed $61,500, in the aggregate.

39. The Trustee believes the amounts indicated in Paragraph 38 of this Motion are (or will be) sufficient to satisfy the Trustee Fees/Expenses. The Agent's agreement to carve out these amounts from the Sentry settlement proceeds is limited to the estimate of the Trustee Fees/Expenses contained in Paragraph 38 of this Motion and is subject to (i) the Agent's review and approval of the underlying expenses that have been, or will be, incurred by the Trustee's professionals, or (ii) Order of the Court, in accordance with the following procedures:

14

a. The Trustee shall submit documentation reflecting the Trustee Fees/Expenses to the Agent who shall have ten (10) business days to review and to assert any objections thereto ("Review Period"); and

b. If no objection to the payment of the Reimbursable Fees/Expenses is made in writing by the Agent within the Review Period, the Trustee is authorized (without further Order of the Court), to deduct such Trustee Fees/Expenses from the Sentry settlement proceeds. If an objection is made by the Agent within the Review Period, the disputed portion of such Trustee Fees/Expenses shall not be deducted by the Trustee until such objection is resolved by the Trustee and Agent in good faith, or by Order of the Court. In such event, the undisputed portion of the Trustee Fees/Expenses shall be promptly deducted by the Trustee from the Sentry settlement proceeds and the disputed portion shall be held in trust by the Trustee for the benefit of Agent and the Lenders. The Trustee shall be required to promptly seek relief from the Court concerning his right to the disputed portion of the Trustee Fees/Expenses. If the Trustee does not seek such relief within thirty (30) days from the expiration of the Review Period, the disputed portion of the Trustee Fees/Expenses shall be immediately turned over to the Agent.

## RELIEF REQUESTED AND BASIS THEREFOR

40.   By this Motion, the Trustee requests entry of an Order, substantially in the form attached hereto as **Exhibit C**, approving the Trustee's entry into the Settlement Agreement with Sentry and Parker Services and the distribution of the refunds to be received thereunder.

41.   Pursuant to Bankruptcy Rule 9019, the Court may approve a compromise or settlement after notice and a hearing. *See* Fed. R. Bankr. P. 9019. Further, Section 105 of the Bankruptcy Code empowers a court to issue any order that is "necessary or appropriate." 11 U.S.C. § 105(a). The authority to approve a compromise or settlement is within the Court's discretion.

42.   "A bankruptcy court should approve a settlement agreement if it is in the best interest of the bankruptcy estate." *In re Oakfabco, Inc.*, 571 B.R. 771, 775 (Bankr. N.D. Ill. 2017) (citing *In re Holly Marine Towing, Inc.* (*Holly Marine Towing*), 669 F.3d 796, 801 (7th Cir. 2012)). When considering whether to approve a settlement, courts consider the probability of success of continued litigation on the dispute being settled, as well as its "complexity, expense,

15

inconvenience, and delay, including the possibility that disapproving the settlement will cause wasting of assets." *In re Doctors Hosp. of Hyde Park, Inc.* (*Hyde Park Doctors Hosp.*), 474 F.3d 421, 426 (7th Cir. 2007) (quoting *In re Am. Reserve*, 841 F.2d 159, 161 (7th Cir. 1987)).  When a settlement amount falls within "the reasonable range of possible litigation outcomes," it passes the best interests test.  *Hyde Park Doctors Hosp.*, 474 F.3d at 426.  Courts recognize that litigation outcomes cannot be predicted with mathematical precision.  *See id.*  As long as a proposed settlement does not fall below the low end of possible litigation outcomes, courts consider it to pass the reasonable equivalence standard.  *Id.*

43.    Moreover, as a policy matter, settlements are generally favored due to their expediency, finality and cost-effective results.  *Fogel v. Zell*, 221 F.3d 955, 960 (7th Cir. 2000).  In fact, courts have noted that "creditors are generally free to do whatever they wish with the bankruptcy dividends they receive, including to share them with other creditors." *In re SPM Mfg. Corp.*, 984 F.2d 1305, 1313 (1st Cir. 1993).  It follows that secured creditors do not violate Sections 507 or 726 of the Bankruptcy Code by agreeing to share the proceeds from the secured portion of their undersecured claim with other creditors. *Id.* at 1310-15.

44.    Here, the Trustee respectfully submits that the Settlement Agreement is in the best interests of the Select Debtors' estates and the Select Debtors' creditors, and is founded on the exercise of sound business judgment by the Trustee.  The Trustee and his professionals have thoroughly investigated the Sentry Policies, the Sentry Agreements, and transfers to Parker Services, as well as any claims the Select Debtors may have against Sentry and Parker Services relating to the Sentry Agreements, Sentry Policies, premiums and other monies paid by CGI for those policies, collateral posted by CGI in connection with the Sentry Policies and the Carrier Parties' administration and payment of claims made under such policies.  To that end, the Trustee

16

and his professionals have reviewed documents produced by Sentry relating to the Sentry Policies and reviewed Sentry's claims materials through Sentry Insight. The Trustee and his professionals have also engaged in numerous, substantive discussions with the Carrier Parties regarding the Select Debtors' claims and defenses thereto, in addition to participating in a mediation.

45.    The proposed settlement also reflects the highest and best settlement the Trustee believes can be achieved without expending further estate resources that would come with the high cost of litigation and a less certain outcome than the one guaranteed by the Settlement Agreement.

46.    In light of the above, and the benefit to the Select Debtors' estates and their creditors resulting from this resolution, the Trustee respectfully requests that the Court enter an order approving the Settlement Agreement.

47.    In addition, but for the Agent's agreement to carve out certain of the Trustee's costs and expenses incurred in pursuing the Sentry Claims, 100% of the Initial Refund Payment and the Final Refund Payment would be required to be immediately remitted to the Agent upon receipt, and without deduction of any kind. The Agent's agreement to carve out certain deductions is a substantial benefit to the Select Debtors' estates and their creditors, which the Trustee respectfully requests also be approved.

## NOTICE

48.    The Trustee has provided notice of this Motion to (i) the Raceway Trustee's counsel, (ii) the office of the United States Trustee for Region 11, (iii) counsel to the administrative agent under the DIP Facility and the Prepetition Revolving Credit Facility, (iv) counsel to the administrative agent under the Prepetition Term Loan Facility, (v) all CM/ECF registrants in this case, and (vi) all parties that have filed a request for service of filings in this case pursuant to Bankruptcy Rule 2002 and the Local Rules. A courtesy copy has also been provided

VP/#50021586.10

to Sentry and Parker Services.  In light of the nature of the relief requested herein, the Trustee

submits that no other or further notice is necessary.

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Trustee requests that the Court enter

an Order, substantially in the form attached hereto as **Exhibit C**, (i) approving the Settlement

Agreement, (ii) approving the distribution of the refunds to be received thereunder and (ii) granting

such other and further relief as the Court deems appropriate under the circumstances.

Dated:  June 23, 2021                                       Respectfully submitted,

Howard B. Samuels, not individually, but as
chapter 7 trustee for the Estates of Central
Grocers, Inc., Strack and Van Til Super Market,
Inc. and SVT, LLC

By:    _/s/ Michael M. Eidelman_____
One of His attorneys

Michael M. Eidelman (#6197788) (meidelman@vedderprice.com)
William W. Thorsness (#6290913) (wthorsness@vedderprice.com)
Michael D. Leifman (#6324233) (mleifman@vedderprice.com)
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500 telephone
(312) 609-5005 facsimile

VP/#50021586.10